
Sealed

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-25046-cv-Williams

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

ON POINT GLOBAL LLC, *et al.*,

    Defendants.

**Filed Under Seal**

**PLAINTIFF'S EXHIBITS IN SUPPORT OF ITS *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER**

PX1: Declaration of Federal Trade Investigator Lashanda Freeman

PX2: Declaration of Federal Trade Investigator Roberto C. Menjivar

PX3: Expert Report of Dr. Michelle Mazurek

PX4: Declaration of Thomas Van Wazer, Federal Trade Commission Forensic Accountant

PX5: Declaration of Amanda Wilson, Federal Trade Commission Data Analyst

PX6: Declaration of Christopher Hundycz, Federal Trade Commission Visual Information Specialist

PX7: Declaration of Martin Elliott, Visa, Inc.

PX8: Documents Produced by the Financial Crimes Enforcement Network

PX9: Documents Produced by Commercial Mail Receiving Agencies

PX10: Documents Produced by the United States Postal Service

PX11: Documents Produced by Payment Processors

PX12: Documents Produced by Banks Holding Depository Accounts

PX13: Burton Katz Compliance Report

PX 14: Declaration of Barbara Brown

PX 15: Declaration of David Duntley

PX16: Declaration of Justin Rutledge

PX17: Declaration of Thomas Lassanske