# PX1
# Declaration of Lashanda Freeman
# Federal Trade Investigator

**PX-1 Declaration of Lashanda Freeman Attachment Index**

| Attachment | Document Description |
|---|---|
| A | DMV.com website capture |
| B | Transaction website captures samples (driverlicenseonline.org; getdriverslicense.org; onlinedriverslicenses.org; renewregistrations.org; registermyvehicle.org; mycartitles.com) |
| C | Feeder website capture samples (californiadrivers.org; floridadriverslicenses.org; marylanddriverslicense.org; missouridriverslicense.org; southcarolinadriverslicense.org; mycartitles.com) |
| D | BurtonKatzMiami.com website capture |
| E | OnPointGlobal.com website capture |
| F | OnPointGuides.com website capture |
| G | DragonGlobal.com website capture |
| H | Public Benefits website capture samples (veteran-affairs.org; texas-benefits.org; senior-assistance.org; unemploymentassistance.org; section-8-apartments.org; tenesseefoodstamps.org; maryland-unemployment.org) |
| I | (video) License-driver.com Purchase |
| J | License-driver.com Purchase captures |
| K | License-driver.com Purchase- email |
| L | License-driver.com Purchase- undercover credit card statement |
| M | (video) License-guides.org Purchase |
| N | License-guides.org Purchase captures |
| O | License-guides.org Purchase- Florida Driver's License Guide |
| P | License-guides.org Purchase-undercover credit card statement |
| BI | (video) DMV.com Mobile Purchase |
| Q | DMV.com Mobile Purchase captures |
| R | DMV.com Mobile Purchase-email |
| S | DMV.com Mobile Purchase-undercover credit card statement |
| T | (video) Section-8-Housing.org |
| U | Section-8-Housing.org captures |
| V | Section-8-Housing.org-email |

| W | Section-8-Housing.org-Section 8 Housing Guide |
|---|---|
| X | Section-8-Housing.org- emails with spam solicitations |
| Y | (video) FishingLicense.org Purchase |
| Z | Fishinglicense.org Purchase captures |
| AA | Fishinglicense.org Purchase captures- Guide to Become an Expert Fisherman |
| AB | Fishinglicense.org Purchase-Undercover credit card statement |
| AC | (video) SocialSecurityGuides.org |
| AD | SocialSecurityGuides.org captures |
| AE | (video) Obamacare-guide.org |
| AF | Obamacare-guide.org captures |
| AG | (video) Food-stamps.com |
| AH | Food-stamps.com captures |
| AI | Food-stamps.com- email |
| AJ | Food-stamps.com- Section 8 Housing Guide |
| AK | Food-stamps.com- email from "Diana" |
| AL | Food-stamps.com- text messages |
| AM | FishingLicense.org- Undercover Telephone Call Transcript |
| AN | FishingLicense.org- text message confirming refund |
| BJ | FishingLicense.org- email confirming refund |
| AO | FishingLicense.org- Undercover credit card statements between September 30, 2019 and November 20, 2019. |
| BH | Transaction, Feeder, and Public Benefits web capture chart |
| AP | OnPointGlobal.com- job postings |
| AQ | BVMedia.cr website capture |
| AR | Direct-Market.com website capture |
| AS | G8Labs.co website capture |
| AT | BrentLevison.com website capture |
| AU | LinkedIn captures |
| AV | Instagram captures |
| AW | Facebook captures |
| AX | NewcoMiami2018.sched.com |
| AY | Domains by Proxy-Certificate of Business Records |
| AZ | Domains by Proxy-summary chart |
| BA | Florida Corporate Records for OnPoint Capital Partners, DGDMV, Waltham Technologies, Cambridge Media Series, and OnPoint Global LLC |
| BB | Domestic Corporate Defendant summary chart |
| BC | Fedwire Authenticity Declaration |

| BD | 350 NE 60th Street property ownership information |
| BE | 1521 Alton Rd. forwarding address property ownership information |
| BF | Simple Health documents obtained during immediate access |
| BG | Exhibits L, O, and S to Santilli sworn complaint |

## DECLARATION OF LASHANDA L. FREEMAN

(Pursuant to 28 U.S.C. § 1746)

I, Lashanda Freeman, hereby state that I have personal knowledge of the facts set forth below and am competent to testify as follows:

1.  I am a United States citizen and am over 18 years of age.  I am employed by the Federal Trade Commission ("FTC" or "the Commission") as an Investigator in the Division of Enforcement, Bureau of Consumer Protection.  My office address is 600 Pennsylvania Ave., NW, CC-9528, Washington, D.C. 20580.

2.  Prior to my employment with the FTC, I was a Paralegal Specialist from June 2012 to August 2016, for the Department of Justice, Consumer Protection Branch in Washington, DC. On August 7, 2016, I was promoted to a Program Analyst for the Department of Justice, Consumer Protection Branch, and remained in that position until joining the FTC in February 2019. I earned a Bachelor and Master of Science degree in Criminal Justice from Drury University in 2008 and 2010, respectively.

3.  My duties as an investigator include investigating possible violations of the laws and regulations the FTC enforces and possible violations of orders obtained by the Commission. I was assigned to work on the Commission's investigation in this matter.

4.  The investigation was initiated in response to possible violations of a October 16, 2014 Order against Burton Katz ("Katz") obtained by the Commission in *FTC v. Acquinity Interactive, LLC, et al.,* No. 14-60166-Civ-SCOLA/OTAZO-REYES (S.D. Fla.).

5.  A number of documents are attached to this declaration. In accordance with FTC procedures and this Court's rules, information from these documents has been redacted in order to protect sensitive information, such as financial account numbers and personally

identifiable information. Information that would reveal undercover identities and accounts used and controlled by the FTC has also been redacted.

## DESCRIPTION OF INVESTIGATIVE TOOLS AND SOURCES OF EVIDENCE

6.    As an FTC Investigator, my duties include the collection, analysis, and preservation of evidence relevant to the violations I investigate. As part of this investigation, I utilized numerous resources and tools, which I describe in detail below.

7.    *Adobe Acrobat Pro X Web Capture Tool.* In conducting my investigation, I captured evidence from the Internet using a software program called Adobe Acrobat Pro X to record single webpages, or entire websites, as they existed on the day of the recording. Adobe's program also has a tool that converts webpages or website into portable document format (".PDF") files.

8.    *Camtasia.* Some website captures and videos were made using the program Camtasia, which records the display on the computer screen. I immediately converted Camtasia files into .mp4 or .wmv files, which are commonly used format for video and audio files.

9.    *SnagIt.* Some website and image captures were made using the program SnagIt, which takes an image of the computer screen, or a smaller selected area. These files are typically .jpeg, but I converted them to .PDF files for compatibility reasons.

10.    *Aver Media Center 3D.* This program allows a mobile phone to be plugged into the computer using a HD cable and displays the phone's on the computer screen so that it may be recorded using the Camtasia or SnagIt software.

11.    The Consumer Sentinel Network ("CSN") is a secure database managed by the FTC. Only federal, state, or local law enforcement have access to the CSN. The CSN database consists of complaints and reports (collectively "complaints") that consumers directly

submit via an online application, mailed letters, or through calling the FTC's Consumer

Response Center. The CSN also compiles complaints from external data contributors,

such as the Consumer Financial Protection Bureau, Better Business Bureau, state law

enforcement agencies, and the U.S. Postal Inspection Service. Each complaint entered in

the CSN is assigned a unique reference number and is searchable by different fields,

including primary or associated company name, telephone number, type of violation,

comments, or other criteria. I have access to the complaints through a web interface that

CSN users can access. This access allows me to search the CSN for complaints.

## UNDERCOVER INVESTIGATION

12.     In my duties as an Investigator, I engage in discovering, reviewing, and capturing website

content; making undercover calls and purchases; preserving evidence; and analyzing data

as it relates to the investigations I am assigned.

13.     For undercover investigations, I utilize computers located in the FTC's Internet Lab that

have secure VPN connections and are not connected to the FTC's main network to collect

and preserve evidence.

14.     For undercover investigations, I utilize fictitious consumer identities with a date of birth,

address, and first and last name that are not associated with an actual person. I have

functioning credit card accounts and telephone numbers associated with each of these

fictitious consumer identities that I use for making purchases and telephone calls

undercover. For this investigation, the undercover identities did not have driver's licenses

or Social Security numbers. I also created email addresses for each of my undercover

identities and social media accounts for the sole purpose of researching various targets.

## I.    Methods to Identify Entity Websites

15.    As required by the October 16, 2014 Order, Burton Katz submitted a sworn compliance report to the Associate Director of Enforcement, on October 20, 2015. Katz stated he was the founder and manager of the startup company DGDMV LLC which was formed to purchase an existing web property DMV.com.

16.    Katz stated in his compliance report that DMV.com provides information about products and services related to motor vehicle compliance and links to third party offers. According to Katz, the only proprietary product that DGDMV LLC offers to consumers is a practice test but may offer additional ecommerce products relevant to motor vehicle compliance in the future.

17.    On February 15, 2019, in the FTC's Internet Lab, I utilized the SnagIt program to capture the landing and other selected subpages of DMV.com. Captures of this webpage are attached hereto as **Attachment A.**

18.    I reviewed the contents of DMV.com and the websites linked to DMV.com. For example, under "Online DMV Services" section at the top of DMV.com's landing page, I selected the link to "Renew your License" and was redirected to subpage on the DMV.com website, "How to Renew Your Drivers [sic] License in the U.S." The first option listed on the page, "Get Started Online With Drivers [sic] License Renewal Assistance," was hyperlinked and I clicked on the link and I was redirected to https://license-driver.com/form/step1/renew-drivers-license-1/Your-State.html.html. This website allowed consumers to navigate through a series of form blocks and enter credit card information to complete a transaction. I categorize the websites in which a consumer is asked to enter financial information as **"Transaction Websites."**

19.    After reviewing several Transaction Websites, I observed they had distinct similarities in the design, text, images, and process flow. I used specific phrases found in disclaimers, entity names found on "contact us" subpages, and addresses found on "contact us" subpages as search terms in internet search engines to identify additional Transaction Websites. Examples[1] of these Transaction Websites are attached hereto as **Attachment B.**

20.    I reviewed complaints submitted by consumers to the Consumer Sentinel Network to identify ways consumers were being directed to these Transaction Websites. Based on these complaints, I used terms such as "renew drivers license" and "renew florida drivers license online" in internet search engines to identify websites associated with DMV.com. In many instances, these websites only contained basic information, often specific to a particular state, and directed web traffic to the Transaction Websites. I observed they had distinct similarities in the design, text, and images and used those similarities to continue to identify additional websites. I categorize these websites as **"Feeder Websites."** Examples of these Feeder Websites are attached hereto as **Attachment C.**

21.    On April 16, 2019, in the FTC's Internet Lab, I conducted background research on Burton Katz to identify any businesses or activities that he may be participating in beyond what was disclosed in his compliance report. I identified that he had a personal website, burtonkatzmiami.com. The "about" section of the website stated, "[h]aving developed, managed and operated over 200 websites, Katz has created a network of web properties across many verticals. He has achieved success by building a scalable

---

[1] I captured landing and "contact us" pages for over 200 websites associated with the Defendants I identified during the course of my investigation. Due to the volume, I selected a sample of captures from each category, Feeder Websites, Transaction Websites, and Public Benefits Websites to demonstrate the distinct similarities in the design, text, images, and process flow.

Customer Acquisition and Data Monetization Platform, that has efficiently turned high-volume transactional clicks into lifetime value customers. […] Katz has recently partnered with Dragon Global to acquire and operate OnPoint, a portfolio of consumer websites…." On April 22, 2019, I used the program SnagIt to capture the website. Captures of the website are attached hereto as **Attachment D.**

22.   On April 16, 2019, in the FTC's Internet Lab, I used the program SnagIt to capture OnPointGlobal.com. On the landing page under "Leadership Team" Burton Katz was identified as "CEO" and Brent Levison was listed as "CAO." I captured changes to the "Leadership Team" on August 14, 2019. Captures of the website are attached hereto as **Attachment E.**

23.   On April 22, 2019, in the FTC's Internet Lab, I used the SnagIt program to capture DragonGlobal.com. The website identified Robert Zangrillo as the Founder, Chairman, and CEO of Dragon Global. The website identified Burton Katz as a member of the Venture Team and partnering with Dragon Global to acquire and operate On Point Global. Captures of the website are attached hereto as **Attachment G.**

24.   On April 16, 2019, in the FTC's Internet Lab, I used the program SnagIt to capture OnPointGuides.com. The website contained downloadable PDF guides with general information in the topic areas of auto, career & education, health & lifestyle, travel & recreation, and government services and had similar branding, such as color scheme and logo, as OnPointGlobal.com. Captures of the website are attached hereto as **Attachment F.**

25.   These guides shared similar design in imaging and layout and contained website addresses listed in the lower margins or last page. Some of the website addresses listed

were "section-8-housing.org," "veteran-affairs.org," and "food-stamps.com." I reviewed

the contents of the websites, which contained distinct similarities in the design, text, and

images. I categorized these websites as **"Public Benefits Websites"** because they

concern a public service such as food stamps and housing vouchers. Headlines (*e.g.* "Find

Out If You Are Eligible for the Section 8 Program") prompt consumers to enter sensitive

personal information to obtain an eligibility determination. Consumers who provide their

information only receive a downloadable "guide" of publically available information.

Examples of these Public Benefit Websites are attached hereto as **Attachment H.**

## II.     Undercover Purchases

### A.   License-Driver.com Purchase

26.     On March 8, 2019, in the FTC's Internet Lab, I utilized the Camtasia recording program

to record my computer screen for and undercover purchase. The recording is attached as

**Attachment I, License-Driver Purchase.**

27.     I launched the browser on my computer with Bing as the default search engine and typed

"DMV.com" into the search bar. DMV.com was the fourth search result that appeared

and the first result that did not have an ad box next to it at the top of the page. The tagline

at the top of the DMV.com landing page said, "The DMV Made Easier. Where the DMV

Meets Speed and Convenience." I scrolled down and reviewed the information listed

under the "Online DMV Services" section at the top of the page which featured links to

"Renew your License," "Renew Car Registration," and more.

28.     I selected the link "Renew Your License" under this section and was redirected to the

page, "How to Renew Your Drivers [sic] License in the U.S."  There was a large block of

text on the page that stated, "In most states, you can renew your drivers [sic] license

online, by mail or in person…During an online license renewal, you will be asked to

identify yourself and pay the applicable service fees." The first option listed on the page,

"Get Started Online With Drivers [sic] License Renewal Assistance," was hyperlinked

and I clicked on the link.

29.   I was directed to https://license-driver.com/form/step1/renew-drivers-license-1/Your-

State.html.html. I noted that there was not a pop-up window when I was directed to this

page. A capture of this webpage is attached hereto as **Attachment J.**

30.    I entered my undercover name, email address, and zip code in the form box titled

"Verify Your Information, Step 1 of 3" and clicked the icon "Continue."

31.    I was directed to https://license-driver.com/form/step1/renew-drivers-license/Your-

State.html which contained another form block titled "Personal Information" with the

information I entered on the previous screen (name, email address, zip code) already

populated. Under the "Select A Service" field, "Renew Driver's License" was pre-

populated. I entered the remaining required fields (birthday, phone number, gender,

billing address, city, and state) using my undercover identity information. I selected the

icon "Continue." A capture of this webpage is attached hereto as **Attachment J p. 2.**

32.    I was directed to https://license-driver.com/notice.html which had the text "Important

Notice (Updated 01/18/17) at the top of the screen and long box of scrolling text. A

capture of this webpage is attached hereto as **Attachment J p. 3.**

33.    I reviewed the text and clicked hyperlinked "Terms and Conditions." I was directed to

https://license-driver.com/tc.html which stated, "LAST UPDATED 03/21/2018" at the

top and contained a page full of text outlining the terms and conditions of the site. After

scrolling through the text, I selected the back button on the browser and returned to

https://license-driver.com/notice.html and selected "Continue."

34.     I was directed to https://license-driver.com/billing.html which contained a box titled

"Order Details" with pre-populated information (my undercover name, email address,

phone number, and address) and a form box titled "Billing Information" appeared next to

it.  In the "Billing Information" form box, there was a bright green box immediately

under it with the text "For expedited processing of our products, we recommend debit

card usage." There was also an option in the "Billing Information" box to make a $1, $3,

$5 or "No, thanks" to donate to "Support Mothers Against Drunk Driving." I completed

the required information (credit card number, expiration date, and CVV security code)

using my undercover identity in the "Billing Information" form box. A capture of this

webpage is attached hereto as **Attachment J p. 4.** Then I clicked on the "Submit" icon.

35.     I was directed to https://license-driver.com/billdl-confirmation.html, which had the text

"Thank you for your payment. Please wait just a second while we redirect you to your

License Easy Guide.TM" After approximately three seconds and before I could take a

capture, the page refreshed to  https://license-driver.com/checklist/renew-drivers-

license/Your-State.html with **"Page Not Found"** in black font at the top of a blank page

which immediately redirected before I could take a capture to https://license-

driver.com/index.html.

36.     After being redirected back to https://license-driver.com/index.html, I logged into my

undercover email account to see if I received any correspondence. I received an email at

12:32pm EST from info@r.license-driver.com with the subject line "license-driver.com."

The email contained a link to download a "California Drivers License Road Guide." A copy of this email is attached hereto as **Attachment K.**

37.   I clicked on the link in the email and was directed to https://license-driver.com/checklist/renew-drivers-license/california.html [full URL omitted due to length]. The site had text stating "Obtain Your Road Guide" as well as a "Download Now" icon for the Road Guide and coupons and discount offers. I clicked on the "Download Now" icon for the Road Guide.  A capture of this webpage is attached hereto as **Attachment J p. 5.**

38.   I was directed to https://opg-dmv.s3.amazonaws.com/checklist/drivers/your-state.PDF which immediately displayed an error message, "The specified key does not exist." I was not able to download a road guide.  A capture of this webpage is attached hereto as **Attachment J p. 6.**

39.   My undercover identity's credit card statement showed charges from license-driver.com for $3.99 on March 8, 2019, and $19.99 on March 10, 2019. A copy of my undercover identity's credit card statement is attached hereto as **Attachment L.**

40.   My undercover identity did not receive a renewed driver's license after the transaction described above.

      **B.  LicenseGuides.org Purchase**

41.   On March 8, 2019, in the FTC's Internet Lab, I utilized the Camtasia recording program to record my computer screen for an undercover purchase. The recording is attached as **Attachment M, LicenseGuides Purchase.**

42.   I launched the browser bar on my computer with Bing.com as the default search engine and typed "renew florida drivers license online" into the search bar. I clicked on the

second result listed, which directed me to floridadriverslicenses.org [full URL address omitted due to length.] The top of the page had large text "How to Renew Your Florida Drivers License" with the first hyperlink "Get Started with Online Application Assistance" which I clicked on.

43.     I clicked on the first hyperlink and was directed to https://licenseguides.org/form/step1/renew-drivers-license-1/florida.html. I noted that there was not a pop-up window when I was directed to this page.  The site had text in the middle of the page, "Renew Drivers License in Florida" and a form box titled "Verify Your Information, Step 1 of 3." I entered a new undercover name, email address, and zip code in the form box titled "Verify Your Information, Step 1 of 3." A capture of this webpage is attached hereto as **Attachment N p. 1.**

44.     I clicked "Continue" and was directed to https://licenseguides.org/form/step1/renew-drivers-license/florida.html, which contained another form block titled "Personal Information" with the information I entered on the previous screen (name, email address, and zip code) pre-populated, and under the "Select A Service" field, "Renew Driver's License" was already selected. I entered the remaining required information (birthday, phone number, gender, billing address, city, and state) using my undercover information. A capture of this webpage is attached hereto as **Attachment N p. 2.**

45.     I selected the icon "Continue." I was directed to https://licenseguides.org/notice.html which displayed a headline, "Important Notice (Updated 01/18/17)" at the top of the screen, and contained long scrolling text. A capture of this webpage is attached hereto as **Attachment N p. 3.**

46.    I reviewed the text and clicked the "Continue" icon. I was directed to https://licenseguides.org/billing.html which contained a box titled "Order Details" with pre-populated information (my undercover name, email address, phone number, and address) and a form box titled "Billing Information" appeared next to it.  In the "Billing Information" form box, there was a bright green box immediately under it with the text "For expedited processing of our products, we recommend debit card usage." There was also an option in the "Billing Information" box to make a $1, $3, $5 or "No, thanks" to donate to "Support Mothers Against Drunk Driving." A capture of this webpage is attached hereto as **Attachment N p. 4.**

47.    I completed the required information (credit card number, expiration date, and CVV security code) using my undercover information in the "Billing Information" form box and then I clicked on the "Submit" icon. I was directed to https://licenseguides.org/dl-confirmation.html, which had the text "Thank you for your payment. Please wait just a second while we redirect you to your License Easy Guide.™" After approximately three seconds and before I could take a capture, the page refreshed to https://licenseguides.org/checklist/renew-drivers-license/florida/html. The site had text stating "Obtain Your Road Guide" as well as a "Download Now" icon for the Road Guide and coupons and discount offers. A capture of this webpage is attached hereto as **Attachment N p. 5.**

48.    I clicked on the "Download Now" icon for the Road Guide. I was directed to https://opg-dmv.s3.amazonaws.com/checklist/drivers/florida.PDF, which displayed a downloadable 35-page PDF titled "Florida Drivers License Guide." The guide contained general

publically available information about Florida licensing and tips for safe driving. The downloaded guide is attached hereto as **Attachment O.**

49.    My undercover identity's credit card statement showed charges from licenseguides.org for $3.99 on March 8, 2019, and $19.99 on March 10, 2019. A copy of my undercover identity's credit card statement is attached hereto as **Attachment P.**

50.    My undercover identity did not receive a renewed driver's license after the transaction described above.

### C. DMV.com Mobile Purchase

51.    On April 4, 2019, in the FTC's Internet Lab, I utilized the AVer Media Center 3D and Camtasia recording program to record my computer screen to make a purchase using an undercover iPhone the FTC Internet Lab provided. The recording is attached hereto as **Attachment BI, DMV.com Mobile Purchase.**

52.    I opened the Safari browser on the iPhone phone and typed "dmv.com" into the search bar. I reviewed the contents of the DMV.com landing page, which had the tagline at the top "The DMV Made Easier. Where the DMV Meets Speed and Convenience" and reviewed the information listed under the "Online DMV Services." A capture of the webpage on the screen of the iPhone is attached hereto as **Attachment Q p. 1.**

53.    I selected the link "Renew Car Registration" and was directed to an informational page, "How to Renew Your Drivers License." A capture of the webpage on the screen of the iPhone is attached hereto as **Attachment Q p. 2.**

54.    I reviewed the contents of the page and selected the icon at the top of the page "Renew Vehicle Registration." I was directed to registrationtags.com, which contained a form block titled "Renew Registration in Your State. Verify Your Information." I entered an

undercover name, email address, and zip code.  A capture of this webpage on the screen of the iPhone is attached hereto as **Attachment Q p. 3.**

55.  I selected the "Continue" icon. A new form block titled "Personal Information, Step 2 of 4" appeared with my undercover name pre-populated. I completed the remaining required fields (birth date, phone number, gender, billing address, city, and state) and clicked the "Continue" icon. I was directed to a page that contained a large "Continue" icon at the top with the following text: "Please click "continue" to proceed and agree to the following: By using the registrationtags.com website (the "Site"), you agree to follow and be bound by these terms and conditions of use (the "Terms and Conditions") and agree to comply with all applicable laws and regulations. Read More." A capture of the webpage on the screen of the iPhone is attached hereto as **Attachment Q pp. 7-9.**

56.  I clicked the "Continue" icon and a new form block titled "Billing Information" appeared on the screen. In the "Billing Information" form box, there was a bright green box immediately under it with the text, "For expedited processing of our products, we recommend debit card usage." There was also an option in the "Billing Information" box to make a $1, $3, $5 or "No, thanks" to donate to "Support Mothers Against Drunk Driving." I scrolled down the screen and there was an "Order Details" box with my undercover name, email address, phone number, and address pre-populated. I completed the remaining required billing information (credit card number, expiration date, and CVV code). I selected the option to make a $1 donation to "Support Mothers Against Drunk Driving." A capture of the webpage on the screen of the iPhone is attached hereto as **Attachment Q pp. 10-12.**

57.  I clicked the "Submit" icon and I was directed to a screen with the text "Thank you for your payment. Please wait just a second while we redirect you to your Road Guide.™" Within two seconds the page refreshed and an error message "Page Not Found" was displayed at the top. Within two or three seconds, the site redirected me back to the starting page with a pop-up window. The pop-up window stated, "Car registration applications must be processed by an official DMV location/website. However, independent third-party application assistance is available through this site as a value-add to the official DMV services, which may be free of charge. Application assistance services simply the process by providing personalized guides, document preparation, and live support. By clicking, "continue" you acknowledge that this site is privately owned and is not affiliated with any government agency." A copy of this pop-up window is attached hereto as **Attachment Q p. 13.**

58.  On July 30, 2019, I accessed "registrationtags.com." I observed that the pop-up window described above had changed. The pop-up window stated, "Driving a motor vehicle without a valid driver's license, car registration or car title may be illegal, as is driving with expired credentials. Motor vehicle services and applications must be processed by an official DMV location/website. The assistance and services on this site simplify the process by providing personalized guides, documents, and live support for a fee. This site stores cookies, by clicking "Accept" you acknowledge the statements above and that this site is privately owned and is not affiliated with nor endorsed by an official agency. To aid in the task, our detailed website has compiled and lists the most important information surrounding your motor vehicle services, so you can ensure the process is handled in a compliant and timely manner. **Driving a motor vehicle without a valid**

**driver's license, car registration or car title may be illegal, as is driving with expired credentials."** (emphasis in original) A copy of this pop-up window is attached hereto as **Attachment Q p. 14.**

59.    After being redirected to the starting page of registrationtags.com, I logged into my undercover email account to see if I received any correspondence. I received an email on April 4, 2019, at 10:43am EST from info@registrationtags.com with the subject line "registrationtags.com." A copy of this email is attached hereto as **Attachment R.**

60.    I clicked on the link in the email and was directed to https://registrationtags.com/checklist/renew-registration/florida.html [full URL omitted due to length]. The site had text stating "Obtain Your Road Guide" as well as a "Download Now" icon for the Road Guide and coupons and discount offers. A capture of this webpage is attached hereto as **Attachment Q p. 15.**

61.    I clicked on the "Download Now" icon for the Road Guide. I was directed to https://opg-dmv.s3.amazonaws.com/checklist/registry/.PDF with an error message "This XML file does not appear to have any style information associated with it. The document tree is shown below." I was not able to download a road guide. A capture of this webpage is attached hereto as **Attachment Q p. 16.**

62.    My undercover identity's credit card statement showed charges from registrationtags.com for $3.99 and $1.00 on April 4, 2019, and $19.99 on April 6, 2019. I did not receive a receipt for the $1.00 donation to "Mothers Against Drunk Driving" and the charge on my credit card for my $1.00 donation was from registrationtags.com. A copy of my undercover identity's credit card statement is attached hereto as **Attachment S.**

63.  My undercover identity did not receive a renewed vehicle registration after the transaction described above.

**D.  <u>Section-8-Housing.org</u>**

64.  On May 6, 2019, in the FTC's Internet Lab, I utilized the Camtasia recording program to record my computer screen to navigate through the section-8-housing.org website. The recording is attached as **Attachment T, Section-8-Housing video.**

65.  I opened the Google chrome browser on my computer and typed, "section 8 housing apply" into the search bar. The first result that appeared was "Virginia Section 8- Income Limit, Application & Waiting Lists" with the URL www.section-8-housing.org listed under the link. I clicked on the hyperlink and was directed to https://section-8-housing.org [full URL omitted due to length].

66.  I reviewed the contents of the page, which contained the text "Find Out If You Are Eligible for the Section 8 Program" and other information about Section 8 Housing in Virginia. A capture of this webpage is attached hereto as **Attachment U p. 2.**

67.  I entered my first and last name, email address, and zip code using my undercover profile information in the form box under "Find Out If You Are Eligible for the Section 8 Program" and selected the large orange icon "Continue >>."

68.  I was directed to a data-entry form screen with the text "Confirm Your Address To Verify Eligibility." I entered my street address, city, and state using my undercover profile information. A capture of this webpage is attached hereto as **Attachment U p. 4.**

69.  I selected the large orange icon "Continue>>." I was directed to a data-entry form screen with the text "What is your contact phone number?" I entered my phone number using

my undercover profile information. A capture of this webpage is attached hereto as **Attachment U p. 5.**

70.     I selected the large orange icon "Continue>>." I was directed to a data-entry form screen with the text "Confirm Your Date of Birth and Gender To Verify Eligibility." I entered my date of birth and gender using my undercover profile information. A capture of this webpage is attached hereto as **Attachment U p. 6.**

71.     I selected the large orange icon "Continue>>." I was directed to a series of data-entry form screens soliciting personal information such as: employment status, health insurance coverage status, disability status, medical conditions, and credit card debt amount. Further screens consisted of a series of yes or no, questions such as, "Would you like to improve your credit score," which would re-direct to a third-party site when selected. A capture of the webpages containing the questions are attached hereto as **Attachment U pp. 7-27.**

72.     After approximately 25 minutes of navigating through the various data-entry form screens, I arrived at a screen with the text "Get Your Section 8 Eligibility Guide." A capture of this webpage is attached hereto as **Attachment U p. 28.**

73.     I selected the large orange icon "Finish" and I was directed to https://hometipper.com/getting-your-guide/, which contained a small box with the text "Your guide has been sent to your email." The page also contained additional general information listed under "Housing Loans, Grants, and Assistance Explained." A capture of this webpage is attached hereto as **Attachment U, p. 29.**

74.     After being redirected to https://hometipper.com/getting-your-guide/, I logged into my undercover email account to see if I received any correspondence. I received an email on

May 6, 2019, at 2:12pm EST from "Lee C" at Section-8-Housing with the email address info@e.section-8-housing.org and the subject line "[Undercover First Name], Your Section 8 Housing Guide is Ready (Order ID: [undercover identifying information removed]). A copy of this email is attached hereto as **Attachment V.**

75.   I clicked on the icon in the email, "Download Your Guide." I was directed to https://localhometips.com/guide-download/ which has the text "Section 8 Housing Program Information and Resources" at the top of the page. The page contained hyperlinks listed under "Sponsored Searches" such as "section 8 housing applications," "veterans benefits eligibility," "senior assistance services," and "first time home buyer programs." In the middle of the page was black text, "Click to Download Your Section 8 Guide." I clicked on the black text and was directed to s3.amazonaws.com/DMguides/section-8-housing.guide.PDF, which displayed a downloadable 16-page PDF titled "Section 8 Housing." The guide contained general publicly information about housing vouchers. The downloaded guide is attached hereto as **Attachment W.**

76.   Despite navigating through the process above, my undercover identity did not receive an eligibility determination for Section 8 Housing.

77.   I later logged into the undercover email account I used for section-8-housing.org. This undercover email account was used exclusively for this investigation and only for navigating through specific Public Benefits Websites (section-8-housing.org and Obamacare-guides.org described below.) Many of the emails the account received claimed that my undercover identity had won prizes or was owed unclaimed money. For example:

- My undercover identity received an email on May 8, 2019, at 9:23pm EST from Research UnlimitedGroup with the email address news@resourceunlimitedapp.com and the subject line "[Undercover First Name], We Found a Check In Your Name." The body of the email contained a hyperlink, "Collect Your Missing Check."

- My undercover identity received an email on July 5, 2019, at 9:24 p.m. EST from Research Unlimited Group with the email address news@resourceunlimitedapp.com and the subject line, "CITIBANK Card Cleared ($1,000!) Congrats, [Undercover First Name.]" Within the body of the email, it stated, "After careful consideration, the total of $1,000 has been loaded onto this cleared CITIBANK Card. Get a move on to the link below to verify this card with the highlighted requests." Copies of these emails are attached hereto as **Attachment X.**

### E. FishingLicense.org Purchase

78.   On June 27, 2019, in the FTC's Internet Lab, I utilized the Camtasia recording program to record my computer screen for an undercover purchase. The recording is attached as **Attachment Y, FishingLicense Purchase.**

79.   I opened the Firefox browser and entered "get fishing license" into the Google search bar. The first result that appeared was "Fishing Trips | Get Your License to Fish | Review Requirements" with the URL, www.fishinglicense.org/Resource/Guide listed directly below.

80.   I clicked on the hyperlink and was directed to https://fishinglicense.org [full URL omitted due to length], which had large text stating "New Wisconsin Fishing License Assistance"

beside a form box that said "Skip the Hassle & Start Fishing." I reviewed the contents of the page and entered the first and last name, email address, zip code, and phone number of my undercover identity. A capture of this webpage is attached hereto as **Attachment Z, p. 2.**

81.   I selected the large orange icon labeled "Continue." I was directed to https://fishinglicense.org/billing.html, which contained a form block titled "Billing Information" with my name and zip code pre-populated. I filled in the remaining required information, credit card number, expiration date and CVV code using my undercover profile information. A capture of this webpage is attached hereto as **Attachment Z, p. 5.**

82.   I clicked on the large orange icon, "Submit." I was directed to https://fishinglicense.org/dl-confirmation.html, which had the text "Thank you for your payment. Please wait just a second while we redirect you to your Download" after approximately three seconds, and before I could take a capture, the page refreshed and displayed the text "Download Your Guide to Becoming an Expert Fisherman Now" with a large orange icon that said "Download" next to it. A capture of this webpage is attached hereto as **Attachment Z, p. 6.**

83.   I clicked the "Download" icon and was directed to https://pop-bookstore.s3.amazonaws.com/opg-content/checklist/recreational/fishinglicense.org/new-fishing-license/wisconsin.PDF which displayed a downloadable 78-page PDF titled "Guide to Become an Expert Fisherman." The guide contained general information about fishing. The downloaded guide is attached hereto as **Attachment AA.**

84.   I navigated back to https://fishinglicense.org/checklist/new-fishing-license/wisconsin.html where the text "Additional FREE Guides" was displayed in the

middle of the page (*see* **Attachment Z, p. 6).** I clicked on the link "Guide to becoming an Expert Fisherman- Audiobook" and was redirected to a blank page where audio began to play. The audio began with the narrator stating, "National Guide to Becoming an Expert Fisherman, Second Edition, by Recreation America. Narrated by Dan McDermond." I also selected the link, "National Fishing License Guide" and was re-directed to a page which displayed a downloadable 132-page PDF titled "Your Guide to Getting a Fishing License." I returned to the page with the additional free guides and selected the link "Fishing Gear Essentials Guide." I was redirected to a page which displayed a downloaded 41-page PDF titled "National Fishing Gear and Essentials Guide." I clicked on the last link, "Cookbook with Tons of Tips, Recipes and More" under the "Additional FREE Guides." I was redirected to a page which displayed a downloadable 106-page PDF titled "Cooking From The Wild" by Recreation America. I noted on the last page of the guide, OnPoint employee Candice Nestel was listed as a contributor.

85.    My undercover identity's credit card statement showed charges from Orange Grove for $4.99 on June 27, 2019, and $23.99 on June 29, 2019. A copy of my undercover identity's credit card statement is attached hereto as **Attachment AB.**

86.    My undercover identity did not receive a fishing license after the transaction described above.

    **F.  SocialSecurityGuides.org**

87.    On July 24, 2019, in the FTC's Internet Lab, I utilized the Camtasia recording program to record my computer screen to navigate through the socialsecurityguides.org website. The recording is attached as **Attachment AC, SocialSecurityGuides video.**

88. I opened the Internet Explorer browser, which defaults to the Bing search engine. I typed "social security aid" in the search bar and reviewed the search results. I clicked on the link "Home | SocialSecurityAid.org" which had the URL socialsecurityaid.org underneath it and was the third option listed in the search results.

89. I was directed to socialsecurityaid.org/index.html, which contained information about the necessity of having a Social Security number and Social Security benefits. The last sentence of the first paragraph stated, "Every member of the United States work force needs to have a Social Security Number because their future benefits are determined by the summary of their earnings throughout their career." A capture of this webpage is attached hereto as **Attachment AD, p. 2.**

90. I clicked on the hyperlinked text, "have a Social Security" and I was redirected to https://socialsecurityguides.org/benefits.html [full URL omitted due to length]. A data-entry form appeared at the top of the page under the text "Change Your Social Security Name. Update Your Social Security Card When Your Information Change." I entered the required information, including name, email, and zip code using my undercover profile information. A capture of this webpage is attached hereto as **Attachment AD, p. 4.**

91. I clicked on the large red icon "Get Started Now." I was directed to a data-entry form screen with the heading "General Information" with a sentence below stating "Each field is required to receive your social security card from the Social Security Administration. We need this information to ensure your social security card is accurate and complete." I entered the required, gender, first name, last name, and email using my undercover profile information. I answered, "no" to the following questions, "Did you have a different name at birth?"; "Are you using other names?"; and "Was your name different

on your previous card?" A capture of this webpage is attached hereto as **Attachment AD, p. 5.**

92.  I clicked on the large grey icon "Next >." I was directed to a data-entry form screen with the heading "Citizenship and Birth." I entered the required information (country of birth, state of birth, city of birth, and date of birth) using my undercover profile information. I answered "yes" to the question, "Are you a US Citizen?" and I answered "no" to the question "Are you updating your date of birth?" A capture of this webpage is attached hereto as **Attachment AD, p. 6.**

93.  I clicked on the large grey icon "Next >." An additional data-entry form appeared on the page with the heading "Relatives." I entered the required information (mother's first name, mother's maiden name, father's first name, and father's last name) using information from two additional undercover profiles. A capture of this webpage is attached hereto as **Attachment AD, p. 7.**

94.  I clicked on the large grey icon "Next >."  I was directed to a data-entry form screen with the heading "Mailing Address." I entered the required information (address, city, state, zip code, and phone number) using my undercover profile information. I noted as I hovered over the "city" field in the address box, the message "Please enter the city of the address you would like the social security card mailed to. (Please do not abbreviate). This is where you will receive your social security card" appeared. Under the heading "Relationship with applicant" on the same page, I selected "self" in the pre-populated drop-down. A capture of this webpage is attached hereto as **Attachment AD, p. 8.**

95.  I clicked on the large grey icon "Next >."  I was directed to a data-entry form screen with the heading "Submission" and entered the required information, first name, last name,

card number, expiration date, secutity [sic] code, and zip code using my undercover profile information. Next to the data-entry form box was a small box with "Order Summary" which listed a total of $33.94. A capture of this webpage is attached hereto as **Attachment AD, p. 9.**

96.     I clicked on the large grey icon "Submit Order." A pop-up window appeared at the top of the screen with a message, "socialsecurityguides.org says System Error Please Retry." I clicked on the blue icon "Ok." I verified all of my undercover identity's credit card information was accurate and attempted to resubmit and received the same error message. A capture of this webpage is attached hereto as **Attachment AD, p. 10.**

97.     I opened a new Google Chrome browser and typed "social security guides.org" and the first search result, titled "The Benefits of Our Social Security Guide," appeared with the URL https://socialsecurityguides.org.

98.     I clicked on the hyperlink and I was directed to https://socialsecurityguides.org/index/html and a pop-up window immediately appeared on the page. The pop-up window stated, "Social Security applications must be processed by an official Government location/website. However, independent third-party application assistance is available through this site. Application assistance services simply the process by providing personalized guides, document preparation, and live support. By clicking 'continue' you acknowledge that this site is privately owned and is not affiliated with any government agency." A capture of this webpage is attached hereto as **Attachment AD, p. 11.**

99.     I clicked "Continue" and reviewed the contents of the page. A box appeared at the top of the screen with the header "Social Security Card Application" and four large orange

icons: "Replace Social Security Card"; "Change name on S.S. card"; "First Social Security card" and "Other card updates." A capture of this webpage is attached hereto as **Attachment AD, p. 12.**

100. I selected the first large orange icon "Replace Social Security Card" and was directed to https://socialsecurityguides.org/form/step1/social-security-guide/application/html. The page contained a data-entry form with the heading "General information" and was identical to screen I described above in Paragraph 91. I entered in the same undercover profile information and navigated through the data-entry form screens using the same process as I described in Paragraphs 91-96, and receiving the same error message.

101. On August 14, 2019, in the FTC's Internet Lab, I again attempted to complete the transaction on socialsecurityguides.org and received the same error message as described above in Paragraph 91.

102. I checked the undercover identity's credit card statement and confirmed that there was not a charge from the socialsecurityguides.org website.

103. My undercover identity did not receive an eligibility determination or a new Social Security card after the process described above.

### G. Obamacare-Guide.org

104. On August 14, 2019, in the FTC's Internet Lab, I utilized the Camtasia recording program to record my computer screen to navigate through the Obamacare-guide.org website. The recording is attached as **Attachment AE, ObamacareGuide video.**

105. I opened my browser on the undercover computer and typed in the address, Obamacare-guide.org. I reviewed the contents of the webpage, which included in large text near the top of the page "FIND AFFORDABLE HEALTH INSURANCE" with a large map of the

U.S. and a hyperlinked icon for each state. A capture of this webpage is attached hereto as **Attachment AF, p. 2.**

106.     I selected the state associated with my undercover profile. I was directed to Obamacare-guide.org/texas. Under the "Texas Affordable Care Act Resource Center," I selected the hyperlinked option "Are you an Individual in Texas?" I was directed to Obamacare-guide.org/texas/Obamacare-for-texas-individuals which had in large text "ARE YOU AN INDIVIDUAL IN TEXAS? To Get Started in ObamaCare in Texas Select from the Following" with a large red icon underneath "GET A FREE QUOTE FOR AFFORDABLE HEALTHCARE ONLINE>." A capture of this webpage is attached hereto as **Attachment AF, p. 4.**

107.     I selected the large red icon described in ¶106 and was directed to Obamacare-guide.org/get-quotes. The page stated "COMPLETE THIS FORM TO VIEW QUOTES IN YOUR STATE. Complete your health profile. Simply complete the information below, and we will immediately connect you with a healthcare advisor who can provide the best options available for you!" The screen contained a lengthy data-entry form screen requiring the following information: full name, address, email, date of birth, height, phone number, use of tobacco products, insurance coverage status, Social Security/disability status, gender, and weight. The form also asked about any pre-existing health conditions (such as arthritis, cancer, diabetes, digestive issues, mental illness, neurological disorders, psoriasis, thyroid, urinary, and/or vision problems), number of members in household, and household income. I used my undercover profile information for the basic demographic information and made selections from the pre-populated drop-

downs for the remaining required fields. A capture of this webpage is attached hereto as **Attachment AF, p. 5.**

108.   I clicked on the large red icon at the bottom of the screen "Get Quotes." Next to the icon was the text "Your information is safe and secure." I was directed to Obamacare-guide.org/get-quotes/r16 which had in large text at the top of the screen "Thank you! We're Calling You Now.[2]" There was also a list of various health insurance resource links that redirected to third-party sites. A capture of this webpage is attached hereto as **Attachment AF, p. 6.**

109.   I checked the undercover identity's credit card statement and confirmed that there was not a charge from the Obamacare-guide.org website.

110.   Despite following the steps described above, my undercover identity did not receive a free quote for affordable health insurance.

**H. Food-Stamps.com**

111.   On September 4, 2019, in the FTC's Internet Lab, I utilized the Camtasia recording program to record my computer screen to navigate through the food-stamps.com website. The recording is attached as **Attachment AG, Food-Stamps video.**

112.   I opened my browser and typed in the URL, food-stamps.com. I observed near the top of the page large text, "Find Out If You Are Eligible For The Food Stamps Program With Our Guide By Completing Your Information Below." A capture of this webpage is attached hereto as **Attachment AH, p. 1.**

113.   I entered the required information (name, email address, and zip code) using my undercover profile information.

---

[2] I monitored the cell phone I used to navigate through the website. I did not receive any incoming calls between August 14th and August 26th. Incoming calls were received after August 26, 2019; however, they may be associated with other investigations this undercover cell phone has been used for.

114. I clicked the orange icon "Continue>>." I was directed to a data-entry form screen with the heading "Confirm Your Address to Verify Eligibility." I entered the required information (address, city, state) using my undercover profile information. A capture of this webpage is attached hereto as **Attachment AH, p. 2.**

115. I clicked the orange icon "Continue>>." I was directed to a data-entry form screen with the heading "What is your contact phone number?" I entered my undercover mobile number, but in order to proceed, I had to check a box indicating that I gave consent for food-stamps.com and their marketing partners to contact me via telephone and text. I captured the list of marketing partners, which contained hundreds of names. A capture of this webpage is attached hereto as **Attachment AH, pp. 3-5.**

116. I selected the box and clicked the orange icon "Continue>>." I was directed to a data-entry form screen with the heading "What is your date of birth and gender?" I entered my undercover information. A capture of this webpage is attached hereto as **Attachment AH, p. 6.**

117. I clicked the orange icon "Continue>>." I navigated through a series of screens, each with "Confirm Your Eligibility" at the top of the screen and prepopulated "yes" or "no" selections for the following questions:

- Are You a Homeowner?
- What is your current employment status?
- Do you suffer from any of these ailments? Check all that apply.
- If you or a loved one has suffered injuries, you can participate in a class action lawsuit. Check all that apply and turn injuries into the cash you deserve.
- What is your annual household income?
- Do you have an active checking account?
- How much credit card debt do you have?

- Are you interested in improving your credit score?
- Are you a Veteran?
- Job Search. To be eligible for certain benefits you must be actively looking for work. Please enter the job type you are looking for (Example: Cashier) and select Yes to receive daily job updates in your area from Zip Recruiter.
- Do you want a Visa Prepaid Card? Getting a Prepaid Visa is a great choice for anyone getting benefits. Just click Yes below.
- Low Income Medical Help. Do you earn less than 32k per year? Find medical help for low-income families. Click "Yes" to learn more.
- Get help paying your bills. Find Relief With FREE Grant Money That Never Has To Be Paid Back!
- Learn How to Successfully Apply For Housing Grants. Low income Americans may be eligible for housing assistance. Would you like free information regarding housing assistance?
- Daily Amazon Card Winners. Spin the wheel for your chance to win a $250 Amazon Gift Card! Multiple Winners Daily. Try Now.
- Free Product Samples Shipped To You! Sign up to get free product samples from major brands. No credit card required and Zero Obligation. Would you like to get free samples?

Captures of these webpages are attached hereto as **Attachment AH, pp. 7-22.**

118.    After navigating through the screens and selecting prepopulated answers, I arrived to a screen that said "Confirm Your Eligibility Your Free Guide is Ready." I clicked on the large orange icon "Get my Guide" and was directed to finance-watcher.com/getting-your-guide, which contained basic information about grocery stores that will accept EBT cards. In a small box on the left-hand side of the screen in blue text it stated "Your guide has been sent to your email." A capture of this webpage is attached hereto as **Attachment AH, p. 24.**

119.   After being redirected to finance-watcher.com/getting-your-guide/, I logged into my undercover email account to see if I received any correspondence. I received an email on September 4, 2019, at 3:53 p.m. EST from "Lee C" at FoodStamp Resources with the email address info@foodstampresources.org and the subject line "[Undercover First Name], Make Sure You're Ready To Apply For Florida Food Stamps. A copy of this email is attached hereto as **Attachment AI.**

120.   I clicked on the link within the body of the email "Access Your Guide Here >>" and was directed to a screen with a downloadable 16-page PDF of general, publicly available information. However, the guide was about Section 8 housing and did not contain information about food stamps. The guide was identical to the guide I received on May 6, 2019, when I navigated though the section-8-housing.org website. A copy of the guide is attached hereto as **Attachment AJ.**

121.   Despite navigating through the process described above, my undercover identity did not receive an eligibility determination for food stamps.

122.   On October 28, 2019, I logged into the undercover email account I used to for food-stamps.com. This undercover email account was used exclusively for this investigation and only to navigate through food-stamps.com. In a little over a month, the email account had received over 60 emails advertising unclaimed prizes or other offers. For example: my undercover identity received an email on September 8, 2019, at 9:51a.m. EST from "Diana" with the email address members@1.getfoodstampsassistance.com and the subject line "[Undercover First Name], I have to tell you some important things!" The email stated, " Let me introduce myself, I am the grand Medium Diana, the famous sensitive psychic … Important events are about to happen in your life, NOME [sic], and

the only way to find out what they are is by accepting my help!" There was a hyperlink in the body of the email. A copy of the email is attached hereto as **Attachment AK.**

123. I also received numerous text messages to the undercover cell phone number I used on food-stamps.com. For example:

- On September 9, 2019, I received a text message from 53294 stating, "CLAIM: $500 Grocery Gift Card [undercover first name!] Click Here -> http://r.survey.rocks/r/1514m1q0b."

- The next day, I received a text message from the same number stating, "[Undercover first name], Your Walmart Gift Card Is Ready! Start Here: http://r.survey.rocks/r/15moikh05."

- On September 10, 2019, I received a text message from 39796 stating, "$6,195 in school grant $$ could be available if you qualify! View Schools: http://www2.schoolwe.com/r/1517n3w)g".  Screenshots of these text messages are attached hereto as **Attachment AL.**

### III.     Undercover Phone Call

124. In the course of my employment, I am authorized to record telephone conversations with parties suspected of violating the FTC Act and the rules it enforces.  For these telephone calls, I use an undercover identity, address, telephone number, email address, and other fictitious information.  I conduct the undercover telephone calls at the FTC's office in Washington, D.C. Before placing the calls, but after starting to record, I identify myself as Lashanda Freeman, an Investigator with the FTC. After ending calls, but before terminating the recording, I confirm my identity as Lashanda Freeman, an Investigator with the FTC.  I confirm the conversations have been recorded properly and I copy the

audio recordings from the digital recorder to FTC's network via the USB port on the digital recorder to be preserved.

125.     On September 30, 2019, I placed an undercover phone call to a representative at fishinglicenses.org. The purpose of the call was to request a refund for the charges associated with the undercover purchase conducted on the website, fishinglicenses.org, on June 27, 2019. I used the same undercover profile information during the call that I used to complete the transaction on the website and followed the procedures I outlined above in Paragraphs 78-86.

126.     On October 25, 2019, I sent the audio recordings of the undercover telephone calls to For The Record, Inc.  For The Record transcribed the recordings and sent the transcripts to me.  As I compared the transcripts with the corresponding audio recordings, I noted corrections as well as additions of words that I could understand but the transcriptionist did not.  I submitted corrections and additions to the transcripts to For The Record.  On November 8, 2019, I received the revised transcript and verified the accuracy of the undercover call with Anyeli, a representative with fishinglicenses.org, as described below.  The transcript of the recording is attached hereto as **Attachment AM. FishingLicense- Transcript of Call.**

127.     On September 30, 2019, at approximately 10:31 a.m. EST, posing as a fictitious consumer, I placed a telephone call to 888-867-4816, which is the telephone number listed on the "contact us" page for fishinglicenses.org (*see* **Attachment Z, p. 3**). After connecting to the number, I received an audio recording saying, "Thank you for calling the fishinglicenses.org customer support center. Calls may be monitored or recorded for

quality and training purposes. Please stay on the line and we will connect you with the next available agent."

128. After waiting on hold, I spoke with a representative who identified herself as "Anyeli," a representative with fishinglicenses.org. I told Anyeli that I placed an order for a fishing license but I never received it. Anyeli told me the $4.99 charge on my credit card was for the processing fee for the transaction online and the $23.99 charge was for an "official link [sent via email] to complete the information [to get] the fishing license...." When I asked Anyeli where fishinglicense.org was located, she stated the location of the business was 3313 W. Cherry Lane, Ste. 636, Meridan, Idaho 83642.

129. This address is different from what is listed on contact us page for fishinglicenses.org. The address on the contact us page is 212 W. Ironwood Dr. Ste. D, Box 177, Coeur D'Alene, Idaho 83814. A Google search of 3313 W. Cherry Lane, Ste. 636, Meridan, Idaho 83642 revealed that it is a location of the private mailbox rental company, Postal Annex.

130. I was assured by Anyeli that the refund would be processed in three to five business days, with the credit of $23.99 appearing back on my credit card. I was provided with the confirmation number BA172B and told that I would also receive an email and text message with the refund confirmation number. The call ended at 10:49 am Eastern Time.

131. On September 30, 2019, at 10:42 a.m., I received a text message on the undercover cell phone from (855) 206-0129. The text said "Refund Processed! Allow 7-10 Business Days To Show on Your Statement. Transaction #: 29733822. Txt STOP to OptOut For questions 855-482-9908." A copy of this text is attached hereto as **Attachment AN.**

132.   On October 28, 2019, in the FTC's Internet Lab, I logged into my undercover email account to see if I received any correspondence. I received an email on September 30, 2019, at 10:42 am EST from Fishing License with the email address info@fishinglicense.org and the subject line "Your Transaction Has Been Refunded." A copy of this email is attached hereto as **Attachment BJ.**

133.   On November 20, 2019, I logged into my undercover credit card account to see if the refund had been processed. The charges from Orange Grove for $4.99 on June 27, 2019, and $23.99 on June 29, 2019, remain on my undercover credit card, and there have not been any credits from any entities between September 30, 2019 and November 20, 2019. A copy of my credit card statements between September 30, 2019, and November 20, 2019, are attached hereto as **Attachment AO.**

<div align="center">

**WEB CAPTURES**

</div>

134.   In response to Civil Investigative Demands to financial institutions and third parties, documents were produced to the Commission. I reviewed the responsive documents to identify any additional websites belonging to the Defendants that would fall into the categories of websites I had identified: Transaction, Feeder, and Public Benefits as described in Paragraphs 18-25 above.  In the FTC's internet lab, I used the program SnagIt to capture over 200 websites. I created a chart for each category of websites (Feeder Websites, Transaction Websites, and Public Benefits Websites) to summarize the website address and the date the website was captured. To the extent that an entity or address was listed on the "contact us" section of the website, I noted this information. The chart I created is attached hereto as **Attachment BH.**

### I.    Operating Company Websites

135.    During the course of my investigation, I identified several websites for the companies associated with the Defendants. I categorize these as **"Operating Company Websites."**

136.    On April 16, 2019, in the FTC's Internet Lab, I used the program SnagIt to capture OnPointGlobal.com. On the landing page, OnPoint states they process 250,000 eCommerce transactions monthly, possess 2,000 domains, and have over 270 employees across four offices: the headquarters in Miami, Florida, and additional offices in Los Angeles, California, San Jose, Costa Rica and Montevideo, Uruguay.  On the landing page under "Leadership Team" Burton Katz is identified as "CEO," Bob Bellack is identified as "CFO," Brent Levison is identified as "CAO," and Karla Jinesta is identified as the "General Manager of BV Media." On August 14, 2019, I captured changes to the "Leadership Team" which included the addition of Paola Zuluaga as "VP eCommerce" and Sarai Jaimes as "Human Resources Director." *See* **Attachment E (identified above.)**

137.    The OnPoint website also had a link to several open job positions in various locations, which were frequently updated. For example, I took a capture on September 24, 2019, using Adobe for a job posting for "WordPress Developer" in the OnPoint Montevideo, Uruguay office. On the same day, I captured a job posting for "Senior Software C# Engineer" in the Boca Raton, Florida office and for "Sales Campaign Manager" in the Alajuela, Costa Rica office for BV Media. Captures of the job postings are attached hereto as **Attachment AP.**

138.    On April 16, 2019, in the FTC's Internet Lab, I used the program SnagIt to capture OnPointGuides.com. The website contained downloadable PDF guides with basic information in the topic areas of "auto"; "career & education"; "health & lifestyle";

"travel & recreation"; and "government services." I was able to download the guides on the website without providing payment or login information.[3] *See* **Attachment F (identified above).**

139.    On April 16, 2019, in the FTC's Internet Lab, I used the program SnagIt to capture BVmedia.cr. Under "About Us," the landing page states, "[t]he online marketing department works hard to make our sites highly profitable by planning processes and building online strategies to boost traffic and increase conversions. We also have a full-service customer service team that provides support to a variety of clients in the United States." The "Contact Us" section lists the address as Rio Segundo, Alajuela, Oficentro Plaza Aeropuerto, Oficina C-19 BVMedia. Under "Why Costa Rica" on the landing page, Burton Katz is credited as the Company Director. The landing page states that BVMedia began in 2014 with six employees and grew rapidly to 188 employees by 2018. On the press page, there was an article titled "Bella Vista Media estrena modernas instalaciones en Alajuela" dated May 28, 2017, with a photo of Burton Katz and Brent Levison cutting a ribbon.  Captures of the website are attached hereto as **Attachment AQ.**

140.    On April 22, 2019, in the FTC's Internet Lab, I used the SnagIt program to capture DragonGlobal.com. The website identifies Dragon Global as a private investment firm focused on venture capital and real estate investments headquartered in Miami, Florida. Robert Zangrillo is identified as the Founder, Chairman, and CEO of Dragon Global. Burton Katz is identified as a member of the Venture Team and partnering with Dragon Global to acquire and operate On Point Global. Bob Bellack is identified as a member of the Venture Team. Also on the team page, OnPoint advisors, Emil Michael, Alex Soltani,

---

[3] On September 4, 2019, I reviewed OnPointGuides.com, and noticed significant changes to the layout and format of the website. Notably, the various PDF guides were no longer available to download and the majority of information was removed.

and Jeff Clarke were listed as Dragon Global advisors and Dede Loftus was identified as a member of the operations team. On the Venture Capital page, text states that Dragon Global conducts three types of investing: "late-stage minority investments," early stage "minority-stake" investments, and "early-stage control investment." Under the Early-Stage Control section is the following description: "Our early-state control investment activity is focused on young, emerging companies in the consumer Internet space that are looking to team-up with one strategic and financial partner that will fully enable them to reach their next level of growth and evolution. We seek to take controlling, majority ownership stakes, which permits us to fully leverage the broad experience of our Operating Partners and the unique access to our extensive network of advisors. Working in close partnership with our Operating Partners, our company's management teams are empowered to pursue more aggressive growth strategies, including strategic acquisitions and alliances which enable our portfolio companies to achieve higher levels of valuation than they otherwise may have achieved on a stand-alone basis. Our current early-stage control investment is On Point Global." *See* **Attachment G (identified above).**

141.   On July 24, 2019, in the FTC's Internet Lab, I used the SnagIt program to capture Direct-Market.com. Notably, when typing "direct-market.com" directly into the internet browser bar, I was immediately redirected to OnPointGlobal.com. I was only able to access the website by typing "www.direct-market.com" into the internet browser bar. Under "The Team" on the landing page, Chris Sherman and Elisha Rothman are listed. The address listed on the website is 143 S. Randall Rd. #307, Batavia, IL 60510. Captures of the website are attached hereto as **Attachment AR.**

142.    On September 4, 2019, in the FTC's Internet Lab, I used the SnagIt program to capture

G8labs.co. This website appeared almost identical to Direct-Market.com, sharing the

same design and images. Under "The Team" on the landing page, Ramiro Baluga is

identified as the CEO. Under the "Contact" section, the company is listed as Carganet

S.A. DBA G8Labs with an office location Luis Bonavita, World Trade Center Free Zone,

Of. 001, Montevideo, Uruguay. Captures of the website are attached hereto as

**Attachment AS.**

143.    On September 11, 2019, in the FTC's Internet Lab, I used the SnagIt program to capture

BrentLevison.com. Under the "About" section on the website was the following

information, "Brent A. Levison is an owner, operator, investor and executive in the e-

commerce, mobile, content media and direct marketing industries with over 20 years of

legal experience." On the blog section of the website site was an article from June 19,

2017, "Costa Rican Tech Company Celebrates Grand Opening of New Office." The

article details the opening of BV Media and states, "Ownership group headed by Burton

Katz invested over $100,000 dollars for expansion and renovations with hopes of

expanding the 100-employee company. New job openings will include customer service

agents, supervisors, graphic designers, software developers and writers to help monitor

and strengthen a highly trafficked network of websites." The article also attributes a

quote to Katz, "We have offices in Costa Rica and Uruguay with over 100 employees

who elevate our front-and back-end development, graphics design and call center

support. Investing in in-sourced talent helps me reduce our fixed costs while adding a

layer of quality control to my offshore work." Captures of the website are attached hereto

as **Attachment AT.**

## II.    LinkedIn Webpages

144.    In the FTC's internet lab, I captured several pages from the business and employment social networking site LinkedIn. I used the SnagIt and Adobe tool to capture the webpages.

145.    On April 16, 2019, I captured the LinkedIn profile for Candice Nestel. Nestel identified herself as a Site Manager at OnPoint and a Brand Manager for DMV.com from April 2013 to the present. Some of the job duties listed were described as: "manage DMV.com's new product launch process and checklist and QA all DMV.com site changes prior to launch." On May 6, 2019, I reviewed and captured Nestel's LinkedIn profile, which had been updated. Under "Experience," Nestel identified herself as a Project Manager for Freemium at OnPoint from April 2013 to the present, and all references to DMV.com had been removed from her profile. On August 13, 2019, I reviewed and captured Nestel's updates to her LinkedIn profile. Under "Experience," Nestel identified herself as Director of Vertical Markets at OnPoint from April 2013 to the present, Project Manager for Freemium (Jan-June 2019), and Brand Manager-DMV.com (April 2017-May 2018). The captures of these webpages are attached hereto as **Attachment AU, pp. 1-12.**

146.    On April 22, 2019, I captured the LinkedIn profile for Brent Levison. Levison identified himself as Chief Administrative Officer & General Counsel at OnPoint from November 2017 to the present. The description included "manages the legal, compliance and regulatory matters of the company, as well as its administrative functions and community involvement initiatives. The acting operations manager for OnPoint's Costa Rica office, he oversees the development of office facilities, resources, call center organization and

billing and payment processing." A capture of this webpage is attached hereto as **Attachment AU, pp. 13-15.**

147.    On April 22, 2019, I captured the LinkedIn profile for Burton Katz. Katz identified himself as an Entrepreneur at Waltham Technologies from 2009 to the present. The description under Entrepreneur included the following information: "Burton Katz, a Miami resident, is the majority shareholder of Waltham Technologies, a high-growth internet start-up company focusing on content, data and commerce. Having launched a network of web properties across many verticals and developed, managed and operated over 200 websites, Waltham has seen success in its methods [...] Through Waltham's owned and operated websites, the company currently acquires 30,000 new consumer records each day." A capture of this webpage is attached hereto as **Attachment AU, pp. 16-18.**

148.    On August 13, 2019, I captured the LinkedIn profile for Ramiro Baluga. Baluga identified himself as SVP Publishing & Audience Development at OnPoint from January 2018 to the present. Prior to OnPoint, Baluga listed his employment as Co-Founder & CEO for G8Labs from July 2014 to December 2017, located in Montevideo, Uruguay. The description included, "G8Labs has been acquired and is now part of OnPoint Global. G8Labs develops online audiences across different verticals in multiple markets. Under an exclusive publishing model, we are able to identify consumers interests and target specific products and services to our end consumers." A capture of this webpage is attached hereto as **Attachment AU, pp. 19-23.**

149.    On August 13, 2019, I captured the LinkedIn profile for Gersom Bustos. Bustos identified himself as Product Manager/ Call Center Operations at OnPoint from

December 2012 to January 2019. A capture of this webpage is attached hereto as **Attachment AU, pp. 24-25.**

150.     On August 13, 2019, I captured the LinkedIn profile for Diana Loftus. Loftus identified herself as Director of Operations at Dragon Global Management from May 2008 to the present. A capture of this webpage is attached hereto as **Attachment AU, pp. 26-27.**

151.     On September 11, 2019, I captured the LinkedIn profile for Arlene Mahon. Mahon identified herself as Senior Vice President Finance and Accounting at OnPoint from January 2011 to the present. The description included, "As a Senior Financial Executive of OnPoint, I have been working together with the leadership team for the past 8 years to grow OnPoint to a multinational company earning over $70 MM in annual revenue for 2018 and building a team of over 275 employees worldwide." A capture of this webpage is attached hereto as **Attachment AU, pp. 28-30.**

152.     On August 13, 2019, I captured the LinkedIn profile for Charles Ohana. Ohana identified himself as Software Engineer at OnPoint from December 2017 to the present. A capture of this webpage is attached hereto as **Attachment AU, pp. 31-34.**

153.     On August 13, 2019, I captured the LinkedIn profile for Gabriel Penaloza. Penaloza identified himself as Director of Finance for OnPoint from December 2017 to the present. The description included the following, "a data-driven online company that specializes in web publishing. Operates a network of over 500 web properties." A capture of this webpage is attached hereto as **Attachment AU, pp. 35-38.**

154.     On August 13, 2019, I captured the LinkedIn profile for Elisha (Eli) Rothman. Rothman identified himself as Director of Data Processing at OnPoint from December 2017 to the present. Rothman listed his prior experience as Principal at Direct-Market.com from June

2016 to the present. The description included the following, "Direct Market is a rapidly growing, innovative, and scalable Customer Acquisition and Data Monetization Platform efficiently turning high volume transactional clicks into life-time value customers." A capture of this webpage is attached hereto as **Attachment AU, pp. 39-40.**

155.    On August 13, 2019, I captured the LinkedIn profile for Victor Sales. Sales identified himself as Web Development Manager for OnPoint from December 2016 to the present. Sales listed his prior experience as Senior Developer/Technology Manager at DMV.com from May 2015 to the present. A capture of this webpage is attached hereto as **Attachment AU, pp. 41-43.**

156.    On August 13, 2019, I captured the LinkedIn profile for Chris Sherman. Sherman identified himself as Director of Data Processing for OnPoint from June 2012 to the present. A capture of this webpage is attached hereto as **Attachment AU, pp. 44-45.**

157.    On August 13, 2019, I captured the LinkedIn profile for Robert Zangrillo. Zangrillo identified himself as Founder, Chairman and CEO at Dragon Global from February 2012 to the present. Zangrillo listed his prior experience as Chairman at OnPoint from January 2018 to the present. A capture of this webpage is attached hereto as **Attachment AU, pp. 46-48.**

158.    On August 13, 2019, I captured the LinkedIn profile for Paola (Paola Gutierrez) Zuluago. Zuluago identified herself as Vice President, E-Commerce from July 2019 to the present, Director of Publishing from January 2019 to the present, and Product Manager from October 2012 to the present at OnPoint. The description under Product Manager included the following, "Simultaneously monitor several site operations by tracking traffic,

acquisitions, leads and revenue from paid, display advertising and email campaigns." A capture of this webpage is attached hereto as **Attachment AU, pp. 49-50.**

159.   On August 13, 2019, I captured the LinkedIn profile for OnPoint. Under the overview section was the following information, "We directly capture extensive, transactional 'First Party' Data while establishing the consumer's trust to market relevant proprietary products and third party offers. We do this through the operation of a network of web properties with a diverse portfolio of products and services in the automotive, health & wellness, recreation, and public resources area. OnPoint focuses on e-commerce, lead generation, customer acquisition and data monetization." There were also several active job postings in the Boca Raton, Florida, Alajuela, Costa Rica, and Montevideo, Uruguay offices.  On September 11, 2019, I captured a job posting for "Customer Retention Specialist" in the Alajuela, Costa Rica office. One of the responsibilities identified was, "Must be able to work in a fast-paced, often high-pressure environment, with proven ability to maintain composure in stressful situations and manage and diffuse angry or upset customers." A capture of this webpage is attached hereto as **Attachment AU, pp. 51-58.**

160.   On August 13, 2019, I captured the LinkedIn profile for Dragon Global. Under the overview section was the following: "Founded and led by Robert Zangrillo, Dragon Global is a private investment firm focused on venture capital and real estate investments." Under primary locations is the address "350 NE 60th St., Miami, Florida 33137." A capture of this webpage is attached hereto as **Attachment AU, pp. 59-60.**

### III.   Instagram Captures

161.   In the FTC's internet lab, I captured several pages from the social networking site Instagram. I used the SnagIt tool to capture the webpages.

162.   On August 22, 2019, I captured a post from November 11, 2017, posted on the public profile for Robert "Bob" Zangrillo (@bobzangrillo). The post had the caption "Thank you @louiscarreon for flying down to Miami to paint OnPoint's headquarters in Magic City." I confirmed the building in the photo matches the Google Street View image dated February 2019 of 350 NE 60th Street, Miami, Florida.  A capture of this webpage is attached hereto as **Attachment AV, p. 1.**

163.   On August 22, 2019, I captured a post from January 26, 2018, posted on the public profile for Robert "Bob" Zangrillo (@bobzangrillo). The post had a geolocation tagged "Aeropuerto de Carrasco" and a photo of Robert Zangrillo and Burton Katz in front of a helicopter with "Uruguay" on the side.  A capture of this webpage is attached hereto as **Attachment AV, p. 2.**

164.   On August 22, 2019, I captured a post from July 20, 2019, posted on the public profile for Robert "Bob" Zangrillo (@bobzangrillo). The post had a geolocation tagged "Bob's New House" and a photo of the cover of Marie Claire Italiana with the caption "Home sweet him [sic]." A capture of this webpage is attached hereto as **Attachment AV, p. 3.**

165.   On August 22, 2019, I captured a post from December 14, 2018, posted on the public profile for BV Media (@bvmedia.cr). The post had a photo of the BV Media office sign. Under "BV Media" are the words "An OnPoint Company." A capture of this webpage is attached hereto as **Attachment AV, p. 4.**

166.  On August 22, 2019, I captured a post from November 25, 2015, posted on the public profile for Victor Sales (@victorsales). The post had a photo of several individuals and the caption "So thankful for this family!! DMV.com 'You're welcome!' Their energy makes working a joy! A BIG Thanks to all of you! #weworkyoudrive." A capture of this webpage is attached hereto as **Attachment AV, p. 5.**

### IV.    Facebook Captures

167.  In the FTC's internet lab, I captured several pages from the social networking site Facebook. I used the SnagIt tool to capture the webpages.

168.  On February 15, 2019, I captured a post from October 11, 2018, on the public profile for DMV.com. The post stated, "You can renew your driver licenses online here!! Skip the lines doing it from you [sic] home." The post had a link to the DMV.com website: https://www.dmv.com/drivers-license-renewal. A capture of this webpage is attached hereto as **Attachment AW, p. 1.**

169.  On February 15, 2019, I captured a post from April 1, 2018, on the public profile for DMV.com. The post had a photo of a skeleton with the text, "There's only two other people in line at the DMV, Shouldn't be long now." The post also had, "#SkipTheLine at DMV.com." A capture of this webpage is attached hereto as **Attachment AW, p. 2.**

170.  On August 14, 2019, I captured a post from January 27, 2019, on the public profile for OnPoint Global. The post was a picture of Burton Katz with the caption, "Happy birthday to our fearless leader @burtonkatzmiami." A capture of this webpage is attached hereto as **Attachment AW, p. 3.**

171.  On August 14, 2019, I captured a post from June 20, 2019, on the public profile for OnPoint Global. The post was a picture of a presentation with the caption, "Jeff Zern,

Vice President of Path & Yield Management, presenting the ins and outs of a registration path to the global team." A capture of this webpage is attached hereto as **Attachment AW, p. 4.**

172.   On August 14, 2019, I captured a post from November 19, 2018, on the public profile for OnPoint Global. The post was a picture of employee of the month, Jerry Bautista, with the caption including the following, "Why EOTM: Jerry's tireless efforts helped the company recuperate revenue in services through Google Adwords." Notably, Elisha Rothman liked the photo. A capture of this webpage is attached hereto as **Attachment AW, p. 5.**

173.   On August 14, 2019, I captured a post from May 23, 2019, on the public profile for OnPoint Global. The post was a picture of Brent Levison wearing a BVMedia shirt with two individuals wearing OnPoint Global branded clothing. Notably, Robert ("Bob") Zangrillo liked the photo. A capture of this webpage is attached hereto as **Attachment AW, p. 6.**

174.   On September 19, 2019, I captured a post from January 11, 2017, on the public profile for BV Media. The post was a job announcement for "full time Call Center Representatives" and a key requirement was "US Native or have lived in a native English environment." A capture of this webpage is attached hereto as **Attachment AW, p. 7.**

### V.   Other Web Captures

175.   On April 16, 2019, in the FTC's internet lab, using the SnagIt tool, I located and captured an announcement posted on newcomiami2018.sched.com for a presentation on March 26 titled "Turning a Click Into a Customer" given by Danielle Ciolfi and Burton Katz.

176.    The website newcomiami2018.sched.com included a biography of Burton Katz. The biography stated: "Burton Katz is an experienced entrepreneur with an extensive career in the digital technology, lead generation, ecommerce and mobile content sectors. He started OnPoint in 2011 at a table in Starbucks with a simple drip coffee, a pen and a napkin." A capture of this webpage is attached hereto as **Attachment AX.**

### DOMAIN NAME INFORMATION

177.    FTC staff used the online query and response protocol "WHOIS" to look up registration information for Feeder, Transaction, and Public Benefits Websites. The majority of the URLs had the registrant Domains by Proxy listed.  According to, (https://www.godaddy.com/domains/full-domain-privacy-and-protection) Domains by Proxy is a privacy protection service that shields the registrant of domains from view on public listings such as WHOIS.

178.    In response to an FTC Civil Investigative Demand, Domains by Proxy produced 21,988 pages of documents to the FTC. FTC staff made a copy of the production and eliminated information not relevant to our investigation (*e.g.* because the information included entities not relevant to our investigation, identified previous owners of the Defendants' URLs, and other URLs owned by the previous owners). The Certificate of Authenticity of Business Records submitted by Domains by Proxy is attached hereto as **Attachment AY.**

179.    In the production FTC staff identified 1033 unique, relevant URLs for which the Defendants used Domains by Proxy to hide their ownership from public view.  These URL names generally reference apparent driver's license services, government services, and public benefits and many of them are slight variations on those products (*e.g.,*

onlinedriverslicense.biz, onlinedriverslicense.com, onlinedriverslicense.info,

onlinedriverslicense.org, onlinedriverslicenses.com, onlinedriverslicenses.info,

onlinedriverslicenses.net, and onlinedriverslicenses.org.).

180.    In the Domains by Proxy account records, Arlene Mahon is listed on 200 URL

registrations, Brent Levison is listed on 177 URL registrations, Final Draft Media is listed

on 148 registrations, Chris Sherman is listed on 85 registrations, On Point Domains is

listed on 54 registrations, and BV Media is listed on 25 URL registrations. I also noted

"onpointguides.com" was registered with Domains by Proxy on May 25, 2017, under

Robert Zangrillo's ID, and when it expired on January 15, 2018, it moved to Brent

Levison's ID with no expiration date listed. "G8Labs.co" was registered on July 24,

2014, under Juan Rachetti's ID, who also registered "getyourlicense.org" on May 14,

2014, and "vehicleregistration.org" on July 29, 2014. I created charts to summarize the

URLs associated with various individuals and entities, and they are attached hereto as

**Attachment AZ.**

181.    My review of the records provided by Domains by Proxy, showed that Brent Levison,

Arlene Mahon, and Chris Sherman were identified as registrant, technical, administrative

and/or billing contacts for domain names and private registration services for the majority

of the website addresses.

## CORPORATE RECORDS

182.    I visited the Florida Department of State website and utilized the Division of

Corporations Entity Search at

http://search.sunbiz.org/Inquiry/CorporationSearch/ByName. I conducted searches for the

Corporate Defendants and saved those documents. The information I obtained is

summarized in **Attachment BB** referenced below.  Selected records from the State of Florida for DGDMV, OnPoint Capital Partners, OnPoint Global LLC, Waltham Technologies, and Cambridge Media Series are attached hereto as **Attachment BA.**

183.   I visited the Nevada Secretary of State website and utilized the Nevada Business Search at https://esos.nv.gov/EntitySearch/OnlineEntitySearch. I conducted searches for Corporate Defendants and saved those documents. I also obtained certified copies from the Nevada Secretary of State's office. The information I obtained is summarized in **Attachment BB** referenced below.

184.   I visited the Delaware Department of State website and utilized the Delaware Division of Corporations Entity Search at https://icis.corp.delaware.gov/Ecorp/EntitySearch/NameSearch.aspx. I conducted searches for Corporate Defendants and saved those documents. The information I obtained is summarized in **Attachment BB** referenced below.

185.   I summarized the information from the Florida Department of State, Nevada Secretary of State, and Delaware Department of State records for the domestic Corporate Defendants. To the extent information was available, I identified date of incorporation, place of incorporation, and owners, members, and managers of the Corporate Defendants. My summary of domestic Corporate Defendant information is attached hereto as **Attachment BB.**

186.   I utilized the company search function on the International Business Companies Registry for Belize at http://companysearch.bz/public_search/. I confirmed 714 Media, LTD and Mac Media, LTD are Belizean entities in active status.

187.   I reviewed the sworn compliance report Burton Katz submitted to the Associate Director of Enforcement on October 20, 2015. On page 1 of the compliance report, Katz identified Bronco Holdings Family LP[4], with the address No. 4 Pineapple Grove, Old Fort Bay, West Bay Street, Nassau, Bahamas as a business for which he has ownership interest. *See* **PX13 pp. 1-2.**

188.   As discussed below, The Federal Reserve Bank of New York, which maintains Fedwire Funds Service records, produced records to the FTC in response to a Civil Investigative Demand. I reviewed these records to identify addresses associated with foreign Corporate Defendants. I also reviewed Reports of Foreign Bank and Financial Accounts obtained from the Financial Crimes Enforcement Network ("FinCEN") for Burton Katz. *See* **PX8.**

189.   In my review of Fedwire records, Blackbird Media LLC had an address listed in Charlestown, Nevis. The FinCEN records listed the address for Blackbird Media LLC as Hunkins Waterfront Jewels, Charlestown, KN. In my review of Fedwire records for License America Holding, the address was listed as 738 Estate Road, Upper Ramsbury, Charlestown, Nevis. The FinCEN records listed the address for License America Holdings LLC as P.O. Box 738, Estate Road, Upper Ramsbury, Charlestown, KN.

### FINANCIAL TRANSACTION RESEARCH

190.   The Federal Reserve Bank of New York, which maintains Fedwire Funds Service records, produced records to the FTC in response to a Civil Investigative Demand. The Certificate of Authenticity of Business Records submitted by Federal Reserve Bank of New York is attached hereto as **Attachment BC.**

---

[4] In other documents I reviewed, this entity was listed as Bronco Family Holdings. For example, I conducted a search for "OnPoint Global LLC" on the Florida Department of State Entity search website at http://search.sunbiz.org/Inquiry/CorporationSearch/ByName. Under "Authorized Person(s) Detail," Bronco Family Holdings is listed as a member.

191. I reviewed the Fedwire records for wire transfers to Burton Katz and his holding company, Bronco Holding Family LP, from Corporate Defendants. Between February 2017 and February 2019, Katz and Bronco Holding Family received 14 such wire transfers totaling **$2,647,814.61** from Domain Development Studios LLC, Cambridge Media Series LLC, Issue Based Media LLC, Borat Media LLC, Bring Back the Magic Media LLC, GNR Media LLC, Yamazaki Media LLC, and OnPoint Global LLC.

| Date | Amount | Sender | Sender to Recipient Notation |
|---|---|---|---|
| 2/24/2017 | $86,382.04 | DOMAIN DEVELOPMENT STUDIOS LLC 425 NW 26TH ST MIAMI FL 33127-4119 | |
| 5/2/2017 | $71,858.57 | CAMBRIDGE MEDIA SERIES, LLC 160 GREENTREE DR STE 101 DOVER DE 19904-7620 | CONSULTING |
| 12/22/2017 | $111,275.06 | ISSUE BASED MEDIA, LLC 350 NE 60TH STREET MIAMI FL 33138 | DISTRIBUTION |
| 4/19/2018 | $74,466.04 | BORAT MEDIA, LLC 425 NW 26TH ST MIAMI FL 33127-4119 | DISTRIBUTION FROM BORAT |
| 4/20/2018 | $33,979.24 | BRING BACK THE MAGIC MEDIA, LLC 350 NE 60TH STREET MIAMI FL 33138 | DISTRIBUTION FROM BBM |
| 6/15/2018 | $15,705.87 | GNR MEDIA, LLC 425 NW 26TH ST MIAMI FL 33127-4119 | RESERVE DISTRIBUTION GNR & PJ GROOV |
| 6/15/2018 | $16,909.20 | BORAT MEDIA, LLC 425 NW 26TH ST MIAMI FL 33127-4119 | RESERVE DISTRIBUTION BORAT |
| 6/15/2018 | $10,328.87 | EAGLE MEDIA, LLC 425 NW 26TH ST MIAMI FL 33127-4119 | RESERVE DISTRIBUTION EAGLE |
| 6/15/2018 | $7,559.92 | YAMAZAKI MEDIA, LLC 425 NW 26TH ST MIAMI FL 33127-4119 | RESERVE DISTRIBUTION YAMAZAKI |
| 8/7/2018 | $6,305.40 | BORAT MEDIA, LLC 425 NW 26TH ST MIAMI FL | EXPENSE REPORT |

| | | 33127-4119 | |
|---|---|---|---|
| 8/7/2018 | $6,305.40 | ON POINT GLOBAL LLC 350 NE 60TH ST MIAMI FL 33137-2125 | EXPENSE REPORT |
| 8/24/2018 | $334,207.19 | ON POINT GLOBAL LLC 350 NE 60TH ST MIAMI FL 33137-2125 | BRIDGE LOAN REPAYMENT |
| 8/29/2018 | $354,262.77 | ON POINT GLOBAL LLC 350 NE 60TH ST MIAMI FL 33137-2125 | LONG-TERM SHAREHOLDER LOAN PAYMENT |
| 2/4/2019 | $1,518,269.04 | ON POINT GLOBAL LLC 350 NE 60TH ST MIAMI FL 33137-2125 | REPAYMENT OF OCP BRONCO PROMISSORY |

192.   I reviewed Fedwire records for incoming wire transfers to Robert Zangrillo from Corporate Defendants. On March 22, 2018, Zangrillo received a wire transfer for $20,800.60 from Cambridge Media Series LLC. From June 2018 to February 2019, Zangrillo received five incoming wire transfers from On Point Global LLC. The total amount of wire transfers Zangrillo received from these Corporate Defendants totaled **$2,798,877.30.**

| Date | Amount | Sender | Sender to Recipient Notation |
|---|---|---|---|
| 3/22/2018 | $20,800.60 | CAMBRIDGE MEDIA SERIES, LLC 425 NW 26TH ST MIAMI FL 33127-4119 | EXP REPORT JAN/FEB 2018 |
| 6/7/2018 | $12,807.54 | ON POINT GLOBAL LLC 350 NE 60TH ST MIAMI FL 33137-2125 | EXP REPORT FEB/MARCH 2018 |
| 8/24/2018 | $798,543.60 | ON POINT GLOBAL LLC 350 NE 60TH ST MIAMI FL 33137-2125 | BRIDGE LOAN REPAYMENT |
| 8/29/2018 | $354,262.77 | ON POINT GLOBAL LLC 350 NE 60TH ST MIAMI FL 33137-2125 | LONG-TERM SHAREHOLDER LOAN PAYMENT |
| 12/21/2018 | $94,193.75 | ON POINT GLOBAL LLC 350 NE 60TH ST MIAMI FL 33137-2125 | EXP REPORT REIMBURSEMENT |
| 2/4/2019 | $1,518,269.04 | ON POINT GLOBAL LLC | PARTIAL REPAYMENT |

| | | 350 NE 60TH ST MIAMI FL 33137-2125 | OF OCPBRONCO NOTE |
|---|---|---|---|

193.   I reviewed Fedwire records for incoming wire transfers to Brent Levison and his holding company, BAL Family LP, from Corporate defendants. From April 2016 to February 2019, Levison received 32 such wire transfers totaling **$1,057,864.65** from Eagle Media LLC, Cambridge Media Series LLC, Bring Back the Magic Media LLC, Chametz Media LLC, Blackbird Media LLC, Issue Based Media LLC, and OnPoint Global LLC.

| Date | Amount | Sender | Sender to Recipient Notation |
|---|---|---|---|
| 4/13/2016 | $2,600.00 | EAGLE MEDIA, LLC 425 NW 26TH STREET MIAMI FL 33127 | |
| 5/13/2016 | $5,500.00 | EAGLE MEDIA, LLC 425 NW 26TH STREET MIAMI FL 33127 | |
| 6/10/2016 | $7,800.00 | EAGLE MEDIA, LLC 425 NW 26TH STREET MIAMI FL 33127 | |
| 7/11/2016 | $6,900.00 | EAGLE MEDIA, LLC 425 NW 26TH STREET MIAMI FL 33127 | |
| 4/7/2017 | $17,879.36 | CAMBRIDGE MEDIA SERIES, LLC 160 GREENTREE DR STE 101 DOVER DE 19904-7620 | AMEX REIMBURSEMENT |
| 4/11/2017 | $159.03 | CHAMETZ MEDIA, LLC 425 NW 26TH ST MIAMI FL 33127 | CHAMETZ FEE |
| 5/8/2017 | $3,018.26 | BRING BACK THE MAGIC MEDIA, LLC 425 NW 26 ST MIAMI FL 33127-4119 | BBM FEES |
| 5/8/2017 | $3,215.55 | EAGLE MEDIA, LLC 425 NW 26 ST MIAMI FL 33127-4119 | EAGLE FEES |
| 5/8/2017 | $454.75 | CHAMETZ MEDIA, LLC 425 NW 26TH ST MIAMI FL 33127 | CHAMETZ FEES |
| 6/1/2017 | $31,160.00 | BLACKBIRD MEDIA LLC HUNKINS WATER FRONT JEWELS, CHARLESTOWN, | RFB/DISTRIBUTION |

| | | NEVIS, WEST INDIES | |
|---|---|---|---|
| 6/12/2017 | $3,437.83 | BRING BACK THE MAGIC MEDIA, LLC<br>425 NW 26 ST<br>MIAMI FL 33127-4119 | BBM FEES |
| 6/12/2017 | $7,306.40 | EAGLE MEDIA, LLC<br>425 NW 26 ST<br>MIAMI FL 33127-4119 | EAGLE FEES |
| 7/14/2017 | $5,393.70 | BRING BACK THE MAGIC MEDIA, LLC<br>425 NW 26 ST MIAMI FL 33127-4119 | BRING BACK MAGIC FEES |
| 7/14/2017 | $6,153.75 | EAGLE MEDIA, LLC<br>425 NW 26 ST<br>MIAMI FL 33127-4119 | EAGLE SERVICE FEES |
| 8/14/2017 | $213,317.40 | BLACKBIRD MEDIA LLC<br>HUNKINS WATER FRONT<br>JEWELS, CHARLESTOWN,<br>NEVIS, WEST INDIES | /RFB/DISTRIBUTION DUE TO CARDOZO |
| 8/15/2017 | $5,865.05 | BRING BACK THE MAGIC MEDIA, LLC<br>425 NW 26 ST<br>MIAMI FL 33127-4119 | BBM FEES |
| 8/15/2017 | $11,080.06 | EAGLE MEDIA, LLC<br>425 NW 26 ST<br>MIAMI FL 33127-4119 | EAGLE FEES |
| 9/14/2017 | $6,033.87 | BRING BACK THE MAGIC MEDIA, LLC<br>425 NW 26 ST<br>MIAMI FL 33127-4119 | BBM FEES |
| 9/14/2017 | $9,081.85 | EAGLE MEDIA, LLC<br>425 NW 26 ST<br>MIAMI FL 33127-4119 | EAGLE FEES |
| 10/10/2017 | $2,212.75 | BRING BACK THE MAGIC MEDIA, LLC<br>425 NW 26 ST<br>MIAMI FL 33127-4119 | BBM FEES |
| 10/10/2017 | $4,195.98 | EAGLE MEDIA, LLC<br>425 NW 26 ST<br>MIAMI FL 33127-4119 | EAGLE FEES |
| 11/9/2017 | $2,317.84 | BRING BACK THE MAGIC MEDIA, LLC<br>350 NE 60TH STREET<br>MIAMI FL 33138 | BBM FEES |
| 11/9/2017 | $8,474.45 | EAGLE MEDIA, LLC<br>350 NE 60TH STREET | EAGLE FEES |

| | | MIAMI FL 33138 | |
|---|---|---|---|
| 12/14/2017 | $8,935.05 | EAGLE MEDIA, LLC<br>350 NE 60TH STREET<br>MIAMI FL 33138 | NOV SERVICE FEES |
| 12/18/2017 | $8,935.05 | EAGLE MEDIA, LLC<br>350 NE 60TH STREET<br>MIAMI FL 33138 | NOV SERVICE FEES |
| 12/22/2017 | $6,745.30 | CAMBRIDGE MEDIA SERIES,<br>LLC<br>425 NW 26TH ST<br>MIAMI FL 33127-4119 | DISTRIBUTION |
| 12/22/2017 | $52,705.79 | ISSUE BASED MEDIA, LLC<br>350 NE 60TH STREET<br>MIAMI FL 33138 | DISTRIBUTION |
| 1/17/2018 | $1,521.40 | BRING BACK THE MAGIC<br>MEDIA, LLC<br>350 NE 60TH STREET<br>MIAMI FL 33138 | DEC SERVICE<br>AGREEMENT |
| 5/31/2018 | $16,666.67 | ON POINT GLOBAL LLC<br>350 NE 60TH ST<br>MIAMI FL 33137-2125 | |
| 8/24/2018 | $161,821.54 | ON POINT GLOBAL LLC<br>350 NE 60TH ST<br>MIAMI FL 33137-2125 | BRIDGE LOAN<br>REPAYMENT |
| 8/28/2018 | $102,267.90 | ON POINT GLOBAL LLC<br>350 NE 60TH ST<br>MIAMI FL 33137-2125 | LONG-TERM<br>SHAREHOLDER<br>LOAN PAYMENT |
| 2/4/2019 | $334,708.07 | ON POINT GLOBAL LLC<br>350 NE 60TH ST<br>MIAMI FL 33137-2125 | PARTIAL<br>REPAYMENT OF<br>MMCARDOZO NOTE |

194.    I reviewed Fedwire records for incoming wire transfers to Arlene Mahon from Corporate

Defendants. From December 2016 to April 2019, Mahon received 17 wire transfers

totaling **$57,389.61** from PJ Groove Media LLC, Direct Market LLC, and Cambridge

Media Series LLC.

| Date | Amount | Sender | Sender to Recipient<br>Notation |
|---|---|---|---|
| 4/11/2017 | $1,123.91 | PJ GROOVE MEDIA, LLC<br>425 NW 26TH ST<br>MIAMI FL 33127-4119 | PJ FEE |
| 5/8/2017 | $2,130.24 | PJ GROOVE MEDIA, LLC | PJ FEE |

| | | 425 NW 26TH ST<br>MIAMI FL 33127-4119 | |
|---|---|---|---|
| 6/12/2017 | $2,720.93 | PJ GROOVE MEDIA, LLC<br>425 NW 26TH ST<br>MIAMI FL 33127-4119 | PJ FEE |
| 7/14/2017 | $814.48 | PJ GROOVE MEDIA, LLC<br>425 NW 26TH ST<br>MIAMI FL 33127-4119 | PJ FEE |
| 8/15/2017 | $2,919.68 | PJ GROOVE MEDIA, LLC<br>425 NW 26TH ST<br>MIAMI FL 33127-4119 | PJ FEE |
| 9/14/2017 | $3,840.00 | DIRECT MARKET, LLC<br>113 BARKSDALE<br>PROFESSIONAL CENTER<br>NEWARK DE 19711 | AMEX<br>AGREEEMENT |
| 9/14/2017 | $3,360.00 | CAMBRIDGE MEDIA SERIES,<br>LLC 425 NW 26TH ST<br>MIAMI FL 33127-4119 | AMEX AGREEMENT<br>CAM/PBJ |
| 9/14/2017 | $1,093.60 | PJ GROOVE MEDIA, LLC<br>425 NW 26TH ST<br>MIAMI FL 33127-4119 | PJ FEE |
| 10/10/2017 | $2,323.98 | PJ GROOVE MEDIA, LLC<br>425 NW 26TH ST<br>MIAMI FL 33127-4119 | PJ FEE |
| 11/9/2017 | $2,284.60 | PJ GROOVE MEDIA, LLC<br>350 NE 60TH STREET<br>MIAMI FL 33138 | PJ FEE |
| 12/14/2017 | $1,814.48 | PJ GROOVE MEDIA, LLC<br>350 NE 60TH STREET<br>MIAMI FL 33138 | NOV SERVICE FEES |
| 1/17/2018 | $640.73 | PJ GROOVE MEDIA, LLC<br>350 NE 60TH STREET<br>MIAMI FL 33138 | DEC SERVICES FEES |
| 5/16/2018 | $4,447.71 | PJ GROOVE MEDIA, LLC<br>350 NE 60TH STREET<br>MIAMI FL 33138 | |
| 8/28/2018 | $5,296.87 | PJ GROOVE MEDIA, LLC<br>350 NE 60TH STREET<br>MIAMI FL 33138 | Q2 PRODUCTIVITY<br>FEES |
| 10/26/2018 | $9,775.88 | PJ GROOVE MEDIA, LLC<br>350 NE 60TH STREET<br>MIAMI FL 33138 | Q3 PRODUCTIVITY<br>FEES |
| 1/18/2019 | $9,053.03 | PJ GROOVE MEDIA, LLC<br>350 NE 60TH STREET<br>MIAMI FL 33138 | Q4 PRODUCTIVITY<br>FEES |
| 4/17/2019 | $3,749.49 | PJ GROOVE MEDIA, LLC | Q1 PRODUCTIVITY |

| | | 350 NE 60TH STREET MIAMI FL 33138 | FEES |
|---|---|---|---|

195.   I reviewed Fedwire records for incoming wire transfers to Elisha Rothman from Corporate Defendants. From April 2017 to February 2019, Rothman received 11 incoming wire transfers totaling **$1,750,314.73** from Yamazaki Media LLC, Issue Based Media LLC, Cambridge Media Series LLC, and OnPoint Global LLC.

| Date | Amount | Sender | Sender to Recipient Notation |
|---|---|---|---|
| 4/11/2017 | $1,578.57 | YAMAZAKI MEDIA, LLC 425 NW 26TH ST MIAMI FL 33127 | YAMAZAKI FEE |
| 5/8/2017 | $2,121.36 | YAMAZAKI MEDIA, LLC 425 NW 26TH ST MIAMI FL 33127 | YAMAZAKI FEE |
| 7/14/2017 | $473.76 | YAMAZAKI MEDIA, LLC 425 NW 26TH ST MIAMI FL 33127 | YAMAZAKI FEE |
| 8/15/2017 | $2,452.14 | YAMAZAKI MEDIA, LLC 425 NW 26TH ST MIAMI FL 33127 | YAMAZAKI FEES |
| 9/14/2017 | $2,516.81 | YAMAZAKI MEDIA, LLC 425 NW 26TH ST MIAMI FL 33127 | YAMAZAKI FEES |
| 12/22/2017 | $75,616.63 | ISSUE BASED MEDIA, LLC 350 NE 60TH STREET MIAMI FL 33138 | DISTRIBUTION |
| 12/22/2017 | $39,541.99 | CAMBRIDGE MEDIA SERIES, LLC 425 NW 26TH ST MIAMI FL 33127 | DISTRIBUTION |
| 4/19/2018 | $37,992.88 | CAMBRIDGE MEDIA SERIES, LLC 425 NW 26TH ST MIAMI FL 33127 | DISTRIBUTION FROM BORAT |
| 8/24/2018 | $323,643.09 | ON POINT GLOBAL LLC 350 NE 60TH ST MIAMI FL 33137 | BRIDGE LOAN REPAYMENT |
| 8/29/2018 | $239,206.55 | ON POINT GLOBAL LLC 350 NE 60TH ST MIAMI FL 33137 | LONG-TERM SHAREHOLDER LOAN PAYMENT |
| 2/4/2019 | $1,025,170.95 | ON POINT GLOBAL LLC | PARTIAL |

| | | 350 NE 60TH ST<br>MIAMI FL 33137 | REPAYMENT OF<br>MMCARDOZO<br>NOTE |
|---|---|---|---|

196.   I reviewed Fedwire records for incoming wire transfers to Christopher Sherman from Corporate Defendants. From April 2017 to February 2019, Sherman received seven wire transfers totaling **$120,019.79** from GNR Media LLC, Issue Based Media LLC, and OnPoint Global LLC.

| Date | Amount | Sender | Sender to Recipient Notation |
|---|---|---|---|
| 4/11/2017 | $487.54 | GNR MEDIA, LLC<br>5700 LAGORCE DR<br>MIAMI BEACH FL 33140-2142 | GNR FEE |
| 5/8/2017 | $1,436.05 | GNR MEDIA, LLC<br>5700 LAGORCE DR<br>MIAMI BEACH FL 33140-2142 | GNR FEE |
| 6/12/2017 | $687.65 | GNR MEDIA, LLC<br>5700 LAGORCE DR<br>MIAMI BEACH FL 33140-2142 | GNR FEE |
| 8/15/2017 | $534.52 | GNR MEDIA, LLC<br>5700 LAGORCE DR<br>MIAMI BEACH FL 33140-2142 | GNR FEE |
| 9/14/2017 | $3,239.05 | GNR MEDIA, LLC<br>5700 LAGORCE DR<br>MIAMI BEACH FL 33140-2142 | GNR FEE |
| 12/22/2017 | $10,052.07 | ISSUE BASED MEDIA, LLC<br>350 NE 60TH STREET<br>MIAMI FL 33138 | DISTRIBUTION |
| 2/4/2019 | $103,582.91 | ON POINT GLOBAL LLC<br>350 NE 60TH ST<br>MIAMI FL 33137-2125 | PARTIAL<br>REPAYMENT OF<br>MMCARDOZO<br>NOTE |

197.   I reviewed the Fedwire records for incoming wire transfers to Dragon Global Management LLC.  Dragon Global Management received 17 transactions between September 2017 and January 2019 totaling **$600,444.02** from Loton Corp. Co. Kaller MGMT (on behalf of LiveXLive) and LiveXLive Media Inc. for "office rent" payments.

| Date | Amount | Sender | Recipient | Sender to Recipient Notation |
|---|---|---|---|---|
| 9/19/2017 | $37,692.73 | LOTON CORP CO KALLER MGMT 30423 CANWOOD STREET SUITE 227 AGOURA HILLS, CA 91301- | DRAGON GLOBAL MANAGEMENT LLC 1521 ALTON ROAD  SUITE 352 MIAMI BEACH, FL  363139 | DRAGON GLOBAL MANAGEMENT, LLC LIVEXLIVE SEPT OFFICE RENT |
| 11/10/2017 | $43,127.73 | LOTON CORP CO KALLER MGMT 30423 CANWOOD STREET SUITE 227 AGOURA HILLS, CA 91301- | DRAGON GLOBAL MANAGEMENT LLC 1521 ALTON ROAD  SUITE 352 MIAMI BEACH, FL  363139 | DRAGON GLOBAL MANAGEMENT, LLC LIVEXLIVE OFFICE RENT |
| 12/7/2017 | $37,692.73 | LOTON CORP CO KALLER MGMT 30423 CANWOOD STREET SUITE 227 AGOURA HILLS, CA 91301- | DRAGON GLOBAL MANAGEMENT LLC 1521 ALTON ROAD  SUITE 352 MIAMI BEACH, FL  363139 | NOVEMBER RENT T0000338 DRAGON GLOBA L MANAGEMENT, LLC LIVEXLIVE OFFICE  RENT |
| 12/29/2017 | $39,607.73 | LOTON CORP CO KALLER MGMT 30423 CANWOOD STREET SUITE 227 AGOURA HILLS, CA 91301- | D403224004 DRAGON GLOBAL MANAGEMENT LLC 1521 ALTON ROAD  SUITE 352 MIAMI BEACH, FL  363139 | DRAGON GLOBAL MANAGEMENT, LLC LIVEXLIVE DECEMBER 2017 OFFICE  RENT |
| 1/24/2018 | $20,316.00 | LOTON CORP CO KALLER MGMT 30423 CANWOOD STREET SUITE 227 AGOURA HILLS, CA 91301- | DRAGON GLOBAL MANAGEMENT LLC 1521 ALTON ROAD  SUITE 352 MIAMI BEACH, FL  363139 | DRAGON GLOBAL MANAGEMENT, LLC LIVEXLIVE JANUARY OFFICE RENT |
| 3/5/2018 | $31,281.50 | LOTON CORP CO KALLER MGMT 30423 CANWOOD STREET SUITE 227 AGOURA HILLS, CA 91301- | DRAGON GLOBAL MANAGEMENT LLC 1521 ALTON ROAD  SUITE 352 MIAMI BEACH, FL  363139 | DRAGON GLOBAL MANAGEMENT, LLC LIVEX LIVE OFFICE RENT (INV LL201) |
| 3/19/2018 | $33,126.20 | LOTON CORP CO | DRAGON | DRAGON GLOBAL |

| | | | | |
|---|---|---|---|---|
| | | KALLER MGMT 30423 CANWOOD STREET SUITE 227 AGOURA HILLS, CA 91301- | GLOBAL MANAGEMENT LLC 1521 ALTON ROAD  SUITE 352 MIAMI BEACH, FL  363139 | MANAGEMENT, LLC LIVEX LIVE OFFICE RENT (MARCH) |
| 4/2/2018 | $35,219.00 | LIVEXLIVE MEDIA INC 269 S BEVERLY DR SUITE 1450 BEVERLY HILLS, CA 90212- | DRAGON GLOBAL MANAGEMENT LLC 1521 ALTON ROAD  SUITE 352 MIAMI BEACH, FL  363139 | DRAGON GLOBAL MANAGEMENT, LLC LIVEX LIVE OFFICE RENT |
| 5/1/2018 | $34,021.50 | LIVEXLIVE MEDIA INC 269 S BEVERLY DR SUITE 1450 BEVERLY HILLS, CA 90212- | DRAGON GLOBAL MANAGEMENT LLC 1521 ALTON ROAD  SUITE 352 MIAMI BEACH, FL  363139 | DRAGON GLOBAL MANAGEMENT, LLC LIVEX LIVE - OFFICE RENT MAY |
| 6/15/2018 | $37,574.00 | LIVEXLIVE MEDIA INC 269 S BEVERLY DR SUITE 1450 BEVERLY HILLS, CA 90212- | DRAGON GLOBAL MANAGEMENT LLC 1521 ALTON ROAD  SUITE 352 MIAMI BEACH, FL  363139 | DRAGON GLOBAL MANAGEMENT, LLC LIVEX LIVE JUNE OFFICE RENT |
| 7/3/2018 | $39,406.50 | LIVEXLIVE MEDIA INC 269 S BEVERLY DR SUITE 1450 BEVERLY HILLS, CA 90212- | DRAGON GLOBAL MANAGEMENT LLC 1521 ALTON ROAD  SUITE 352 MIAMI BEACH, FL  363139 | DRAGON GLOBAL MANAGEMENT, LLC LIVEX LIVE OFFICE RENT & PARKING |
| 8/2/2018 | $37,419.39 | LIVEXLIVE MEDIA INC 269 S BEVERLY DR SUITE 1450 BEVERLY HILLS, CA 90212- | DRAGON GLOBAL MANAGEMENT LLC 1521 ALTON ROAD  SUITE 352 MIAMI BEACH, FL  363139 | DRAGON GLOBAL MANAGEMENT, LLC LIVEX LIVE OFFICE RENT AUGUST |
| 9/18/2018 | $36,894.39 | LIVEXLIVE MEDIA INC 269 S BEVERLY DR SUITE 1450 BEVERLY HILLS, | DRAGON GLOBAL MANAGEMENT LLC 1521 ALTON ROAD  SUITE 352 | DRAGON GLOBAL MANAGEMENT, LLC LIVEXLIVE OFFICE RENT |

| | | CA 90212- | MIAMI BEACH, FL 363139 | |
|---|---|---|---|---|
| 10/1/2018 | $39,154.39 | LIVEXLIVE MEDIA INC 269 S BEVERLY DR SUITE 1450 BEVERLY HILLS, CA 90212- | DRAGON GLOBAL MANAGEMENT LLC 1521 ALTON ROAD  SUITE 352 MIAMI BEACH, FL 363139 | DRAGON GLOBAL MANAGEMENT, LLC LIVEXLIVE OFFICE RENT |
| 10/2/2018 | $46,371.50 | LIVEXLIVE MEDIA INC 269 S BEVERLY DR SUITE 1450 BEVERLY HILLS, CA 90212- | DRAGON GLOBAL MANAGEMENT LLC 1521 ALTON ROAD  SUITE 352 MIAMI BEACH, FL 363139 | DRAGON GLOBAL MANAGEMENT- BACK RENT |
| 12/7/2018 | $35,602.63 | LIVEXLIVE MEDIA INC 269 S BEVERLY DR SUITE 1450 BEVERLY HILLS, CA 90212- | DRAGON GLOBAL MANAGEMENT LLC 1521 ALTON ROAD  SUITE 352 MIAMI BEACH, FL 363139 | DRAGON GLOBAL MANAGEMENT, LLC LIVEX LIVE NOV OFFICE RENT, NOV PARKING & MISC. NOV. |
| 1/10/2019 | $15,936.10 | LIVEXLIVE MEDIA INC 269 S BEVERLY DR SUITE 1450 BEVERLY HILLS, CA 90212- | DRAGON GLOBAL MANAGEMENT LLC 1521 ALTON ROAD, STE 352 MIAMI BEACH, FL 33139 | DRAGON GLOBAL MANAGEMENT, LLC LIVEXLIVE OFFICE RENT |

198.  SEC documents from (https://www.sec.gov/cgi-bin/browse-

edgar?action=getcompany&CIK=0001491419&type=&dateb=&owner=include&count=

40) show LiveXLive Media Inc. principal executive offices are located at 9200 Sunset

Boulevard, Suite 1201, West Hollywood, CA 90069, prior to and including May 2019.

199.  Mani Brothers Real Estate Group owns and operates the commercial property located at

that address *see* http://www.manibrothers.com/property/9200-sunset-boulevard/. Further

review of Fedwire records shows that LiveXLive Media Inc. paid Dragon Global

Management LLC by sending On Point Global LLC three wire transfers in January 2019

totaling **$97,254.15.**

| Date | Amount | Sender | Recipient | Sender to Recipient Notation |
|------|--------|--------|-----------|------------------------------|
| 1/4/2019 | $33,408.73 | LIVEXLIVE MEDIA INC., 269 S BEVERLY DR. SUITE 1450 BEVERLY HILLS, CA 90212 | ON POINT GLOBAL, LLC; 350 NE 60TH STREET MIAMI, FL 33137 | DRAGON GLOBAL MANAGEMENT, LLC LIVEXLIVE OFFICE RENT |
| 1/10/2019 | $32,051.46 | LIVEXLIVE MEDIA INC., 269 S BEVERLY DR. SUITE 1450 BEVERLY HILLS, CA 90212 | ON POINT GLOBAL, LLC; 350 NE 60TH STREET MIAMI, FL 33137 | RENT JAN19 |
| 1/22/2019 | $31,793.96 | LIVEXLIVE MEDIA INC., 269 S BEVERLY DR. SUITE 1450 BEVERLY HILLS, CA 90212 | ON POINT GLOBAL, LLC; 350 NE 60TH STREET MIAMI, FL 33137 | FEB19 RENT |

200.   Fedwire records show Issued Based Media and OnPoint Global LLC are making

payments to Mani Brothers on behalf of Dragon Global. I identified six such transactions

between January 2019 and May 2019 totaling **$231,265.05**

| Date | Amount | Sender | Recipient | Sender to Recipient Notation |
|------|--------|--------|-----------|------------------------------|
| 5/1/2019 | $47,931.01 | ISSUE BASED MEDIA, LLC; 350 NE 60TH ST MIAMI FL 33127 | MANI BROTHERS; 9200 SUNSET BOULEVARD SUITE 555 WEST HOLLYWOOD CA 90069 | RENT 05/01 DRAGON GLOBAL |
| 4/1/2019 | $45,971.01 | ISSUE BASED MEDIA, LLC; | MANI BROTHERS; | APRIL RENT INV. 58760/58803/0015694 |

|  |  | 350 NE 60TH ST MIAMI FL 331274 | 9200 SUNSET BOULEVARD SUITE 555 WEST HOLLYWOOD CA 90069 |  |
|---|---|---|---|---|
| 1/4/2019 | $46,201.01 | ON POINT GLOBAL LLC; 350 NE 60TH ST MIAMI FL 33137 | MANI BROTHERS; 9200 SUNSET BOULEVARD SUITE 555 WEST HOLLYWOOD CA 90069 | JAN RENT INV. 57079/INV. 57027 INV. 0015524 |
| 2/1/2019 | $38,823.51 | ON POINT GLOBAL LLC; 350 NE 60TH ST MIAMI FL 33137 | MANI BROTHERS 9200 SUNSET BOULEVARD SUITE 555 WEST HOLLYWOOD CA 90069 | FEB RENT |
| 2/4/2019 | $6,465.00 | ON POINT GLOBAL LLC; 350 NE 60TH ST MIAMI FL 33137 | MANI BROTHERS 9200 SUNSET BOULEVARD SUITE 555 WEST HOLLYWOOD CA 90069 | FEB PARKING INV. 0015582-IN |
| 2/28/2019 | $45,873.51 | ON POINT GLOBAL LLC; 350 NE 60TH ST MIAMI FL 33137 | MANI BROTHERS 9200 SUNSET BOULEVARD SUITE 555 WEST HOLLYWOOD CA 90069 | MARCH RENT INV. 58276/58229/15639 |

201.   I reviewed Fedwire records of incoming wire transfers to License America Holding with an account at the Bank of St. Lucia International. License America Holding's account in St. Lucia received 38 incoming wire transfers from Cambridge Media Series LLC between August 2016 and January 2019 totaling **$2,128,872.70.**

202.   I reviewed Fedwire records of incoming wire transfers to Blackbird Media LLC with an account at the Bank of St. Lucia International. Blackbird Media LLC's St. Lucia account

received 96 incoming wire transfers between August 2016 and December 2017 totaling **$4,330,103.58** from GNR Media LLC, Cambridge Media Series LLC, Borat Media LLC, PJ Groove Media LLC, and Bring Back the Magic Media LLC.

203.  On March 16, 2017, Blackbird Media LLC sent a wire transfer of **$3,910.00** to Chargeback Help. I searched for Chargeback Help online and located their website https://chargeback.com/. Chargeback Help is a company that advertises that it can assist businesses with reducing chargeback rates by up to 40% and recover lost revenue due to disputed transactions. Between August 2016 and May 2017, Domain Development Studios received 10 wire transfers from Precise Leads totaling **$81,712.05.** I searched for Precise Leads online and located their social media profiles on LinkedIn and Facebook. Precise Leads is a company that advertises it provides real-time delivery of insurance leads to a network of agents, brokers, and call centers as well as other customer prospecting services. Precise Leads' public Facebook profile states, "Precise was one of the first lead-generation companies to market directly to seniors and family decision-makers."

204.  I reviewed the analysis of depository accounts to locate information on businesses who transferred large deposits to the Defendants. *See* **PX4.**

- Through my work on other investigations where I reviewed responses to Civil Investigative Demands, I have become familiar with various financial institutions and the services they offer to businesses.
  - For example, I know Qualpay offers merchant account services to facilitate financial transactions between consumers and businesses by charging a credit card, debit card, or prepaid debt card and charging

businesses fees for processing those transactions. *See* https://www.qualpay.com/products/merchant-account.

o   I am familiar that Paysafe allows a business to set up a merchant account in order to facilitate financial transactions with consumers for goods and services using the relationship Paysafe has with an acquiring bank, such as Woodforest National Bank. *See* https://www.paysafe.com/na-en/.

o   I also reviewed responses to a Civil Investigative Demand sent to Esquire Bank in this matter. Esquire Bank facilitated merchant accounts for several of the Defendants in order to allow them to process transactions with Visa and other credit cards.

o   Wells Fargo and Westamerica Bank also responded to Civil Investigative Demands in this matter and review of the responsive records showed that they processed Defendants' financial transactions with consumers.

o   I searched online for information about BankCard Services and identified that it is a credit card processor. *See* https://www.getbankcard.com/merchant-services.

o   I searched online for information about Merchant Service, and according to their website, they offer credit card and electronic payment processing. *See* http://www.merchantservice.com/.

o   I searched online for information about Payarc and according to their website, they offer payment-processing services and promote that they can help businesses reduce the amount of chargebacks. *See* https://payarc.com/.

o I searched online for information about Humbolt, and according to their website, they have "been providing safe and secure, hassle-free credit card processing for merchants of all types and sizes since 1992." *See* https://hbms.com/.

o I searched online for information about TSYS (Total Systems Services LLC) and they offer payment processing services, merchant services, and other related payment services. TSYS Merchant Solutions is also a registered ISO/MSP of Wells Fargo Bank, N.A., Deutsche Bank, New York, NY, and others for Visa and MasterCard transactions. *See* https://www.tsys.com/.

o According to their website, Vantiv[5] is a company that offers multiple services to facilitate payment processing between consumers and businesses and promotes that it is "an eCommerce payments leader." *See* https://www.worldpay.com/en-us/financial-institutions/merchant-solutions-financial-institutions.

- Other companies I researched that made large deposits to the Defendants appear to be paying for information harvested by the Defendants.

  o For example, ZipRecruiter[6] is an online marketplace that matches job seekers with employers.

---

[5] According to https://www.cnbc.com/2017/08/09/vantiv-merges-with-worldpay-10-billion-deal.html, Vantiv merged with Worldpay on August 9, 2017.
[6] Notably, the undercover profile I used to navigate through "section-8-housing.org" and "Obamacare-guide.org" received over 200 emails between May 6, 2019 and October 28, 2019, with a large number of them sent from ZipRecruiter. *See* ¶77 above.

o   Simple Insurance bought consumer leads from third parties and is one of the defendants in *FTC v. Simple Health Plans LLC et al.,* Case No. 18-CV-62593, S.D. Fla. ***See ¶¶ 222-223 below.***

o   I searched online for information about Admediary LLC, and according to their website, they are an "online performance marketing company that specializes in lead generation via the internet and phone for all major industry verticals." *See* https://www.admediary.com/.

o   I searched online for Team Internet, and according to their website, they are "a leading provider of services in the direct navigation search market." They advertise that they are able to help customers monetize their domain portfolios and have a platform that allows users to buy and sell traffic with a cost-per-click model. *See* https://teaminternet.com/en/products.

o   I searched for information online about Diablo Media, and according to their website, they "drive the traffic and deliver the customers that grow your business" through performance marketing. They also claim to have a network of over 1,200 affiliates. *See* https://diablomedia.com/.

o   I searched for information online about Zeta, and according to their website, they offer marketers access to 2.2 billion probabilistic profiles, 750 million connected deterministic profiles, and over 500 Zeta intender audiences. *See* https://zetaglobal.com/.

o   I searched online for information about W4 (now known as DMS Performance Ad Market), and according to their website, they offer to "expand[s] your brand's reach by sourcing new, quality customers through

digital channels you may not be able to reach on your own." *See*
https://w4.com/dms/.

o   I searched for Rook Media online, and according to their website, they
    advertise, "make more money with your domain portfolio by leveraging
    demand from hundreds of direct advertisers" and promote that they are an
    industry leader in domain monetization. Rook Media's website states that
    over 650 direct advertisers bid on their customers' web traffic. *See*
    https://www.rookmedia.net/.

o   I searched online for All Web Leads, and their website states that they are
    "the premier Customer Acquisition Marketing business focused on the
    U.S. insurance industry, delivering tens of thousands of high-intent,
    qualified consumers to our customers every day." *See*
    http://www.allwebleads.com/about-our-insurance-leads.

o   I searched for Exact Match Media LLC online, and according to the
    business' public LinkedIn page, they are a "pay-per-call network exchange
    marketplace where businesses interested in connecting with consumers bid
    for inbound real-time calls generated through an exchange by independent
    and experienced media publishers." *See*
    https://www.linkedin.com/company/exact-match-media-llc.

o   I searched for Adknowledge online, and according to the business' public
    LinkedIn profile, they are a digital advertising company that has more than
    a decade of experience working closely with high-performance advertisers

in eCommerce, lead generation, and social gaming. *See*

https://www.linkedin.com/company/adknowledge.

o   I searched for H2H Interactive online, and according to the business'

public LinkedIn page, they "focus on all channels of online marketing,

mainly customer acquisition/lead generation." *See*

https://www.linkedin.com/company/h2h-interactive.

o   I searched for Digital Remedy online, and their website states that their

parent company is CPXi and they offer services that can expand target

audiences by "using multiple third party data resources." *See*

https://www.digitalremedy.com/publisher/.

o   I searched for Aragon Advertising online, and according to their website,

they have an extensive network of lead generation partners and thousands

of affiliate marketers. *See* https://aragon-advertising.com/.

o   I searched for Torchlight Technology, and their website states that they

"work with companies who generate customer data leads, inbound phone

calls, and website traffic across many business sectors." *See*

https://torchlighttechnology.com/.

o   I searched for Rex Direct online, and according to their website, they

"hunt down potential customers and deliver them quickly so you can

devour the profits." *See* https://rexdirect.com/leads/.

### ADDRESS INVESTIGATION

205.   I visited the website for the Florida Department of State and utilized the Division of

Corporations Entity Search at

(http://search.sunbiz.org/Inquiry/CorporationSearch/ByName) and searched for "OnPoint Global LLC." The records on the website showed OnPoint Global LLC's principal address at 350 NE 60th Street, Miami, Florida 33137.

206.    I reviewed records provided to FTC by International Finance Bank pursuant to a Civil Investigative Demand. The records from International Finance Bank included a copy of the lease between Issue Based Media and Magic City Properties XV LLC for the property located at 350 NE 60th Street, Miami, Florida. *See* **PX12 Att. C pp. 35-40.**

207.    I reviewed records provided to FTC by private mailbox rental providers pursuant to Civil Investigative Demands. Records from private mailbox rental providers showed 350 NE 60th Street, Miami, Florida as the physical address associated with Corporate Defendants: Shadow Media LLC, PBJ Media LLC, Orange Grove Media LLC, Coinstar Media LLC, Bring Back the Magic Media LLC, Bluebird Media LLC, Very Busy Media LLC, DGDMV LLC, Cambridge Media Series LLC, GNR Media LLC, Borat Media, and Yamazaki Media LLC. These records also showed 425 NW 26th Street, Miami, Florida 33127[7] as the physical address associated with Corporate Defendants: Issue Based Media, Borat Media LLC, and Yamazaki Media LLC. *See* **PX9 and Attachments.**

208.    I also reviewed records provided to FTC pursuant to a Civil Investigative Demand from a payment processor, Electronic Merchant Systems ("EMS.") EMS provided records listing business addresses for Corporate Defendants at 425 NW 26th Street, Miami, Florida 33127 and 900 N. Federal HWY #100, Boca Raton, Florida 33432. Also, within the records from EMS were Merchant Site Inspection Reports from June 27, 2017, July 21, 2017, and October 20, 2017 for the business location, 425 NW 26th Street, Miami, Florida 33127 (*see* **PX11 Att. A pp. 39-46).**  Additional records from EMS for merchant account

---

[7] Law enforcement personnel confirmed as of November 22, 2019, this office space is vacant.

applications submitted in 2018, showed the address of 900 N. Federal HWY #100, Boca

Raton, Florida 33432, as a primary business location. The records from EMS also

contained Merchant Site Inspection Reports from August 27, 2018 and September 21,

2018 for the business location 900 N. Federal HWY #100, Boca Raton, Florida 33432.

*See* **PX11 Att. A pp. 31-38.**

## PROPERTY RECORDS

209.    I searched records to identify ownership of properties located at specific addresses I

identified as associated with the Defendants and their business operations. The results of

my findings are summarized below.

210.    I utilized the Miami-Dade Property Appraisers property search, at

(https://www.miamidade.gov/pa/property_search.asp) and searched for the address 350

NE 60th Street, Miami, Florida 33137, which is the primary business address for

OnPoint. The information I found for this property listed Magic City Properties XV LLC

as the owner.

211.    I used the Florida Department of State, Division of Corporations Entity Search at

(http://search.sunbiz.org/Inquiry/CorporationSearch/ByName) and found Robert

Zangrillo was listed as the manager of Magic City Properties XV LLC on the Application

by Foreign Limited Liability Company for Authorization to Transact Business in Florida

filed on June 10, 2015. The property record information for 350 NE 60th Street, Miami,

Florida is attached hereto as **Attachment BD.**

212.    The address 1521 Alton Road #352, Miami Beach, Florida, 33139, is listed on the

Application by Foreign Limited Liability Company for OnPoint Capital Partners LLC

which identifies Robert Zangrillo as the manager of Dragon Global Management LLC and Dede Loftus as an authorized person. *See* ¶**182, Attachment BA (identified above).**

213.    I reviewed documents provided pursuant to a Civil Investigative Demand related to the private UPS mailbox rental associated with the address 1521 Alton Road #352, Miami Beach, Florida, 33139. I identified a receipt with an address, 645 California Way, Emerald Hills, California 94062, where mail from the private UPS mailbox rental was forwarded. *See* **PX9 Att. E pp. 6-7.**

214.    On October 8, 2019, FTC Staff contacted a representative at the San Mateo County, California's Office of Mark Church, Chief Elections Officer & Assessor-County Clerk-Recorder via email requesting a copy of the deed showing current ownership of the property located at 645 California Way, Emerald Hills (which appears as Redwood City in San Mateo County's database), California 94062. Upon receiving the request, a representative with San Mateo County's office forwarded a copy of the Deed for APN 068-171-030, which showed William J. Loftus and Diana L. Loftus as the owners of the property. I utilized the San Mateo County Property Maps portal at (https://gis.smcgov.org/Html5Viewer/?viewer=raster) to search the APN 068-171-030, and confirmed it is associated with the address 645 California Way, Emerald Hills, California 94062. The property record information for 645 California Way, Emerald Hills, California is attached hereto as **Attachment BE.**

215.    I reviewed the records provided to the FTC in response to a Civil Investigative Demand for the private mailbox rental with the address of 8190 Barker Cypress Road, Suite 1900 #1013, Cypress, Texas 77433. The records showed the contact listed on the application was Chris Sherman and the company listed was Direct Market LLC d/b/a Section-8-

housing.org. The records contained a copy of Christopher Sherman's Florida Driver's License, which listed his address at 6799 Collins Ave., Miami, Florida 33141. *See* **PX9.**

216.   I utilized the Miami-Dade Property Appraisers property search (https://www.miamidade.gov/pa/property_search.asp) to search for properties associated with the Defendants Burton Katz and Arlene Mahon and their business activities. The records from the Miami-Dade Property Appraisers website confirmed Burton Katz's address is 5700 LaGorce Dr., Miami, Florida 33140. The Miami-Dade Property Appraisers website confirmed Arlene Mahon's current address is 3901 Alahambra Circle, Coral Gables, Florida 33134 and her previous address was 10765 SW 110th Terrace, Miami, Florida 33176.

## CONSUMER COMPLAINTS ABOUT DEFENDANTS' PUBLIC BENEFITS WEBSITES

217.   On October 30, 2019, I searched the Consumer Sentinel Network for all complaints filed referencing at least one of the website addresses I identified as a Public Benefits Website. (*see* **Attachments BH, H).** This search yielded 71 results with complaints dating from September 30, 2014 to October 30, 2019. I reviewed the complaints and eliminated two that were not relevant because they were about "petfoodstamps.org" which does not belong to the Defendants, and three that were duplicates of previous entries. This resulted in 66 unique, relevant consumer complaints.

218.   25 complaints related to the website section-8-housing.org and were reported between August 2, 2016 and September 28, 2019. Many complainants reported that after providing personal information on the website, they began receiving spam solicitations via text and email with advertising offers such as $500 Wal-Mart gift cards, first time homebuyer grants, and free cell phones through the "Obama Phone" program. Some

consumers simply reported the contents of the spam messages that they received containing Defendants' website URLs.

- A consumer reported she was contacted via phone after providing her information on "section-8-housing.org" and told by a representative that she had won a government grant but that she must pay $200 to obtain it.

- A consumer reported, "I was researching on how to find senior affordable housing for myself. I found a website that looked legitimate. In the website, it asked me very detailed questions like it was for an application. Instead I have been receiving multiple emails that all look like they are coming from the same source…I believe that it was a scam."

- A consumer reported that after entering personal information on the website, he/she called to check the status of his/her pending eligibility and was told by a representative "that there's no such thing as an eligibility status."

- Another consumer reported she was scared that "someone has so much information that I volunteered via false pretense!!"

- In a complaint dated September 28, 2019, one consumer reported that after she Google searched for "Section 8 Apartments Washington," she found a website that appeared to be a Washington state affiliated website offering an eligibility tool for housing benefits. After answering a series of personal and medical related questions that "look[ed] like eligibility questions," the consumer reported being asked marketing related questions. The consumer reported that she was "tricked into giving her contact information to distribute to predatory marketers who call

seniors and disabled people" and now she has "no way to retract her contact information."

219.    In addition, 19 complaints related to the website food-stamps.com and were reported between April 17, 2015 and August 22, 2019. Many consumers reported that after they provided sensitive personal information, such as date of birth, name, address, email, and phone number, they started receiving spam solicitations via text and email stating, for example, that they had qualified for a cash advance and that they would "receive [ ] food stamps faster with a Direct Deposit EBT card." Some consumers simply reported the contents of the spam messages that they received containing Defendants' website URLs. For example:

- On August 14, 2019, a consumer reported, "I entered all of my personal information on this site…I'm concerned about my personal info, as I'm receiving countless junk email that I've never received before."

- One consumer reported that when they searched Google for how to apply for food stamps online, they were directed to "food-stamps.com." After entering personal information (name, date of birth, email, and phone number) the consumer received an email instructing her to provide bank account information "so they [food-stamps.com] could link my account to their food stamps program." The consumer reported, "I realized it's just a fraud and I'm pretty nervous about the website and the information I gave."

- Another consumer reported that despite pressing the "unsubscribe" option she continues to receive emails from "food-stamps.org."

220.   Furthermore, of the 66 unique complaints, nine complaints related to the website "Obamacare-guide.org" and were reported between October 27, 2014 and July 16, 2018. Many complainants reported that after they provided personal information on the website, representatives selling health insurance plans contacted them via phone and who requested additional sensitive information from consumers such as Social Security numbers and credit card information. Some consumers simply reported the contents of the spam messages that they received containing Defendants' website URLs.

221.   One consumer reported that she attempted to sign up for health insurance in Wisconsin and went to "www.obamacare-guide.org/wisconsin" instead of "healthcare.gov" by mistake. The consumer further reported that after providing her contact and other sensitive information on "www.obamacare-guide.org/wisconsin," a representative called her identifying herself as a sales agent of "Simple Health." The Simple Health sales agent persuaded the consumer to provide her Social Security number over the phone by stating the company had "over 20+ [years] of experience," and that it was "necessary to provide a Social Security number." The agent also could only read the details of the purported health insurance plan over the phone rather than send it in writing. The consumer also reported that the Simple Health sales agent pressured the consumer to provide her credit card information, which she ultimately refused to do but became concerned that the sensitive information she did provide would used fraudulently.

222.   Due to my work on other FTC investigations, I was familiar with the company "Simple Health" and the FTC's allegations that they used deceptive sales tactics to lure consumers into purchasing costly bogus health insurance coverage. On November 2, 2018, the Commission filed a Complaint for Permanent Injunction and Other Equitable Relief in

the Southern District of Florida against Simple Health Plans LLC and others alleging that these tactics violate the FTC Act. On May 14, 2019, the Court granted preliminary injunction against Simple Health (*FTC v. Simple Health Plans LLC et al.,* Case No. 18-CV-62593, S.D. Fla.)

223. FTC staff who are in ligation against Simple Health gathered documents from Simple Health's business location in November 2018 (*see* **PX2 ¶¶5-6)**. These documents were placed in a secure internet-based document management system, Relativity, for FTC staff review. FTC staff searched for the names of Defendants and their websites and retrieved copies of specific documents from the Relativity database. Copies of the retrieved documents are attached hereto as **Attachment BF.**

224. Finally, review of the 13 remaining complaints yielded the following results: four related to "Medicaid-help.org" and were reported between May 19, 2017 and August 22, 2019; four related to "texas-benefits.org" and were reported between September 17, 2017 and December 8, 2017; four related to "unemploymentassistance.org" and state specific unemployment websites and were reported between August 5, 2017 and June 13, 2019; and one related to "senior-assistance.org" and was reported on March 4, 2019. Some consumers also reported that after they provided personal information on the Defendants' websites, they began receiving spam solicitations via phone, text, and/or email.

## PREVIOUS LAWSUIT AGAINST BURTON KATZ

225. I conducted a search on the Miami-Dade Florida County Civil Court Online System (https://www2.miami-dadeclerk.com/ocs/Search.aspx) for filings related to individual defendants. I located a civil lawsuit filed on September 21, 2011, by Joseph Santilli against Burton Katz, Jonathan Smyth, License America Holdings LLC, and several other

entities (*Santilli v. Katz et al.,* Case No. 11-30420CA40, Cir. Ct. Miami-Dade County FL.) I obtained copies of the complaint and exhibits from the Miami-Dade Clerk of Courts.

226.   I reviewed Santilli's sworn complaint and exhibits. I identified that Exhibit S contained a series of email exchanges between Burton Katz, Joseph ("Joe") Santilli, Jonathan Smyth, Charles ("Charlie") Ohana, Andrew Resnick, and others discussing the development of the website "driverslicenses.org." In one email exchange from March 29, 2011, between Santilli, Resnick, and Katz, Santilli stated, "I eliminated the questions about child support. Why? I believe if someone is filling out this info under the auspices or belief of getting his or her license, the child support could cause them to abandon the registration process. Who wants to admit to being in trouble when all they want is a license?" *See* **Attachment BG, p. 2.** I identified that Exhibit L and Exhibit O were copies of corporate documents from the Office of the Registrar of Companies for the Island of Nevis. The corporate documents for Boomerang International LLC, which identify the sole member of the company as Burton Katz; and the corporate documents for License America Holdings, LLC, which identify the members as Cardozo Holdings LLC (10%), Andrew Resnick (32%), Boomerang International LLC (29%) and Brightstation International LLC (29%). Exhibits S, L, and O to Santilli's sworn complaint are attached hereto as **Attachment BG.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, DC this 4th day of December 2019.

Lashanda L. Freeman

Attachment A



DMV.com is a privately owned website that is not affiliated with any government agencies

Licenses · Registration & Titles · Violations & Regulations · Records · Education · Insurance · Buy/Sell a Car · DMV Locations   Q   Select State

# The DMV Made Easier.

Where the DMV Meets Speed & Convenience

## Online DMV services

**Drivers License**
A drivers license issued by the DMV is required to drive legally. Learn the steps required to get a DMV drivers license quickly and easily.
Renew your License   Replace your License   Change Name

**Auto Insurance**
Get an auto insurance quote from our online car insurance center. The DMV requires minimum vehicle insurance across the country.
Compare Car Insurance Quotes   Finance New or Used Cars

**Practice Tests**
Take a DMV practice test to gauge your driving knowledge. Passing a DMV practice exam highly increases your chances of earning a license.
Take a Practice Test   Drivers Education   Learners Permit

**Drivers Education**
Enroll in drivers education today to meet state requirements. Students must complete drivers ed to obtain a drivers license from the DMV.
Enroll in Drivers Ed   Purchase a Study Guide   Learners Permit

**Traffic Tickets**
Learn how to pay traffic fines online if you received a citation. Paying traffic tickets is crucial for maintaining DMV driving privileges.
Traffic Attorney   Remove License Points   Order your Driving Record

**New/Used Cars**
Learn how buying a car can be a simple, hassle-free process. Buy a car online to expedite DMV tasks like obtaining registration and plates.
Purchase a New Car   Car Title Transfer   Apply For New Car Registration

**Driving Records**
Order your DMV driving record online in 3 simple steps. Avoid waiting in line at the DMV and order driving records from the comfort of home.
Driving Records   Online Traffic School   Reinstate Suspended License

**Traffic School**
Enroll in the best DMV traffic school online. Traffic school helps reduce demerit points, dismiss tickets and decrease auto insurance costs.
Remove Points from your License   Driving Records   Traffic Attorney

**Vehicle Registration**
Learn how to get car registration documents for your vehicle. Discover the steps of the DMV vehicle registration process in your state.
Renew Car Registration   Traffic Ticket Info   Replace Car Registration

**Bill Of Sale**
A bill of sale obtained from the DMV records the transfer of vehicle ownership. Learn why a DMV bill of sale should always be completed.
Purchase a Bill of Sale   Car Title Transfer   Auto Insurance Quotes

**DUI / DWI**
Driving under the influence (DUI) is a major DMV violation that leads to severe consequences. Learn how the DMV responds to DUI violations.
Remove License Points   Traffic Attorney   Reinstate Suspended License

**DMV Locations**
Obtain the DMV services you require by finding a DMV office near you. DMV locations are located throughout each state.
Find a local DMV   Car Insurance Quotes   Drivers License Info



See if you Pre-Qualify now

**Get Started Now**

PX 1: Declaration of Lashanda Freeman
Attachment A: Page 1

## Looking for Something Specific?

Find it here on DMV.com

**State** ▾  What service are you looking for...

Get Started

Have a Question?

Type your question here

Powered by

**ADVISORS**

[Select category]  ▾

ASK NOW

### Find the lowest rates and save
## Compare Car Insurance Quotes Now

**Please enter a zipcode below**

e.g. 33125

**Do you currently have auto insurance?:**

* **Yes**   **No**

Get Free Quotes

### Table of contents

DRIVERS LICENSE
LEARNERS PERMIT
TICKETS & DUIs
INSURANCE

### Common Questions

How Do I Get A Drivers License?

To apply for a drivers licenses, an applicant must meet the eligibility criteria based on your state. You must also submit necessary documents and pass a driving test through your local DMV. To find out more about the requirements in your state, click here.

Can I Renew My Drivers License?

How Can I Check If My License Is Suspended?

PX 1: Declaration of Lashanda Freeman
Attachment A: Page 2

How To Take Points Off My License?

**Contact Us**

We want to hear from you! Post a message below and hear from one of our DMV Advisors.

Name

Email

Message

Submit »

DMV.COM

RESOURCES

DIRECTORY

HOW-TO GUIDES

ASK A QUESTION

THE DMV F A Q

ABOUT DMV.COM

CONTACT US

LATEST NEWS

DMV.com is a privately owned website and is not affiliated with government agencies.

DMV.com is a privately owned website that is not affiliated with any government agencies

Licenses · Registration & Titles · Violations & Regulations · Records · Insurance · Education · Buy/Sell a Car · DMV Locations   Q · Select State

**DMV**

**DRIVERS LICENSES**
Apply for Drivers License
Renew Drivers License
Replace Drivers License
Change Address on Drivers License
Change Name on Drivers License
Suspended Drivers License

**CDL**
How to Get CDL
Renew CDL
Physical Exam
CDL Driving Records
Replace CDL

**LEARNERS PERMITS & IDS**
Learners Permit
Apply for ID Card
Renew/Replace ID Card

**MOTORCYCLE LICENSE**
Apply for Motorcycle License
Renew Motorcycle License
Replace Motorcycle License
Motorcycle Manual

**OTHER**
International Driving Permit
Veteran Drivers
Senior Drivers
Disabled Drivers
Boating License

**DRIVERS EDUCATION**
Prepare For Your DMV Written Exam
- No Classrooms
- Earn 2.5 High School Credits
- Meet DMV Requirements
- 100% Online

Find Out More ›

A drivers license issued by the DMV is required to drive legally. Learn the steps required to get a DMV drivers license quickly and easily.
Renew your License  Replace your License  Change Name

**Auto Insurance**
Get an auto insurance quote from our online car insurance center. The DMV requires minimum vehicle insurance across the country.
Compare Car Insurance Quotes  Finance New or Used Cars

**Practice Tests**
Take a DMV practice test to gauge your driving knowledge. Passing a DMV practice exam highly increases your chances of earning a license.
Take a Practice Test  Drivers Education  Learners Permit

**Drivers Education**
Enroll in drivers education today to meet state requirements. Students must complete drivers ed to obtain a drivers license from the DMV.
Enroll in Drivers Ed  Purchase a Study Guide  Learners Permit

**Traffic Tickets**

Order your DMV driving record online in 3 simple steps. Avoid waiting in line at the DMV and order driving records from the comfort of home.
Driving Records  Online Traffic School  Reinstate Suspended License

**Traffic School**
Enroll in the best DMV traffic school online. Traffic school helps reduce demerit points, dismiss tickets and decrease auto insurance costs.
Remove Points from your License  Driving Records  Traffic Attorney

**Vehicle Registration**
Learn how to get car registration documents for your vehicle. Discover the steps of the DMV vehicle registration process in your state.
Renew Car Registration  Traffic Ticket Info  Replace Car Registration

**Bill Of Sale**
A bill of sale obtained from the DMV records the transfer of vehicle ownership. Learn why a DMV bill of sale should always be completed.
Purchase a Bill of Sale  Car Title Transfer  Auto Insurance Quotes

**DUI / DWI**

PX 1: Declaration of Lashanda Freeman
Attachment A: Page 4

http://www.dmv.com/

DMV.com is a privately owned website and is not affiliated with any government agencies

Licenses - Registration & Titles - Violations & Regulations - Records - Insurance - Education - Buy/Sell a Car - DMV Locations  Q  Select State

**DMV**



**VEHICLE REGISTRATION**

New Vehicle Registration
Renew Vehicle Registration
Replace Vehicle Registration
Change Address on Car Registration
Change Name on Car Registration
Registration Sticker Not Received

**VEHICLE INSPECTIONS**

Emissions Inspection
VIN Inspection

**TITLES**

New Vehicle Title
Vehicle Title Transfer
Replace Vehicle Title
Out-of-State Vehicle Title
Salvage Vehicle Title
Bill of Sale

**LICENSE PLATES**

License Plates
License Plate Search

**OTHER**

Motorcycle Registration
Custom Registration
Boaters Registration

**RENEW CAR REGISTRATION ONLINE**

⊙ Registration Renewals
⊙ Sticker Replacements
⊙ Registration Replacements
⊙ Title Transfers

Start Now ›

**Drivers License**

A drivers license issued by the DMV is required to drive legally. Learn the steps required to get a DMV drivers license quickly and easily.
Renew your License  Replace your License  Change Name

**Auto Insurance**

Get an auto insurance quote from our online car insurance center. The DMV requires minimum vehicle insurance across the country.
Compare Car Insurance Quotes  Finance New or Used Cars

**Practice Tests**

Take a DMV practice test to gauge your driving knowledge. Passing a DMV practice exam highly increases your chances of earning a license.
Take a Practice Test  Drivers Education  Learners Permit

**Drivers Education**

Enroll in drivers education today to meet state requirements. Students must complete drivers ed to obtain a drivers license from the DMV.
Enroll in Drivers Ed  Purchase a Study Guide  Learners Permit

**Traffic Tickets**

**Driving Records** 

Order your DMV driving record online in 3 simple steps. Avoid waiting in line at the DMV and order driving records from the comfort of home.
Driving Records  Online Traffic School  Reinstate Suspended License

**Traffic School** 

Enroll in the best DMV traffic school online. Traffic school helps reduce demerit points, dismiss tickets and decrease auto insurance costs.
Remove Points from your License  Driving Records  Traffic Attorney

**Vehicle Registration** 

Learn how to get car registration documents for your vehicle. Discover the steps of the DMV vehicle registration process in your state.
Renew Car Registration  Traffic Ticket Info  Replace Car Registration

**Bill Of Sale** 

A bill of sale can be obtained from the DMV records the transfer of vehicle ownership. Learn why a DMV bill of sale should always be completed.
Purchase a Bill of Sale  Car Title Transfer  Auto Insurance Quotes

**DUI / DWI** 

https://www.dmv.com/#

DMV.com is a privately owned website that is not affiliated with any government agencies.

**DMV**

Licenses · Registration & Titles · Violations & Regulations · Records · Insurance · Education · Buy/Sell a Car · DMV Locations   Q   📍Select State

**RESTORING DRIVING PRIVILEGES**
___
Traffic School
Driving Record
SR-22 Insurance
Driving Record Expungement

**LEGAL SERVICES**
___
Personal Injury
Traffic & DUI Attorney

**TICKET VIOLATIONS**
___
Traffic Tickets
How to Pay Tickets
Reckless Driving
DUI & DWIs
Suspended License

**REGULATIONS**
___
Lemon Laws
Car Seat Laws
Distracted Driving Laws
Boating Regulations
DMV Point System
Right of Way

**START ONLINE TRAFFIC SCHOOL TODAY**
⊙ Fix a Ticket
⊙ Fulfill a Court Order
⊙ Lower Insurance Rates

Start Now ›



**Drivers License**
A drivers license issued by the DMV is required to drive legally. Learn the steps required to get a drivers license quickly and easily.
Renew your License  Replace your License  Change Name

**Auto Insurance**
Get an auto insurance quote from our online car insurance center. The DMV requires minimum vehicle insurance across the country.
Compare Car Insurance Quotes  Finance New or Used Cars

**Practice Tests**
Take a DMV practice test to gauge your driving knowledge. Passing a DMV practice exam highly increases your chances of earning a license.
Take a Practice Test  Drivers Education  Learners Permit

**Drivers Education**
Enroll in drivers education today to meet state requirements. Students must complete drivers ed to obtain a drivers license from the DMV.
Enroll in Drivers Ed  Purchase a Study Guide  Learners Permit



**Driving Records**
Order your DMV driving record online in 3 simple steps. Avoid waiting in line at the DMV and order driving records from the comfort of home.
Driving Records  Online Traffic School  Reinstate Suspended License

**Traffic School**
Enroll in the best DMV traffic school online. Traffic school helps reduce demerit points, dismiss tickets and decrease auto insurance costs.
Remove Points from your License  Driving Records  Traffic Attorney

**Vehicle Registration**
Learn how to get car registration documents for your vehicle. Discover the steps of the DMV vehicle registration process in your state.
Renew Car Registration  Traffic-Ticket Info  Replace Car Registration

**Bill Of Sale**
A bill of sale obtained from the DMV records the transfer of vehicle ownership. Learn why a DMV bill of sale should always be completed.
Purchase a Bill of Sale  Car Title Transfer  Auto Insurance Quotes



**Traffic Tickets**



**DUI / DWI**

http://www.dmv.com/#

DMV.com is a privately owned website that is not affiliated with any government agencies

Licenses · Registration & Titles · Violations & Regulations · Records · Insurance · Education · Buy/Sell a Car · DMV Locations   Q   **Select State**

**DMV RECORDS**
Driving Record
Vehicle History Report
VIN Decoder

**PERSONAL RECORDS**
Passports
Voter Registration
Background Check
Credit Report
Birth Certificates
Criminal & Arrest Records

**OTHER RECORDS**
CDL Driving Records

**ORDER YOUR DRIVING RECORD!**
● Safe, Secure & Trusted
● Up-to-Date Records
● Fast Processing

Order Now >



**Drivers License**
A drivers license issued by the DMV is required to drive legally. Learn the steps required to get a DMV drivers license quickly and easily.
Renew your License  Replace your License  Change Name

**Auto Insurance**
Get an auto insurance quote from our online car insurance center. The DMV requires minimum vehicle insurance across the country.
Compare Car Insurance Quotes  Finance New or Used Cars

**Practice Tests**
Take a DMV practice test to gauge your driving knowledge. Passing a DMV practice exam legally increases your chances of earning a license.
Take a Practice Test  Drivers Education  Learners Permit

**Drivers Education**
Enroll in drivers education today to meet state requirements. Students must complete drivers ed to obtain a drivers license from the DMV.
Enroll in Drivers Ed  Purchase a Study Guide  Learners Permit

**Traffic Tickets**

**Driving Records**
Order your DMV driving record online in 3 simple steps. Avoid waiting in line at the DMV and order driving records from the comfort of home.
Driving Records  Online Traffic School  Reinstate Suspended License

**Traffic School**
Enroll in the best DMV traffic school online. Traffic school helps reduce demerit points, dismiss tickets and decrease auto insurance costs.
Remove Points from your License  Driving Records  Traffic Attorney

**Vehicle Registration**
Learn how to get car registration documents for your vehicle. Discover the steps of the DMV vehicle registration process in your state.
Renew Car Registration  Traffic Ticket Info  Replace Car Registration

**Bill Of Sale**
A bill of sale obtained from the DMV records the transfer of vehicle ownership. Learn why a DMV bill of sale should always be completed.
Purchase a Bill of Sale  Car Title Transfer  Auto Insurance Quotes

**DUI / DWI**

PX 1: Declaration of Lashanda Freeman
Attachment A: Page 7

DMV.com is a privately owned website that is not affiliated with any government agencies

**DMV**.com

Licenses · Registration & Titles · Violations & Regulations · Records · Insurance · Education · Buy/Sell a Car · DMV Locations  Q  ⦿ Select State

| INSURANCE | ACCIDENTS | OTHER | AUTO INSURANCE QUOTES |
|---|---|---|---|
| Auto Insurance | Traffic Accidents | Homeowners Insurance | ⦿ Save up to $415 on your Auto Insurance |
| Motorcycle Insurance | Subrogation | Life Insurance | ⦿ Apply online |
| SR 22 Insurance | Motorcycle Accidents | | ⦿ 100% free |
| Uninsured Motorist Coverage | Police Reports | | |

## Online DMV services



**Drivers License**

A drivers license issued by the DMV is required to drive legally. Learn the steps required to get a DMV drivers license quickly and easily.

Renew your License  Replace your License  Change Name



**Auto Insurance**

Get an auto insurance quote from our online car insurance center. The DMV requires minimum vehicle insurance across the country.

Compare Car Insurance Quotes  Finance New or Used Cars



**Practice Tests**

Take a DMV practice test to gauge your driving knowledge. Passing a DMV practice exam highly increases your chances of earning a license

Take a Practice Test  Drivers Education  Learners Permit



**Drivers Education**

Enroll in drivers education today to meet state requirements. Students must complete drivers ed to obtain a drivers license from the DMV

Enroll in Drivers Ed  Purchase a Study Guide  Learners Permit

**Traffic Tickets**

**Driving Records**

Order your DMV driving record online in 3 simple steps. Avoid waiting in line at the DMV and order driving records from the comfort of home

Driving Records  Online Traffic School  Reinstate Suspended License

**Traffic School**

Enroll in the best DMV traffic school online. Traffic school helps reduce demerit points, dismiss tickets and decrease auto insurance costs.

Remove Points from your License  Driving Records  Traffic Attorney

**Vehicle Registration**

Learn how to get car registration documents for your vehicle. Discover the steps of the DMV vehicle registration process in your state

Renew Car Registration  Traffic Ticket Info  Replace Car Registration

**Bill Of Sale**

A bill of sale obtained from the DMV records the transfer of vehicle ownership. Learn why a DMV bill of sale should always be completed

Purchase a Bill of Sale  Car Title Transfer  Auto Insurance Quotes



**DUI / DWI**

http://www.dmv.com/#

PX 1: Declaration of Lashanda Freeman
Attachment A: Page 8





DMV.com is a privately-owned website that is not affiliated with any government agencies

Licenses ˅   Registration & Titles ˅   Violations & Regulations ˅   Records ˅   Insurance ˅   Education ˅   Buy/Sell a Car ˅   DMV Locations   Q   ⚲ Select State

**STUDY RESOURCES**
- Practice Test
- Free Practice Test
- Driver Handbook
- CDL Handbook
- Motorcycle Handbook

**DRIVING BASICS**
- Motorcycle Safety
- Parallel Parking
- Jumpstart Battery
- Check Tire Pressure
- Driving in the Rain

**DRIVING COURSES**
- Drivers Education
- Traffic School/Defensive Driving
- CDL Drivers Education

**DRIVERS EDUCATION**
Prepare For Your DMV Written Exam
- ◉ No Classrooms
- ◉ Earn 2.5 High School Credits
- ◉ Meet DMV Requirements
- ◉ 100% Online

Find Out More ˅

**Drivers License**
A drivers license issued by the DMV is required to drive legally. Learn the steps required to get a DMV drivers license quickly and easily.
Renew your License   Replace your License   Change Name

**Auto Insurance**
Get an auto insurance quote from our online car insurance center. The DMV requires minimum vehicle insurance across the country.
Compare Car Insurance Quotes   Finance New or Used Cars

**Practice Tests**
Take a DMV practice test to gauge your driving knowledge. Passing a DMV practice exam highly increases your chances of earning a license.
Take a Practice Test   Drivers Education   Learners Permit

**Drivers Education**
Enroll in drivers education today to meet state requirements. Students must complete drivers ed to obtain a drivers license from the DMV.
Enroll in Drivers Ed   Purchase a Study Guide   Learners Permit

**Traffic Tickets**

**Driving Records**
Order your DMV driving record online in 3 simple steps. Avoid waiting in line at the DMV and order driving records from the comfort of home.
Driving Records   Online Traffic School   Reinstate Suspended License

**Traffic School**
Enroll in the best DMV traffic school online. Traffic school helps reduce dement points, dismiss tickets and decrease auto insurance costs.
Remove Points from your License   Driving Records   Traffic Attorney

**Vehicle Registration**
Learn how to get car registration documents for your vehicle. Discover the steps of the DMV vehicle registration process in your state.
Renew Car Registration   Traffic Ticket Info   Replace Car Registration

**Bill Of Sale**
A bill of sale obtained from the DMV records the transfer of vehicle ownership. Learn why a DMV bill of sale should always be completed.
Purchase a Bill of Sale   Car Title Transfer   Auto Insurance Quotes

**DUI / DWI**

http://www.dmv.com/#

PX 1: Declaration of Lashanda Freeman
Attachment A: Page 9

DMV.com is a privately owned website that is not affiliated with any government agencies

Licenses ·  Registration & Titles ·  Violations & Regulations ·  Records ·  Insurance ·  Buy/Sell a Car ·  Education ·  DMV Locations   Q    ⊙ Select State

**DMV**

**BUYING A CAR**

How to Buy a Car
Guide to Buying a Used Car
Auto Warranty
Extended Warranty

**SELLING A CAR**

How to Sell a Car
Guide to Vehicle Release Liability
Donating a Car to Charity
Bill of Sale

**AUTO FINANCE**

Auto Financing
Understanding Auto Finance
Auto Finance Laws & Regulations
Dealerships vs Banks
How to Get a Car Loan
Available Car Loan Financial Options
How are Loans Helpful for Buyers
Bad Credit Auto Loans

**LEASING**

Leasing vs Financing
Pros & Cons of Leasing
Understanding Residual Value

**RENEW CAR REGISTRATION ONLINE**

❷ Registration Renewals
❷ Sticker Replacements
❷ Registration Replacements
❷ Title Transfers

Start Now ›

**Drivers License**

A drivers license issued by the DMV is required to drive legally. Learn the steps required to get a DMV drivers license quickly and easily.

Renew your License  Replace your License  Change Name

**Auto Insurance**

Get an auto insurance quote from our online car insurance center. The DMV requires minimum vehicle insurance across the country.

Compare Car Insurance Quotes  Finance New or Used Cars

**Practice Tests**

Take a DMV practice test to gauge your driving knowledge. Passing a DMV practice exam highly increases your chances of earning a license.

Take a Practice Test  Drivers Education  Learners Permit

**Drivers Education**

Enroll in drivers education today to meet state requirements. Students must complete drivers ed to obtain a drivers license from the DMV.

Enroll in Drivers Ed  Purchase a Study Guide  Learners Permit

**Traffic Tickets**

**Driving Records**

Order your DMV driving record online in 3 simple steps. Avoid waiting in line at the DMV and order driving records from the comfort of home.

Driving Records  Online Traffic School  Reinstate Suspended License

**Traffic School**

Enroll in the best DMV traffic school online. Traffic school helps reduce demerit points, dismiss tickets and decrease auto insurance costs.

Remove Points from your License  Driving Records  Traffic Attorney

**Vehicle Registration**

Learn how to get car registration documents for your vehicle. Discover the steps of the DMV vehicle registration process in your state.

Renew Car Registration  Traffic Ticket Info  Replace Car Registration

**Bill Of Sale**

A bill of sale obtained from the DMV records the transfer of vehicle ownership. Learn why a DMV bill of sale should always be completed

Purchase a Bill of Sale  Car Title Transfer  Auto Insurance Quotes

**DUI / DWI**



dmv.com/dmv-office

DMV.com is a privately owned website that is not affiliated with any government agencies

DMV.com Licenses - Registration & Titles - Violations & Regulations - Records - Insurance - Education - Buy/Sell a Car - DMV Locations Select State

Home › How to Find DMV Locations

Drivers Licenses
CDL
Learners Permits & IDs
Motorcycle License
Other

# How to Find DMV Locations

Renew Drivers License | Replace Drivers License | Reinstate Suspended License | Change Address in License

If you need to visit a DMV office in person, you can learn more about DMV locations in your state by visiting your state's page below. Alternatively, you may be able to skip your visit to the DMV and perform your task online. What is available online depends on the state, but many states allow services such as vehicle registration renewals, paying your traffic ticket, and getting driving records online. For more information about the services available in your state, please visit your state-specific page:

Select a state to begin: New Jersey (NJ)

WA MT ND ME OR MN ID SD WI NY WY MI NE IA PA NV IL IN OH UT CO CA KS MO KY WV VA NC AZ NM OK AR TN SC MS AL GA TX LA AK FL HI

VT NH CT MA NJ RI MD DE DC

| | | | |
|---|---|---|---|
| Alabama | Indiana | Nebraska | South Carolina |
| Alaska | Iowa | Nevada | South Dakota |
| Arizona | Kansas | New Hampshire | Tennessee |
| Arkansas | Kentucky | New Jersey | Texas |
| California | Louisiana | New Mexico | Utah |
| Colorado | Maine | New York | Vermont |
| Connecticut | Maryland | North Carolina | Virginia |
| Delaware | Massachusetts | North Dakota | Washington |
| Florida | Michigan | Ohio | Washington DC |



PX 1: Declaration of Lashanda Freeman
Attachment A: Page 12

← C 🔒 dmv.com/drivers-license

DMV.com is a privately owned website that is not owned or operated by any state government agency.

Licenses ▾   Registration & Titles ▾   Violations & Regulations ▾   Records ▾   Insurance ▾   Education ▾   Buy/Sell a Car ▾   DMV Locations   Q

📍 Select State

HOME   How to Apply for a New Drivers License

Drivers Licenses   ‹

**Apply for Drivers License**

Renew Drivers License

Replace Drivers License

Change Address on Drivers License

Change Name on Drivers License

Suspended Drivers License

CDL   ›

Learners Permits & IDs   ›

Motorcycle License   ›

Other   ›

**Auto Insurance**

Get A Free Insurance Quote Instantly compare rates.

Enter Your Zip

[ GO ]

Get Started Now

# How to Apply for a New Drivers License

( Renew Drivers License )

( Replace Drivers License )

( Reinstate Suspended License )

( Change Address in License )

## 1. Get Started Online With New Drivers License Assistance

New drivers licenses cannot be obtained online or by mail. Instead, you must apply for a new license in person at a local DMV. While there, you must pass a vision screening, a written exam and a skills test. To make sure that you are prepared, download our informative online drivers license guide. Our guide contains everything you need to know to complete this application easily and quickly. In it, you will get in-depth details on how to complete other important licensing transactions, such as updating personal information on your license, renewing your license and replacing a lost one. Start simplifying your application process today by visiting your state-specific page:

[ GET STARTED ]

🧭 Select a state to begin:

Start simplifying your application process today by visiting your state-specific page:

WA   MT   ND   MN   WI   MI   NY   ME
OR   ID   WY   SD   IA   IL   IN   OH   PA
NV   UT   CO   NE   KS   MO   KY   WV VA
CA   AZ   NM   OK   AR   TN   NC
AK   TX   MS AL GA   SC
HI   LA   FL

[VT] [NH]
[CT] [MA] [RI]
[NJ] [DE] [DC]
[MD]

PX 1: Declaration of Lashanda Freeman
Attachment A: Page 13

## 2. In Person at the DMV

To obtain a new drivers license at the DMV, you must submit identification documents and pass mandatory tests. A birth certificate or passport can verify your name and age, and a utility bill can prove your state residency. Generally, you must pass a written knowledge exam and a road skills test. You must also fill out a drivers license application form and pay the applicable fees. However, you may not know which forms to complete or if you are already eligible to take your exams. Arriving at the DMV unprepared may result in long wait times and potential mistakes, which could mean having to redo the process.

A drivers license is required for any U.S. resident who wishes to operate a vehicle in the country. However, be mindful that DMV driver's license requirements and procedures will vary depending on the state where you reside. Furthermore, in order to obtain a REAL ID-compliant driving credential, you will be required to provide additional documents and information.

The fees, tests and driver education requirements for getting a DMV license will also vary between states. In certain cases, motorists will be required to undergo educational courses and pass mandated tests in order to apply for a driver's license. To learn more about the steps and eligibility criteria for obtaining a license to drive, read the sections below.

### How to Apply for a Drivers License as an Adult (18 or Older)

If you are 18 years of age or older, you may not be required to hold a learner's permit before applying for a driver's license with full privileges in your state. In any case, a full DMV drivers license will only be issued after you meet all of your state's testing and documentation requirements.

### Learn How to Apply for a Drivers License

Because the procedure for getting a driving credential vary depending on the state where you live, make sure to identify the eligibility criteria you must meet before submitting a driver's license application to the DMV.

### Drivers License Requirements for Adults

In most cases, motorists who are 18 years of age or older are eligible to obtain a full DMV license. However, restrictions may apply in certain states for applicants who are younger than 21 years of age. As a general rule, drivers must be residents of the state where they apply for a drivers license. Furthermore, certain states will require adults to undergo driver education courses prior to applying for a license.

### Steps to Obtain a New Drivers License as an Adult

All DMV license applications must be submitted in person at a local DMV office in your state. The following documents are typically required for applicants to obtain a driver's license:

- **Driver's license application form** – These forms vary in content, and may be available to download through your state's online portal.
- **Proof of identity** – Typically, the DMV must be presented with proof of your name and date of birth. Documents such as a passport or permanent resident card can be submitted for this requirement to be met.
- **Proof of residence** – Certain DMVs may not issue drivers licenses to motorists who do

PX 1: Declaration of Lashandia Freeman
Attachment A: Page 14

not reside in the particular state where the application is being filed. Therefore, be mindful that you must present one or two documents that prove your state residency. Acceptable documents generally include utility bills and/or lease agreements.

- **Proof of Social Security Number (SSN)** – Not all license holders are required to have an SSN. However, some states require an SSN for REAL ID license applications.

During the driver's license application process, adults may be required to undergo a vision screening and have their photographs taken at the DMV. After completing all mandatory written and practical exams, applicants may purchase a state-issued license. New driver's license expiration dates vary depending on each state, applicant and type of credential.

## Getting a Drivers License as a New Resident

All motorists must hold a valid drivers license to operate a vehicle on public roads in the United States. Depending on the state, foreigners may be required to hold an international driving permit (IDP). Overall, short-term visitors are only allowed to rent vehicles in the U.S. if they hold a valid license.

On the other hand, new residents must obtain a DMV license from the state where they now reside. That is because once you move or establish residency in a different state, you must apply for a new driver's license from that jurisdiction within a set timeframe.

- Check Your DMV Records »
- Driving License in Chicago »
- Print DMV Forms »
- Driver License Tests »
- Online Driving Permit »

- Driving License Records »
- Apply For Driving License »
- Sample Written Driving Test »
- Drivers Test Online »
- Driving Test Questions »

## How to Apply for a Drivers License as a Teen (Younger Than 18)

In most states, applicants who are younger than 18 years of age must obtain a learners permit before they can apply for a full DMV license. Furthermore, restrictions are generally placed on these motorists while they hold permits, such as which times they are allowed to drive and which passengers they are authorized to transport.

## Drivers License Eligibility Requirements for Teens

Parental consent is typically required for new drivers license applications filed by motorists younger than 18 years of age. Thus, a parent or legal guardian must be present when the application is filed or submit an affidavit granting permission for the credential to be issued. Furthermore, young motorists may be required to hold permits for set periods of time before becoming eligible to apply for a driver's license with full privileges.

More often than not, teen drivers must complete a certain number of hours behind the wheel to qualify for a DMV license. On the other hand, the minimum age for a motorist to apply for a permit or license will vary depending on your state on residence.

## Drivers Ed Requirements to Get a Drivers License

PX 1: Declaration of Lashanda Freeman
Attachment A: Page 15

Certain states will require applicants to enroll in and complete a driver education program in order to obtain a driver's license. Depending on your age and location, you may be required to attend driver's ed while carrying a learner's permit. Typically, these driving courses consist of classroom sections and a practical portion. However, the specific fees and time requirements for educational programs are different depending on the state where you enroll.

As a general rule, motorists must pass a written exam and a road skills test in order for a new driver's license to be issued. It is recommended that applicants read through any available handbooks and take practice tests before applying for a driving credential. In order to prepare, be mindful that DMV license handbooks are available online or through your local DMV office.

## Steps to Obtain a New Drivers License as a Teen

If you are eligible for a learner's permit or drivers license in your state, you must visit a local DMV office with all of the appropriate documents. Depending on the state, you may be required to bring the following items with you.

- **A DMV license application form.** You may be required to have a parent of legal guardian sign the application.
- Documents proving **your identity.**
- Documents proving **your residency.** Some states do not require proof of residency for applicants who are younger than 18 years of age. If proof is required, documents with a parent or legal guardian's name may be used instead. Additional paperwork may be needed.
- Paperwork verifying your **Social Security Number,** if applicable.
- Driving experience **log sheets.** You may be required to complete and submit a DMV driver's license log sheet signed by a parent or legal guardian, attesting to the number of hours you have completed behind-the-wheel.

## Get Help With Your Drivers License Application

In addition to submitting the abovementioned items, motorists younger than 18 years of age applying for a new driver's license may be required to complete written examinations, driver education courses, practical driving road tests and vision tests. Depending on the state, young drivers may be prohibited from operating a car at night and/or with multiple passengers.

## Drivers License Costs

The fees for a driver's license or permit vary between states. Typically, local DMV offices accept cash, money orders, checks, debit and credit cards. Furthermore, test fees are set by each state and may vary between counties.

| | | | |
|---|---|---|---|
| Alabama | Indiana | Nebraska | South Carolina |
| Alaska | Iowa | Nevada | South Dakota |
| Arizona | Kansas | New Hampshire | Tennessee |
| Arkansas | Kentucky | New Jersey | Texas |
| California | Louisiana | New Mexico | Utah |
| Colorado | Maine | New York | Vermont |
| Connecticut | Maryland | North Carolina | Virginia |
| Delaware | Massachusetts | North Dakota | Washington |
| Florida | Michigan | Ohio | Washington DC |
| Georgia | Minnesota | Oklahoma | West Virginia |
| Hawaii | Mississippi | Oregon | Wisconsin |

PX 1: Declaration of Lashanda Freeman
Attachment A: Page 16



Idaho          Missouri        Pennsylvania        Wyoming
Illinois       Montana         Rhode Island

**Sources**

1  Guide To Obtaining A Driver's License from State.gov
2  Driver License Eligibility Requirements from Virginia.gov
3  Driver Licenses from DC.gov

**Have a Question? Get Quick Online Answers!**

Type your question here

Powered By **DMVADVISORS**

[Select category]

ASK NOW



**DMV.COM**        **RESOURCES**        **HOW-TO GUIDES**        **LATEST NEWS**

**DIRECTORY**        ASK A QUESTION
                     THE DMV F.A.Q.
                     ABOUT DMV.COM
                     CONTACT US

DMV.com is a privately owned website and is not affiliated with government agencies.

Copyright 2004-2014 DMV.com. All rights reserved.

PX 1: Declaration of Lashanda Freeman
Attachment A: Page 17

DMV.com is a privately owned website that is not affiliated with any government agencies

# DMV≣

Licenses ▾   Registration & Titles ▾   Violations & Regulations ▾   Records ▾   Insurance ▾   Education ▾   Buy/Sell a Car ▾   DMV Locations   Q   📍 Select State

**Study Resources**   ‹

Practice Test

Free Practice Test

Driver Handbook

CDL Handbook

Motorcycle Handbook

**Driving Basics**   ›

**Driving Courses**   ›



See if you Pre-Qualify now

**Get Started Now**

Home ▸ How to Take a Practice Test

## How to Take a Practice Test

Do you really need a DMV practice test? If you have some experience at a drivers education course and you have read your state's road manual, the permit test should be a breeze. This is a belief held by plenty of young drivers. However, those young drivers do not know that almost half of all test-takers fail their permit test on the first try, and some even fail it on the second try. In fact, learners permit practice tests are especially helpful in states like Vermont, where there is a limit on how many times a student can attempt the test.

Practice driving tests are helpful because DMV drivers tests cover so much information. A state drivers manual contains hundreds of topics, from child safety to common road signs, and a permit test could quiz you on any tiny law or detail. Additionally, most permit tests have steep requirements to pass. For example, Washington D.C. requires an 80 percent score to pass. Drivers license practice tests are necessary because you learn the information in your state and prepare for the rules and requirements of the written test.

## What are the benefits of taking a DMV practice test?

Students who take a DMV.com learners permit practice test are five times more likely to pass than the national average. That is because practice tests are a scientifically proven better way to study. A practice test helps students learn and reconstruct information in a way that other study methods do not. Additionally, more than one study published found that students who use practice tests to study remember as much as 50 percent more information than other students, even a week later.

Further, DMV.com drivers ed practice tests are specifically designed in order to provide the best value to students. The practice test questions are drawn from the same sources as the official learners permit test in each state so that each question is a reflection of what students must know for the test. It also mimics the form of the official test so that students will be accustomed to the test-taking process on the day they apply for their learners permit.

## What is included in DMV.com's drivers license practice test?

A DMV.com permit practice test is 50 questions long and covers all of the important details that students will see on their permit tests. This includes road safety, how to drive in poor weather, the penalties for driving under the influence and the specific laws of each state.

While a student who downloads the Georgia DMV.com drivers permit practice test will learn about the state's cellphone ban, a student who downloads the Texas DMV.com practice test will learn that cellphones are only banned until the driver is older than 18 years of age. Other things students should expect to see in their DMV permit practice test are:

- Lane markers and what they mean.
- How to drive in an emergency situation.
- What a new driver is allowed to do with his or her permit.
- When it is safe to turn right on red.

PX 1: Declaration of Lashanda Freeman
Attachment A: Page 18

- When airbags make crashes more dangerous.

- Learners Permit Tests »
- Online Driver's License »
- Drivers Test Online »
- Renew Drivers License In Chicago »
- Apply For Cdl License »
- Drivers License Renewal Online »

## Drivers License Test Rules and Requirements

We created a DMV sample test for each state because every state has a specific drivers test, and the rules to pass vary. For example, in Vermont, a permit test is 20 questions long and students must answer 16 correctly. Meanwhile, the DC test is 25 questions long and there is a time limit.

Almost all modern permit tests are automated, and students will have to answer a set number of multiple choice questions. Check if the test in your state is timed so that you can practice your test-taking speed with the DMV.com practice test.

## How to Pass a Driving Test

DMV learners permit practice tests contain all the knowledge you need to pass a driving test in your state. To get a learners permit, you must be ready to prove that you know the road laws well enough to be trusted behind the wheel. For most states, this includes driving test questions on:

- At what ages children in your state are required to be in a car seat.
- The standard speed limits on residential roads.
- How to drive in the snow, fog, rain, etc.
- Common vehicle maintenance.
- How much space motorcycles are allowed to take in a lane.

Further, students will be required to pass a skills test in order to apply for their license. This test is the application of all the theoretical information covered in the written exam. To pass a road test, students must be able to:

- Safely drive through an intersection.
- Competently park, stop and brake.
- Parallel park.
- Control the vehicle.
- Use signals.
- Observe the rules of the road.
- Reverse in a straight line.

## What is included in DMV.com's drivers test study guide?

In addition to the permit test questions in the DMV.com practice test, we also include a bonus DMV study guide. The study guide is an excellent, plain-language summary of your state

PX 1: Declaration of Lashanda Freeman
Attachment A: Page 19

handbook. Where most state handbooks are 100 pages long or more, the DMV.com study guide is a concise explanation of all the same points. Complete with colored graphics of lane markers, driving situations and road signs, the study guide makes information easy to learn and remember.

The permit test study guide includes everything you need to know for your exam, and drivers who already have their permit can use it to refresh their knowledge before the road test. The drivers test study guide includes:

- Who can drive in a HOV lane.
- How to exit a roundabout.
- Traffic signals and their meanings.
- State driving laws.
- Standard speed limits.
- The official driving hand signals.
- And much more!

## How to Use DMV.com's Drivers Permit Practice Test and Study Guide

Make the best use of your study time and your DMV.com practice written driving test by adopting smart study habits. Reading and note-taking is not a good way to memorize information. Instead, use the practice test as a learning method and combine it with the DMV.com learner permit study guide for the fastest results.

Take the learners permit test multiple times to cement information and force your brain to think in a way that recalls and reconstruct information from memory. It may not feel like learning in the same way that rote memorization does, but it will be more effective in the long-run. Repeated testing will help you absorb detailed information in a way that notes will not, and it will show you will which parts of the drivers license study guide you should revisit.

## Free DMV Practice Tests

Some states offer free DMV online practice tests to prepare new drivers for their written exam. However, this is not standard in every state. For example, Washington State does not administer written tests. Drivers there have to go to a licensed third party to take their permit test, so the state does not offer any resources for young drivers.

Further, some generic online practice permit tests are available for free. However, students who consider studying with this option should be careful only to use drivers test study guides from legitimate companies that update their material. States change the road laws frequently, and an outdated test may actually leave a student more confused and less prepared for the official exam. Also, if the practice test is not state-specific, a student may learn the wrong laws and suffer for it on the official exam.

## How to Schedule a Drivers License Test

Locate a DMV testing location near you, and schedule your appointment over the phone or online. The closest DMV office usually offers testing and an online registration portal. However, in the case of states like Washington, where testing is done by private companies, the enrollment process for your permit test may be different.

If you are unsure if you can schedule your DMV driving test appointment, call a nearby

PX 1: Declaration of Lashanda Freeman
Attachment A: Page 20

location and make your appointment by phone. In general, you will be able to take a written test at any nearby center, pays your fees and apply for your permit all at once.

## What to Bring to a Driving Test

A practice written driving test may help prepare you for a written drivers test, but you will have to apply for your learners permit before the test is issued. To complete an application for a learners permit, complete the application in your state either in person or online.

Additionally, will need documentation to prove your state residence, identity and legal presence in the United States. When you go to take your permit test, be sure to bring:

- **Proof of identity:** S. birth certificate, U.S. passport, Certificate of Citizenship, Certificate of Naturalization, Consular Report of Birth Abroad, valid Permanent Resident Card, valid Employment Authorization or a foreign passport with a valid U.S. visa.
- **Proof of state residence:** Utility bills, mortgage agreement, lease, homeowner's policy, insurance policy, telephone bill, mail from a state or federal agency, vehicle registration or a paystub that shows your name and
- **Proof of Social Security number:** Social security Card, 1099 form or a recent W-2 form.

In the case of minors applying for their learners permit, they may prove residence with documents that show the names of their legal parents or guardians. Additionally, most identity documents also prove legal presence in the United States.

| | | |
|---|---|---|
| Alabama | Indiana | Nebraska | South Carolina |
| Alaska | Iowa | Nevada | South Dakota |
| Arizona | Kansas | New Hampshire | Tennessee |
| Arkansas | Kentucky | New Jersey | Texas |
| California | Louisiana | New Mexico | Utah |
| Colorado | Maine | New York | Vermont |
| Connecticut | Maryland | North Carolina | Virginia |
| Delaware | Massachusetts | North Dakota | Washington |
| Florida | Michigan | Ohio | Washington DC |
| Georgia | Minnesota | Oklahoma | West Virginia |
| Hawaii | Mississippi | Oregon | Wisconsin |
| Idaho | Missouri | Pennsylvania | Wyoming |
| Illinois | Montana | Rhode Island | |

## Sources

1. Knowledge Tests from DC.gov
2. Drivers License Manual from Vermont.gov
3. How to Prepare for a Drive Test from Texas.gov

## Have a Question? Get Quick Online Answers!

Type your question here

[Select category]

ASK NOW

Powered by **DMVADVISORS**

PX 1: Declaration of Lashanda Freeman
Attachment A: Page 21



PX 1: Declaration of Lashanda Freeman
Attachment A: Page 22

DMV.com is a privately owned website that is not affiliated with any government agencies.

C ⌂ dmv.com/terms

Licenses ▾   Registration & Titles ▾   Violations & Regulations ▾   Records ▾   Insurance ▾   Education ▾   Buy/Sell a Car ▾   DMV Locations   🔍   📍 Select State

**DMV**

Home › Terms of Use

# Terms of Use

## TERMS AND CONDITIONS OF USE

### UPDATED 12/10/2015

### PLEASE READ THESE TERMS AND CONDITIONS OF USE CAREFULLY BEFORE USING THIS SITE

By using the DMV.com website (the "Site"), you agree to follow and be bound by these terms and conditions of use (the "Terms and Conditions") and any applicable laws and regulations. In these Terms and Conditions the words "you" and "your" refer to each customer or Site visitor, "we", "us", and "our" refer to DMV.com and "Services" refers to services provided by us.

It is your responsibility to review these Terms and Conditions periodically. If at any time you find these Terms and Conditions unacceptable or if you do not agree to these Terms and Conditions, please do not use this Site. We may revise these Terms and Conditions at any time without notice to you. It is your responsibility to adhere to any such changes. Your continued use of the Site following the posting of any changes to these Terms and Conditions will mean you accept those changes. If you have any questions about these Terms and Conditions, please contact us. DMV.com. You may review the most current version of the Terms and Conditions at any time on this page. These Terms and Conditions constitute your acceptance of such changes and your intention to be bound by the Terms and Conditions. If you do not agree to such changes, your sole remedy is to discontinue use of the Site.

YOU AGREE THAT BY USING THE SITE AND THE SERVICES, YOU ARE AT LEAST 18 YEARS OF AGE AND YOU ARE LEGALLY ABLE TO ENTER INTO A CONTRACT.

PLEASE NOTE THAT THESE TERMS AND CONDITIONS CONTAIN A BINDING INDIVIDUAL ARBITRATION PROVISION IN PARAGRAPH 14 THAT AFFECTS YOUR RIGHTS TO USE RIGHTS TO SUE UNDER THE AGREEMENT

Please also refer to the DMV.com Privacy Policy which is incorporated herein by reference, which constitute the entirety of the agreement between us and you, the Site visitor.

DMV.com and its Services are not subsidiaries to the federal or to your governmental motor vehicle bureau. DMV.com is in no way or fashion sponsored by, endorsed by, or affiliated with any governmental agency or office. DMV.com is in no way or fashion an agent of any federal or local governmental agency and DMV.com does not provide its Services on behalf of any governmental body or office.

You understand that this Site or its products are not endorsed or affiliated with any government entity, including any Federal, State, County, City department, bureau, division or agency. By using the acronym "DMV" or the phrase "Department of Motor Vehicles", we are not claiming any affiliation to them or any government run agency.

DMV.com on its web's web's its documents, study guides, test materials, check lists and developed forms accurate, current and up to date however, because the laws may change rapidly, DMV.com cannot guarantee that either that all of the information on the Site is completely current, correct or up to date. The motor vehicle laws may be different from jurisdiction to your location and may be subject to interpretation by different courts. The motor vehicle laws are a personal matter, and no general information or the test DMV.com provides can fit every circumstance. Furthermore, the information contained in the Site is not legal advice and is not guaranteed to be correct, complete or up to date. Therefore, if you need legal advice for your specific problem or if your specific problem is too complex to be addressed by our tools, you should consult your Federal or local motor vehicle bureau and/or governmental office. DMV.com is not a law firm, and the employees of DMV.com are not acting as your attorney and DMV.com is not permitted to engage in "the practice of law.

DMV.com on its not check the accuracy of the information that you provide. You are responsible for ensuring that the information provided to DMV.com is accurate with respect to both data, spelling and grammar and you represent to DMV.com that your submissions are accurate and ready for use as submitted.

From time to time, DMV.com may perform certain services and introduce our visitors to services, products and offers through various methods, including, but not limited to: (i) third-party listings, (ii) third-party advertisers, and (iii) third-party services. At no time is DMV.com responsible to your sale to you for the accuracy or performance of any such listings, products and/or services

- **Privacy Policy**. DMV.com respects your privacy. A complete statement of DMV.com's current Privacy Policy can be found by clicking here. DMV.com's Privacy Policy is expressly incorporated into this Agreement by reference
  - In connection with the use of certain DMV.com products or services, you may be asked to provide personal information in a questionnaire, application, form or similar document to service. This information will be protected pursuant to our Privacy Policy. In addition, you guard DMV.com a worldwide royalty-free, nonexclusive, and fully sublicensable license to use, distribute, reproduce, modify, publish and translate this personal information solely for the purpose of enabling your use of the applicable service.

PX 1: Declaration of Lashanda Freeman
Attachment A: Page 23

- There are instances in which DMV.com might use the personal information that you voluntarily submit internally. In addition, we may disclose your personal information as described below to our agents, third-party partners, affiliates, and subsidiaries to enable them to perform functions on our behalf. These functions may include, but are not limited to: order or service fulfillment, and/or e-mail distribution. These companies are only permitted to share, store and/or use personally identifiable information for contracted business purposes

2. **Ownership.** All rights, title and interest in and to the materials provided on this Site, including but not limited to information, documents, logos, graphics, designs, materials, compilations, sounds and images (the "Materials") are owned either by DMV.com or by our respective third-party authors, developers or vendors ("Third Party Providers"). Except as otherwise expressly provided by DMV.com, none of the Materials may be copied, reproduced, republished, downloaded, uploaded, posted, displayed, transmitted or distributed in any way, and nothing on this Site shall be construed to confer any license under any of DMV.com's intellectual property rights, whether by estoppel, implication or otherwise. Any rights not expressly granted herein are reserved by DMV.com Notwithstanding anything herein to the contrary, DMV.com makes no claim to the exclusive right to use the "DMV" acronym
3. **Links to Third Party Sites.** This Site may contain links to Websites controlled by parties other than DMV.com (each a "Third Party Site"). DMV.com works with a number of partners and affiliates whose sites are linked with DMV.com. DMV.com is not responsible for and does not endorse or accept any responsibility for the availability, contents, products, services or use of any Third Party Site, any Website accessed from a Third Party Site or any changes or updates to such sites. DMV.com makes no warranties, guarantees or representations about the content or quality of the products or services provided by such Third Party Sites. DMV.com is not responsible for webcasting or any other form of transmission received from any Third Party Site. DMV.com is providing these links to you only as a convenience, and the inclusion of any link does not imply endorsement by DMV.com of the Third Party Site. You acknowledge that you bear all risks associated with access to and use of content provided on a Third Party Site and agree that DMV.com is not responsible for any loss or damage of any sort you may incur from dealing with a third party. You should contact the site administrator for the applicable Third Party Site if you have any concerns regarding such links or the content located on any such Third Party Site. We have no control over the content and performance of these partner and affiliate Third Party Sites and make no guarantees, representations or warranties about the accuracy, currency, content or quality of information provided by such sites, any products or services provided by such websites, any results that may be obtained from using such websites, the legality of the products or services provided by such sites, or the privacy or other practices of such Websites, and we assume no responsibility for unintended, objectionable, inaccurate, misleading, or unlawful content that may reside on those sites

   - UNLESS EXPRESSLY SO STATED, THE INCLUSION OF A LINKED SITE IS FOR YOUR CONVENIENCE ONLY AND IS NOT INTENDED AND SHOULD NOT BE CONSTRUED AS AN ENDORSEMENT OR RECOMMENDATION OF THE LINKED SITE OR ITS CONTENT. IF YOU DECIDE TO ACCESS ANY OF THE THIRD PARTY SITES LINKED TO THIS SITE, INCLUDING THOSE THAT WE RECOMMEND, YOU DO SO ENTIRELY AT YOUR OWN RISK, AND OUR RECOMMENDATION DOES NOT CONSTITUTE A GUARANTY OR WARRANTY OF THEIR SERVICES OR PRODUCTS. THE INCLUSION OF A LINKED SITE OF A GOVERNMENTAL AGENCY, INCLUDING BUT NOT LIMITED TO ANY STATE MOTOR VEHICLE DEPARTMENT IS ALSO DONE FOR YOUR CONVENIENCE. OUR LINKING TO SUCH A SITE SHOULD NOT BE CONFUSED WITH THE FACT THAT WE ARE A PRIVATE, NON GOVERNMENTAL FOR PROFIT BUSINESS UNRELATED TO SUCH GOVERNMENTAL AGENCY OR STATE MOTOR VEHICLE DEPARTMENT.
   - DMV.com AND ITS AFFILIATES MAKE NO REPRESENTATIONS OR WARRANTIES AS TO THE SECURITY OF ANY INFORMATION, INCLUDING, WITHOUT LIMITATION, INFORMATION THAT YOU MIGHT BE REQUESTED TO GIVE ANY THIRD PARTY SITE. DMV.com IS NOT RESPONSIBLE FOR ANY ORDER, ENTRY, FULFILLMENT, PAYMENT PROCESSING, SHIPPING, CANCELLATIONS, RETURNS OR CUSTOMER SERVICE CONCERNING ORDERS OF PRODUCTS OR SERVICES FROM THIRD PARTY SITES OWNED OR OPERATED BY ANY THIRD PARTY
   - PLEASE BE ADVISED THAT WE ARE NOT A PARTY TO ANY INSURANCE OR OTHER TRANSACTION. We do not offer or sell any insurance or other products described on the Site. Instead, the Site acts as a venue to allow insurance companies, insurance agents and other parties who are customers of our Site (each, a "Provider") to offer for sale and sell, in a variety of formats, insurance and other authorized products to potential consumers (each, a "Prospect", and all Prospects and Providers are collectively called the Site's "users") who have visited one of our affiliated sites and applied to receive insurance or other authorized quotations from a Provider (the "Service"). We are not involved in the actual transaction between any Prospect and any Provider even though we may, through our affiliate sites, and with each Prospect's authorization, collect certain information (collectively, a "Lead") about any Prospect and sell such Lead to a Provider. As a result, the quality, safety or legality of the products offered by any Provider for sale, the truth or accuracy of the representations regarding such products, the ability of Providers to offer or sell such products or the ability of Prospects to pay for the products offered are solely the responsibility of each user. We are an independent contractor for all purposes. Importantly, we do not issue insurance contracts or bind coverage. We are not responsible in any way for the conduct of any Prospect or Provider. We do not endorse or recommend any companies or insurance policies. We do not provide insurance, tax, legal or any other financial advice. We do not guarantee that any of the Providers to whom we forward any Prospect's application will contact such Prospect or agree to provide the Prospect with the desired coverage. If you are a Prospect and you would like personal advice or specific policy recommendations, please consult with an insurance agent, broker or other qualified professional

4. **Use of DMV.com Forms.** On our Site and through certain partners, we offer for you to fill out our developed driver's license forms which includes the "fill in the blank" forms necessary for you to apply for a driver's license or driver's license-related services pursuant to these Terms and Conditions. The forms on our site are solely developed by DMV.com as a service to you and may differ or contain additional information than the federal or state mandated governmental drivers license forms (the "Forms"). Upon accepting these terms and conditions you authorize DMV.com to collect the information that you provide and to use such information to prepare the documents that you request. You understand and agree that DMV.com may reformat, populate or re-arrange the information and content that you provide as may be necessary for use in the specified Forms prepared at your direction. You understand and agree that DMV.com may arrange and utilize the information and content you provide and apply a default value to such information and content on your behalf as may be necessary for use by our third party providers and Third Party Site(s). DMV.com grants you a limited, personal, non-exclusive, non-transferable license to use our Forms for your own personal use. Except as otherwise provided, you acknowledge and agree that you have no right to modify, edit, copy, reproduce, create derivative works of, reverse engineer, alter, enhance or in any way exploit any of the Forms in any manner, except for modifications in filling out the Forms for your authorized use. You shall not remove any copyright notice from any Form

   - This Site,FAQ's, the study guides, checklists and practice tests on the Site and all information contained within have been compiled from a variety of diverse sources. DMV.com has used its best efforts to ensure the accuracy of the information provided but make no guarantees about its accuracy, relevance or validity. This information is subject to change from time to time without notice and is provided as a value to you for information purposes only. You assume the risk that this information may be inaccurate, out-of-date, incomplete or inconsistent with other choices or may not meet your needs and requirements
   - Furthermore, DMV.com strongly recommends that you read and completely familiarize yourself with your state's driving rules, regulations and laws beyond the information presented in and available on the Site. It is your responsibility to learn all laws, signs and regulations for the state in which you are seeking a license
   - All information within the Site has been obtained through publicly available information. None of the information provided within the Site allows anyone to cheat, deceive, undermine or otherwise circumvent obtaining any knowledge that is not available publicly
   - DMV.com makes no guarantees that the questions and answers presented on the Site will actually be asked on your DMV written test. DMV.com has no prior access to each state's actual DMV testing systems and, as such, has no prior knowledge of what questions will be asked.
   - Some of our study guides, test materials and developed forms are provided in "Flash Paper" format, which requires You, as the Site visitor, to have Adobe Flash installed to view the guides

5. **Additional Terms.** Some DMV.com Services may be subject to additional posted guidelines, rules or terms of service ("Additional Terms") and your use of such Services will be conditioned on your agreement to the Additional Terms. If there is any conflict between these Terms and Conditions and the Additional Terms, the Additional Terms will control for that Service, unless the Additional Terms expressly state that these Terms and Conditions will control.
6. **To the extent the Services on our Site are subject to 18 U.S.C. 2721-2725, et seq., ("Driver Privacy Protection Act") or subject to any State specific Statute(s), your submission of "personal information" or your submission of "highly restricted personal**

information you and obtained by DMV.com in connection with a "motor vehicle record" (as those terms are defined in the Driver Privacy Protection Act) shall be permitted based on your express consent which by the nature of that Site, and Services is hereby deemed given by you to Us.

7. **NO WARRANTY.** THE SITE AND ALL MATERIALS, DOCUMENTS OR FORMS PROVIDED ON OR THROUGH YOUR USE OF THE SITE ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS TO THE FULLEST EXTENT PERMITTED BY LAW, DMV.COM EXPRESSLY DISCLAIMS ALL WARRANTIES OF ANY KIND, WHETHER EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE AND NON-INFRINGEMENT.

a. DMV.COM MAKES NO WARRANTY THAT (A) THE SITE OR THE MATERIALS WILL MEET YOUR REQUIREMENTS, (B) THE SITE OR THE MATERIALS WILL BE AVAILABLE ON AN UNINTERRUPTED, TIMELY, SECURE OR ERROR-FREE BASIS, (C) THE RESULTS THAT MAY BE OBTAINED FROM THE USE OF THE SITE, OR ANY MATERIALS OFFERED THROUGH THE SITE WILL BE ACCURATE OR RELIABLE, OR (D) THE QUALITY OF ANY PRODUCTS, SERVICES, INFORMATION OR OTHER MATERIAL PURCHASED OR OBTAINED BY YOU THROUGH THE SITE OR IN RELIANCE ON THE MATERIALS WILL MEET YOUR EXPECTATIONS.

b. OBTAINING ANY MATERIALS THROUGH THE USE OF THE SITE IS DONE AT YOUR OWN DISCRETION AND AT YOUR OWN RISK. YOU SHALL BE SOLELY RESPONSIBLE FOR ANY DAMAGE TO YOUR COMPUTER SYSTEM OR LOSS OF DATA THAT RESULTS FROM THE DOWNLOAD OF ANY CONTENT, MATERIALS, INFORMATION OR SOFTWARE.

8. **LIMITATION OF LIABILITY.** IN NO EVENT SHALL DMV.COM, OUR OFFICERS, DIRECTORS, EMPLOYEES OR AGENTS BE LIABLE FOR ANY LOSS, INJURY, CLAIM, INDIRECT, PUNITIVE, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGE (INCLUDING BUT NOT LIMITED TO LOSS OF BUSINESS, REVENUE, PROFITS, USE, DATA OR OTHER ECONOMIC ADVANTAGE), HOWEVER IT ARISES, WHETHER IN AN ACTION OF CONTRACT, NEGLIGENCE OR OTHER TORTIOUS ACTION, ARISING OUT OF OR IN CONNECTION WITH THE USE OR PERFORMANCE OF THE SITE OR THE MATERIALS, EVEN IF WE ARE ADVISED OF THE POSSIBILITY OF SUCH DAMAGE. IF YOUR USE OF MATERIALS FROM THIS SITE RESULTS IN THE NEED FOR SERVICING, REPAIR OR CORRECTION OF EQUIPMENT OR DATA, YOU ASSUME ANY COSTS THEREOF. SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU.

9. **Indemnification.** You agree to defend, indemnify and hold harmless DMV.com, our officers, directors, shareholders, employees, affiliates, representatives and agents from and against any and all claims or threatened claims, liabilities, damages, losses or expenses including but not limited to reasonable attorneys' fees and costs, arising out of or any way connected with your access to or use of the Site, the Forms and the Materials or ARISING OUT OF YOUR BREACH OF THESE TERMS OF USE OR THE REPRESENTATIONS, WARRANTIES AND COVENANTS CONTAINED HEREIN OR A CLAIM BY A THIRD PARTY THAT BASED ON ANY INFORMATION OR DATA IN CONNECTION WITH YOUR USE OF THIS SITE AND/OR THE INFRINGEMENT BY YOU OR ANY OTHER USER OF THESE TERMS OR ANY INTELLECTUAL PROPERTY RIGHTS. YOU WILL COOPERATE AS FULLY AS REASONABLY REQUIRED IN DEFENSE OF ANY SUCH CLAIM. DMV.com RESERVES THE RIGHT, AT ITS OWN EXPENSE, TO ASSUME THE EXCLUSIVE DEFENSE AND CONTROL OF ANY MATTER OTHERWISE SUBJECT TO INDEMNIFICATION BY YOU, AND YOU SHALL NOT IN ANY EVENT SETTLE ANY SUCH MATTER WITHOUT THE WRITTEN CONSENT OF DMV.com.

10. **Compliance with Intellectual Property Laws.** When accessing DMV.com or using DMV.com's preparation and submission Service, you agree to obey the law and to respect the intellectual property rights of others. Your use of the Service and the Site is at all times governed by and subject to laws regarding copyright ownership. You agree not to upload, download, display, perform, transmit or otherwise distribute any information or content in violation of any third party's copyrights, trademarks or other intellectual property or proprietary rights. You agree to abide by laws regarding copyright ownership and use of intellectual property, and these Terms of Use. You will be responsible for any violations of any laws and for any infringements of third party rights caused by any content You provide or transmit or that is provided or transmitted using our Site.

a. DMV.com has adopted a policy that provides for the immediate removal of any content, article or materials that have been determined to be infringing on the rights of others or using DMV.com or any of the Service and the Site is subject to the termination of the rights of any user who infringes any intellectual property rights of others. Upon our knowledge that a user infringes DMV.com can cooperate fully with any law enforcement officials or agencies in the investigation of any violations of these Terms and Conditions of an applicable laws.

11. **Inappropriate Content.** When accessing the Site or using DMV.com's Services, you agree not to upload, download, display, perform, transmit or otherwise distribute any content that (i) is libelous, defamatory, obscene, pornographic, abusive or threatening; (ii) advocates or encourages conduct that could constitute a criminal offense, give rise to civil liability or otherwise violate any applicable local, state, national or foreign law or regulation; or (c) advertises or otherwise solicits funds or is a solicitation for goods or services.

a. DMV.com reserves the right to terminate or delete such material from its servers. You are prohibited from violating or attempting to violate any security features of this Site including, without limitation: (a) accessing content or data not intended for you or logging onto a server or account that you are not authorized to access; (b) attempting to probe, scan or test the vulnerability of this Site or any associated network or system, or to breach security or authentication measures without proper authorization; (c) interfere or attempting to interfere with service to any user, host, or network, including, without limitation, by means of submitting a virus to this Site, overloading, flooding, spamming, mail bombing, or crashing; (d) using this Site to send unsolicited e-mail, including, without limitation, promotions, or advertisements for products or services; or (e) forging any TCP/IP packet header or any part of the header information of any email or in any posting using the Service. You agree to modify, reverse-engineer, decompile, disassemble, or otherwise reduce or attempt to reduce to a human-perceivable form any of the source code used in any software subject to this Site. Any violation of system or network security may subject you to civil and/or criminal liability. DMV.com will cooperate fully with any law enforcement officials or agencies in the investigation of any violations of these Terms and Conditions of an applicable laws.

12. **Personal Use.** The Site is made available for your personal use on your own behalf.

13. **Children.** Minors under 13 years of age are not eligible to use the Site and we ask that they do not submit any personal information to us. This Site does not direct any of its content at children under 13 years of age. If you are under 13, please do not attempt to register for this Site or send any information about yourself to us. We will not knowingly collect personal information from children under the age of 13. If we become aware that a child under 13 has provided us with personal information, we will take steps to remove such information and terminate the child's account. If you become aware that a child has provided us with personal information without parental consent, the Site understands and is committed to respecting the privacy of children online.

14. **Governing Law; Venue; Dispute Resolution.**

a. RIGHT TO RESOLUTION BY BINDING ARBITRATION

i. Please read this carefully. It affects your rights.

ii. Summary. In the unlikely event that DMV.com's customer service department is unable to resolve a complaint you may have to your satisfaction (or if DMV.com has been unable to resolve a dispute it has with you after attempting to do so informally), we each agree to resolve those disputes through binding arbitration or small claims court instead of in courts of general jurisdiction. Arbitration is more informal than a lawsuit in court. Arbitration uses a neutral arbitrator instead of a judge or jury, allows for more limited discovery than in court, and is subject to very limited review by courts. Arbitrators can award the same damages and relief that a court can award. Any arbitration under this Agreement will take place on an individual basis; class arbitrations and class actions are not permitted. As you are giving up your right to a court trial, this Agreement or your use of this Site shall be subject to binding arbitration in Miami, Florida, in accordance with the rules of the American Arbitration Association ("AAA"). The arbitrator shall apply the substantive laws of the State of Florida without regard to its conflicts of laws provisions. Judgment on the arbitrator's award may be entered in any court having jurisdiction thereof. Notwithstanding the foregoing, either party may bring an individual action in a small claims court and may be enforced as a judgment in any court of competent jurisdiction. You agree that, by entering into this Agreement, you and us each waiving the right to a trial by jury or to participate in a class action.

15. **SEVERABILITY.** In the event that any term, provision or restriction set forth in these Terms and Conditions to be prohibited by law, unenforceable, all other terms and conditions will remain unaffected and in full force and effect. No waiver of any breach of any provision of these Terms and Conditions shall constitute a waiver of any prior, concurrent or subsequent breach of the same or any other provisions hereof, and no waiver shall be effective unless made in writing and signed by an authorized representative of the waiving party. To the extent that anything in or associated with this Site is in conflict or inconsistent with these Terms and Conditions, these Terms and Conditions shall take precedence.

16. **You understand and agree that the fees collected on the Site are for the value added services, information, study guides, forms and checklists prepared by DMV.com and that no fees are collected by DMV.com for the actual governmental forms (if available)**

which can be obtained online utilizing the federal or local governmental motor vehicle bureaus sites. DMV.com is not claiming any authority for, act on behalf of, nor that we are endorsed, affiliated, sponsored or sanctioned by, any local or federal governmental agency. The specific terms related to payment of fees (if any) may be specified on the Site for the Service(s) of your choosing, and may be updated by us from time to time.

17. **Fees and charges.** We will publish on our Site the fees and charges for our Services. These fees and charges may change from time to time in our sole discretion. Where required by law, we will send notification of invoices to your e-mail address on file with us.

- If you cancel an order after 24 hours of placing it, you may request a refund of your purchase subject to the terms and conditions of our Money Back Guarantee policy.

18. **You acknowledge that you are authorized to purchase any of the goods or services offered on this Site.** You understand that the sale will take place between You and DMV.com or one of its affiliates. You further agree that any purchases made will be done with an authorized credit card, issued to You, of which you have full legal approval and capacity to purchase said products. Furthermore, you acknowledge that the purchased material and governmental forms are reviewed over the internet and may be delivered in Adobe Flash or Adobe PDF format ONLY and will not be delivered through any "offline" methods, including but not limited to US Postal mail or facsimile. You acknowledge that the DMV.com is not responsible for any computer software or hardware problems, including but not limited to printing the goods, opening and viewing the guides and zooming and changing guide colors and that it is your responsibility to seek third party assistance in the event of any problems outside of delivery via the Internet or any purchases by DMV.com.

- You agree that you may download certain Services and that you are authorized to purchase any of the goods or services offered on this Site when available on the Site such as toolbars and other custom tailored features to enhance your internet experience

19. **Acknowledgement.** BY USING DMV.COM'S SERVICES OR ACCESSING THE DMV.COM SITE, YOU ACKNOWLEDGE THAT YOU HAVE READ THESE TERMS AND CONDITIONS AND AGREE TO BE BOUND BY THEM.

Powered By **DMVADVISORS**

## Have a Question? Get Quick Online Answers!

Type your question here

[Select category]

**ASK NOW**



| DMV.COM | RESOURCES | HOW-TO GUIDES | LATEST NEWS |
|---------|-----------|---------------|-------------|
| | | | |

ASK A QUESTION
THE DMV F.A.Q.
ABOUT DMV.COM
CONTACT US

DIRECTORY

DMV.com is a privately owned website and is not affiliated with government agencies.

Copyright 2004-2014 DMV.com. All rights reserved.

PX 1: Declaration of Lashanda Freeman
Attachment A: Page 26

DMV.com is a privately owned website that is not affiliated with any government agencies

Licenses · Registration & Titles · Violations & Regulations · Records · Insurance · Education · Buy/Sell a Car · DMV Locations   Q   📍 Select State

Home · Privacy Policy

# Privacy Policy

Effective Date: October 10, 2018

## Privacy Policy

**DMV.COM** ("Company" "we" or "our") is committed to advising you of the right to your privacy, and strives to provide a safe and secure user experience. This Privacy Policy explains how we collect, store and use personal information provided by you on our Website. It also explains how we collect and use non-personal information. By accessing and using our Website, you explicitly accept, without limitation or qualification, the collection, use and transfer of the personal information and non-personal information in the manner described in this Privacy Policy. Please read this Policy carefully, as it affects your rights and liabilities under the law. If you disagree with the way we collect and process personal and non-personal information, please do not use this Website.

## Information We Collect

We collect the following types of information about you when you visit and use our Website

*"Personal information"* is information that can be used to identify you or any other individual to whom the information may relate. This is information which you are prompted to provide to us. Such information may include your name, address, telephone number(s), mobile numbers and email address, or other unique information about you which you provide to us during the registration process, or through the course of communicating with us about the products and services provided on our Website.

*"Demographic information"* is information that may or may not be unique to you in the sense that it refers to selected population characteristics. Such information may include, but is not limited to, zip code, mobile phone carrier, age, gender, salary range, education and marital status, occupation, industry of employment, personal and online interests.

*"Behavioral information"* is information which is automatically collected pertaining to how you use our Website, the areas of our Website that you visit, what services you access, and information about your computer hardware and software, including your IP address, geographic location, browser preference, operating system type, domain names, times that you access the internet, and other websites you have visited.

*"Third party collected information"* is information about you that we acquire from a third party which may include personal, demographic, behavioral and indirect information. This collection may include, but not limited to, first party cookies, third party cookies, anonymous cookies, persistent identifiers, email opt in, and search engine keywords. We have no access or control over these cookies and other tracking devices used by data aggregators, third party advertisers and third party networks. We have no responsibility or liability for the policies and practices of these parties.

PX 1: Declaration of Lashanda Freeman
Attachment A: Page 27

Get Started Now

Save & your Pre-Qualify now

*"Web technology information"* is information we automatically collect from you when you visit our Website. This includes internet protocol (IP) addresses, browser type, internet service provider (ISP), referring/exit pages, operating system, date/time stamp, and/or clickstream data. This information is collected from the use of cookies, Web beacons or JavaScript. This also includes information which is contained within the autofill functionality of your browser. This information may include Personal and Non-Personal Information.

No Information Collected from Children. We will never knowingly collect any Personal Information from children under the age of 13. If we obtain actual knowledge that we have collected Personal Information about a child under the age of 13, that information will be immediately deleted from our database. Because we do not collect such information, we have no such information to use or to disclose to third parties.

**Cookies, Web Beacons, and JavaScript**

Generally, we as well as third party vendors and supporting advertisers use technologies such as cookies, web beacons, and java scripts to collect information. These technologies collect internet protocol (IP) addresses, browser type, internet service provider (ISP), referring/exit pages, operating system, date/time stamp, and/or clickstream data. This information is used to analyze trends, administer our Website, track user's movements through our Website and gather demographic information about our user base as a whole. We may receive reports based on these technologies on an individual or aggregated basis.

Cookies. Cookies are a feature in your browser software. If enabled, cookies store small amounts of data on your computer about actions you take on the pages of our Website including the placement of identifiers. Cookies assist us in tracking which of our features you visit most often, and what content you viewed on past visits. When you visit this Website again, cookies allow us to remember you're your settings and may be used for authentication. We may use cookies to keep track of the number of return visits, accumulate and aggregate statistical information generally pertaining to our Website, and deliver specific content to you based on your past viewing history. You can disable cookies, although our Website may not function properly for you. Your browser preferences can be modified to accept or reject all cookies, or request a notification when a cookie is set. You may read more about cookies at http://cookiecentral.com. In order to use all of the features and functionality of our Website, you need to accept cookies.

Third Party Cookies. We allow third party vendors and advertisers to set their own cookies on and through our Website. We have no control over the practices of those third parties and are not responsible for their technology or tracking. We encourage you to review the policies of such persons or entities on their websites. We use AdWords Remarketing through Google which is a Remarketing and Behavioral Targeting service provided by Google Inc. that connects the activity on our Website with the AdWords advertising network and the DoubleClick cookie. That Cookie collects information regarding certain patterns in your browsing history. To opt-out of this tracking, please see https://support.google.com/ads/answer/2662922?hl=en. We also participate in all of Google Analytics Advertising . This includes (i) Remarketing with Google Analytics; (ii) Google Display Network Impression Reporting; (iii) DoubleClick Campaign Manager Integration; and (iv) Google Analytics Demographics and Interest Reporting. Google uses cookies to track activity performed by Google Analytics and its AdWords or DoubleClick cookie. To opt-out please see https://tools.google.com/dlpage/gaoptout/. We also use Google Analytics which is an analysis service also provided by Google Inc. Google utilizes the data collected through its cookies to track and examine the use of this site, to prepare reports on its activities, and to share them with other Google services. You may opt-out of the Google Analytics service using

PX 1: Declaration of Lashanda Freeman
Attachment A: Page 28

Google's Browser Add-available at https://tools.google.com/dlpage/gaoptout/.

Social Media Cookies/Plug-ins: Plug-ins for social media including Facebook, Twitter, LinkedIn, Yahoo, Windows and Google Plus are integrated on our Website. By interacting with us through a social media plug-in, certain information will be transmitted to the social network and you permit us to have continued access to information from your profile. Social media features are either hosted by a third party or hosted directly on our Website. Your interactions with these features are governed by the privacy policy of the company providing it.

Web Beacons: We use electronic images known as Web Beacons (sometimes called single-pixel gifs, clear gifs or action tags) which allow us to collect information about your visit to our Website, measure and improve the effectiveness of advertisements and track delivery of advertising. Web Beacons collect only a limited set of information including a cookie number, time and date of page view, as well as a description of the page on which the Web Beacon resides. We may also use Web beacons in email messages sent to you. This allows us to determine if you opened or acted upon the email messages. Because Web beacons are the same as any other content request, you cannot opt out or refuse them. However, they can be rendered ineffective by either opting out of cookies or changing the cookie setup in your browser.

JavaScript: We may also use JavaScript. JavaScript is a computer language that enhances the functionality of websites, particularly with respect to pictures. We use it to analyze and improve our Website's functions. You may deactivate JavaScript through your browser settings or activate it the same way. If you disable JavaScript, you will not be able to use some of the functions of our Website.

Proprietary Auto-Fill Tracking: At times, we use third party vendors who have technology which collects information held in your browser's auto-fill functionality This collection allows them to notify you of an error in the registration or a failure to submit the registration. You can stop this functionality by turning it off in your browser. There is no loss of use of our Website or services should this browser function be turned off.

## How We Use Information Collected

Providing Services and Products: We use the information we gather on our Website to provide you with the services and or products you have requested from third parties. After visiting one of our client's websites, we use the information we have collected during your visit to send you an email to complete your registration or provide you with additional offers that may be of interest to you. This may include passing your information on to a third party to provide such services or products. Although our contractual arrangement limits how this party can use your information, we do not control the privacy practices of third parties. If you have any questions or wish to remove your information from the third party databases, you will need to contact that party directly.

Improving Our Website: We use the information we gather to respond to any inquires you make, operate and improve the functionality of our Website, and deliver the products and services advertised on our Website. Our services include the display of personalized products, content, and advertising, relating to your experience and interests.

Targeted Advertising: Based on User Information, we may customize and target advertising to an individual. In our discretion, we may combine information to target advertising to an individual on the Site, in email and/or through direct mail. Such advertising may be different to

PX 1: Declaration of Lashanda Freeman
Attachment A: Page 29

the products or services offered or promoted on our Website.

Commercial Email: We may use your email address to promote goods and services of third parties that may be of interest to you and these may be different than the products or services offered or promoted on the Site.

Direct Mail: We may use User Information to advertise, directly or indirectly to individuals using postal mail.

## We Share Your Information

We will share your personal information with third parties in the following ways:

Product and Service Delivery: We share your personal information with third parties who help us in the delivery of the products and services you have requested.

Website Functionality: We share your Personal and Non-Personal Information with companies and individuals we employ to perform technical functions on our behalf. Examples include third parties who host our Website, analyze our data, provide marketing assistance, process credit card payments, and provide customer service.

Third Party Products and Services: We share your Personal and Non Personal Information with third parties who will provide you with their opportunities, products or services. This includes your personal and non-personal information, and includes your interests and preferences, so they may determine whether you might be interested in their products or services.

Anonymous Information: We share aggregated anonymous information about you, combined with other persons using our Website with third parties, so that they can understand the kinds of visitors that come to our Website, and how those visitors use our Website. This includes demographic information and behavioral information.

Legal Process: We disclose and share your information if legally required to do so, or at our discretion, pursuant to a request from a governmental entity, or if we believe in good faith that such action is necessary to (a) conform to legal requirements or comply with legal process; (b) protect our rights or property, or our affiliated companies; (c) prevent a crime or protect national security, or (d) protect the personal safety of users or the public.

Acquisition or Merger: We may disclose and transfer your information to a third party who acquires any or all of our business, whether such acquisition is by way of merger, consolidation or purchase of all or a substantial portion of our assets. In the event we become the subject of an insolvency proceeding, whether voluntary or involuntary, we or our liquidator, administrator, receiver or administrative receiver may sell, license or otherwise dispose of, such information in a transaction approved by the court.

## Third Party Collection and Use of Information

Third Parties collect and use information about you on or through our Website in the following ways:

Service Providers and Advertisers: Service Providers of the service or product you have requested, Advertising agencies, advertising networks, and other companies who place ads

PX 1: Declaration of Lashanda Freeman
Attachment A: Page 30

on our Website, may use their own cookies, Web beacons, and other technology, to collect information about you. We do not control the use of such technology and have no responsibility for the use of such technology to gather information about you.

*Hyperlinks:* Our Website and email messages sometimes contain hypertext links to Websites owned by third parties. We are not responsible for the privacy practices or the content of such other Websites. These links are provided for your convenience and reference only. We do not operate or control any information, software, products or services, available on these third party Websites. The inclusion of a link on our Website does not imply any endorsement of the services, products or website, or its sponsoring organization.

*Analytics:* As described above, we use third parties to monitor analyze and report on the traffic to, from and within our Website and email messages.

*Disclaimer:* We do not control the collection and use of any information collected by Third Parties. Please review their policies and terms before providing any information.

## Information Security and Retention

We use industry standard precautions to safeguard your personal information from loss, theft and misuse including unauthorized access, disclosure, alteration and destruction. These precautions are technical, physical and managerial. We have security measures in place to protect against the loss, misuse, and alteration of personal information under our control. The servers in which we store your information are kept in a secure physical environment. The servers have industry standard firewalls. Access to such servers is password protected and access by our employees is limited. Currently, we use Secure Socket Layer software ("SSL") to protect data and to secure any transactions. SSL encrypts information including credit card number(s), and names and addresses, as they are transmitted over the internet. Please be advised that, although we take commercially reasonable technological precautions to protect your data, no data transmission over the Internet can be guaranteed to be 100% secure from improper actions of third parties not under our control; therefore, we cannot and do not warrant that your information will be absolutely secure. Any transmission of information through our Website or through email communications is at your own risk.

We retain Personal Information for the time necessary to fulfill the purpose for which you provided the information and retain it thereafter for a period permitted by law. We retain Non-Personal Information indefinitely as the same is used by us for any proper purpose, including but not limited to analysis, development and improvement of our Website, services and products.

## Changes to Privacy Policy

We reserve the right to make material changes to the substance of this Privacy Policy. We will post those changes through a prominent notice on the Website, so that you will always know what information we gather, how we might use that information, and to whom we will disclose it.

## California Resident Rights

California residents have the right to receive, once a year, information about third parties with whom we have shared information about you or your family for their marketing purposes during the previous calendar year, and a description of the categories of personal information shared. In addition, California residents have the right to know if we respond to do not track

signals or cookies. We do not respond to such signals or cookies.

As stated in this Policy, you have agreed to allow us to share information with third parties for their direct marketing purposes until you remove your information; and thus, you have agreed to this disclosure. California customers may request further information about our compliance with this law one request that no personally identifiable information be shared by sending us an email at info@dmv.com. Please note that we are only required to respond to one request per customer each year, and we are not required to respond to requests made by means other than through this email address.

## GDPR and CASL Compliance

Unfortunately, we are not in a position to accept clients who are not U.S. Citizens. The CASL and GDPR regulations, in particular, provide certain rights to their citizens which are not the same as the United States. For this reason, we do not accept referrals from any citizen outside the United States. Our services are specifically designed for United States citizens. We have expunged all European Union Member and Canadian Citizens data to the extent we have been made aware of the same. If you are a European Union Member, Canadian or any country outside of the United States citizen, please notify us at info@dmv.com and we will remove and destroy your Personal Information.

## CONTACT US

If you have any questions regarding this Privacy Policy, please submit it at info@dmv.com.

Revised Posting Date: Wednesday, October 12, 2018

Powered By **DMVADVISORS**

Have a Question? Get Quick Online Answers!

Type your question here

[Select category]  ▾

ASK NOW

| DMV.COM | RESOURCES | HOW-TO GUIDES | LATEST NEWS |
|---|---|---|---|

ASK A QUESTION

PX 1: Declaration of Lashanda Freeman
Attachment A: Page 32





DIRECTORY

THE DMV F A Q
ABOUT DMV.COM
CONTACT US

DMV.com is a privately owned website and is not affiliated with government agencies

© 2019 DMV.com. All rights reserved
Privacy Policy   Terms & Conditions

PX 1: Declaration of Lashanda Freeman
Attachment A: Page 33

DMV.com | a government-backed website that helps you with any government services

Licenses · Registration & Titles · Violations & Regulations · Records · Insurance · Education · Buy/Sell a Car · DMV Locations   Q   ⚲ Select State

Home · About Us

## About Us

Have you ever been on a government website before? Of course, you have. And you remember it too. It's the stuff of nightmares.

The most basic instructions are stretched out across a dozen pages. And after reading each and every one of them – and the pages are never put in any simple order – you walk away from the website more confused than you started out.

### That's why we're here.

Here at DMV.com, we assist drivers and car owners by providing them the information they need to get DMV tasks done quickly, easily and without any hassle.

We go where few dare to tread – the ".govs" – so that you don't have to. We get those convoluted pieces of information and condense them into simple, comprehensive articles on every DMV topic that you need to know about: from getting a driver's license or registering your car to ordering a driving record or enrolling in traffic school.

All of these different transactions are complicated, having various requirements, exceptions, exemptions and other such variations. But with our expert team of DMV Advisors at the helm, you'll never know the difference. Our team of researchers is constantly reviewing the state DMV websites and updating our pages to ensure that our information is accurate, up-to-date and easy to read.

### You just get the info you need and leave all the wiser.

We even offer multiple services online so that you don't have to spend your precious personal days at the DMV. The moment you decide to use our online services, you get access to our team of 15 customer service agents, who are well-trained in the ABCs of the DMVs. Our team is dedicated to walking you through any process and ensuring that any order you place is fulfilled in a timely manner.

**Nowhere else will you see "speed," "convenience" and "DMV" in the same sentence – only at DMV.com.**

Drivers Licenses   ›
CDL   ›
Learners Permits & IDs   ›
Motorcycle License   ›
Other   ›

VISA
See if you Pre-Qualify now
**Get Started Now**



50K Pages of Information   —   Driving Records Fulfilled 60K
7.5M Drivers Helped Daily   —   Questions Answered Monthly 90K

PX 1: Declaration of Lashanda Freeman
Attachment A: Page 34

dmv.com /about

But we're here to do more than just make things easier for you. At DMV.com, we're just as concerned with your safety and the safety of the millions of drivers all across the country.



**NO MORE VICTIMS**

Approximately 300,000 drunk driving incidents occur across the United States every single day. The result is over 10,000 deaths and almost 400,000 injuries each year – all of which are easily preventable.

This is why we've partnered with Mothers Against Drunk Driving® (MADD). We donate a portion of our proceeds to MADD and let our customers do the same when they use our DMV services in order to keep our roads safe and our drivers secure.

Whether you're a new student driver or an experienced expressway veteran, we're here for you – and we'd love to hear from you. You can always connect with us:

**Have a Question?** Get Quick Online Answers!

Type your question here

Powered By **DMV ADVISORS**

[Select category]

ASK NOW



| DMV.COM | RESOURCES | HOW-TO GUIDES | LATEST NEWS |
|---|---|---|---|
| | | | |
| | DIRECTORY | ASK A QUESTION | |
| | | THE DMV F.A.Q. | |
| | | ABOUT DMV.COM | |
| | | CONTACT US | |



DMV.com is a privately owned website and is not affiliated with government agencies

PX 1: Declaration of Lashanda Freeman
Attachment A: Page 36