# Attachment B

driverlicenseonline.org  ×  +

https://driverlicenseonline.org/index.html

## DRIVER LICENSE

HOME    LOCATIONS    ROAD GUIDE™    OFFICIAL FORMS    STATE INFORMATION    ABOUT US

### OBTAIN YOUR ROAD GUIDE

Welcome to driverlicenseonline.org, your comprehensive resource for all you driver license-related services. The services we provide are available for free in the official sites or local offices. You can purchase for $23.98 and download our comprehensive guide and resources, which contains vital information in order to perform any DMV service and also included is the Roadside Assistant Program and other benefits including official forms and helpful checklists. By clicking continue I represent that I am 18+ years of age. I agree to receive email newsletters and offers targeted to my interests, sent by driverlicenseonline.org and their Marketing Partners. Please fill out form below to get the process started

**Select a Service and State Below To Start**



WASHINGTON DRIVER LICENSE



**1**
- New Driver's License
- Renew Driver's License
- Replace Driver's License
- Reinstate Suspended License
- Change of Name
- Change of Address
- ID Cards

**2**

Select     ›

**Continue**

SSL Encryption    VERIFIED & SECURED

driverlicenseonline.org is a privately owned website and it is not affiliated with any government agencies. The services we provide are available for free in the official sites or local offices. You can purchase for $23.98 and download our comprehensive guide and resources, which contains vital information in order to perform any DMV service and receive a free $25 gas rebate, the Roadside Assistant Program & other benefits including official forms and checklists. By clicking continue I represent that I am 18+ years of age. I agree to receive email newsletters and offers targeted to my interests, sent by driverlicenseonline.org and their Marketing Partners. By continuing to use our site, you accept our Terms and Conditions and Privacy Policy.

How to get a new driver's license or learner's permit

Driver's license renewal process

How to replace a lost or stolen driver license

How to update your driver's license

New car registration and car title process

How to reinstate your driver's license

TERMS AND CONDITIONS  |  PRIVACY STATEMENT  |  CONTACT US  |  MONEY BACK GUARANTEE

PX 1 Declaration of Lakeisha Freeman

This site is a privately owned and is neither operated by nor affiliated with any federal agency. driverlicenseonline.org is operated by Very Busy Media

Copyright © driverlicenseonline.org 2019 All Rights Reserved

⬤ **DRIVER LICENSE**

HOME   LOCATIONS   ROAD GUIDE™   OFFICIAL FORMS   STATE INFORMATION   ABOUT US

## CONTACT US

**Important: We are an independent company providing value-added services to assist consumers with various motor vehicle related services. If you have questions for your local DMV office, please contact them directly.**

driverlicenseonline.org is the No. 1 trusted internet resource for all your driver-related needs. Whether you're a new driver, a seasoned driver or a commercial driver, we're here to provide tips, forms and helpful information surrounding licensing and vehicle services. On driverlicenseonline.org, you can search our State Info page and choose your current or future state of residence. With information on how to renew, replace and update your drivers license and car registration, along with helpful forms on car title services, we've got everything covered.

Concerned over a dilemma that caused you to lose your driving privileges? If so, follow our state-specific steps on how to reinstate your license efficiently, so you can be back on the road in no time! Perhaps you choose not to drive. If that's the case, you'll need to obtain an official state ID card as a convenient proof of identity to get around your locality and beyond - and we can lead you through the process. Using our comprehensive Official Forms section, you can gain quick access to all the paperwork you need to renew, update or replace a driver's license or car registration. We encourage you to get started with this process on driverlicenseonline.org so we can help you along the way as needed. For extensive information on your state's driving and vehicle services, driverlicenseonline.org offers additional Products & Services for your convenience. Our Road Guide contains our Driver License Guide and much more information to get you on your way to attaining your new license, registration or title. Finally, if you get stuck along the way, please feel free to Contact Us. At driverlicenseonline.org, we're happy to assist. We've dedicated many hours to create this comprehensive resource to have at your fingertips, and we want to make sure you are a satisfied user. Whether you're a new driver or a veteran of the road, thank you for trusting driverlicenseonline.org!

This site is privately owned and is neither operated by, nor affiliated with, any government agency. driverlicenseonline.org is operated by Very Busy Media LLC.

Mail Address:
Very Busy Media
3434 Magazine St #7127
New Orleans, LA, USA 70115

**Phone Support:** 1-855-650-0024

If you'd like to speak to a member of our support team, you can reach us by phone or email from 7am to Midnight EST - 7 days a week. Outside of normal business hours we offer email support only.

**Email Support:** info@driverlicenseonline.org

TERMS AND CONDITIONS   |   PRIVACY STATEMENT   |   CONTACT US   |   MONEY BACK GUARANTEE

This site is privately owned and is neither operated by nor affiliated with any government agency. driverlicenseonline.org is operated by Very Busy Media

Copyright © driverlicenseonline.org 2019 All Rights Reserved

PX 1: Declaration of Lashanda Freeman
Attachment B. Page 2



**GET DRIVERS**

HOME    LOCATIONS    ROAD GUIDE™    OFFICIAL FORMS    STATE INFORMATION    ABOUT US

OBTAIN YOUR ROAD GUIDE

Welcome to getdriverslicense.org, your comprehensive resource for all you driver license-related services. The services we provide are available for free in the official sites or local offices. You can purchase for $23.98 and download our comprehensive guide and resources, which contains vital information in order to perform any DMV service and also included is the Roadside Assistant Program and other benefits including official forms and helpful checklists. By clicking continue I represent that I am 18+ years of age, I agree to receive email newsletters and offers targeted to my interests, sent by getdriverslicense.org and their Marketing Partners. Please fill out form below to get the process started.

Select a Service and State Below

1

New Driver's License
Renew Driver's License
Replace Driver's License
Reinstate Suspended License
Change of Name
Change of Address
ID Cards

2

Select

VERIFIED & SECURED

How to get a new drivers license or learner's permit

Driver's license renewal process

How to replace a lost or stolen driver license

How to update your driver's license

New car registration and car title process

How to reinstate your drivers license

TERMS AND CONDITIONS    |    PRIVACY STATEMENT    |    CONTACT US    |    MONEY BACK GUARANTEE    |    BLOG    |    SITEMAP

GetDriversLicense.org is a privately owned website and it is not affiliated with any government agencies. The services we provide are available for free in the official sites or local offices. You can purchase for $23.98 and download our guide and resources, which contains vital information in order to perform any DMV service. By clicking continue I represent that I am 18+ years of age, I agree to receive email newsletters and offers targeted to my interests, sent by getdriverslicense.org and their Marketing Partners. By continuing to use our site, you accept our Terms and Conditions and Privacy Policy.

This site is privately owned and is neither operated by, nor affiliated with, any government agency. GetDriversLicense.org is operated by IOVR MEDIA LLC.
Copyright © Get DriversLicense.org All Rights Reserved

Contact Info - getdriver ×

https://getdrivers-license.org/contact-us.html

# GET DRIVERS

## CONTACT US

**Important:** We are an independent company providing value-added services to assist consumers with various motor vehicle related services. If you have questions for your local DMV office, please contact them directly.

getdrivers-license.org is the No. 1 trusted Internet resource for all your driver-related needs. Whether you're a new driver, a seasoned driver or a commercial driver, we're here to provide tips, forms and helpful information surrounding licensing and vehicle services. On getdrivers-license.org, you can search our State Info page and choose your current or future state of residence. With information on how to renew, replace and update your driver's license and car registration, along with helpful forms on our site services, we've got everything covered.

Concerned over a dilemma that caused you to lose your driving privileges? If so, follow our state-specific steps on how to reinstate your license efficiently, so you can be back on the road in no time! Perhaps you chose not to drive. If that's the case, you'll need to obtain an official state ID card as a convenient proof of identity to get around your locality and beyond - and we can lead you through the process. Using our comprehensive Official Forms section, you can get quick access to all the paperwork you need to renew, update or replace a driver's license or car registration. We encourage you to get started with this process on getdrivers-license.org so we can help you along the way as needed. For extensive information on your state's driving and vehicle services, getdrivers-license.org offers additional Products & Services for your convenience. Our Road Guide contains our Driver License Guide and much more information to get you on your way to attaining your new license, registration or title. Finally, if you get stuck along the way, please feel free to Contact Us. At getdrivers-license.org, we're happy to assist. We're dedicated many hours to create this comprehensive resource so here at your fingertips, and we want to make sure you are a satisfied user. Whether you're a new driver of a veteran of the road, thank you for trusting getdrivers-license.org!

This site is privately owned and is neither operated by, nor affiliated with, any government agency. getdrivers-license.org is operated by Chelsea Media LLC.

Mail Address:
Chelsea Media
1722 Sheridan Street, #536
Hollywood, FL USA 32020

Phone Support: 1-855-550-8464

Email Support: info@getdrivers-license.org

If you'd like to speak to a member of our support team, you can reach us by phone or email from 7am to Midnight EST - 7 days a week. Outside of normal business hours we offer email support only.

HOME    LOCATIONS    ROAD GUIDE™    OFFICIAL FORMS    STATE INFORMATION    ABOUT US

TERMS AND CONDITIONS  |  PRIVACY STATEMENT  |  CONTACT US  |  MONEY BACK GUARANTEE  |  SITEMAP  |  BLOG

This site is privately owned and is neither operated by, nor affiliated with, any government agency. GetDrivers-License.org is operated by Chelsea Media

Copyright © GetDriver's License 2019 All Rights Reserved

PX 1 Declaration of Lashanda Freeman
Attachment B, Page 4

onlinedriverslicenses.org is a privately owned website that is not affiliated with any government agencies

**Online Drivers Licenses**

HOME     LOCATIONS     ROAD GUIDE™     OFFICIAL FORMS     STATE INFORMATION     ABOUT US

OBTAIN YOUR ROAD GUIDE

Welcome to onlinedriverslicenses.org, your comprehensive resource for all you driver license-related services. The services we provide are available for free in the official sites or local offices. You can purchase for $23.98 and download our comprehensive guide and resources, which contains vital information in order to perform any DMV service and also included is the Roadside Assistant Program and other benefits including official forms and helpful checklists. By clicking continue I represent that I am 18+ years of age. I agree to receive email newsletters and offers targeted to my interests, sent by onlinedriverslicenses.org and their Marketing Partners. Please fill out form below to get the process started.

Select a Service and State Below



1

New Driver's License
Renew Driver's License
Replace Driver's License
Reinstate Suspended License
Change of Name
Change of Address
ID Cards

2

Select

VERIFIED & SECURED

How to get a new driver's license or learner's permit

Driver's license renewal process

How to replace a lost or stolen driver license

How to update your driver's license

How car registration and car title process

How to reinstate your driver's license

onlinedriverslicenses.org is a privately owned website and it is not affiliated with any government agencies. The services we provide are available for free in the official sites or local offices. You can purchase for $23.98 and download our guide and resources, which contains vital information in order to perform any DMV service and receive a free $25 gas rebate, the Roadside Assistant Program & other benefits including official forms and checklists. By clicking continue I represent that I am 18+ years of age. I agree to receive email newsletters and offers targeted to my interests, sent by onlinedriverslicenses.org and their Marketing Partners. By continuing to use our site, you accept our Terms and Conditions and Privacy Policy.

TERMS AND CONDITIONS   |   PRIVACY STATEMENT   |   CONTACT US   |   MONEY BACK GUARANTEE   |   INTERNATIONAL CUSTOMERS   |   SITEMAP   |   BLOG

Copyright onlinedriverslicenses.org

unless we determine your requirements, we connect website that is a portal website that is our official which are government services.

![Online Drivers Licenses]

HOME   LOCATIONS   ROAD GUIDE™   OFFICIAL FORMS   STATE INFORMATION   ABOUTUS

## CONTACT US

**Important: We are an independent company providing value-added services to assist consumers with various motor vehicle related services. If you have questions about services for your local DMV office, please contact them directly.**

onlinedriverslicenses.org is the No. 1 trusted Internet resource for all your driver related needs. Whether you're a new driver, a seasoned driver or a commercial driver, we're here to provide tips, forms and helpful information surrounding licensing and vehicle services. On onlinedriverslicenses.org, you can search our State info page and choose your current or future state of residence. With information on how to renew, replace and update your driver's license and car registration, along with helpful forms on all the services, we've got everything covered.

Concerned over a dilemma that caused you to lose your driving privileges? If so, follow our state-specific steps on how to reinstate your license efficiently, so you can be back on the road in no time! Perhaps you chose not to drive. If that's the case, you'll need to obtain an official state ID card as a convenient proof of identity to get around your locality and beyond - and we can lead you through this process. Using our comprehensive Official Forms section, you can gain quick access to all the paperwork you need to renew, update or replace a driver's license or car registration. We encourage you to get started with this process on onlinedriverslicenses.org so we can help you along the way as needed. For extensive information on your state's driving and vehicle services, onlinedriverslicenses.org offers additional Products & Services for your convenience. Our Road Guide contains our Driver License Guide and much more information to get you on your way to attaining your new license, registration or title. Finally, if you get stuck along the way, please feel free to Contact Us. At onlinedriverslicenses.org, we're happy to assist. We're dedicated many hours to create this comprehensive resource to have all your fingertips, and we want to make sure you are a satisfied user. Whether you're a new driver or a veteran of the road, thank you for trusting onlinedriverslicenses.org!

This site is privately owned and is neither operated by, nor affiliated with, any government agency. onlinedriverslicenses.org is operated by Cambridge Media Series LLC.

Mail Address:
Cambridge Media Series LLC.
1199 Hill Gilson St #140
Portland, OR, USA 97220

Phone Support: 1-866-371-2716

If you'd like to speak to a member of our support team, you can reach us by phone or email from 7am to Midnight EST - 7 days a week. Outside of normal business hours we offer email support only.

Email Support: info@onlinedriverslicenses.org

TERMS AND CONDITIONS   |   PRIVACY STATEMENT   |   CONTACT US   |   MONEY BACK GUARANTEE   |   INTERNATIONAL CUSTOMERS   |   SITEMAP   |   BLOG

Copyright © 2019 All Rights Reserved

PX 1: Declaration of Lashinda Freeman
Attachment B: Page 8

renewregistrations.org is a privately owned website that is not owned or operated by any government agency



**RENEW REGISTRATIONS**

HOME   LOCATIONS   ROAD GUIDE™   OFFICIAL FORMS   STATE INFORMATION   ABOUT US

OBTAIN YOUR ROAD GUIDE

Welcome to renewregistrations.org your comprehensive resource for all you car registration-related services. The services we provide are available for free in the official sites or local offices You can purchase for $23.98 and download our comprehensive guide and resources which contains vital information in order to perform any DMV service and also included is the Roadside Assistant Program and other benefits including official forms and helpful checklists. By clicking continue I represent that I am 18+ years of age. I agree to receive email newsletters and offers targeted to my interests sent by renewregistrations.org and their Marketing Partners. Please fill out form below to get the process started.

Select a Service and State Below

1.                                                          2.

Apply for New Registration                         Select

Renew Registration

Replace Registration

Change Name

Change Address

**Continue**

US, European

VERIFIED & SECURED

How to apply for a new registration

Car registration renewal process

How to replace & duplicate registration

How to update your car registration

Change name on registration

Change address on Registration

TERMS AND CONDITIONS   |   PRIVACY STATEMENT   |   CONTACT US   |   MONEY BACK GUARANTEE

renewregistrations.org is a privately owned website and it is not affiliated with any government agencies. The services we provide are available for free in the official sites or local offices You can purchase for $23.98 and download our guide and resources, which contains vital information in order to perform any DMV service and receive a free $25 gas rebate. the Roadside Assistant Program & other benefits including official forms and checklists. By clicking continue I represent that I am 18+ years of age. I agree to receive email newsletters and offers targeted to my interests sent by renewregistrations.org and their Marketing Partners. By continuing to see our site. you accept our Terms and Conditions and Privacy Policy

This site is privately owned and is neither operated by nor affiliated with any government agency

Copyright © Porak Media LLC 2019 All Rights Reserved

PX 1 Declaration of Lashanda Freeman
Attachment B  Page 7



RENEW REGISTRATIONS

HOME     LOCATIONS     ROAD QUICK*     OFFICIAL FORMS     STATE INFORMATION     ABOUT US

## CONTACT US

Important: We are an independent company providing value-added services to assist consumers with various motor vehicle related services. If you have questions for your local DMV office, please contact them directly.

renewregistrations.org is the No. 1 trusted internet resource for all your driver-related needs. Whether you're a new driver, a seasoned driver or a commercial driver, we're here to provide tips, forms and helpful information surrounding licensing and vehicle services. On renewregistrations.org, you can search our State info page and choose your current or future state of residence. With information on how to renew, replace and update your drivers license and car registrations along with helpful forms and tds services, we've got everything covered.

Concerned over a license that could give us take your driving privileges? At us, follow our state-specific steps on how to reinstate your license efficiently, so you can be back on the road in no time! Perhaps you choose not to drive. If that's the case, you'll need to obtain an official state ID card as a convenient proof of identity to get around your locality and beyond - and we can lead you through the process. Using our comprehensive Official Forms sections you can gain quick access to all the paperwork you need to renew, update or replace drivers license or car registration. We encourage you to get started with this process on renewregistrations.org so we can help you along the way as needed. For extensive information on your state's driving and vehicle services, renewregistrations.org offers additional Products and Services for your convenience. Our Road Guide contains our Driver License Guide and much more, information to get you on your way to acquiring your new license, registration or tide. Finally, if you get stuck along the way, please feel free to Contact Us. At renewregistrations.org, we're happy to assist. We've described many hours to make this comprehensive resource to serve your fingertips, and we want to make sure you are a satisfied user. Whether you're a new driver or a veteran of the road, thank you for trusting renewregistrations.org!

This site is privately owned and is neither operated by, nor affiliated with, any government agency. renewregistrations.org is operated by Rivas Media LLC.

Mail Address:
Rivas Media LLC
14011 SW 120th St #103-233
Miami, FL 33186 USA

If you'd like to speak to a member of our support team, you can reach us by phone or email from Monday through Friday from 9am to Midnight EST - 7 days a week. Outside of normal business hours we offer email support only.

Phone Support: 855-333-7548

Email Support: admin@renewregistrations.org

TERMS AND CONDITIONS   |   PRIVACY STATEMENT   |   CONTACT US   |   MONEY BACK GUARANTEE

This site is privately owned and is neither operated by, nor affiliated with, any government agency

Copyright © Rivas Media LLC 2019 All Rights Reserved

PX 1, Declaration of Lashonda Freeman
Attachment B Page 8

registermyvehicle.org is a privately owned website and is not associated or operated by any government agency.

# REGISTER MY VEHICLE

HOME     LOCATIONS     ROAD GUIDE™     OFFICIAL FORMS     STATE INFORMATION     ABOUT US

## OBTAIN YOUR ROAD GUIDE

Welcome to registermyvehicle.org, your comprehensive resource for all you car registration-related services. The services we provide are available for free in the official sites or local offices. You can purchase for $23.98 and download our comprehensive guide and resources which contains vital information in order to perform any DMV service and also included is the Roadside Assistant Program and other benefits including official forms and helpful checklists. By clicking continue I represent that I am 18+ years of age. I agree to receive email newsletters and offers targeted to my interests, sent by registermyvehicle.org and their Marketing Partners. Please fill out form below to get the process started.

**Select a Service and State Below**



1

Apply for New Registration
Renew Registration
Replace Registration
Change Name
Change Address

2

Select

🔒 SSL Encryption     ✓ VERIFIED & SECURED

---

How to apply for a new registration

Car registration renewal process

How to replace & dubicate registration

How to update your car registration

Change name on registration

Change address on Registration

---

TERMS AND CONDITIONS  |  PRIVACY STATEMENT  |  CONTACT US  |  MONEY BACK GUARANTEE

registermyvehicle.org is a privately owned website and it is not affiliated with any government agencies. The services we provide are available for free in the official sites or local offices. You can purchase for $23.98 and download our guide and resources which contains vital information in order to perform any DMV service and receive a free $25 gas rebate, the Roadside Assistant Program & other benefits including official forms and checklists. By clicking continue I represent that I am 18+ years of age. I agree to receive email newsletters and offers targeted to my interests, sent by registermyvehicle.org and their Marketing Partners. By continuing to use our site, you accept our Terms and Conditions and Privacy Policy.

This site is a privately owned and a name operated by nor affiliated with, any government agency.

Copyright © Wikasol Media LLC 2019 All Rights Reserved

PX 1: Declaration of Lashanda Freeman
Attachment B: Page 8

registermyvehicle.org/contact-us.html

Contact Info – registerr

← → O ⌂ https://registermyvehicle.org/contact-us.html

● REGISTER MY VEHICLE

HOME     LOCATIONS     ROAD GUIDE™     OFFICIAL FORMS     STATE INFORMATION     ABOUT US

## CONTACT US

Important: We are an independent company providing value-added services to assist consumers with various motor vehicle related services. If you have questions for your local DMV office, please contact them directly.

registermyvehicle.org is the No. 1 trusted Internet resource for all your driver-related needs. Whether you're a new driver, a seasoned driver or a commercial driver, we're here to provide tips, forms and helpful information surrounding licensing and vehicle services. On registermyvehicle.org, you can search our State Info page and choose your current or future state of residence. With information on how to renew, replace and update your drivers license and car registration, along with helpful items on car titles services, we've got everything covered.

Concerned over a planned trip abroad and want to know your driving privileges? Perhaps you're confused about how to reinstate your license efficiently, so you can be back on the road in no time? Perhaps you chose not to drive. If that's the case, you'll need to obtain an official state ID card as a convenient proof of identity to get around your locality and beyond - and we can lead you through the process. Using our comprehensive Official Forms section you can get quick access to all the paperwork you need to renew, update or replace a driver's license or car registration. We encourage you to get started with this process on registermyvehicle.org so we can help you along the way as needed. For extensive information on your state's driving and vehicle services, registermyvehicle.org offers additional Products & Services for your convenience. Our Road Guide contains our Driver License Guide and much more information to get you on your way to achieving your new license, registration or title. Finally, if you get stuck along the way, please feel free to Contact Us. At registermyvehicle.org, we're happy to assist. We're dedicated every hour to create this comprehensive resource to have at your fingertips, and we want to make sure you are a satisfied user. Whether you're a new driver or a veteran of the road, thank you for trusting registermyvehicle.org!

This site is privately owned and is neither operated by, nor affiliated with, any government agency. registermyvehicle.org is operated by Wasabi Media LLC.

Mail Address:
Wasabi Media LLC
68 Harrison Ave Ste 6, 6th Floor
Boston, MA 02111 USA

If you'd like to speak to a member of our support team, you can reach us by phone or email from 7am to Midnight EST - 7 days a week. Outside of normal business hours we offer email support only.

Phone Support: 617-340-7288

Email Support: admin@registermyvehicle.org

TERMS AND CONDITIONS   |   PRIVACY STATEMENT   |   CONTACT US   |   MONEY BACK GUARANTEE

This site is privately owned and is neither operated by nor affiliated with any government agency

Copyright © Wasabi Media LLC 2019 All Rights Reserved

PX 1: Declaration of Lashanda Freeman
Attachment B: Page 10

https://mycartitles.com/index.html

**MY CAR TITLES**

HOME    LOCATIONS    ROAD GUIDE™    OFFICIAL FORMS    ABOUT US

mycartitles.com is a privately owned website that is not owned or operated by any government agency

## OBTAIN YOUR ROAD GUIDE

Welcome to **mycartitles.com**, your comprehensive resource for all car title services. A car title is a legal necessity across all states. Luckily, mycartitles.com has all the information you need to obtain a new title, replace your current title, or change the name or address on a current title. The comprehensive Road Guide and detailed checklists has all of the above information and more, to ensure that you are prepared for any title-related procedure. Complete the form below in order to start the process of obtaining your Road Guide.

### Select a Service and State Below



**1** What's going on with your car title?

- New Car Title
- Car Title Transfer
- Out-of-State Title Transfer
- Replace Lost or Stolen Title
- Address Change on Car Title
- Name Change on Car Title
- Salvage Title

**2** Choose your state

Select

Continue

SSL Encryption   VERIFIED & SECURED

How to apply for a new title    Car title renewal process    How to replace & duplicate title    How to update your car title    Change name on title    Change address on title

mycartitles.com is a privately owned website and it is not affiliated with any government agencies. The services we provide are available for free in the official sites or local offices. You can purchase for $23.98 and download our guide and resources, which contains vital information in order to perform any DMV service and receive a free $25 gas rebate, the Roadside Assistant Program & other benefits including official forms and checklists. By clicking continue I represent that I am 18+ years of age. I agree to receive email newsletters and offers targeted to my interests, sent by mycartitles.com and their Marketing Partners. By continuing to use our site, you accept our Terms and Conditions and Privacy Policy

TERMS AND CONDITIONS  |  PRIVACY STATEMENT  |  CONTACT US  |  MONEY BACK GUARANTEE

This site is privately owned and is neither operated by, nor affiliated with, any government agency

Copyright © mycartitles.com All Rights Reserved



https://mycartitles.com/contact-us.html

mycartitles.com is a privately owned website that is not owned or operated by any government agency.

**MY CAR TITLES**

HOME    LOCATIONS    ROAD GUIDE™    OFFICIAL FORMS    ABOUT US

## CONTACT US

**Important:** We are an independent company providing value-added services to assist consumers with various motor vehicle related services. If you have questions for your local DMV office, please contact them directly.

mycartitles.com is the No. 1 trusted internet resource for all your driver-related needs. Whether you're a new driver, a seasoned driver or a commercial driver, we're here to provide tips, forms and helpful information surrounding licensing and vehicle services. On mycartitles.com, you can search our State Info page and choose your current or future state of residence. With information on how to renew, replace and update your drivers license and car registration, along with helpful forms on car title services, we've got everything covered.

Concerned over a dilemma that caused you to lose your driving privileges? If so, follow our state-specific steps on how to reinstate your license efficiently, so you can be back on the road in no time! Perhaps you choose not to drive. If that's the case, you'll need to obtain an official state ID card as a convenient proof of identity to get around your locally and beyond - and we can lead you through the process. Using our comprehensive Official Forms section, you can gain quick access to all the paperwork you need to renew, update or replace a drivers license or car registration. We encourage you to get started with this process on mycartitles.com so we can help you along the way as needed. For extensive information on your state's driving and vehicle services, mycartitles.com offers additional Products & Services for your convenience. Our Road Guide contains our Driver License Guide and much more information to get you on your way to attaining your new license: registration or title. Finally, if you get stuck along the way, please feel free to Contact Us. At mycartitles.com, we're happy to assist. We've dedicated many hours to create this comprehensive resource to have al your fingertips, and we want to make sure you are a satisfied user. Whether you're a new driver or a veteran of the road, thank you for trusting mycartitles.com!

This site is privately owned and is neither operated by, nor affiliated with, any government agency. mycartitles.com is operated by Eagle Media LLC

Mail Address:
Eagle Media LLC
6539 Harrison Ave #101
Cincinnati, OH 45247 USA

**If you'd like to speak to a member of our support team, you can reach us by phone or email from 7am to Midnight EST - Monday thru Friday. Outside of normal business hours we offer email support only.**

**Phone Support: 888-981-9836**

**Email Support: admin@mycartitles.com**

TERMS AND CONDITIONS  |  PRIVACY STATEMENT  |  CONTACT US  |  MONEY BACK GUARANTEE

This site is privately owned and is neither operated by, nor affiliated with, any government agency

Copyright © mycartitles.com 2019 All Rights Reserved

PX 1 Declaration of Lashanda Freeman
Attachment B Page 12

Attachment C

THIS PRODUCT OR SERVICE HAS NOT BEEN APPROVED OR ENDORSED BY ANY GOVERNMENTAL AGENCY

**californiadrivers.org**
Your source for California driver's information

Notice: Driver license changes and applications must be processed at an official DMV location or website. This website provides links to official DMV services which may be free of charge as well as third-party application assistance services and products that charge a fee. Application assistance value added services are designed to better prepare you and help save you time for many DMV-related services. They provide personalized information, customer support, additional vehicle related products and where possible, document preparation. The information on this site is not guaranteed to be correct, complete or up-to-date.

| Licenses & ID | Vehicle Registration | Tests & Manuals | Titles & Bill of Sale | Reports & Records | Tickets & Violations | Commercial Drivers | Insurance Center | Vehicle Services | Traffic & Safety Laws | Site Tools |
|---|---|---|---|---|---|---|---|---|---|---|

Search

Sponsored Ads

**Featured Resources**

○ Application Assistance Services
- Download comprehensive checklists, tips and resources to guide you with DMV related services.

○ Visit the DMV
- Find the State of California DMV location closest to you, or for free from visit the official government website

**Additional Resources**

Renew Your Drivers License
Renew Your Vehicle Registration
Replace Your Car Title
Commercial Drivers License
Get your Motorcycle License
Access Your Driving Record
How to Save on Auto Insurance
Get Help with Tickets and Violations
Check Your Vehicle History Report
How to Change Your Address
How to Buy a New Car
Sell your Car
DMV Practice Tests
Car Title Loans
Commercial Auto Insurance
Motorcycle Insurance

## DRIVER RESOURCES

Have questions about your vehicle services or requirements? You're on the right road. Find the information you need quickly and effortlessly.

LEARN MORE →

## Welcome to californiadrivers.org

We are here to simplify the process of obtaining your California drivers license by providing you with up-to-date information and assisting you with all the necessary steps to getting your license as quickly as possible. We will make sure you are prepared with everything you need to know, what you need to bring and where you need to go for all your drivers license needs

### Licenses & Identifications

New License  Renew  Replace  Change Address  Change Name  Suspended  More.

### Titles & Bill of Sale

New Car Title  Lost Car Title  Stolen Car Title  Transfer Car Title  Bill of Sale  More.

### Reports & Records

Vehicle History Report  Driver Records  Background Checks  Vital Records  More.

### Commercial Drivers

CDL Licenses  Tests & Requirements  Manuals  Insurance  More.

### Vehicle Registration

New Car Registration  Renew  Replace  Order Duplicate  Change Address  More.

### Driver Tests & Manuals

Driver Manuals  Online Practice Tests  Learner's Permit  More.

### Tickets & Violations

Parking Tickets  DUI Violations  Ticket Attorneys  SR22 Insurance  More.

### Vehicle Services

Guardian Advantage  Roadside Assistance  Auto Warranty  Selling Car  More.

### 10 HELPFUL TIPS

If it is necessary for you to visit an office read these 10 helpful tips:
1  Find the closest Driver License office
2  Confirm the office hours
3  Appointments are available at all offices for faster service.
4  Avoid Mondays and Fridays, the best day to visit the office is mid-week
5  Avoid the 11:30 a.m. – 2 p.m. hours as they tend to be busy due to the lunch break.
6  Avoid the first and last day of the month
7  Avoid the day after a holiday
8  Come prepared with all required documentation to complete your service
9  Print and fill out your forms prior to visiting your Driver License office
10  If you have any questions, concerns  or special circumstances contact your nearby Driver License office prior to heading over



CaliforniaDrivers.org is privately owned and is neither operated by, nor affiliated with, any government agency. Furthermore, the information contained on the site is not legal advice and is not guaranteed to be correct, complete or up-to-date.

PX.1 Declaration of LaVonda Freeman
Attachment C, Page 1
About Us   Privacy Policy   Terms of Service   Contact Us

**californiadrivers.org**
Your source for California driver's information

Licenses & ID | Vehicle Registration | Titles & Bill of Sale | Tests & Manuals | Reports & Records | Tickets & Violations | Commercial Drivers | Insurance Center | Vehicle Services

Driver Preparation
Registrations
FAQ
**Contact Us**
Terms of Service
Privacy Policy

## Contact Us

We are an independent, privately-owned company that strives to provide accurate, up-to-date content to assist our visitors with information on a variety of driver-related services and tips. We are not affiliated with, nor do we operate under/with any official motor vehicle office.

Please contact your local DMV office directly if you have additional questions about motorist topics.

If you'd like to contact our team regarding any of the content you've read on our Web site, please feel free to reach us via e-mail at: info@californiadrivers.org

Search

Featured Resources

Sponsored Ads

○ Application Assistance Services
· Download comprehensive checklists, tips and resources to guide you with DMV related services.

✔ Check Your Vehicle History Report

🏠 How to Change Your Address

🚗 How to Buy a New Car

· Sell your Car

DMV Practice Tests

Car Title Loans

Commercial Auto Insurance

Motorcycle Insurance

About Us   Privacy Policy   Terms of Service   Contact Us

THIS PRODUCT OR SERVICE HAS NOT BEEN APPROVED OR ENDORSED BY ANY GOVERNMENTAL AGENCY.

Notice: Driver license changes and applications must be processed at an official DMV location or website. This website provides links to official DMV services which may be free of charge as well as third-party application assistance services and products that charge a fee. Application assistance value added services are designed to better prepare you and help save you time for many DMV-related services. They provide personalized information, customer support, additional vehicle related products and where possible, document preparation. The information on this site is not guaranteed to be correct, complete or up-to-date.

CaliforniaDrivers.org is privately owned and is neither operated by, nor affiliated with, any government agency. Furthermore, the information contained on this site is not legal advice and is not guaranteed to be correct, complete or up-to-date.

PX 1: Declaration of Lashema Freeman
Exhibit C, Page 2

THIS PRODUCT OR SERVICE HAS NOT BEEN APPROVED OR ENDORSED BY ANY GOVERNMENTAL AGENCY

floridadriverslicenses.org
Your source for Florida driver's information

Notice: Driver license changes and application must be processed at an official DMV location or website. This website provides links to official DMV services which may be free of charge as well as third-party application assistance services and products that charge a fee. Application assistance value added services are designed to better prepare you and help save you time for many DMV-related services. They provide personalized information, customer support, additional vehicle related products and others possible. document preparation. The information on this site is not guaranteed to be correct, complete or up-to-date.

| Licenses & ID | Vehicle Registration | Titles & Bill of Sale | Tests & Manuals | Reports & Records | Commercial Drivers | Tickets & Violations | Insurance Center | Vehicle Services | Traffic & Safety Laws | Site Index |

Search

**DRIVER RESOURCES**

Here are questions about motor vehicle services or requirements? You're on the right road. Find the information you need quickly and effortlessly.

LEARN MORE →

Featured Resources

Sponsored Ads

⚙ Application Assistance Services
- Download comprehensive checklists, tips and resources to guide you with DMV related services.
⊙ Visit the DMV
- Find the State of Florida DMV location closest to you. or for free forms visit the official government website

Additional Resources

🚗 Renew Your Drivers License
🪪 Renew Your Vehicle Registration
🔑 Replace Your Car Title
🚙 Commercial Drivers License
🏍 Get your Motorcycle License
🔍 Access Your Driving Record
🔀 How to Save on Auto Insurance
📋 Get Help with Tickets and Violations
✓ Check Your Vehicle History Report
🏠 How to Change Your Address
🚘 How to Buy a New Car
🔑 Sell your Car
📝 DMV Practice Tests
💰 Car Title Loans
🚗 Commercial Auto Insurance
🏍 Motorcycle Insurance

## Welcome to floridadriverslicenses.org

We are here to simplify the process of obtaining your Florida drivers license by providing you with up-to-date information and assisting you with all the necessary steps to getting your license as quickly as possible. We will make sure you are prepared with everything you need to know, what you need to bring, and where you need to go for all your drivers license needs.

### Licenses & Identifications

New License  Renew  Replace  Change Address  Change Name  Suspended  More.

### Titles & Bill of Sale

New Car Title  Lost Car Title  Stolen Car Title  Transfer Car Title  Bill of Sale  More.

### Reports & Records

Vehicle History Report  Driver Records  Background Checks  Vital Records  More.

### Commercial Drivers

CDL Licenses  Tests & Requirements  Manuals  Insurance  More.

### Vehicle Registration

New Car Registration  Renew  Replace  Order Duplicate  Change Address  More.

### Driver Tests & Manuals

Driver Manuals  Online Practice Tests  Learner's Permit  More.

### Tickets & Violations

Parking Tickets  DUI Violations  Ticket Attorneys  SR 22 Insurance  More.

### Vehicle Services

Guardian Advantage  Roadside Assistance  Auto Warranty  Selling Car  More.

**10 HELPFUL TIPS**

If it is necessary for you to visit an office read these 10 helpful tips:
1. Find the closest Driver License office
2. Confirm the office hours
3. Appointments are available at all offices for faster service
4. Avoid Mondays and Fridays, the best day to visit the office is mid-week
5. Avoid the 11:30 a.m. - 2 p.m. hours as they tend to be busy due to the lunch break.
6. Avoid the first and last day of the month
7. Avoid the day after a holiday
8. Come prepared with all required documentation to complete your service
9. Print and fill out your forms prior to visiting your Driver License office
10. If you have any questions, concerns, or special circumstances contact your nearby Driver license office prior to heading over

FloridaDriverLicenses.org is privately owned and is neither operated by nor affiliated with any government agency. Furthermore, the information contained on this site is not legal advice and is not guaranteed to be correct, complete or up-to-date.

About Us   Privacy Policy   Terms of Service   Contact Us

PX.1 Declaration of LaShonda Freeman
Exhibit "A" Page 3

THIS PRODUCT OR SERVICE HAS NOT BEEN APPROVED OR ENDORSED BY ANY GOVERNMENTAL AGENCY

**floridadriverslicenses.org**
Your source for Florida driver's information

| License & ID | Vehicle Registration | Tickets & Violations | Tests & Manuals | Registry & Records | Traffic & Violations | Commercial Drivers | Insurance Center | Vehicle Services | Traffic & Safety Laws | Safe Zone |

## Contact Us

- Driver Resources
- Registration Fees
- FAQ
- **Contact Us** ▼
- Terms of Service
- Privacy Policy

We are an independent, privately-owned company that strives to provide accurate, up-to-date content to assist our visitors with information on a variety of driver-related services and tips. We are not affiliated with, nor do we operate underneath any official motor vehicle office. Please contact your local DMV office directly if you have additional questions about motorist topics. If you'd like to contact our team regarding any of the content you've read on our Web site, please feel free to reach us via e-mail at info@FloridaDriversLicenses.org

**Notice**: Driver license changes and applications must be processed at an official DMV location or website. This website provides links to official DMV services which may be free of charge as well as third-party application assistance services and products that charge a fee. Application assistance value added services are designed to better prepare you and help save you time for many DMV-related services. They provide personalized information, customer support, additional vehicle related products and where possible document preparation. The information on this site is not guaranteed to be correct, complete or up-to-date.

| [search box] | Search |

### Featured Resources
Sponsored Ads

**Application Assistance Services**

- Download comprehensive checklists, tips and resources to guide you with DMV related services.

**Visit the DMV**

- Find the State of Florida DMV location closest to you, or for free forms visit the official government website.

### Additional Resources

- Renew Your Drivers License
- Renew Your Vehicle Registration
- Replace Your Car Title
- Commercial Drivers License
- Get your Motorcycle License
- Access Your Driving Record
- How to Save on Auto Insurance
- Get Help with Tickets and Violations
- Check Your Vehicle History Report
- How to Change Your Address
- How to Buy a New Car
- Sell your Car
- DMV Practice Tests
- Car Title Loans
- Commercial Auto Insurance
- Motorcycle Insurance

FloridaDriversLicenses.org is privately owned and is neither operated by, nor affiliated with, any government agency. Furthermore, the information contained on this site is not legal advice and is not guaranteed to be correct, complete or up-to-date.

About Us   Privacy Policy   Terms of Service   Contact Us

PX 1 Declaration of LaKesha Freeman
Attachment C Page 4

THIS PRODUCT OR SERVICE HAS NOT BEEN APPROVED OR ENDORSED BY ANY GOVERNMENTAL AGENCY

**marylanddriverslicense.org**
Your source for Maryland driver information

Notice: Driver license charges and applications must be processed at an official MVA location or website. This website provides links to official MVA services which may be free of charge as well as third-party application assistance services and products that charge a fee. Application assistance value added services are designed to better prepare you and help save you time for many MVA related services. They provide personalized information, customer support, additional vehicle related products and where printable document preparation. The information on this site is not guaranteed to be correct, complete or up-to-date.

**Featured Resources**

Sponsored Ads

- Application Assistance Services
- Download comprehensive checklists, tips and resources to guide you with MVA related services.
- Visit the MVA
- Find the State of Maryland MVA location closest to you, or for free forms visit the official government website

**Additional Resources**

- Renew Your Drivers License
- Renew Your Vehicle Registration
- Replace Your Car Title
- Commercial Drivers License
- Get your Motorcycle License
- Access Your Driving Record
- How to Save on Auto Insurance
- Get Help with Tickets and Violations
- Check Your Vehicle History Report
- How to Change Your Address
- How to Buy a New Car
- Sell your Car
- MVA Practice Tests
- Car Title Loans
- Commercial Auto Insurance
- Motorcycle Insurance

Search

# Welcome to marylanddriverslicense.org

## DRIVER RESOURCES

Here are questions about motor vehicle services or requirements? You're on the right road. Find the information you need quickly and effortlessly.

Learn More

We are here to simplify the process of obtaining your Maryland drivers license by providing you with up-to-date information and assisting you with all the necessary steps to getting your license as quickly as possible. We will make sure you are prepared with everything you need to know what you need to bring and where you need to go for all your drivers license needs.

## Licenses & Identifications

New License  Renew  Replace  Change Address  Change Name  Suspended  More...

## Titles & Bill of Sale

New Car Title  Lost Car Title  Stolen Car Title  Transfer Car Title  Bill of Sale  More...

## Reports & Records

Vehicle History Report  Driver Records  Background Checks  Vital Records  More...

## Commercial Drivers

CDL License  Tests & Requirements  Manuals  Insurance  More...

## Vehicle Registration

New Car Registration  Renew  Replace  Order Duplicate  Change Address  More...

## Driver Tests & Manuals

Drivers Manuals  Online Practice Tests  Learner's Permit  More...

## Tickets & Violations

Parking Tickets  DUI Violations  Ticket Attorneys  SR-22 Insurance  More...

## Vehicle Services

Guardian Advantage  Roadside Assistance  Auto Warranty  Selling Car  More...

### 10 HELPFUL TIPS

It it is necessary for you to visit an office read these 10 helpful tips:

1 Find the closest Driver License office
2 Confirm the office hours
3 Appointments are available at all offices for faster service
4 Avoid Mondays and Fridays, the best day to visit the office is mid-week
5 Avoid the 11:30 a.m. - 2 p.m. hours as they tend to be busy due to the lunch break
6 Avoid the first and last day of the month
7 Avoid the day after a holiday
8 Come prepared with all required documentation to complete your service
9 Print and fill out your forms prior to visiting your Driver License office
10 If you have any questions, concerns, or special circumstances contact your nearby Driver license office prior to heading over

MarylandDriversLicense.org is privately owned and is neither operated by, nor affiliated with any government agency. Furthermore, the information contained on the site is not legal advice and is not guaranteed to be correct, complete or up-to-date.

Advertise   Privacy Policy   Terms of Service   Contact Us

PX 1  Declaration of Lashonda Freeman
Exhibit "A"  Page 5



THIS PRODUCT OR SERVICE HAS NOT BEEN APPROVED OR ENDORSED BY ANY GOVERNMENTAL AGENCY

**marylanddriverslicense.org**
Your source for Maryland driver's information

Licenses & ID | Vehicle Registration | Titles & Out of Sale | Tests & Manuals | Reports & Records | Tickets & Violations | Commercial Drivers | Insurance Center | Vehicle Services | Traffic & Safety Laws | Site Tools

Driver Resources
Request Vehicles
FAQ
Contact Us
Terms of Service
Privacy Policy

## Contact Us

We are an independent, privately-owned company that strives to provide accurate, up-to-date content to assist our visitors with information on a variety of driver-related services and tips. We are not affiliated with, nor do we operate underneath any official motor vehicle office.

Please contact your local MVA office directly if you have additional questions about motorist topics.

If you'd like to contact our team regarding any of the content you've read on our Web site.

[ Search box ] Search

**Featured Resources**

Sponsored Ads

⊕ Application Assistance Services

- Download comprehensive checklists, tips and resources to guide you with

✔ Check Your Vehicle History Report

🚗 How to Change Your Address

🏠 How to Buy a New Car

🔑 Sell your Car

📝 MVA Practice Tests

🚗 Car Title Loans

🚙 Commercial Auto Insurance

🏍 Motorcycle Insurance

PX 1  Declaration of Lashanda Freeman
Attachment C: Page 6
MarylandDriversLicense.org is privately owned and is neither operated by, nor affiliated with, any government agency. Furthermore, the information contained on the site is not legal advice and is not guaranteed to be correct, complete or up-to-date.

About Us   Privacy Policy   Terms of Service   Contact Us

THIS PRODUCT OR SERVICE HAS NOT BEEN APPROVED OR ENDORSED BY ANY GOVERNMENTAL AGENCY.

**missouridriverslicense.org**
Your source for Missouri's information

| License & ID | Vehicle Registration | Titles & Bill of Sale | Tests & Manuals | Reports & Records | Commercial Drivers | Tickets & Violations | Insurance Center | Vehicle Services | Traffic & Safety Laws | Site Tools |

Search

Notice: Driver license changes and applications must be processed at an official DMV location or website. This website provides links to official DMV services which may be free of charge as well as third-party application assistance services and products that charge a fee. Application assistance's value added services are designed to better prepare you and help save you time for many DMV-related services. They provide personalized information, customer support, additional vehicle related products and where possible, document preparation. The information on this site is not guaranteed to be correct, complete or up-to-date.

**Featured Resources** — Sponsored Ads

➋ Application Assistance Services

-Download comprehensive checklists, tips and resources to guide you with DMV related services.

**Additional Resources**

⬚ Renew Your Drivers License

⬚ Renew Your Vehicle Registration

· Replace Your Car Title

⬚ Commercial Drivers License

⬚ Get your Motorcycle License

⬚ Access Your Driving Record

⬚ How to Save on Auto Insurance

⬚ Get Help with Tickets and Violations

✓ Check Your Vehicle History Report

⬚ How to Change Your Address

⬚ How to Buy a New Car

⬚ Sell your Car

⬚ DMV Practice Tests

⬚ Car Title Tests

⬚ Commercial Auto Insurance

⬚ Motorcycle Insurance

## DRIVER RESOURCES

Have questions about motor vehicle services or requirements? You're on the right road. Find the information you need quickly and effortlessly.

**Learn More**

## Welcome to missouridriverslicense.org

We are here to simplify the process of obtaining your Missouri drivers license by providing you with up-to-date information and assisting you with all the necessary steps to getting your license as quickly as possible. We will make sure you are prepared with everything you need to know - what you need to bring and where you need to go for all your drivers license needs

### Licenses & Identifications

New License Renew Replace Change Address Change Name Suspended More...

### Titles & Bill of Sale

New Car Title Lost Car Title Stolen Car Title Transfer Car Title Bill of Sale More...

### Reports & Records

Vehicle History Report Driver Records Background Checks Vital Records More...

### Commercial Drivers

CDL License Tests & Requirements Manuals Insurance More...

### Vehicle Registration

New Car Registration Renew Replace Order Duplicate Change Address More...

### Driver Tests & Manuals

Driver Manuals Online Practice Tests Learner's Permit More...

### Tickets & Violations

Parking Tickets DUI Violations Ticket Attorneys SR22 Insurance More...

### Vehicle Services

Guardian Advantage Roadside Assistance Auto Warranty Selling Car More...

### 10 HELPFUL TIPS

If it is necessary for you to visit an office read these 10 helpful tips:

1 Find the closest Driver License office
2 Confirm the office hours
3 Appointments are available at all offices for faster service
4 Avoid Mondays and Fridays, the best day to visit the office is mid-week
5 Avoid the 11:30 a.m. - 2 p.m. hours as they tend to be busy due to the lunch break
6 Avoid the first and last day of the month
7 Avoid the day after a holiday
8 Come prepared with all required documentation to complete your service
9 Print and fill out your forms prior to visiting your Driver License office
10 If you have any questions, concerns, or special circumstances contact your nearby Driver license office prior to heading over

MissouriDriversLicense.org is privately owned and is neither owned nor operated by, nor affiliated with, any government agency. Furthermore, the information contained on the site is not legal advice and is not guaranteed to be correct, complete or up-to-date.

About Us · Privacy Policy · Terms of Service · Contact Us

THIS PRODUCT OR SERVICE HAS NOT BEEN APPROVED OR ENDORSED BY ANY GOVERNMENTAL AGENCY

**missouridriverslicense.org**
Your source for Missouri driver's information

Licenses & ID | Vehicle Registration | Title & Initial Sale | Tests & Manuals | Reports & Records | Reviews & Violations | Commercial Drivers | Insurance Center | Vehicle Services | Traffic & Safety Laws | Site Tools

Other Resources:

Helpful Articles

FAQs

**Contact Us**

Terms of Service

Privacy Policy

## Contact Us

We are an independent, privately-owned company that strives to provide accurate, up-to-date content to assist our visitors with information on a variety of driver-related services and tips. We are not affiliated with, nor do we operate underneath any official motor vehicle office.

Please contact your local DMV office directly if you have additional questions about motorist topics.

If you'd like to contact our team regarding any of the content you've read on our Web site, please feel free to reach us via e-mail at info@MissouriDriversLicense.org

**Search**

### Featured Resources

Sponsored Ads

⊕ Application Assistance Services

- Download comprehensive checklists, tips and resources to guide you with DMV related services

### Additional Resources

- Renew Your Drivers License
- Renew Your Vehicle Registration
- Replace Your Car Title
- Commercial Drivers License
- Get your Motorcycle License
- Access Your Driving Record
- How to Save on Auto Insurance
- Get Help with Tickets and Violations
- Check Your Vehicle History Report
- How to Change Your Address
- How to Buy a New Car
- Sell your Car
- DMV Practice Tests
- Car Title Loans
- Commercial Auto Insurance
- Motorcycle Insurance

PX 1 Declaration of Latrunda Freeman
Attachment C, Page 8

MissouriDriversLicense.org is privately owned and is neither operated by, nor affiliated with, any government agency. Furthermore, the information contained on this site is not legal advice and is not guaranteed to be correct, complete or up-to-date.

About Us · Privacy Policy · Terms of Service · Contact Us

Notice. Driver license charges and applications must be processed at an official DMV location or website. This website provides links to official DMV services which may be free of charge as well as third-party application assistance services and products that charge a fee. Application assistance value added services are designed to better prepare you and help save you time for many DMV-related services. They provide personalized information, customer support, additional vehicle related products and where possible document preparation. The information on this site is not guaranteed to be correct, complete or up-to-date.

THIS PRODUCT OR SERVICE HAS NOT BEEN APPROVED OR ENDORSED BY ANY GOVERNMENTAL AGENCY

**southcarolinadriverslicense.org**
Your source for driver's information

Notice: Driver license changes and applications must be processed at an official DMV location or website. This website provides links to official DMV services which may be free of charge as well as third-party application assistance services and products that charge a fee. Application assistance value added services are designed to better prepare you and help save you time for many DMV-related services. They provide personalized information, customer support, additional vehicle related products and where possible, document preparation. The information on this site is not guaranteed to be correct, complete or up-to-date.

| Licenses & ID | Vehicle Registration | Titles & Bill of Sale | Tests & Manuals | Reports & Records | Tickets & Violations | Commercial Drivers | Insurance Center | Vehicle Services | Traffic & Safety Laws | Site Tools |

Search

### DRIVER RESOURCES

Have questions about motor vehicle services or requirements? You're on the right track. Find the information you need quickly and effortlessly

LEARN MORE

### Welcome to southcarolinadriverslicense.org

We are here to simplify the process of obtaining your drivers license by providing you with up-to-date information and assisting you with all the necessary steps to getting your license as quickly as possible. We will make sure you are prepared with everything you need to know, what you need to bring, and where you need to go for all your drivers license needs.

#### Licenses & Identifications

New License  Renew  Replace  Change Address  Change Name  Suspended  More...

#### Titles & Bill of Sale

New Car Title  Lost Car Title  Stolen Car Title  Transfer Car Title  Bill of Sale  More...

#### Reports & Records

Vehicle History Report  Driver Records  Background Checks  Vital Records  More...

#### Commercial Drivers

CDL Licenses  Tests & Requirements  Manuals  Insurance  More...



#### 10 HELPFUL TIPS

If it is necessary for you to visit an office read these 10 helpful tips:

1. Find the closest Driver License office
2. Confirm the office hours
3. Appointments are available at all offices for faster service
4. Avoid Mondays and Fridays, the best day to visit the office is mid-week
5. Avoid the 11:30 a.m. - 2 p.m. hours as they tend to be busy due to the lunch break
6. Avoid the first and last day of the month
7. Avoid the day after a holiday
8. Come prepared with all required documentation to complete your service
9. Print and fill out your forms prior to visiting your Driver License office
10. If you have any questions, concerns or special circumstances contact your nearby Driver license office prior to heading over

#### Vehicle Registration

New Car Registration  Renew  Replace  Order/Duplicate  Change Address  More...

#### Driver Tests & Manuals

Driver Manuals  Online Practice Tests  Learner's Permit  More...

#### Tickets & Violations

Parking Tickets  DUI Violations  Ticket Attorneys  SR 22 Insurance  More...

#### Vehicle Services

Guardian Advantage Roadside Assistance  Auto Warranty  Selling Car  More...

### Featured Resources

Sponsored Ads

⊘ Application Assistance Services
- Download comprehensive checklists, tips and resources to guide you with DMV related services.

⊘ Visit the DMV
- Find the State of South Carolina DMV location closest to you, for free forms visit the official government website

### Additional Resources

⌂ Renew Your Drivers License
☐ Renew Your Vehicle Registration
⎙ Replace Your Car Title
⊕ Get your Motorcycle License
⌕ Access Your Driving Record
⇄ How to Save on Auto Insurance
☑ Get Help with Tickets and Violations
✓ Check Your Vehicle History Report
⌂ How to Change Your Address
☰ How to Buy a New Car
⌕ Sell your Car
✎ DMV Practice Tests
⚲ Car Title Loans
⚙ Commercial Auto Insurance
⊚ Motorcycle Insurance

PX 1 Declaration of LaKeisha Freeman
Attachment C, Page 9

SouthCarolinaDriversLicense.org is privately owned and is neither operated by, nor affiliated with, any government agency. Furthermore, the information contained on this site is not legal advice and is not guaranteed to be correct, complete or up-to-date.

About Us    Privacy Policy    Terms of Service    Contact Us

THIS PRODUCT OR SERVICE HAS NOT BEEN APPROVED OR ENDORSED BY ANY GOVERNMENTAL AGENCY

**southcarolinadriverslicense.org**
Your source for driver's information

Licenses & ID | Vehicle Registration | Tickets & Ticket & Bill of Sale | Tests & Manuals | Reports & Records | Tickets & Violations | Commercial Drivers | Insurance Center | Vehicle Services | Traffic & Safety Laws

Contact Us

We are an independent, privately-owned company that strives to provide accurate, up-to-date content to assist our visitors with information on a variety of driver-related services and tips. We are not affiliated with, nor do we operate underneath any official motor vehicle office.

Please contact your local DMV office directly if you have additional questions about material topics.

If you'd like to contact our team regarding any of the content you've read on our Web site please feel free to reach us via e-mail at info@SouthCarolinaDriversLicense.org

Drivers Licenses
Vehicle Registration
Tags
Contact Us
Vehicle Services
Manuals

Notice: Driver license changes and applications must be processed at an official DMV location or website. This website provides links to official DMV services which may be free of charge as well as third-party application assistance services and products that charge a fee. Application assistance value added services are designed to better prepare you and help save you time for many DMV-related services. They provide personalized information, customer support, additional vehicle related products and where possible, document preparation. The information on this site is not guaranteed to be correct, complete or up-to-date.

Search

Featured Resources                    Sponsored Ads

**Application Assistance Services**
- Download comprehensive checklists, tips and resources to guide you with DMV related services

**Visit the DMV**
- Find the State of South Carolina DMV location closest to you, or for free forms visit the official government website.

**Additional Resources**

- Renew Your Drivers License
- Renew Your Vehicle Registration
- Replace Your Car Title
- Commercial Drivers License
- Get your Motorcycle License
- Access Your Driving Record
- How to Save on Auto Insurance
- Get Help with Tickets and Violations
- Check Your Vehicle History Report
- How to Change Your Address
- How to Buy a New Car
- Sell your Car
- DMV Practice Tests
- Car Title Loans
- Commercial Auto Insurance
- Motorcycle Insurance

PX 1 Declaration of LaKesha Freeman
Attachment C Page 10

SouthCarolinaDriversLicense.org is privately owned and is neither operated by, nor affiliated with, any government agency. Furthermore, the information contained on this site is not legal advice and is not guaranteed to be correct, complete or up-to-date.

About Us   Privacy Policy   Terms of Service   Contact Us

Attachment D

Not secure | burtonkatzmiami.com/burton-katz-miami/

# BURTON KATZ
### MIAMI ENTREPRENEUR

HOME     ABOUT     NEWS     OPINIONS

f   in   ✉

## ABOUT

Miami entrepreneur, Burton Katz, is an investor in a high-growth internet start-up company located in the heart of Wynwood, that focuses on content, data and commerce. Having developed, managed and operated over 200 websites, Katz has created a network of web properties across many verticals. He has achieved success by building a Scalable Customer Acquisition and Data Monetization Platform, that has efficiently turned high-volume transactional clicks into lifetime value customers. Katz has also pioneered the development of extensive publisher relationships within the burgeoning territory of content marketing and contextual commerce.

Katz has recently partnered with _____ to acquire and operate OnPoint, a portfolio of consumer web sites to develop digital products and services in the fast-growing online motor vehicle sector

Previously, Mr. Katz served as Chief Executive Officer of New Motion Inc, an integrated mobile content and online advertising business that grew from startup to $50MM+ in sales within three years. Mr. Katz eventually led a corporate merger with a NASDAQ listed company creating a combined entity with over 120MM+ in sales.

Prior to joining New Motion, Mr. Katz was a Co-President of Buongiorno SpA, a European digital entertainment startup focused on music, games and continuity programs. Katz was an instrumental part in helping Buongiorno grow from a small VC funded company to a global business producing over $200MM in revenues and over $200MM in profits.

He earned his MBA from the University of Southern California in Marketing and Technology Management. Mr. Katz began his post graduate career at PriceWaterhouseCoopers (PwC) where he was a Principal in PwC's Internet Business Practice delivering large end to end Internet software solutions to global customers. Burton Katz currently resides in Miami, Florida and is a seed investor in multiple direct to consumer startups, sits on the board of several private companies and is heavily involved philanthropic endeavors throughout the Miami community.

PX 1; Declaration of Lawrence Freeman
Attachment D; Page 1

Attachment E



PX 1: Declaration of Lashanda Freeman
Attachment E: Page 1

## Our Publishing Brands

OnPoint retains a large editorial and publishing staff to develop original content across its portfolio of vertical and geo focused brands. The team generates the equivalent of over 16 novels per month through online editorial and digital guides.



Automotive



Financial & Legal Services



Marketplaces



Home & Comm. Utilities



Recreation & Travel



## Data

Through our growing network of web properties, we capture valuable signal data, profile data, and explicit survey data from millions of consumers each month. Our team of data scientists and analysts work to identify, capture, and translate

SIGNAL

PROFILE

SURVEY

PX 1: Declaration of Lashanda Freeman
Attachment E: Page 2



OnPoint Signal Graph

PX 1: Declaration of Lashanda Freeman
Attachment E: Page 3

## Our Products

OnPoint proprietary products focus on the How To, DIY (do it yourself), and DIFM (do it for me) markets with a strong consumer value proposition. While the multibillion-dollar service-based economy is rapidly growing, our three core product sets stay focused on reference guides, instructional books, and digital services delivered electronically with no physical fulfillment obligations.



### Free Products

A free set of instructional books assisting and empowering consumers to reach a goal.




### Paid Products

A comprehensive and growing list of digital guides informing and enabling consumers to accomplish a task.



### DIFM Services

A suite of solutions where consumers appoint and authorize OnPoint to complete a task on their behalf.

### Developing Domain Names

OnPoint owns an extensive domain portfolio numbering in the thousands. We actively acquire branded and non-premium domains to develop and expand our publishing network. We are not brokers but corporate buyers. We move quickly, so if you are interested in selling, click here.

### Going International

The city of Miami is frequently called the capital of South America, where there is a rapidly growing consumer internet population. OnPoint recently established a team in Montevideo, Uruguay and Sao Paulo, Brazil to replicate our business model and address the region's 425 million consumers. If you are in the region and interested in working or partnering with us, please click here.

PX 1: Declaration of Lashanda Freeman
Attachment E: Page 4

# Leadership Team



**CEO**
Burton Katz

**CFO**
Bob Bellack

**Chief Product Officer**
Neal Samani

**Managing Editor**
Chris Jalil

**SVP Publishing**
Ramiro Baluga

**CAO**
Brent Levison

**General Manager of BV Media**
Karla Jinesta

**SVP Data & Platforms**
Charlie Eissa














# Advisors






Ken Rudin

John Caine

Emil Michael

Alex Soltani

Jeff Clarke

# Locations

**San Jose**
Headquarters / Global Operations

**Montevideo**
Corporate and Product Development

PX 1: Declaration of Lashanda Freeman
Attachment E: Page 5

**Costa Rica**
Web Development and
Customer Relations

**Uruguay**
Latin American Business
Development / Operations

## The OnPoint Culture

Working at OnPoint means you are passionate about your career and personal development. Our greatest assets are our 200+ team members who reside in four cities across three different countries. We empower our employees to act and hustle like owners and to be the authors of our story. OnPoint is for problem solvers and entrepreneurial thinkers. It's for people who are ready to be creative, to be driven by data, to pitch in and roll up their sleeves, and to have a lot of fun in the process.

The OnPoint team comes to work each day to help **ASSIST**, **ENABLE** and **EMPOWER** our consumers to **ACCOMPLISH** and **ACHIEVE** specific tasks and goals. Just the same, the Company aims to empower, enable and assist its employees to accomplish and expand their professional objectives.



## Blog and Podcast

We are currently hiring for a number of roles ...
which is moments away from sunny Miami Beach. Data scientists, data analysts, online marketing managers, content writers, and many more

**Perks That Matter to Employees in 2019**

**Employee of the Month: What the Honor Should Mean to Your Employees in 2019**

**Personalization Techniques for Remarketing**

**Benchmarking in Business**

View More Posts >

PX 1: Declaration of Lashanda Freeman
Attachment E: Page 7

onpoint

https://onpointglobal.com/careers/

OUR PRODUCTS ▾   DATA   OUR TEAM ▾   CAREERS   BLOG

## Our Team

If you are a team player and an innovative thinker, if you like to find solutions and feel comfortable working in a casual environment, if you are looking for a career and not just a job – this is the right place for you!

[ View current open positions ]

## Teams

### Accounting & Finance

Become a collaborative partner and analytical thinker that helps develop our financial infrastructure to scale our growing company

We bring innovative solutions to complex problems in accounting, forecasting, compliance, and act as trusted advisors

### Admin

Help us keep everything running smoothly and maintain a collaborative work environment

We work behind the scenes to support leaders and teams by anticipating and prioritizing needs and ensuring high levels of organizational effectiveness.

### Content

Produce and deliver high-quality website content and arm users with the knowledge they need to accomplish their tasks and achieve their goals.

As writers and editors we are responsible for the creation of 400,000 words of content each week, the equivalent of 4

PX 1: Declaration of Lashanda Freeman
Attachment E: Page 8

novels. We accomplish this by becoming subject experts and producing engaging, unique, and easy-to-understand content

to ensure our leaders have reliable information in order to make the best decisions.

communication and safety

## Design

Help us translate business needs and vision into creative and innovative solutions through user-centered design

We create and maintain all the visual graphics for editorial, web, and brand projects. We are dedicated to creative excellence and committed to innovation.

## Human Resources

Help us continue building, growing and supporting the team that makes our company great

We partner up with business leaders and decision makers to develop and implement strategies that are in line with the organizational mission, and we are dedicated to finding and developing the talent that shapes our company

## Video Production

Use creativity and innovation to produce high-quality live-action videos and audio

We create engaging consumer-facing web videos with the goal of entertaining and informing our audience on various topics. We are highly skilled at making beautiful pieces and doing so with a quick turnaround, which allows us to jump between projects and meet goals.

# Work With Us

We are currently hiring for a number of roles in our new Miami headquarters, which is moments away from sunny Miami Beach. Data scientists, data analysts, online marketing managers, content writers, and many more positions are available. Just click here to apply.



**Apply Now**

PX 1: Declaration of Lashanda Freeman
Attachment E: Page 9



PX 1: Declaration of Lashanda Freeman
Attachment E: Page 10

# onpoint

FILTER BY:   CITY   TEAM   WORK TYPE

## ACCOUNTING & FINANCE

**Finance Manager**
MIAMI, FL   ACCOUNTING & FINANCE   FULL TIME

APPLY

**Manager, FP&A**
MIAMI, FL   ACCOUNTING & FINANCE   FULL TIME

APPLY

## CONTENT WRITING

**Junior Writer (Web Content)**
MIAMI, FL   CONTENT WRITING   FULL TIME

APPLY

**Writing Intern (Web Content)**
MIAMI, FL   CONTENT WRITING   INTERNSHIP

APPLY

## CUSTOMER SERVICE - BVMEDIA

**Bilingual Customer Service Representative**
ALAJUELA   CUSTOMER SERVICE   BVMEDIA   FULL TIME

APPLY

**Customer Retention Specialist**
ALAJUELA   CUSTOMER SERVICE   BVMEDIA   FULL TIME

APPLY

**Inside Sales Representative**
ALAJUELA   CUSTOMER SERVICE   BVMEDIA   FULL TIME

APPLY

**Sales Campaign Manager**
ALAJUELA   CUSTOMER SERVICE   BVMEDIA   FULL TIME

APPLY

**Sales Trainer**
ALAJUELA   CUSTOMER SERVICE   BVMEDIA   FULL TIME

APPLY

## DESIGN

**Web Designer**

APPLY

PX 1: Declaration of Lashanda Freeman
Attachment E: Page 11

https://jobs.lever.co/onpoint/portal

BOCA RATON FL  DESIGN  FULL TIME

## HUMAN RESOURCES

**Senior Technical Recruiter**
LOS ANGELES  CA  HUMAN RESOURCES  FULL TIME

APPLY

## PRODUCT MANAGEMENT

**Product Manager**
LOS ANGELES  CA  PRODUCT MANAGEMENT  FULL TIME

APPLY

**Product Manager**
MIAMI  FL  PRODUCT MANAGEMENT  FULL TIME

APPLY

## TECHNOLOGY

**Digital UX Designer**
MONTEVIDEO  TECHNOLOGY  CONTRACTOR

APPLY

**Front-end Engineer - HTML Developer**
MIAMI  FL  TECHNOLOGY  FULL TIME

APPLY

**Front-End Web Developer**
MONTEVIDEO  TECHNOLOGY  FULL TIME

APPLY

**Senior .NET Developer**
BOCA RATON  FL  TECHNOLOGY  FULL TIME

APPLY

**Senior C#.NET Developer**
ATLANTA  GA  TECHNOLOGY  FULL TIME

APPLY

**Senior Front-End Engineer (React.JS & Redux)**
LOS ANGELES  CA  TECHNOLOGY  FULL TIME

APPLY

**Senior WordPress Developer**
MIAMI  FL  TECHNOLOGY  FULL TIME

APPLY

**Sr. Manager, Front-End Engineering**
LOS ANGELES  CA  TECHNOLOGY

APPLY

PX 1: Declaration of Lashanda Freeman
Attachment E: Page 12

Jobs powered by    **LEVER**

PX 1: Declaration of Lashanda Freeman
Attachment E: Page 13

onpoint

OUR PRODUCTS ▾    DATA    OUR TEAM ▾    CAREERS    BLOG

# ASSIST.
# ENABLE.
# EMPOWER.
# ACCOMPLISH.
# ACHIEVE.

11 MM+
Unique Visitors Monthly

1.4 MM+
Monthly Registrations

21 MM+
First Party Data Records

250 K+
Ecommerce Transactions Monthly

700 K+
Digital Guides Delivered Monthly

1.6 MM+
Words of Content Created Monthly

2 K+
Owned Domains in Portfolio

270 +
Employees Across 4 Offices

Our Publishing Brands
PX 1: Declaration of Lashanda Freeman
Attachment E: Page 14

OnPoint retains a large editorial and publishing staff to develop original content across its portfolio of vertical and geo focused brands. The team generates the equivalent of over 16 novels per month through online editorial and digital guides



Automotive

Marketplaces

Financial & Legal Services

Recreation & Travel

Home & Communities



# Data

Through our growing network of web properties, we capture valuable signal data, profile data, and explicit survey data from millions of consumers each month. Our team of data scientists and analysis work to identify, capture, and translate user behavior and information into actionable "signals." OnPoint keeps data and context together through a maturing approach to data fusion

SIGNAL

PROFILE

SURVEY

APPEND

PX 1: Declaration of Lashanda Freeman
Attachment E: Page 15



OnPoint Signal Graph

Our Products

PX 1: Declaration of Lashanda Freeman
Attachment E: Page 16

with this proprietary processes is unique, the net result is a powerful value equation that consistently puts money in our consumer value proposition. While the multibillion-dollar service-based economy is rapidly growing, our three core product sets stay focused on reference guides, instructional books, and digital services delivered electronically with no physical fulfillment obligations.



**Free Products**

A free set of instructional books assisting and empowering consumers to reach a goal



**Paid Products**

A comprehensive and growing set of digital guides informing and enabling consumers to accomplish a task



**DIFM Services**

A suite of solutions where consumers appoint and authorize OnPoint to complete a task on their behalf

## Developing Domain Names

OnPoint owns an extensive domain portfolio numbering in the thousands. We actively acquire branded and non-premium domains to develop and expand our publishing network. We are not brokers but corporate buyers. We move quickly, so if you are interested in selling, click here

## Going International

The city of Miami is frequently called the capital of South America, where there is a rapidly growing consumer internet population. OnPoint recently established a team in Montevideo, Uruguay and Sao Paulo, Brazil to replicate our business model and address the region's 425 million consumers. If you are in the region and interested in working or partnering with us, please click here

## Leadership Team

PX 1: Declaration of Lashanda Freeman
Attachment E: Page 17



CEO

Burton Katz

CFO

Bob Bellack

SVP Data & Platforms

Charlie Eissa

Managing Editor

Chris Jalil

SVP Publishing

Ramiro Baluga

CAO

Brent Levison

General Manager of BV Media

Karla Jinesta

VP eCommerce

Paola Zuluaga

Human Resources Director

Sarai Jaimes

## Advisors

Ken Rudin

John Caine

Emil Michael

Alex Soltani

Jeff Clarke

## Locations

**Miami**
United States
Headquarters / Global Operations

**Los Angeles**
United States
Corporate and Product Development

PX 1: Declaration of Lashanda Freeman
Attachment E: Page 18

**San Jose**
Costa Rica

Web Development and
Customer Relations

**Montevideo**
Uruguay

Latin American Business
Development / Operations

# The OnPoint Culture

Working at OnPoint means you are passionate about your
career and personal development. Our greatest assets are
our 200+ team members who reside in four cities across three
different countries. We empower our employees to act and
hustle like owners and to be the authors of our story. OnPoint
is for problem solvers and entrepreneurial thinkers. It's for
people who are ready to be creative, to be driven by data, to
pitch in and roll up their sleeves, and to have a lot of fun in the
process.

The OnPoint team comes to work each day to help **ASSIST,
ENABLE** and **EMPOWER** our consumers to **ACCOMPLISH**
and **ACHIEVE** specific tasks and goals. Just the same, the
Company aims to empower, enable and assist its employees
to accomplish and expand their professional objectives.



PX 1: Declaration of Lashanda Freeman
Attachment E: Page 19



## Work With Us

We are currently hiring for a number of roles in our new Miami headquarters, which is moments away from sunny Miami Beach. Data scientists, data analysts, online marketing managers, content writers, and many more positions are available. Just click here to apply.

**Apply Now**

## Blog and Podcast



**Mobilizing the Payments Landscape in 2019**

By Romani Patrick



**Cryptocurrency on the Rise: Facebook's Libra Project**

By Romani Patrick



**How SEO-Driven Job Descriptions Are Changing the Hiring Game**

By Romani Patrick

**9 Mistakes Companies Make with Their Social Media Accounts**

By Monica Campos

View More Posts ›

PX 1: Declaration of Lashanda Freeman
Attachment E: Page 20



PX 1: Declaration of Lashanda Freeman
Attachment E: Page 21



# Burton Katz
CEO

Founder and CEO of OnPoint Global. Burton Katz is a 15+ year seasoned entrepreneur with an extensive career in the digital technology sector. Burton has experience in developing and leading high growth startups both in the private and public markets. Prior to OnPoint. Burton served as the CEO of New Motion Inc combining it with a NASDAQ listed company with 100MM+ in revenues. Burton also served as Co-President of Buongiorno SpA. a publicly traded European digital entertainment startup that sold for over 300MM Euros. Burton earned his MBA from the University of Southern California.

PX 1: Declaration of Lashanda Freeman
Attachment E: Page 22

onpointglobal.com

## Bob Bellack
CFO

Bob brings 25+ years of operating and financial experience as an executive, founder and board member of venture and late stage private equity backed companies. His experience spans digital media & advertising, eCommerce and SaaS businesses. Bob was a Founder and CFO of both Cars.com and Apartments.com, a $3b+ market cap. He also held senior executive roles including, CFO of LA Times & President of Digital Media, CEO of Newegg, COO of Tilister and Board Member for KKR owned Scout24 ch. Bob brings a strong discipline in business transformation and scaling of early stage companies. Bob is a CPA and holds an MBA from Northwestern University.



onpongglobal.com


onpoint

FILTER BY:    CITY     TEAM     WORK TYPE

## CUSTOMER SERVICE - BVMEDIA

**Bilingual Customer Service Representative**
ALAJUELA   CUSTOMER SERVICE   BVMEDIA   FULL TIME   APPLY

**Customer Retention Specialist**
ALAJUELA   CUSTOMER SERVICE   BVMEDIA   FULL TIME   APPLY

**Inside Sales Representative**
ALAJUELA   CUSTOMER SERVICE   BVMEDIA   FULL TIME   APPLY

**Portuguese Agents**
ALAJUELA   CUSTOMER SERVICE   BVMEDIA   FULL TIME   APPLY

**Sales Campaign Manager**
ALAJUELA   CUSTOMER SERVICE   BVMEDIA   FULL TIME   APPLY

**Sales Trainer**
ALAJUELA   CUSTOMER SERVICE   BVMEDIA   FULL TIME   APPLY

## DESIGN

**Visual Designer**
MONTEVIDEO   DESIGN   FULL TIME   APPLY

**Web Designer**
BOCA RATON, FL   DESIGN   FULL TIME   APPLY

## MARKETING

**Digital Marketing Specialist**
ALAJUELA   MARKETING   FULL TIME   APPLY

**Web Graphic Designer**
MONTEVIDEO   MARKETING   FULL TIME   APPLY

## TECHNOLOGY

PX 1: Declaration of Lashanda Freeman
Attachment E: Page 24

**C# .Net Developer**
ALABELA   TECHNOLOGY   FULL-TIME

**APPLY**

**Postgresql Database Administrator/Developer**
ATLANTA GA   TECHNOLOGY   FULL-TIME

**APPLY**

**Senior .NET Engineer**
BOCA RATON FL   TECHNOLOGY   FULL-TIME

**APPLY**

**Senior Software Engineer C# .NET**
ATLANTA GA   TECHNOLOGY   FULL-TIME

**APPLY**

**WordPress Developer**
MONTIVIDEO   TECHNOLOGY   FULL-TIME

**APPLY**

Jobs powered by **LEVER**

PX 1: Declaration of Lashanda Freeman
Attachment E: Page 25

Attachment F



**onpoint guides**







OnPoint Guides, on point guidance

We ASSIST, ENABLE, EMPOWER people to
ACCOMPLISH tasks and ACHIEVE goals.



### BROWSE OUR TOP-RATED ONPOINT GUIDES



### BEST SELLERS



### NEWLY ADDED













Free access to entire library for members

On Point Guides Copyright © 2019. All Rights Reserved.

About Us  |  Contact Us  |  Terms & Conditions  |  Privacy Policy



## About Us

At OnPoint Guides, we ASSIST, ENABLE and EMPOWER you to ACCOMPLISH tasks and ACHIEVE goals.

OnPoint Guides provides ebooks featuring easy how-to instructions on all kinds of subjects, from travel to career advice to government programs. Get access to hundreds of complete how-to guides and download them directly to your account library via our website or Android mobile app. Look up quick and easy DIY pages to complete a range of tasks, from simple auto repairs to at-home hair care. At OnPoint Guides, it's all about the user experience, and we believe convenience paired with valuable and comprehensive guidance is the perfect combination for optimum learning and retention. Browse our store and find a guide book to help you take the next step, today!

OnPointGuides.com is a privately owned website and is not affiliated with any government agency.

**On Point Guides** Copyright © 2019. All Rights Reserved.        About Us | Contact Us | Terms & Conditions | Privacy Policy

PX 1. Declaration of Lashanda Freeman
Attachment F  Page 2

← C 🔒 https: onpointguides.com/wp-pre-r-84a?ev'2-d6Ph-1`e7l-f14-0e0f5o5aa2R ☆ 🔵 ⋮

## onpoint
guides

Shop ▾    Categories ▾    Explore ▾    🔍

### BEST SELLERS



**Effective Communication in the Workplace Guide**
~~$29.99~~ FREE for Members
★ ★ ★ ★ ★
Start your career right by learning how to effectively communicate with your coworkers. Find out the ...more



**New York Road Trip Guide**
~~$29.99~~ FREE for Members
★ ★ ★ ★ ★
Make your next road trip destination New York! This downloadable road trip itinerary takes you to ...more



**Section 8 Apartments Nation Guide**
~~$29.99~~ FREE for Members
★ ★ ★ ★ ★
The U.S. Department of Housing and Urban Development (HUD) heads what is known to most as ...more



**Smart Travel How-Tos Guide**
~~$19.99~~ FREE for Members
★ ★ ★ ★ ★
Before taking that American cross country road trip or hopping on a plane abroad, learn the best ...more



**How To Beat A Speeding Ticket Guide**
~~$19.99~~ FREE for Members
★ ★ ★ ★ ★
Get the best tips for beating a speeding ticket with our comprehensive guide! Learn what to do when pulled over ...more



**Alaska Road Trip Guide**
~~$29.99~~ FREE for Members
★ ★ ★ ★ ★
Welcome to Alaska! This road trip destination takes you to extraordinary sights like the Mendenhall Glacier ...more



**Car Dealer Inside Secrets Guide**
~~$19.99~~ FREE for Members
★ ★ ★ ★ ★
Learn everything you need to know about buying a car from our comprehensive guide to car dealer inside ...more



**How To Drive Stick Shift Guide**
~~$19.99~~ FREE for Members
★ ★ ★ ★ ★
Get ready to drive your first manual car by downloading and reading our comprehensive guide! Learn ...more



**How To Maximize Your Car's Warranty Guide**
~~$19.99~~ FREE for Members
★ ★ ★ ★ ★
Learn to get the most out of your car's warranty by downloading and reading our comprehensive guide! ...more

**On Point Guides** Copyright © 2019. All Rights Reserved.

About Us | Contact Us | Terms & Conditions | Privacy Policy



## NEWLY ADDED














































People who bought this also bought ...



← → C 🔒 https://onpointguides.com/product/section-8-housing-national-guide ☆ 😐 ⋮

## onpoint
guides

Sign in   Categories ▾   Explore ▾   🔍

SECTION 8 HOUSING

**SECTION 8 HOUSING NATIONAL GUIDE**

$29.99    FREE for Members    **DOWNLOAD**
★★★★★

The U.S. Department of Housing and Urban Development (HUD) heads what is known to most as Section 8 Housing. This government-sponsored initiative provides financial assistance to those who cannot afford the cost of rental homes. If you are interested in finding out if you or your family qualifies for Housing Choice Vouchers in your state, download our comprehensive national guide. You will learn about eligibility and application requirements, property inspection standards, Section 8 wait lists, landlord relationships and more. If you are currently in a dire financial situation, know that affordable living arrangements are within reach. Download the Section 8 Housing National Guide now to find out how.

**DOWNLOAD**

People who bought this also bought ...



PX 1: Declaration of Lashanda Freeman
Attachment F, Page 7





People who bought this also bought ...

PX 1, Declaration of Lashanda Freeman
Attachment F, Page 8



https://onpointguides.com/

onpoint guides

# GOVERNMENT SERVICES

Select from:

Browse:

Arizona Family Assistance Services Guide

$29.99 FREE for Members

★★★★★

Find the financial help your family deserves with our comprehensive AZ Family Assistance Services Guide.

CalFresh Food Stamps in California Guide

$29.99 FREE for Members

★★★★★

Find the food benefits your family deserves with our comprehensive Food Stamps Benefits Guide.

California Social Services Assistance Guide

$29.99 FREE for Members

★★★★★

Find the help your family needs with our comprehensive California Social Services Assistance

Florida ACCESS Program Assistance Guide

$29.99 FREE for Members

★★★★★

Discover the government benefits available to you and your family with our comprehensive FL ACCESS

Florida Food Assistance Handbook

$29.99 FREE for Members

★★★★★

Find the nutrition benefits your family deserves with our comprehensive Florida Food Assistance Handbook.

Food Stamps Benefits National Guide

$10.99 FREE for Members

★★★★★

Find the food benefits assistance your family deserves with our comprehensive Food

Georgia Food Stamps Guide

$29.99 FREE for Members

★★★★★

Learn how to get the food benefits your family needs with our Comprehensive Guide to Food Stamps in

Georgia Social Services Assistance Guide

$29.99 FREE for Members

★★★★★

Indiana Food Stamps Handbook

$29.99 FREE for Members

★★★★★

Find out about Indiana Supplemental Nutrition Assistance Program (SNAP) benefits in our

Kentucky Food Stamps Handbook

$29.99 FREE for Members

★★★★★

Learn about the Kentucky food benefits available to your family in our comprehensive Kentucky

Missouri Food Stamps Guide

$29.99 FREE for Members

★★★★★

Find the food benefits your family deserves with our Comprehensive Guide to Food Stamps in Missouri.

National Food Stamps Guide

$29.99 FREE for Members

★★★★★

Our National Food Stamps Guide breaks down the Supplemental Nutrition Assistance Program (SNAP)

New York Food Stamps Guide

$29.99 FREE for Members

★★★★★

Learn how to get an EBT card to help with your family's nutritional needs with our Comprehensive

Pennsylvania Food Stamps Guide

$29.99 FREE for Members

★★★★★

Find what nutrition programs are available to help your family with our Comprehensive Guide to

SNAP Benefits Comprehensive Guide

$29.99 FREE for Members

★★★★★

South Carolina Food Stamps Guide

$29.99 FREE for Members

★★★★★

Discover how the South Carolina Supplemental Nutrition Assistance Program (SNAP) can benefit

Tennessee Food Stamps Guide

$29.99 FREE for Members

★★★★★

Learn about government food programs available to help your family with our Comprehensive Guide to

Texas Food Stamps Guide

$29.99 FREE for Members

★★★★★

Find out about the food assistance your family deserves with our Comprehensive Guide to

Washington Food Stamps Guide

$29.99 FREE for Members

★★★★★

Discover how an EBT card can help with your family's nutritional needs with our Comprehensive Guide to

View More

On Point Guides Copyright © 2019. All Rights Reserved.

About Us | Contact Us | Terms & Conditions | Privacy Policy

← → C ⟳ 🔒 https: onpointguides.com/product/fafsa-online-guide ☆ ⊖ ⋮

## onpoint
guides

Sign In   Categories ▾   Explore ▾   🔍



**FAFSA ONLINE GUIDE**

$29.00    FREE for    [ DOWNLOAD ]
★★★★★    Members

Jump start your education by learning about the Free Application for Federal Student Aid (FAFSA) with our comprehensive guide. Find out how this education assistance can supplement your academic journey and how to qualify for student assistance. Discover scholarships, grants and loans through FAFSA registration. Learn how to apply for financial aid and how to maintain eligibility for education benefits. Get tips on how to save money for an education and how to complement your savings with student financial aid. Find the education assistance you need by downloading our complete FAFSA Online Guide today!

[ DOWNLOAD ]



People who bought this also bought ...



PX 1: Declaration of Lashanda Freeman
Attachment F: Page 11

Attachment G

**DRAGON** GLOBAL

About    Team    Venture Capital    Real Estate    News



"Twitter is the
future of
communications."

Jack Dorsey,
Co-Founder & CEO Twitter

## Dragon Global

Founded and led by Robert Zangrillo, Dragon Global is a private investment firm focused on venture capital and real estate investments.

Dragon Global's current and predecessor funds have managed investments in excess of $1 billion in companies that now have over $500 billion of market value.

As founders, operators and investors, we strive to be the best partners for entrepreneurs building market-transforming consumer and enterprise companies. All of our partners at Dragon Global are former operators and a few of us continue to run operating companies as our day job.

As strategic real estate investors, we partner with local developers to help invest in and shape communities. Our focus is on developing Live, Work, Play and Learn communities focused on innovation, art, technology, experience, health & wellness and sustainability.

Dragon Global is headquartered in Miami, Florida.

ABOUT    TEAM    VENTURE CAPITAL    REAL ESTATE

Copyright 2019. Dragon Global. All rights reserved.  Legal Disclaimer, Terms, and Conditions

PX 1 Declaration of Lashanda Freeman
Attachment G: Page 1

https://www.dragonglobal.com

About   Team   Venture Capital   Real Estate   News

# DRAGON GLOBAL

## Venture Team

Robert Zangrillo

Burton Katz

Bob Brebbia

## Advisors

Dragon Global & On Point Global

Alan Rubin

John Caine

On Point Global

Erin McNeill

Alex Soltani

Jeff Cooke

## Real Estate Development Partners

Magic City Development

Gus Lamonte

Tony Cho

Wynwood 29

Jorge Perez

Carlos Rosso

555 NW South River Drive

Juna Watt

Plaza Equity Partners

## Operations Team

Megan Black

Derek Lohm

Copyright 2019 Dragon Global. All rights reserved. Legal Disclaimer. Terms and Conditions

**DRAGON** GLOBAL

About   Team   Venture Capital   Real Estate   News

www.dragonglobal.com

COMPANIES

facebook   UBER   DiDi   onpoint   twitter   Jet   fair   DICK'S   ArcSight      Zynga   overture   livingsocial

 playlist.com   

fevo   insidehook   

Robert Zangrillo

Robert Rob Zangrillo is the Founder, Chairman and CEO of Dragon Global. Zangrillo is a veteran investor and executive of eCommerce, Data Driven Businesses, Entertainment Media, Mobility, and Social Networking Sectors. His talents for providing significant financial returns to his mentors and funding teams dedicated to delivering leading industry solutions are widely known. Over the last several years, Zangrillo has channeled into commercial real estate development in Miami where he has led investments in over 20+ acres of projects in Wynwood, Little River and on the Miami River. He is also a co-founder of the Magic City Innovation District.

Over the last eight years, Zangrillo has built Dragon Global into one of the leading venture growth firms based on his track record of investing in the leading technology growth companies, including but not limited to Uber, Chuxing, Facebook, .xn.com, Twitter, and Uber Technologies. Zangrillo has over twenty years of experience in venture capital with a remarkable track record. He has been a pioneer in the venture growth investment and where he has led some of the largest, primary and secondary investments. Zangrillo was one of the earliest late stage venture growth investors in Facebook. During the period from 2006-2012, Zangrillo became one of the largest late stage investors in Facebook through multiple predecessor funds, leading to his founding of Dragon Global.

Zangrillo was also one of the early visionaries to recognize the enormous potential of social media in 2006 and internet commerce in 1995 and how they both would transform the web businesses. In conducting in the new global economy. Over the last twenty five years, Zangrillo has been a prominent figure in the internet community with significant roles as a Chairman, CEO, venture capital investor, active executive director and advisor to high-growth companies.

Copyright 2019 Dragon Global. All rights reserved • Legal Disclaimer • Terms and Conditions

← C ↻ ⊕ Not secure | www.dragonglobal.com/burton-katz/

# DRAGON GLOBAL

About    Team    Venture Capital    Real Estate    News

## Burton Katz

Burton Katz is an experienced entrepreneur in consumer software and digital marketing including lead generation, e-commerce, and mobile services. Mr. Katz partnered with Dragon Global to acquire and operate On Point Global, which is a data-driven publisher and service based e-commerce company

Previously Mr. Katz served as Chief Executive Officer of New Motion Inc, an integrated mobile content and online advertising business that grew from startup to $50MM+ in sales within three years. Mr. Katz eventually led a corporate merger with a NASDAQ listed company creating a combined entity with over $120MM+ in sales.

Prior to joining New Motion, Mr. Katz was a Co-President of Buongiorno SpA. Buongiorno was a European digital entertainment startup focused on music, games, and continuity programs. As President, Mr. Katz had full P&L responsibilities for the largest of 3 global business groups managing its UK & US consumer business and selling its messaging software to telecommunication and media companies. Before leaving to head New Motion Inc, he was instrumental in helping grow Buongiorno from a small VC funded company to a 700 person global business producing over $200MM in revenues with over $20MM in profits.

Mr. Katz currently is a seed investor in multiple direct to consumer startups and sits on several private company boards. Mr. Katz began his post graduate career at PriceWaterhouseCoopers (PwC) where he was a Principal in its Internet Business Practice delivering large end to end internet software solutions to global customers. Before joining PwC, he earned his MBA from the University of Southern California in Marketing and Technology Management. Mr. Katz currently resides in Miami, Florida.

## COMPANIES

pwc

BUONGIORNO

NEW MOTION

onpoint

ABOUT    TEAM    VENTURE CAPITAL    REAL ESTATE

Copyright 2019 Dragon Global. All rights reserved. Legal Disclaimer. Terms and Conditions

PX 1: Declaration of Lakhdsa Freeman
Attachment G Page 4

Not secure | www.dragonglobal.com/bob-bellack/

**DRAGON** GLOBAL

About    Team    Venture Capital    Real Estate    News

COMPANIES

cars.com    Apartments.com

Los Angeles Times    newegg

## Bob Bellack

Bob brings 25+ years of operating and financial experience as an executive, founder and board member of venture and late stage private equity backed companies. His experience spans digital media & advertising, eCommerce and SaaS businesses. Bob was a Founder and CFO of both Cars.com and Apartments.com, a $3b+ market cap. He also held senior executive roles including CFO of LA Times & President of Digital Media, CEO of Newegg, COO of Titisler and Board Member for KKR owned Scout24 ch. Bob brings a strong discipline in business transformation and scaling of early stage companies. Bob is a CPA and holds an MBA from Northwestern University.

ABOUT    TEAM    VENTURE CAPITAL    REAL ESTATE

Copyright 2019. Dragon Global. All rights reserved. Legal Disclaimer. Terms and Conditions

PX 1 Declaration of Lakhena & Freeman
Attachment G  Page 5

https://www.dragonglobal.com/venture/

**DRAGON** GLOBAL

About    Team    Venture Capital    Real Estate    News

"We have two turbines in our company. One is engineering , and the other is operations."

Paul Kalinov
Founder & Board Member, Uber

## Venture Capital

Dragon Global backs entrepreneurs who are building disruptive, innovative and market transforming consumer and enterprise companies

We invest in companies that define new markets, including ArcSight (acquired by Hewlett Packard (NYSE: HPQ)), Dick's Sporting Goods (Nasdaq: DKS), Dell Chuang, Facebook (Nasdaq: FB), Fair, Jet.com, OnPoint Global (acquired by Yahoo! (NASDAQ: YHOO)), Twitter (Nasdaq: TWTR), Uber Technologies and Ulta Salon, Cosmetics and Fragrance (NASDAQ: ULTA)

Our venture capital practice is focused on Internet and technology investments across market Sectors poised for significant growth. Artificial Intelligence, Augmented and Virtual Reality, Cloud Computing, Cryptocurrency, eCommerce Data-Driven Businesses, Entertainment Media, Robotics and Social Networking

While we are stage-agnostic, and will consider both minority and control investment opportunities at any point during a company's lifecycle, the majority of our activity is focused on late-stage growth equity and early-stage control



### Growth Equity

Our growth equity funds focus on late stage, minority investments in rapidly-growing transformational technology companies

Our focus on late-stage investments set us apart and allows us to concentrate on proven businesses that have demonstrated a high likelihood of sustained long-term success. Our current and prior late-stage growth equity investments include Dell Chuang, Earthlink, Facebook, Overture, Twitter, Uber Technologies, Ulta Salon (Cosmetics and Fragrance) and Zynga

### Early-Stage Control

Our early-stage control investment activity is focused on young, emerging companies in the consumer Internet space that are looking to team-up with one strategic and financial partner that will fully enable them to reach their next level of growth and evolution

We seek to take controlling, majority ownership stakes, which permits us to fully leverage the broad experience of our Operating Partners and the unique access to our extensive network of advisors

Working in close partnership with our Operating Partners, our company's management teams are empowered to pursue more aggressive growth strategies including strategic acquisitions and alliances which enable our portfolio companies to achieve higher levels of valuation than they otherwise may have achieved on a stand-alone basis

Our current early-stage control investment is On Point Global

### Seed

Our seed investments are focused on discovering and investing in some of the future's most promising businesses before most conventional venture capital firms are ready to invest. While our seed investments generally represent much smaller, minority-stake investments than our early-stage control investments, we still prefer a high-touch, hands-on approach to help our seed fund portfolio companies to achieve their fullest potential

Our current and prior seed investments include Casa Dragones, Fair, Host Committee, Inside Hook, Jet.com and Treat House

ABOUT   TEAM   VENTURE CAPITAL   REAL ESTATE

Copyright 2019, Dragon Global. All rights reserved. Legal Disclaimer, Terms, and Conditions

PX 1, Declaration of Lashanda Freeman
Attachment G, Page 6

# DRAGON GLOBAL

## Real Estate

## MAGIC CITY

## Projects

Wynwood 29

500 NW South River Drive



Attachment H

This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency.

**Veterans Affairs**

## Government Programs for Veterans

We have helped 234,932 with Veteran Benefits

VIEW ALL PROGRAMS

## Veterans Affairs

The US Veterans Affairs (VA) program offers financial and other services to veterans, service members and their families. To be considered eligible for veterans services and benefits, an individual must have served on active duty in the military and been discharged in a manner other than dishonorable discharge. There are some exceptions to this definition, depending on the circumstances. Veterans assistance programs are administered by the U.S. Department of Veterans Affairs (VA) with the intent to support veterans after they are retired from active service.

The available veterans services range from financial assistance to educational training, depending on the needs of the veteran. The VA financial program was created to benefit veterans who are not able to handle their own finances due to age, injury or disease. Meanwhile, vocational and educational training programs for veterans help former service members find employment by undergoing job training and developing their resumes.

In any case, services available to veterans in the U.S. encompass much more than just the above. Veterans looking to purchase their own house, for instance, can apply for VA home loans. With this housing assistance, the VA guarantees part of the loan to the private lender (such as a bank) to make the loan terms more favorable to the veteran. Also, programs for veterans extend into pensions and disability benefits. Veterans affairs services and benefits include various sorts of counseling. Financial counseling provides advice on monetary matters and can help individuals to develop a financial plan to improve their financial circumstances. Bereavement counseling offers support to those suffering grief after the loss of a loved one. Furthermore, vocational and educational counseling are designed to assist veterans with the transition from active service to the civilian workforce.

Another US Veterans Affairs benefit that vets and servicemembers can enroll in is life insurance – to provide financial security to their families in the event of their passing. In the same vein, available services for veterans can also cover burial and memorial expenses, such as military funeral honors, burial flags and more. The VA may even provide headstones for unmarked graves of eligible veterans.

To learn more about programs for veterans and the services that are available for their families, review the topics below on our site:

- Health Care
- Disability Compensation
- Education and Training
- Employment Services
- Home Loans and Housing Assistance
- Life Insurance
- Pension
- Veterans Benefits for Spouses, Dependents and Survivors

**NEED HELP?**
Let us help you find everything you need to know with our guide

GET IT NOW »

### Resources

Disability Compensation

Education/Training

Employment Services

Health Care

Home Loans/Assistance

Life Insurance

Pension

Veterans Benefits

### Additional Resources

6 Ways Veterans Can Serve Other Veterans

Retirement Planning for Veterans

Privatized VA Health Care

Post-Service Nutrition and Fitness Tips

Post-Service Job Opportunities

The Office of Small & Disadvantaged Business Utilization

Non-Government Veteran Discounts

Non-Government Veteran Benefits

Military ID Cards

Low-Cost Home Improvement Tips

Health Care and Housing for Homeless Veterans

Common Health Issues Veterans Face

Guide and Service Dog Programs

Financial Services and Free Tax Preparation

The Benefits of Yoga and Meditation

Benefits for Women Veterans

16 Tips for Monthly Savings

TERMS AND CONDITIONS | MARKETING PARTNERS | PRIVACY POLICY | CONTACT US | SITEMAP

 SSL 

PX 1 Declaration of Lashanda Freeman
Attachment H Page 1

← | C | 🔒 veteran-affairs.org/contact-us/ | ☆ 👤 ⋮

This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency.


## Veterans Affairs

## Contact Us

Name *

Email *

Message

If you need further assistance please contact us at info@veteran-
affairs.org


**Send**

---

**NEED HELP?**
Let us help you find everything you need to know with our guide



## Resources                ## Additional Resources

Disability Compensation      5 Ways Veterans Can Serve Other Veterans     Low-Cost Home Improvement Tips

Education/Training           Retirement Planning for Veterans             Health Care and Housing for Homeless Veterans

Employment Services          Privatized VA Health Care                    Common Health Issues Veterans Face

Health Care                  Post-Service Nutrition and Fitness Tips       Guide and Service Dog Programs

Home Loans/Assistance        Post-Service Job Opportunities                Financial Services and Free Tax Preparation

Life Insurance               The Office of Small & Disadvantaged Business   The Benefits of Yoga and Meditation
                             Utilization
Pension                                                                   Benefits for Women Veterans
                             Non-Government Veteran Discounts
Veterans Benefits                                                         16 Tips for Monthly Savings
                             Non-Government Veteran Benefits

                             Military ID Cards

TERMS AND CONDITIONS | MARKETING PARTNERS | PRIVACY POLICY | CONTACT US | SITEMAP        ⊜ SSL      VERIFIED & SECURED

PX 1: Declaration of Lashanda Freeman
Attachment H: Page 2

This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency.



## About Texas Benefits

Texas has a wide variety of federally funded programs designed to assist low-income individuals, households and families. These federal programs provide many types of benefits and services for Texas residents who need help obtaining necessities like food, housing, healthcare, and supplemental income. All of these programs require applicants to meet certain eligibility criteria, such as having a qualifying income. Eligibility guidelines, along with application procedures and other program requirements, differ for each program. Below, you will find brief descriptions of Texas' federally funded programs:

The Supplemental Nutrition Assistance Program (SNAP) in Texas, sometimes known as the Texas Food Stamps program, provides monthly payments that eligible households may use to purchase approved food items at participating food retailers. Most children from households that participate in the SNAP program also participate in Free Breakfast and Lunch Programs for School Age Children in Texas, including the School Breakfast Program, the National School Lunch Program and the Summer Food Service Program in Texas. These programs allow students from low-income families to have access to healthy and nutritious meals in school.

Texas residents who need housing assistance may apply for the Section 8 housing program, also known as the Housing Choice Voucher (HCV) program. This offers rent payment assistance that allows eligible households to rent a home of their choice on the private market.

Unemployment Insurance is a temporary cash benefit paid to Texans who have experienced a recent job loss or reduced work hours. The program enables qualifying out-of-work Texans to cover their financial obligations as they look for new or additional work.

Texas has three main healthcare programs for Texans with varying incomes and other personal circumstances. Medicaid is a federal-state assistance program that helps to provide healthcare services for children and eligible adults from low-income households. Medicaid recipients include elderly people, children, and people with disabilities. Medicare is a healthcare insurance program for Texas residents who are 65 years of age and older. Some people with disabilities who are younger than age 65 may also be eligible for Medicare benefits. Affordable Care Act (ACA), also known as Obamacare, allows a wide range of Texas residents to find and enroll in an affordable private health insurance plan.

Very low-income families requiring money for other necessities have access to Temporary Assistance for Needy Families (TANF) in Texas. This program provides cash assistance to Texas families that have children age 18 or younger and little to no income. Beneficiaries can use TANF payments to purchase goods and services such as clothing, housing costs, phone costs and more.

**NEED HELP?**
Let us help you find everything you need to know with our guide

GET IT NOW ▶▶

## Additional Resources

HOW TO REPORT TEXAS UNEMPLOYMENT FRAUD

MEAL PLANNING TO SATISFY YOUR POCKETS AND TUMMY

TEXAS FOOD STAMPS FOR NON-CITIZENS

IMPORTANT INFORMATION ON SECTION 8 HOUSING VOUCHERS

MEDICARE CHANGES IN 2017

NATURAL (AND CHEAP) ALTERNATIVES TO REMEDY COMMON AILMENTS

ASSISTANCE FOR CHILD CARE PROGRAMS IN TEXAS

5 WAYS TO QUIT SMOKING FOR GOOD

CONTACT US | TERMS OF USE | MARKETING PARTNERS | PRIVACY POLICY | SITEMAP

 



This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency

**TEXAS BENEFITS**

## Contact Us

Name *

Email *

Message

If you need further assistance please contact us at info@e-as-benefits.org

**Send**

**NEED HELP?**
Let us help you find everything you need to know with our guide

**GET IT NOW >>**

## Additional Resources

HOW TO REPORT TEXAS UNEMPLOYMENT FRAUD

MEAL PLANNING TO SATISFY YOUR POCKETS AND TUMMY

TEXAS FOOD STAMPS FOR NON-CITIZENS

IMPORTANT INFORMATION ON SECTION 8 HOUSING VOUCHERS

MEDICARE CHANGES IN 2017

NATURAL (AND CHEAP) ALTERNATIVES TO REMEDY COMMON AILMENTS

ASSISTANCE FOR CHILD CARE PROGRAMS IN TEXAS

5 WAYS TO QUIT SMOKING FOR GOOD

CONTACT US | TERMS OF USE | MARKETING PARTNERS | PRIVACY POLICY | SITEMAP

SSL    VERIFIED & SECURED

PX 1: Declaration of Lashanda Freeman
Attachment H, Page 4

← → ↻ ⌂ ⊗  https://senior-assistance.org/

This site is an sites, owned and is neither affiliated with nor endorsed by nor operated by any government agency.

Senior-Assistance.org                                        Search



# Senior-Assistance.org

Whether you need financial assistance with unemployment benefits or benefits from the food stamps program, or you require assistance with finding and obtaining housing, there are various programs available to seniors throughout the country. However, in order to enroll in Section 8 housing or to get cash assistance from the TANF program, you must meet certain eligibility requirements, and you must successfully submit a program application. The same prerequisites are required for senior-specific programs in the U.S. To obtain Social Security retirement benefits or to receive Medicare health coverage, you need to meet the established criteria. To find out about the eligibility requirements, application procedures and more for all of the most important assistance programs for seniors in the United States, and to get help with estate planning and driver's licensing procedures, review the sections below.

## Senior Health Services

### I NEED HELP WITH...

    

**Financial Services**   **Housing Services**   **Health Services**   **Driving Services**   **End of Life Arrangements**

Medicare coverage is a health care option available for senior citizens, but it is not the only one. Elderly residents can take advantage of Affordable Care Act (ACA) insurance plans or Medicaid if they need assistance with obtaining reasonable coverage. Each of these types of health care includes different covered services, application and eligibility requirements, so it is important that you familiarize yourself with each option to select the one that is best suited for you. In some cases, applicants may be eligible for Medicare and Medicaid coverage simultaneously. It is beneficial to know who is eligible for Obamacare, Medicaid and Medicare plans, as medical care is crucial in the later stages of life. For more information about the application process, coverage, cost and eligibility requirements for these programs, download our comprehensive senior health care guide here.

## Senior Financial Services

Unemployment is just one of the many financial services available to qualifying U.S. senior citizens. In addition to unemployment insurance, qualifying applicants may be eligible to obtain Social Security retirement and disability benefits as well. Seniors who are denied unemployment may file an appeal if they wish. Additionally, the Supplemental Nutrition Assistance Program (SNAP) is available to eligible senior citizens as well. Claimants may also apply for Temporary Assistance for Needy Families, also known as TANF, if they are eligible to do so. For additional information on eligibility for unemployment or Social Security retirement for seniors, download our comprehensive guide. To learn more about unemployment insurance benefits and other available financial services such as food stamps for seniors, review the information within.

## Senior Housing Services

Elderly residents may need homeownership assistance or other services to help secure housing. The U.S. Department of Housing and Urban Development (HUD) has a homeownership assistance program that can help seniors obtain new homes. Some individuals need new housing because their current home is too big to live in alone or they need to downsize due to a limited income. HUD provides homeownership assistance, housing counseling services, information on how to buy HUD homes and more. HUD can also help with Section 8 housing. For more information on how to utilize these services, please refer to the sections within.

## End of Life Arrangements

Having a plan for death is not an easy thing to consider, but it is important. End of life planning is particularly important for seniors, who are in a later stage of life than others. End of life arrangements involve many aspects, from estate handling to funeral arrangements to wills to life insurance and more. In fact, it is a good idea to keep a death preparation checklist as you begin to make your arrangements. This will help you keep track of what you have accomplished and what is still to be done. End of life planning for seniors is easy to put off, but there are drawbacks to a lack of preparation, including not having your estate handled the way you truly wish. In this section, you will learn more about planning for death arrangements, which include estate planning and funerals and alternative services.

## Senior Driving Services

Seniors who hold valid drivers credentials are often subject to regulations and stipulations that do not apply to other, younger drivers. Although every state's DMV is equally charged with securing and protecting driver safety, each state pursues that goal differently. As a result, DMV rules and policies vary widely by state, particularly in regard to senior drivers. For example, seniors seeking to renew drivers license credentials are required to retake the vision exam each time beginning at age 40 in some states, but not until age 70 in others. In most states, renewals and other license and registration services can be accessed and processed online via the DMV website. Some driver services are eligible for online processing, but the services differ by state, applicant age and task. Learn more about DMV services by downloading our comprehensive guide.

NEED HELP?
Let us help you find everything you need to know with our guide



## RESOURCES

Senior Financial Services

Senior Housing Services

Senior Health Services

Senior Driving Services

End of Life Arrangements

## Additional Resources

Signs You Do Not Need Hospice Care

Benefits of Self Driving Cars

Advancements in Hearing Aids

Make a Home Wheelchair Accessible

Weekend Activities for Seniors

Senior Financial Services FAQ

Driving Services FAQ

Senior Health Services FAQs

Senior Housing Services FAQs

TERMS & CONDITIONS | MARKETING PARTNERS | PRIVACY POLICY | CONTACT US | SITEMAP

PX-1 Declaration of Lashanto Freeman
Attachment H, Page 6

 SSL 



Contact Us - Senior-Ass...

https://senior-assistance.org/contact-us/

This site is privately owned and is neither affiliated with nor endorsed by, nor operated by any government agency.

Senior Assistance.org                                    Search

## Contact Us

You can contact senior-assistance.org by filling out the form below, by email at info@senior-assistance.org.

Name *

Email *

Message

Send

TERMS & CONDITIONS | MARKETING PARTNERS | PRIVACY POLICY | CONTACT US | SITEMAP

SSL

← C   🔒 section-8-apartments.org                                                                            ☆  👤  ⋮

This site is privately owned and is neither affiliated with  nor endorsed by  not operated by any government agency

**ᒲᒲᒧ SECTION8**
**APARTMENTS**            HOW TO APPLY    ELIGIBILITY    SELECT YOUR STATE    OTHER RESOURCES    FAQ'S

# Section 8 Housing Assistance

Step 1 of 2

"SELECT THE SERVICE YOU ARE LOOKING FOR"

We have helped *234,932* Section 8 Recipients

ELIGIBILITY

HOW TO APPLY

WAITING LISTS

DENIALS

Get your step by step guidance

Section 8 housing in the US has been assisting Americans with their housing needs since 1937. The low income housing program was designed with the knowledge that housing is a foundation for living a healthy and productive life. The local housing authorities working with HUD currently offers low income house rental assistance for approximately 4.8 million Americans who are living within mandated poverty levels. Any resident of the United States can apply, and if accepted into the program, will be given vouchers that can be used toward paying for their low income house rentals, or apartments, as long as he or she agrees to comply with the guidelines set forth by HUD and the local housing authority.

Section 8 eligibility is determined by many factors, including income, how many members are in the household, citizenship status, criminal history and rental history. If any of these areas show discrepancies, or suggest irresponsible or troubling behavior by the applicant, or anyone in their family, the applicant may be denied benefits.

What are the qualifications for low-income housing? In all areas of the US the median family income is used to determine an applicant's eligibility. Section 8 eligibility stipulates that the applicant falls into the 80 percent or less of the area's median salary range. Very low income limits will be set at the 50 percent of median income, while extremely low income limits fall into the 30 percent range. Those Section 8 housing applicants who fall into the lower categories are assigned greater priority. Many applicants wonder, "Do I qualify for Section 8 housing?" when viewing the criteria for eligibility. While no one factor will deny an applicant Section 8 benefits, having a less than satisfactory rental history, or a criminal record involving serious crimes, will severely limit the applicant's ability to be accepted. Most Section 8 denials are based on income limits.

The largest proponent of the Section 8 Housing Program in the U.S. is the Housing Choice Voucher program, followed by the project based Section 8 housing program. For each of these programs, applicants will need to meet certain Section 8 eligibility criterion. Section 8 applicants, when qualified for Section 8 housing vouchers, may still face waiting lists, and in some instances denials. To learn more about Section 8 Housing in the US, refer to the following options:

- Eligibility for Section 8 Housing
- How to Apply for Section 8 Housing
- Learn More About Section 8 Waiting Lists
- What to Do About Section 8 Denials

NEED HELP?
Let us help you find everything you need to know with our guide                          **GET IT NOW ››**

## Select Your State                    ## Additional Resources

Select Your State            ⌄          Details About the Section 8 Wait List Lottery          Lastest Section 8 Laws and Expansions in the US

## State Resources                       Important Information on Section 8 Housing Vouchers          How to Move and Maintain Housing Assistance

Eligibility

How To Apply

Waiting Lists

Denials

TERMS OF USE | MARKETING PARTNERS | PRIVACY POLICY | CONTACT US | SITEMAP                    🔒 SSL      VERIFIED & SECURED

PX 1 Declaration of Lashanda Freeman
Attachment H, Page 7



This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency.

SECTION8
APARTMENTS

HOW TO APPLY    ELIGIBILITY    SELECT YOUR STATE    OTHER RESOURCES    FAQ'S

## Contact Us

**Name \***

**Email \***

Message

NEED HELP?
Let us help you find everything you need to know with our guide

GET IT NOW >>

## Select Your State

## State Resources

Eligibility

How To Apply

Waiting Lists

Denials

## Additional Resources

Details About the Section 8 Wait List Lottery

Important Information on Section 8 Housing
Vouchers

Lastest Section 8 Laws and Expansions in the
US

How to Move and Maintain Housing Assistance

TERMS OF USE | MARKETING PARTNERS | PRIVACY POLICY | CONTACT US | SITEMAP

SSL

VERIFIED & SECURED

PX 1 Declaration of Lashanda Freeman
Attachment H, Page 8

TENNESSEE
FOOD STAMPS

HOW TO APPLY    ELIGIBILITY    DENIALS    BENEFITS    FAQS

# Tennessee Food Stamps

SELECT THE SERVICE YOU ARE LOOKING FOR

We Have helped 234,932 Tennessee Residents

The Tennessee food stamps program benefits thousands of state residents every year by providing nutritional assistance to low-income households. The SNAP food stamps program, short for Supplemental Nutrition Assistance Program, is fully funded by the federal government and administered by the Department of Human Services in TN. Qualifying food stamps recipients receive an electronic benefit transfer (EBT) card to use on approved food items when they go grocery shopping at accepting locations. With food stamps benefits, families who find themselves financially struggling are able to maintain a healthy diet while using their household income toward other necessities. For example, if a family is able to save a certain amount of money every month because they do not have to spend their money on food, then they may be able to put those funds toward transportation or housing expenses.

After finding the answer to, "What is food stamps in Tennessee?" many interested applicants begin to delve deeper into the SNAP program in order to gain a better understanding of its benefits and how it functions. To understand more about food stamps program specifics, it is important to first grasp a few basic components before beginning the application process. For instance, before applying, an applicant must determine if he or she is eligible for the Tennessee SNAP program by evaluating the established requirements, which range from income to citizenship and more. Once he or she determines eligibility, it is time to begin the application process. The food stamps application asks for various forms of identification to confirm the petitioner's eligibility status and other pertinent details. In learning about the food stamps program and its application process, candidates will also become aware of the various pieces of information that the SNAP form requires. Only by preparing ahead of time can applicants give themselves the best chance at a successful application.

To gain a better understanding of how to determine your SNAP food stamps eligibility, how to submit an application and more, download our comprehensive guide. Preview the information below for more details on the SNAP application process.

## Food Stamp Benefits in Tennessee

Those interested in SNAP food benefits in Tennessee should understand what type of items the programs cover and what items it does not cover in order to properly plan their finances. Since the benefits for food stamps program is funded to provide recipients with nutritional food options, items households can purchase with EBT cards are limited to food. On the other hand there are also items that are not included with SNAP benefits in TN, as those items, whether they are food items or other grocery items, are not considered conducive to a healthful diet. In order to fully understand how to use a benefit card for food stamps, it is also important applicant know exactly what an EBT card is and how to use it. Foods eligible for SNAP benefits were defined by the Food and Nutrition Act of 2008 as "any food or food product for home consumption." By defining what funds are eligible to be purchased with food stamps benefits, the federal government was able to keep people from taking advantage of the benefits by buying items not suitable for consumption. Despite this clause regarding benefits for the food stamps program, there are food items that could be labeled as luxurious or non-nutritious. However, Congress decided not to impose such restrictions on the SNAP program because it would be too expensive. Therefore, SNAP food benefits do extend to classes of food beyond the basic categories. READ MORE

## Tennessee Eligibility Requirements for Food Stamps

Food stamps requirements in Tennessee consist of a variety of eligibility factors so the Department of Human Services (DHS) can provide benefits to residents who need them most. The TN requirements for food stamps begin with meeting income qualifications, as the program was developed for low-income households or individuals who are financially struggling. After passing the income test, applicants must satisfy basic citizenship requirements. Moreover, food stamps eligibility relies upon a number of additional factors that should be understood before an interested applicant begins his or her application process. Once applicants know how to qualify for food stamps in TN, completing an application becomes a smooth experience. READ MORE

## How to Apply for Food Stamps in Tennessee

When households are looking to get food stamps in Tennessee, it is important for them to know all aspects of the process. After determining whether or not you meet the eligibility requirements, learning how to apply for food stamps is the next step in applying for SNAP benefits. While there are many different methods for submitting a food stamps application in Tennessee, all petitioners have to follow a similar process to complete the application. Whether applicants want to get food stamps with the online application or the print application, they need to provide specific information and documentation to verify their identity and income status. By the same token, all aspects of the SNAP application are structured so applicants can demonstrate to the Department of Human Services (DHS) that they meet the basic eligibility requirements. It is imperative those wishing to apply to the SNAP program understand what information is required of them so they can prepare it before beginning their application. READ MORE

## Food Stamp Denials and Appeals in Tennessee

It is wise to be familiar with the Tennessee food stamps denial process even though you may be certain you fulfill all of the SNAP eligibility requirements and have thoroughly reviewed your application. Having your food stamps application denied might seem worrisome at first, however there is a process for you to appeal your application determination. The food stamps appeal process in TN is simple enough to understand as long as you followed all of the necessary steps. For this reason, an applicants should know how to appeal SNAP benefits denial once they have submitted an application so they will be prepared in the event their application is denied. READ MORE

## How to Renew Your Food Stamps Benefits in Tennessee

Food stamps renewal in TN is the best option for Tennessee residents who still find themselves in need of assistance when their SNAP benefits are close to expiring. Typically, the food stamps renewal application works much like the original application. If the circumstances in which you originally applied have not changed, then the SNAP renewal process is rather simple because the Department of Human Services (DHS) already has your information on file. However, if your circumstances have changed, then you must report those changes to the DHS. This is because it is possible you may no longer qualify for SNAP benefits. Renew food stamps online in Tennessee for a simple and quick process through your DHS online account so you do not miss out on your benefits. READ MORE

NEED HELP?
Let us help you find everything you need in on one with our guide

GET IT NOW >>

### State Resources
Eligibility
How to Apply
Benefits
How To Appeal
Renewal

### Additional Resources
Tennessee Utility Assistance
Tennessee Food Stamps Brand Importance
SNAP Work Requirements
Maintaining A Healthy Weight On SNAP
Gluten Free On Food Stamps

Farmers Markets Accepting TN EBT
Energy-Efficient Home Tips
Six Devices That Increase Your Electric Bill
Eating Vegan On Food Stamps
Cash Assistance Benefits In Tennessee

TERMS OF USE | MARKETING PARTNERS | PRIVACY POLICY | CONTACT US | SITEMAP

This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency.



**TENNESSEE**
**FOOD STAMPS**

HOW TO APPLY    ELIGIBILITY    DENIALS    BENEFITS    FAQS

## Contact Us

**Name** *

**Email** *

**Message**

at info@tennesseefoodstamps.org

Send

---

**NEED HELP?**
Let us help you find everything you need to know with our guide

GET IT NOW ››

### State Resources

Eligibility

How to Apply

Benefits

How To Appeal

Renewal

### Additional Resources

Tennessee Utility Assistance

Tennessee Food Stamps Brand Importance

SNAP Work Requirements

Maintaining A Healthy Weight On SNAP

Gluten Free On Food Stamps

Farmers Markets Accepting TN EBT

Energy-Efficient Home Tips

Six Devices That Increase Your Electric Bill

Eating Vegan On Food Stamps

Cash Assistance Benefits In Tennessee

TERMS OF USE | MARKETING PARTNERS | PRIVACY POLICY | CONTACT US | SITEMAP

SSL    VERIFIED & SECURED

PX 1: Declaration of Lashanda Freeman
Attachment H, Page 10

MARYLAND
UNEMPLOYMENT

ELIGIBILITY    HOW TO APPLY    BENEFITS    DENIAL OF BENEFITS    EXTENSIONS

## Maryland Unemployment Assistance

Step 1 of 2

SELECT THE SERVICE YOU ARE LOOKING FOR

We have helped 258,327 Maryland residents

Unemployment in Maryland is designed to help residents who find themselves without a job. Also known as unemployment insurance, these benefits provide financial relief to workers who were released from their place of employment through no fault of their own. Through no fault of their own, is clearly defined for claimants so they know who the program gives assistance to and why. Assistance for qualified candidates is monetary and is distributed through a prepaid debit card. Furthermore, the program's goal is to assist its beneficiaries in finding consistent employment, so anyone who qualifies will have help looking for a new job. When you attempt to obtain unemployment insurance benefits in MD, you first have to file an unemployment claim so Maryland's Division of Unemployment Insurance can assess your eligibility for the program.

Before you can file for MD unemployment insurance coverage, you need to determine if your circumstances qualify you for benefits. To be eligible for unemployment, there are specific state requirements, work hours, and reasons for termination the division considers. Additionally, EDD unemployment, called DUI for the Division of Unemployment Insurance in Maryland, has an in-depth application process that requires various kinds of information from you, including your work history and income. It is best to get as much unemployment information as possible before beginning your claim so you can be sure your benefits will not be denied. Our site walks you through unemployment insurance qualifications and how to apply for benefits so the process can be simpler for you.

When you are looking to get unemployment benefits, you should have a thorough understanding of the benefits the program provides and what you can do in the event your claim is denied. Furthermore, it is important to understand how you can get your unemployment coverage extended when you need a little assistance during your search for new employment. We provide all of the comprehensive information you need to better understand how unemployment insurance works and how it receives assistance. Continue to the sections below to learn more about MD unemployment and how claim your benefits.

### Eligibility for Unemployment Insurance in Maryland

When you ask yourself "What are the requirements to get unemployment?" you should be prepared to disclose your full work history to determine whether or not you meet Maryland's Division of Unemployment Insurance (DUI) qualifications. Before filing an unemployment claim, determine your eligibility for unemployment by assessing the program's various work and state requirements. For the most part, unemployment insurance eligibility relies upon your work wages earned within a specified amount of time and your reasons for parting with your employer. This is because Unemployment Insurance is designed to give those who were let go from their position financial leverage while they search for a new job. However, there are various other circumstances that may affect your qualifications for unemployment or the amount of benefits you receive. Continue reading the sections that follow for more information and download our comprehensive guide for specific details on Maryland unemployment eligibility. READ MORE

### How to Apply for Unemployment Insurance in Maryland

If you are asking yourself, How can I sign up for unemployment in MD? you should be aware that the filing process has two parts. When you first file for an unemployment claim, it is called an initial claim and establishes whether or not you are eligible for unemployment insurance. Your initial claim seeks to determine your eligibility by reviewing your work and wage history over the past 18 months. If your initial claim is approved, then you must continue to apply for unemployment benefits by filing out a weekly claim certification, which indicates your unemployment status has remained unchanged, and therefore you are still in need of insurance coverage. You should file for unemployment benefits after your last day of employment. It is important to learn how to file for an unemployment claim as soon as possible so you do not miss out on coverage and so you do not end up filing too late. If you file too late, your claim can be denied. Read the sections that follow to find out what you need to complete your claim and how to do it. READ MORE

### Unemployment Insurance Benefits in Maryland

Once you claim unemployment benefits in Maryland, it is important to understand how your benefits work. Claiming benefits for unemployment means you receive a payout for each week you file for insurance coverage. Upon receiving benefits, you agree to search for a job with the assistance of the state, if need be, and you honestly report your employment status. To learn how to claim unemployment benefits in MD, read the sections that follow. READ MORE

### Denial of Unemployment Insurance in Maryland

When you are denied unemployment in Maryland the Division of Unemployment Insurance (DUI) has determined you do not meet the program's eligibility restrictions. Maryland unemployment denial may also mean you are no longer abiding by the program's requirements, thus your benefits period has expired. There are many different reasons you might be denied unemployment benefits, but sometimes they are reasons you can plea against. If you have your unemployment compensation benefits denied, then you can plea against the DUI's decision by filing an appeal. It is important claimants understand why they might be denied unemployment and how to file an unemployment denial appeal so they can be prepared ahead of time and make a conscious effort to avoid being denied in the first place. For answers to the question "What can I do if unemployment denied me benefits in MD? continue reading the sections that follow. READ MORE

### Unemployment Insurance Extensions in Maryland

An unemployment benefits extension in Maryland means that you are able to extend your benefits beyond the 26-week limit due to unforeseeable difficulties securing employment. An unemployment extension has to be granted by the federal government either on a state-by-state basis or nationwide. A federal unemployment extension is commissioned if the state in question, or the entire country, is experiencing economic hardship. This is because an economic recession results in high levels of unemployment, thus making it more challenging to acquire full-time employment. Currently, an unemployment compensation extension is not offered in Maryland, however it is still beneficial to know when active low unemployment extensions are available. There have been several instances of national unemployment extensions that can help you better understand the process of an extension and how it serves unemployment claimants. Find out more about extensions by reading the sections that follow and downloading our comprehensive and free Maryland unemployment guide. READ MORE

### Wrongful Termination in Maryland

If you are asking, What is a wrongful termination in MD? chances are you have come across the term in your search for unemployment assistance. A wrongful termination in Maryland means an employee has been discharged from their position illegally. There are certain exceptions in which an employee can be wrongfully fired from their job even though Maryland is an at-will state. It is important you understand everything about those conditions. When you are wrongfully terminated from job, you should know what options are available to you and how you can receive reimbursement for your hardship. While a wrongful dismissal qualifies you for unemployment benefits, being wrongfully fired from a job can also award you other compensation claimants should you choose to file a suit against your employer. Learn more about wrongful termination and what to do when you are wrongfully terminated by reading the sections that follow and downloading our comprehensive guide. READ MORE

NEED HELP?

### State Resources

Eligibility
How to Apply
Benefits
Denials
Extensions

### Additional Resources

Using A Job Recruiting Service
Understand Student Loan Deferment
Social Media Effects On Hiring
Guarantees of Employment Laws
Foods To Buy In Bulk

Maryland Debt Relief Options
Paying By Credit Or Debit
All About Credit Scores
Accredited Vs Unaccredited Schools
What Happens To 401(k) After A Layoff

TERMS OF USE | MARKETING PARTNERS | PRIVACY POLICY | CONTACT US | SITEMAP

 

← C ⓘ maryland-unemployment.org/contact-us

This site is privately owned and is neither affiliated with nor endorsed by nor operated by any government agency

**MARYLAND**
UNEMPLOYMENT

ELIGIBILITY   HOW TO APPLY   BENEFITS   DENIAL OF BENEFITS   EXTENSIONS

**Contact Us**

Name *

Email *

Message

NEED HELP?
Let us help you find everything you need to know with our guide

**GET IT NOW ▸▸**

**State Resources**

Eligibility

How to Apply

Benefits

Denials

Extensions

**Additional Resources**

Using A Job Recruiting Service

Understand Student Loan Deferment

Social Media Effects On Hiring

Guarantees of Employment Laws

Foods To Buy In Bulk

Maryland Debt Relief Options

Paying By Credit Or Debit

All About Credit Scores

Accredited Vs Unaccredited Schools

What Happens To 401(k) After A Layoff

TERMS OF USE | MARKETING PARTNERS | PRIVACY POLICY | CONTACT US | SITEMAP

Ⓡ SSL       VERIFIED & SECURED

PX 1: Declaration of Lashanda Freeman
Attachment H, Page 12

# Attachment I

PX1, Attachment I
Video of LicenseDriver Purchase – Filed On Disc

Attachment J



License-Driver.Com is in no way or fashion affiliated with any federal or local governmental agency or offices.

**LICENSE DRIVER**

HOME   LOCATIONS   ROAD GUIDE™   OFFICIAL FORMS   STATE INFO   ABOUT US

## OBTAIN YOUR ROAD GUIDE

Welcome to license-driver.com, your comprehensive resource for all you driver license-related services. The services we provide are available for free in the official sites or local offices. You can purchase for $23.98 and download our comprehensive guide and resources, which contains vital information in order to perform any DMV service and also included is the Roadside Assistant Program and other benefits including official forms and helpful checklists. By clicking continue I represent that I am 18+ years of age. I agree to receive email newsletters and offers targeted to my interests, sent by license-driver.com and their Marketing Partners. Please fill out form below to get the process started

### Renew Drivers License In Your State

GET ALL THE INFORMATION TO COMPLETE THE PROCESS & NOW

Keeping your drivers license up to date is crucial in order to drive legally on state roads. **Expired driving licenses must be renewed. Lost or stolen licenses must be replaced.** Inaccurate licenses must be updated with current and accurate information.

To maintain your drivers license and your driving privileges, select one of the services above for simple and comprehensive information about driver's licensure in your state of residence. Find out how to obtain a learners permit or a full driver's license, and how to best maintain your driving privileges, by downloading our guide.

How to get a new driver's license or learner's permit

Driver's license renewal process

How to replace a lost or stolen driver license

How to update your driver's license

### VERIFY YOUR INFORMATION

STEP 1 OF 2

First Name *        Last Name *

Email Address *

Zip*

By pricing continue, I agree at the terms and conditions and privacy policy and means direct services and newsletters sent with my interests

**CONTINUE >>**

SSL Encryption
VERIFIED & SECURED

New car registration and car title process

How to reinstate your driver's license

license-driver.com is a privately owned website and it is not affiliated with any government agencies. The services we provide are available for free in the official sites or local offices. You can purchase for $23.98 and download our guide and resources, which contains vital information in order to perform any DMV service and receive a free $25 gas rebate, the Roadside Assistant Program & other benefits including official forms and checklists. By clicking continue I represent that I am 18+ years of age. I agree to receive email newsletters and offers targeted to my interests, sent by license-driver.com and their Marketing Partners. By continuing to use our site, you accept our Terms and Conditions and Privacy Policy

TERMS AND CONDITIONS   |   PRIVACY STATEMENT   |   CONTACT US   |   MONEY BACK GUARANTEE   |   INTERNATIONAL CUSTOMERS   |   SITEMAP

Copyright © License Driver 2019 All Rights Reserved

PX 1 Declaration of Lashanda Freeman
Attachment J Page 1



License-Driver.Com is in no way or fashion affiliated with any federal or local governmental agency or offices.

HOME    LOCATIONS    ROAD GUIDE™    OFFICIAL FORMS    STATE INFO    ABOUT US

⬤ LICENSE DRIVER

**OBTAIN YOUR ROAD GUIDE**

Welcome to license-driver.com, your comprehensive resource for all you driver license-related services. The services we provide are available for free in the official sites or local officers. You can purchase for $23.98 and download our comprehensive guide and resources, which contains vital information in order to perform any DMV service and also included is the Roadside Assistant Program and other benefits including official forms and helpful checklists. By clicking continue I represent that I am 18+ years of age, I agree to receive email newsletters and offers targeted to my interests, sent by license-driver.com and their Marketing Partners. Please fill out form below to get the process started.

SELECT A SERVICE

PERSONAL INFORMATION

First Name *

Last Name *

Birth Date*
Month    Day    Year

Email Address*
@    .com

Phone Number*
Primary Phone Number

Gender*
Select

Billing Address *
Street Address

Apt # Suite
Address Suite

City*
City

State *
State

Zip*

CONTINUE >>

VISA

How to get a new driver's license or learner's permit

Driver's license renewal process

How to replace a lost or stolen driver license

How to update your driver's license

New car registration and car title process

How to reinstate your driver's license

license-driver.com is a privately owned website and it is not affiliated with any government agencies. The services we provide are available for free in the official sites or local offices. You can purchase for $23.98 and download our guide and resources, which contains vital information in order to perform any DMV service and receive a free $25 gas rebate, the Roadside Assistant Program & other benefits including official forms and checklists. By clicking continue I represent that I am 18+ years of age, I agree to receive email newsletters and offers targeted to my interests, sent by license-driver.com and their Marketing Partners. By continuing to use our site, you accept our Terms and Conditions and Privacy Policy

TERMS AND CONDITIONS    |    PRIVACY STATEMENT    |    CONTACT US    |    MONEY BACK GUARANTEE    |    INTERNATIONAL CUSTOMERS    |    SITEMAP

Copyright © License Driver 2019 All Rights Reserved

PX 1: Declaration of Lashanda Freeman
Attachment 2, Page 2

License-Driver.Com is in no way or fashion affiliated with any federal or local governmental agency or offices.

# LICENSE DRIVER

HOME    LOCATIONS    ROAD GUIDE™    OFFICIAL FORMS    STATE INFO    ABOUT US

## IMPORTANT NOTICE (UPDATED 01/18/17)

Please click "continue" to proceed and agree to the following:

By using the license-driver.com website (the "Site"), you agree to follow and be bound by these terms and conditions of use (the "Terms and Conditions") and agree to comply with all applicable laws and regulations.

If you have any questions about our terms, please refer to the complete terms of service page or contact admin@license-driver.com. You agree that the Site is privately owned and is neither operated by, nor affiliated with, any government agency. You agree that the Site is not a law firm, nor can the Site provide any kind of legal or professional advice. The Site provides helpful, time-saving information and downloads as a private value-add to services offered by the Department of Motor Vehicles. You agree that, by entering into this Agreement, you and the Site are each waiving the right to a trial by jury or to participate in a class action.

LICENSE-DRIVER.COM provides an online portal to give visitors a general understanding of the driver license registration process and to provide an automated software solution to individuals who choose to complete the form(s) on our Site using the license-driver.com developed form(s), where applicable. The resources the Site offers includes the Easy Guide™, an organized collection of in depth content, tips and directions about a plethora of driver-vehicle and DMV based content and downloads specific to your state and needs. Where applicable, the Site includes pre-populated forms, as well as links to DMV manuals, DMV locations, practice tests, study guides.



CONTINUE

TERMS AND CONDITIONS    |    PRIVACY STATEMENT    |    CONTACT US    |    MONEY BACK GUARANTEE    |    INTERNATIONAL CUSTOMERS    |    SITEMAP

Copyright © License Driver 2019 All Rights Reserved

PX 1: Declaration of Lashanda Freeman
Attachment J, Page 3



License-Driver Comm is no way or facilitate affiliated with any firm and or local governmental agency or others

## LICENSE DRIVER

VERIFIED & SECURED

### Order Details

**Billing Information**

For expedited processing of our products, we recommend debit card usage

First Name:

Last Name:

Email

Primary Phone

Address

Credit Card Number
16-Digit Number

Expiration Date:
MM    YYYY

CVV Security Code:
CVV

Billing Zip Code:

**Support Mothers Against Drunk Driving**

Help make roads safer. Select a donation amount below.

○$1   ○$3   ○$5   ●No, thanks

Submit

VISA

Welcome to license-driver.com. Discover all you need to know about drivers license services on our new and comprehensive website. Find out how to apply for a new driver's license, replace a lost or damaged license, as well as how to update your information on your driver's license with a new name or address. Also, learn how to establish expedited services licenses, after completing various objectives. Regardless of your drivers license information needs, our website has you covered. The comprehensive Road Guide and detailed checklists have all of the above information and even more, to ensure that you are prepared for any enrichment procedures.

We provide helpful, time-saving information and downloads as a provider value add to motor vehicle services. This includes numerous resources, helpful checklists and important information for a fee of $12.98 collected via completing the process listed by Privacy Continue and using this license-driver.com website, you agree to follow and be bound by these Terms & Conditions and consent to our Privacy Policy. This site is privately owned and is neither operated by nor affiliated with any governmental agency. Contact phone number 866-346-6909

TERMS AND CONDITIONS  |  PRIVACY STATEMENT  |  CONTACT US  |  MONEY BACK GUARANTEE  |  INTERNATIONAL CUSTOMERS  |  SITEMAP

Copyright © License Driver 2019 All Rights Reserved

PX 1  Declaration of Lashanda Freeman
Attachment J  Page 4



PX 1: Declaration of Lashanda Freeman
Attachment 2 Page 5



<?xml version="1.0" encoding="ISO-8859-1"?>
- <Error>
    <Code>NoSuchKey</Code>
    <Message>The specified key does not exist.</Message>
    <Key>checklist/drivers/Your-State.pdf</Key>
    <RequestId>A53E3419FB3E8A1AF</RequestId>
    <HostId>TUIZvwwdxq/IFC2Me6Rbb7ZS96VHX/HN1PkR3uzXT0JYZlt6owEPHEHUJHun4Ik8liQss/fCnY+</HostId>
  </Error>

PX 1, Declaration of Lashanda Freeman
Attachment J Page 6

Attachment K

 **Gmail**                                        

---

## license-driver.com
1 message

---

**license-driver.com** <info@r.license-driver.com>                     Fri, Mar 8, 2019 at 12:32 PM
Reply-To: info@r.license-driver.com
To: ▆▆▆▆ <▆▆▆▆▆▆▆@▆▆.com>

If you received this message to your Spam/Junk Folder, please click "Not Spam/Move to Inbox"
Then please and add **admin@license-driver.com** to your address book.

---



Thank you for your purchase. Please follow the link below to download your California Drivers License Road Guide. Inside, you will find useful information regarding your drivers license related services.

We have thoroughly researched all the topics contained in your California Drivers License Road Guide to make your trip to the DMV a lot simpler. Just follow our step-by-step instructions and save time by having all the required documentation ready. Your California Drivers License Road Guide also includes helpful links to all the forms you need to present and to online services, if available in your state.

Please make sure that you download the California Drivers License Road Guide and your state forms and that you also complete your license and/or registration process with your official state department of motor vehicles.

Should you have any concerns or questions, just reply to this email and one of our customer service representatives will be glad to assist you.

Download California Drivers License Road Guide Now

$25 Gas Rebate

Redeem your free 60 day trial of Roadside Assistance services

Please take advantage of this fantastic opportunity to earn a valuable $25 Gas Rebate to your selected major gas station chain.

Take 20% off all orders with code DMV20 at AdvanceAutoParts.com.

---

This email was sent to ▆▆▆▆▆@▆▆.com, on 03/08/2019 from license-driver.com This site is privately owned and is neither operated by, nor affiliated with, any government agency.