Attachment L

3/13/2019                                        Citi Commercial Cards



**This is not your final statement.**

| BILLING ACCOUNT NUMBER ···· ···· ·■■■ | BILLING ACCOUNT NAME ■■■■■■ | CURRENT BALANCE $ 344.08 | TRANSACTION TOTAL $ 344.08 |
| --- | --- | --- | --- |

| TRANSACTION DATE | POSTING DATE | TRANSACTION DETAILS | EXCHANGE RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| 02/23/2019 | 02/25/2019 | ■■■■ | | ■■ |
| 03/04/2019 | 03/05/2019 | ■■■■ | | ■■ |
| 03/05/2019 | 03/06/2019 | ■■■■ | | ■■ |
| 03/08/2019 | 03/11/2019 | LICENSE-DRIVER.COM | | 3.99 |
| 03/10/2019 | 03/11/2019 | ■■■■ | | ■■ |
| 03/10/2019 | 03/12/2019 | LICENSE-DRIVER.COM | | 19.99 |

PX 1: Declaration of Lashanda Freeman
Attachment L: Page 1

Attachment M

PX1, Attachment M
Video of LicenseGuides Purchase – Filed On Disc

Attachment N

LicenseGuides.Org is in no way or fashion affiliated with any federal or local governmental agency or offices.

**LICENSE GUIDES**

HOME    LOCATIONS    ROAD GUIDE™    OFFICIAL FORMS    STATE INFO    ABOUT US

## OBTAIN YOUR ROAD GUIDE

Welcome to licenseguides.org, your comprehensive resource for all you driver license-related services. The services we provide are available for free in the official sites or local offices. You can purchase for $23.98 and download our comprehensive guide and resources, which contains vital information in order to perform any DMV service and also included is the Roadside Assistant Program and other benefits including official forms and helpful checklists. By clicking continue I represent that I am 18+ years of age. I agree to receive email newsletters and offers targeted to my interests, sent by licenseguides.org and their Marketing Partners. Please fill out form below to get the process started

GET ALL THE INFORMATION TO
COMPLETE THE PROCESS NOW

## Renew Drivers License In Florida

By law, drivers must renew their driving licenses in the state of Florida upon expiration. Driving a motor vehicle without a valid driver's license is illegal in Florida, as is driving with expired credentials. Drivers who opt not to renew their driver's license can be ticketed and fined by law enforcement, and may even face jail sentences. To act in the task, our detailed guide lists all of the most important information surrounding driver's license renewals, so you can ensure the recurring process is handled in a timely manner.

In Florida, you can choose to renew your driver's license in a variety of ways. However, there are time guidelines in place surrounding the option selected. Generally, driver's licenses can be renewed up to 18 months prior to expiration. If you do not renew your driver's license on or by the expiration date, you must pay delinquent fees when a renewal is finally processed. Our trustworthy guide outlines all the steps necessary in order to renew a Florida driver's license efficiently and on time, so you know all of the requirements associated with the process and never miss a driver's license renewal date

STEP 1 OF 3

### ⊕ VERIFY YOUR INFORMATION

First Name *          Last Name *

[First Name]          [Last Name]

Email Address *

[Email Address]

Zip*

[Zip Code]

CONTINUE >>

By providing approval, I agree to the terms and conditions and privacy
policy and receive emails and newsletters tailored to my interests.

SSL Encryption          ☑ VERIFIED & SECURED
128-bit protection



How to get a new driver's
license or learner's permit

Driver's license renewal
process

How to replace a lost or
stolen driver license

How to update your
driver's license

New car registration and
car title process

How to reinstate your
driver's license

TERMS AND CONDITIONS  |  PRIVACY STATEMENT  |  CONTACT US  |  MONEY BACK GUARANTEE  |  INTERNATIONAL CUSTOMERS  |  SITEMAP

Copyright © License Guides 2019 All Rights Reserved



licenseguides.org is a privately owned website and it is not affiliated with any government agencies. The services we provide are available for free in the official sites or local offices. You can purchase for $23.98 and download our guide and resources, which contains vital information in order to perform any DMV service and receive a free $25 gas rebate, the Roadside Assistant Program & other benefits including official forms and checklists. By clicking continue I represent that I am 18+ years of age. I agree to receive email newsletters and offers targeted to my interests, sent by licenseguides.org and their Marketing Partners. By continuing to use our site, you accept our Terms and Conditions and Privacy Policy

PX 1 Declaration of Lashanda Freeman
Attachment K: Page 1





Licenseguides.Org is in no way or fashion affiliated with any federal or local governmental agency or officer.

HOME   LOCATIONS   ROAD GUIDE™   OFFICIAL FORMS   STATE INFO   ABOUT US

LICENSE GUIDES

IMPORTANT NOTICE (UPDATED 01/18/17)

Please click "continue" to proceed and agree to the following:

By using the licenseguides.org website (the "Site"), you agree to follow and be bound by these terms and conditions of use (the "Terms and Conditions") and agree to comply with all applicable laws and regulations.

If you have any questions about our terms, please refer to the complete terms of service page or contact admin@licenseguides.org. You agree that the Site is a privately owned and is neither operated by, nor affiliated with, any government agency. You agree that the Site is not a law firm, nor can the Site provide any kind of legal or professional advice. The Site provides helpful, time-saving information and downloads as a private value-add to services offered by the Department of Motor Vehicles. You agree that, by entering into this Agreement, you and the Site are each waiving the right to a trial by jury or to participate in a class action.

LICENSEGUIDES.ORG provides an online portal to give visitors a general understanding of the driver license registration process and to provide an automated software solution to individuals who choose to complete the form(s) on our Site using the licenseguides.org developed form(s), where applicable. The resources the Site offers includes the Easy Guide™, an organized collection of in-depth content, tips and directions about a plethora of driver vehicle and DMV based content and downloads specific to your state and needs. Where applicable, the Site includes pre-populated forms, as well as links to DMV locations, DMV manuals, practice tests, study guides.

CONTINUE

TERMS AND CONDITIONS   |   PRIVACY STATEMENT   |   CONTACT US   |   MONEY BACK GUARANTEE   |   INTERNATIONAL CUSTOMERS   |   SITEMAP

Copyright © License Guides 2019 All Rights Reserved



http://licenseguides.org/checklist/renew-drivers-license/florida.html

Licenseguides.Org is in no way or fashion affiliated with any federal or local governmental agency or offices.

LICENSE GUIDES

HOME   LOCATIONS   ROAD GUIDE™   OFFICIAL FORMS   STATE INFO   ABOUT US

## OBTAIN YOUR ROAD GUIDE

Your Road Guide can be download now below and we have also sent it to the email you provided along with other great benefits such as the $25 gas coupon. Please Note: this email may be delivered to your Spam folder depending on your email service provider.

We have also provided other great resources for you below such as the DMV office locator, driver tips, and a handy audiobook

DOWNLOAD

Your Road Guide is ready for download



DOWNLOAD NOW

Use Code **DMV20** to get 20% off at AdvanceAutoParts.com

Advance Auto Parts

REDEEM NOW

Redeem your FREE 60 day trial of Roadside Assistance now!

REDEEM NOW

Driver tips and resources handbook

DOWNLOAD NOW

Find the **DMV Office** nearest you

CLICK HERE TO SEARCH

TERMS AND CONDITIONS  |  PRIVACY STATEMENT  |  CONTACT US  |  MONEY BACK GUARANTEE  |  INTERNATIONAL CUSTOMERS  |  SITEMAP

Copyright © License Guides 2019 All Rights Reserved

PX-1 Declaration of Lashanda Freeman
Attachment N  Page 5



PX 1, Declaration of Lashanda Freeman
Attachment N, Page 6

Attachment O

When out on the road, you will know that you are covered and protected by an organization that cares about the safety of you and your family. Our customer service representatives respond quickly to provide you the best service and protection available anywhere.

Customers are covered for emergency road service throughout the U.S. and Canada.

Customers are entitled to emergency towing service at no out-of-pocket cost for any tow up to 75 dollars. One service per seven days, two services per contract. Extended distance will be an additional expense covered by the customer.

Customers are entitled to any service requiring minor adjustments (exclusive of parts) to enable a disabled vehicle to proceed under its own power, where available.

Customers may have their tire changed with their inflated and functional spare tire.

A service truck will deliver emergency supplies of gasoline, water, oil or other necessary supplies. Customers pay only for the cost of the supplies.

Customers are covered for battery boosts and minor adjustments to alternators, starters, etc. while on the road.

If keys are locked inside a customer's vehicle, the customer will be assisted in gaining entry to the vehicle's passenger compartment only. Locksmith services may be dispatched as needed at the customer's expense for labor and key making.

Customers are entitled to take advantage of our rental car discount codes and pre-negotiated group rates, which are honored at thousands of locations throughout the U.S. and abroad.

We will, at no charge, provide customers with a four-color mapping and travel route information to destinations they specify.

A $500 reward is offered for information leading to the arrest and conviction of anyone responsible for Hit & Run damages or stealing customers' vehicles. Whenever you travel, you will like the secure and confident feeling of knowing that you are protected by NSD's Roadside Assistance. Fast response and excellent service are just two reasons why millions of motorists rely on NSD's Roadside Assistance for on-the-road protection.

## Keeping You Safe Mile After Mile

Once your purchase is processed, you will receive an email with the information you will need to start your 60 days Road Assistance.



Follow the link in your confirmation email to start redeeming your $25 Gas Coupon.

*PLEASE SAVE ALL THE INFORMATION FOR YOUR RECORDS. You will use your log in information throughout the course of your complimentary gas membership.

Copyright Of OnPoint Guides, LLC That Owns The Copyright 2018

# Table Of
# Contents

Starting the Journey

6

Getting Your First Florida License

13

Renewing Your License

17

Updating Your License Information

19

Replacing Your License

21

Reinstating Your License

24

Getting a Florida ID Card

26

Vehicle Safety Tips

29

Official Forms

33

DMV Hours and Locations

34

Copyright Of OnPoint Guides, LLC That Owns The Copyright 2018

# Starting
# the Journey



Welcome to the world of driving in Florida. Obtaining your license is one of the most gratifying moments in your life.

Our purpose through this guide is to make sure you get to that moment with as little stress or complications as possible. Getting your driver license in Florida is a smooth-sailing process that only requires you to prepare slightly before embarking on the adventure. That is where we come in; we are here to help you know exactly what it is you need to prepare and how to prepare for it properly. This is a process that will only take a short amount of time. In fact, the guide is specifically organized towards ensuring that you are able to get through your DMV-related tasks as quickly and as organized as possible. Jam-packed with information regarding everything from obtaining your learner permit, driver license or ID card all the way to how to renew, replace or change these items. We will make getting ready to drive on the Florida roads fast and easy, so enjoy as we make life a bit less complicated.

PX 1: Declaration of Lashanda Freeman
Attachment O: Page 6
Copyright Of OnPoint Guides, LLC That Owns The Copyright 2018

## All Drivers

You must remember that the roads are not always safe. It is in your best interest to prepare fully for whatever may come your way before you begin driving. As you learn how to drive, you not only take on the responsibility for your safety, but you are also responsible for the safety of your passengers and those in the vehicles around you. In order to best prepare yourself, the DMV requires you to obtain first your learner's permit to learn how to drive properly. If you would like to understand how to obtain your learner's permit, please read the steps below:

### Vision Exam

Everyone has to pass a vision test before getting a license. This is only to ensure that you will be able to react promptly to the dangers of the road and avoid accidents. You can have your driving privileges revoked if you do not pass your vision exam. The good news is that you are allowed to wear contact lenses or glasses to pass the test, but your driver's license will state that you are restricted to wear corrective lenses when driving. If you get corrective eye surgery, you can ask the Department of Highway Safety and Motor Vehicles to remove the restriction by submitting an official report from your physician or eye doctor. You cannot use telescopic lenses to meet visual standards in Florida. The minimum vision standards, with or without corrective lenses, are:



 20/40 or better vision in each eye.

 20/50 or worse vision in either eye, but you will be referred to a specialist for improvement.

 20/70 vision in either eye or both eyes together, if vision cannot be improved after referral to an eye specialist.

 130-degree field of vision.

However, if one eye is blind or has 20/200 vision or worse, the other eye must have 20/40 vision or better to pass.

### Hearing Exam

You must be able to hear a conversation spoken at a normal tone and volume to be eligible for a standard license. If you are deaf or have restricted hearing, you can apply for a license with a special designation that indicates the cardholder is deaf or hard of hearing. This symbol will make help facilitate communication needs if pulled over by a police officer. Unless wearing a hearing aid, drivers who are deaf or hard of hearing can only drive vehicles with a left-mounted rearview mirror.

PX 1: Declaration of Lashanda Freeman
Attachment O: Page 7

Copyright Of OnPoint Guides, LLC That Owns The Copyright 2018

Written Exam

All driver license applicants have to pass a knowledge test. This exam is a multiple-choice questionnaire that consists of 50 questions in total. You will have to identify 10 road signs by their color, shape or meaning, as well as answer 40 questions about Florida traffic laws. You need to answer correctly at least 80 percent in order to pass the test. You can get the Florida Driver's Handbook to study before your test. It is also recommended that you try a few practice tests. Handbooks and tests are available in English, Spanish and Creole. Ask the office manager about conducting your test in different language. If you fail the knowledge exam, you will be allowed to retake it for a $10 fee.



PX 1: Declaration of Lashanda Freeman
Attachment O: Page 8

Copyright Of OnPoint Guides, LLC That Owns The Copyright 2018

# Teen Drivers

If you are a teenager on the brink of entering adulthood, then chances are you are currently dreaming of obtaining your driver's license. Well, we are here to help you to make that dream a reality! In each step moving towards obtaining your license, we will outline and help you better to understand each procedure you must complete. As a new driver, it is important that you carefully read through each step and fully understand how everything operates. This is to ensure that you avoid any complications, but also to be sure that you are well prepared to take on your responsibilities on the road.

### Step 1: Driver's Education

In Florida, you have to attend Traffic Law and Substance Abuse Education (TLSAE) before getting your learner's permit. The Florida Department of Highway Safety and Motor Vehicles (FLHSMV) may also accept the driver education course offered by your county school board. Ask at your school if the driver ed course it provides can substitute TLSAE. If you cannot complete TLSAE in your school, you can also look up the list of approved providers. You can attend the courses in a classroom setting or online. Once you complete TLSAE, your course provider will electronically report the completion to the FLHSMV as well as provide you with a certificate. You may keep this documentation for your records, as FLHSMV offices no longer accept paper certificates.

### Step 2: Learner License

If you have successfully completed your Traffic Law and Substance Abuse Education, you can apply to get a learner's permit or learner license. To be eligible for a learner license you will need to:

 Be at least 15 years of age.

 Have permission from your parents.

 Pass the TLSAE.

If you meet the requirements, you can move forward with the process and schedule an appointment to take a knowledge exam. You can schedule an appointment online, call or visit your local DMV office. The knowledge exam is a multiple-choice questionnaire that consists of 50 questions. You need to answer at least 40 questions correctly to pass the test.



PX 1: Declaration of Lashanda Freeman
Attachment O: Page 9

Copyright Of OnPoint Guides, LLC That Owns The Copyright 2018



**Documents**

Once you have passed your written test, go to a
FLHSMV office with the following documentation:

Must be signed at the FLHSMV in front of
a driver license examiner or notarized if
the parent cannot be present

like your birth certificate or a U.S.
passport

such as your Social Security card or a
Denial Notice from the Social Security
Administration

like utility bills, bank statements or school
transcripts

You can get a customizable document checklist at
the official                    that can help you select
the documents you need to take with you to get your
learner license.

PX 1: Declaration of Lashanda Freeman
Attachment O: Page 10

Copyright Of OnPoint Guides, LLC That Owns The Copyright 2018

**Learner License Restrictions**

Your learner's license is a permit that allows you to practice driving in real conditions, but you must obey some restrictions since you are still learning. You will always need to be accompanied by a licensed driver who is at least 21 years of age and sits in the front passenger seat. The first three months that you have your learner license, you are restricted to drive during daylight hours only. For the months thereafter, you will be allowed to practice driving until 10 p.m. You can hold your learner license until its expiration date. If you need to practice more, apply to get a new learners permit. Once you have held your learner license for a year without traffic convictions, you will be allowed to move on to the next step.

Step 3: Intermediate License

After a year of using your learner license without incurring a moving violation, you are eligible to get your intermediate license. You must be at least 16 years of age.

**Driving Exam**

The DMV will test your skills on the road by issuing a driving exam. The first part of the exam, which includes a safety check, will show the examiner that you have an acceptable level of understanding regarding your vehicle. When you take your driving test, you are required to provide a vehicle that is currently registered, insured and passes the safety requirements. You can schedule an appointment online or call your local office. Select the option or ask for, "Driving Test Class E License". On the day of your driving exam, take the following documentation with you:

 Your Florida learner license

 The Certification of Driving Experience of a Minor with a parent or guardian declaring you have at least 50 hours of behind the wheel driving experience, of which 10 hours were at night

An instructor will sit next to you and guide you through each of the maneuvers that you need to perform to pass your exam. You will be asked to perform all of the following:

 Make a three point turn in a 30- to 40-foot space

 Shift gears, if your car has manual shift transmission

 Approach crossings

 Observe the right-of-way such as wait for pedestrians to cross the street and pull over when emergency vehicles approach

 Straight-in parking

 Park on grade

 Stop quickly. You will have to drive at 20 miles per hour and then make a safe, quick stop when instructed

 Back up for a distance of 50 feet at a low speed looking to the rear

PX 1: Declaration of Lashanda Freeman
Attachment O: Page 11

Copyright Of OnPoint Guides, LLC That Owns The Copyright 2018

 Obey stop signs

 Pass other vehicles

 Stay in the proper lane of the road

 Keep a safe distance from other vehicles

 Use proper driving posture

Once you finish your driving test, the examiner will explain the mistakes you made and issue your license. If you do not pass, you will be asked to practice and return at a later date to take the test again.

**Intermediate License Restrictions**

With your intermediate license, you will be allowed to drive at any time while accompanied by a driver who is 21 years of age or older and sitting in the front passenger seat or if you are traveling to and from work. You will also be allowed to drive alone:

 Between 6 a.m. and 11 p.m., if you are 16 years old.

 Between 5 a.m. and 1 a.m., if you are 17 years old.



Do not drink and drive. For drivers younger than 21 years of age, Florida has zero tolerance for driving under the influence. If you are found driving with a blood alcohol level of .02 percent or more, you will have your intermediate license suspended for six months. Recurring offenses may lead to the revocation of your driving privileges and even jail time.

PX 1: Declaration of Lashanda Freeman
Attachment O: Page 12

Copyright Of OnPoint Guides, LLC That Owns The Copyright 2018

# Getting Your
# First Florida License

Congratulations! If you have already gone through the steps of getting your preliminary license in Florida, you are just one step away from obtaining your driver license. You are probably more than ready to finish the process, which is almost over! Now it is only a matter of mastering the art of driving to get your license. All that is required of you is to follow the steps below that best fit your situation to hold a brand new driver's license.

## Adult Drivers: Newly Licensed

If you are an adult, have never had a license and are now looking to obtain one, you have come to the right place. Getting a license for first-time adult drivers is a very simple process in the state of Florida. First, make sure you are eligible to get a full unrestricted Florida license. You are eligible if you:



 Have completed Traffic Law and Substance Abuse Education

 Passed vision and hearing tests

 Passed a written exam

 Passed a road test

PX 1: Declaration of Lashanda Freeman
Attachment O: Page 13
Copyright Of OnPoint Guides, LLC That Owns The Copyright 2018



When you go to take your driving test, you are required to provide a vehicle that is both insured and passes the safety requirements. You can schedule an appointment          or by calling your Select the option or ask for, "Driving Test Class E License". Once you have completed the above requirements, hand in the following documentation at the FLHSMV office:

such as the original or certified copy of your birth certificate, or a U.S. passport

like your Social Security card

such as a utility bill or home phone bill

If you require more information about the documents you can provide, use the                     to get a personalized checklist.

### Fees

You will have to also pay a $48 fee, which already includes the fee for the learner license, if needed.

You will then receive your driver's license once you have met the aforementioned requirements.

PX 1: Declaration of Lashanda Freeman
Attachment O: Page 14
Copyright Of OnPoint Guides, LLC That Owns The Copyright 2018

## Adult Drivers: New Resident

If you already hold a driver's license from another state and have become a new resident of Florida, you will need to apply for a Florida license within 10 days. It is very important that you obtain a valid Florida driver's license within this term. Follow our instructions below to get a license as soon as possible! You will have to visit one of the offices of the Department of Highway Safety and Motor Vehicles in order to exchange your out-of-state license for a Florida one. Do not worry about taking your written and road tests because they are usually waived once you show your valid out-of-state license. At the FLHSMV office, you will have to:



Pass hearing and vision exams passport

Provide your out-of-state license, which must not be expired

Provide ONE proof of identity, like your birth certificate or a U.S. passport

Provide ONE proof of Social Security Number, such as your Social Security card or a Denial Notice from the Social Security Administration

Provide TWO proofs of Florida residence, like utility bills or bank statements

You can get a customizable document checklist at the official                     to help you select the correct documents to take with you to get your license.

PX 1: Declaration of Lashanda Freeman
Attachment O: Page 15
Copyright Of OnPoint Guides, LLC That Owns The Copyright 2018



With a Class E driver license you are allowed to drive any noncommercial motor vehicle with Gross Vehicle Weight Rating (GVWR) less than 26,001 pounds, including passenger vehicles up to 15 passengers including the driver as well as trucks, recreational vehicles and two- or three-wheel motor vehicles 50 cc or less, such as mopeds or small scooters.

PX 1: Declaration of Lashanda Freeman
Attachment O: Page 16

Copyright Of OnPoint Guides, LLC That Owns The Copyright 2018

# Renewing
# **Your License**

When your license expires, you no longer have legal permission to drive. You do not want to lose your privileges or risk getting a ticket, so renew your license as soon as you notice the expiration date creeping up.

Before you renew your license, it is best that you review the process beforehand so that you can avoid any error or issues that may occur. Thankfully, Florida allows you to renew a driver's license in person, online and by mail. You can renew your license up to 18 months prior to the expiration date. If you do not renew it on time, you will not be allowed to drive until it is renewed, which will then be subject to a $15 late fee. There are some documents you will need to bring at the time you renew your license:


ONE proof of identity
like your driver's license


ONE proof of Social Security Number
such as your Social Security card


TWO proofs of residential address
like a utility bill or mail from government agencies

You can get a customizable document checklist at the official FLHSMV website to help you select the correct documents to take with you to get your license.



PX 1: Declaration of Lashanda Freeman
Attachment O: Page 17
Copyright Of OnPoint Guides, LLC That Owns The Copyright 2018

If you want to renew in person, gather the required documents and go to a FLHSMV office nearby. You can schedule an appointment ahead of time to speed up the process. Drivers who are renewing already expired licenses or last renewed their credentials by mail or online will need to visit an office in person. Likewise, if your information has changed, such as your residential address or name, you will need to renew in person with the associated documents. If you prefer to save the trip and renew online, you just have to access GoRenew.com. You should only use this method if you can pay your fees with a credit or debit card. To renew by mail, you can fill out the notification sent by mail and return the form and payment to the address listed. There are special requirements if you meet any of the following conditions:



You are not a U.S. citizen

You will have to present a valid proof of legal presence, such as your green card or form I-551.



You are a senior driver who is 80 years of age or older

You will have to pass a vision test, which you can take at any of the Florida driver license offices at no cost. Schedule your test ahead of time to speed up the process. You can also submit a Mature Driver Vision Test Form signed by a doctor licensed to practice in Florida or by a licensed physician at a federally established veterans' hospital.



You are military personnel stationed outside of Florida

You can renew online or you can request an extension to your current license by filling out a request online or by calling (850) 617-2000. Military extensions are valid until 90 days after you are discharged from military service, so you will not have to worry about renewing your license right away. Just make sure to request the extension before the expiration date on your current license.



Additionally, applicants can renew their drivers license online quickly and conveniently through a trusted third-party provider

PX 1: Declaration of Lashanda Freeman
Attachment O: Page 18
Copyright Of OnPoint Guides, LLC That Owns The Copyright 2018

# Updating Your
# License Information

Your life may be coming to a turning point, which can mean changes as big as having a new name to more subtle changes like moving neighborhoods. Either way, keeping this information current is essential to your identification. So how can you ensure that these changes are made to your driver license should you ever need them to be made? Just inform the Florida DMV of these changes! To become familiar with the steps you have to take, follow the steps below that best fit your situation.

## Changing Your Name

Making the decision to change your name is not only a big personal decision; it will affect your documents and general information in regards to your identity. If you have officially changed your name, then you are required to change your name on all of your identification documents and cards, including your driver license. For that matter, you should visit a FLHSMV office with the following documentation:





 Your current license

 ONE proof of legal name change, such as an original or a certified copy of your marriage certificate or court order stating the change

 ONE proof of identify, like your U.S. passport or birth certificate

 ONE proof of Social Security Number, such as your Social Security card

 TWO proofs of residential address, like a utility bill or mail from government agencies

 ONE proof of legal presence, such as a green card, if you are not a U.S. citizen

Visit the official FLHSMV website to get help selecting the documents you need to take with you to get your name changed on your license. At the FLHSMV, you will be required to pay a replacement fee of $25 to get your corrected license.

PX 1: Declaration of Lashanda Freeman
Attachment O: Page 19
Copyright Of OnPoint Guides, LLC That Owns The Copyright 2018

## Changing Your Address

In the event that you have recently moved to a new address, it is essential that you update the address on your driver's license. The state requires residents to update their driver's licenses within 30 days after moving. In Florida, you can change your address in person or online.

### In Person

Go to your local FLHSMV office with proper documents needed to establish a change in location. To change your address on your license you will need:

 Your current license

 ONE proof of Social Security Number, such as your Social Security card

 TWO proofs of new residential address, like a rental agreement or mortgage statement

**Note:** Noncitizens will need to furnish proof of legal presences such as a green card.

### Online

To change your address online, visit GoRenew.com. You will be required to enter the following details:

 Your full name

 Your street address as it currently shows on the FLHSMV records

 Your date of birth

 Your complete Social Security Number (SSN)

Or

 The last five digits of your SSN and driver license number

After clicking continue and verifying your information in the system, select the Change of Address online service and make the necessary corrections.

### Fees

You will be charged a $25 replacement fee to get a new document with your current address. In person, you can pay with a major credit or debit card as well as by check or money order, payable to the Division of Motorist Services. However, online you can only pay via card, which will be subject to an additional $2 fee.



PX 1: Declaration of Lashanda Freeman
Attachment O: Page 20

Copyright Of OnPoint Guides, LLC That Owns The Copyright 2018

Replacing
# Your License



The Florida DMV will help you get a new driver license as soon as possible in the event that your license is lost, stolen, destroyed or if you never received your license in the first place. In any case, you will be able to replace it with a new duplicate license. All that is required of you is to choose a method of ordering a replacement. If you suspect that you have been a victim of identity fraud, report it immediately to the local police before replacing your ID. Bring the police report to the FLHSMV and fill out a Fraud Investigation Request. There are two ways in which you can request a drivers license replacement: in person and online. The fastest way to get your replacement is by visiting a driver license office in person.

PX 1: Declaration of Lashanda Freeman
Attachment O: Page 21
Copyright Of OnPoint Guides, LLC That Owns The Copyright 2018



like your U.S. passport or birth certificate

such as your Social Security card

like a utility bill or mail from government agencies

such as your green card, if you are not a U.S. citizen

PX 1: Declaration of Lashanda Freeman
Attachment O: Page 22

Copyright Of OnPoint Guides, LLC That Owns The Copyright 2018

### Online

You can also apply online at the official <u>FLHSMV website</u>. You will be asked a few questions to verify your identity. After you complete the process, you will be mailed a replacement to the address you registered with the FLHSMV. If you require a driver's license replacement and are currently out of state, you can also request a 90-day temporary permit to be mailed to you until you are able to obtain a replacement license when you are back to Florida. Providing your full name, date of birth, Social Security Number, Florida driver's license number and the out-of-state address, mail your request to:

 Bureau of Records | 2900 Apalachee Parkway, MS 92 | Tallahassee, Florida 32399-0575



You can also call (850) 617-2000 or send an email through this _____. Once you return to Florida, you will have to follow the regular process to replace your license, as described above.

There is a $25 fee for replacing you license. However, you can get the replacement fee waived if your license was stolen and you furnish a police report.

PX 1: Declaration of Lashanda Freeman
Attachment O: Page 23
Copyright Of OnPoint Guides, LLC That Owns The Copyright 2018

# Reinstating
# **Your License**

In order to qualify to reinstate your license, you will must have completed all of the required time for your restraining order. The DMV will only reinstate your driver's license if you complete all of the necessary requirements to remove any restraining orders from your license. There are many reasons why you might have a suspended driver's license and there are multiple ways to reinstate a driver's license. It all depends on your unique situation. If you need any information or clarification regarding your suspended license or under what condition it falls under, please contact the DMV at 850-617-2000 during its regular business hours Monday through Friday, from 7 a.m. to 5:45 p.m.

## Driving Under the Influence (DUI)

Driving under the influence of alcohol and/or other drugs is a very serious offense. You could lose your driving privilege if you are found guilty of DUI. Typically, the amount of time you need to wait before being able to drive again is defined by the number of times you have been convicted of DUI by a judge. In every single case, your license will be suspended. The terms of each suspension are as follows:



First DUI
180-day to one-year revocation effective on conviction date

First DUI with Serious Injury
Minimum of three-year revocation

Second DUI
Second offenses within five years from prior conviction will result in a minimum five-year revocation. If the second offense occurs after five years, suspension period is the same as first-time offenders

Third DUI with Serious Injury
Third offenses within 10 years of second conviction will result in a minimum of 10-year revocation

Fourth DUI or Subsequent DUI Convictions
Mandatory permanent revocation

PX 1: Declaration of Lashanda Freeman
Attachment O: Page 24

Copyright Of OnPoint Guides, LLC That Owns The Copyright 2018

 **DUI Manslaughter**

Permanent revocation with the option to apply for a hardship license after serving five years if you do not have previous DUI convictions

In all cases, you are required to enroll in DUI School and follow through with any treatment mandated by the court. If you do not comply with your penalties, your driver's license will not be reinstated. Check a complete list of laws related to DUI to calculate fines and probation time.

## Fees

 Filing for Hardship Hearing: $12

 DUI Program: $15

 Suspensions: $45

 Worthless Check Suspension: $55

 Child Support Suspension: $60

 D-6 Suspension (for ticket tickets): $60

 Revocations: $75

 Administrative Fee for alcohol and drug related offenses: $130



**Note:** You may also be asked to install an ignition interlock device in your vehicle when you get your hardship license, which is an addition $12 fee assessed by the vendor.

PX 1: Declaration of Lashanda Freeman
Attachment O: Page 25
Copyright Of OnPoint Guides, LLC That Owns The Copyright 2018

# Getting Your
# Florida ID Card

If you are not able to or disinterested in obtaining a driver's license, it is important that you consider getting an identification card instead. An ID card is essential because it is the easiest manner to identify yourself when necessary. Showing proof of your identity is often necessary for daily activities like entrance to a venue, proceeding through airport security and making a purchase with a credit card or personal check. The below information will help you through the processes of obtaining, replacing, renewing and updating your Florida ID card. To obtain a Florida ID card for the first time, go to an office of the Department of Highway Safety and Motor Vehicles in person. You will have to take with you the following documentation:



like your U.S. passport or birth certificate

like your Social Security card or a Denial Notice from the Social Security Administration

such as utility and phone bills showing your address

for non-U.S. citizens only, which can include a valid residence card or a document from the Department of Homeland Security

PX 1: Declaration of Lashanda Freeman
Attachment O: Page 26

Copyright Of OnPoint Guides, LLC That Owns The Copyright 2018

For additional examples on the documents you are required to present when getting a Florida REAL ID, use the FLHSMV website.

If you have recently changed your name, you will be required to provide additional proof in the form of any of the following:

 Court-ordered name change document

 Marriage certificate, issued by the courts

 Divorce decree, issued by the courts

## Renewing your Florida ID Card

Like driver licenses, Florida ID cards expire. You can renew your identification in person or online. However, you can only renew your ID card online every other time and will need to visit a DMV office if your last license was renewed through the FLHSMV online portal. There are some documents you will need to have with you at the time you renew your license:

 ONE proof of identity, like your U.S. passport or birth certificate

 ONE proof of Social Security Number, such as your Social Security card

 TWO proofs of residential address, like a utility bill or mail from government agencies

The official FLHSMV website can help you select the documents you need to take with you to get your license. If you want to renew in person, gather the required documents and go to a FLHSMV office nearby. You can schedule an appointment ahead of time to speed up the process. If you prefer to save the trip and renew online, you just have to access GoRenew.com. You should only use this method if you can pay your fees with a credit or debit card and if you went in person last time to renew your ID. There are also special requirements if you meet any of the following conditions:

 You are not a U.S. citizen.
ONE proof of identity, like your U.S. passport or birth certificate

 You a military stationed outside of Florida.
You must renew online.



PX 1: Declaration of Lashanda Freeman
Attachment O: Page 27
Copyright Of OnPoint Guides, LLC That Owns The Copyright 2018

## Replacing Your Florida ID Card

You can request an ID replacement in two ways: in person and online. The fastest way to get your replacement is by visiting a driver license office in person. To replace in person, make an appointment online first to avoid waiting in long lines at the FLHSMV office. On the day of your appointment, take the following documents with you:

 ONE proof of identity, like your U.S. passport or birth certificate

 ONE proof of Social Security Number, such as your Social Security card

 TWO proof of residential address, like a utility bill or mail from government agencies

 ONE proof of legal presence, such as your green card, if you are not a U.S. citizen

You can also replace online at the official FLHSMV website. You will be asked a few questions to verify your identity, and after you complete the process, your replacement will be mailed to the address registered with the FLHSMV.

### Fees

There is a $25 replacement fee, which you can pay by credit card, debit card, cash and check in person. When you order online, there is an additional $2 fee and all payments must be made by card. If you suspect that you have been a victim of identity fraud, report it immediately to the local police before replacing your ID. With the police report, visit your local FLHSMV office and fill out a Fraud Investigation Request. If you need to change your name or address, follow the exact same procedure described in the Updating Your License Information section.



You cannot have a driver's license and an identification card at the same time. You must surrender one to get the other.

PX 1: Declaration of Lashanda Freeman
Attachment O: Page 28
Copyright Of OnPoint Guides, LLC That Owns The Copyright 2018

# Vehicle
# **Safety Tips**

Before getting behind the wheel, it is important that the vehicle is prepared for any trip. This means checking the safety features and making any needed changes to your vehicle to guarantee a safe drive.

## Emergency Kit

One of the essentials to safe driving is having a basic emergency kit available in your vehicle at all times. Items you should keep in your vehicle include jumper cables, a flash light with extra batteries, road flares, a fire extinguisher and first-aid kit. Florida residents can also add drinking water, rain ponchos, blankets and towels to combat the state's typical inclement weather.

## Driving in Inclement Weather

The weather in Florida is extreme and can change drastically. Motorists are subject to heavy rain, high temperatures and even ice. Driving conditions can become dangerous when visibility is low, roads are slippery and when there is strong wind. Consider these tips below to drive safely during harsh weather.



PX 1: Declaration of Lashanda Freeman
Attachment O: Page 29
Copyright Of OnPoint Guides, LLC That Owns The Copyright 2018

 **Engage Vehicle Safety Features**

Your vehicle is equipped with items like windshield wipers, fog lights and low beams, which help increase visibility. Use low beams when experiencing fog or smoke, as high beams will reflect off the precipitation or clouds. Likewise, wipers and defrosters will keep windows clear of droplets and other moisture problems that can affect your view of the road. Activating hazard indicators will notify other motorists to drive carefully.

 Do Not Rush

The state of Florida implements the 'Arrive Alive' mission and advises all motorists to reduce injuries and fatalities caused by collisions. Slowing down when driving conditions are less than ideal as well as keeping a safe distance between you and the driver in front of you can prevent accidents due to skidding and hydroplaning.

 Avoidance

In the event of a tropical storm or hurricane, drivers should consider waiting out the weather before enduring hazardous roadways. Likewise, roads can flood post heavy rains and motorists can prevent damage to their vehicle and injury to their person by avoiding puddles that can hide potholes, debris and power lines. When vehicles take on too much water, the engine can be damaged.



PX 1: Declaration of Lashanda Freeman
Attachment O: Page 30

Copyright Of OnPoint Guides, LLC That Owns The Copyright 2018

## Drinking and Driving

Every year thousands are killed as a result of drinking and driving. These events can be prevented if you plan ahead of time by taking certain steps. Before you begin drinking, arrange for someone else to be the designated driver. If they also become intoxicated, it is important that you take a taxi. Never allow someone drunk to drive, instead take away his or her keys and call for alternative transportation. If you see someone who you suspect is drunk and showing signs of intoxication while driving – such as making wide turns, weaving, swerving, breaking erratically or turning abruptly – call 911 and contact authorities immediately. Also, make sure to avoid them on the road to ensure your own safety. This could mean you pulling over until you are at a safe distance from your car.

## Using Your Phone

Driving while using your cell phone is one of the most dangerous things you can do. During those few seconds that your attention is diverted to your phone, a major accident could occur. Make sure you do not text, use the internet on your phone or receive calls while you drive to prevent accidents as best as possible.

## Things to Avoid

Driving is not always a relaxing experience. There are certain actions that can be both an annoyance and dangerous to you while driving on the road. These things are often avoidable if you make sure to take the necessary steps towards preventing them.



Car Accidents

One way to avoid car accidents is to ensure that your vehicle is safe to drive and will not cause you any problems. To do this, regularly check that your brakes are functioning properly, your tires are inflated and that a mechanic checks the steering and suspensions.



Copyright Of OnPoint Guides, LLC That Owns The Copyright 2018





Wasting Gas

If you drive often, start looking for ways to save on those expensive trips to the pump. Saving on gas is something that is possible and can save you money in the long run. Some ways you can start saving gas are turning off the air conditioning, not leaving your engine running or speeding above 60 mph. These things are preventable and not necessary for you to drive, therefore you can quickly reduce the amount of gas you waste. Another way to save on gas is to make sure that your vehicle is functioning properly. You can do this by checking that your tires are properly inflated, your engine is well-tuned and that your octane level is the correct amount to your vehicle's needs.



Aggressive Driving

Aggressive driving and drivers are both things that should be avoided to prevent road aggression and accidents. Aggressive driving is categorized as exhibiting behaviors such as tailgating, verbal or physical harassment towards another driver and preventing another driver from merging or passing. If you are an aggressive driver, you are putting others at risk every time you do any of the above behaviors. When you encounter a frustrating situation on the road, instead of becoming aggressive, take a moment, breathe and continue moving.

Copyright Of OnPoint Guides, LLC That Owns The Copyright 2018

Change of Address

Report of Eye Examination Form

Certification of Address

Parental Consent for a Driver Application of a Minor

Certification of Driving Experience of a Minor

Affidavit to Reinstate Driver's License

Certification for Waiver of Skill Test for Military Personnel

Identity Theft / Fraud Investigation Request

# DMV
# Hours and Locations

There is a Department of Highway Safety and Motor Vehicles office in every county in Florida. Click here to get contact information on your local offices. At the FLHSMV official website you can also:



Apply to renew your license or ID card.

Apply to replace your license or ID card.

Make appointments.

Change your address on your driver's license or ID card.

Check your driver license status.

Update your insurance and Social Security information.

Access all the online services provided by the FLHSMV

PX 1: Declaration of Lashanda Freeman
Attachment O: Page 34
Copyright Of OnPoint Guides, LLC That Owns The Copyright 2018

Attachment P

3/13/2019        Citi Commercial Cards



**This is not your final statement.**

| BILLING ACCOUNT NUMBER | BILLING ACCOUNT NAME | CURRENT BALANCE | TRANSACTION TOTAL |
|---|---|---|---|
| ---- ---- ▪ ███ | ███████████ | $ 79.29 | $ 79.29 |

| TRANSACTION DATE | POSTING DATE | TRANSACTION DETAILS | EXCHANGE RATE | AMOUNT |
|---|---|---|---|---|
| 02/23/2019 | 02/25/2019 | ██████ | | ████ |
| 03/08/2019 | 03/11/2019 | LICENSEGUI DES.ORG | | 3.99 |
| 03/10/2019 | 03/12/2019 | LICENSEGUI DES.ORG | | 19.99 |

PX 1: Declaration of Lashanda Freeman
Attachment P: Page 1

Attachment Q







●●●● AT&T LTE      10:31 AM      ●●● ■
🔒 registrationtags.com

Car registration documents expire after a set period of time. When your vehicle registration documents expire, it is your responsibility to perform a car registration renewal in order to maintain your driving privileges. Forgetting to renew your car registration and driving with expired documentation is punishable by law, and penalties such as high fines are common for drivers who do not complete the process on time. Luckily, renewing your vehicle registration is easy when you download our simple and effective guide.

You may be able to renew your registration in person, by mail or online, depending on your state. Your state of residence also determines how many days you have to renew your documentation before you can be penalized. To make sure you know everything there is to know about the application process and to ensure you never miss a renewal date, download our comprehensive guide.

Welcome to **registrationtags.com,** your comprehensive resource for all car registration-related services. A car registration is a legal necessity across all states. Luckily, registrationtags.com has all the

•••• AT&T LTE          10:31 AM          • ▪▪ •

🔒 registrationtags.com

Welcome to **registrationtags.com,** your comprehensive resource for all car registration-related services. A car registration is a legal necessity across all states. Luckily, registrationtags.com has all the information you need to obtain a new registration, replace your current registration, replace a car registration, or change the name or address on a current registration. The comprehensive Road Guide & checklists have all of the above information and more, to ensure that you are prepared for any registration-related procedure.



How to apply for a new registration



Car registration renewal process



How to replace & duplicate registration





●●● AT&T LTE                10:37 AM                ▪ ▪ ■ ›

🔒 registrationtags.com

Welcome    to    **registrationtags.com,**    your comprehensive resource for all car registration-related services. A car registration is a legal necessity across all states. Luckily, registrationtags.com has all the information you need to obtain a new registration, replace your current registration, replace a car registration, or change the name or address on a current registration. The comprehensive Road Guide & checklists have all of the above information and more, to ensure that you are prepared for any registration-related procedure.



How to apply for a new registration



Car registration renewal process



How to replace & duplicate registration





●●●● AT&T LTE          10:39 AM

🔒 registrationtags.com

# Order Details

First Name:

Last Name:

Email:

Primary Phone:

Address:

Welcome to registrationtags.com. Discover all you need to know about driver license services on our convenient and comprehensive website. Find out how to apply for a new driver's license, replace a lost or damaged license, as well as how to update your credentials on your driver s license with a new name or address. Also, learn how to reinstate suspended drivers licenses after committing serious offenses. Regardless of your driving license information needs our website has you covered. The comprehensive Road Guide and detailed checklists have all of the above information and even more, to ensure that you are prepared for any driver license procedure.

We provide helpful, time-saving information and downloads as a private value-add to motor vehicle services. This includes numerous resources, helpful checklists and important information for a fee of **$23.98** to assist you completing the process today. By clicking 'Continue' and using the registrationtags.com website, you agree to follow and be bound by these Terms & Conditions and consent to our Privacy Policy. This site is privately owned and is neither operated by, nor affiliated with, any government agency. Contact phone number: **855-333-7386**











10:42 AM

registrationtags.com

# ATTENTION

Car registration applications must be processed by an official DMV location/website. However, independent third-party application assistance is available through this site as a value-add to official DMV services, which may be free of charge. Application assistance services simplify the process by providing personalized guides, document preparation, and live support.

By clicking "continue" you acknowledge that this site is privately owned and is not affiliated with any government agency

**CONTINUE**

https://registrationtags.com/checklist/renew-registration/florida.html?fr=mail&id=TRI RMZLZWHPAL XAM' &email=[redacted]&service=renew-registration&state=florida&zip=florida

registrationtags.com is a privately owned website that is not owned or operated by any government agency.

REGISTRATION TAGS

HOME | LOCATIONS | ROAD GUIDE™ | OFFICIAL FORMS | STATE INFORMATION | ABOUT US

OBTAIN YOUR ROAD GUIDE

Your **Road Guide** can be download now below and we have also sent it to the email you provided along with other great benefits such as the $25 gas coupon. *Please Note: this email may be delivered to your Spam folder depending on your email service provider.*

We have also provided other great resources for you below such as the DMV office locator, driver tips, and a handy audiobook.

DOWNLOAD

| Your Road Guide is ready for download | Use Code DMV20 to get 20% off at AdvanceAutoParts.com | Redeem your FREE 60 day trial of Roadside Assistance now! | Driver tips and resources handbook | Find the DMV Office nearest you |
|---|---|---|---|---|
| ebooks | Advance Auto Parts | | | |
| DOWNLOAD NOW | REDEEM NOW | REDEEM NOW | DOWNLOAD NOW | CLICK HERE TO SEARCH |

How to apply for a new registration | Car registration renewal process | How to replace & duplicate registration | How to update your car registration | Change name on registration | Change address on Registration

TERMS AND CONDITIONS | PRIVACY STATEMENT | CONTACT US | MONEY BACK GUARANTEE

This site is privately owned and is neither operated by, nor affiliated with, any government agency

Copyright © Eagle Media LLC 2019 All Rights Reserved.

← → C 🔒 https://cjq-dmv.s3.amazonaws.com/checklist/registry/.pdf ☆ ✪ ⋮

This XML file does not appear to have any style information associated with it. The document tree is shown below.

```
▼<Error>
   <Code>NoSuchKey</Code>
   <Message>The specified key does not exist.</Message>
   <Key>checklist/registry/.pdf</Key>
   <RequestId>Ed4555BE1i44475E</RequestId>
 ▼<HostId>
    oHeb8Rgi7RX+k954S7dLsH3R1thqnhf4mu8P9G5/jgnq1mWsV4iF33pEthSe7b1h22iqm5Eg+
   </HostId>
 </Error>
```