Attachment R

4/4/2019                                                           Gmail - registrationtags.com

 **Gmail**                                    ▬▬▬▬▬▬▬▬▬▬▬▬ ►

## registrationtags.com
1 message

**registrationtags.com** <info@r.registrationtags.com>              Thu, Apr 4, 2019 at 10:43 AM
Reply-To: info@r.registrationtags.com
To  ▬▬▬▬▬▬▬▬▬▬▬▬ ►

If you received this message to your Spam/Junk Folder, please click "Not Spam/Move to Inbox"
Then please and add **admin@registrationtags.com** to your address book.

---

Thank you for your purchase. Please follow the link below to download your Florida Car Registration Road Guide. Inside, you will find useful information regarding your drivers license related services.

We have thoroughly researched all the topics contained in your Florida Car Registration Road Guide to make your trip to the DMV a lot simpler. Just follow our step-by-step instructions and save time by having all the required documentation ready. Your Florida Car Registration Road Guide also includes helpful links to all the forms you need to present and to online services, if available in your state.

Please make sure that you download the Florida Car Registration Road Guide and your state forms and that you also complete your license and/or registration process with your official state department of motor vehicles.

Should you have any concerns or questions, just reply to this email and one of our customer service representatives will be glad to assist you.

Download Florida Car Registration Road Guide Now

$25 Gas Rebate

Redeem your free 60 day trial of Roadside Assistance services

Please take advantage of this fantastic opportunity to earn a valuable $25 Gas Rebate to your selected major gas station chain.

Take 20% off all orders with code DMV20 at AdvanceAutoParts.com.

---

This email was sent  ▬▬▬▬▬▬▬▬▬▬ , on 04/04/2019 from registrationtags.com This site is privately owned and is neither operated by, nor affiliated with, any government agency.

Attachment S

4/12/2019                                    Citi Commercial Cards



**This is not your final statement.**

| BILLING ACCOUNT NUMBER | BILLING ACCOUNT NAME | CURRENT BALANCE | TRANSACTION TOTAL |
|---|---|---|---|
| •••• •••• ▇▇▇▇ | ▇▇▇▇▇▇▇▇ | $ 59.53 | $ 59.53 |

| TRANSACTION DATE | POSTING DATE | TRANSACTION DETAILS | EXCHANGE RATE | AMOUNT |
|---|---|---|---|---|
| 03/26/2019 | 03/27/2019 | ▇▇▇▇▇ ▇▇▇▇▇ | | ▇▇▇▇ |
| 04/04/2019 | 04/08/2019 | REGISTRATION TAGS.COM | | 3.99 |
| 04/04/2019 | 04/08/2019 | REGISTRATION TAGS.COM | | 1.00 |
| 04/06/2019 | 04/08/2019 | REGISTRATION TAGS.COM | | 19.99 |

PX 1: Declaration of Lashanda Freeman
Attachment S: Page 1

# Attachment T

PX1, Attachment T
Video of Section8Housing Transaction – Filed On Disc

Attachment U



section 8 housing apply - Goog

https://www.google.com/search?q=section+8+housing+apply&rlz=1C1CHBD_enUS838US838&oq=section+8+housing+apply&aqs=chrome..69i57j0l5.4262j0j8&sourceid=chrome&ie=UTF-8

Google section 8 housing apply

Sign in

All News Images Shopping Maps More Settings Tools

About 511,000,000 results (0.51 seconds)

Virginia Section 8 - Income Limit, Application & Waiting Lists
Ad www.section-8-housing.org/
Learn How To **Apply** & Check Your Eligibility for **Section 8 Housing** Near You. Check Your Eligibility.

How to Apply
Find Out How to Apply to Section 8 Housing Program with Our Form.

Section 8
Get Our Guide and Check if you Are Eligible for Section 8 Program.

**How do I apply for the Section 8 Housing Choice Voucher Program?**

- Find your local public **housing** agency. ...
- Confirm that you meet **Housing** Choice Voucher program requirements. ...
- Determine if the local PHA has any restrictions or preferences. ...
- Obtain an **application** for the **Section 8 Housing** Choice Voucher program.

More items...

Section 8 Housing Voucher Program Eligibility - Eligibility.com
https://eligibility.com/section-8

in california in illinois in texas in georgia in oregon in maryland

About this result Feedback

People also ask

Can I apply online for Section 8 housing?

How do I apply for Section 8?

How do I apply for housing assistance?

What are the requirements for Section 8?

Feedback

PX 1: Declaration of Lashanda Freeman
Attachment U: Page 1



https://section-8-housing.org/virginia/

This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information.

SECTION 8 HOUSING

FAQs | How to Apply | Eligibility | States | Search

Virginia

## Section 8 Housing in Virginia

Join the hundreds of thousands of families we've helped how to apply for HUD housing, low income housing, and rental assistance with our Section 8 Housing Assistance Guide. Get Started Today!

**Find Out If You Are Eligible for the Section 8 Program**

First Name

Last Name

Email

Zip

By clicking continue I agree to the Privacy Policy and Terms and Conditions.

# Section 8 Housing in Virginia

The low income house rentals program in Virginia, as well as in other states, is commonly referred to as Section 8. Virginia Section 8 housing is one of the programs and initiatives run by the Department of Housing and Urban Development. The goal of HUD is to help those that cannot afford other forms of housing and to decrease the homeless population.

Virginia public housing applicants must fill out forms provided by the state's housing authority, the Virginia Housing Development Authority. The VA Section 8 housing application will then be approved or denied by the VHDA, depending on the information provided.

Further information about the Virginia low income housing application process is provided in the sections below:

- Section 8 Eligibility in Virginia
- How to Apply for Section 8 Housing in Virginia
- Information About Section 8 Waiting Lists in Virginia
- Section 8 Denials in Virginia

**Section 8 Eligibility in Virginia**

"Do I qualify for Section 8 housing in Virginia?" is the first question that applicants should ask of both themselves and the VHDA. However, applicants will not have to ask "What are the qualifications for low income housing in VA?" because all of that information will be provided in a clear list by the housing office.

Low income housing eligibility is primarily determined by income, or more accurately, a lack of income. HUD determines the maximum household earnings allowed for public housing applicants in a given state or area each year. In Virginia, there are three affordable housing income qualification levels. Those in the lowest income bracket tend to be awarded housing first, while those in bracket three may have very long wait times for housing assistance.

What are the requirements for public housing besides low income? Typically, the household applying for the HUD affordable housing program must already be located in the same Virginia county or city where they want to be placed.

Also, no member of the household can have a felony criminal record when applying for low income housing assistance. Public housing eligibility in Virginia will be denied for a household if any member has been convicted of a felony.

"What do I need to apply for Section 8 assistance?" is another question that low-income housing petitioners might have. All affordable housing applicants will need to provide recent photo identification, proof of citizenship, and proof that they currently reside at an address in the city or county where they are applying. Social Security cards, birth certificates, utility bills, and pay stubs can all be used to prove a low income housing applicant's residency and identity.

**How to Apply for Section 8 Housing in Virginia**

How to sign up for Section 8 in Virginia is clearly explained in the application. The online application for low income housing can be easily accessed, or affordable housing applicants can go to their local housing authority office to obtain a physical form.

The HUD public housing application can be filled out by the petitioner at any time. Once it is completed, it can be turned in to any VHDA office in person, by fax or by mail.

However, the process to register for low income housing programs can take a long time, which means that applicants should be as accurate as possible when filling out the form, so that their applications stand the best chance of being accepted quickly.

Virginia HUD affordable housing applications include questions about job-related income, residency, property ownership, child support payments, and other income sources. Information and proof regarding any disabilities that a household member has should also be included.

Public housing applicants will need to provide all related information and identification for each adult member of the household. To check status for low income housing application forms after they have been submitted, petitioners can call, visit their local housing authority office or go online.

**Information About Section 8 Waiting Lists in Virginia**

The Section 8 housing program application waiting list in Virginia is also known as the housing choice voucher waiting list because low income housing applicants who are approved receive vouchers. The voucher recipients can then use those vouchers towards rent at pre-approved, privately owned locations throughout Virginia.

The VA low income housing waiting list can be very long due to the high demand for HUD housing assistance. In order to get on the affordable housing waiting list 2016, applicants must be approved during a period when the waiting list is open.

When will the public housing waiting list open in VA? The Virginia waiting list for housing choice vouchers can open or close at any time, depending on the number of applicants. The sooner affordable housing petitioners apply, the faster they can potentially get on the waiting list. Applicants can check waiting list status for low income housing applications at their local housing authority office in person, by phone, or online at any time.

Once public housing waiting list applicants on the waiting list are finally issued vouchers, it may be necessary for them to get on another waiting list. That is because the individual apartments they want to live in may all be occupied.

A secondary affordable housing program application waiting list may be maintained by the owner of the apartment building or complex. Once a tenant leaves, the owner will call the first name on the list.

**Section 8 Denials in Virginia**

Section 8 housing disqualifications in Virginia can occur for some low-income housing applicants. When that happens, the housing assistance petitioner will receive a letter in the mail.

To answer the question "What are the reasons for low income housing denial?" petitioners should look closely at the guidelines provided by the Virginia Housing Development Authority. It is important for applicants to make sure that they meet all of those requirements.

To figure out what to do if your affordable housing application was denied, refer to your denial letter. The Virginia low income housing denial letter will indicate the exact reason for your rejection. That reason could be anything from your failing a background check to your earning too much income. However, it is also possible that the denial is unwarranted and that it was made due to some sort of error.

As far as figuring out how to appeal affordable housing denials, time and accuracy are of the essence. If the public housing petitioner feels that he or she was wrongfully denied, he or she can dispute the rejection.

However, the VA affordable housing denial appeal must be submitted within two weeks to dispute the issue, and proof must be provided as to why the denial was unwarranted. The Virginia low income housing denial appeal process can be started with or without the help of legal counsel, but the success rate tends to be higher when lawyers are involved in the dispute process.

Website: Local Offices

State: Virginia

Sponsored Results

- Housing Grants
- Find Apartments
- Senior Housing & Apartments
- Section 8 Apartments
- Low Income Housing
- Housing and Rent Assistance
- Find Housing Programs

## VA Resources

- ✓ Program Overview
- ✓ How to Apply
- ✓ Housing Lists

Sponsored Results

- Housing Grants
- Find Apartments
- Senior Housing & Apartments
- Section 8 Apartments
- Low Income Housing
- Housing and Rent Assistance
- Find Housing Programs

## Additional Articles

- ✓ Programs For U.S. Citizens in Need
- ✓ Disqualifications
- ✓ Fact Sheet
- ✓ Information for Landlords
- ✓ Housing Authority Section 8 Waiting List

- Housing Assistance & Grants
- Assistance Programs
- Apartments for Rent
- Rent To Own Homes

## Additional Resources

- ✓ Affordable housing
- ✓ Get your free credit report
- ✓ Apartments for rent
- ✓ College grants eligibility
- ✓ Consolidate your debt
- ✓ Social security disability
- ✓ Compare health insurance quotes now
- ✓ Work injury compensation

## Contact Information

| Office Name/Address | Manager | Phone/Fax | Region/Regional Office |
|---|---|---|---|
| Richmond Field Office<br>600 East Broad Street<br>3rd Floor<br>Richmond, VA 23219-4920 | CARRIE S. SCHMIDT<br>Field Office Director | (804) 822-4805<br>Fax<br>(804) 822-4984<br>Email | Region III<br>Philadelphia PA |

This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information.

This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide information.



🔒 https://section-8-housing.org/virginia/?utm_source=google&utm_medium=cpc&utm_campaign=354_Section_8_US&utm_content=section-8&utm_term=8gdaz+f4AaliQxbChMRbM-vkxqHkyJX13sOh31eAUfSAVvASAAEgJcGvD_BwE

SECTION 8 HOUSING

Virginia

FAQs   |   How to Apply   |   Eligibility   |   States   |   Search 🔍

HOME / SECTION 8 HOUSING IN VIRGINIA

## Section 8 Housing in Virginia



Join the hundreds of thousands of families we've helped how to apply for HUD housing, low income housing, and rental assistance with our Section 8 Housing Assistance Guide. Get Started Today!

## Find Out If You Are Eligible for the Section 8 Program

By clicking continue I agree to the Privacy Policy and Terms and Conditions.

Sponsored Results

- Housing Grants
- Find Apartments
- Senior Housing & Apartments
- Section 8 Apartments
- Low Income Housing
- Housing and Rent Assistance

# Section 8 Housing in Virginia

The low income rentals program in Virginia, as well as in other states, is commonly referred to as Section 8. Virginia Section 8 housing is one of the programs and initiatives run by the Department of Housing and Urban Development. The goal of HUD is to help those that cannot afford other forms of housing and to decrease the homeless population.

Virginia public housing applicants must fill out forms provided by the state's housing authority, the Virginia Housing Development Authority. The VA Section 8 housing application will then be approved or denied by the VHDA, depending on the information provided.

Further information about the Virginia low income housing application process is provided in the sections below:

PX 1 Declaration of Lashunda Freeman
Attachment U Page 3



PX 1. Declaration of Lashanda Freeman
Attachment U, Page 4



Virginia Section 8 Income Lim...    ×    +

https://section-8-housing.org/virginia/?utm_source=google&utm_medium=cpc&utm_campaign=DSA_Section_8_US&utm_content=section-8&utm_term=&gclid=EAIaIQobChMI6M-xkqeH5gIVf13ACh1AoU7EAAYASAAEgJLcD_BwE

This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information

# SECTION 8 HOUSING

FAQs  |  How to Apply  |  Eligibility  |  States  |  Search  🔍

HOME / SECTION 8 HOUSING IN VIRGINIA

## Virginia

## Section 8 Housing in Virginia

Join the hundreds of thousands of families we've helped how to apply for HUD housing, low income housing, and rental assistance with our Section 8 Housing Assistance Guide. Get Started Today!

### What is your contact phone number?

☐ Please check this box to continue. By clicking 'Continue', I am providing express written consent for section 8 housing.org and our Marketing Partners to contact me at the number provided above via telephone, email or text (excluding through automated means, e.g. automatic telephone dialing system, text and pre-recorded messaging) about various products, services and related marketing/telemarketing offers. I understand that message and data rates may apply. I am authorizing these parties to contact me even if my telephone number is currently listed on any state, federal, local or corporate Do-Not-Call lists and registries. I understand that my consent is not a condition of purchase and to purchase is necessary. If you choose not to continue, you will still receive your free guide by email shortly.

6/2019 Section 8 Housing.org, All right reserved      Terms & Conditions      Marketing Partners      Privacy Policy

This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information.

PX 1 Declaration of Lashunda Freeman
Attachment O Page 6



This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information

FAQs | How to Apply | Eligibility | States | Search

HOME / SECTION 8 HOUSING IN VIRGINIA

## Section 8 Housing in Virginia

Virginia

Join the hundreds of thousands of families we've helped how to apply for HUD housing, low income housing, and rental assistance with our Section 8 Housing Assistance Guide. Get Started Today!

**Confirm Your Date of Birth and Gender To Verify Eligibility**

* Date of birth:

* Gender

©2019 Section 8 Housing .org. All right reserved

Terms & Conditions    Marketing Partners    Privacy Policy

This site is privately owned and is neither affiliated with, nor operated by, nor endorsed by any government agency. We provide time saving information

PX 1: Declaration of Lashanda Freeman
Attachment U: Page 6



Virginia Section 8 Income Li...

https://section-8-housing.org/virginia/?utm_source=google&utm_medium=cpc&utm_campaign=USA_Section_8_US&utm_content=section-8&utm_term=8&gclid=EAIaIQobChMIRM-vkioJHqVfl3sCh32eAUJF6AAYASAEgJCvD_BwE

This site is privately owned and is neither affiliated with, nor endorses by, nor operated by any government agency. We provide time saving information

FAQs   |   How to Apply   |   Eligibility   |   States   |   Search  🔍

HOME / SECTION 8 HOUSING IN VIRGINIA

## Virginia

## Section 8 Housing in Virginia

Join the hundreds of thousands of families we've helped how to apply for HUD housing, low income housing, and rental assistance with our Section 8 Housing Assistance Guide. Get Started Today!

Confirm your information to get your Eligibility Guide

**What is your current employment status?**

8/20119 Section 8-housing.org. All right reserved

Terms & Conditions        Marketing Partners        Privacy Policy

This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information

PX 1, Declaration of Lashanda Freeman
Attachment U, Page 7



This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information

FAQs | How to Apply | Eligibility | States | Search 🔍

HOME / SECTION 8 HOUSING IN VIRGINIA

## Virginia

## Section 8 Housing in Virginia

Join the hundreds of thousands of families we've helped how to apply for HUD housing, low income housing, and rental assistance with our Section 8 Housing Assistance Guide. Get Started Today!

**Confirm your information to get your Eligibility Guide**

**Which best describes your Health Insurance coverage?**

©2019 Section 8 Housing.org. All right reserved.    Terms & Conditions    Marketing Partners    Privacy Policy

This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information

PX 1 Declaration of Lashanda Freeman
Attachment U, Page 8





This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information

Virginia

FAQs | How to Apply | Eligibility | States | Search ☌

HOME / SECTION 8 HOUSING IN VIRGINIA

## Section 8 Housing in Virginia

Join the hundreds of thousands of families we've helped how to
apply for HUD housing, low income housing, and rental assistance
with our Section 8 Housing Assistance Guide  Get Started Today!

Confirm your information to get your Eligibility Guide

### How much credit card debt do you have?

©2019 Section 8 Housing.org. All right reserved          Terms & Conditions     Marketing Partners     Privacy Policy

This site is privately owned and is neither affiliated with, nor operated by, nor operated by any government agency. We provide time saving information

PX 1 Declaration of Lashanda Freeman
Attachment U  Page 10



This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information.

SECTION 8 HOUSING

**Virginia**

FAQs | How to Apply | Eligibility | States | Search 🔍

HOME / SECTION 8 HOUSING IN VIRGINIA

## Section 8 Housing in Virginia

Join the hundreds of thousands of families we've helped how to apply for HUD housing, low income housing, and rental assistance with our Section 8 Housing Assistance Guide. Get Started Today!

**Confirm your information to get your Eligibility Guide**

**Do you have an active checking account?**

No

©2019 Section-8-Housing.org All right reserved

Terms & Conditions | Marketing Partners | Privacy Policy

This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information.

PX 1 Declaration of Lashanda Freeman
Attachment U Page 11



This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information

FAQs  |  How to Apply  |  Eligibility  |  States  |  Search  Q

HOME / SECTION 8 HOUSING IN VIRGINIA

## Virginia

## Section 8 Housing in Virginia

Join the hundreds of thousands of families we've helped how to apply for HUD housing, low income housing, and rental assistance with our Section 8 Housing Assistance Guide. Get Started Today!

Confirm your information to get your Eligibility Guide

Are you interested in improving your credit score?

No

© 2019 Section 8 Housing.org. All right reserved.   Terms & Conditions   Marketing Partners   Privacy Policy

This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information

PX 1 Declaration of Lashanda Freeman
Attachment U, Page 12



This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information

FACs  |  How to Apply  |  Eligibility  |  States  |  Search  🔍

HOME / SECTION 8 HOUSING IN VIRGINIA

## Virginia

## Section 8 Housing in Virginia

Join the hundreds of thousands of families we've helped how to apply for HUD housing, low income housing, and rental assistance with our Section 8 Housing Assistance Guide. Get Started Today!

### Are you struggling with over $10k in debt?

There are easy ways to get help. Learn more about debt consolidation programs today.

No

© 2019 Section 8 Housing.org. All right reserved.   Terms & Conditions   Marketing Partners   Privacy Policy

This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information

PX 1: Declaration of Lashanda Freeman
Attachment U: Page 13

accredited
DEBT RELIEF

877-480-4643

# Reduce Your Debt & See How Much You Can Save

## Get Started Today!

**Select Your Debt Amount**

$22,000

$1,000 — $100,000+

**Continue**

✓ FREE consultation
✓ FREE savings estimate
✓ Get out of debt without bankruptcy
✓ NO upfront fees and no obligation

**Excellent**
★★★★★
Based on 1,277 reviews
★ Trustpilot

★★★★★   14 hours ago
**Very simple process and with the h...**
Very simple process and with the help from your representative, James Powell, th...
Customer

★★★★★   18 hours ago
**These people were extremely helpf...**
These people were extremely helpful in working with me to find the best and easi...
David Andrews

1 MILLION +
Have applied!

Terms of Service | Privacy Policy | E-Sign Consent | Unsubscribe

Accredited Debt Relief LLC is an affiliate of Beyond Finance Inc. Beyond Finance Inc. is a servicing provider for most debt settlement services offered by Accredited Debt Relief. Beyond Finance does clients not make all monthly program payments to approve matters ... and may not reach your results. We cannot guarantee that your debts will be resolved for a specific amount or percentage or within a specific timeframe. We do not assume your debts, make monthly payments to creditors or provide tax, law or accounting advice ... adversely affect your credit. You may be subject to collections or lawsuits by creditors or collectors. Your outstanding debt may increase from the accrual of fees and interest. Read an Understand all program materials prior to enrolling. Additional information for Maryland residents, click here.

Accredited Debt Relief LLC and its affiliates are not lenders, creditors, or debt collectors. This is not a loan. Referral arrangement is with our partners make it possible for you to apply for a loan. Annual Percentage Rates provided by partners range from 5.99% to 35.99%.

Testimonials reflect the individuals' opinion and may not be illustrative of all individual experiences with Accredited Debt Relief LLC or its affiliates.

PX 1, Declaration of Lashonda Freeman
Attachment U, Page 14



PX 1 Declaration of Lashanda Freeman
Attachment U, Page 15



This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information

**Virginia**

FAQs | How to Apply | Eligibility | States | Search 🔍

HOME / SECTION 8 HOUSING IN VIRGINIA

## Section 8 Housing in Virginia

Join the hundreds of thousands of families we've helped how to apply for HUD housing, low income housing, and rental assistance with our Section 8 Housing Assistance Guide. Get Started Today!

### Low Income Medical Help

Do you earn less than 32K per year? Find medical help for low-income families. Click "Yes" to learn more.

No

©2010 Section 8 Housing.org. All right reserved

Terms & Conditions    Marketing Partners    Privacy Policy

This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information

PX 1, Declaration of Lashanda Freeman
Attachment U, Page 16



PX 1: Declaration of Lashanda Freeman
Attachment U, Page 17



This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information

SECTION 8
HOUSING

Virginia

FAQs  |  How to Apply  |  Eligibility  |  States  |  Search  🔍

## Section 8 Housing in Virginia

Join the hundreds of thousands of families we've helped how to apply for HUD housing, low income housing, and rental assistance with our Section 8 Housing Assistance Guide. Get Started Today!

### Social Security Eligibility

Are you disabled, injured or unable to work due to a medical condition? You could be receiving up to $2600 per month in Social Security benefits. Check your Disability eligibility today.

No

©2019 Section-8-Housing.org. All right reserved

Terms & Conditions     Marketing Partners     Privacy Policy

This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information

PX 1: Declaration of Lashonda Freeman
Attachment U, Page 18

(






Virginia Section 8 - Income Lim × | Social Security Disability Benefi × | HealthInsurance.net | Get a Quo × | Accredited Debt Relief × | +

https://disability-application.com//37-39-march2018v2/

disability-application.com wants to
Show notifications
Allow Block

# FREE SOCIAL SECURITY DISABILITY CLAIM EVALUATION

Social Security Disability Insurance Benefits Application, Denial, & Appeals Help.

**CHECK YOUR ELIGIBILITY NOW.**

STEP 1 START MY FREE EVALUATION - ONLY TAKES 30 SECONDS!

First Name | Last Name
City | Select Your State
Zip code | Select Your Age
Email | Phone Number

Are You Currently Receiving Any Social Security Benefits?
● Yes ● No

CONTINUE >>

**Important Note About Applying or Re-Applying For Disability Benefits:** Utilizing a Social Security Disability attorney or advocate may improve your chances of initial approval, get your approval processed more quickly and in many cases increase the amount of benefits you are awarded. There are no upfront expenses to you for the evaluation, filing or appeal process. To get immediate assistance from one of our attorneys or advocates, please fill out the FREE Evaluation Form Above. This website is not affiliated with the Social Security Administration ("SSA") or any state or federal agency. If you choose to apply on your own without representation, you may do so at no cost on the SSA website.

Contact Us / Opt Out / Advertise With Us / Privacy Policy / T & C

Someone from Middletown, OH
Recently Signed Up For A Free Evaluation
a few seconds ago verified by Proof

Disclaimer: THIS IS AN ADVERTISEMENT. Advertising is paid for by participating attorneys and advocates. The site is not an attorney referral service. This website is privately owned and is not affiliated with or endorsed by Social Security Administration or any other government agency. The promotion of this website is sponsored exclusively by professional Social Security Attorneys and Advocacy Groups, in effort to provide services to the public for Disability Issues.

This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information

SECTION 8 HOUSING

Virginia

FAQs | How to Apply | Eligibility | States | Search

HOME / SECTION 8 HOUSING IN VIRGINIA

## Section 8 Housing in Virginia

Join the hundreds of thousands of families we've helped how to apply for HUD housing, low income housing, and rental assistance with our Section 8 Housing Assistance Guide. Get Started Today!

### Learn How to Successfully Apply For Housing Grants

Low income Americans may be eligible for housing assistance. Would you like information regarding housing assistance?

No

©2019 Section 8 Housing.org. All right reserved     Terms & Conditions     Marketing Partners     Privacy Policy

This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information

PX 1: Declaration of Lashanda Freeman
Attachment U. Page 20





This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information

**SECTION 8 HOUSING**

**Virginia**

FAQs | How to Apply | Eligibility | States | Search Q

HOME / SECTION 8 HOUSING IN VIRGINIA

## Section 8 Housing in Virginia

Join the hundreds of thousands of families we've helped how to apply for HUD housing, low income housing, and rental assistance with our Section 8 Housing Assistance Guide. Get Started Today!

### Get help paying your bills

Find Relief With FREE Grant Money That Never Has To Be Paid Back!

No

©2019 Section 8 Housing.org. All right reserved

Terms & Conditions    Marketing Partners    Privacy Policy

This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information

PX 1: Declaration of Lashanda Freeman
Attachment U: Page 22

(





Virginia Section 8 - Income Lim | Sign Up | Low Income Housing Assistance | Social Security Disability Benefit | HealthInsurance.net | Get a Quo | Accredited Debt Relief

https://www.resources4me.com/lp?utm_source=r4m_2315_5cafba8567eaac7e0df6fc90&utm_medium=cpa&utm_campaign=8181#/rt/5cafba8567eaac7e0df6fc90?sr=2315&s1=102076109613908889005727acf01c&s2=s8h&s3=&fn=%7Bfirst%7D&ln=%7Blast%7D&em...

Res urces4me.com

Resources 4Me

We'd like to send you notifications on the latest Resources and Grants information

NO THANKS | YES PLEASE

TRUSTED ... CENTER

Government and Private Programs Can Help You Make Outstanding Financial Changes

# Need Financial As istance ?

- **Find Relief** With *FREE* Grant Money That Never Has To Be Paid Back.
- **Get Help Paying Bills** With Valuable Information on *FREE* Benefits & Assistance Programs.
- **Explore Funding Opportunities** For Low Income or Struggling Families.
- **Receive Tips and Tools** To Properly Plan & Invest In Your Future.
- **Beat Financial Crisis** With Exclusive Offers To Help You Successfully Re-build & Manage Your Finances.

**DISCOVER YOUR OPTIONS**

Name

Email

Zip

By clicking "Sign Up Free" you are agreeing to the Terms & Conditions and Privacy Policy.

Sign Up Free

### Grants

Grants are a form of financial aid that do not need to be repaid and help pull families out of economic crisis. The U.S. government and many private organizations offer Free Money Grants in an effort to help low-income families afford life's necessities and work on building a better future for themselves and their family. Many types of grants are available including assistance for home repairs, utilities, education, small business, single parents, veterans, minorities, women and more! We've compiled exclusive content and offers to make finding free money easier through these organizations.

### Low Income Housing

Resources4me shines light on beneficial housing information in an effort to promote the development of low income families and the communities they live in. From Federal Programs to private or non-profit organizations, there are a great number of assistance options available. We've built a strong profile of affordable housing programs that include local search databases, advocacy opportunities and eligibility/application info. We also explore services helping those in danger of foreclosure, eviction and other housing issues.

### Single Parents Help

Living on a single income poses many challenges when it comes to providing for your family and paying the bills. A variety of financial assistance resources are available to help single-parent families stay afloat and avoid monetary crisis. Resources4me features information to help single parents and their children achieve a healthier, more stable living environment and thrive using the resources in their communities.

### Education

Going back to school is challenging and exciting. Resources4me can help you naviage this process with confidence. Find the best school for you based on your education preferences and career aspirations. Plus, eligible candidates can receive up to $6,095* in government grants to pursue their education goals. These extra funds can make a big difference in your future and eliminate the burden of student loan debt!

### Other Financial Resources

Whether you are deep in debt, or just want to plan for the future, we can help you take the proper recourse to take back financial control. Discover programs that can assist with financial woes, debt, credit repair, loan qualification, and much more! Resources4me has the tools you need to put your financial problems behind you.

Get Started Now

Disclaimer

Resources4me is a completely independent, privately held for-profit entity and has no affiliation or relationship with the United States Government or U.S. Department of Education. Resources4me offers links to other third party websites and services as helpful resources to locate internet content that may be of interest to you. We may receive an affiliate commission for referrals by you using such links. We pay our operating costs through our advertising revenue by having third-party affiliate offers. Resources4me advises that you not pay for any third party service that is provided for free elsewhere. Any and all links provided to third parties' websites and/or services through Resources4me are managed by such third parties. Resources4me is not responsible for the content, quality, suitability, functionality or legality of any sites to which links are provided and waive any claim you may make against us with respect to such sites and their operators.

PX 1, Declaration of Lashanda Freeman
Attachment U, Page 24





This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information

FAQs | How to Apply | Eligibility | States | Search Q

HOME / SECTION 8 HOUSING IN VIRGINIA

Virginia

## Section 8 Housing in Virginia

### Purchase a Home - No Money Down

Purchase or rent a home with no money down. Get FREE low-income Housing help fast!

No

Join the hundreds of thousands of families we've helped how to apply for HUD housing, low income housing, and rental assistance with our Section 8 Housing Assistance Guide. Get Started Today!

©2019 Section 8 Housing.org All right reserved

Terms & Conditions    Marketing Partners    Privacy Policy

This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information

PX 1 Declaration of Lashanda Freeman
Attachment U Page 26







Virginia Section 8 - Income | Rent To Own Listingz | Experian Boost: Increase Yo | Sign Up | Low Income Housing Assist | Social Security Disability Ber | Healthinsurance.net | Get a | Accredited Debt Relief

https://www.renttoownlistingz.com/?sp=420632&caid=05_13093014_a0866292-ffb8-4815-9b68-5d127e52ffd8

renttoown LISTINGZ.COM

*Why rent when you could rent to own?*

Home How It Works FAQs Contact Us FREE Credit Score

**Local Rent To Own**
FIND PROPERTIES BY ZIP

Find a home that's rent to own within a few miles of your location! Search by city, state, or ZIP and take the guesswork out of finding a rent to own home for your family.

Learn More

**Largest Database**
UPDATED DAILY

With over two million listings to explore, we are the largest database of rent to own homes in the industry. We also update our database of listings on a daily basis!

Learn More

**Full Property Data**
NEIGHBORHOODS, ETC...

Get the full details on each home and the surrounding area. schools, neighborhood, crime index and much, much more. Each home even comes with its own Zestimate®

Learn More

**Property Alerts**
NEW LISTINGS

Get automatically notified by text and/or email when a new property that you've specified becomes available to rent to own! You'll never miss a property because you weren't informed.

Learn More

## Featured Homes in your area

5 Bed / 3.5 Bath
1,764 sq. ft.
**$1,421 / Mo.**
Home Details

5 Bed / 3.5 Bath
1,764 sq. ft.
**$1,399 / Mo.**
Home Details

5 Bed / 3.5 Bath
1,764 sq. ft.
**$1,191 / Mo.**
Home Details

5 Bed / 3.5 Bath
1,764 sq. ft.
**$989 / Mo.**
Home Details

**UPDATE 05/06/2019:** New (3) new listings in your area

renttoown LISTINGZ.COM

RentToOwnListingz.com is the leading rent to own site. With over 2 million listings, you can rest assured you're getting the best match!

*"We make it easy, to get into the home you want!"*

**- Susan McAllister**
*Rent-To-Own Expert*

Copyright 2019 RentToOwnListingz.com. All Rights Reserved. Privacy Policy

This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information

FAQs | How to Apply | Eligibility | States | Search

HOME / SECTION 8 HOUSING IN VIRGINIA

# Virginia

## Section 8 Housing in Virginia

Join the hundreds of thousands of families we've helped how to apply for HUD housing, low income housing, and rental assistance with our Section 8 Housing Assistance Guide. Get Started Today!

### Get Your Section 8 Eligibility Guide

Get your FREE, informative guide.

©2019 Section 8 Housing. All right reserved      Terms & Conditions      Marketing Partners      Privacy Policy

This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information

PX 1: Declaration of Lashanda Freeman
Attachment U Page 28





# Attachment V

Gmail - ▓▓▓▓ Your Section 8 Housing Guide is Ready (Order ID:...          https://mail.google.com/mail/u/0?ik=7e08a1f9c0&view=pt&search=all&...

 Gmail                    ▓▓▓ ▓▓▓ <▓▓▓▓▓▓▓@▓▓.com>

● ▓▓▓▓     **Your Section 8 Housing Guide is Ready (Order ID: 8917EK)**
 1 message

**Lee C at Section-8-Housing** <info@e.section-8-housing.org>          Mon, May 6, 2019 at 2:12 PM
Reply-To: info@e.section-8-housing.org
To: ▓▓▓ ▓▓▓ <▓▓▓▓▓▓▓@▓▓.com>



Hi ▓▓▓▓

Your Guide to Receiving Housing and Rent Assistance is Ready. Start reading and finish your application online!

### Download Your Guide

Note: To ensure your Section-8-Housing emails are delivered, please add info@e.section-8-housing.org to your
email contacts.

Section-8-Housing.org is a privately owned website that is not associated with any government agency.
8190 Barker Cypress Rd Suite 1900 #1013, Cypress, TX 77433

Unsubscribe

1 of 1                                                               5/6/2019, 2:31 PM

Attachment W



# Section 8 Housing Guide

Housing Voucher Program

Section-8-Housing.com

# Content

Introduction to the Section 8 Housing Guide — 3

Background of the Section 8 Housing Voucher Program — 5

Eligibility Criteria for the Section 8 Housing Voucher Program — 6

How Housing Vouchers Work — 8

Waiting List for the Housing Voucher Program — 9

Section 8 Homeownership Vouchers — 11

Section 8 Housing Vouchers State Websites — 13

Section-8-Housing.org is privately-owned, and is neither operated by, nor affiliated with, any government agency. Section-8-Housing.org is not a law firm, nor can the Section-8-Housing.org site provide any kind of legal or professional advice. The information provided and contained in this Guide is not guaranteed to be correct, complete or up-to-date. This Guide is not endorsed or affiliated with any government entity, including any federal, state, county, city department, bureau, division or agency. The laws may be different from jurisdiction to jurisdiction, and may be subject to interpretation by different courts. The laws are a personal matter, and no general information like the kind Section-8-Housing.org provides can fit every circumstance.

PX 1: Declaration of Lashanda Freeman
Attachment W: Page 2

# Introduction to the Section 8 Housing Guide

Nowadays, finding a suitable place to live in is a hard task, especially for families with financial challenges. There are many things to bear in mind when looking for a place that you and your family can call home. Plus, many low-income families in the U.S. are facing difficulties when it comes to paying high rent, choosing their preferred neighborhood, finding a residential house or apartment with proper sanitary conditions and more.

Many families pay more than half of their monthly income to landlords in order to save their family from becoming homeless, all while living in sub-par conditions, outdated apartments or dangerous parts of town because they are simply not in a position to afford better. To help these low-income families find a home, the federal government has created a housing choice voucher program specifically designed with very low-income families in mind, along with the challenges they are facing in terms of finding appropriate housing. This type of financial help is available not only for low-income families, but also for disabled persons and elderly citizens.

PX 1: Declaration of Lashanda Freeman
Attachment W: Page 3

By receiving a housing choice voucher, families are given the opportunity to look for a home in the form of a smaller house, a townhouse or an apartment that will suit their needs best. There are, however, certain eligibility requirements that families must meet in order to be able to apply for government rental assistance.

This Section 8 Housing Guide was created to narrow down all the available information about the housing voucher program and to help you find specific details on whichever part of the program you need. In addition, this Guide will also explain the different parts of the program in more detail and thus help you understand the requirements, terms, conditions and other aspects of the program better.

PX 1: Declaration of Lashanda Freeman
Attachment W: Page 4

# Background of the Section 8 Housing Voucher Program

The Section 8 Program (also commonly referred to as merely "Section 8") has been available for more than 40 years, created in 1974. Section 8 was based on the U.S. Housing Act of 1937 when the federal government provided financial assistance to build public housing units for low-income families and individuals with management power given to public housing authorities. Over the years, the Housing Act underwent many changes and amendments.

For instance, the Housing Act was renamed Section 23 Leased Housing Program in 1961 and its main goal was to enable low-income families and individuals to rent a unit from local housing authorities, with the tenants paying a part of the rent and the housing authorities paying whatever was left from the owner's market value for the property. Maintenance and management of the property was also under the responsibility of the housing authorities.

Finally, in 1974 the program was amended again and named Section 8, as it is known today. The new outline was slightly different from its previous versions in that it consisted of two parts: a project-based allowance with which funds were linked to a specific property, and tenant-based allowance for which funds were mobile and were linked to the tenant, rather than the property.

That brings us to today's version of the Section 8 Program, which has also gone through many changes and probably will be amended as needed in the future. All in all, however, it enables low-income families to find a rental unit of their choice after receiving a voucher that pays an estimated 70 percent of the rent value and utility bills, while the remaining 30 percent of the rent is paid by the tenant. Eligibility criteria such as family size and income apply, and there is often a long waiting list.

PX 1: Declaration of Lashanda Freeman
Attachment W: Page 5



# Eligibility Criteria for the Section 8 Housing Voucher Program

The housing voucher program serves low-income families, elderly citizens who are unable to afford a safe, decent home and disabled persons who are unable to work. However, not all who apply for the voucher will receive one, as there are certain eligibility criteria to meet, especially ones regarding total annual gross income and family size. Your eligibility will be determined by the Public Housing Authority in your area, as different areas and counties in different states have varying median income levels. The main factors that the PHA will consider are:

- Your citizenship - You must be a U.S. citizen or an immigrant with documents proving legal immigration status.
- Your total family income - It must not be higher than 50 percent of the county or area median income in which you chose to reside.
- The number of family members that will reside in the rental unit.

ⓘ *Note: Up to 75 percent of the total number of housing vouchers must be given to families or individuals whose total family income is not higher than 30 percent of the median income in the area or county in which they choose to live. The total median income for counties and communities is different throughout the U.S., also differing from one county to the next. In order to determine whether you are eligible for your area, you must look at your state's or city's specific numbers, search their websites or visit a PHA office in person to ask for more information.*

Every change in family income must be immediately reported to the PHA as not doing so may result in losing the voucher. After receiving the voucher, your lease will list all household members, which will be determined through an agreement with your landlord. You are not allowed to include additional family members unless they are naturally considered family through birth, foster care of adoption.

Listed below are ranges of certain states' median income and very low-income limit (50 percent) for a four-member family for to give you a rough estimate of the income requirements:

| | Median Income | Very Low Income Limit (50%) |
|---|---|---|
| Alabama | $55,500 | $27,750 |
| California | $69,700 | $34,850 |
| Delaware | $74,400 | $37,200 |
| Florida | $57,700 | $28,850 |
| Idaho | $57,300 | $28,650 |
| Kentucky | $55,800 | $27,900 |
| Louisiana | $56,900 | $28,450 |
| Massachusetts | $87,300 | $43,750 |
| New Jersey | $88,900 | $44,450 |
| New York | $72,000 | $36,000 |
| Ohio | $63,200 | $31,600 |
| Pennsylvania | $68,500 | $34,250 |
| Wyoming | $72,400 | $36,200 |

# How Housing Choice Vouchers Work

Housing choice vouchers are known as such because the applicants are given the opportunity to browse through rental units and select the one that suits their needs and preferences the most. In addition, choosing a new home with the Section 8 Program does not have to be limited to run-down neighborhoods or worn-out residential areas. Any rental unit that falls under the  Section 8 Program rules and requirements is perfectly eligible as long as the family finds it suitable. What is convenient about housing voucher is that you can take it wherever you go. For example, even if you would like to move to a different state, you could still use your voucher at your new location.

Before you start searching for a rental unit, you will be briefed on the size of the unit in regards to how many members you have in your household. The rental unit you choose must be a decent place to live in and meet all safety and health standards. To ensure it does, once you have selected the place you like and arranged it with the landlord, the PHA will then inspect the unit.

You should also bear in mind that the PHA will have a payment standard, which is an average of what a rental unit would usually cost. This payment standard will also be used to estimate the amount of financial help a family can receive. It is not, however, a set limit on the amount of rent and should only be regarded as a guideline. Families who have received a voucher and have found a unit that suits their needs can go a little above or below this standard under certain conditions:

- The family must pay 30 percent of their monthly gross income for rent to the landlord.
- If the rent is above the payment standard, whatever difference is left above the 30 percent, the family must pay it as well.
- If the family moves to a home where rent is much higher than the payment standard, the family must pay 40 percent of their monthly gross income for rent.

PX 1: Declaration of Lashanda Freeman
Attachment W: Page 8

# Waiting List for the Housing Voucher Program

If you complete all documentation for a housing voucher application as instructed, you will be put on a waiting list. However, because financial assistance for the housing choice voucher is in great demand, applicants should expect to wait a long time. State federal resources for the housing voucher are limited, and no matter how hard the PHA tries to help every applicant, there must be a list where individuals and families will wait for their turn. In addition, there are families who need financial assistance much more and much faster than others, and many times the PHA decides to put them on the top of the list in order to help them as soon as possible. Such examples are:

- Families who live in a home with substandard living conditions.
- Families who are on the verge of becoming homeless or already are homeless.
- Families who were involuntarily displaced for various reasons.
- Low-income families who pay more than half of their income for rent.

PX 1: Declaration of Lashanda Freeman
Attachment W: Page 9

- Families living in public housing that are victims of violence or crime.
- Families where members are victims of domestic violence.
- Families with a disabled family member.

If your family belongs to one of the above-mentioned categories, you will be moved to the top of the list and be given local preference. Every community in the U.S. has its own terms and conditions as to giving local preferences, so it is best to check with the PHA to see if you qualify. Preference eligibility is listed on the application and the family is then put on a waiting list. When the time comes, the PHA will look into the preference eligibility and verify it. If the PHA determines that a family is no longer eligible for local preference, they will not be given one.

Waiting lists in different states and different communities have their own operating policies. Some PHAs keep their waiting lists open at all times, allowing for applications to roll in constantly; some keep it open briefly and only accept applications at specific hours in the day, and others, once they reach full capacity, close their waiting list for an indefinite amount of time only to reopen it when they see fit. However, the PHA must not allow for any waiting list to grow uncontrollably.

PX 1: Declaration of Lashanda Freeman
Attachment W: Page 10

# Section 8 Homeownership Vouchers

The Section 8 Housing Choice Program is primarily dedicated to helping low-income families pay rent, but that is not its only purpose. Some families would like to buy the home they have lived in and instead of paying rent, they would rather pay mortgage for it and make it their own. This is where Section 8 Homeownership Vouchers come in handy. It is actually an extension of the housing choice voucher, so you must be eligible for that first and then forward the voucher money to mortgage payments. To be eligible for a homeownership voucher, you must meet the following requirements:

- You must be a first-time homeowner (this requirement entails each of your household family members).
- You must meet the minimum requirements for income which must not be below the minimum hourly wage, times 2,000 hours.
- One (or more) family member(s) must be regularly employed (and to have been employed for a year before the homeownership is allowed).
- You must meet PHA eligibility requirements.
- You must attend the PHA's homeownership counseling program.

You must also be aware of the expenses you will have as a prospective homeowner, such as:

- Mortgage insurance.
- Mortgage interest and principal.
- Taxes for the property.

PX 1: Declaration of Lashanda Freeman
Attachment W: Page 11

- Homeowner insurance.
- PHA's utilities allowance.
- PHA's maintenance cost allowance.
- PHA's repairs and replacements allowance.
- If there is need for major repairs or adjustments in the home, you must have interest and principal on debt to get the financial means.

The maximum amount of time for a family to receive homeownership assistance is 15 years. For elderly families or disabled families, the PHA does not impose time limits.



# Section 8 Housing Vouchers State Websites

As previously stated, every state in the U.S. has their own eligibility requirements in terms of family income limits, area median income, local preferences, waiting lists being kept open or closed and more. In addition, if you would like to apply for a housing assistance in a different area than the one in which you are currently residing, bear in mind that the local government of that community will always give preference to local applicants rather than to non-residents. To learn more about the Section 8 Housing Program, you can visit your state's official HUD website or find contact information on all main PHA offices in your state.

| | |
|---|---|
| Alabama | http://portal.hud.gov/hudportal/HUD?src=/states/alabama |
| | http://portal.hud.gov/hudportal/HUD?src=/states/alabama/offices |
| Alaska | http://portal.hud.gov/hudportal/HUD/states/alaska |
| | http://portal.hud.gov/hudportal/HUD?src=/states/alaska/offices |
| Arizona | http://portal.hud.gov/hudportal/HUD/states/arizona |
| | http://portal.hud.gov/hudportal/HUD?src=/states/arizona/offices |

PX 1: Declaration of Lashanda Freeman
Attachment W: Page 13

| Arkansas | http://portal.hud.gov/hudportal/HUD/states/arkansas |
| | http://portal.hud.gov/hudportal/HUD?src=/states/arkansas/offices |
| California | http://portal.hud.gov/hudportal/HUD/states/california |
| | http://portal.hud.gov/hudportal/HUD?src=/states/california/offices |
| Colorado | http://portal.hud.gov/hudportal/HUD/states/colorado |
| | http://portal.hud.gov/hudportal/HUD?src=/states/colorado/offices |
| Connecticut | http://portal.hud.gov/hudportal/HUD/states/connecticut |
| | http://portal.hud.gov/hudportal/HUD?src=/states/connecticut/offices |
| Delaware | http://portal.hud.gov/hudportal/HUD/states/delaware |
| | http://portal.hud.gov/hudportal/HUD?src=/states/delaware/offices |
| District of Columbia | http://portal.hud.gov/hudportal/HUD/states/district_of_columbia |
| | http://portal.hud.gov/hudportal/HUD?src=/states/district_of_columbia/offices |
| Florida | http://portal.hud.gov/hudportal/HUD/states/florida |
| | http://portal.hud.gov/hudportal/HUD?src=/states/florida/offices |
| Georgia | http://portal.hud.gov/hudportal/HUD/states/georgia |
| | http://portal.hud.gov/hudportal/HUD?src=/states/georgia/offices |
| Hawaii | http://portal.hud.gov/hudportal/HUD/states/hawaii |
| | http://portal.hud.gov/hudportal/HUD?src=/states/hawaii/offices |
| Idaho | http://portal.hud.gov/hudportal/HUD/states/idaho |
| | http://portal.hud.gov/hudportal/HUD?src=/states/idaho/offices |
| Illinois | http://portal.hud.gov/hudportal/HUD/states/illinois |
| | http://portal.hud.gov/hudportal/HUD?src=/states/illinois/offices |
| Indiana | http://portal.hud.gov/hudportal/HUD/states/indiana |
| | http://portal.hud.gov/hudportal/HUD?src=/states/indiana/offices |
| Iowa | http://portal.hud.gov/hudportal/HUD/states/iowa |
| | http://portal.hud.gov/hudportal/HUD?src=/states/iowa/offices |
| Kansas | http://portal.hud.gov/hudportal/HUD/states/kansas |
| | http://portal.hud.gov/hudportal/HUD?src=/states/kansas/offices |
| Kentucky | http://portal.hud.gov/hudportal/HUD/states/kentucky |
| | http://portal.hud.gov/hudportal/HUD?src=/states/kentucky/offices |
| Louisiana | http://portal.hud.gov/hudportal/HUD/states/louisiana |
| | http://portal.hud.gov/hudportal/HUD?src=/states/louisiana/offices |
| Maine | http://portal.hud.gov/hudportal/HUD/states/maine |
| | http://portal.hud.gov/hudportal/HUD?src=/states/maine/offices |

| Maryland | http://portal.hud.gov/hudportal/HUD/states/maryland |
| | http://portal.hud.gov/hudportal/HUD?src=/states/maryland/offices |
| Massachusetts | http://portal.hud.gov/hudportal/HUD/states/massachusetts |
| | http://portal.hud.gov/hudportal/HUD?src=/states/massachusetts/offices |
| Michigan | http://portal.hud.gov/hudportal/HUD/states/michigan |
| | http://portal.hud.gov/hudportal/HUD?src=/states/michigan/offices |
| Minnesota | http://portal.hud.gov/hudportal/HUD/states/minnesota |
| | http://portal.hud.gov/hudportal/HUD?src=/states/minnesota/offices |
| Mississippi | http://portal.hud.gov/hudportal/HUD/states/mississippi |
| | http://portal.hud.gov/hudportal/HUD?src=/states/mississippi/offices |
| Missouri | http://portal.hud.gov/hudportal/HUD?src=/states/missouri |
| | http://portal.hud.gov/hudportal/HUD?src=/states/missouri/offices |
| Montana | http://portal.hud.gov/hudportal/HUD?src=/states/montana |
| | http://portal.hud.gov/hudportal/HUD?src=/states/montana/offices |
| Nebraska | http://portal.hud.gov/hudportal/HUD?src=/states/nebraska |
| | http://portal.hud.gov/hudportal/HUD?src=/states/nebraska/offices |
| Nevada | http://portal.hud.gov/hudportal/HUD?src=/states/nevada |
| | http://portal.hud.gov/hudportal/HUD?src=/states/nevada/offices |
| New Hampshire | http://portal.hud.gov/hudportal/HUD?src=/states/new_hampshire |
| | http://portal.hud.gov/hudportal/HUD?src=/states/new_hampshire/offices |
| New Jersey | http://portal.hud.gov/hudportal/HUD?src=/states/new_jersey |
| | http://portal.hud.gov/hudportal/HUD?src=/states/new_jersey/offices |
| New Mexico | http://portal.hud.gov/hudportal/HUD?src=/states/new_mexico |
| | http://portal.hud.gov/hudportal/HUD?src=/states/new_mexico/offices |
| New York | http://portal.hud.gov/hudportal/HUD?src=/states/new_york |
| | http://portal.hud.gov/hudportal/HUD?src=/states/new_york/offices |
| North Carolina | http://portal.hud.gov/hudportal/HUD?src=/states/north_carolina |
| | http://portal.hud.gov/hudportal/HUD?src=/states/north_carolina/offices |
| North Dakota | http://portal.hud.gov/hudportal/HUD?src=/states/north_dakota |
| | http://portal.hud.gov/hudportal/HUD?src=/states/north_dakota/offices |
| Ohio | http://portal.hud.gov/hudportal/HUD?src=/states/ohio |
| | http://portal.hud.gov/hudportal/HUD?src=/states/ohio/offices |
| Oklahoma | http://portal.hud.gov/hudportal/HUD?src=/states/oklahoma |
| | http://portal.hud.gov/hudportal/HUD?src=/states/oklahoma/offices |

SECTION TITLE GOES HERE

**15**

| | |
|---|---|
| Oregon | http://portal.hud.gov/hudportal/HUD?src=/states/oregon |
| | http://portal.hud.gov/hudportal/HUD?src=/states/oregon/offices |
| Pennsylvania | http://portal.hud.gov/hudportal/HUD?src=/states/pennsylvania |
| | http://portal.hud.gov/hudportal/HUD?src=/states/pennsylvania/offices |
| Puerto Rico & U.S. Virgin Islands | http://portal.hud.gov/hudportal/HUD?src=/states/puerto_rico_virgin_islands |
| | http://portal.hud.gov/hudportal/HUD?src=/states/puerto_rico_virgin_islands/offices |
| Rhode Island | http://portal.hud.gov/hudportal/HUD?src=/states/rhode_island |
| | http://portal.hud.gov/hudportal/HUD?src=/states/rhode_island/offices |
| South Carolina | http://portal.hud.gov/hudportal/HUD?src=/states/south_carolina |
| | http://portal.hud.gov/hudportal/HUD?src=/states/south_carolina/offices |
| South Dakota | http://portal.hud.gov/hudportal/HUD?src=/states/south_dakota |
| | http://portal.hud.gov/hudportal/HUD?src=/states/south_dakota/offices |
| Tennessee | http://portal.hud.gov/hudportal/HUD?src=/states/tennessee |
| | http://portal.hud.gov/hudportal/HUD?src=/states/tennessee/offices |
| Texas | http://portal.hud.gov/hudportal/HUD?src=/states/texas |
| | http://portal.hud.gov/hudportal/HUD?src=/states/texas/offices |
| Utah | http://portal.hud.gov/hudportal/HUD?src=/states/utah |
| | http://portal.hud.gov/hudportal/HUD?src=/states/utah/offices |
| Vermont | http://portal.hud.gov/hudportal/HUD?src=/states/vermont |
| | http://portal.hud.gov/hudportal/HUD?src=/states/vermont/offices |
| Virginia | http://portal.hud.gov/hudportal/HUD?src=/states/virginia |
| | http://portal.hud.gov/hudportal/HUD?src=/states/virginia/offices |
| Washington | http://portal.hud.gov/hudportal/HUD?src=/states/washington |
| | http://portal.hud.gov/hudportal/HUD?src=/states/washington/offices |
| West Virginia | http://portal.hud.gov/hudportal/HUD?src=/states/west_virginia |
| | http://portal.hud.gov/hudportal/HUD?src=/states/west_virginia/offices |
| Wisconsin | http://portal.hud.gov/hudportal/HUD?src=/states/wisconsin |
| | http://portal.hud.gov/hudportal/HUD?src=/states/wisconsin/offices |
| Wyoming | http://portal.hud.gov/hudportal/HUD?src=/states/wyoming |
| | http://portal.hud.gov/hudportal/HUD?src=/states/wyoming/offices |

PX 1: Declaration of Lashanda Freeman
Attachment W: Page 16

Attachment X



M Gmail                                    ███ ███ <███████ @ ███ .com>

████████   **We Found a Check In Your Name**
1 message

**Research UnlimitedGroup** <news@resourceunlimitedapp.com>        Wed, May 8, 2019 at 9:23 PM
Reply-To: Research UnlimitedGroup <reply_ibpjdq_fjovhohn_o@cp20.com>
To: ██████ <████████ @ ███ .com>

---

████████   **We Found a Check In Your Name**

We used the window linked below to find **missing checks** in our members'
names, and we noticed that you might be missing out on **some serious
cash.**

████   it's in your best interest to head to the link immediately and find
out how much **you can collect**.

**Collect Your Missing Check**

---

Postal address only. Send a letter to:
11962 CR 101 Ste 302 #512 The Villages, FL 32162

You are subscribed to this mailing list as ████████ @ ███ .com. Please click here to modify
your message preferences or to unsubscribe from any future mailings. We will respect all unsubscribe
requests.



**CITIBANK Card Cleared ($1,000!) Congrats,** ████████
1 message
___

**Research UnlimitedGroup** <news@resourceunlimitedapp.com>                 Fri, Jul 5, 2019 at 9:24 PM
Reply-To: Research UnlimitedGroup <reply_iwjwhn_fjovhohn_o@cp20.com>
To: ██████  <████████████ @███ .com>

# July 5, 2019

**Congrats,** ██████ After careful consideration, the total of $1,000 has been loaded onto this **cleared CITIBANK Card**. Get a move on to the link below to verify this card with the highlighted requests.

Respectfully,
Lisa | *Research Unlimited Inc* Rep

→ Verify CITIBANK $1,000

Paid participation required. See website for more details.
Postal address only. Send a letter to:
515 NW Saltzman Rd #3023 Portland, OR 97229
(503) 963-6319

You are subscribed to this mailing list as ████████████ @███ .com. Please click here to modify your message preferences or to unsubscribe from any future mailings. We will respect all unsubscribe requests.

Attachment Y

PX1, Attachment Y
Video of FishingLicense Purchase – Filed On Disc

Attachment Z



Go gle

get fishing license

Q All   🗺 Maps   🛒 Shopping   📰 News   🖼 Images   ⋮ More          Settings   Tools

About 166 000 000 results (0.43 seconds)

### Fishing Tips | Get Your License to Fish | Review Requirements
Ad  www.fishinglicense.org/ResourceGuide ▾
Don't Get Fined and Go Fishing with a License! Learn How to Obtain Your Fishing License with Our Guide · Freshwater Fishing · Who to Do · Fishing License Fees · Types of Licenses · Regulations Info
Eligibility Requirements · Saltwater Fishing · Fishing destinations · New or Renew License

**Renew Fishing License**          **Fishing License Process**
Properly Renew Your Fishing License    Complete Details on Getting a
with Our Complete Guide          Fishing License in Your State

**People also search for**
who sells fishing license near me    texas fishing license requirements
texas fishing license online         fishing license nj
fishing license ohio                 fishing license pa
fishing license oklahoma             fishing license michigan

                                                    ✕

### 25% Off On All Quilts | Enter "4July" At Checkout | humpine.com
Ad  www.humpine.com ▾
This Promotion Is Ending Soon. Do Not Miss This Crazy Deal. 2 Days Express Shipping. 100% Money Back Guarantee.
Christmas Quilts · Tree Of Life Quilts · Jelly Roll Quilts · Bohemian Quilts
Independence Day. 25% off All Quilts Blankets · Code "4JULY" · Ends Jul 4

### Buying a fishing license | U.S. Fish and Wildlife Service
https://www.fws.gov/fishing/fishingLicense.html ▾
Feb 8, 2019 - First you need a fishing license! Buying a fishing license is quick, easy and directly contributes toward conservation efforts in most states. licenses can be purchased online, by phone or at retail establishments

### Purchase Hunting and Fishing Licenses Online - ReserveAmerica
https://www.reserveamerica.com/outdoors/shortr/4ph-license.htm ▾
Alabama · Hunting license · Fishing license · Boat registration · Hunter education · Seasons and bag limits · Harvest reporting · Visit State Website · Get Licenses

Online License Sales and Service

PX 1. Declaration of Lashanda Freeman
Attachment 2, Page 1



# New Wisconsin Fishing License Assistance

## Wisconsin Fishing Licenses

### Start Fishing Hassle-Free

## How to Get a Fishing License in Wisconsin

## Types of Fishing Licenses in Wisconsin

## Wisconsin Fishing Laws & Regulations



Contact Info - fishinglic   https://fishinglicense.org/contact.html

State Info ∨   Resources ∨   Blogs   FAQs

FishingLicense.org is a privately owned website that is not affiliated with any government agencies.

**FISHINGLICENSE.ORG**

## Contact Us

fishinglicense.org is the No. 1 trusted internet resource for all your fishing related needs. Whether you're a new angler, or seasoned fisherman, we're here to provide tips, forms and helpful information surrounding licensing and fishing services. On fishinglicense.org, you can search our State Info page and choose your current or future state of residence. With information on how to renew, replace and update your fishing license, along with forms and checklists, we've got everything covered.

Using our comprehensive fishing license guide, you can gain quick access to all the paperwork you need to obtain or replace a fishing license. We encourage you to get started with this process on fishinglicense.org so we can help you along the way as needed. Finally, if you get stuck along the way, please feel free to Contact Us. At fishinglicense.org, we're happy to assist. We've dedicated many hours to create this comprehensive resource to have at your fingertips, and we want to make sure you are a satisfied user. Thank you for trusting fishinglicense.org!

This site is privately owned and is neither operated by, nor affiliated with, any government agency. fishinglicense.org is operated by Orange Grove LLC.

**Mail Address:**
Orange Grove LLC
212 W. Ironwood Dr., Ste D, Bx 177
Coeur D'Alene, ID 83814
USA

**If you'd like to speak to a member of our support team, you can reach us by phone or email from 7am to 12am EST - 7 days a week. Outside of normal business hours we offer email support only.**

**Phone Support: 888-867-4816**

**Email Support:** info@fishinglicense.org

Money Back Guarantee   |   Contact Us   |   About Us   |   Terms of Use   |   Privacy Policy   |   Site Map   |   Blog        ✉ info@fishinglicense.org



PX 1, Declaration of Lashanda Freeman
Attachment 2, Page 4



Billing For Fishing License - Fi

https://fishinglicense.org/billing.html

120%

FishingLicense.org is a privately owned website that is not affiliated with any government agencies.

FISHINGLICENSE.ORG

State Info ⌄ Resources ⌄ Blogs FAQs

# New Wisconsin Fishing License Assistance

## Billing Information

First Name
[redacted]

Last Name
[redacted]

Zip Code
[redacted]

Credit Card Number
[redacted]

Exp Date
[redacted]

CVV
[redacted]

Submit

VERIFIED by VISA MasterCard SecureCode VERIFIED & SECURED Norton

Our Complete Fishing Licensing Guide and accompanying Audiobook simplify the process of getting a fishing license from your state's wildlife department. For $28.93, you get access to all of the information you need in one simple and easy-to-use guide. You'll also receive Coupons and Gift Rewards valuing up to $500 in savings, a guide on Fishing Gear Essentials and our Fresh Catch Cookbook. FishingLicense.org is privately owned and is neither affiliated with nor endorsed by any government agency.



FishingLicense.org is a privately owned website that is not affiliated with any government agencies.

**FISHINGLICENSE**.org

State Info ⌄     Resources ⌄     Blogs     FAQs

Get Started Now

See if you Pre Qualify now

# Download Your Guide to Becoming an Expert Fisherman Now

Review your **Guide to Become an Expert Fisherman**, which includes step-by-step instructions to complete the licensing process, fishing regulations and links to tide charts & weather forecasts.

EXPERT FISHERMAN

Download

## Additional FREE Guides



National Fishing License Guide



Guide to Becoming an Expert Fisherman - Audiobook



Fishing Gear Essentials Guide



Cookbook with Tons of Tips, Recipes and More

## Bonus with Purchase



Coupons For All Your Outdoor Recreational Needs



Dining, Shopping, Travel or Grocery Rewards



$200 in Redeemable Grocery Rewards



$100 in Redeemable Shopping Rewards

**FISHINGLICENSE**.org

Money Back Guarantee  |  Contact Us  |  About Us  |  Terms of Use  |  Privacy Policy  |  Site Map  |  Blog

✉ info@fishinglicense.org

FishingLicense.org is a privately owned website that is not affiliated with any government agencies.

PX 1. Declaration of Leopoldo Freeman
Attachment Z, Page 8