# PX2
# Declaration of Roberto C. Menjivar
# Federal Trade Investigator

## DECLARATION OF ROBERTO C. MENJIVAR
### Pursuant to 28 U.S.C. § 1746

I, Roberto C. Menjivar, hereby declare as follows:

1. My name is Roberto C. Menjivar. I am a United States citizen over eighteen years of age. I am an investigator with the Federal Trade Commission ("FTC" or "Commission"), a position that I have held for more than 16 years. My office address is 230 South Dearborn Street, Room 3030, Chicago, Illinois 60604.

2. As part of my duties, I research, monitor, and investigate parties who are suspected of engaging in deceptive or unfair acts or practices in violation of Section 5(a) of the Federal Trade Commission Act, and other laws or rules enforced by the FTC, including the Telemarketing Act and the Telemarketing Sales Rule. I also gather information and review documents, financial records, and other evidence in connection with FTC investigations and federal court litigations.

3. I have been assigned as the investigator in the matter of *Federal Trade Commission v. Simple Health Plans LLC, et al.*, Case No. 18-cv-62593 (S.D. Fla.) ("*Simple Health*"). In the course of that matter, I acquired personal knowledge about the facts stated herein, and, if called, would testify to the same.

4. On October 29, 2018, the FTC filed its Complaint for Permanent Injunction and Other Equitable Relief in *Simple Health*. On the same day, the FTC filed an Ex Parte Motion for a Temporary Restraining Order with Asset Freeze, Appointment of a Temporary Receiver, Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue ("TRO"), which the Court granted on October 31, 2018.

5. On November 1, 2018, pursuant to the TRO, FTC staff was present when the court-appointed Temporary Receiver, Michael I. Goldberg of Akerman LLP, and the Receiver's representatives took possession and control of the *Simple Health* defendants' business premises ("Immediate Access") located in Hollywood, Florida; Doral, Florida; and Dallas, Texas. After the Temporary Receiver and the Receiver's representatives secured the defendants' premises and pursuant to the TRO, FTC staff entered the premises for the purpose of inspecting and copying the documents and records of the receivership defendants.

6. During the Immediate Access (and subsequent days after the Immediate Access), an FTC digital forensic examiner and contractors imaged about 22 computers and servers located at the defendants' business premises. The defendants also had dozens of servers at the Flexential Data Center – an offsite facility in Fort Lauderdale, Florida. Due to the data size and complexity of the servers at the Hollywood office and Flexential Data Center, the Receiver allowed the FTC Digital Forensic Examiners Richard Kaplan and Calvin

Brown to visit the Hollywood office and Flexential Data Center following the Immediate Access, from November 11, 2018 through November 16, 2018, for the purpose of copying various audio and data files from those servers. In addition, FTC forensic examiners downloaded files and data stored on web-based or online storage accounts utilized by the defendants. FTC staff also copied hard-copy documents found at the defendants' business premises.

7. The electronically stored information the FTC digital forensic examiners and contractors obtained included word processing files, spreadsheets, PDFs, email accounts containing tens of thousands of emails, and other types of files. Some of this electronically stored information was processed and loaded into a document management system called Relativity. In addition, the hard-copy documents FTC staff copied were also processed and loaded into Relativity.

8. FTC staff conducting the investigation in *FTC v. On Point Global LLC et al.* were granted access to the *Simple Health* Relativity database.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November **26**, 2019

Roberto C. Menjivar

# PX3
# Expert Report of Dr. Michelle Mazurek

**EXPERT REPORT OF DR. MICHELLE L. MAZUREK**
**Pursuant to 28 U.S.C. § 1746**

## I.  INTRODUCTION

1.  My name is Michelle L. Mazurek. I have been retained by the Federal Trade Commission (FTC) to provide my expert opinion in connection with websites identified by the FTC. Specifically, the FTC asked me to render an opinion on whether these websites are misleading, and whether consumers understand what they are purchasing or agreeing to in using these sites. To develop this opinion, I (together with a small team) designed and conducted a series of empirical studies. Below, I describe my credentials and qualifications, the scope of this report, the studies I designed and conducted, the results of these studies, and the conclusions I drew from those results.

## II. CREDENTIALS AND QUALIFICATIONS

2.  I am an Assistant Professor in the Department of Computer Science at the University of Maryland, College Park (UMD), a position I have held since 2014. I am jointly appointed in the University of Maryland Institute for Advanced Computer Studies, a research institute focused on interdisciplinary computer science research, and I hold affiliate appointments in the UMD Department of Electrical and Computer Engineering and the UMD School of Information Studies. My research specialty is human-centered computer security and privacy, an interdisciplinary field that combines human-computer interaction (HCI) and computer security. My work seeks to understand how and why people (especially non-experts) make security- and privacy-relevant decisions, and then to design interventions to help improve these processes and produce better outcomes. My curriculum vitae is included in this report as Attachment 1.

3.  I received a Bachelor of Science degree in Electrical Engineering from the University of Maryland, College Park in 2004, a Master of Science degree in Electrical and Computer Engineering from Carnegie Mellon University in 2013, and a Doctor of Philosophy degree in Electrical and Computer Engineering from Carnegie Mellon University in 2014. My dissertation focused on usable access control for sharing personal data and files.

4.  In many subdisciplines of computer science, including both security and HCI, the most prestigious publishing venues are conferences rather than, as is typical in many other academic disciplines, journals. Top conferences evaluate full manuscripts of research results, performing peer review by appointing experienced researchers to program committees, which carefully review each submitted manuscript, suggest necessary revisions, and select the final program. The final program is both presented at the conference and also published archivally. The top conferences in my subdisciplines typically have acceptance rates in the range of 10-25%. One widely accepted definition of top conferences can be found at https://csrankings.org/.

5.  I am currently serving as Senior Program Committee Chair for the USENIX Symposium on Usable Privacy and Security (SOUPS), the oldest and most well-known publication

venue in the area of human-centered security. In this role, I appoint the program committee and oversee final acceptance decisions for each submitted manuscript. I am also a current or recent program committee member for each of the top four computer security conferences: IEEE Symposium on Security and Privacy (S&P), USENIX Security Symposium (USENIX Sec), ACM Conference on Computer and Communications Security (CCS), and the Network and Distributed Systems Security Symposium (NDSS). Every year since 2013, I have been an external reviewer – selected by the program committee to contribute peer reviews – for the most prestigious HCI conference, the ACM Conference on Human Factors in Computer Systems (CHI).

6. In addition, I serve as an Associate Editor for the ACM Transactions on Privacy and Security, the most prestigious computer security journal; top journals are considered just below top conferences in quality and rigor. In this role, I assign peer reviewers for manuscript submissions and then make acceptance recommendations based on these reviews to the editor in chief. In my roles as a program committee member, program chair, and associate editor, one of my critical responsibilities is assessing the validity of research methods and results.

7. I have published 47 peer-reviewed conference and journal papers related to human-centered security in high-quality venues, as well as a number of peer-reviewed workshop papers and magazine articles. As of November 29, 2019, according to Google Scholar, my publications have been cited 3180 times, with an h-index of 26 and an i10-index of 42. A complete list of my publications is included as part of my curriculum vitae, which is included as Attachment 1.

8. My current research focuses on topics such as where people obtain computer security advice and how effective that advice is; mental models of encrypted communication; transparency of consumer tracking in websites and advertisements; and understanding security mistakes made by software developers. I also do research in best practices for empirical studies related to human-centered privacy and security. Empirical studies in HCI and in computer science broadly are typically defined as efforts to measure something in practice, by collecting and analyzing appropriate data. This contrasts, for example, with theoretical approaches based on mathematical proofs. My best-practices research explores how to select samples in security-relevant research involving human subjects, as well as how to design valid human-centered experiments and surveys. This year, I published a paper in the most prestigious security conference exploring different sources of survey samples (Redmiles et al., 2019; see also Paragraphs 29 and 30). Further, my work has demonstrated that in many cases, when conducting studies of security decisions made by software developers, computer-science students can proxy fairly well for professional developers without extensive security training (Acar et al., 2016; Acar et al., 2017b). I have also published work, in another top-4 security conference, quantifying the alignment of self-reported data with measured security behaviors (Redmiles et al., 2018). In the context of software patching, we found that self-report data, while overreported (due in part to social desirability bias; see Paragraph 35) is also fairly systematic and predictable. This suggests that while self-report data is not precise, it can be used to make valid comparisons in direction and magnitude. Relatedly, collaborators and I found that despite

hypothetical biases and the so-called *privacy paradox*, it is possible to predict users' privacy preferences reasonably well from self-reported data (Tan et al., 2018).

9.  In my work I employ a variety of qualitative, quantitative, and mixed methods. I have conducted semi-structured interview studies designed to explore new research topics in depth and generate new hypotheses and theories (e.g., Fulton et al., 2019; Mazurek et al., 2010; Redmiles et al., 2016b; Votipka et al., 2018); critical-decision-method interview studies designed to elicit expert knowledge about processes that may be at least partially subconscious for the experts (e.g., Votipka et al., 2020); and survey studies exploring attitudes toward security and privacy topics (e.g., Plane et al., 2017; Redmiles et al., 2016a). I have also designed and conducted both in-person and online experiments testing new and existing security and privacy tools (e.g., Acar et al., 2016; Acar et al., 2017a; Weinshel et al., 2019), as well as comparing participants' responses to different prompts and primings (e.g., Bai et al., 2016; Vaidya et al., 2019). I have also conducted field studies and quasi-experiments measuring real-world phenomena (e.g., Mazurek et al., 2013; Redmiles et al., 2018; Ruef et al., 2016).

10. I have supervised two graduated PhDs and currently supervise seven PhD students, as well as a number of undergraduate students. I teach an undergraduate class in computer security and graduate classes in empirical research methods and in human-centered security. I have given more than 30 invited talks at universities, conferences and other events in the U.S. and abroad.

11. In five years as a faculty member, I have served as principal investigator on two National Science Foundation (NSF) grants, which are awarded highly competitively on the basis of peer review by qualified panels of experienced researchers. I have also served as principal or co-investigator on grants, contracts, or cooperative agreements from the National Institute of Standards and Technology (NIST), the National Security Agency (NSA), the Defense Advanced Research Projects Agency (DARPA); these awards are selected competitively by program managers based on the importance of the topic and the qualifications of the applicant. I have received two highly competitive Google faculty research funding awards. All the external funding I have received focuses on topics related to human-centered security.

12. I am the recipient of several professional awards and honors, including:

- The IEEE Cybersecurity Award for Practice, awarded annually for a significant practical advancement in cybersecurity, recognizing a body of empirical research on password security and usability (2018).
- A Distinguished Paper award from USENIX Security (one of the top four computer security venues) for the paper *The battle for New York: A case study of applied digital threat modeling at the enterprise level* (2018). This distinction was awarded to five of the 100 papers published in the conference.
- An NSA Best Scientific Cybersecurity Paper award (awarded to the single best published paper applying scientific methods in security in a given year) for *You get where you're looking for: The impact of information sources on code security* (2016).

- A Distinguished Reviewer award at the 2019 IEEE Symposium on Security and Privacy (the single most competitive security venue), recognizing my contributions to the peer review process.

13. Based upon my education, training, and experience, as summarized above, I consider myself an expert in the fields of human-centered centered security and privacy as well as the design and execution of empirical studies in human-computer interaction (HCI).

14. I have never previously testified as an expert at trial or by deposition. I am compensated by the FTC at the rate of $200.00 per hour for my work in this matter.

## III.   SCOPE OF THE REPORT AND CONCLUSIONS

15. The FTC asked me to evaluate whether or not the websites I tested mislead consumers. In particular:

a.   Whether consumers using a family of websites offering motor-vehicle-related services (e.g., license-driver.com, dmv.com) understand that by entering a credit card and spending $25.98, they are purchasing a "Road Guide" (rather than actually renewing their driver's license).

b.   Whether consumers using a family of websites offering services related to Section 8 housing and other government benefits (e.g., section-8-housing.org) understand that by providing significant personal data, they will receive a "Free Guide," and/or that they have agreed to receive a variety of marketing communications (as opposed to checking their eligibility for Section 8 housing).

16. The FTC asked me to examine example websites in each family and conduct empirical studies to address these questions.

17. To facilitate my effort, FTC staff furnished me with copies of the websites (license-driver.com and dmv.com as of July 24, 2019; section-8-housing.org as of September 8, 2019) designed to run locally on experimental computers, for purposes of conducting empirical studies to answer these questions. As described below in Section VI, my team and I checked the accuracy and functionality of these copies and made minor adjustments to support the study design, such as inserting a pause page between two existing pages for asking questions.

18. I (with a small team) designed and conducted empirical studies to address these questions. (I detail contributions of the team members below in Paragraphs 47 and 84.) In particular, I conducted for each website a preliminary study (conducted in person) and then a larger main study (conducted online). The protocols used for each of these four studies are attached as Attachments 2, 6, 8, and 9.

19. Based upon the results of the studies I conducted, together with my above-described knowledge and experience in human-centered security and human-computer interaction, I conclude that the sites I tested are likely to mislead consumers. Further, by comparing

these sites to screenshots of other sites furnished by the FTC, I conclude that other highly similar sites that use highly similar dark patterns are also likely to mislead consumers.

## IV.   BACKGROUND: DARK PATTERNS IN USER INTERFACES

20. Conti and Sobiesk (2010) coined the term "dark patterns" to describe malicious user interfaces that "deliberately violate usable design best practices in order to manipulate, exploit, or attack the user," and that "deliberately sacrifice the user experience in an attempt to achieve the designer's goals ahead of those of the user."

21. Conti and Sobiesk developed a taxonomy of dark patterns, including *coercion* (threatening the user), *confusion* (providing information they don't understand), and *obfuscation* (hiding information the user wants or needs in order to mislead them).

22. Gray et al. (2018) develop an updated taxonomy of dark patterns in e-commerce, including *disguised ads* (ads disguised as other content or navigation), *misdirection* (distracting the user from something the service wishes them not to notice), *hidden information* (relevant information disguised as irrelevant, often hidden in fine print or terms and conditions), *toying with emotion* (including enticing or frightening language), *bait and switch* (when the user gets something different than what they expect to receive) and *forced action* (when a user must accept some option or provide some access in order to continue).

23. Bösch et al. (2016) define "privacy dark patterns" aimed at "deceiving users to hand over their personal information. These take advantage of human cognitive biases – for example, agreeing quickly to a list of terms and conditions, without reading them carefully -- "automatically, unconsciously, and with little effort" rather than thoughtfully examining the benefits and drawbacks. On privacy dark pattern is *hidden legalese* in which the service provider hides privacy-threatening policies in small print, in complex legal jargon, or in separate Terms & Conditions or Privacy Policy links.

24. *Fear appeals*, which attempt to persuade or change behavior by frightening the target about possible negative consequences, are commonly used for public health campaigns (Hastings et al., 2004). Fear appeals aimed at promoting undesirable behavior can be characterized as a subset of the *toying with emotions* dark pattern defined by Gray et al. (2018) (Paragraph 22).

25. Earlier, Benway (1998) documented *banner blindness*, in which banners located near the top of the page, away from other page links, and outside the critical path for accomplishing a task are almost invisible to users, who scan past them intuitively. Numerous follow-on works explored specific instances of banner blindness, especially in the context of web ads (e.g., Hervet et al., 2011; Hsieh and Chen, 2011).

## V. EMPIRICAL STUDIES IN HCI

26. Empirical studies in HCI are a means to generate knowledge, typically about human behavior related to technology, from "systematically gathered data" (Wobbrock 2012).

The most important criterion for evaluating empirical results is whether "the methods that produce them are executed with rigor and precision" (Wobbrock 2012). There are a variety of criteria used to evaluate rigor and precision: among the most common are (a) choice of an appropriate sample (Lazar et al., 2017; Müller et al., 2014); (b) promoting validity while limiting well-known biases (Lazar et al., 2017; Müller et al., 2014; Wobbrock 2012); and (c) selecting appropriate analysis methods and applying them correctly (Müller et al., 2014; Wobbrock 2012). In the following sections, I will elaborate on each of these criteria.

## A. SAMPLE SELECTION

27. It is critical to choose a sample that is appropriate to the research question intended to be answered. First, one must identify the *population* affected by the research question. To study a population, the ideal choice is a *probabilistic* sample, in which all members of the population being studied have an equal, random chance of participating (Lazar et al., 2017). However, in cases where there is "not a clear, well-defined population of potential respondents. There is not a list or a central repository of people who meet a certain qualification … strict random sampling cannot be done. However, valid data can still be collected through nonprobability based samples" (Lazar, et al., 2017). In the case of the potentially misleading websites identified by the FTC, the populations in question are U.S. adults who may wish to obtain motor vehicle services (e.g., driver's license renewal, car registration) online, or U.S. adults who may wish to obtain information about Section 8 eligibility and/or apply for Section 8 vouchers online. For these populations, there is no list or central repository, so strict random sampling is therefore not possible.

28. One might approximate these target populations by studying U.S. adults in general. When studying a large population such as U.S. adults, the closest option to a probabilistic sample is a random-digit-dial phone survey, of the type often used in political polling. However, this option is not appropriate for experimental HCI research that requires participants to interact with a tool or website (Redmiles et al., 2019). Because the questions asked by the FTC require participants to interact with a website, random-digit-dial surveying is not feasible.

29. In recent years, researchers have been able to obtain large experimental samples via *crowdsourcing websites* and web panels. Crowdsourcing sites (e.g., Amazon's Mechanical Turk, Crowdflower, Prolific) allow researchers to post short tasks (including experiments and surveys) that workers can opt to participate in, in exchange for small payments. Crowdsourcing websites are often favored by researchers because they offer large amounts of data, quickly. Much research has explored the benefits and drawbacks of crowdsourced samples: more diverse than participants identified via local university recruiting (Behrend et al., 2011), but also younger and more educated than the general population (Paolacci et al., 2011; Ross et al., 2010). Crowdsourced samples have also been found to be more privacy-sensitive than the general population (Kang et al., 2014; Schnorf et al., 2014). In general, however, crowdsourcing is considered to produce high-quality data when used carefully, including restricting participants to those with high "approval ratings" on the crowdsourcing platform and explicitly encouraging honesty and attention (Buhrmester et al., 2018). Recent work has found that Prolific, in particular, offers high-quality data, attentive respondents, and more diversity than Mechanical Turk

(Peer et al., 2017). My own research has demonstrated that crowdsourced data can be effective when representing younger and more educated populations (Redmiles et al., 2019).

30. Web panel companies (e.g., Qualtrics, Forsa, Dynata, Cint) will administer a survey to a *panel* of participants they have previously recruited to participate in a variety of surveys, in exchange for incentives including charitable donations, airline miles, and gift cards (Baker et al., 2010; Couper and Miller, 2008). One advantage of panels is that they allow researchers to specify demographic requirements – for example, closely matching the demographics of the U.S. population. My own research demonstrates that web panels can help to obtain results relating to demographics that are difficult to find via crowdsourcing, particularly older and less educated participants (Redmiles et al., 2019). Several studies have shown that web panels can provide high-quality results (Fricker et al., 2005; Goldenbeld and De Craen, 2013).

31. In summary, both crowdsourced samples and web panels can provide high-quality data and are extremely common in HCI research published in premier venues, such as the ACM Conference on Human Factors in Computing Systems (e.g., Assal and Chiasson, 2019; Kong et al., 2019; Marques et al., 2019; Rader et al., 2018; Seering et al., 2019; Vaziripour et al., 2019). In the studies I conducted on behalf of the FTC, I used a combination of web panel and crowdsourced data. (More details are provided in Paragraph 81.)

## B. VALIDITY AND BIASES

32. Internal validity refers to ensuring that the study's design and implementation is consistent for all participants (Maxion 2011). This generally means ensuring that a study protocol is clearly documented, that the study is administered by trained personnel who behave consistently, and that the study environment is kept consistent. Internal validity ensures that results from different participants can be usefully combined for analysis (Lazar et al., 2017; Maxion 2011). In the preliminary studies described below, I ensure internal validity by using a clearly defined study protocol, training both interviewers to follow that protocol, using static copies of the two websites, and keeping the environment consistent by using the same study setup each time. In the main studies, I ensured internal validity by keeping the survey setup consistent and using static copies of the websites. I note that there are likely small but important differences in the way the survey was presented to participants from Prolific (crowdsourcing) and Cint (web panel), so I analyze these samples separately to avoid violating internal validity.

33. External validity, also called ecological validity, refers to ensuring that study conditions effectively represent the "real-world" situation the study intends to measure (Lazar et al., 2017; Olson and Kellogg, 2014). In evaluating whether or not a website is misleading, ecological validity considerations could include considerations such as whether the website version being tested closely matches the real-world site being studied, and whether the participant is using the website as they might in reality, focusing on a standard task. In particular, instructing a participant that their goal is to determine whether a site is misleading (or legitimate, etc.) will violate ecological validity, because the participant will be looking for possible problems rather than focusing on their role-playing goal of, e.g.,

renewing a driver's license or obtaining information about Section 8 vouchers. This scenario is similar to the human-centered-security literature on phishing and browser warnings. In these cases, researchers want to know whether a participant will notice that a website is dangerous, without asking them directly. Researchers typically solve this problem using mild deception, in which a participant is given a primary task and then researchers observe whether they notice anything problematic or dangerous (e.g., Egelman et al., 2008; Schechter et al., 2007). For example, in one study participants were told they were participating in an online shopping study, in which the researchers were investigating interaction with shopping websites. Participants were given the primary task of purchasing certain items online, after which they received a simulated phishing email related to item shipping; the researchers observed whether the participants would click on the phishing link and whether they would notice and heed a security warning in the browser (Egelman et al., 2008). A similar approach was used to study the effectiveness of webcam indicator lights; participants were given a primary task not associated with the webcam, the webcam was intermittently turned on during the task, and participants were then asked afterward whether they had noticed anything unusual (Portnoff et al., 2015).

34. For the studies I conducted on behalf of the FTC, I used a similar approach with minor deception: participants were given a primary task (to evaluate the usability of the website), and my team observed what participants did and did not notice about the websites in question.

35. There are many well-known biases in studying humans that must be accounted for in experimental design. For example, social desirability bias suggests that participants will provide answers that they deem to be more socially acceptable, to avoid embarrassment or negative judgement (Tourangeau and Yan, 2007). In human-centered security, this bias often presents as over-reporting on "correct" behaviors such as always updating software or paying attention to warnings (Howe et al., 2012). In the context of the websites identified by the FTC, social desirability may motivate a participant to report having carefully read notices or disclaimers when they did not actually do so. Well-designed studies mitigate this bias; one common approach, which I adopt in the studies I describe here, is to use "forgiving language" that excuses the undesirable behavior (Charles and Dattalo, 2018; Sudman and Bradburn, 1982). More broadly, Howe et al. (2012) recommend simulation – placing the participant in a simulation security-decision-making context – over self-reporting behaviors as a mechanism to reduce participant biases. The studies reported here use this approach (as opposed to, for example, asking participants directly whether they might be misled by a website).

36. Satisficing is a bias in which study participants may make the minimum reasonable effort rather than carefully attending to the provided questions or tasks (Krosnick 1991). Satisficing is a greater risk when studies are not conducted in person (Holbrook et al., 2003). The main (online) studies described below use several strategies to discourage and mitigate satisficing, including addressing participant motivation and using open-ended questions (see Paragraph 76 below for details) (Krosnick 1999; Müller et al., 2014).

37. Demand characteristics is a bias in which study participants may try to be "helpful" to the researcher by behaving in the way that they perceive the researcher expects or wants

(Lazar et al., 2017; Orne, 1962). Demand characteristics play into the studies described below in several ways. First, demand characteristics provide another reason (in addition to external validity and social desirability) why simply asking the participant whether a site is misleading will not be effective – the participant's answer is likely to be affected by whichever answer they guess or suspect the researcher is looking for. This contributes to my choice to use experimental deception by claiming the study's purpose is to assess usability (Rosnow and Davis, 1977).

38. Another potential consequence of demand characteristics is that if participants believe the researcher wants them to complete the study task, they may complete it even if they might stop in a realistic scenario. In the case of the studies below, if the participant believes that the researcher wants them to renew a driver's license (DMV-related study) or check eligibility (Section 8-related study) they may continue to interact with the site, or believe that the site will eventually allow them to complete the task, in a way they might not if using the website independently. The most common approach to mitigating demand characteristics is to carefully design the study so that they do not unduly influence the outcome (Rosnow and Davis, 1977). I carefully designed the framing of the studies below with demand characteristics in mind, as detailed in Paragraph 65. For example, I used the usability study framing rather than making renewing a driver's license / checking Section 8 availability the primary task so that participants would not believe that they needed to complete the renewal/eligibility check in order to achieve the study's objective.

## C. DATA ANALYSIS

39. Reliable data analysis consists of selecting an appropriate method of analysis and applying it correctly. Olson and Kellogg (2014) suggest four questions when choosing an evaluating a particular research method and associated analysis approach: "What is the situation in which the data are collected? What do the data consist of? What kind(s) of analyses are performed on the data to generate 'knowing?' What kinds of questions can this method answer (and what not)?" Surveys (such as the main studies described below) can be used to gather information about people's interaction with technology, their experiences with a product or service, and their perceptions toward an application in the context of usage, all of which make a survey an appropriate match for our goal of understanding how people interact with the identified websites and whether they are misled (Müller et al., 2014). As is common, the studies below use a qualitative preliminary study to inform the content of the survey (Müller et al., 2014).

40. The main study survey contains both *closed-ended* (sometimes referred to as multiple choice) and *open-ended* (sometimes referred to as free-text or free-response) questions. For closed-item questions, it is critical to report *descriptive statistics*, which include items such as the frequency distribution: what proportion of respondents chose each item (Müller et al., 2014). Closed-item questions are also often reported using *inferential statistics*, such as hypothesis testing, which is used to compare results across multiple groups. Hypothesis testing is appropriate to answer comparison questions within experimental designs (Lazar et al. 2017), but does not apply here as the research question does not require comparison. For this reason, in the analysis below I present descriptive statistics.

41. To analyze open-ended responses, researchers use a *qualitative*, interpretive method, sometimes known as *coding*, "to organize and transform qualitative data from open-ended questions to enable further quantitative analysis" (Müller et al., 2014). There are multiple approaches to qualitative coding. One approach is *content analysis*, a "systematic, replicable technique for compressing many words of text into fewer content categories based on explicit rules of coding" (Stemler 2001). Content analysis is useful for analyzing large volumes of data systematically, organizing it into categories in order to make inferences and identify trends (Stemler 2001). To apply this approach, researchers establish a *codebook*, or set of codes that can be applied to data. The codebook must be exhaustive and mutually exclusive: every data point (in this case, each open-ended response) must be assigned at least one category, and the categories must be distinct and not overlapping (Stemler 2001).[1]

42. In this study, we follow best practices by coding conservatively. In particular, we select codes only when we are completely confident that they apply. As an example, in the DMV study we distinguish between participants who expect to receive a driver's license renewal and those who expect to receive information about license renewal. When a response is related to license renewal but cannot be clearly and unambiguously understood to mean the renewal itself, we opt to categorize it as information about renewal. In this way, we count ambiguous responses *against* the hypothesis that the sites are misleading, in order to provide the sites with the benefit of the doubt.

43. *Deductive* or *a priori* coding is appropriate when the set of categories can be predetermined, based on prior work or theory (Lazar et al). As codes are applied to the data, they can be revised to ensure exhaustiveness and mutual exclusion (Stemler 2001). I apply deductive coding, with the initial codebook predetermined based on responses observed during the in-person preliminary studies.

44. Content analysis can be considered reliable if multiple people code the same data the same way (Lazar et al., 2017). This is sometimes known as *intercoder* or *inter-rater reliability* (IRR). Reliability is established when multiple coders each independently code a subset of the data, then calculate the reliability of the results using a standardized agreement metric (described next). If the desired reliability level is not achieved, this indicates that the codes are either insufficiently exhaustive or mutually exclusive, or that the codes have not been clearly enough defined. In this case, the coders discuss disagreements, the codebook is improved based on this discussion, and the process is repeated with a new subset of the data (Lazar et al., 2017; Müller et al., 2014). Once reliability has been established, the remaining data can be analyzed by one of the coders, in order to limit redundant effort, especially with large datasets. Once all data has been coded, descriptive or inferential statistics can be calculated based on the frequency with which different codes are observed (Müller et al., 2014).

45. Agreement can be measured as a percentage of all items coded, but this approach does not account for the likelihood that coders would agree by chance at least some proportion of

---

[1] We note that one participant response may be assigned two "mutually exclusive" codes if it contains two distinct concepts (Stemler 2001).

the time. Several alternative metrics have been developed to address this concern. I apply Krippendorff's Alpha, a metric developed for content analysis, and designed to account for both chance agreement and unequal distribution of codes within the data (Krippendorff 2004). Krippendorff recommends $\alpha \geq 0.8$ as a minimum value indicating the data is reliable (Krippendorff 2004); I adopt this value as the threshold for establishing reliability.

## VI.   PRELIMINARY STUDIES

46. As described in Paragraph 15, my goal in evaluating these websites was to examine whether consumers understood what services the websites did and did not provide, and whether they were misled. To answer this question, I designed and conducted, for two representative website versions, a preliminary study (conducted in person) and then a main study (conducted online).

47. I designed the preliminary studies, with help from two graduate students in my research group who I hired to support this evaluation. One graduate student modified the website provided by the FTC, as described in Paragraph 49. The recruitment activities and in-person studies were conducted by the graduate students, based on direction and training I provided. Under my direction and supervision, the graduate students conducted the bulk of the preliminary analysis, which I reviewed and checked. This procedure mirrors the typical procedure I use when conducting academic research, and is similar to the procedure used by most HCI faculty I have worked with.

48. The goal of the preliminary studies was to observe participants using the websites in depth, in order to understand how the sites are typically used, whether participants notice any warnings or disclaimers included in the sites, who they believe operates the sites, what conclusions they draw about the services the sites offer, and other relevant aspects. The goal of the preliminary studies was to gain enough information on these points to successfully design and conduct a larger-scale online study.

49. Both preliminary studies used local copies of the websites in question, running on a laptop provided by the interviewer, rather than having participants interact directly with the live site. In all cases, internet access on the study laptop was disabled. Using a copy allowed us to complete simulated transactions during the study without submitting valid credit card information to the real websites. It also ensured that if participants provided any personal information (despite being instructed not to), that information would not be transmitted. Using a local copy also allowed us to investigate a static version of each site, with no concern that the site might change in the middle of the study, which would harm internal validity (see Paragraph 32). Using a copy also allowed us to make minor changes to the site in order to more easily record participants' activities as they interacted with each site. The copy we used was initially provided by the FTC, then modified slightly by a graduate student I hired. These modifications consisted of (a) adding code to track which buttons participants clicked, in order, and how long they spent on each page; (b) fixing minor aspects of the site that had been broken during the copying process, such as restoring a requirement to fill in information on one page before continuing to the next page; and (c) adding an interstitial page just before receipt of the "Road Guide" or "Free Guide" to enable interviewers to ask specific questions (details in Paragraph 56 below).

50. The copied sites were fully functional for all link, buttons, pages, etc. related to the role-playing goals of renewing a driver's license or checking Section 8 eligibility, as well as other links people might click along those paths (terms and conditions, privacy policy). Some unrelated areas of the sites (e.g., renewing car registration) were not fully reconstructed; also links that led to third-party content opening in new tabs were not fully reconstructed.

51. Both preliminary studies followed the same general format. The complete protocols and supporting documents for the in-person studies are available as follows:

   - Attachment 2: Protocol for DMV-related study.

   - Attachment 3: Terry Spencer persona provided to participants for DMV-related study.

   - Attachment 4: Consent form used in both preliminary studies.

   - Attachment 5: Privacy act notice provided during debrief in both preliminary studies.

   - Attachment 6: Protocol for Section-8-related study.

   - Attachment 7: Terry Spencer persona provided to participants for Section-8-related study.

52. We told participants that they would be participating in market research by evaluating the usability of a website. (This mild deception approach follows study designs related to phishing and browser warnings, as described in Paragraph 33 above.) Participants were informed that audio and screen interactions would be recorded and were asked to consent to study participation. After consenting, participants were instructed to *think aloud* during the study. Thinking aloud, in which participants are instructed to vocalize all their thoughts and decisions while undertaking a task, is commonly used in HCI studies to allow researchers to understand why participants are making specific choices, rather than simply which choices are being made (Lazar et al., 2017). We provided participants with both an example of thinking aloud, conducted by the researcher, and an opportunity to practice. The study administrator then repeated the goal of evaluating website usability, with forgiving language (see Paragraph 35) designed to encourage the participant to provide candid feedback rather than feeling pressure to perform well.

53. Participants were instructed to role-play as Terry Spencer, a fictional person from Florida. In the DMV-related study, participants were told that Terry wanted to renew her driver's license; in the Section-8-related study, they were told that Terry wanted to check her eligibility for Section 8 housing. These tasks support ecological validity by giving the user a realistic use-case for interacting with the website (Dumas et al., 1999). The participant was told either that Terry had typed DMV.com in her browser or that she had searched for "Section 8 housing apply" and selected the top hit, and then asked to interact with the resulting website. (I note that for the DMV-related study, the dmv.com site typically redirects to license-driver.com partway through the process, depending on the options the

user selects. The protocol specifically did not say that the website could be used for these tasks, only that Terry had encountered the site with these tasks in mind.

54. In both cases, the participant was provided a paper information sheet specifying information about Terry, such as her address and phone number. All the information was fictional. These information sheets are included as Attachments 3 and 7. For DMV participants, the information sheet contained a "credit card number" taken from an expired gift card with no remaining balance. Because the Section 8 website requests a significant amount of information, and because the information request is the key element of the site (as opposed to providing a credit card number for the DMV site), the Section 8 information sheet was longer and contained more details. The Section 8 information sheet was formatted as a story, with both relevant and irrelevant details. This was purposefully designed to prevent participants from *satisficing*, or quickly providing easy answers without actually thinking about or thoroughly processing the content of the site (Krosnick 1999). If, for example, we had provided an information sheet containing exactly the information requested by the site, in order, we might expect participants to quickly fill it in without carefully considering whether or not it was a good choice to do so.

55. Participants were told either that Terry had navigated directly to dmv.com in her browser (DMV-related study) or that she had searched for "Section 8 housing apply" and the first result had led her to section-8-housing.org (Section 8-related study). Participants were then instructed to interact with the site, thinking aloud while doing so. If participants expressed interest in leaving the site or expressed doubt that they would be able to accomplish Terry's goal, the interviewer was instructed to tell them to behave as they would if they were really trying to renew a driver's license or check eligibility. If the participant decided at that point to stop using the site, they were asked why they chose to stop.

56. On the real websites we studied, people who completed a purchase (on the DMV site) or finished completing all the requested information (on the Section 8 site) would typically be directed to a page where they would receive a "Road Guide" or "Free Guide" respectively. For purposes of the study, we inserted an interstitial screen that would allow the interviewer to ask questions after the participant had completed the purchase / the information request, but before they received information about the guide.

57. At this interstitial page (or upon the participant deciding to stop interacting with the site), the interviewer asked a series of questions designed to elicit the participant's perception of what they had done on the website. In both cases, the first few questions, which were about the usability of the site, were designed to maintain the deception that researchers were studying the usability of the site.

58. For the DMV site, participants were asked how much money they had spent (if any), and asked what they had purchased (if anything). Participants were asked whether they had renewed Terry's license or whether there was anything else Terry needed to do, whether they expected the website to do anything on Terry's behalf, who they thought owned or operated the website, and whether they would trust the site with their credit card information (and why).

59. For the Section 8 site, participants were asked what they had accomplished by entering some of Terry's personal information, whether they had succeeded in checking Terry's eligibility, whether they expected Terry to receive any additional information or services from the site, who they thought owned or operated the website, and whether they would trust the site with their personal information (and why).

60. Next, participants who had completed the purchase / information request were instructed to continue past the interstitial, at which point (as in the real website) they received information about the guide. At this point, participants were asked what they had received and whether it was what they expected to receive. Participants were again asked whether they needed to do anything else in order to renew Terry's license or check her eligibility, as appropriate.

61. Next, all participants (whether or not they had completed the purchase/information request) were shown paper copies of "disclaimer" messages that appear on the websites we studied. (These disclaimers had been shown in the normal course of interacting with the site, just as they appear in the real site, but at this point we provided a separate paper copy for the participant to review.) DMV participants reviewed two such messages (shown at the end of Attachment 3). The first one warns the user that driving without a valid license or registration is illegal before stating that this website is privately owned and not affiliated with any official government agency. This message uses a fear appeal, conforming to the *toying with emotions* dark pattern (Paragraphs 23-24). The second message states that the site charges $25.98 for "helpful, time-saving information and downloads" but is not owned, operated by, or affiliated with any government agency. Section 8 participants reviewed one message, which authorizes the website and marketing partners to contact the user about marketing offers by phone or text message, regardless of any registration on a Do Not Call registry (shown at the end of Attachment 6).

62. After reviewing each disclaimer, participants were asked, using forgiving language (see Paragraph 35), whether they had noticed and read the message while using the site. Participants were then asked to read the message and asked to briefly explain what it said. Participants were then asked whether reading the message had changed their opinion of how they used the website, whether they had accomplished Terry's goal, and who owned or operated the site.

63. At that point, the study was complete and participants received a debrief explaining the mild deception as well as a Privacy Act notice provided by the FTC. Participants were offered the option to remove their data from the study based on the new information about the study's purpose; no in-person participants and seven online participants (1 DMV, 6 Section 8) did so. Debriefs and optional data withdrawals are standard practice when using deception in HCI studies, as part of maintaining high ethical standards related to informed consent (Smith and Richardson, 1983).

64. The questions described in paragraphs 58 through 61 were designed to elicit whether the participant had been misled about services offered by the site, what they had expected to receive while using the site, whether they expected to receive any marketing materials or have their data sold to third parties, and whether they were confused about the website

being privately owned rather than operated by any government agency. The questions were also designed to evaluate how reading the disclaimer notices would affect participants' perceptions.

65. Several subtle aspects of this study design were designed to limit demand characteristics, particularly the possibility that participants would continue working with the site, or expect it to provide driver's license renewal / Section 8 eligibility, more than they would in a non-study scenario (see Paragraph 37). First, the task provided to the participant is *to assess the usability of the website*, not to renew the driver's license or check eligibility directly, which gives the participant room to identify a problem or concern (e.g., to say that the website cannot be used to renew a driver's license) while still feeling as though they are helping the researcher. Second, I frame the role-playing task by saying that Terry had a goal (renew license; check eligibility) and found herself at the website in question. The protocol carefully does not say or even imply that the website could be used to accomplish these goals. Third, the study protocol requires the researcher to say that they were *hired to* evaluate the website's usability. This is a common approach designed to allow participants to provide honest comments without worrying that they might hurt the feelings of someone who created or is otherwise invested in the system under study (Rubin and Chisnell, 2008).

66. We recruited participants in the Washington, D.C. area in two ways. First, we advertised on Craigslist for participants to make appointments to participate in the study. Second, we recruited participants in person via a *library-intercept* model: standing outside libraries in areas with high foot traffic and asking passersby if they were interested in participating. All interviews took place inside rooms reserved at libraries in Montgomery County, MD or Washington, DC. Participants were compensated between $15 and $25 depending on whether they had made appointments in advance (and therefore had to travel to the study) or were recruited directly in person. Ten people completed the DMV study and 12 people completed the Section 8 study. As is standard in qualitative studies, we stopped each study when we reached conceptual *saturation* (Guest et al., 2006): the point at which we stopped observing new paths through the site or new participant reactions. In both cases, we reached apparent saturation and then recruited 1-2 additional participants to be conservative.

67. We informally analyzed the results of these studies in order to inform the design of the main studies. We observed that the study design overall appeared successful: no participants questioned the research-purpose deception that the study was about site usability, and all participants completed the tasks as instructed. We noted every path through the websites taken by participants, in order to ensure that all such paths would be available in the online version for the main study. For each site, one team member went through the audio recordings and notes systematically to develop a content-analysis codebook for each site, for use in the main study (see Paragraph 43 above). We informally observed that 9 of 10 DMV participants completed the transaction; of these, eight were expecting to have successfully renewed a license, not to receive a road guide. We informally observed that 10 of 12 Section 8 participants entered Terry's information without hesitation. Prior to our pointing out the disclaimer, three participants believed that

the site was operated directly by "Section 8," and nine believed that it was not a government site but would directly help Terry to apply for benefits.

## VII.  MAIN STUDIES

68. Based on results from the preliminary studies, I designed main studies (one for each site) to be conducted online with a larger sample. Online rather than in-person experiments are a common approach in HCI because they enable larger sample sizes in shorter time periods, with little loss in data quality. See Paragraphs 29 and 30 for further discussion of online samples. Further, online studies mitigate social desirability bias and demand effects because the researcher is not physically present, mitigating a participant's motivation to behave performatively (Podsakoff et al., 2003).

69. The online versions of the studies closely mirrored the in-person version. Changes were made either to account for the difference in mode (online vs. in person) or to make minor improvements or clarifications based on experience with the preliminary studies. In the following paragraphs, I describe the main studies primarily by listing what was similar and different compared to the preliminary studies.

70. I used the same mild deception, asking participants to evaluate usability, the same Terry Spencer roleplaying tasks, and the same set of questions following the participant's interaction with the website.

71. I opted to use primarily open-ended (free-text response) questions rather than multiple-choice questions, for two reasons. First, open-ended responses provide a built-in data quality check, as we can easily screen out participants who do not provide relevant and responsive answers (which we did; see Paragraphs 85 and 104). Second, using open-ended responses avoids priming participants with possible options they might not have previously considered. For example, offering a multiple-choice question about what the participant expected to receive in the DMV study (including, e.g., a renewed license or a road guide) could cause them to revisit their purchase rather than respond with their initial, genuine reaction.

72. The most important difference between the online main study and the preliminary in-person studies was the participants' interaction with the websites under evaluation. To simplify the study, I decided to run the online version as a *high-fidelity prototype*: evaluating a prototype that approximates a working system without fully implementing the finished system (Lazar et al., 2017). To this end, I designed (and the students implemented) an online survey in which participants are asked to navigate through the site via screenshots, indicating which buttons or links they would like to click, which fields they would like to fill in, and other decisions as answers to survey questions. Both studies started with a consent form, followed by an instructions page that described the main task (studying website usability) and the roleplaying setup (Terry Spencer). Both online studies, as implemented in the SurveyGizmo online survey tool, are included as Attachments 8 and 9.

73. The design of the high-fidelity prototype is crucial to maintaining validity. First, the surveys were designed so that the website prototype and the questions (about, e.g., what to click) were side by side, not arranged vertically. This is important because the participant would not need to scroll down through the whole page; once they had identified an action they wished to take, they could immediately express that action by answering the associated survey question. This promotes ecological validity, as in real web surfing a user can immediately click a link or button they find useful, without needing to scroll through the entire page. Second, to control for demand characteristics, we offered "Leave this site" as a first-level option on every page, reducing the chance that the participant would assume they are expected or required to continue using the site. I also opted to allow participants to select "fill in Terry's information" and have the prototype autofill name, address, phone number, and other demographic details, rather than requiring participants to type Terry's information. This was for two reasons: (a) asking the participant to switch back and forth to retrieve Terry's bio information and retype it would be cumbersome and error prone, and (b) to prevent any participants from inadvertently filling in their own personal information, which I did not want to collect. However, in the Section 8 study, participants were still required to make choices about which response button to select (e.g., when provided multiple choice options about medical bills to click) based on the provided information about Terry.

74. Participants who opted to "Leave this site" were immediately directed to a question about why they were choosing to leave. They then were asked almost all of the same questions as participants who completed the simulated transaction / completed the process to receive their Section 8 guide (including questions about the disclaimer messages), except for questions specifically related to the transaction, such as asking what they had purchased with Terry's simulated money (DMV-related study) or what they had received (Section-8-related study).

75. We also made a "Do something else" option available to participants at all times, in case they wanted to use the website in a way not supported by our high-fidelity prototype. We designed the prototype to support every path actually taken by any in-person participant in our preliminary studies, any additional path that we deemed related to driver's license renewal, and a variety of other buttons, links, and options available on the real site. Because the site is complex and offers a large variety of such options, our prototype was not exhaustive. Participants who selected "Do something else" were asked almost all of the same questions as participants who completed the simulated transaction / completed the process to receive their Section 8 guide (including questions about the disclaimer messages), except for questions specifically related to the transaction, such as asking what they had purchased with Terry's simulated money (DMV-related study) or what they had received (Section-8-related study).

76. I made several changes in the online study (compared to the in-person version) designed to prevent and mitigate satisficing (see Paragraph 36). I added language about the importance of taking care in the survey in order to contribute to our research and asked participants to type that they agreed; this is a well-known technique for improving motivation and therefore reducing satisficing (Krosnick 1991, Müller et al., 2014). I also added two multiple-choice *attention-check* questions designed to assess whether

participants had read the directions: one asked who the participant was pretending to be (Terry Spencer) and the other asked about the participant's role-playing goal (either renewing a driver's license or checking Section 8 eligibility, for the two different studies). Attention-check questions like these are designed to allow the researcher to weed out participants who are not paying close attention (Oppenheimer et al., 2009). Best practices suggest that overly tricky or misleading attention checks can screen out more participants than necessary; we avoid this by placing the attention check on the same page as the instructions, allowing participants who are making an effort to easily find the correct answer, even if they had not initially read the directions carefully (Abbey & Meloy, 2017; Egelman et al., 2014; Prolific Team, 2018; Vannette 2016). Participants who did not complete these initial questions correctly were not allowed to continue to the rest of the study. The two attention checks were not strictly necessary, as we were able to use the open-ended responses to screen out non-compliant participants (Egelman et al., 2014), but we added them partway through the DMV study to remove any such participants earlier in the process. Because both approaches (attention checks, validating open-ended responses) screen out non-compliant participants, internal validity is preserved despite this change.

77. I also added to the DMV version of the online main study a few questions about whether the participant expected "Terry" to be contacted by email, and if so, by whom and what about; these questions were added to ascertain whether participants had noticed language on the site indicating that by submitting information, users agree to "receive emails and newsletters tailored to [their] interests."

78. The DMV site contains a natural "stopping" point at which to ask questions: after the participant enters credit card information (if they do so). The Section 8 has a similar stopping point after all personal questions have been answered, before receiving information about the guide. However, reaching this point takes longer (more screens) than in the DMV site, and there are more opportunities to leave the site (whether because it does not meet the participant's perceived needs while roleplaying as Terry, or because of fatigue). A participant could submit some amount of personal information, then become aware that the site would not allow eligibility checking, and then choose to leave the site. In the preliminary studies, the think-aloud protocol allowed the researcher to follow the participant's reasoning and beliefs in subtle distinctions. For the online main study, I revised and added some questions to draw out these distinctions. For example, I used "At the time when you entered [Terry's] information, what did you think it would be used for?" to explore what the participant believed when they entered the data, which may have changed as they interacted with the website.

79. The Section 8 site, when mirrored into the high-fidelity prototype, contained a few instances where the print was too small to easily read on smaller monitors. We therefore added a capability to zoom in on site images by mousing over them to this version. We also added the ability to review Terry's information by mousing over a link. (We did not include a similar option in the DMV version because the participant did not have to make decisions based on Terry's detailed information in that study.)

80. I also revised the wording of a few questions to clarify references to "you" and "Terry" in the roleplaying scenario, to avoid participant confusion. Finally, I added demographics questions at the end of the survey so that I could characterize the sample after the fact.

81. I recruited participants from Cint, a web panel provider (see Paragraph 30) as well as Prolific, a research crowdsourcing service (Paragraph 29). The bulk of participants came from Cint in an effort to ensure a diverse sample with good representation of older and less educated participants. Web panel providers, however, often have a relatively high dropout rate, particularly for relatively complex surveys such as this one. When I did observe a fairly high dropout rate in the Cint data, I recruited a small additional sample from Prolific, which provides less diversity but is well known for high-quality data (Peer et al., 2015). Below, I analyze the results from the two samples separately. Cint panelists were compensated according to their agreement with Cint. Prolific participants were compensated $9/hour based on the average study completion time.

82. I asked Cint to provide approximately U.S.-census representative participants (on age, gender, education level, and ethnicity) for the DMV-related study and to oversample on lower-income participants (because they are more likely to be potentially interested in the Section 8 program) for the Section-8-related study. On Prolific, the researcher sets their own sample qualifications: I selected U.S.-only participants with a 95% or greater approval rating on the platform, who had (at the time of signing up for Prolific) expressed willingness to participate in studies with experimental deception[2] (e.g., that these studies were about website usability). For the Section-8-related study, I limited household incomes to below $60,000/year. In both settings, I requested participants use a desktop or laptop (not a mobile device or tablet) to ensure the prototype could be viewed properly. We used a non-mobile version of the sites under study, and the high-fidelity prototype display was not formatted for mobile. This requirement was also enforced by SurveyGizmo, the software used to conduct the studies, which automatically disqualified mobile or tablet participants (based on HTTP user agent) at the first page of the study. Participants were not permitted to participate more than once, including in both the DMV-related and Section-8-related studies.

83. To analyze open-ended survey responses, I use the content analysis approach outlined in Paragraphs 41-45. The initial codebook was prepared based on responses seen in the preliminary studies. Each open-ended question is treated separately, with an independent set of codes. Where additional questions were added that weren't used in the preliminary studies, one team member examined 10% of the main study data to establish the initial codebook. One graduate student and I coded a sample consisting of 15% of the responses and tested agreement. For any questions that did not reach agreement $\alpha \geq 0.8$, we revised the codebook or clarified the inclusion/exclusion criteria, selected a new 15% of responses, and repeated the process. Once reliability was obtained for all questions, the student independently coded all responses, including recoding responses from earlier rounds to use the final codebook. For both studies, reliability for all questions was obtained within three rounds of iteration. In the results sections below, I present

---

[2] Prolific terms of service require researchers to apply this criterion in any study where experimental deception is used.

descriptive frequency statistics for both close-ended responses and for the codes assigned to open-ended responses.

84. I designed the overall approach for the main studies and supervised design and implementation of the high-fidelity prototypes and survey questions. The students implemented the prototype and survey questions in the SurveyGizmo software. I worked with a Cint representative to manage deployment to Cint participants; I directly managed deployment to Prolific. I worked with on student to establish reliable qualitative analysis, as described above; the student completed the qualitative analysis once reliability was established. I then calculated all descriptive statistics and drew all associated conclusions, as reported below.

## VIII.  RESULTS: DMV-RELATED STUDY

85. We collected a total of 107 complete, valid responses to the DMV-related survey, including 82 from Cint and 25 from Prolific. We include only those participants who agreed to our consent form, completed the entire study including viewing the debrief, and gave on-topic answers to open-ended questions. (For example, we excluded one respondent who provided Bible verses in each open-ended answer.) Some self-reported demographic characteristics of the participants are provided in Table 1. As expected, the Prolific sample is both younger and more educated than the Cint sample.

|  | Cint (%) | Prolific (%) |
|---|---|---|
| **Has Driver's License?** |  |  |
| Yes | 79 (96.3) | 20 (80.0) |
| No | 3 (3.7) | 5 (20.0) |
| **Gender** |  |  |
| Male | 35 (42.7) | 14 (56.0) |
| Female | 47 (57.3) | 11 (44.0) |
| **Educational Attainment** |  |  |
| Some H.S., no diploma | 2 (2.4) | 0 (0.0) |
| H.S. grad or equivalent | 19 (23.2) | 3 (12.0) |
| Some college, including assoc. degree | 24 (29.3) | 9 (36.0) |
| Trade/technical/vocational | 6 (7.3) | 0 (0.0) |
| Bachelor's degree and higher | 31 (37.8) | 12 (48.0) |
| **Age** |  |  |
| 18-29 | 14 (17.1) | 12 (48.0) |
| 30-39 | 10 (12.2) | 10 (40.0) |
| 40-49 | 16 (19.5) | 2 (8.0) |
| 50-59 | 15 (18.3) | 1 (4.0) |
| 60+ | 27 (32.9) | 0 (0.0) |

*Table 1: Selected self-reported demographics for DMV-study participants. Percentages may not add to 100% due to item non-response.*

86. **Half of Cint participants and 40% of Prolific participants completed the transaction.**
Participants who completed the survey can be categorized into one of three high-level outcomes: (a) submitting "Terry's" credit card information, thereby paying $25.98 (within our simulated scenario; no actual money was involved) for a Road Guide; (b) choosing "leave this site" sometime before submitting the credit card information; or (c) choosing "Do something else" sometime before submitting the credit card information. Henceforth, I will refer to these as the paid, left, and other groups respectively. As shown in Table 2, 50% of Cint participants and 40% of Prolific participants completed the simulated credit card transaction; 22 and 40%, respectively, opted to leave the site; and the remainder chose "Do something else." Because the "Do something else" participants left at varying points of the process, I do not focus on them in the following discussion of results.

|  | Cint (%) | Prolific (%) |
|---|---|---|
| **Paid** | 41 (50.0) | 10 (40.0) |
| **Left the site** | 18 (22.0) | 10 (40.0) |
| **Something else** | 23 (28.0) | 5 (20.0) |

*Table 2: High-level outcomes for DMV-study participants.*

### A. PARTICIPANTS WHO COMPLETED THE TRANSACTION

87. I will focus first on those participants who paid. Table 3 highlights some relevant responses.

88. **Most participants who paid – meaning about 40% of all participants – believed they had purchased a license renewal.** We asked those participants who paid what they had purchased with Terry's credit card. (Recall that this question was asked after submitting credit card information, but before viewing the subsequent "Get your road guide" page, so participants had not yet seen any confirmation or outcome from the simulated purchase.) The vast majority indicated they believed they had successfully renewed Terry's license: 36/41 (87.8%) for Cint, and 9/10 (90%) for Prolific. One Prolific participant correctly identified that they had purchased a road guide, and one Cint participant mentioned a license renewal without clearly indicating whether they had purchased the renewal itself or help with renewal. The remaining participants' answers indicated they were not sure or mentioned something else not relevant to renewing a license. When considered as a proportion of all study participants, 43.9% of Cint participants and 36% of Prolific participants completed the transaction and believed they had purchased a license renewal.

|  | Cint (%) | Prolific (%) |
|---|---|---|
| **What was purchased?** | | |
| License renewal | 36 (87.8) | 9 (90.0) |
| Guide or renewal information | 1 (2.4) | 1 (10.0) |
| Not sure or other | 4 (9.8) | 0 (0.0) |
| **Renewal Completed?** | | |
| Yes | 40 (97.6) | 9 (90.0) |
| No | 1 (2.4) | 1 (10.0) |
| **Who owns/operates the site?** | | |
| The DMV or the government | 30 (73.2) | 6 (60.0) |
| Probably or hopefully the DMV or government | 3 (7.3) | 0 (0.0) |
| Private company affiliated with DMV/government | 0 (0.0) | 2 (20.0) |
| Private company NOT affiliated with DMV/government | 0 (0.0) | 1 (10.0) |
| Not sure | 5 (12.2) | 1 (10.0) |
| Other | 3 (7.3) | 0 (0.0) |

*Table 3: Beliefs of participants who completed the simulated credit card transaction. These questions were asked after submitting credit card information, but before revealing that the result was a Road Guide. For the open-ended questions (what was purchases, who owns/operates the site), a maximum of one code per participant was applied.*

89. **Almost all participants who paid – meaning nearly 50% of all Cint participants and 36% of all Prolific participants – believed the renewal was complete and no further steps were required.** At the same time (after purchase, before guide), we also asked these

participants directly (close-ended question) whether they had renewed Terry's license or whether anything else still needed to be done. These results are also shown in Table 3. All but one participant in each sample chose the "I have renewed Terry's driver's license" option. This further validates that before viewing the purchase confirmation indicating they had received a road guide, the vast majority of participants believed they had paid to renew a license. This means that 48.8% of all Cint participants and 36.0% of all Prolific participants believed the renewal was complete.

90. **Most participants who paid believed the site was government-owned.** During the same set of questions (after paying; before guide) we also asked participants in an open-ended question who they thought owned or operated the site they were evaluating. A strong majority of those who paid (73% for Cint, 60% for Prolific) believed the site was owned or operated by the DMV, the Florida government, or some other government agency. An additional 7.3% of Cint participants who paid said the site was hopefully or probably owned by the government. No Prolific participants who paid gave this answer, but 20% of the Prolific participants who paid responded that the site was owned or operated by a private company affiliated with the DMV or government.

91. **Overall, most Cint participants and 40% of Prolific participants believed the site was government-owned.** Participants who left the site or chose to do something else were also asked who owned or operated the website. Considering all participants together – regardless of whether they completed the transaction – 56 Cint participants (68.3%) and 10 Prolific participants (40.0%) responded that the site was owned or operated by the DMV, the Florida government, or some other government agency.

### B. PARTICIPANTS WHO LEFT THE SITE

92. **Some participants left the site because they determined it could not be used to renew a license directly.** When participants selected the "I want to leave this site" option, they were immediately asked in an open-ended question why they had opted to leave. Among Cint participants, nine (50.0%; 11.0% of all Cint participants) left because they found the site confusing or hard to use. Another five (27.8% of leavers; 6.1% of all Cint participants) left because they recognized the site was not affiliated with the DMV, the site would not allow them to renew Terry's license, they did not want to pay for site's offerings, or they found the site generally suspicious. For Prolific, those numbers were 1 (10%; 4.0% of all Prolific participants) and 6 (60% of leavers; 24% of all Prolific participants) respectively. Overall, this means that about a quarter of Prolific participants (younger, more educated and likely tech-savvier than Cint participants) recognized that the site could not help them renew a license directly. Less than 10% of Cint participants reached the same conclusion.

### C. RESPONSES TO DISCLAIMERS

93. Based on the results in Paragraphs 88-90, it seems clear that the "disclaimers" on the site were not effective in conveying to a large number of participants that the site was privately owned, not affiliated with the government, and could not be used to renew a driver's license. This could be because participants did not notice the disclaimer text (banner blindness, Paragraph 25), noticed it but did not read it (see Paragraphs 21-23: dark

Page **23** of 47

patterns including obfuscation, hidden information, or hidden legalese), because they did not understand it (dark patterns: confusion, hidden legalese), or a combination. After participants interacted with the high-fidelity prototype site, we drew their attention to two specific disclaimer texts (see Paragraph 61) and asked questions about them. For convenience, I will refer to these as the "Illegal" disclaimer (Figure 1) and the "Helpful downloads" disclaimer (Figure 2).

## NOTICE

**Driving a motor vehicle without a valid driver's license, car registration or car title may be illegal, as is driving with expired credentials.** Motor vehicle services and applications must be processed by an official DMV location/website. The assistance and services on this site simplify the process by providing personalized guides, documents, and live support for a fee. This site store cookies, by clicking "Accept" you acknowledge the statements above and that this site is privately owned and is not affiliated with nor endorsed by an official agency. **To aid in the task, our detailed website has compiled and lists the most important information surrounding your motor vehicle services, so you can ensure the process is handled in a compliant and timely manner. Driving a motor vehicle without a valid driver's license, car registration or car title may be illegal, as is driving with expired credentials.**

## ACCEPT

*Figure 1: The "Illegal" disclaimer.*

Welcome to **license-driver.com**. Discover all you need to know about driver license services on our convenient and comprehensive website. Find out how to apply for a new driver's license, replace a lost or damaged license, as well as how to update your credentials on your driver's license with a new name or address. Also, learn how to reinstate suspended drivers licenses after committing serious offenses. Regardless of your driving license information needs, our website has you covered. The comprehensive Road Guide and detailed checklists have all of the above information and even more, to ensure that you are prepared for any driver license procedure.

We provide helpful, time-saving information and downloads as a private value-add to motor vehicle services. This includes numerous resources, helpful checklists and important information for a fee of **$25.98** to assist you completing the process today. By clicking 'Continue' and using the license-driver.com website, you agree to follow and be bound by these Terms & Conditions and consent to our Privacy Policy. This site is privately owned and is neither operated by, nor affiliated with, any government agency. Contact phone number: **855-996-0250**.

*Figure 2: The "Helpful Downloads" disclaimer.*

94. In the following paragraphs, I focus first on participants who completed the paid transaction, as they had the opportunity to encounter all disclaimer texts while interacting with the site.

95. **Few participants who paid read the disclaimer messages fully.** In multiple choice questions, we asked participants whether they had noticed each disclaimer on the site and whether they had read it. I note that due to social desirability bias, these self-reported results should be interpreted with caution, despite our use of forgiving language. It is likely that these results overestimate how many participants actually noticed and read each disclaimer. Table 4 summarizes the results, among participants who paid. The "Illegal" disclaimer is centered on the page and requires the user to click "Accept" to close it; the "Helpful downloads" disclaimer, in contrast, is closer to the bottom, with smaller print, and does not impede the user's progress. This is reflected in participant responses, where most participants said they had noticed the first but less than half were sure they had noticed the second. Fewer than 20% of Cint participants and zero Prolific participants who paid claimed to have read all of either disclaimer.

| | Cint (%) | Prolific (%) |
|---|---|---|
| **Noticed "Illegal" Disclaimer?** | | |
| Yes | 33 (80.5) | 10 (100.0) |
| No | 5 (12.2) | 0 (0.0) |
| Not sure | 3 (7.3) | 0 (0.0) |
| **Read "Illegal" Disclaimer?** | | |
| All of it | 8 (19.5) | 0 (0.0) |
| Some of it | 19 (46.3) | 8 (80.0) |
| Did not read it | 14 (34.1) | 2 (20.0) |
| **Noticed "Helpful downloads" Disclaimer?** | | |
| Yes | 17 (41.5) | 4 (40.0) |
| No | 20 (48.8) | 6 (60.0) |
| Not sure | 4 (9.8) | 0 (0.0) |
| **Read "Helpful downloads" Disclaimer?** | | |
| All of it | 7 (17.1) | 0 (0.0) |
| Some of it | 14 (34.1) | 4 (40.0) |
| Did not read it | 20 (48.8) | 6 (60.0) |

Table 4: Responses to closed-ended questions about noticing and reading disclaimer messages, among participants who completed the transactions only.

96. **In the "Illegal" disclaimer, several participants only noticed the fear appeal, even when asked to review the disclaimer carefully.** We asked the participant to read each message carefully and briefly describe its contents. We coded the open-ended responses, and participants could be assigned more than one code if appropriate. First, I will discuss results for the "illegal" disclaimer. Among Cint participants who paid, 21 (51.2%)

responded *only* that the message talks about it being illegal to drive without a license or registration; even when specifically directed, these participants did not recognize other aspects of the message, such as the fact that the site is privately owned or that motor vehicles services "must be processed by an official DMV location/website." Among the (younger, more educated, likely tech-savvier) Prolific participants, 2 of the 10 who paid (20%) similarly reported *only* the illegality message.

97. **Less than 20% of participants who paid mentioned certain important information, even when asked to review the disclaimer carefully.** Responses to the "Helpful downloads" disclaimer were a bit more nuanced. Among Cint participants, 8 of the 41 who paid (19.5%), after reviewing this disclaimer, said that the disclaimer includes the message that this site cannot be used to renew a license and/or that the payment is not for license renewal. Six additional participants (14.6% of those who paid) mentioned that the disclaimer says the website is not government-owned. (These six do not include one participant who was assigned both codes, to avoid double counting.) The equivalent figures for the Prolific participants are five (50% of those who paid) and one (10% of those who paid). (Again, one participant who was assigned both categories is not counted in the latter group, to avoid double counting.) The remaining participants mentioned that the site could be used to help with or save time in the renewal process, that the site would charge a fee, that the site has similar services to the DMV, or other qualitative codes. Some of these remaining participants may have understood the key messages that the site cannot be used to renew a license and that it is not affiliated with any government agencies, but not expressed this understanding clearly in their responses. Even so, these results suggest that many people who read the disclaimer message did not fully understand it.

98. **Similar trends hold for the overall sample as for participants who paid.** Next, I consider reactions to the disclaimer review among all participants, not only those who completed the transaction. Depending on when they chose to leave the site or do something else, not all of these participants may have encountered the disclaimers directly in the course of using the site; all of them were asked the same questions about whether they had noticed or read them, and what they said. These results are shown in Table 5. The general trends are roughly the same: more participants claim to have noticed the "illegal" disclaimer than the "Helpful downloads" disclaimer. Slightly more participants overall claimed to have read either disclaimer completely. This perhaps reflects the fact that some participants who read the messages may have then opted to leave the site.

| | Cint (%) | Prolific (%) |
|---|---|---|
| **Noticed "Illegal" Disclaimer?** | | |
| Yes | 60 (73.2) | 19 (76.0) |
| No | 19 (23.2) | 3 (12.0) |
| Not sure | 3 (3.7) | 2 (8.0) |
| Did not reach page (self-report) | 0 (0.0) | 1 (4.0) |
| **Read "Illegal" Disclaimer?** | | |
| All of it | 22 (26.8) | 3 (12.0) |
| Some of it | 41 (50.0) | 16 (64.0) |
| Did not read it | 19 (23.2) | 6 (24.0) |
| **Noticed "Helpful downloads" Disclaimer?** | | |
| Yes | 39 (47.6) | 8 (32.0) |
| No | 33 (40.2) | 14 (56.0) |
| Not sure | 9 (11.0) | 2 (8.0) |
| Did not reach page (self-report) | 1 (1.2) | 1 (4.0) |
| **Read "Helpful downloads" Disclaimer?** | | |
| All of it | 26 (31.7) | 2 (8.0) |
| Some of it | 26 (31.7) | 8 (32.0) |
| Did not read it | 30 (36.6) | 15 (60.0) |

*Table 5: Responses to closed-ended questions about noticing and reading disclaimer messages, among all participants. Some participants may not have encountered one or both disclaimers if they opted to "leave the site" early.*

99. Open-ended responses among the full study population are broadly similar to the subset who paid. A total of 41 Cint (50.0%) and 2 Prolific (8.0%) participants mentioned only the message that driving without a license is illegal when reviewing the first disclaimer. For the second disclaimer, 11 Cint participants (13.4%) mentioned that they cannot renew their license, and 17 total (15 additional) mentioned that the site is not government owned (20.7%). One (1.2%) specifically mentioned a road guide. Three participants (3.7%) explicitly stated that the disclaimer says they would be paying to renew a license. The corresponding Prolific figures are 10 (40.0%), 6 total / 4 additional (24.0% / 16.0%), none, and none, respectively. As before, these results suggest both that Prolific participants are more likely to understand the site and many people from both participant pools may not have understood the message fully even after it was pointed out.

### D. EMAIL MARKETING

100. The landing page of license-driver.com (where participants are eventually directed from dmv.com after making selections relevant to renewing a license) requests that the user input information including their name, email address, birthdate, phone number, gender,

and street address. At the bottom of this page, another "disclaimer" message (not one we tested at the end of the study) mentions that by clicking "continue," the user agrees to receive email newsletters and offers from the site and its marketing partners. I will refer to this disclaimer, shown in Figure 3, as the "Email Newsletters" disclaimer. To explore whether any participants noticed this marketing-related agreement, we asked participants whether they thought Terry would receive any email as a result of using the site (close-ended). We then asked participants who responded "yes" or "not sure," who the email would be from and what about (open-ended). These questions were shown after the transaction was completed but before the road guide was revealed (for participants who paid) and shortly after leaving the site or choosing to do something else (for the rest). Table 6 lists the results. Some participants may not have seen the "Email Newsletters" disclaimer, if they opted to leave the site or do something else prior to landing at the license-driver.com page from dmv.com.

**OBTAIN YOUR ROAD GUIDE**

Welcome to **license-driver.com**, your comprehensive resource for all you driver license-related services. The services we provide are available for free in the official sites or local offices. You can purchase for $25.98 and download our comprehensive guide and resources, which contains vital information in order to perform any DMV service and also included is the Roadside Assistant Program and other benefits including official forms and helpful checklists. By clicking continue I represent that I am 18+ years of age, I agree to receive email newsletters and offers targeted to my interests, sent by license-driver.com and their Marketing Partners. Please fill out form below to get the process started.

*Figure 3: The "Email Newsletters" disclaimer.*

101. **Almost no participants expect marketing email.** Overall, most participants in each sample (68.3% in Cint, 56% in Prolific) did expect Terry to receive email. The most popular expected sources of that email were either the DMV or government (50% of Cint participants, 20% of Prolific) or the website itself (17.1% of Cint participants, 40% of Prolific). Only two Cint participants, and zero Prolific participants, mentioned anything about marketing partners as a source of email. This result becomes clearer when we examine what participants expect the email to be about: by far the most popular response is a confirmation or receipt, with some participants specifying it was a confirmation or receipt for the license renewal and others not specifying. Only three participants in each sample (3.7% of Cint, 12.0% of Prolific) mentioned anything about marketing or advertising content.

| | Cint (%) | Prolific (%) |
|---|---|---|
| **Expect "Terry" to receive email?** | | |
| Yes | 56 (68.3) | 14 (56.0) |
| No | 12 (14.6) | 6 (24.0) |
| Not sure | 14 (17.1) | 5 (20.0) |
| **Who will send it?** | | |
| DMV/government | 41 (50.0) | 5 (20.0) |
| Probably/hopefully DMV/government | 1 (1.2) | 1 (4.0) |
| Private company affiliated with DMV/government | 1 (1.2) | 0 (0.0) |
| This website | 14 (17.1) | 10 (40.0) |
| Marketing partners | 2 (2.4) | 0 (0.0) |
| Scammer/criminal/bad actor | 0 (0.0) | 1 (4.0) |
| **What will it be about?*** | | |
| Confirmation or receipt for license renewal | 40 (48.8) | 8 (32.0) |
| Confirmation or receipt, unspecified | 15 (18.3) | 5 (20.0) |
| Road guide, specifically | 1 (1.2) | 0 (0.0) |
| Other information related to licensing | 3 (3.7) | 0 (0.0) |
| Marketing materials, ads | 3 (3.7) | 3 (12.0) |

*Table 6: Responses to closed- and open-ended questions about marketing email, among all participants. Not all codes (including, e.g., "other" and "not sure") are reported in the table. * Includes any participant who mentioned this; participants may have been assigned more than one code, except that confirmation of renewal, generic confirmation, and other licensing information cannot overlap.*

### E.  SUMMARY OF RESULTS

102. Overall, the main DMV-related study demonstrates that participants had many misconceptions about the site. Sizable percentages of participants (50% Cint, 40% Prolific) completed the transaction, and (before seeing the results of the transaction) large majorities of these believed that they had purchased a license renewal and completed the renewal process. Overall, nearly half of Cint participants and more than a third of Prolific participants erroneously believed they had completed license renewal. Only a minority of participants (24% in Prolific, 6% in Cint) opted to leave the site because they determined that it could not be used for license renewal. More than two thirds of Cint participants, and 40% of Prolific participants, believed the site was government-owned or -operated. Few participants claimed to have read either tested disclaimer message fully, and many participants did not appear to have understood the messages even after being asked to review them. Almost no participants recognized that by submitting personal information, they were consenting to receive marketing email.

103. It is worth noting that on basically every metric, the Prolific participants – who are on average younger and more educated, likely to be more tech-savvy, and known for being unusually attentive in surveys (Peer et al., 2017) – demonstrated more knowledge and less

misunderstanding than the Cint participants. However, even among the Prolific participants the level of overall misunderstanding remained fairly high. This suggests that even well-educated and attentive consumers may well purchase road guides under the misapprehension that they are renewing their driver's license. Based on the Cint sample, less educated or savvy consumers, as well as those who are not paying close attention, are even more likely to do so.

## IX.   RESULTS: SECTION-8-APARTMENTS.ORG

104. We collected a total of 109 complete, valid responses to the Section-8-related survey, including 84 from Cint and 25 from Prolific. We include only those participants who agreed to our consent form, completed the entire study including viewing the debrief, and gave on-topic answers to open-ended questions. (For example, we excluded a respondent who provided "I don't know" for every open-ended answer.) Some self-reported demographic characteristics of the participants are provided in Table 7. As in the DMV-related study, the Prolific sample is both younger and more educated than the Cint sample. The Prolific sample, however, has slightly lower income overall, perhaps because the Cint data was merely oversampled on lower income while the Prolific data explicitly excluded high-income participants and/or because Prolific has many student participants.

| | Cint (%) | Prolific % |
|---|---|---|
| **Familiarity with Section 8** | | |
| Very | 5 (6.0) | 2 (8.0) |
| Moderately | 10 (11.9) | 3 (12.0) |
| Slightly | 39 (46.4) | 6 (24.0) |
| Not at all | 30 (35.7) | 14 (56.0) |
| **Gender** | | |
| Male | 18 (21.4) | 11 (44.0) |
| Female | 65 (77.4) | 13 (52.0) |
| **Educational Attainment** | | |
| Some H.S., no diploma | 1 (1.2) | 0 (0.0) |
| H.S. grad or equivalent | 21 (25.0) | 1 (4.0) |
| Some college, including assoc. degree | 26 (31.0) | 10 (40.0) |
| Trade/technical/vocational | 3 (3.6) | 3 (12.0) |
| Bachelor's degree and higher | 33 (39.3) | 11 (44.0) |
| **Age** | | |
| 18-29 | 6 (7.1) | 15 (60.0) |
| 30-39 | 13 (15.5) | 5 (20.0) |
| 40-49 | 9 (10.7) | 0 (0.0) |
| 50-59 | 16 (19.0) | 3 (12.0) |
| 60+ | 39 (46.4) | 1 (4.0) |
| **Total Household Income in 2018** | | |
| < $10,000 | 6 (7.1) | 3 (12.0) |
| $10,000 - $14,999 | 4 (4.8) | 5 (20.0) |
| $15,000 - $24,999 | 12 (14.3) | 4 (16.0) |
| $25,000 - $34,999 | 11 (13.1) | 2 (8.0) |
| $35,000 - $49,999 | 14 (16.7) | 5 (20.0) |
| $50,000 - $74,999 | 15 (17.9) | 3 (12.0) |
| $75,000 - $99,999 | 11 (13.1) | 2 (8.0) |
| $100,000 – $149,999 | 6 (7.1) | 1 (4.0) |
| $150,000 - $199,999 | 1 (1.2) | 0 (0.0) |
| $200,000 + | 2 (2.4) | 0 (0.0) |

*Table 7: Selected self-reported demographics for Section 8 participants. Percentages may not add to 100% due to item non-response or choice of unlisted options such as "other."*

105. **28% of Cint and 60% of Prolific participants provided "Terry's" information.** On the Section 8 website, participants are asked on a long series of pages to provide various

personal information, including basic contact information and also answers to questions about their health, money they owe, and other characteristics. For analysis, I will divide Section 8 participants into three groups: those who opted to "leave this site" or "do something else" prior to submitting any personal information; those who opted to leave or do something else after submitting at least some information; and those who completed all the available questions and reached the "Get my guide" page. For convenience, I will refer to these groups as the No Info group, the Info group, and the Finished group, respectively. As shown in Table 8, 28.6% of Cint participants and 60.0% of Prolific participants provided at least some of "Terry's" information. Twelve Cint participants (14.3%) and 6 Prolific participants (24.0%) answered all questions and reached the end.

|  | Cint (%) | Prolific (%) |
| --- | --- | --- |
| Finished | 12 (14.3) | 6 (24.0) |
| Info | 12 (14.3) | 9 (36.0) |
| No Info | 60 (71.4) | 10 (40.0) |

*Table 8: High-level outcomes for Section-8-study participants.*

## A. PARTICIPANT BELIEFS

106. **Most participants believed information sharing would be used to check eligibility directly or apply for Section 8.** All participants (regardless of their path through the site) were asked, "At the time when you entered that [Terry's personal] information, what did you think it would be used for? We coded these responses, highlights of which are found in Table 9. Overall, including participants who did not actually enter any information, 45 Cint (53.6%) and 16 Prolific (64.0%) participants believed the information being provided would be used directly to check eligibility, apply for Section 8, or even directly to receive Section 8 benefits. A small number of additional participants (no overlap) mentioned checking something specific about Terry – such as her credit score or her location. 25% or less of participants in either sample mentioned help or information (about Section 8 or otherwise) in general, without specifying the eligibility check or benefits application. Few participants (7.1% of Cint and 4% of Prolific) mentioned ads or marketing. (One Cint participant mentioned both generic help/information and marketing and is counted in both categories; no Prolific participants overlap.)

| | Cint (%) | Prolific (%) |
|---|---|---|
| **What would info be used for?*** | | |
| Check eligibility / apply for Section 8 | 45 (53.6) | 16 (64.0) |
| Check something else specific (credit score, location) | 2 (2.4) | 2 (8.0) |
| Information/help about Section 8 (less specific) | 5 (6.0) | 1 (4.0) |
| Information or help (non-specific) | 16 (19.0) | 4 (16.0) |
| Ads/Marketing | 6 (7.1) | 1 (4.0) |
| **Do something on Terry's behalf?** | | |
| Tell her if she is eligible | 11 (13.1) | 3 (12.0) |
| Probably/maybe tell her if she is eligible | 3 (3.6) | 5 (20.0) |
| Forward her info to Section 8 | 9 (10.7) | 0 (0.0) |
| Provide info about Section 8 (less specific) | 6 (7.1) | 5 (20.0) |
| Sell Terry's information | 1 (1.2) | 0 (0.0) |
| Nothing | 22 (26.2) | 5 (20.0) |
| **Who owns/operates the site?** | | |
| Section 8 or the government | 47 (56.0) | 11 (44.0) |
| Probably or hopefully Section 8 or government | 1 (1.2) | 2 (8.0) |
| Private company affiliated with Section 8/government | 0 (0.0) | 1 (4.0) |
| Private co. NOT affiliated with Section 8/government | 7 (8.3) | 3 (12.0) |
| Private co. that wants to sell Terry's info / market to her | 5 (6.0) | 3 (12.0) |
| Non-profit helping those in need | 0 (0.0) | 2 (8.0) |
| Scammer/criminal | 2 (2.4) | 0 (0.0) |
| Not sure | 16 (19.0) | 3 (12.0) |

*Table 9: Beliefs of Section 8 study participants. Totals may not add to 100% if participants gave multiple concepts within one answer, or if additional codes (e.g., not sure, other) are not listed here. Only one code was assigned per participant for doing something on Terry's behalf and for who owns/operates the site. *Check eligibility, info/help about Section 8, and info/help non-specific cannot overlap.*

107. **Similar trends among participants who provided information.** If we consider only participants who provided information (whether they finished or not), even stronger trends apply. 14 of 24 Cint participants (58.3%) and 11 of 15 Prolific participants (73.3%) who provided information believed they did so in order to check Terry's eligibility or apply for Section 8. Only one Prolific participant and one Cint participant in this group mentioned ads or marketing. (Those who mentioned marketing do not overlap with those who believed they were checking eligibility or applying for Section 8).

108. **More than a quarter of participants believed the site would check Terry's eligibility or forward her info to Section 8.** We also asked all participants whether the site was going to do anything on Terry's behalf. Note that this question was asked after the participants stopped interacting with site, either because they finished or they opted to

leave/do something else. (But it was asked before Finish participants received information about the guide.) By this point, as we will see (Paragraph 112) several participants had realized the site could not be used to check eligibility directly. Nonetheless, more than 25% of Cint and more than 30% of Prolific participants indicated that the site would either definitely or probably tell Terry whether she was eligible, or forward her information directly to Section 8. In contrast, 26% of Cint and 20% of Prolific said the site would do nothing on Terry's behalf. Only 1 participant (Cint) mentioned selling Terry's information. Table 9 provides further details. Note that no participants were assigned multiple codes for this question.

109. **Overall, most Cint participants and 44% of Prolific participants believed the site was government-owned.** All participants were asked, after they had finished interacting with the site, who owned or operated the site. In total, 47 Cint participants (56.0%) and 11 Prolific participants (44.0%) responded that the site was owned or operated by the government in general or Section 8 specifically. Table 9 provides more information.

110. **Many participants who finished the process believed the site was government-owned.** Looking specifically at those participants who finished, 5/12 Cint and 3/6 Prolific believed the site was owned or operated by the government. Among those who provided information but did not finish, these numbers were 3/12 and 2/9.

111. **Most Cint finishers and a third of Prolific finishers were expecting a specific eligibility determination.** We asked participants who finished whether they received what they expected (open-ended). (In the survey, they saw the site's ending screens, including instructions to receive a guide; we did not provide the guide because asking the participants to read it would add significant time to the study duration, making it likely that participant attention would wane and they would either drop out or stop providing useful, attentive data.) 8 of 12 Cint participants (66.7%) and 2 of 6 (33.3%) Prolific participants who finished indicated they did not receive what they expected, because they were expecting to learn specifically whether Terry was eligible for Section 8. In contrast, 0 Cint and 3 Prolific participants indicated they had received information, as expected.

112. **Many left because the site was confusing; many Cint participants left because they thought they had "gotten what they needed."** Overall, 56/84 Cint participants (66.7%) and 11/25 Prolific participants (44%) opted to leave the site before completing the process and answering all the questions. When asked why they opted to leave (open-ended, coded), the most popular responses were that the site was confusing or hard to use (17 Cint, 1 Prolific) or generically saying that they had gotten what they needed, without being more specific (17 Cint, 2 Prolific, no overlaps). 5 Cint and 1 Prolific indicated they had successfully applied for Section 8 and were finished (again, no overlaps). Two Cint participants said the site seemed suspicious, 2 said it was going to sell Terry's information, and 4 said it would not allow them to check Section 8 availability (no overlaps). A total of 5 Prolific participants mentioned one or more of these codes. An additional Prolific participant (not previously counted) mentioned that the site was not owned by Section 8 or the government. It appears that the Prolific participants who left were noticeably more likely than the Cint participants who left to recognize that the site could not be used to check Section 8 eligibility.

## B. PHONE, TEXT MESSAGE, AND OTHER MARKETING

113. One disclaimer found on the Section-8-housing.org site is shown in Figure 4. This message includes checkbox participants must check, when entering a phone number, to proceed. This disclaimer states that the user gives permission to receive phone or text-message marketing offers, from the site or its marketing partners, regardless of whether the user's phone number appears on any do-not-call registry. As in the prior study, participants encountered this disclaimer naturally in the course of interacting with the site. (At the end of the study we point it out and ask them to review it specifically, as described in Section IX.C below).

> Please check the box to continue. By clicking 'Continue', I am providing express written consent via electronic signature for section-8-housing.org and our **Marketing Partners** to contact me at the number provided above via telephone or text (including through automated means; e.g. automatic telephone dialing system, text and pre-recorded messaging) about various products, services and related marketing/telemarketing offers. I understand that message and data rates may apply. I am authorizing these parties to contact me even if my telephone number is currently listed on any state, federal, local or corporate Do Not Call lists and registries. I understand that my consent is not a condition of purchase and no purchase is necessary. If you choose not to continue, you will still receive your free guide by email shortly.

*Figure 4: the Section 8 disclaimer*

114. To explore whether any participants noticed this marketing-related agreement, we asked participants *before reviewing the disclaimer* whether they thought Terry would receive any additional information or services as a result of using the site. If they answered yes or not sure, we asked who from and what would be received. These questions were shown after all questions were answered but before the pointer to the guide (for finishers) or just after stopping interacting with site (for others). It was asked before the participant was specifically asked to review the disclaimer. Table 10 lists the results. As noted above, many participants left the site before reaching the disclaimer described above. Participants also had the option to learn about terms and conditions, or the privacy policy, from any page, though few did so.

|  | Cint (%) | Prolific (%) |
|---|---|---|
| **Expect "Terry" to receive info/services?** | | |
| Yes | 39 (46.4) | 11 (44.0) |
| No | 23 (27.4) | 11 (44.0) |
| Not sure | 22 (26.2) | 3 (12.0) |
| **Who will send this info/services?** | | |
| Section 8/government | 35 (41.7) | 3 (12.0) |
| Private company affiliated with Section 8/government | 1 (1.2) | 1 (4.0) |
| This website | 7 (8.3) | 7 (28.0) |
| Companies related to the detailed questions answered | 0 (0.0) | 1 (4.0) |
| A private company (non-specific) | 4 (4.8) | 1 (4.0) |
| Marketing partners | 0 (0.0) | 0 (0.0) |
| **What will Terry receive?\*** | | |
| Section 8 eligibility status | 14 (16.7) | 1 (4.0) |
| Possibly/hopefully Section 8 eligibility status | 1 (1.2) | 0 (0.0) |
| Section 8 benefits themselves (e.g., receive a voucher) | 2 (2.4) | 2 (8.0) |
| Info about other specific services (e.g., loans, bill help) | 4 (4.8) | 4 (16.0) |
| Section 8-related information (non-specific) | 10 (11.9) | 2 (8.0) |
| Information (non-specific) | 19 (22.6) | 2 (8.0) |
| Section 8 guide, specifically | 1 (1.2) | 0 (0.0) |
| Marketing materials, ads | 3 (3.6) | 1 (4.0) |

*Table 10: Responses to closed- and open-ended questions about additional info and services, among all Section 8 participants. No participant was assigned more than one code for "Who will send it." \*Includes any participant who mentioned this; participants may have been assigned more than one code, except that Section 8 eligibility status, possibly Section 8 eligibility status, actual Section 8 benefits, and Section-8-related information (non-specific) cannot overlap.*

115. **No participants mention marketing partners as a source of information or services; 40% of Cint participants expect to receive information or services from the government.** Overall, just under half of participants in each sample (46.4% Cint, 44.0% Prolific) did expect Terry to receive information or services. The most popular expected sources of information or services were (a) a single category encompassing Section 8 or the government in general (41.7% of Cint participants, 12% of Prolific), or (b) the website itself (8.3% of Cint participants, 28% of Prolific). No participants mentioned anything about marketing partners as a source of information or services. Participants were generally unclear on what kind of information or services Terry might receive. A specific Section 8 eligibility determination (definitely or possibly), or even Section 8 benefit themselves, were suggested by just over 20% of Cint participants (no overlaps). Other popular answers for Cint were Section 8 related information (unclear whether eligibility

determination was expected) and just information, without further specification. For Prolific, the most popular answer was information about specific other services, such as loans or bill help. Only one participant mentioned a Section 8 guide specifically, and few (3 Cint, 1 Prolific) mentioned marketing or ads.

## C. RESPONSES TO DISCLAIMER

116. As in the DMV study, I consider here whether participants noticed the disclaimer, whether they read it, and whether they understood it. In the following paragraph, I discuss participants who reached the page where the disclaimer is hosted while interacting with the site. 23 of 84 Cint participants, and 12 of 25 Prolific participants, reached that page.

117. **Few participants read the disclaimer messages fully.** In multiple choice questions, we asked participants whether they had noticed the disclaimer on the site and whether they had read it. I note that due to social desirability bias, these self-reported results should be interpreted with caution, despite our use of forgiving language. It is likely that these results overestimate how many participants actually noticed and read each disclaimer. Table 11 (showing participants who reached the disclaimer while interacting with the site) summarizes the results. This disclaimer requires the user to check the box in order to proceed (which matches the *forced action* dark pattern); nonetheless, 43% of Cint participants and 25% of Prolific participants who reached the page say they did not notice it. Fewer than 10% of those that reached the page claim to have read the entire thing.

|  | Cint (%) | Prolific (%) |
|---|---|---|
| **Noticed Section 8 Disclaimer?** | | |
| Yes | 9 (39.1) | 8 (66.7) |
| No | 10 (43.5) | 3 (25.0) |
| Not sure | 4 (17.4) | 1 (8.3) |
| Didn't reach page (self-report) | 0 (0.0) | 0 (0.0) |
| **Read Section 8 Disclaimer?** | | |
| All of it | 2 (8.7) | 1 (8.3) |
| Some of it | 13 (56.5) | 8 (66.7) |
| Did not read it | 8 (34.8) | 3 (25.0) |

*Table 11: Responses to closed-ended questions about noticing and reading the disclaimer message, among Section 8 participants who reached the disclaimer page only. Note that self-report data can contain inconsistencies, such as slightly more Cint participants claiming to have read all or some of the disclaimer than claimed to have noticed it.*

118. **Less than half of Cint participants mentioned marketing, even when asked to review the disclaimer carefully. Prolific participants demonstrated better understanding.** We then asked the participant to read the message carefully and briefly describe its contents. We coded the open-ended responses. For this question, we include all participants, since everyone was asked at this point to review the disclaimer, whether or not they had seen it when interacting with the site. Among all Cint participants, slightly

less than half (39/84, 46.4%) mentioned ads or marketing. Only three mentioned receiving a free guide, one of whom had also mentioned ads or marketing. 19 (22.6%) mentioned that this website would contact them, but did not necessarily mention for what (of these, two also mentioned the free guide). Ten participants (11.9%) believed the disclaimer informed them about follow-up to their Section 8 eligibility check; one of these also mentioned marketing. Among the younger and more educated Prolific participants, understanding was clearer: 20 mentioned ads or marketing (84.0%), and one additional (non-overlapping) said they were "surrendering my whole life to whoever owns this website." Three mentioned the free guide (these three also mentioned marketing), and three mentioned they would be contacted by this website (no overlaps with other categories). None referenced follow-up to an eligibility check.

119. **Asking specifically about email, calls, or messages improves correctness somewhat, but still less than half of participants mention marketing.** Also after reviewing the disclaimer, we asked all participants whether Terry would receive any emails, phone calls, or text messages, who they would be from, and what they would be about. When asked about this directly, somewhat more participants were able to correctly interpret the disclaimer – although once again, the younger and more educated Prolific sample was more likely to be correct than the Prolific sample. More than three quarters of each sample (Cint: 73, 86.9%; Prolific: 22, 88.0%) expected Terry to receive email, phone calls, or text messages. In response to this question, 27.4% of Cint and 40% of Prolific participants mentioned marketing or ads. A handful of participants (4 Cint, 3 Prolific) referenced a scam, junk, or receiving nothing of value. Even after reading the disclaimer, up to 20% of each sample said Terry would be contacted (definitely or maybe) about her eligibility status directly. No Cint participants who mentioned eligibility also mentioned marketing; one Prolific participant mentioned both hopefully/probably eligibility status and marketing.

| | Cint (%) | Prolific (%) |
|---|---|---|
| **What will email/calls/text messages be about?*** | | |
| Section 8 eligibility status | 15 (17.9) | 3 (12.0) |
| Hopefully/possibly Section 8 eligibility status | 0 (0.0) | 2 (8.0) |
| Section 8 guide | 1 (1.2) | 0 (0.0) |
| Section 8-related information (non-specific) | 12 (14.3) | 1 (4.0) |
| Info about other specific services (e.g., loans, bill help) | 0 (0.0) | 3 (12.0) |
| Information (non-specific) | 3 (3.6) | 0 (0.0) |
| Marketing/ads | 23 (27.4) | 10 (40.0) |
| Scam, junk, something of no value | 4 (4.8) | 3 (12.0) |

*Table 12: Participants' beliefs about receiving email, calls, or text messages, after being asked to review the Section 8 disclaimer carefully. *Includes any participant who mentioned a particular item; participants may have been assigned more than one code, except that Section 8 eligibility status, possibly Section 8 eligibility status, and Section-8-related information (non-specific) cannot overlap.*

**D. SUMMARY OF RESULTS**

120. Overall, I find that in the Section 8 study, like in the DMV study, participants had many misconceptions about the site. More than half of all participants – and larger majorities of those who provided information to the site – believed incorrectly that the information they provided would be used directly to assess Section 8 eligibility. A number of participants, especially among the Cint sample, found the site overall confusing and difficult to use, causing them to stop interacting with the site fairly quickly; on the other hand, only a small minority of Cint participants (8, 9.5%), and about one quarter of Prolific participants (6, 24%), opted to leave the site because it could not be used to check eligibility directly. More than half of Cint participants, and nearly half of Prolific participants, believed the site was owned or operated by the government. Few participants claimed to have read the disclaimer fully, and even after being asked to review it and then asked specific follow-up questions, a sizable minority appeared to remain confused about what the site would do with their information. Before we pointed out the disclaimer, few participants recognized that by submitting personal information, they were consenting to be contacted for marketing purposes.

121. Surprisingly, the younger, more educated, likely tech savvier, and known to be attentive Prolific sample was somewhat more likely both to share information with the site and to expect that their information would be used directly for an eligibility check. On the other hand, the Prolific sample was less likely to find the site overall confusing, more likely to interpret the disclaimer correctly after it was pointed out to them, more likely to leave mid-process after realizing the site could not help, and less likely to expect (after completing their interaction with the site) Terry to receive information or services directly from the government. As with the DMV study, I find that even an attentive and well-educated audience stands a reasonable chance of sharing personal information under the misapprehension that it will be used to check eligibility directly. A less attentive, less educated audience is somewhat more likely to find the whole site confusing (and therefore leave without sharing information), but those who do share information are even more likely to do so under this misapprehension.

## X. OTHER SITES IN THE FAMILIES IDENTIFIED BY THE FTC

122. The FTC furnished me with screenshots from several additional sites within the families of sites they identified (included as Attachment 10). These included other state licensing-related sites (alabamadriverslicense.org, carregistrationadvisors.org, fishinglicense.org, floridadriverslicenses.org) and other federal benefits-related sites (food-stamps.com, two versions of section-8-apartments.org, veteran-affairs.org). Although I did not test these sites empirically as I did with the dmv.com/license-driver.org and section-8-housing.org sites, I inspected them in light of my knowledge of dark patterns (Section IV) and the results from my empirical studies (Sections VIII and IX). Inspection by experts as a mechanism for scalably assessing usability (or in this case, malicious interface design) is a commonly used and well-known HCI method (Nielsen and Mack, 1994).

123. The four licensing sites share many traits in common with the DMV-related sites I tested. They each include *bait-and-switch* language similar to that in the sites I tested, with buttons or links to click that say "renew your driver's license" and similar, while actually

resulting in purchase of a guide. In the site I tested, this language often misdirected participants. They each include small-print disclaimers stating the site is privately owned and detailing that the user is purchasing a guide; as in the sites, I tested, these disclaimers can be considered to employ dark patterns such as *hidden information* or *hidden legalese*. In the sites I tested, many participants did not notice or clearly read these disclaimers; I expect similar results would hold on these related sites.

124. The four benefits sites share many traits in common with the section-8-housing.org site I tested. Each includes *bait-and-switch* language such as "find out if you are eligible" or "determine if you are eligible." In the site I tested, this language often misdirected participants. They each include the same *forced-action* checkbox for agreeing to voice and text marketing communications, with very similar small-print disclaimer text (*hidden information/legalese)* to the site I tested. I therefore expect similar results to the ones I obtained with section-8-housing.org would also hold on these related sites.

## XI.   CONCLUSIONS

125. In sum, based on my experiments in this matter, my knowledge of empirical methods and experimental design in HCI, and my knowledge of related literature, I conclude that:

a.  Consumers using the dmv.com and license-driver.com websites that I tested are very likely to be misled into paying for a "Road Guide" when they actually intended to purchase a driver's license renewal;

b.  Consumers using the dmv.com and license-driver.com websites are unlikely to understand that by inputting personal information into these sites, they have agreed to receive marketing information from third parties;

c.  Consumers who are older, less educated, and less attentive may be particularly likely to be misled;

d.  Consumers using the Section-8-housing.org website that I tested are somewhat likely to input personal information; those who do so are very likely to do so under the mistaken belief that their information will be used to check their eligibility, or even apply for, Section 8 benefits; and

e.  Consumers who input their personal information into the Section-8-housing.org site likely do not realize, at the time they do so, that their data will be used to send them marketing information from third parties.

126. Further, by comparing the sites I tested to other example sites in the families identified by the FTC, I conclude that consumers are similarly likely to be misled by related sites that employ highly similar dark patterns, including similar bait-and-switch language, as well as similar small-print and forced-action disclaimers that consumers are unlikely to carefully read and understand.

## XII.   REFERENCES

[1]  Abbey, J. D., & Meloy, M. G. (2017). Attention by design: Using attention checks to detect inattentive respondents and improve data quality. *Journal of Operations Management, 53*, 63-70

[2]  Acar, Y., Backes, M., Fahl, S., Garfinkel, S., Kim, D., Mazurek, M. L., & Stransky, C. (2017a, May). Comparing the usability of cryptographic apis. In *2017 IEEE Symposium on Security and Privacy (SP)* (pp. 154-171). IEEE.

[3]  Acar, Y., Backes, M., Fahl, S., Kim, D., Mazurek, M. L., & Stransky, C. (2016, May). You get where you're looking for: The impact of information sources on code security. In *2016 IEEE Symposium on Security and Privacy (SP)* (pp. 289-305). IEEE.

[4]  Acar, Y., Stransky, C., Wermke, D., Mazurek, M. L., & Fahl, S. (2017b). Security developer studies with Github users: Exploring a convenience sample. In *Thirteenth Symposium on Usable Privacy and Security (SOUPS 2017)* (pp. 81-95).

[5]  Assal, H. & Chiasson, S. (2019.) 'Think secure from the beginning': A Survey with Software Developers. In *Proceedings of the 2019 CHI Conference on Human Factors in Computing Systems (CHI '19)*. ACM.

[6]  Bai, W., Namara, M., Qian, Y., Kelley, P. G., Mazurek, M. L., & Kim, D. (2016). An inconvenient trust: User attitudes toward security and usability tradeoffs for key-directory encryption systems. In *Twelfth Symposium on Usable Privacy and Security (SOUPS 2016)* (pp. 113-130).

[7]  Prepared for the AAPOR Executive Council by a Task Force operating under the auspices of the AAPOR Standards Committee, with members including: Baker, R., Blumberg, S. J., Brick, J. M., Couper, M. P., Courtright, M., Dennis, J. M., Dillman, D., Frankel, M. R., Garland, P., and Groves, R. M. (2010). Research synthesis: AAPOR report on online panels. *Public Opinion Quarterly, 74*(4), 711-781.

[8]  Behrend, T. S., Sharek, D. J., Meade, A. W., W & Wiebe, E. N. (2011). The viability of crowdsourcing for survey research. *Behavior Research Methods 43*(3), 800–813.

[9]  Benway, J. P. (1998, October). Banner blindness: The irony of attention grabbing on the World Wide Web. In *Proceedings of the Human Factors and Ergonomics Society Annual Meeting* (Vol. 42, No. 5, pp. 463-467). Sage CA: Los Angeles, CA: SAGE Publications.

[10] Bösch, C., Erb, B., Kargl, F., Kopp, H., & Pfattheicher, S. (2016). Tales from the dark side: Privacy dark strategies and privacy dark patterns. *Proceedings on Privacy Enhancing Technologies, 2016*(4), 237-254.

[11] Buhrmester, M. D., Talaifar, S., & Gosling, S. D. (2018). An evaluation of Amazon's Mechanical Turk, its rapid rise, and its effective use. *Perspectives on Psychological Science, 13*(2), 149-154.

[12] Charles, J. L., & V. Dattalo, P. (2018). Minimizing social desirability bias in measuring sensitive topics: The use of forgiving language in item development. *Journal of Social Service Research, 44*(4), 587-599.

[13] Conti, G. and Sobiesk, E. (2010). Malicious Interface Design: Exploiting the User. In *19th International Conference on the World Wide Web (WWW '10)* (pp. 271-280).

[14] Couper, M. P. and Miller, P. V. (2008). Web survey methods introduction. *Public Opinion Quarterly, 72*(5), 831–835.

[15] Dumas, J. S., Dumas, J. S., & Redish, J. (1999). *A practical guide to usability testing.* Intellect books.

[16] Egelman, S., Chi, E. H., & Dow, S. (2014). Crowdsourcing in hci research. In *Ways of Knowing in HCI* (pp. 267-289). Springer, New York, NY.

[17] Egelman, S., Cranor, L. F., & Hong, J. (2008, April). You've been warned: an empirical study of the effectiveness of web browser phishing warnings. In *Proceedings of the SIGCHI Conference on Human Factors in Computing Systems* (pp. 1065-1074). ACM.

[18] Fricker, S., Galesic, M., Tourangeau, R., & Yan, T. (2005). An experimental comparison of web and telephone surveys. *Public Opinion Quarterly 69*(3), 370–392.

[19] Fulton, K. R., Gelles, R., McKay, A., Abdi, Y., Roberts, R., & Mazurek, M. L. (2019). The effect of entertainment media on mental models of computer security. In *Fifteenth Symposium on Usable Privacy and Security (SOUPS 2019)*.

[20] Goldenbeld, C. & De Craen, S. (2013). The comparison of road safety survey answers between web-panel and face-to-face; Dutch results of Sartre-4 Survey. *Journal of Safety Research, 46,* 13–20.

[21] Gray, C. M., Kou, Y., Battles, B., Hoggatt, J., & Toombs, A. L. (2018). The Dark (Patterns) Side of UX Design. In *Proceedings of the 2018 CHI Conference on Human Factors in Computing Systems* (CHI '18). ACM.

[22] Guest, G., Bunce, A., & Johnson, L. (2006). How many interviews are enough? An experiment with data saturation and variability. *Field methods, 18*(1), 59-82.

[23] Hastings, G., Stead, M. and Webb, J. (2004). Fear appeals in social marketing: Strategic and ethical reasons for concern. *Psychology and Marketing, 21,* 961-986.

[24] Hervet, G., Guérard, K., Tremblay, S., & Chtourou, M. S. (2011). Is banner blindness genuine? Eye tracking internet text advertising. *Applied cognitive psychology, 25*(5), 708-716.

[25] Holbrook, A. L., Green, M. C., & Krosnick, J. A. (2003). Telephone versus face-to-face interviewing of national probability samples with long questionnaires: Comparisons of

respondent satisficing and social desirability response bias. *Public opinion quarterly*, *67*(1), 79-125.

[26] Howe, A. E., Ray, I., Roberts, M., Urbanska, M., and Byrne, Z. (2012). The psychology of security for the home computer user. In *IEEE Symposium on Security and Privacy* (pp. 209-223). IEEE.

[27] Hsieh, Y. C., & Chen, K. H. (2011). How different information types affect viewer's attention on internet advertising. *Computers in Human Behavior*, *27*(2), 935-945.

[28] Kang, R., Brown, S., Dabbish, L., & Kiesler, S. (2014). Privacy attitudes of mechanical turk workers and the us public. In *10th Symposium On Usable Privacy and Security (SOUPS 2014)* (pp. 37-49).

[29] Kong, H., Zhu, W., Liu, Z., & Karahalios, K. (2019). Understanding Visual Cues in Visualizations Accompanied by Audio Narrations. In *Proceedings of the 2019 CHI Conference on Human Factors in Computing Systems (CHI '19)*. ACM.

[30] Krippendorff, K. (2004). Reliability in content analysis. *Human communication research*, *30*(3), 411-433.

[31] Krosnick, J. A. (1991). Response strategies for coping with the cognitive demands of attitude measures in surveys. *Applied cognitive psychology*, *5*(3), 213-236.

[32] Krosnick, J. A. (1999). Survey research. *Annual review of psychology*, *50*(1), 537-567.

[33] Lazar, J., Feng, J. H., & Hochheiser, H. (2017). *Research methods in human-computer interaction*. Morgan Kaufmann.

[34] Maxion R. (2011). Making Experiments Dependable. In *Dependable and Historic Computing* (pp. 344-357). Springer-Verlag, Berlin, Heidelberg.

[35] Mazurek, M. L., Arsenault, J. P., Bresee, J., Gupta, N., Ion, I., Johns, C., ... & Shay, R. (2010, April). Access control for home data sharing: Attitudes, needs and practices. In *Proceedings of the SIGCHI Conference on Human Factors in Computing Systems* (pp. 645-654). ACM.

[36] Marques, D., Guerreiro, T., Carriço, L., Beschastnikh, I., & Beznosov, K. (2019, April). Vulnerability & Blame: Making Sense of Unauthorized Access to Smartphones. In *Proceedings of the 2019 CHI Conference on Human Factors in Computing Systems* (p. 589). ACM.

[37] Mazurek, M. L., Komanduri, S., Vidas, T., Bauer, L., Christin, N., Cranor, L. F., ... & Ur, B. (2013, November). Measuring password guessability for an entire university. In *Proceedings of the 2013 ACM SIGSAC conference on Computer & communications security* (pp. 173-186). ACM.

[38] Müller, H., Sedley, A., & Ferrall-Nunge, E. (2014). Survey research in HCI. In *Ways of Knowing in HCI* (pp. 229-266). Springer, New York, NY.

[39] Nielsen, J., & Mack, R. L. (Eds.). (1994). *Usability Inspection Methods* (Vol. 1). New York: Wiley.

[40] Olson, J. S., & Kellogg, W. A. (Eds.). (2014). *Ways of Knowing in HCI* (Vol. 2). New York, NY, USA:: Springer.

[41] Oppenheimer, D. M., Meyvis, T., & Davidenko, N. (2009). Instructional manipulation checks: Detecting satisficing to increase statistical power. *Journal of experimental social psychology, 45*(4), 867-872.

[42] Orne, M. T. (1962). On the social psychology of the psychological experiment: With particular reference to demand characteristics and their implications. *American psychologist, 17*(11), 776.

[43] Paolacci, G., Chandler, J., & Ipeirotis, P. G. (2010). Running experiments on Amazon Mechanical Turk. *Judgment and Decision Making, 5(5),* 411–419.

[44] Peer, E., Brandimarte, L., Samat, S., & Acquisti, A. (2017). Beyond the Turk: Alternative platforms for crowdsourcing behavioral research. *Journal of Experimental Social Psychology, 70*, 153-163.

[45] Plane, A. C., Redmiles, E. M., Mazurek, M. L., & Tschantz, M. C. (2017). Exploring user perceptions of discrimination in online targeted advertising. In *26th USENIX Security Symposium (USENIX Security 17)* (pp. 935-951).

[46] Podsakoff, P.M., MacKenzie, S.B., Lee, J., & Podsakoff, N.P. (2003). Common method biases in behavioral research: a critical review of the literature and recommended remedies. *The Journal of Applied Psychology, 88*(5), 879-903 .

[47] Portnoff, R. S., Lee, L. N., Egelman, S., Mishra, P., Leung, D., & Wagner, D. (2015, April). Somebody's watching me?: Assessing the effectiveness of webcam indicator lights. In *Proceedings of the 33rd Annual ACM Conference on Human Factors in Computing Systems* (pp. 1649-1658). ACM.

[48] Prolific Team. (2018). Using attention checks as a measure of data quality. https://researcher-help.prolific.co/hc/en-gb/articles/360009223553

[49] Rader, E., Cotter, K., & Cho, J. (2018). Explanations as Mechanisms for Supporting Algorithmic Transparency. In *Proceedings of the 2018 CHI Conference on Human Factors in Computing Systems (CHI '18)*. ACM.

[50] Redmiles, E. M., Kross, S., & Mazurek, M. L. (2016a, October). How I learned to be secure: a census-representative survey of security advice sources and behavior. In *Proceedings of the 2016 ACM SIGSAC conference on computer and communications security* (pp. 666-677). ACM.

[51] Redmiles, Elissa M., Sean Kross, & Michelle L. Mazurek. "How well do my results generalize? Comparing security and privacy survey results from mturk, web, and telephone samples." *2019 IEEE Symposium on Security and Privacy (SP 2019)*. 2019.

[52] Redmiles, E. M., Malone, A. R., & Mazurek, M. L. (2016b, May). I think they're trying to tell me something: Advice sources and selection for digital security. In *2016 IEEE Symposium on Security and Privacy (SP)* (pp. 272-288). IEEE.

[53] Redmiles, E. M., Zhu, Z., Kross, S., Kuchhal, D., Dumitras, T., & Mazurek, M. L. (2018, October). Asking for a Friend: Evaluating Response Biases in Security User Studies. In *Proceedings of the 2018 ACM SIGSAC Conference on Computer and Communications Security (CCS)* (pp. 1238-1255). ACM.

[54] Rosnow, R. L., & Davis, D. J. (1977). Demand characteristics and the psychological experiment. *Et cetera: A Review of General Semantics, 34*, 301.

[55] Ross, J., Irani, L., Silberman, M., Zaldivar, A., & Tomlinson, B. (2010). Who are the crowdworkers?: Shifting demographics in Mechanical Turk. In *Extended Abstracts of the ACM Symposium on Human Factors in Computing Systems (CHI EA '10)* (pp. 2863–2872). ACM.

[56] Rubin, J., & Chisnell, D. (2008). How to plan, design, and conduct effective tests. *Handbook of usability testing.* Indianapolis: Wiley.

[57] Ruef, A., Hicks, M., Parker, J., Levin, D., Mazurek, M. L., & Mardziel, P. (2016, October). Build it, break it, fix it: Contesting secure development. In *Proceedings of the 2016 ACM SIGSAC Conference on Computer and Communications Security* (pp. 690-703). ACM.

[58] Schechter, S. E., Dhamija, R., Ozment, A., & Fischer, I. (2007, May). The emperor's new security indicators. In *2007 IEEE Symposium on Security and Privacy (SP'07)* (pp. 51-65). IEEE.

[59] Schnorf, S., Sedley, A., Ortlieb, M., & Woodruff, A. (2014). A comparison of six sample providers regarding online privacy benchmarks.

[60] Seering, J., Fang, T., Damasco, L., Chen, M., Sun, L., & Kaufman, G. (2019). Designing User Interface Elements to Improve the Quality and Civility of Discourse in Online Commenting Behaviors. In *Proceedings of the 2019 CHI Conference on Human Factors in Computing Systems* (CHI '19). ACM.

[61] Smith, S. S., & Richardson, D. (1983). Amelioration of deception and harm in psychological research: the important role of debriefing. *Journal of Personality and Social Psychology, 44*(5), 1075.

[62] Stemler, S. (2001). An overview of content analysis. *Practical assessment, research & evaluation, 7*(17), 137-146.

[63] Sudman, S. & Bradburn, N. M. Asking questions: a practical guide to questionnaire design. 1982. San Francisco, CA: Jossey-Bass.

[64] Tan, J., Sharif, M., Bhagavatula, S., Beckerle, M., Mazurek, M. L., & Bauer, L. (2018, October). Comparing Hypothetical and Realistic Privacy Valuations. In *Proceedings of the 2018 Workshop on Privacy in the Electronic Society* (pp. 168-182). ACM.

[65] Tourangeau, R. & Yan, T. Sensitive questions in surveys. (2007). *Psychological Bulletin, 133*(5), 859.

[66] Vaidya, T., Votipka, D., Mazurek, M. L., & Sherr, M. (2019, April). Does Being Verified Make You More Credible?: Account Verification's Effect on Tweet Credibility. In *Proceedings of the 2019 CHI Conference on Human Factors in Computing Systems* (p. 525). ACM.

[67] Vannette, D. L. (2016.) Testing the Effects of Different Types of Attention Interventions on Data Quality in Web Surveys. Experimental Evidence From a 14 Country Study. In *71st Annual Conference of the American Association for Public Opinion Research.*

[68] Vaziripour, E., Howard, D., Tyler, J., O'Neill, M., Wu, J., Seamons, K., & Zappala, D. (2019). I Don't Even Have to Bother Them!: Using Social Media to Automate the Authentication Ceremony in Secure Messaging. In *Proceedings of the 2019 CHI Conference on Human Factors in Computing Systems (CHI '19)*. ACM.

[69] Votipka, D., Rabin, S., Micinski, K., Foster, J. S., & Mazurek, M. M. (2020, August). An Observational Investigation of Reverse Engineers' Processes. In *2020 USENIX Security Symposium (USENIX Security 20)*. To appear.

[70] Votipka, D., Stevens, R., Redmiles, E., Hu, J., & Mazurek, M. (2018, May). Hackers vs. testers: A comparison of software vulnerability discovery processes. In *2018 IEEE Symposium on Security and Privacy (SP)* (pp. 374-391). IEEE.

[71] Weinshel, B., Wei, M., Mondal, M., Choi, E., Shan, S., Dolin, C., ... & Ur, B. (2019, November). Oh, the Places You've Been! User Reactions to Longitudinal Transparency About Third-Party Web Tracking and Inferencing. In *Proceedings of the 2019 ACM SIGSAC Conference on Computer and Communications Security* (pp. 149-166). ACM.

[72] Wobbrock, J. O. (2012). Seven research contributions in HCI.

I declare under penalty of perjury that the foregoing is true and correct.
Executed in Silver Spring, MD this ____2nd____ day of __December__, 2019.


*Michelle L Mazurek*

Dr. Michelle L. Mazurek

# Attachment 1

# Michelle L. Mazurek CV

5236 Iribe Center, University of Maryland
College Park, MD 20742
301-405-6463

mmazurek@umd.edu
https://umiacs.umd.edu/~mmazurek

## Academic Appointments

| | |
|---|---|
| Assistant Professor, Computer Science and UMIACS | November 2014-present |
| Affiliate Assistant Professor, College of Information Studies | September 2016-present |
| Affiliate Assistant Professor, Electrical and Computer Engineering | September 2017-present |

## Education

Ph.D., Electrical and Computer Engineering, Carnegie Mellon University — 2014
Advised by Lujo Bauer and Gregory R. Ganger
Dissertation: *A Tag-Based, Logical Access-Control Framework for Personal File Sharing*

M.S., Electrical and Computer Engineering, Carnegie Mellon University — 2013

B.S., Electrical Engineering, University of Maryland — 2004

## Publications

### Conferences

An Observational Investigation of Reverse Engineers' Processes. Daniel Votipka, Seth Rabin, Kristopher Micinski, Jeffrey S. Foster, Michelle L. Mazurek. In the 2020 USENIX Security Symposium, August 2020.

Understanding security mistakes developers make: Qualitative analysis from Build It, Break It, Fix It. Daniel Votipka, Kelsey R. Fulton, James Parker, Matthew Hou, Michelle L. Mazurek, and Michael Hicks. In the 2020 USENIX Security Symposium. August 2020.

Oh, the places you've been! User reactions to longitudinal transparency about third-party web tracking and inferencing. Ben Weinshel, Miranda Wei, Mainack Mondal, Eurim Choi, Sixiong Shan, Claire Dolin, Michelle L. Mazurek, and Blase Ur. In CCS 2019: ACM Conference on Computer and Communications Security. November 2019.

Comparing and developing tools to measure the readability of domain-specific texts. Elissa M. Redmiles, Lisa Maszkiewicz, Emily Hwang, Dhruv Kuchhal, Everest Liu, Miraida Morales, Denis Peskov, Sudha Rao, Rock Stevens, Kristina Gligorić, Sean Kross, Michelle L. Mazurek and Hal Daumé III. In EMNLP 2019: Conference on Empirical Methods in Natural Language Processing. November 2019.

PX3 Dr. Michelle Mazurek
Attachment 1, Page 1

A qualitative investigation of insecure code propagation from online forums. Omer Akgul, Wei Bai, and Michelle L. Mazurek. In SecDev 2019: The IEEE Secure Development Conference. September 2019.

The effect of entertainment media on people's mental models of computer security. Kelsey R. Fulton, Rebecca Gelles, Alexandra McKay, Richard Roberts, Yasmin Abdi, and Michelle L. Mazurek. In SOUPS 2019: USENIX Symposium on Usable Privacy and Security. August 2019.

How well do my results generalize? Comparing security and privacy survey results from MTurk, web, and telephone samples. Elissa M. Redmiles, Sean Kross, and Michelle L. Mazurek. In the 2019 IEEE Symposium on Security and Privacy. May 2019.

Auditing offline data brokers via Facebook's advertising platform. Giridhari Venkatadri, Piotr Sapiezynski, Elissa M. Redmiles, Alan Mislove, Oana Goga, Michelle L. Mazurek and Krishna P. Gummadi. In the Web Conference. May 2019.

Does being verified make you more credible? Account verification's effect on tweet credibility. Tavish Vaidya, Daniel Votipka, Michelle L. Mazurek, and Micah Sherr. In CHI 2019: ACM Conference on Human Factors in Computing Systems. May 2019.

Asking for a friend: Evaluating response biases in security user studies. Elissa M. Redmiles, Ziyun Zhu, Sean Kross, Dhruv Kuchhal, Tudor Dumitras, and Michelle L. Mazurek. In CCS 2018: ACM Conference on Computer and Communications Security. October 2018.

The battle for New York: A case study of applied digital threat modeling at the enterprise level. Rock Stevens, Daniel Votipka, Elissa M. Redmiles, Colin Ahern, Patrick Sweeney, and Michelle L. Mazurek. In the 2018 USENIX Security Symposium. August 2018. Distinguished Paper award.

User comfort with Android background resource accesses in different contexts. Daniel Votipka, Kristopher Micinski, Seth M. Rabin, Thomas Gilray, Michelle L. Mazurek, and Jeffrey S. Foster. In SOUPS 2018: USENIX Symposium on Usable Privacy and Security. August 2018.

Cracking ShadowCrypt: Exploring the limitations of secure I/O systems in internet browsers. Michael Freyberger, Warren He, Devdatta Akhawe, Michelle L. Mazurek, and Prateek Mittal. PoPETS 2018 (2). July 2018.

Dancing pigs or externalities? Measuring the rationality of security decisions. Elissa M. Redmiles, Michelle L. Mazurek, and J.P. Dickerson. In EC 2018: ACM Conference on Economics and Computation. June 2018.

Hackers vs. testers: A comparison of software vulnerability discovery processes. Daniel Votipka, Rock Stevens, Elissa M. Redmiles, Jeremy Hu, and  Michelle L. Mazurek. In the 2018 IEEE Symposium on Security and Privacy. May 2018.

Unpacking perceptions of data-driven inferences underlying online targeting and personalization. Claire Dolin, Ben Weinshel, Shawn Shan, Chang Min Hahn, Eurim Choi, Michelle L. Mazurek,

and Blase Ur. In CHI 2018: ACM Conference on Human Factors in Computing Systems. April 2018.

Understanding user tradeoffs for search in encrypted communication. Wei Bai, Ciara Lynton, Michelle L. Mazurek, and Charalampos (Babis) Papamanthou. In the 2018 IEEE European Symposium on Security and Privacy. April 2018.

Developers need support, too: A survey of security advice for software developers. Yasemin Acar, Christian Stransky, Dominik Wermke, Charles Weir, Michelle L. Mazurek, and Sascha Fahl. In SecDev 2017: IEEE Secure Development Conference. September 2017.

Exploring user perceptions of discrimination in online targeted advertising. Angelisa C. Plane, Elissa M. Redmiles, Michelle L. Mazurek, and Michael Tschantz. In the 2017 USENIX Security Symposium. August 2017.

Security developer studies with GitHub users: Exploring a convenience sample. Yasemin Acar, Christian Stransky, Dominik Wermke, Michelle L. Mazurek, and Sascha Fahl. In SOUPS 2017: USENIX Symposium on Usable Privacy and Security. July 2017.

Diversify to Survive: Making Passwords Stronger with Adaptive Policies. Sean Segreti, William Melicher, Saranga Komanduri, Darya Melicher, Richard Shay, Blase Ur, Lujo Bauer, Nicolas Christin, Lorrie Faith Cranor, and Michelle L. Mazurek. In SOUPS 2017: USENIX Symposium on Usable Privacy and Security. July 2017.

Comparing the usability of cryptographic APIs. Yasemin Acar, Michael Backes, Sascha Fahl, Simson Garfinkel, Doowon Kim, Michelle L. Mazurek, and Christian Stransky. In the 2017 IEEE Symposium on Security and Privacy. May 2017.

User interactions and permission use on Android. Kristopher Micinski, Daniel Votipka, Rock Stevens, Nikolaos Kofinas, Michelle L. Mazurek, and Jeffrey S. Foster. In CHI 2017: ACM Conference on Human Factors in Computing Systems. May 2017.

Where is the digital divide? Examining the impact of socioeconomics on self-reported security and privacy experiences. Elissa M. Redmiles, Sean Kross, and Michelle L. Mazurek. In CHI 2017: ACM Conference on Human Factors in Computing Systems. May 2017.

You are not your developer, either: A research agenda for usable security and privacy research beyond end users. Yasemin Acar, Sascha Fahl, and Michelle L. Mazurek. In SecDev 2016: IEEE Secure Development Conference. November 2016.

Build It, Break It, Fix It: Contesting secure development.Andrew Ruef, Michael Hicks, James Parker, Dave Levin, Michelle L. Mazurek, and Piotr Mardziel. In CCS 2016: ACM Conference on Computer and Communications Security. October 2016.

How I learned to be secure: A census-representative survey of security advice sources and behavior. Elissa M. Redmiles, Sean Kross, and Michelle L. Mazurek. In CCS 2016: ACM Conference on Computer and Communications Security. October 2016.

An inconvenient trust: User attitudes toward security and usability tradeoffs for key-directory encryption systems. Wei Bai, Doowon Kim, Moses Namara, Yichen Qian, Patrick Gage Kelley, and Michelle L. Mazurek. In SOUPS 2016: USENIX Symposium on Usable Privacy and Security. June 2016.

You get where you're looking for: The impact of information sources on code security. Yasemin Acar, Michael Backes, Sascha Fahl, Doowon Kim, Michelle L. Mazurek, Christian Stransky. In the 2016 IEEE Symposium on Security and Privacy. May 2016. *NSA Best Scientific Cybersecurity Paper, 2016.*

I think they're trying to tell me something: Advice sources and selection for digital security. Elissa M. Redmiles, Amelia R. Malone, and Michelle L. Mazurek. In the 2016 IEEE Symposium on Security and Privacy. May 2016.

Sharing personal content online: Exploring channel choice and multi-channel behaviors. Manya Sleeper, William Melicher, Hana Habib, Lujo Bauer, Lorrie Faith Cranor, and Michelle L. Mazurek. In CHI 2016: ACM Conference on Human Factors in Computing Systems. May 2016.

Usability and security of text passwords on mobile devices. William Melicher, Darya Kurilova, Sean M. Segreti, Pranshu Kalvani, Richard Shay, Blase Ur, Lujo Bauer, Nicolas Christin, Lorrie Faith Cranor, Michelle L. Mazurek. In CHI 2016: ACM Conference on Human Factors in Computing Systems. May 2016.

Measuring real-world accuracies and biases in modeling password guessability. Blase Ur, Sean M. Segreti, Lujo Bauer, Nicolas Christin, Lorrie Faith Cranor, Saranga Komanduri, Darya Kurilova, Michelle L. Mazurek, William Melicher, and Richard Shay. In the 2015 USENIX Security Symposium. August 2015.

A spoonful of sugar? The impact of guidance and feedback on password-creation behavior. Richard Shay, Lujo Bauer, Nicolas Christin, Lorrie Faith Cranor, Alain Forget, Saranga Komanduri, Michelle L. Mazurek, William Melicher, Sean Segreti, and Blase Ur. In CHI 2015: ACM Conference on Human Factors in Computing Systems. May 2015.

Can long passwords be secure and usable? Richard Shay, Saranga Komanduri, Adam L. Durity, Phillip (Seyoung) Huh, Michelle L. Mazurek, Sean M. Segreti, Blase Ur, Lujo Bauer, Nicolas Christin, and Lorrie Faith Cranor. In CHI 2014: ACM Conference on Human Factors in Computing Systems. May 2014.

Toward strong, usable access control for shared distributed data. Michelle L. Mazurek, Yuan Liang, William Melicher, Manya Sleeper, Lujo Bauer, Gregory R. Ganger, Nitin Gupta, and Michael K. Reiter. In FAST 2014: USENIX Conference on File and Storage Technologies. February 2014.

Measuring password guessability for an entire university. Michelle L. Mazurek, Saranga Komanduri, Timothy Vidas, Lujo Bauer, Nicolas Christin, Lorrie Faith Cranor, Patrick Gage Kelley, Richard Shay, and Blase Ur. In CCS 2013: ACM Conference on Computer and Communications Security. November 2013.

Visualizing request-flow comparison to aid performance diagnosis in distributed systems. Raja R. Sambasivan, Ilari Shafer, Michelle L. Mazurek, and Gregory R. Ganger. In InfoVis 2013: IEEE Information Visualization Conference. October 2013.

How does your password measure up? The effect of strength meters on password creation. Blase Ur, Patrick Gage Kelley, Saranga Komanduri, Joel Lee, Michael Maass, Michelle L. Mazurek, Timothy Passaro, Richard Shay, Timothy Vidas, Lujo Bauer, Nicolas Christin, and Lorrie Faith Cranor. In the 2012 USENIX Security Symposium. August 2012.

Correct horse battery staple: Exploring the usability of system-assigned passphrases. Richard Shay, Patrick Gage Kelley, Saranga Komanduri, Michelle L. Mazurek, Blase Ur, Tim Vidas, Lujo Bauer, Nicolas Christin, and Lorrie Faith Cranor. In SOUPS 2012: Symposium on Usable Privacy and Security. July 2012.

Guess again (and again and again): Measuring password strength by simulating password-cracking algorithms. Patrick Gage Kelley, Saranga Komanduri, Michelle L. Mazurek, Rich Shay, Tim Vidas, Lujo Bauer, Nicolas Christin, Lorrie Faith Cranor, and Julio López. In the 2012 IEEE Symposium on Security and Privacy. May 2012.

Tag, You Can See It! Using tags for access control in photo sharing. Peter F. Klemperer, Yuan Liang, Michelle L. Mazurek, Manya Sleeper, Blase Ur, Lujo Bauer, Lorrie Faith Cranor, Nitin Gupta, and Michael K. Reiter. In CHI 2012: ACM Conference on Human Factors in Computing Systems. May 2012.

ZZFS: A hybrid device and cloud file system for spontaneous users. Michelle L. Mazurek, Eno Thereska, Dinan Gundawardena, Richard Harper, and James Scott. In FAST 2012: USENIX Conference on File and Storage Technologies. February 2012.

Exploring reactive access control. Michelle L. Mazurek, Peter F. Klemperer, Richard Shay, Hassan Takabi, Lujo Bauer, and Lorrie Faith Cranor. In CHI 2011: ACM Conference on Human Factors in Computing Systems. May 2011.

Of passwords and people: Measuring the effect of password-composition policies. Saranga Komanduri, Richard Shay, Patrick Gage Kelley, Michelle L. Mazurek, Lujo Bauer, Nicolas Christin, Lorrie Faith Cranor, and Serge Egelman. In CHI 2011: ACM Conference on Human Factors in Computing Systems. May 2011. *Honorable Mention award.*

Encountering stronger password requirements: User attitudes and behaviors. Richard Shay, Saranga Komanduri, Patrick Gage Kelley, Pedro Giovanni Leon, Michelle L. Mazurek, Lujo Bauer, Nicolas Christin, and Lorrie Faith Cranor. In SOUPS 2010: Symposium on Usable Privacy and Security. July 2010.

Access control for home data sharing: Attitudes, needs and practices. Michelle L. Mazurek, J.P. Arsenault, Joanna Bresee, Nitin Gupta, Iulia Ion, Christina Johns, Daniel Lee, Yuan Liang, Jenny Olsen, Brandon Salmon, Richard Shay, Kami Vaniea, Lujo Bauer, Lorrie Faith Cranor, Gregory R.

Ganger, and Michael K. Reiter. In CHI 2010: ACM Conference on Human Factors in Computing Systems. April 2010.

## Journals

Designing password policies for strength and usability. Richard Shay, Saranga Komanduri, Adam Durity, Phillip (Seyoung) Huh, Michelle L. Mazurek, Sean Segreti, Blase Ur, Lujo Bauer, Nicolas Christin, and Lorrie Faith Cranor. ACM Transactions on Information Security (TISSEC), 2016.

## Workshops and Tutorials

Studying the costs and benefits of Rust, compared to C. Kelsey Fulton, Yasmin Abdi, Christopher Neidhart, Michelle L. Mazurek, and Michael Hicks. In WSIW2019: The SOUPS Workshop on Security Information Workers. August 2019.

Symbolic path tracing to find Android permission-use triggers. Kristopher Micinski, Thomas Gilray, Daniel Votipka, Michelle L. Mazurek, and Jeffrey S. Foster. In BAR 2019: The NDSS Workshop on Binary Analysis Research. February 2019.

Comparing hypothetical and realistic privacy valuations. Joshua Tan, Mahmood Sharif, Sruti Bhagavatula, Matthias Beckerle, Michelle L. Mazurek, and Lujo Bauer. In WPES 2018: The Workshop on Privacy in the Electronic Society. October 2018.

Toward a field study on the impact of hacking competitions on secure development. Daniel Votipka, Hongyi Hu, Bryan Eastes, and Michelle L. Mazurek. In WSIW 2018: The SOUPS Workshop on Security Information Workers. August 2018.

Can you read that? First steps toward measuring the readability of security advice. Elissa M. Redmiles, Miraida Morales, Lisa Maszkiewicz, Rock Stevens, Everest Liu, Dhruv Kuchhal, and Michelle L. Mazurek. In ConPro 2018: IEEE SPW Workshop on Technology and Consumer Protection. May 2018.

Lessons learned from using an online platform to conduct large-scale, online controlled security experiments with software developers. Christian Stransky, Yasemin Acar, Duc Cuong Nguyen, Dominik Wermke, Doowon Kim, Elissa M. Redmiles, Michael Backes, Simson Garfinkel, Michelle L. Mazurek, and Sascha Fahl. In CSET 2017: USENIX Workshop on Cyber Security Experimentation and Test. August 2017.

You want me to do what? A design study of two-factor authentication messages. Elissa M. Redmiles, Everest Liu, and Michelle L. Mazurek. In WAY 2017: Who Are You?! Adventures in Authentication. July 2017.

Half-Day Tutorial: Introduction to password cracking and research on passwords. Blase Ur and Michelle Mazurek. At SOUPS 2016: USENIX Symposium on Usable Privacy and Security. June 2016.

The post anachronism: The temporal dimension of Facebook privacy. Lujo Bauer, Lorrie Faith Cranor, Saranga Komanduri, Michelle L. Mazurek, Michael K. Reiter, Manya Sleeper, and Blase Ur. In WPES 2013: Workshop on Privacy in the Electronic Society. November 2013.

Under control: Requirements for access control for personal data. Michelle L. Mazurek, Lujo Bauer, Gregory R. Ganger, and Michael K. Reiter. In HUPS 2013: Workshop on Home Usable Privacy and Security. July 2013.

The impact of length and mathematical operators on the usability and security of system-assigned one-time PINs. Patrick Gage Kelley, Saranga Komanduri, Michelle L. Mazurek, Richard Shay, Tim Vidas, Lujo Bauer, Nicolas Christin, and Lorrie Faith Cranor. In USEC 2013: Workshop on Usable Security. April 2013.

## Magazines

Applied digital threat modeling: It works! Rock Stevens, Daniel Votipka, Elissa M. Redmiles, Michelle L. Mazurek, and Colin Ahern. In *IEEE Security and Privacy*: 17 (4), 35-42. 2019.

Balancing security and usability in encrypted email. Wei Bai, Doowon Kim, Moses Namara, Yichen Qian, Patrick Gage Kelley, and Michelle L. Mazurek. In *IEEE Internet Computing*: 21 (3), 30-38. 2017.

How internet resources might be helping you develop faster but less securely. Yasemin Acar, Michael Backes, Sascha Fahl, Doowon Kim, Michelle L. Mazurek, and Christian Stransky. In *IEEE Security & Privacy*: 15 (2), 50-60. 2017.

Studying the effectiveness of security images in internet banking. Joel Lee, Michelle L. Mazurek, and Lujo Bauer. *IEEE Internet Computing*: 19(1), 54-62. 2014.

Helping users create better passwords. Blase Ur, Patrick Gage Kelley, Saranga Komanduri, Joel Lee, Michael Maass, Michelle L. Mazurek, Timothy Passaro, Richard Shay, Timothy Vidas, Lujo Bauer, Nicolas Christin, Lorrie Faith Cranor, Serge Egelman, and Julio López. USENIX ;login:, 37(6). December 2012.

# Invited Talks and Conference Presentations

Usable security beyond end users. University of Massachusetts, Amherst. December 2019.

Usable security beyond end users. Clemson University. November 2019.

Interrogating best practices in secure operations and development. Keynote: Serene-RISC annual workshop. October 2019.

Understanding and influencing security and privacy behavior: Studies of tracking transparency and fictional media. Google. August 2019.

Comparing hypothetical and realistic privacy valuations. Presented by Mahmood Sharif, from our WPES 2018 paper. PrivacyCon, U.S. Federal Trade Commission. June 2019.

How the usable-security community conducts developer studies. Invited speaker, Dagstuhl seminar 19231: Empirical Evaluation of Secure Development Processes. June 2019

Usable security beyond end users. Invited speaker, GREPSEC IV. May 2019.

Usable security beyond end users. University of Florida. April 2019.

Interrogating best practices in secure operations and development. MaGIC Summit, University of Maryland. April 2019.

Hacking compliance. Journal of Business and Technology Law Symposium: Cybersecurity and Data Privacy. UMD Carey School of Law. April 2019.

The past may not be dead, but notice and consent should be. Invited speaker, HSDI Minisymposium on Security and Privacy at the Edge, UC San Diego. February 2019.

Understanding mistakes developers make: Qualitative analysis of Build It, Break It, Fix It. Invited Speaker, Real World Crypto 2019. January 2019.

Using personalization to understand and influence security and privacy behavior. Google. January 2019.

Usable security beyond end users. Cornell Tech. November 2018.

Usable security beyond end users. Columbia University. November 2018.

Usable security beyond end users. Distinguished Colloquium Speaker, Computer Science Dept, University of Virginia. October 2018.

Usable security beyond end users. Northeastern University Cybersecurity and Privacy Institute. October 2018.

The battle for New York: A case study of applied digital threat modeling at the enterprise level. DC-Area Anonymity, Privacy, and Security Seminar. June 2018.

I'm supposed to do what with my password? Computer security advice and what to do about it. UMD Science on Tap, May 2018.

Privacy's Blueprint: Panel discussion. Center for Democracy and Technology, May 2018.

You get where you're looking for: The impact of information sources on code security. Invited talk at the Symposium on the Science of Security (HotSOS), April 2018.

User interactions and permission use on Android. Presented by Kristopher Micinski, from our CHI 2017 paper. PrivacyCon, U.S. Federal Trade Commission. February 2018.

Usable security beyond end users. U.S. Federal Trade Commission, July 2017.

How do consumers learn security behaviors? Invited talk at ConPro 2017: Workshop on Technology and Consumer Protection (IEEE SPW), May 2017.

Usable security beyond end users. International Computer Science Institute (ICSI), UC Berkeley, May 2017.

Usable security beyond end users. Dropbox. May 2017.

CRA-W/CDC Distinguished Lecture. Capital Region Celebration of Women in Computing (CAPWIC), February 2017.

Usable security beyond end users. Georgetown University CS Colloquium, November 2016.

You are not your developer, either: A research agenda for usable security beyond end users. IEEE SECDEV, November 2016.

You get where you're looking for: The impact of information sources on code security. Laboratory for Telecommunication Sciences. September 2016.

An inconvenient trust: User attitudes toward security and usability tradeoffs for key-directory encryption systems. Presented by Patrick Gage Kelley, from our SOUPS 2016 paper. Black Hat Briefings USA. July 2016.

You get where you're looking for: The impact of information sources on code security. DC-Area Anonymity, Privacy, and Security Seminar. June 2016.

Mobile security and the human in the loop. Google. May 2016.

The continuing quest for secure and usable passwords. Michelle Mazurek and Lorrie Cranor. U.S. Federal Trade Commission. March 2016.

Don't show me yours, I won't show you mine: Security research with non-public data. Michelle Mazurek and Tudor Dumitras. In HotSec 2015: USENIX Summit on Hot Topics in Security. August 2015.

Measuring password guessability for an entire university.Computer Science department seminar, Virginia Tech NVC. January, 2016.

Measuring password guessability for an entire university. Computer Science department seminar, Bowie State University. February, 2015.

Toward strong, usable access control for shared distributed data. USENIX FAST, February 2014.

Measuring password guessability for an entire university. ACM CCS, November 2013.

ZZFS: A hybrid device and cloud file system for spontaneous users. USENIX FAST, February 2012.

Exploring reactive access control. ACM CHI, May 2011.

Access control for home data sharing: Attitudes, needs, practices. ACM CHI, May 2010.

## Funding

PI: Laboratory for Telecommunications Sciences task: "Making Security and Privacy Decisions More Intelligible." 2019-2020, $298,933.

PI: DARPA: BRANDEIS subtask: "Improving Mental Models of Encrypted Communication." 2019-2020, $114,688.

PI: NSF: "EAGER: Collaborative: Toward Informing Users About Algorithmic Discrimination." 2018-2020, $199,520 ($147,349 at UMD). Co-PI Michael Carl Tschantz.

PI: NSF: "SaTC: CORE: Medium: Collaborative: Understanding Security in the Software Development Lifecycle: A Holistic, Mixed-Methods Approach." 2018-2021, $699,861 total ($450,038 at UMD). Co-PIs Mike Hicks, Xinming Ou, Jay Ligatti, and Daniel Lende.

PI: DARPA: "Rapid Attack Detection Isolation and Characterization System (RADICS)" subtask. 2018-2020, $124,939.

PI: NIST: "Supporting Secure Mobile App Development." 2016-2019, $351,054.

PI: Laboratory for Telecommunications Sciences task: "Making Security and Privacy Decisions More Intelligible." 2017-2019, $229,518.

PI: Google Faculty Research Award: "Contesting Secure Development Effectiveness." 2017, $55,254. Co-PI Mike Hicks.

PI: Google Faculty Research Award: "Visualizing App Permissions in Context." 2015, $56,980. Co-PI Jeff Foster.

PI: UMD ADVANCE Award: "Making the Costs of Data Sharing More Salient." April 2014 - April 2015, $19,689.

PI: NSA Science of Security Lablet task: "Understanding How Users Process Security Advice." 2015-2017, $217,082.

co-PI: Laboratory for Telecommunications Sciences task: "Android App Analysis to Detect and Prevent Malware." 2016-2019, $507,891. PI Jeff Foster.

Subcontract: MPO: "Cyber aptitude and talent assessment for the U.S. Navy." 2015-2016, $21,499.

## Awards and Honors

Distinguished reviewer award, IEEE Symposium on Security and Privacy 2019

IEEE Cybersecurity Award for Practice, 2018
    for *Password security research (body of work).*

Distinguished paper award, USENIX Security 2018

for *The battle for New York: A case study of applied digital threat modeling at the enterprise level.*
NSA Best Scientific Security Paper, 2016
    for *You get where you're looking for: The impact of information sources on code security.*
Parallel Data Lab Entrepreneurship Fellowship, 2013
Facebook Graduate Fellowship, 2012
Finalist, NSF IGERT poster competition, 2011
Honorable Mention paper award, CHI 2011
NSF IGERT Fellowship (Carnegie Mellon Usable Privacy and Security), 2010
Lamme/Westinghouse ECE Graduate Fellowship, Carnegie Mellon University, 2009

## Teaching

**UMD CMSC 414: Computer and Network Security**          Fall 2015-2017, Spring 2019
An introduction to security and privacy in computer systems and networks. Topics include
vulnerabilities and exploits, authentication, encryption, web security, security economics, and
privacy.

**UMD CMSC 634: Empirical Methods**          Fall 2018, Spring 2017
A graduate-level introductory course on empirical research methods for computer scientists.
Experimental, quasi-experimental, and non-experimental design; field measurement; qualitative
and quantitative analysis; statistical analysis.

**UMD CMSC 818D: Human Factors in Security and Privacy**          Spring 2015, 2016, 2018
*Nominated for CS Dept. Outstanding Teaching Award, 2016*
*Identified as a "Most Valuable Professor" by the UMD Women's Lacrosse team, 2018*
Survey of current and classic research in human factors for computer security and privacy.
Introduction to conducting related human-subjects research. Students complete semester-long
group research projects

## Advising and Mentoring
*All UMD CS unless otherwise specified.*

### PhD Students
Wei Bai (ECE), 2015-2019
    now at Google
Elissa Redmiles, 2015-2019
    NSF GRFP, NDSEG, Facebook Fellowship, John Karat Award  in usable privacy and security
    postdoc, Microsoft Research, 2019-2020
    Assistant Professor, Princeton University, starting Fall 2020
Daniel Votipka, 2016-present

PX3 Dr. Michelle Mazurek
Attachment 1, Page 11

UMD outstanding grad student; Google Student Veterans Scholarship
finalist for Facebook and Symantec fellowships
Rock Stevens, 2016-present
Kelsey Fulton, 2018-present
Noel Warford, 2018-present
Omer Akgul, 2019-present
Nathan Reitinger, 2019-present

### MSc Students
Allan Fong, 2015-2016
Angelisa Plane, 2016-2017

### Undergraduates
Yasmin Abdi, Desiree Abrokwa, Camille Barnard, Justin Goodman, Kevin Halliday, Jeremy Hu,
Emily Hwang, Amritha Jayanti, Aravind Koneru, Everest Liu, Andrew Lui (Business/ACES),
Amelia Malone, Lisa Maszkiewicz, Aparna Natarajan, Christopher Neidhart, Moses Namara,
Michael Pearson, Yichen Qian, Erin Quartararo, Seth Rabin, Jason Ramsey, Shelby Silverstein

### Mentoring Outside UMD
Ruba Abu-Salma (PhD, University College London), Yasemin Acar (PhD, Leibniz University
Hannover), Claire Dolin (Undergraduate, University of Chicago), Michael Freyberger
(Undergraduate, Princeton), Casen Hunger (PhD, University of Texas at Austin), Dhruv Kuchhal
(Undergraduate, Maharaja Agrasen Institute of Technology), Arunesh Mathur (PhD, Princeton),
Christian Stransky (PhD, Saarland University), Ben Weinshel (Undergraduate, University of
Chicago)

### Thesis and Capstone Committee Memberships
Yasemin Acar (Leibniz University Hannover), Daniel Apon, Preeti Bhargava, Nikola Blanchard
(Université Paris Diderot), Majeed Kazemitabaar, Meethu Malu, Arunesh Mathur, Matthew
Mauriello, Kris Micinski, Jared Miniman (iSchool), Youngsam Park, James Parker, Andrew Ruef,
Aishwarya Thiruvengadam, Xiao Wang, Ziyun Zhu (ECE)

## Academic Service

### Program and Organizing Committees
USENIX Symposium on Usable Privacy and Security (SOUPS), 2016-2020
    program chair, 2019-2020
    posters co-chair, 2016-2017
IEEE Symposium on Security and Privacy, 2017-2019 and 2015
    distinguished reviewer award, 2019
    posters chair, 2019-2020
    short talks chair, 2017-2018

EuroUSEC Program Committee Co-Chair, 2018
Privacy Enhancing Technologies Symposium (PETS/POPETS), 2019-2020
Network and Distributed System Security Symposium, 2018-2020
    posters co-chair, 2016
Workshop on Technology and Consumer Protection, 2019
ACM Conference on Computer and Communications Security, 2017-2018
USENIX Security Symposium, 2016-2017
New Security Paradigms Workshop (NSPW), 2017
IEEE European Symposium on Security and Privacy, 2016-2017
World Wide Web Conference (WWW), Security and privacy track, 2017-2018
Symposium for Hot Topics on Science of Security (HotSOS), 2017
Workshop on Cyber Security Experimentation and Test, 2015
External reviewer, ACM Conference on Human Factors in Computing Systems (CHI), 2013-2019

### Editorial Boards
ACM Transactions on Security and Privacy (TOPS, previously TISSEC), 2019 - present

### External Reviewer: Journals
Journal of CyberSecurity, 2017
Communications of the ACM, 2015-2016
ACM Transaction on Computer-Human Interaction (TOCHI), 2014-2016, 2019
IEEE Transactions on Cloud Computing (TCC), 2015
ACM Transactions on Information and System Security (TISSEC), 2014
IEEE Transactions on Information Forensics and Security (TIFS), 2014

### Other External Service
NSF proposal panelist, 2017-2018
Mentor for CRA-W Grad Cohort Workshop (intensive mentoring for women grad students in computing), 2017

### University of Maryland Service
Provost's CS Faculty Workgroup for the School of Computer Science, 2019-present
Computer Science Strategic Planning Committee, 2019-present
Faculty adviser, Association for Women in Computing, 2015-present
UMIACS APT committee, 2017-2019
UMIACS steering committee, 2017
Computer Science faculty search committee, 2016-2017, 2019
Computer Science department council, 2016-2017, 2019
Iribe Chair search committee, 2015-2016
Computer Science graduate admissions committee, 2014-2016, 2018
Computer Science undergraduate awards committee, 2015-2016

Computer Science PL/SE/HCI field committee, 2017-present

Computer Science systems field committee, 2014-present

Computer Science education committee, 2014-present

Attachment 2

Prep

- No internet
- Bring:
  - 1. Experimental design
  - 2. Persona print out
  - 3. FTC - Consent form
  - 4. Privacy act notice
  - 5. Participant payment form
- Hide extended URL in browser, else it might look suspicious or give something away
- Quick-end:
  - Change ⇒ ../form/step1/renew-drivers-license-1/Your-State.html.html
  - To ⇒ /checkoutcomplete.html
    - And use the end button at bottom of page

## Introduction

Welcome. Thank you for participating in our market research for an online experience. This session will take 30. We will ask you to complete a task on the computer, and then afterwards, we will interview you about your experience. You can ask questions at any time during the study session and we can take a break whenever necessary.

## Consent

**[hand participant consent form]**

*CONSENT FORM INSTRUCTIONS - need to note that audio recording is required*

## Instructions

In a minute, we're going to ask you to complete some tasks in a web browser / on a website. As a reminder, we will record what you say, as well as everything that happens on the screen, for later analysis. We will remove any identifying information before we analyze the recordings.

We will now start the audio and screen recording.

## Initial Interaction with Site

We were hired to evaluate the usability of the website we are about to show you. While you interact with the website, we would like you to **think aloud**: thinking aloud means saying, out

loud, whatever comes into your head as you use the site and decide what to do next. As an example, if I thought aloud while trying to remember what I had for dinner earlier this week *[do example]*

Now, I'd like you to give it a try: Think aloud while answering the question, how many windows are there in the home where you grew up?

As I mentioned, we were hired to evaluate the usability of the website I'm about to show you. It's important to know that we are testing the website, **not testing you**. Your experiences and thoughts while you use the website will be used to help make the site better.

For today's study, I'd like you to pretend that you are Terry Spencer of North Gulf Beach, Florida. Terry's driver's license is about to expire, and it needs to be renewed soon. Terry used Google to search for "Florida renew driver's license" and clicked on the first link, which led to the following website [pull it up].

Have you ever seen or used this website before? (It has no bearing on your compensation either way.) *[If they have seen it, make a note but do the study anyway.]*

Remembering that you are pretending to be Terry and trying to renew your driver's license. Please interact with this website. We've provided you this reference sheet with Terry's information -- like address and phone number -- in case you need it while using the website. If you do enter any information, please make sure to use Terry's information rather than your own.

If you have any problems or get stuck, please let me know. If at any time you want to stop for any reason, that's fine, let me know that as well. And please remember to think aloud the whole time. Go ahead and start interacting with the site now, please.

*[as needed, remind them to think aloud]*

------------------------------------

*[If they are hesitant, suspect a problem, etc. and ask what to do. If they are waffling about it, give a neutral response:* "Try to do what you would do if you were really trying to renew your driver's license."

*If they are confident that this is wrong / want to stop:* "OK, thanks for letting me know that you decided to stop / google again / etc. Next, I'm going to ask you some questions about this experience.]*

    A.  Why did you decide to stop using this website?
          a.  [If because hard to use/confusing] What was difficult or confusing? Can you give me specific examples?

    b. [If because not real renewal / won't work] What makes you think this site won't help you renew your license? Can you give me specific examples?

*[Go to rest of questions below, skipping ones that are not appropriate.]*

------------------------------

*[If they reach the credit card page and enter their credit card, they will see the interstitial: please talk to your study facilitator who will ask you to answer some questions]*

1. Overall, please tell me a little bit about your experience with the site. What was easy to do?
2. What was hard to do?
3. Was there anything that was confusing or hard to understand?
4. You just entered Terry's credit card information. How much money did you spend?
5. **What did you purchase by spending that money?**
6. At this point, have you renewed Terry's driver's license, or is there anything else you still need to do?
   a. Is this website going to do anything on your behalf?
   b. Who do you think owns or operates this website? [Potential follow-up: is it owned or operated by the government?]
7. Do you trust this website with your credit card information? Why / why not?

---------------------------------------------------------

After purchase complete

*[Have them click through "continue" to actually see the received purchase]*

1. What did you receive? Can you describe it?
2. Is this what you were expecting to receive? Why / why not?
3. Is there anything else you (pretending to be Terry) need to do now to renew your driver's license?
   a. If so, what should you (Terry) do next?

------------------------------------------------------------

Disclaimer discussion

1. Did you notice any warnings or disclaimers on this website?
   a. If yes, what did they say? What were they about?

*For each of the two warnings/disclaimers (#2, #4 below):* Please take a look at the following message *[show to participant]:*

1. Did you notice this message when you were using the site?
2. Websites often contain a lot of text, and it can be difficult to read all of it. Did you read all or part of this message when you were using the site?
3. Please go ahead and read the message carefully now. Can you briefly describe to me what the message is about / what it is saying?
4. Having read this message, do you feel differently about how you used the website?
   a. Does this change any of your ideas about what you were doing or purchasing on the site?
   b. How does this impact your goal (as Terry) of trying to renew your driver's license?
   c. Who do you think owns or operates this website? Has your opinion changed since I asked you earlier?

Conclusion

Thank you for your participation. Is there anything else you would like to share about your experience today?

Thanks again. Now, I want to explain the real purpose of this study.

This is not a typical market research study. I am conducting this study on behalf of the Federal Trade Commission, an agency of the U.S. government that investigates unfair and deceptive conduct by companies. Federal Trade Commission staff is investigating the provider of this website. We weren't able to tell you about the real purpose of the study earlier because it was important to see how you reacted to the website without knowing that it was being investigated.

The information you provided in this study will assist the FTC in potential litigation. The information you provided may be made available to our law enforcement partners or in the course of litigation, as required by a court. Here is more information on how the FTC will use the information you provided in this study.

**[Hand participant printout of the Privacy Act notice]**

Please note that your participation in this study is anonymous. No identifying information about you will be stored or provided to the FTC.

Thank you again for helping us with this important research. If you want to withdraw from the study at this point, I will delete the audio and screen recording and your survey responses. Please state verbally whether you agree with the use of your data in this study by saying "Yes, I agree."

Since this study relates to a nonpublic law-enforcement investigation, we'd like to ask you to please not discuss your experience today -- and most importantly, the identity you used and the website you visited -- with anyone else.

Thank you again for your time and participation. I will now stop the recording.

**[Stop the recording]**

----------------------------------------------------------------------------------------------------

### Disclaimers Text

(1) Verify your information page: **says you only get road guide, no renewal**

Welcome to **license-driver.com**, your comprehensive resource for all you driver license-related services. The services we provide are available for free in the official sites or local offices. You can purchase for $25.98 and download our comprehensive guide and resources, which contains vital information in order to perform any DMV service and also included is the Roadside Assistant Program and other benefits including official forms and helpful checklists. By clicking continue I represent that I am 18+ years of age, I agree to receive email newsletters and offers targeted to my interests, sent by license-driver.com and their Marketing Partners. Please fill out form below to get the process started.

(2) Notice (popup): **notice on penalties and "this is not actually renewal"**

**Driving a motor vehicle without a valid driver's license, car registration or car title may be illegal, as is driving with expired credentials.** Motor vehicle services and applications must be processed by an official DMV location/website. The assistance and services on this site simplify the process by providing personalized guides, documents, and live support for a fee. This site store cookies, by clicking "Accept" you acknowledge the statements above and that this site is privately owned and is not affiliated with nor endorsed by an official agency. **To aid in the task, our detailed website has compiled and lists the most important information surrounding your motor vehicle services, so you can ensure the process is handled in a compliant and timely manner. Driving a motor vehicle without a valid driver's license, car registration or car title may be illegal, as is driving with expired credentials.**

(3) Important Notice (standalone): **reiterates that this is not for renewing a driver's license**

Please click "continue" to proceed and agree to the following:

By using the license-driver.com website (the "Site"), you agree to follow and be bound by these terms and conditions of use (the "Terms and Conditions") and agree to comply with all applicable laws and regulations.

If you have any questions about our terms, please refer to the complete terms of service page or contact admin@license-driver.com. You agree that the Site is privately owned and is neither operated by, nor affiliated with, any government agency. You agree that the Site is not a law firm, nor can the Site provide any kind of legal or

professional advice. The Site provides helpful, time-saving information and downloads as a private value-add to services offered by the Department of Motor Vehicles. You agree that, by entering into this Agreement, you and the Site are each waiving the right to a trial by jury or to participate in a class action.

LICENSE-DRIVER.COM provides an online portal to give visitors a general understanding of the driver license registration process and to provide an automated software solution to individuals who choose to complete the form(s) on our Site using the license-driver.com developed form(s), where applicable. The resources the Site offers includes the Easy Guide™, an organized collection of in-depth content, tips and directories about a plethora of driver-vehicle and DMV based content and downloads specific to your state and needs. Where applicable, the Site includes pre-populated forms, as well as links to DMV manuals, DMV locations, practice tests, study guides.

You agree that by using the Site and the services you are at least 18 years of age and are legally able to enter into a contract and agree and consent to the terms above.

### (4) Order Details: **reiterates that this is not for renewing a driver's license**

Welcome to **license-driver.com**. Discover all you need to know about driver license services on our convenient and comprehensive website. Find out how to apply for a new driver's license, replace a lost or damaged license, as well as how to update your credentials on your driver's license with a new name or address. Also, learn how to reinstate suspended drivers licenses after committing serious offenses. Regardless of your driving license information needs, our website has you covered. The comprehensive Road Guide and detailed checklists have all of the above information and even more, to ensure that you are prepared for any driver license procedure.

We provide helpful, time-saving information and downloads as a private value-add to motor vehicle services. This site includes numerous resources, helpful checklists and important information for a fee of **$25.98** to assist you completing the process today. By clicking 'Continue' and using the license-driver.com website, you agree to follow and be bound by these Terms & Conditions and consent to our Privacy Policy. This site is privately owned and is neither operated by, nor affiliated with, any government agency. Contact phone number: **855-996-0250**.

# Attachment 3

| | |
|---|---|
| Name: | Terry Spencer |
| Gender: | Female |
| Birth Date: | June 26, 1986 |
| Email: | ts055741@gmail.com |
| Phone Number: | (727) 399-3038 |
| Address: | 106 Chestnut Street |
| | North Gulf Beach, Florida |
| | 34642 |

Attachment 4

Initials: _____ Date: _____

## CONSENT TO PARTICIPATE: Market Research Study

| Purpose of the Study | *This research is being conducted by **Michelle Mazurek, Noel Warford, and Nathan Reitinger**. The purpose of this research project is to understand how people interact with this website. You have been selected to participate in this study based on information you provided in the screening survey.* |
|---|---|
| **Procedures** | *The procedure involves using a website and completing an interview. The procedure is expected to last approximately 30 minutes.*<br><br>*During the interview, you will be audio recorded and your screen will be recorded.*<br><br>*During the interview, we will ask you questions about interacting with the website and your experience.*<br><br>*Sample question:*<br>*Did you find this website easy to use?* |
| **Potential Risks and Discomforts** | *There is no risk to this study greater than encountered in daily life. If any question makes you uncomfortable, you may skip it or withdraw from the study at any time.* |
| **Potential Benefits** | *There are no direct benefits from participating in this research. However, we hope that, in the future, other people might benefit from this study.* |
| **Confidentiality** | *Any potential loss of confidentiality will be minimized by storing data on password-protected servers. Any identifying information we collect about you will be used only to arrange your interview and then destroyed and will not be used during data analysis.*<br><br>*If we write a report or article about this research project, your identity will be protected to the maximum extent possible.*<br><br>*Anonymized recordings may be sent to third party transcribers.* |

PX3 Dr. Michelle Mazurek
Attachment 4, Page 1

*Initials:_____ Date:_____*

| | |
|---|---|
| **Compensation** | *You will receive $25 for participating in this study.*<br><br>*You will be responsible for any taxes assessed on this compensation. You may be required to provide your name and address to receive compensation.* |
| **Right to Withdraw and Questions** | *Your participation in this research is completely voluntary.  You may choose not to take part at all.  If you decide to participate in this research, you may stop participating at any time.*<br><br>*If you decide to stop taking part in the study, or if you have questions, concerns, or complaints, please contact the investigator:*<br><br>**Michelle Mazurek**<br>**mmazurek@gmail.com** |
| **Statement of Consent** | *Your signature indicates that you are at least 18 years of age; you have read this consent form or have had it read to you; your questions have been answered to your satisfaction and you voluntarily agree to participate in this research study. You will receive a copy of this consent form for your records.*<br><br>*If you agree to participate, please sign your name below.* |

| **Signature and Date** | **NAME OF PARTICIPANT** [Please Print] | |
| | **SIGNATURE OF PARTICIPANT** | |
| | **DATE** | |

# Attachment 5

**Privacy Act Notice**

Providing information in this study will assist the Federal Trade Commission, an agency of the U.S. government that investigates unfair and deceptive conduct by companies, in potential litigation.  This information is solicited under the authority of the Federal Trade Commission Act, 15 U.S.C. §§41-58.  Furnishing information is purely voluntary, but the information you provide could help the FTC protect consumers.  The information you provide may be made available to our law enforcement partners or in the course of litigation, as required by a court. You can learn more about how the FTC handles the personal information we collect by visiting our website at www.ftc.gov/privacy and our Privacy Act systems at www.ftc.gov/foia/listofpaysystems.shtm.

# Attachment 6

Prep

- **No internet - more important than license-driver because of all the 3rd party links**
- Bring:
  - 1. Experimental design
  - 2. Persona print out
  - 3. FTC - Consent form
  - 4. Privacy act notice
  - 5. Participant payment form
- Hide extended URL in browser, else it might look suspicious or give something away

Background - metric

Here, we are testing how far users get into the website; if the users make it to the end (fell for it) or backs out early (realized it was a scam). This metric is complementary to the use of the credit card on license-driver---we are testing whether the average user is fooled by the deceptive website, fooled enough to provide sensitive, personal information.

Introduction

Welcome. Thank you for participating in our market research for an online experience. This session will take about 30 minutes. We will ask you to complete a task on the computer, and then afterwards, we will interview you about your experience. You can ask questions at any time during the study session and we can take a break whenever necessary.

Consent

**[hand participant consent form]**

*CONSENT FORM INSTRUCTIONS - need to note that audio recording is required*

Instructions

In a minute, we're going to ask you to complete some tasks on a website. As a reminder, we will record what you say, as well as everything that happens on the screen, for later analysis. We will remove any identifying information before we analyze the recordings.

We will now start the audio and screen recording.

Initial Interaction with Site

We were hired to evaluate the usability of the website we are about to show you. While you interact with the website, we would like you to **think aloud**: thinking aloud means saying, out loud, whatever comes into your head as you use the site and decide what to do next. As an example, if I thought aloud while trying to remember what I had for dinner earlier this week

*[do example]*

Now, I'd like you to give it a try: Think aloud while answering the question, how many windows are there in the home where you grew up?

As I mentioned, we were hired to evaluate the usability of the website I'm about to show you. It's important to know that we are testing the website, **not testing you**. Your experiences and thoughts while you use the website will be used to help make the site better.

For today's study, I'd like you to pretend that you are Terry Spencer of North Gulf Beach, Florida. Terry would like to **check her eligibility** to receive Section 8 benefits. Here is some information about Terry, which we'd like you to keep in mind as you to pretend to be Terry during today's study. Please go ahead and read this.

[Hand short bio.]

Terry used Google to search for "Section 8 housing apply" and clicked on the first link, which led to the following website [pull it up].

Have you ever seen or used this website before? (It has no bearing on your compensation either way.) *[If they have seen it, make a note but do the study anyway.]*

Remembering that you are pretending to be Terry and trying to check your eligibility for Section 8 benefits, please interact with this website. If you need to, you can use the reference sheet with Terry's information any time while using the website. If you do enter any information, please make sure to use Terry's information rather than your own. If you have any problems or get stuck, please let me know. If at any time you want to stop for any reason, that's fine, let me know that as well. And please remember to think aloud the whole time. Go ahead and start interacting with the site now, please.

*[as needed, remind them to think aloud]*

----------------------------------

*[If they are hesitant, suspect a problem, etc. and ask what to do. If they are waffling about it, give a neutral response:* "Try to do what you would normally do if you were really trying to check your eligibility to receive Section 8 benefits."

*If they are confident that this is wrong / want to stop:* "OK, thanks for letting me know that you decided to stop / google again / etc. Next, I'm going to ask you some questions about this experience.]*

   A.  Why did you decide to stop using this website?
- a. [If because hard to use/confusing] What was difficult or confusing? Can you give me specific examples?
- b. [If because not real eligibility check  / won't work] What makes you think this site won't help you check Section 8 eligibility? Can you give me specific examples?
- c. [If other, follow up / ask for more details]

*[Go to rest of questions below, skipping ones that are not appropriate.]*

-----------------------------

Before GET MY GUIDE - note for facilitator: don't stop screen recording!

*[If they reach the "get my guide," they will see the interstitial: please talk to your study facilitator who will ask you to answer some questions]*

1. Overall, please tell me a little bit about your experience with the site. What was easy to do?
2. What was hard to do?
3. Was there anything that was confusing or hard to understand?
4. You just entered Terry's **personal** information. What did you accomplish by doing that?
5. At this point, have you successfully checked Terry's eligibility to receive Section 8 benefits, or is there anything else you still need to do?
   - a. Is this website going to do anything on your behalf?
   - b. Do you expect to receive any additional information or services from the website? [If so, what?]
   - c. Who do you think owns or operates this website? [Potential follow-up: is it owned or operated by the government?]
6. Do you trust this website with your **personal** information? Why / why not?

--------------------------------------------------------

After GET MY GUIDE

*[Have them click through "continue" to actually see the received purchase]*

1. What did you receive? Can you describe it?
2. Is this what you were expecting to receive? Why / why not?
3. Is there anything else you (pretending to be Terry) need to do now to check your eligibility to receive Section 8 benefits?
   a. If so, what should you (Terry) do next?

--------------------------------------------------------

Disclaimer discussion

1. Do you expect to receive any email, phone calls, or text messages as a result of using this website?
   a. Who do you expect will contact you? Anyone else? *[continue until no one else]*
   b. Why do you think *[each person/organization/group]* will contact you?
   c. *[If not already mentioned]* Do you expect to be contacted by the government, or by any agency that administers Section 8? …. Why or why not?
2. Did you notice any warnings or disclaimers on this website?
   a. If yes, what did they say? What were they about?

For the disclaimer:  Please take a look at the following message *[show to participant]*:

1. Did you notice this message when you were using the site?
2. Websites often contain a lot of text, and it can be difficult to read all of it. Did you read all or part of this message when you were using the site?
3. Please go ahead and read the message carefully now. Can you briefly describe to me what the message is about / what it is saying?
4. Having read this message, do you feel differently about how you used the website?
   a. Does this change any of your ideas about what you were doing on the site?
   b. Do you expect to receive any email, phone calls, or text messages as a result of using this website?
      i. Who do you expect will contact you? Anyone else? *[continue until no one else]*
      ii. Why do you think *[each person/organization/group]* will contact you?
      iii. *[If not already mentioned]* Do you expect to be contacted by the government, or by any agency that administers Section 8? …. Why or why not?
   c. Who do you think owns or operates this website? Has your opinion changed since I asked you earlier?

Conclusion

Thank you for your participation. Is there anything else you would like to share about your experience today?

Thanks again. Now, I want to explain the real purpose of this study.

This is not a typical market research study. I am conducting this study on behalf of the Federal Trade Commission, an agency of the U.S. government that investigates unfair and deceptive conduct by companies. Federal Trade Commission staff is investigating the provider of this website. We weren't able to tell you about the real purpose of the study earlier because it was important to see how you reacted to the website without knowing that it was being investigated.

The information you provided in this study will assist the FTC in potential litigation. The information you provided may be made available to our law enforcement partners or in the course of litigation, as required by a court. Here is more information on how the FTC will use the information you provided in this study.

**[Hand participant printout of the Privacy Act notice]**

Please note that your participation in this study is anonymous. No identifying information about you will be stored or provided to the FTC.

Thank you again for helping us with this important research. If you want to withdraw from the study at this point, I will delete the audio and screen recording and your survey responses. Please state verbally whether you agree with the use of your data in this study by saying "Yes, I agree."

Since this study relates to a nonpublic law-enforcement investigation, we'd like to ask you to please not discuss your experience today -- and most importantly, the identity you used and the website you visited -- with anyone else.

Thank you again for your time and participation. I will now stop the recording.

**[Stop the recording]**

---------------------------------------------------------------------------------------------------------------

**Disclaimers Text**

(1) contact-number page: **agreeing to allow marketing partners to contact you**

Please check the box to continue. By clicking 'Continue', I am providing express written consent via electronic signature for section-8-housing.org and our <u>Marketing Partners</u> to contact me at the number provided above via telephone or text (including through automated means; e.g. automatic telephone dialing system, text and pre-recorded messaging) about various products, services and related marketing/telemarketing offers. I understand that message and data rates may apply. I am authorizing these parties to contact me even if my telephone number is currently listed on any state, federal, local or corporate Do Not Call lists and registries. I understand that my consent is not a condition of purchase and no purchase is necessary. If you choose not to continue, you will still receive your free guide by email shortly.

# Attachment 7

Terry Spencer is a 42 year old single mother of two living in North Gulf Beach, Florida. Although she used to have a great job selling insurance at Totassurance Insurance, she was let go several months ago due to her office's downsizing. She has not been able to find a replacement job since.

She has been working part-time as a barista at the local Caffeine Pump (earning about $20,000 per year, and might be promoted if she keeps up the good work), but it is not enough to cover her rent payments. Terry also can't move, because one of her daughters needs to be within five minutes of the local hospital due to a severe medical condition. To make matters worse, Terry has a lot of credit card debt. The debt mostly comes from a few recent medical bills ($15,000), since she no longer has employer-paid insurance. The debt has effectively ruined her credit score, dashing her hopes to go to college. Even though Terry was recently admitted, she was told that tuition (even on the single-parent scholarship rate) is $1,000 per class.

Terry's landlord has not been happy with her half-rent payments. He said he's going to kick her out if she doesn't start paying, but said she should look into Section 8 benefits. He said that Section 8 is a government program that helps families with low income pay their rent; families that receive Section 8 benefits can pay a reduced monthly rent payment, based on their income.

Name:              Terry Spencer
Gender:            Female
Birth Date:        January 1, 1977
Email:             ts055741@gmail.com
Phone Number:      (727) 399-3038

Address:           106 Chestnut Street
                   North Gulf Beach, Florida
                   34642

--------------------------------------------------------------------------------------------------------------------

*What Does the Website Ask About*

DEMOGRAPHICS
- first name
- last name
- email
- zip
- street address
- city
- state
- phone number
- date of birth
- gender

QUESTIONS
- are you a homeowner
- current employment status
- received social security for 2+ years
- what best describes your health insurance coverage (no, private, medicare, medicaid, work)
- ailments (asthma, back or joint pain, dermatitis, diabetes, don't know)
- has suffered injuries, lawsuit (hernia mesh, ovarian cancer, lymphoma, personal injury)
- interested in medical alert device save you in case of emergency
- annual household income
- credit card debt do you have
- interested in improving credit score, covering funeral expenses
- are you a veteran
- want a college degree, free tuition
- e-tele quote medicare insurance (if on medicare, we get you max benefits)
- medicare at home genetic testing, check if you are covered
- You should be looking for work, please enter job type
- Interested in getting lowest quotes on medicare supplement insurance
- learn how to successfully apply for housing grants
- turn rent payments into home ownership (search rent-to-own and get approved with bad credit)
- get help paying bills, free grant money

# Attachment 8

# DMV Survey Walkthrough

**Overview**

The following pages provide an abridged version of the survey used in the DMV-related study.

- Because of the complex survey logic and many pages involved, this walkthrough is not exhaustive, but provides an approximation of the survey's look and feel.
- For pages with only questions (no images), I used a print function that resizes questions to match page width. These makes the questions easily readable, although they extend over multiple pages. In the real survey, the participant would scroll down to view all questions on the same page.
- For pages with images, I use screen captures.
  - In many cases, I "zoomed out" to ensure that more of the overall page was visible in a single screen capture. In reality, the print was bigger and participants could scroll down to view all content.
  - In other cases, I use a screen capture with only part of the page visible. If the simulated website continues, the participant could scroll down to continue reading it. If questions/selection options continue, they look similarly down the rest of the page.

**Contents**

A. Welcome page and consent form (questions only, shown as two pages here but was on one page in the real survey).
B. Study information, role-playing persona, attention checks, etc. (Questions only, shown as 2 pages here, was a single page in the real survey).
C. The index page of the DMV.com site. In this walkthrough I choose to click something on the site. This causes the available options to click to appear. In this walkthrough, I then click the "driver's license" option. This causes another question detailing each of the blue-link options to appear below. In this walkthrough, I selected "Renew your License," then clicked Next.
D. The next page is titled "How to renew Your Drivers License in the U.S." In this walkthrough, I choose to click something on the site, then opt for the "Renew drivers license" button, then click Next.
E. The following page shows the "Illegal" disclaimer discussed in the main body of the report. In this walkthrough, I choose to click something on the site and click "Accept," then click Next.
F. The next page asks the user to verify information. I choose to enter Terry's information, then to click continue.
G. The next page asks the user for personal information. I choose to enter Terry's information, then to click continue.
H. The next page displays a notice. I choose to click something on the site, choose continue, then push Next.
I. The next page asks the user for billing information. I choose to enter Terry's information, then to click submit.

J.  Main post-study questions, shown after submitting billing information but before the confirmation screen ("Obtain your road guide"). Questions only, shown here as 4 pages (shown on one page in the real survey).

K.  The confirmation page is then shown, with questions below it. Shown on two pages here; was shown on one page in the real study. In the real study, the image of the confirmation page was screen-width; I include a screen capture here as well to provide an idea of what that looked like.

L.  Questions shown after the confirmation page.

M.  Next the participant is asked to review the "Illegal" disclaimer. In the real survey, the disclaimer would be screen-width and all questions would be on the same page, rather than on two pages as here.

N.  Next the participant is asked to review the "Helpful downloads" disclaimer. In the real survey, the disclaimer would be screen-width and all questions would be on the same page, rather than three pages as here.

O.  Demographics questions. Shown here as two pages (shown on one page in the real survey).

P.  Debrief and privacy act notice. Shown here as two pages (shown on one page in the real study).

**A**  

Welcome. Thank you for participating in our market research for an online experience. This survey should take less than twenty minutes. We will ask you to browse a simulated website, and then afterwards, we will interview you about your experience.

**Desktop Use**:
This survey may only be taken on a desktop computer, please do not use a mobile device to participate in this survey.

**Purpose of the Study:** This research is being conducted by Michelle Mazurek, Noel Warford, and Nathan Reitinger. The purpose of this research project is to understand how people interact with this website. You have been selected to participate in this study based on information you provided in the screening survey.

**Procedures:** The procedure involves using a website and completing a survey. The survey is expected to last less than 20 minutes. During the survey, we will ask you questions about interacting with the website and your experience.

**Sample question**:
Did you find this website easy to use?

**Potential Risks and Discomforts:** There is no risk to this study greater than that encountered in daily life. If any question makes you uncomfortable, you may withdraw from the study at any time.

**Potential Benefits:** There are no direct benefits from participating in this research besides the compensation you may receive for participation. However, we hope that, in the future, other people might benefit from this study.

**Confidentiality:** Any potential loss of confidentiality will be minimized by storing data on password-protected servers. If we write a report or article about this research project, your identity will

be protected to the maximum extent possible.

**Right to Withdraw:** Your participation in this research is completely voluntary. You may choose not to take part at all. If you decide to participate in this research, you may stop participating at any time.

**Statement of Consent:** To participate in this study, you must be at least 18 years of age; you must have read this consent form or have had it read to you; your questions must have been answered to your satisfaction and you must voluntarily agree to participate in this research study. If you agree to participate, please check the boxes below.

Please check all that apply. *

☐ I am over 18

☐ I have read this consent form

☐ I voluntarily agree to participate in this research

# B

We were hired to evaluate the usability of the website we are about to show you. This means how easy or hard it is to accomplish a given task. It's important to know that we are testing the website, not testing you. Your experiences and thoughts while you use the website will be used to help make the site better.

For today's study, we'd like you to pretend that you are **Terry Spencer** of North Gulf Beach, Florida.

Terry's driver's license is about to expire, and it needs to be renewed soon. **Terry would like to renew her driver's license online.** Terry entered DMV.com into her web browser, which led to the website you are about to see.

*After selecting "Next", please proceed to interact with the simulated website. To click on a button on the screen, select the button image in the question provided. If you'd like to do something else, select that option.*

Your participation is very important to this research. If you agree to read the instructions and questions carefully before answering, please type "I agree" below. *

[                    ]

According to the instructions you just read, when you interact with the site, who should you pretend to be? *

○ Terry Spencer

○ Pat Smith

○ Mary Peters

○ Andrew Johnson

**Time Left on this Section:  0:00:14**

According to the instructions you just read, what is your goal when interacting with the site? *

○ Pay a traffic fine

○ Renew a driver's license

○ Obtain my vehicle's title

○ Replace a license that was stolen

**Time Left on this Section:  0:00:14**

Please look at the following website screenshot, then scroll down to select what you would like to click on or type. Remember, Terry wants to renew her driver's license.

**NOTE:** The website image itself is *not* clickable. Please scroll down to let us know what you'd like to click on.

What would you like to do? Please keep in mind that your goal, as Terry, is to renew your driver's license. *

○ I want to click something on the site

○ I want to leave the site

○ I want to do something else - Write In (Required)

Next





## The DMV Made Easier.

### Online DMV services

**Drivers License**

Renew your License   Replace your License   Change Name

**Auto Insurance**

Compare Car Insurance Quotes   Finance New or Used Cars

**Practice Tests**

Take a Practice Test   Drivers Education   Learners Permit

**Drivers Education**

Enroll in Drivers Ed   Purchase a Study Guide   Learners Permit

**Traffic Tickets**

Traffic Attorney   Remove License Points   Order your Driving Record

**New/Used Cars**

Purchase a New Car   Car Title Transfer   Apply for New Car   Registration

**Driving Records**

Driving Records   Online Traffic School   Reinstate Suspended License

**Traffic School**

Remove Points from your License   Driving Records   Traffic Attorney

**Vehicle Registration**

Renew Car Registration   Traffic Ticket Info   Replace Car Registration

**Bill Of Sale**

Purchase a Bill of Sale   Car Title Transfer   Auto Insurance Quotes

**DUI / DWI**

Remove License Points   Traffic Attorney   Reinstate Suspended License

**DMV Locations**

Find a Location   Car Insurance Quotes   Drivers License Info

C

Please look at the following website screenshot, then scroll down to select what you would like to click on or type. Remember, Terry wants to renew her driver's license.

**NOTE:** The website image itself is *not* clickable. Please scroll down to let us know what you'd like to click on.

What would you like to do? Please keep in mind that your goal, as Terry, is to renew your driver's license. *

⦿ I want to click something on the site

◯ I want to leave the site

◯ I want to do something else - Write in (Required)

What would you like to click on? If the thing you'd like to click on is not listed here, please click "I want to click something else". *



**Drivers License**

A drivers license issued by the DMV is required to drive legally. Learn the steps required to get a DMV drivers license quickly and easily

Renew your License   Replace your License   Change Name

Licenses ▾

☐ Select State

# I want to click something else

Which option would you like to choose? *



What would you like to do? Please keep in mind that your goal, as Terry, is to renew your driver's license. *

◉ I want to click something on the site

○ I want to leave the site

○ I want to do something else - Write In (Required) _____

What would you like to click on? If the thing you'd like to click on is not listed here, please click "I want to click something else". *



**Drivers License**

A drivers license issued by the DMV is required to drive legally. Learn the steps required to get a DMV drivers license quickly and easily.

Renew your License   Replace your License   Change Name

Licenses ▾

[ ] Select State

**I want to click something else**

Which option would you like to choose? *

○ Renew your License

○ Replace your License

○ Change Name

---

**Online DMV services**

**Drivers License**

**Auto Insurance**

Renew your License   Replace your License   Change Name

**Practice Tests**

**Drivers Education**

**Traffic Tickets**

**New/Used Cars**

**Driving Records**

**Traffic School**

**Vehicle Registration**

**Bill Of Sale**

**DUI / DWI**

**DMV Locations**



Get Started Now

**Looking for Something Specific?**

Find it here on DMV.com



Please look at the following website screenshot, then scroll down to select what you would like to click on or type.

**NOTE:** The website image itself is *not* clickable. Please scroll down to let us know what you'd like to click on.

What would you like to do next?

○ I want to click something on the site

○ I want to leave the site

○ I want to do something else - Write In (Required)

Next



E

Please look at the following website screenshot, then scroll down to select what you would like to click on or type.

**NOTE:** The website image itself is *not* clickable. Please scroll down to let us know what you'd like to click on.

What would you like to do next?

○ I want to click something on the site

○ I want to leave the site

○ I want to do something else - Write In (Required)

What would you like to click on? If the thing you'd like to click on is not listed here, please click "I want to do something else" in the previous question. *

ACCEPT

I want to click something else

Next



NOTICE

Driving a motor vehicle without a valid driver's license, car registration or car title may be illegal, as is driving with expired credentials...

ACCEPT

Please look at the following website screenshot, then scroll down to select what you would like to click on or type.

NOTE: The website image itself is not clickable. Please scroll down to let us know what you'd like to click on.

What would you like to do next? *

○ I want to click something on the site

◉ I want to enter Terry's information

○ I want to leave the site

○ I want to do something else - Write In (Required)

Next

F

LICENSE DRIVER    HOME   LOCATIONS   ROAD GUIDE   OFFICIAL FORMS   STATE INFO   ABOUT US

OBTAIN YOUR ROAD GUIDE

Welcome to license-driver.com, your comprehensive resource for all you driver license-related services. The services we provide are available for free in the official state or local offices. You can purchase for $25.98 and download our comprehensive guide and resources, which contains vital information in order to perform any DMV service and are included is the Roadside Assistant Program and other benefits including official forms and helpful checklists. By clicking continue I represent that I am 18+ years of age. I agree to recieve email newsletters and offers targeted to my interests, sent by license-driver.com and their Marketing Partners. Please fill out form below to get the process started.

Renew Drivers License in Your State

Keeping your drivers license up to date is crucial in order to drive legally on state roads. Expired driving licenses must be renewed. Lost or stolen licenses must be replaced. Inaccurate licenses must be updated with current and accurate information.

To maintain your drivers license and your driving privileges, select one of the services above for simple and comprehensive information about driver's licensure in your state of residence. Find out how to obtain a learners permit or a full driver's license, and how to best maintain your driving privileges, by downloading our guide.

VERIFY YOUR INFORMATION

First Name *          Last Name *

Email Address *

Zip *

CONTINUE >>

license-driver.com is a privately owned website and it is not affiliated with any government agencies. The services we provide are available for free in the official sites or local offices. You can purchase for $25.98 and download our guide and resources, which contains vital information in order to perform any DMV service and recieve a free $25 gas rebate, the Roadside Assistant Program & other benefits including official forms and checklists. By clicking continue I represent that I am 18+ years of age. I agree to recieve email newsletters and offers targeted to my interests, sent by license-driver.com and their Marketing Partners. By continuing to use our site, you accept our Terms and Conditions and Privacy Policy.

Next

Please look at the following website screenshot, then scroll down to select what you would like to click on or type.

NOTE: The website image itself is *not* clickable. Please scroll down to let us know what you'd like to click on.

What would you like to do next? *

- ◉ I want to click something on the site
- ○ I want to delete Terry's information
- ○ I want to leave the site
- ○ I want to do something else - Write In (Required)

What would you like to click on? If the thing you'd like to click on is not listed here, please click "I want to click something else". *

❯

CONTINUE >>

I want to click something else

---

LICENSE DRIVER

HOME    LOCATIONS    ROAD WORK *    OFFICIAL FORMS    STATE INFO    ABOUT US

OBTAIN YOUR ROAD GUIDE

Welcome to license-driver.com, your comprehensive resource for all you driver license-related services. The services we provide are available for free in the official sites or local offices. You can purchase for $25.98 and download our comprehensive guide and resources, which contains vital information in order to perform any DMV service and also included is the Roadside Assistant Program and other benefits including official forms and helpful checklists. By clicking continue I represent that I am 18+ years of age. I agree to receive email newsletters and offers targeted to my interests, sent by license-driver.com and their Marketing Partners. Please fill out form below to get the process started.

⟳ Renew Drivers License in Your State

Keeping your drivers license up to date is crucial in order to drive legally on state roads. Expired driving licenses must be renewed. Lost or stolen licenses must be replaced. Inaccurate licenses must be updated with current and accurate information.

To maintain your drivers license and your driving privileges, select one of the services above for simple and comprehensive information about driver's license in your state of residence. Find out how to obtain a learners permit or a full driver's license, and how to best maintain your driving privileges by downloading your guide

❶ VERIFY YOUR INFORMATION

First Name *      Last Name *
Terry             Spencer

Email Address *
1605z741@gmail.com

Zip *
34647

CONTINUE >>

🔒 VERIFIED & SECURED

How to get a new driver's license / learner's permit

Driver's license renewal process

How to replace a lost or stolen driver license

How to update your driver's license

How car registration and car title process

How to reinstate your driver's license

license-driver.com is a privately owned website and it is not affiliated with any government agencies. The services we provide are available for free in the official sites or local offices. You can purchase for $25.98 and download our guide and resources, which contains vital information in order to perform any DMV service and receive a free $25 gas rebate, the Roadside Assistant Program & other benefits including official forms and checklists. By clicking continue I represent that I am 18+ years of age. I agree to receive email newsletters and offers targeted to my interests, sent by license-driver.com and their Marketing Partners. By continuing to use our site, you accept our Terms and Conditions and Privacy Policy.

**Next**

Please look at the following website screenshot, then scroll down to select what you would like to click on or type.

NOTE: The website image itself is *not clickable*. Please scroll down to let us know what you'd like to click on.

What would you like to do next? *

- ○ I want to click something on the site
- ⦿ I want to fill in Terry's information
- ○ I want to leave the site
- ○ I want to do something else - Write In (Required)



G

License-Driver.Com is in no way affiliated with any State and is not a governmental agency or officer.

LICENSE DRIVER   HOME   LOCATIONS   HOW-TO GUIDES™   OFFICIAL FORMS   STATE INFO   ABOUT US

**OBTAIN YOUR ROAD GUIDE**
Welcome to license-driver.com, your comprehensive resource for all you driver license-related services. The services we provide are available for free in the official sites or local offices. You can purchase for $25.98 and download our comprehensive guide and resources, which contains vital information in order to perform any DMV service and also included in the Roadside Assistant Program and other benefits including official forms and helpful checkasts. By clicking continue I represent that I am 18+ years of age. I agree to receive email newsletters and offers targeted to my interests, sent by license-driver.com and their Marketing Partners. Please fill out form below to get the process started.

**SELECT A SERVICE**

PERSONAL INFORMATION

| First Name * | Last Name * | Billing Address * | Apt # / Suite |
| Terry | Spencer | | |

Birth Date*
Month ⬍ Day ⬍ Year ⬍   City*   State* ⬍

Email Address *   Zip*
ts65574t@gmail.com   34842

Phone Number*   Gender*
                          Select ⬍

**CONTINUE >>**

VISA

How to get a new driver's license or learner's permit

Driver's license renewal process

How to replace a lost or stolen driver license

How to update your driver's license

How to register and car title process

How to reinstall your driver's license

license-driver.com is a privately owned website and is not affiliated with any government agencies. The services we provide are available for free in the official sites or local offices. You can purchase for $25.98 and download our guide and resources, which contains vital information in order to perform any DMV service and receive a free $25 gas rebate, the Roadside Assistant Program & other benefits including official forms and checklists. By clicking continue I represent that I am 18+ years of age. I agree to receive email newsletters and offers targeted to my interests, sent by license-driver.com and their Marketing Partners. By continuing to use our site, you accept our Terms and Conditions and Privacy Policy.

TERMS AND CONDITIONS   PRIVACY STATEMENT   CONTACT US   MONEY BACK GUARANTEE   INTERNATIONAL CUSTOMERS
SITEMAP

Copyright © License Driver 2019 All Rights Reserved.

PX3 Dr. Michelle Mazurek
Attachment 8, Page 15

Next

Please look at the following website screenshot, then scroll down to select what you would like to click on or type.

**NOTE:** The website image itself is not clickable. Please scroll down to let us know what you'd like to click on.

What would you like to do next? *

- ⦿ I want to click something on the site
- ○ I want to delete Terry's information
- ○ I want to leave the site
- ○ I want to do something else - Write In (Required)

What would you like to click on? If the thing you'd like to click on is not listed here, please click "I want to click something else". *

> 

CONTINUE >>

# I want to click something else



Please look at the following website screenshot, then scroll down to select what you would like to click on or type.

**NOTE:** The website image itself is *not clickable*. Please scroll down to let us know what you'd like to click on.

**What would you like to do next? \***

- ⦿ I want to click something on the site
- ○ I want to scroll the text in the center downwards
- ○ I want to leave the site
- ○ I want to do something else - Write In (Required)

What would you like to click on? If the thing you'd like to click on is not listed here, please click "I want to click something else". \*



CONTINUE

## I want to click something else

Next

LICENSE DRIVER

IMPORTANT NOTICE (UPDATED 01/18/17)

Please look at the following website screenshot, then scroll down to select what you would like to click on or type.

**NOTE:** The website image itself *is not clickable*. Please scroll down to let us know what you'd like to click on.

What would you like to do next? *

○ I want to click something on the site

◉ I want to fill in Terry's information

○ I want to leave the site

○ I want to do something else - Write In (Required)

**Next**

● LICENSE DRIVER

◉ VERIFIED & SECURED

## Order Details

### Billing Information

For immediate processing of our products, we recommend debit card usage.

| | |
|---|---|
| First Name: | Terry |
| Last Name: | Spencer |
| Email: | tab55741@gmail.com |
| Primary Phone: | 727-309-3038 |
| Address: | 106 Chestnut Street<br>North Gulf Beach, FL<br>34642 |

Credit Card Number

Terry

Expiration Date:

MM  :  YYYY  :

CVV Security Code:

Billing Zip Code:

34642

Support Mothers Against Drunk Driving

Help make roads safer. Select a donation amount below.

$1   $3   $5 ◉ No, thanks

**Submit**

TERMS AND CONDITIONS   PRIVACY STATEMENT   CONTACT US   MONEY BACK GUARANTEE   INTERNATIONAL CUSTOMERS
SITEMAP

Copyright © License Driver 2019 A. Rights Reserved

Please look at the following website screenshot, then scroll down to select what you would like to click on or type.

**NOTE:** The website image itself is *not* clickable. Please scroll down to let us know what you'd like to click on.

**What would you like to do next? \***

- ◉ I want to click something on the site
- ○ I want to delete Terry's information
- ○ I want to leave the site
- ○ I want to do something else - Write In (Required)

What would you like to click on? If the thing you'd like to click on is not listed here, please click "I want to click something else". \*

[ ∨ ]

Submit

**Support Mothers Against Drunk Driving** ⊘

Help make roads safer. Select a donation amount below.

$1   $3   $5 ◉ No, thanks

# I want to click something else

---

Next

◐ LICENSE DRIVER                    🔒 VERIFIED & SECURED

**Order Details**

First Name:        Terry

Last Name:         Spencer

Email:             tdd00241@gmail.com

Primary Phone:     727-399-3038

Address:           106 Chestnut Street
                   North Gulf Beach, FL
                   34542

**Billing Information**

For expedited processing of our products we recommend debit card usage

First Name:        Terry

Last Name:         Spencer

Credit Card Number
████ ██ ██
4847184402191941

CW Security Code:
687

Expiration Date:
00  $  2026  $

Billing Zip Code:
34542

Support Mothers Against Drunk Driving ⊘
Help make roads safer. Select a donation amount below.

$1   $3   $5 ◉ No, thanks

Submit

VISA  ●●

TERMS AND CONDITIONS   PRIVACY STATEMENT   CONTACT US   MONEY BACK GUARANTEE   INTERNATIONAL CUSTOMERS
SITEMAP
Copyright © License Driver 2019 All Rights Reserved

**J**

Overall, please tell us a little bit about your experience with the site. What was easy to do?
*

What was hard to do?
*

Was there anything that was confusing or hard to understand? Please describe it.
*

You just entered Terry's credit card information. How much money did you spend?
*

$

What did you (as Terry) purchase by spending that money?
*

[ ]

At this point, have you renewed Terry's driver's license, or is there anything else you still need to do?
*

○ I have renewed Terry's driver's license

◉ There are still things I need to do

What do you still need to do to renew Terry's license? *

[ ]

Is this website going to do anything on Terry's behalf?
*

○ Yes

○ No

○ Not sure

Please explain your answer to "Is this website going to do anything on Terry's behalf?" *

[ ]

Who do you think owns or operates this website? *

Would you trust this website with your credit card information? *

○ Yes

○ No

○ Not sure

Please explain your answer to "Would you trust this website with your credit card information?" *

Do you expect Terry to receive any email as a result of using this website? *

○ Yes

○ No

◉ Not sure

Who do you think will send Terry email? *

What will the email they send be about? *

**K** [redacted]

This is the confirmation page for your purchase. Please look through it now, then answer the questions at the bottom of this page.

Please describe what you (as Terry) have received from this website. *

Is this what you were expecting to receive? *

- ◯ Yes
- ◯ No
- ◉ Not sure

Please explain your answer to "Is this what you were expecting to receive?" *

**Next**

This is the confirmation page for your purchase. Please look through it now, then answer the questions at the bottom of this page.

License-Guides.Com is in no way or fashion affiliated with any federal or local governmental agency or offices.

**LICENSE GUIDES**

HOME | LOCATIONS | ROAD GUIDE™ | OFFICIAL FORMS | STATE INFO | ABOUT US

## OBTAIN YOUR ROAD GUIDE

Your **Road Guide** can be download now below and we have also sent it to the email you provided along with other great benefits such as the $25 gas coupon. *Please Note: this email may be delivered to your Spam folder depending on your email service provider.*

We have also provided other great resources for you below such as the DMV office locator, driver tips, and a handy audiobook.

DOWNLOAD

Your Road Guide is ready for download

**DOWNLOAD NOW**

Use Code DMV20 to get 20% off at AdvanceAutoParts.com

*Advance Auto Parts*

**REDEEM NOW**

Redeem your FREE 60 day trial of Roadside Assistance now!

**REDEEM NOW**

Driver tips and resources handbook

**DOWNLOAD NOW**

Find the DMV Office nearest you

**CLICK HERE TO SEARCH**

TERMS AND CONDITIONS | PRIVACY STATEMENT | CONTACT US | MONEY BACK GUARANTEE | INTERNATIONAL CUSTOMERS | SITEMAP

Copyright © License Driver 2019 All Rights Reserved.

L

Is there anything else Terry needs to do to renew her driver's license? *

○ Yes

○ No

◉ Not sure

What does Terry still need to do to renew her driver's license? *

**M** 

The website you are evaluating included the following message, which is surrounded for your reference by a red box.



Did you notice this message when using the site? *

○ Yes, I noticed it

○ No, I did not notice it

○ I'm not sure if I noticed it or not

○ I did not reach this page while using the site

Websites often contain a lot of text, and it can be difficult to read all of it. Did you read all or part of this message when you were using the site? *

○ I read all of it

○ I read some of it

○ I did not read it

Please go ahead and read the message carefully now, then briefly describe what the message says.
*

Does this message change any of your ideas about what you (as Terry) were doing or purchasing on the site? Please explain. *

How does this impact Terry's goal of trying to renew her driver's license?
*

After reading this message, who do you think owns or operates this website ? *





The website you are evaluating included the following message, which is surrounded for your reference by a red box.



This is a zoomed-in version of the same text.

Welcome to **license-driver.com**. Discover all you need to know about driver license services on our convenient and comprehensive website. Find out how to apply for a new driver's license, replace a lost or damaged license with a new name or address. Also, learn how to reinstate suspended drivers licenses after committing serious offenses. Regardless of your driving license information needs, our website has you covered. The comprehensive Road Guide and detailed checklists have all of the above information and even more, to ensure that you are prepared for any driver license procedure.

We provide helpful, time-saving information and downloads as a private value-add to motor vehicle services. This includes numerous resources, helpful checklists and important information for a fee of **$25.98** to assist you completing the process today. By clicking 'Continue' and using the license-driver.com website, you agree to follow and be bound by these Terms & Conditions and consent to our Privacy Policy. This site is privately owned and is neither operated by, nor affiliated with, any government agency. Contact phone number: **855-996-0250.**

Did you notice this message when using the site? *

◯ Yes, i noticed it

◯ No, I did not notice it

◯ I'm not sure if I noticed it or not

◯ I did not reach this page while using the site

Websites often contain a lot of text, and it can be difficult to read all of it. Did you read all or part of this message when you were using the site? *

◯ I read all of it

◯ I read some of it

◯ I did not read it

Please go ahead and read the message carefully now, then briefly describe what the message says. *

Does this message change any of your ideas about what you (as Terry) were doing or purchasing on the site? Please explain. *

How does this impact Terry's goal of trying to renew her driver's license? *

After reading this message, who do you think owns or operates this website? *

**O**

Do you have a driver's license? *

○ Yes

○ No

Have you purchased anything online in the past six
months? Examples might include purchasing or renewing an online
video subscription like Netflix or buying something from an online
retailer like Amazon. *

○ Yes

○ No

○ Not sure

Please specify the gender with which you most closely identify. *

○ Male

○ Female

○ Other

○ Prefer not to answer

Please specify your year of birth. *

Characters used: **0**  out of 4.

Please specify your ethnicity - check all that apply. *

☐ White

☐ Hispanic or Latinx

☐ Black or African American

☐ American Indian or Alaska Native

☐ Asian, Native Hawaiian, or Pacific Islander

☐ Other

☐ Prefer not to answer

Please specify the highest degree or level of school you have completed. *

○ Some high school credit, no diploma or equivalent

○ High school graduate, diploma, or the equivalent (for example: GED)

○ Some college credit, no degree

○ Trade/technical/vocational training

○ Associate's degree

○ Bachelor's degree

○ Master's degree

○ Professional or doctoral degree (JD, MD, PhD)

○ Prefer not to answer

**P** 

Thank you for participating in our study. We would like to now explain the real purpose of the study.

This is not a typical market research study. We are conducting this study on behalf of the Federal Trade Commission, an agency of the U.S. government that investigates potential violations of consumer protection law. We weren't able to tell you about the real purpose of the study earlier because it was important to see how you reacted to the website without this information.

The information you provided in this study will assist the FTC in potential litigation or law enforcement investigations. The information you provided may be made available to our law enforcement partners or in the course of litigation, as authorized or required by a court. Here is more information on how the FTC will use the information you provided in this study.

**Privacy Act Notice**

**Providing information in this study will assist the Federal Trade Commission, an agency of the U.S. government that investigates unfair and deceptive conduct by companies, in potential litigation.  This information is solicited under the authority of the Federal Trade Commission Act, 15 U.S.C. §§41-58. Furnishing information is purely voluntary, but the information you provide could help the FTC protect consumers.  The information you provide may be made available to our law enforcement partners or in the course of litigation, as required by a court. You can learn more about how the FTC handles the personal information we collect by visiting our website at www.ftc.gov/privacy and our Privacy Act systems at www.ftc.gov/foia/listofpaysystems.shtm.**

Please note that your participation in this study is anonymous. No identifying information about you will be stored or provided to the FTC. Since this study relates to a nonpublic law-enforcement

investigation, we'd like to ask you to please not discuss your experience today -- and most importantly, the identity you used and the website you tested -- with anyone else.

Thank you again for helping us with this important research. If you want to withdraw from the study at this point, we will delete your survey responses. Please type "I would like my data removed from this study" if you would like to withdraw.

Attachment 9

# Section 8 Survey Walkthrough

**Overview**

The following pages provide an abridged version of the survey used in the Section-8-related study.

- Because of the complex survey logic and many pages involved, this walkthrough is not exhaustive, but provides an approximation of the survey's look and feel.
- For pages with only questions (no images), I used a print function that resizes questions to match page width. These makes the questions easily readable, although they extend over multiple pages. In the real survey, the participant would scroll down to view all questions on the same page.
- For pages with images, I use screen captures.
    - In many cases, I "zoomed out" to ensure that more of the overall page was visible in a single screen capture. In reality, the print was bigger and participants could scroll down to view all content.
    - In other cases, I use a screen capture with only part of the page visible. If the simulated website continues, the participant could scroll down to continue reading it. If questions/selection options continue, they look similarly down the rest of the page.
    - It's important to note that in the real study, all images of the site were zoomable by mousing over them.

**Contents**

- A. Welcome page and consent form (questions only, shown as two pages here but was on one page in the real survey).
- B. Study information, role-playing persona, attention checks, etc. (Questions only, shown as 3 pages here, was a single page in the real survey).
- C. Instructions for participant.
- D. The index page of the section-8-housing.org site. In this walkthrough I choose to enter Terry's information, select next, then choose to click something on the site. When a participant chooses "I want to click something on the site," the available options to click appear. Many available options for clicking are offered (all are shown in two overlapping screenshots). In this walkthrough, I then click continue.
- E. The following page asks the user to confirm eligibility by entering address information. In the walkthrough, I opted to enter Terry's information and clicked Next. Then I opted to click on something, and selected Continue.
- F. The next screen asks the user to enter their phone number and click the disclaimer checkbox. In this walkthrough, I chose to enter Terry's information and pushed Next.. I then chose to click something on the site and tried to click on continue, but was informed that I could not continue (because the checkbox was not completed). I then opted to click on the checkbox and pushed Next. I then chose to click something on the site, chose continue, and pushed Next.

G. In the middle of the process, a participant will encounter questions similar to this one, asking about ailments. In this screenshot, I chose "Click something on this site," and then chose to click on one of the five ailment buttons. This causes the checkboxes to appear at the bottom, where the participant can opt to select any of asthma; back or joint pain; dermatitis, psoriasis, or eczema; diabetes; or no I don't.

H. Another example middle page, this time asking about help paying bills. In this example, I chose to "Click something on this site" and then chose "Yes."

I. If the participant continues answering questions, they are eventually directed to this page, which says the free guide is ready. In this example, I chose "Click something on this site," and then "Get my guide."

J. Main post-study questions, shown after the "Get my guide" page but before showing the informational pages that appear after choosing to get the guide. Questions only, shown here as 3 pages (shown on one page in the real survey).

K. Information shown after the main post-study questions, for participants who finished the process. The participant could scroll down to view more of the two sites if they chose.

L. Questions after receiving the informational sites, for participants who finished the process. Questions only, shown here as 2 pages (shown on one page in the real survey).

M. Disclaimer review and associated questions. Shown here as three pages (shown on one page in the real study). In the real study, the screenshot of the disclaimer was screen-width; I include a screen capture here as well to provide an idea of what that looked like.

N. Demographics questions. Shown here as three pages (shown on one page in the real survey).

O. Debrief and privacy act notice. Shown here as two pages (shown on one page in the real study).

# A   User Study (Market Research)



Welcome. Thank you for participating in our market research for an online experience. This survey should take less than twenty-five minutes. We will ask you to browse a simulated website, and then afterwards, we will interview you about your experience.

**Desktop Use**:
This survey may only be taken on a desktop computer, please do not use a mobile device to participate in this survey.

**Purpose of the Study:** This research is being conducted by Michelle Mazurek, Noel Warford, and Nathan Reitinger. The purpose of this research project is to understand how people interact with this website. You have been selected to participate in this study based on information you provided in the screening survey.

**Procedures:** The procedure involves using a website and completing a survey. The survey is expected to last less than 20 minutes. During the survey, we will ask you questions about interacting with the website and your experience.

**Sample question**:
Did you find this website easy to use?

**Potential Risks and Discomforts:** There is no risk to this study greater than that encountered in daily life. If any question makes you uncomfortable, you may withdraw from the study at any time.

**Potential Benefits:** There are no direct benefits from participating in this research besides the compensation you may receive for

participation. However, we hope that, in the future, other people might benefit from this study.

**Confidentiality:** Any potential loss of confidentiality will be minimized by storing data on password-protected servers. If we write a report or article about this research project, your identity will be protected to the maximum extent possible.

**Right to Withdraw:** Your participation in this research is completely voluntary. You may choose not to take part at all. If you decide to participate in this research, you may stop participating at any time.

**Statement of Consent:** To participate in this study, you must be at least 18 years of age; you must have read this consent form or have had it read to you; your questions must have been answered to your satisfaction and you must voluntarily agree to participate in this research study. If you agree to participate, please check the boxes below.

Please check all that apply *

☐ I am over 18

☐ I have read this consent form

☐ I voluntarily agree to participate in this research

# B  User Study (Market Research)

We were hired to evaluate the usability of the website we are about to show you. This means how easy or hard it is to accomplish a given task. It's important to know that we are testing the website, not testing you. Your experiences and thoughts while you use the website will be used to help make the site better.

For today's study, we'd like you to pretend that you are **Terry Spencer** of North Gulf Beach, Florida. **Terry would like to check her eligibility to receive Section 8 benefits.** Please read the below information about Terry carefully and answer the following questions.

Terry Spencer is a 42 year old single mother of two living in North Gulf Beach, Florida. Although she used to have a great job selling insurance at Totassurance Insurance, she was let go several months ago due to her office's downsizing. She has not been able to find a replacement job since.

She has been working part-time as a barista at the local Caffeine Pump (earning about $20,000 per year, and might be promoted if she keeps up the good work), but it is not enough to cover her rent payments. Terry also can't move, because one of her daughters needs to be within five minutes of the local hospital due to a severe medical condition. To make matters worse, Terry has a lot of credit card debt. The debt mostly comes from a few recent medical bills ($15,000), since she no longer has employer-paid insurance. The debt has effectively ruined her credit score, dashing her hopes to go to

**Time Left on this Section:  0:00:05**

was told that tuition (even on the single-parent scholarship rate) is $1,000 per class.

Terry's landlord has not been happy with her half-rent payments. He said he's going to kick her out if she doesn't start paying, but said she should look into Section 8 benefits. He said that Section 8 is a government program that helps families with low income pay their rent; families that receive Section 8 benefits can pay a reduced monthly rent payment, based on their income.

**Name**: Terry Spencer
**Gender**: Female
**Birth Date**: January 1, 1977
**Email**: ts055741@gmail.com
**Phone Number**: (727) 399-3038

**Address**:
106 Chestnut Street
North Gulf Beach, Florida
34642

Your participation is very important to this research. If you agree to read the instructions and questions carefully before answering, please type "I agree" below. *

According to the instructions you just read, when you interact with the site, who should you pretend to be? *

○ Andrew Johnson

○ Terry Spencer

○ Mary Peters

○

**Time Left on this Section:  0:00:05**

According to the instructions you just read, what is your goal when interacting with the site?

◯ Check eligibility to receive Section 8 benefits

◯ Learn about Florida

◯ Find a government program for a United States citizen in need

**Time Left on this Section:  0:00:05**

# C User Study (Market Research)



Terry used Google to search for **"Section 8 housing apply"** and clicked on the first link, which led to the website on the next page.

*After selecting "Next", please proceed to interact with the simulated website. To click on a button on the screen, select the button image in the question provided. If you'd like to do something else, select that option.*

# D

# User Study (Market Research)

Please look at the following website screenshot and then select what you would like to click on or type. **Hover your mouse over the image to zoom in, and move the mouse outside of the image to zoom back out.**

**NOTE:** The website image itself is not clickable. Please scroll down to let us know what you'd like to click on. Hover here to review Terry's information.

What would you like to do? *

○ I want to click something on this site

○ I want to enter Terry's information

○ I want to leave the site

○ Other - Write In (Required)

Next



SECTION 8 HOUSING

**SECTION 8 HOUSING ASSISTANCE**

HOW TO APPLY   ELIGIBILITY   STATES   FAQS

**FIND OUT IF YOU ARE ELIGIBLE FOR SECTION 8 HOUSING BENEFITS WITH OUR GUIDE**

First Name*

Last Name*

Email*

Zip*

Continue ›

Join the hundreds of thousands of families we've helped how to apply for HUD housing, low-income housing, and rental assistance with our Section 8 Housing Assistance Guide. Get Started Today!

## Section 8 Housing Assistance

The Section 8 Housing Program is a federally funded low-income housing program intended for families whose gross annual income falls below the average in their area or county of residence. Low-income and extremely low-income families in the United States that need help paying rent can apply for the Section 8 program if they meet all eligibility requirements and submit the necessary documents.

Besides income limits, low-income housing applicants will be assessed on the basis of family composition, family size, spending habits, criminal charges, eviction history and more. Families who are eligible for Section 8 low-income housing receive assistance in the form of special housing vouchers that are issued by public housing agencies. PHAs receive the funds from the U.S. Department of Housing and Urban Development. The vouchers are used to pay a portion of the rent directly to the landlord, and the money cannot be accessed or withdrawn by the tenant.

Privacy Policy · Terms and Conditions

Section 8 Housing Benefits

Affordable Apartments

Rent to Own Houses

Section 8 Vouchers

**RESOURCES**

✓ Eligibility

✓ How to Apply

✓ What is Section 8?

✓ HUD

✓ Housing Lists

✓ FAQ

# User Study (Market Research)

Please look at the following website screenshot and then select what you would like to click on or type. **Hover your mouse over the image to zoom in, and move the mouse outside of the image to zoom back out.**

**NOTE:** The website image itself is not clickable. Please scroll down to let us know what you'd like to click on. Hover here to review Terry's information.

What would you like to do? *

○ I want to click something on this site

◉ I want to enter Terry's information

○ I want to leave the site

○ Other - Write In (Required)

[ Next ]

---

SECTION 8 HOUSING

HOW TO APPLY    ELIGIBILITY    STATES    FAQS



## SECTION 8 HOUSING ASSISTANCE

**FIND OUT IF YOU ARE ELIGIBLE FOR SECTION 8 HOUSING BENEFITS WITH OUR GUIDE.**

Join the hundreds of thousands of families we've helped how to apply for HUD housing, low income housing, and rental assistance with our Section 8 Housing Assistance Guide. Get Started Today!

First Name *

Last Name *

Email *

Zip

Continue ›

Privacy Policy    Terms and Conditions

## Section 8 Housing Assistance

The Section 8 Housing Program is a federally funded low-income housing program intended for families whose gross annual income falls below the average in their area or county of residence. Low-income and extremely low-income families in the United States that need help paying rent can apply for the Section 8 program if they meet all eligibility requirements and submit the necessary documents.

Besides income limits, low income housing applicants will be assessed on the basis of family composition, family size, spending habits, criminal charges, eviction history and more. Families who are eligible for Section 8 low income housing receive assistance in the form of special housing vouchers that are issued by public housing agencies. PHAs receive the funds from the U.S. Department of Housing and Urban Development. The vouchers are used to pay a portion of the rent directly to the landlord, and the money cannot be accessed or withdrawn by the tenant.

Eligible families for the low income housing program are put on a waiting list in their area, and when they reach the top of the list, the PHAs performs an eligibility verification to make sure they still meet all requirements. However, Section 8 waiting lists are long and waiting

**Section 8 Housing Benefits**

Affordable Apartments

Rent to Own Houses

Section 8 Vouchers

### RESOURCES

✓ Eligibility

✓ How to Apply

✓ What is Section 8?

✓ HUD

✓ Housing Lists

✓ FAQ

ADDITIONAL RESOURCES

# User Study (Market Research)

Please look at the following website screenshot and then select what you would like to click on or type. Hover your mouse over the image to zoom in, and move the mouse outside of the image to zoom back out.

**NOTE:** The website image itself is not clickable. Please scroll down to let us know what you'd like to click on. Hover here to review Terry's information.

What would you like to do? *

○ I want to click something on this site

○ I want to leave the site

○ Other - Write In (Required)

**Next**

---

HOW TO APPLY    ELIGIBILITY    STATES    FAQS

**FIND OUT IF YOU ARE ELIGIBLE FOR SECTION 8 HOUSING BENEFITS WITH OUR GUIDE**

## SECTION 8 HOUSING ASSISTANCE



**First Name***
Terry

**Last Name***
Spencer

**Email***
tc55741@gmail.com

**Zip***
34642

**Continue ›**

Join the hundreds of thousands of families we've helped how to apply for HUD housing, low income housing, and rental assistance with our Section 8 Housing Assistance Guide. Get Started Today!

Privacy Policy    Terms and Conditions

## Section 8 Housing Assistance

The Section 8 Housing Program is a federally funded low income housing program intended for families whose gross annual income falls below the average in their area or county of residence. Low-income and extremely low-income families in the United States that need help paying rent can apply for the Section 8 program if they meet all eligibility requirements and submit the necessary documents.

Besides income limits, low-income housing applicants will be assessed on the basis of family composition, family size, spending habits, criminal charges, eviction history and more. Families who are eligible for Section 8 low income housing receive assistance in the form of special housing vouchers that are issued by public housing agencies. PHAs receive the funds from the U.S. Department of Housing and Urban Development. The vouchers are used to pay a portion of the rent directly to the landlord, and the money cannot be accessed or withdrawn by the tenant.

Eligible families for the low-income housing program are put on a waiting list in their area, and when they reach the top of the list, the PHA performs an eligibility verification to make sure they still meet all requirements. However, Section 8 waiting lists are long and waiting

Section 8 Housing Benefits

Affordable Apartments

Rent to Own Houses

Section 8 Vouchers

## RESOURCES

✓ Eligibility

✓ How to Apply

✓ What is Section 8?

✓ HUD

✓ Housing Lists

✓ FAQ

## ADDITIONAL RESOURCES



# User Study (Market Research)

Please look at the following website screenshot and then select what you would like to click on or type. Hover your mouse over the image to zoom in, and move the mouse outside of the image to zoom back out.

**NOTE:** The website image itself is not clickable. Please scroll down to let us know what you'd like to click on. Hover here to review Terry's information.

What would you like to do? *

- ◉ I want to click something on this site
- ○ I want to save this site
- ○ Other - Write In (Required)

What would you (as Terry) like to click on? If the thing you'd like to click on is not listed here, please click "I want to click something else".



SECTION 8 HOUSING

HOW TO APPLY        ELIGIBILITY

STATES              FAQS

**Continue ›**

Privacy Policy and Terms and Conditions

Section 8 Housing Benefits

Affordable Apartments

Rent to Own Houses

Section 8 Vouchers

---



SECTION 8 HOUSING ASSISTANCE

## FIND OUT IF YOU ARE ELIGIBLE FOR SECTION 8 HOUSING BENEFITS WITH OUR GUIDE

First Name*

Terry

Last Name*

Spencer

Email*

tsp52141@gmail.com

Zip*

34641

**Continue ›**

Privacy Policy and Terms and Conditions

Section 8 Housing Benefits

Affordable Apartments

Rent to Own Houses

Section 8 Vouchers

**RESOURCES**

✓ Eligibility
✓ How to Apply
✓ What is Section 8?
✓ HUD
✓ Housing Lists
✓ FAQ

**ADDITIONAL RESOURCES**

Join the hundreds of thousands of families we've helped how to apply for HUD housing, low income housing, and rental assistance with our Section 8 Housing Assistance Guide. Get Started Today!

## Section 8 Housing Assistance

The Section 8 Housing Program is a federally funded low income housing program intended for families whose gross annual income falls below the average in their area or county of residence. Low-income and extremely low-income families in the United States that need help paying rent can apply for the Section 8 program if they meet all eligibility requirements and submit the necessary documents.

Besides income limits, low income housing applicants will be assessed on the basis of family composition, family size, spending habits, criminal charges, eviction history and more. Families who are eligible for Section 8 low income housing receive assistance in the form of special housing vouchers that are issued by public housing agencies. PHAs receive the funds from the U.S. Department of Housing and Urban Development. The vouchers are used to pay a portion of the rent directly to the landlord, and the money cannot be accessed or withdrawn by the tenant.

Eligible families for the low income housing program are put on a waiting list in their area, and when they reach the top of the list, the PHA performs an eligibility verification to make sure they still meet all requirements. However, Section 8 waiting lists are long and waiting times can sometimes reach several years, so it is very common for a family to become



The Section 8 Housing Program is a federally funded low income housing program intended for families whose gross annual income falls below the average in their area or county of residence. Low income and extremely low-income families in the United States that need help paying rent can apply for the Section 8 program if they meet all eligibility requirements and submit the necessary documents.

Besides income limits, low income housing applicants will be assessed on the basis of family composition, family size, spending habits, criminal charges, eviction history and more. Families who are eligible for Section 8 low income housing receive assistance in the form of special housing vouchers that are issued by public housing agencies. PHAs receive the funds from the U.S. Department of Housing and Urban Development. The vouchers are used to pay a portion of the rent directly to the landlord, and the money cannot be accessed or withdrawn by the tenant.

Eligible families for the low income housing program are put on a waiting list in their area, and when they reach the top of the list, the PHA performs an eligibility verification to make sure they still meet all requirements. However, Section 8 waiting lists are long and waiting times can sometimes reach several years, so it is very common for a family to become ineligible in the meantime. If a family is granted a housing voucher, it must continue to meet the eligibility requirements in order to keep receiving assistance. Families can also participate in special self-sufficiency programs to learn how to become financially stable and not depend on government assistance.

To learn more about Section 8 low income housing in the U.S., explore the sections below.

- What is Section 8 housing in the U.S.?
- What are housing choice vouchers?

## What is Section 8 housing in the U.S.?

In the United States, many families who live in low income housing are not able to afford decent homes and are forced to live in substandard units that do not meet health and safety requirements. If a family's annual income is lower than the average income in the area, the family is eligible to apply for government assistance, or more specifically, for the section 8 housing program. The goal of the federally funded Section 8 program is to provide financial assistance to eligible low-income families that will allow them to find a decent rental home in a good neighborhood and pay a portion of the rent through a housing voucher.

Locally, the Section 8 low income housing program is administered by public housing agencies that determine eligibility and issue the vouchers. By helping families afford a decent home in a safe neighborhood, the federal government directly contributes to a better quality of life and more opportunities for these families. Eventually, many families learn how to become financially stable and are no longer dependent on government assistance.

To be eligible for Section 8 low income housing, families must earn 80 percent of the average area income. Very low-income families earn half of the median area income, while extremely low-income households earn 30 percent of the average income in their area. The latter are given preference for Section 8 housing vouchers and are moved to the top of the waiting list. PHAs are required to grant 75 percent of the low income housing vouchers to extremely low-income families. Average income amounts are different in all states and counties and are published by PHAs each year.

Besides income limits, families applying for Section 8 low income housing are assessed based on family size, family constitution, lifestyle, spending habits, eviction history, assets, and citizenship. The public housing agency will gather information about you and your family income through local banks, employers and other local agencies to confirm your eligibility

PX3 Dr. Michelle Mazurek
Attachment 9, Page 13

---

Rent to Own Houses

Section 8 Vouchers

## RESOURCES

✓ Eligibility
✓ How to Apply
✓ What is Section 8?
✓ HUD
✓ Housing Lists
✓ FAQ

## ADITIONAL RESOURCES

✓ Programs For U.S. Citizens in Need
✓ Disqualifications
✓ Fact Sheet
✓ Information for Landlords
✓ Housing Authority Section 8 Waiting

---

Continue ›

Copyright © 2019 Privacy Policy and Terms and Conditions

Section 8 Housing Benefits

Affordable Apartments

Rent to Own Houses

Section 8 Vouchers

## RESOURCES

✓ Eligibility
✓ How to Apply
✓ What is Section 8?
✓ HUD
✓ Housing Lists
✓ FAQ

## ADITIONAL RESOURCES

✓ Programs For U.S. Citizens in Need
✓ Disqualifications
✓ Fact Sheet
✓ Information for Landlords
✓ Housing Authority Section 8 Waiting

TERMS & CONDITIONS  |  MARKETING PARTNERS

PRIVACY POLICY  |  CONTACT US

I want to click something else

# User Study (Market Research)

Please look at the following website screenshot and then select what you would like to click on or type. Hover your mouse over the image to zoom in, and move the mouse outside of the image to zoom back out.

NOTE: The website image itself is not clickable. Please scroll down to at us know what you'd like to click on. Hover here to review Terry's information.

**What would you like to do?***

- ⦿ I want to click something on this site
- ◯ I want to leave this site
- ◯ Other - Write In (Required)

What would you (as Terry) like to click on? If the thing you'd like to click on is not listed here, please click "I want to click something else"



**SECTION 8 HOUSING**

HOW TO APPLY          ELIGIBILITY

STATES                FAQS

Continue ›

Privacy Policy and Terms and Conditions

Section 8 Housing Benefits

Affordable Apartments

Rent to Own Houses

Section 8 Vouchers

---



**SECTION 8 HOUSING ASSISTANCE**

HOW TO APPLY   ELIGIBILITY   STATES   FAQS

## FIND OUT IF YOU ARE ELIGIBLE FOR SECTION 8 HOUSING BENEFITS WITH OUR GUIDE

**First Name***

Terry

**Last Name***

Spencer

**Email***

10565747@gmail.com

**Zip***

34642

Continue ›

Privacy Policy ·· Terms and Conditions

Section 8 Housing Benefits

Affordable Apartments

Rent to Own Houses

Section 8 Vouchers

### RESOURCES

✓ Eligibility
✓ How to Apply
✓ What is Section 8?
✓ HUD
✓ Housing Lists
✓ FAQ

## ADDITIONAL RESOURCES

### SECTION 8 HOUSING ASSISTANCE

Join the hundreds of thousands of families we've helped! Use our guide for HUD housing, low income housing, and rental assistance with our Section 8 Housing Assistance Guide. Get Started Today!

## Section 8 Housing Assistance

The Section 8 Housing Program is a federally-funded low income housing program intended for families whose gross annual income falls below the average in their area or county of residence. Low-income and extremely low-income families in the United States that need help paying rent can apply for the Section 8 program if they meet all eligibility requirements and submit the necessary documents.

Besides income limits, low income housing applicants will be assessed on the basis of family composition, family size, spending habits, criminal charges, eviction history and more if families who are eligible for Section 8 low income housing receive assistance in the form of special housing vouchers that are issued by public housing agencies. PHAs receive the funds from the U.S. Department of Housing and Urban Development. The vouchers are used to pay a portion of the rent directly to the landlord, and the money cannot be accessed or withdrawn by the tenant.

Eligible families for the low income housing program are put on a waiting list in their area, and when they reach the top of the list, the PHA performs an eligibility verification to make sure they still meet all requirements. However, Section 8 waiting lists are long and waiting times can sometimes reach several years, so it is very common for a family to become

---

Next



# User Study (Market Research)

# User Study (Market Research)

Next

## SECTION 8 HOUSING

HOW TO APPLY    ELIGIBILITY    STATES    FAQS

### CONFIRM YOUR ELIGIBILITY

**Confirm your address to verify your eligibility:**

**Street Address**
106 Chestnut Street

**City**
North Gulf Beach

**State**
Florida

Continue ›

TERMS & CONDITIONS | MARKETING PARTNERS | PRIVACY POLICY | CONTACT US

---

Please look at the following website screengrab and then select what you would like to click on or type. Hover your mouse over the image to zoom in, and move the mouse outside of the image to zoom back out.

**NOTE:** The website image itself is not clickable. Please scroll down to let us know what you'd like to click on. Hover here to review Terry's information.

**What would you like to do? ***

- ● I want to click something on this site
- ○ I want to leave the site
- ○ Other - Write in (Required)

What would you (as Terry) like to click on? If the thing you'd like to click on is not listed here, please click "I want to click something else"

### SECTION 8 HOUSING

HOW TO APPLY    ELIGIBILITY

STATES    FAQS

TERMS & CONDITIONS | MARKETING PARTNERS

PRIVACY POLICY | CONTACT US

I want to click something else

Continue



Please look at the following website screenshot and then select what you would like to click on or type. Hover your mouse over the image to zoom in, and move the mouse outside of the image to zoom back out.

NOTE: The website image itself is not clickable. Please scroll down to let us know what you'd like to click on. Hover here to review Tony's information.

What would you like to do? *

○ I want to click something on this site

● I want to enter Tony's information

○ I want to leave the site

○ Other - Write In (Required)

User Study (Market Research)

# User Study (Market Research)

Please look at the following webpage screenshot and then select what you would like to click on or type. Hover your mouse over the image to zoom in, and move the mouse outside of the image to zoom back out.

NOTE: The website image itself is not clickable. Please scroll down to let us know what you'd like to click on. Hover here to review Terry's information.

What would you like to do? *
- ( ) I want to click something on this site
- ( ) I want to leave the site
- ( ) Other - Write in (Required)

**The website will not allow you to continue until the required information has been provided.**

SECTION 8 HOUSING

HOW TO APPLY      ELIGIBILITY
STATES      FAQS

What would you (as Terry) like to click on? If the thing you'd like to click on is not listed here, please click "I want to click something else". *

Continue >

[ ] Please check the box to continue

**Marketing Partners**

TERMS & CONDITIONS | MARKETING PARTNERS
PRIVACY POLICY | CONTACT US

---

HOW TO APPLY   ELIGIBILITY   STATES   FAQS

**CONFIRM YOUR ELIGIBILITY**

What is the best number to contact you?

Mobile Number
727 999 9698

Continue >

Marketing Partners

TERMS & CONDITIONS   MARKETING PARTNERS   PRIVACY POLICY   CONTACT US

Next

# User Study (Market Research)

Please look at the following website screenshot and then select what you would like to click on or type. Hover your mouse over the image to zoom in, and move the mouse outside of the image to zoom back out.

NOTE: The website image itself is not clickable. Please scroll down to let us know what you would like to click on. Hover here to review Terry's information.

What would you like to do? * *
- ( ) I want to click something on this site
- ( ) I want to leave this site
- ( ) Other - Write in (Required)

What would you like Terry] like to click on? If the thing you'd like to click on is not listed here, please click, "I want to click something else" *

**SECTION 8 HOUSING**

HOW TO APPLY    ELIGIBILITY
STATES    FAQS

Continue >

[ ] please check this box to continue

## Marketing Partners

TERMS & CONDITIONS | MARKETING PARTNERS
PRIVACY POLICY | CONTACT US

I want to click something else

---

**SECTION 8 HOUSING**

HOW TO APPLY    ELIGIBILITY    STATES    FAQS

**CONFIRM YOUR ELIGIBILITY**

What is the best number to contact you?

Mobile Number*

727 999 8038

Continue >

Marketing Partners

TERMS & CONDITIONS    MARKETING PARTNERS | PRIVACY POLICY | CONTACT US

Next



What would you like to do? *
- ● I want to click something on this site
- ○ I want to leave the site
- ○ Other - Write in: (Required)

What would you (as Terry) like to click on? If the thing you'd like to click on is not listed here, please click "I want to click something else" *

SECTION 8 HOUSING

HOW TO APPLY   ELIGIBILITY
STATES   FAQS

Asthma
Back or Joint Pain
Dermatitis, Psoriasis or Eczema
Diabetes
No, I Don't

Continue ›

TERMS & CONDITIONS | MARKETING PARTNERS
PRIVACY POLICY | CONTACT US

I want to click something else

Which option would you like to choose? *
- ☐ Asthma
- ☐ Back or Joint Pain
- ☐ Dermatitis, Psoriasis or Eczema
- ☐ Diabetes
- ☐ No, I Don't

G

CONFIRM YOUR ELIGIBILITY

Do you suffer from any of these ailments?

Asthma
Back or Joint Pain
Dermatitis, Psoriasis or Eczema
Diabetes
No, I Don't

Continue ›

TERMS & CONDITIONS | MARKETING PARTNERS | PRIVACY POLICY | CONTACT US



# H

## User Study (Market Research)

### SECTION8 HOUSING

HOW TO APPLY   ELIGIBILITY   STATES   FAQS

**CONFIRM YOUR ELIGIBILITY**

**Get help paying your bills**

Find Relief With FREE Grant Money That Never Has To Be Paid Back!

**Yes**       `No`

TERMS & CONDITIONS | MARKETING PARTNERS | PRIVACY POLICY | CONTACT US

---

Please look at the following website screenshot and then select what you would like to click on or type. Hover your mouse over the image to zoom in, and move the mouse outside of the image to zoom back out.

NOTE: The website image itself is not clickable. Please scroll down to tell us know what you'd like to click on. Hover here to review Terry's information.

What would you like to do? *

- ⦿ I want to click something on this site
- ○ I want to leave the site
- ○ Other - Write in (Required)

What would you (as Terry) like to click on? If the thing you'd like to click on is not listed here, please click "I want to click something else." *

### SECTION8 HOUSING

HOW TO APPLY   ELIGIBILITY
STATES   FAQS

**Yes**

**No**

TERMS & CONDITIONS | MARKETING PARTNERS
PRIVACY POLICY | CONTACT US

I want to click something else

**Next**

Please look at the following website screenshot and then select what you would like to click on or type. Hover your mouse over the image to zoom in, and move the mouse outside of the image to zoom back out.

NOTE: The website image itself is not clickable. Please scroll down to let us know what you'd like to click on. Hover here to review Terry's information.

What would you like to do? *
⊙ I want to click something on this site
○ I want to leave the site
○ Other - Write In (Required)

What would you (as Terry) like to click on? If the thing you'd like to click on is not listed here, please click "I want to click something else". *

SECTION 8 HOUSING

HOW TO APPLY     ELIGIBILITY
STATES     FAQS

Get My Guide

TERMS & CONDITIONS | MARKETING PARTNERS
PRIVACY POLICY | CONTACT US

I want to click something else

Next

CONFIRM YOUR ELIGIBILITY

Your Free Guide Is Ready

Get My Guide

HOW TO APPLY     ELIGIBILITY     STATES     FAQS

TERMS & CONDITIONS     MARKETING PARTNERS | PRIVACY POLICY | CONTACT US



# J  User Study (Market Research)



Overall, please tell us a little bit about your experience with the site. What was easy to do? *

What was hard to do? *

Was there anything that was confusing or hard to understand? Please describe it. *

You just entered Terry's personal information. At the time when you entered that information, what did you think it would be used for? *

Has your opinion of how Terry's information will be used changed at all while you were interacting with the site? Please explain. *

At this point, have you successfully checked Terry's eligibility to receive Section 8 benefits, or is there anything else you still need to do? *

○ I've checked Terry's eligibility

◉ There is something else remaining to do

○ Not sure

What else do you (as Terry) still need to do? *

Is this website going to do anything on Terry's behalf? *

Do you expect Terry to receive any additional information or services after using this website? *

🔘 Yes

⭕ No

⭕ Not sure

What information or services would you (as Terry) receive? *

Who would send Terry this information or services? *

Who do you think owns or operates this website? *

Would you trust this website with your personal information? Why or why not? *

# User Study (Market Research)

**K**

*These are two webpages (right-side is one, left-side is the other) that open after you clicked "Get My Guide".*

Please look at the following website screenshot and then select next when you are finished.

**Next**



# L  User Study (Market Research)



Please describe what you (as Terry) have received from this website. *

Is this what you (as Terry) were expecting to receive? *

○ Yes

○ No

◉ Not sure

Please explain your answer to "Is this what you (as Terry) were expecting to receive?" *

Is there anything else Terry needs to do to check her eligibility to receive Section 8 benefits? *

◉ Yes

◯ No

◯ Not sure

What does Terry still need to do to check her eligibility to receive Section 8 benefits? *

# **M** User Study (Market Research)



*The website you are evaluating included the following message, which is surrounded for your reference by a red box.*

Please look at the following website screenshot and scroll down to answer survey questions.

Did you notice this message when using the site? *

◯ Yes, I noticed it

◯ No, I did not notice it

◯ I'm not sure if I noticed it or not

◯ I did not reach this page while using the site

Websites often contain a lot of text, and it can be difficult to read all of it. Did you read all or part of this message when you were using the site? *

◯ I read all of it

◯ I read some of it

◯ I did not read it

Please go ahead and read the message carefully now, then briefly describe what the message says.
*

Does this message change any of your ideas about what you (as Terry) were doing or checking on the site? Please explain. *

How does this impact Terry's goal of checking her eligibility to receive Section 8 benefits? *

After reading this message, do you now expect Terry to receive any email, phone calls, or text messages as a result of using this website? *

○ Yes

○ No

○ Not sure

After reading this message, who do you think owns or operates this website? *

Do you expect Terry to be contacted by the government, or by any agency that administers Section 8? Why or why not? *

**Next**

*The website you are evaluating included the following message, which is surrounded for your reference by a red box.*

**Please look at the following website screenshot and scroll down to answer survey questions.**

This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information

| HOW TO APPLY | ELIGIBILITY | STATES | FAQS |

# SECTION 8 HOUSING

## CONFIRM YOUR ELIGIBILITY

### What is the best number to contact you?

**Mobile Number***

Mobile Number

**Continue ›**

Please check the box to continue. By clicking "Continue", I am providing express written consent via electronic signature for section-8-housing.org and our **Marketing Partners** to contact me at the number provided above via telephone or text (including through automated means, e.g. automatic telephone dialing system, text and pre-recorded messaging) about various products, services and related marketing/telemarketing offers. I understand that message and data rates may apply I am authorizing these parties to contact me even if my telephone number is currently listed on any state, federal, local or corporate Do Not Call lists and registries. I understand that my consent is not a condition of purchase and no purchase is necessary. If you choose not to continue, you will still receive your free guide by email shortly

# N  User Study (Market Research)

Do you have experience paying rent or a mortgage? *

○ Yes

○ No

Have you purchased anything online in the past six months? Examples might include purchasing or renewing an online video subscription like Netflix or buying something from an online retailer like Amazon. *

○ Yes

○ No

Please specify the gender with which you most closely identify. *

○ Male

○ Female

○ Other

○ Prefer not to answer

Which of the following best describes your total household income in 2018? *

○ <10,000

○ 10,000 - 14,999

○ 15,000 - 24,999

○ 25,000 - 34,999

○ 35,000 - 49,999

○ 50,000 - 74,999

○ 75,000 - 99,999

○ 100,000 - 149,999

○ 150,000 - 199,999

○ 200,000 +

○ prefer not to answer

Please specify your year of birth

Prior to participating in this study today, how familiar were you with the Section 8 program?  *

○ Not at all

○ Slightly familiar

○ Moderately familiar

○ Very familiar

Please specify your ethnicity -- check all that apply. *

☐ White

☐ Hispanic or Latinx

☐ Black or African American

☐ Asian, Native Hawaiian, or Pacific Islander

☐ Other

☐ Prefer not to answer

Please specify the highest degree or level of school you have completed.  *

○ Some high school credit, no diploma or equivalent

○ High school graduate, diploma, or the equivalent (for example: GED)

○ Some college credit, no degree

○ Trade/technical/vocational training

○ Associate's degree

○ Bachelor's degree

○ Master's degree

○ Professional or doctoral degree (JD, MD, PhD)

○ Prefer not to answer

# o User Study (Market Research)



Thank you for participating in our study. We would like to now explain the real purpose of the study.

This is not a typical market research study. We are conducting this study on behalf of the Federal Trade Commission, an agency of the U.S. government that investigates potential violations of consumer protection law. We weren't able to tell you about the real purpose of the study earlier because it was important to see how you reacted to the website without this information.

The information you provided in this study will assist the FTC in potential litigation or law enforcement investigations. The information you provided may be made available to our law enforcement partners or in the course of litigation, as authorized or required by a court. Here is more information on how the FTC will use the information you provided in this study.

**Privacy Act Notice**

**Providing information in this study will assist the Federal Trade Commission, an agency of the U.S. government that investigates unfair and deceptive conduct by companies, in potential litigation.  This information is solicited under the authority of the Federal Trade Commission Act, 15 U.S.C. §§41-58. Furnishing information is purely voluntary, but the information you provide could help the FTC protect consumers.  The information you provide may be made available to our law enforcement partners or in the course of litigation, as required by a court. You can learn more about how the FTC handles the personal information we collect by**

**visiting our website at www.ftc.gov/privacy and our Privacy Act systems at www.ftc.gov/foia/listofpaysystems.shtm.**

Please note that your participation in this study is anonymous. No identifying information about you will be stored or provided to the FTC. Since this study relates to a nonpublic law-enforcement investigation, we'd like to ask you to please not discuss your experience today -- and most importantly, the identity you used and the website you tested -- with anyone else.

Thank you again for helping us with this important research. If you want to withdraw from the study at this point, we will delete your survey responses. Please type "I would like my data removed from this study" if you would like to withdraw.

# Attachment 10

THIS PRODUCT OR SERVICE HAS NOT BEEN APPROVED OR ENDORSED BY ANY GOVERNMENTAL AGENCY

**alabamadriverslicense.org**
Your source for Alabama driver's information

Notice: Driver license charges and application must be processed at an official DLD location or website. This website provides links to official DLD services which may be free of charge as well as third-party application assistance services and products that charge a fee. Application assistance value added services are designed to better prepare you and help save you time for many DLD-related services. They provide personalized information, customer support, additional vehicle related products and where possible, document preparation. The information on this site is not guaranteed to be correct, complete or up-to-date.

Licenses & ID | Vehicle Registration | Tests & Manuals | Titles & Bill of Sale | Reports & Records | Tests & Violations | Commercial Drivers | Insurance Center | Vehicle Services | Traffic & Safety Laws | Site Tools

[Search]

**DRIVER RESOURCES**

Have questions about motor vehicle services or requirements? You're on the right road. Find the information you need quickly and effortlessly.

[LEARN MORE]

## Welcome to alabamadriverslicense.org

We are here to simplify the process of obtaining your Alabama drivers license by providing you with up-to-date information and assisting you with all the necessary steps to getting your license as quickly as possible. We will make sure you are prepared with everything you need to know what you need to bring and where you need to go for all your drivers license needs

### Licenses & Identifications
New License, Renew, Replace, Change Address, Change Name, Suspended More...

### Titles & Bill of Sale
New Car Title, Lost Car Title, Stolen Car Title, Transfer Car Title, Bill of Sale More...

### Reports & Records
Vehicle History Report, Driver Records, Background Checks, Vital Records More...

### Commercial Drivers
CDL Licenses, Tests & Requirements, Manuals, Insurance More...

### Vehicle Registration
New Car Registration, Renew, Replace, Order/Duplicate, Change Address More...

### Driver Tests & Manuals
Driver Manuals, Online Practice Tests, Learner's Permit More...

### Tickets & Violations
Parking Tickets, DUI Violations, Ticket Attorneys, SR-22 Insurance More...

### Vehicle Services
Guardian Advantage, Roadside Assistance, Auto Warranty, Selling Car More...

**Featured Resources**
Sponsored Ads

Application Assistance Services
- Download comprehensive checklists, tips and resources to guide you with DLD related services.

**Additional Resources**

- Renew Your Drivers License
- Renew Your Vehicle Registration
- Replace Your Car Title
- Commercial Drivers License
- Get your Motorcycle License
- Access Your Driving Record
- How to Save on Auto Insurance
- Get Help with Tickets and Violations
- Check Your Vehicle History Report
- How to Change Your Address
- Sell your Car
- DLD Practice Tests
- Car Title Loans
- Commercial Auto Insurance
- Motorcycle Insurance

## 10 HELPFUL TIPS

If it is necessary for you to visit an office read these 10 helpful tips:

1. Find the closest Driver License office.
2. Confirm the office hours
3. Appointments are available at all offices for faster service
4. Avoid Mondays and Fridays, the best day to visit the office is mid-week.
5. Avoid the 11:30 a.m. – 2 p.m. hours as they tend to be busy due to the lunch break.
6. Avoid the first and last day of the month
7. Avoid the day after a holiday
8. Come prepared with all required documentation to complete your service
9. Print and fill out your forms prior to visiting your Driver License office
10. If you have any questions, concerns, or special circumstances contact your nearby Driver license office prior to heading over

AlabamaDriversLicense.org is privately owned and is neither operated by, nor affiliated with, any government agency. Furthermore, the information contained on this site is not legal advice and is not guaranteed to be correct, complete or up-to-date.

About Us | Privacy Policy | Terms of Service | Contact Us

CarRegistrationadvisors.org or its products are not endorsed or affiliated with any government entity, including any federal, state, county, city department, bureau, division or agency

## CAR REGISTRATION ADVISORS

HOME    LOCATIONS    ROAD GUIDE™    OFFICIAL FORMS    STATE INFORMATION    ABOUT US

### OBTAIN YOUR ROAD GUIDE

Welcome to carregistrationadvisors.org, your comprehensive resource for all you car registration-related services. The services we provide are available for free in the official sites or local offices. You can purchase for $23.98 and download our comprehensive guide and resources, which contains vital information in order to perform any DMV service and also included is the Roadside Assistant Program and other benefits including official forms and helpful checklists. By clicking continue I represent that I am 18+ years of age. I agree to receive email newsletters and offers targeted to my interests, sent by carregistrationadvisors.org and their Marketing Partners. Please fill out form below to get the process started.

Select a Service and State Below:



## 1 What do you need to do?

- Apply for New Registration
- Renew Registration
- Replace Registration
- Change Name
- Change Address

## 2 Choose your State

Select   ⌄

**Continue** ▲

🔒 SSL Encryption    🔲 VERIFIED & SECURED



TERMS AND CONDITIONS   |   PRIVACY STATEMENT   |   CONTACT US   |   MONEY BACK GUARANTEE   |   BLOG

This site is privately owned and is neither operated by nor affiliated with any government agency

Copyright © carregistrationadvisors.org 2019 All Rights Reserved

carregistrationadvisors.org is a privately owned website and is not affiliated with any government agencies. The services we provide are available for free in the official sites or local offices. You can purchase for $23.98 and download our guide and resources, which contains vital information in order to perform any DMV service and receive a free $25 gas rebate, the Roadside Assistant Program & other benefits including official forms and checklists. By clicking continue I represent that I am 18+ years of age. I agree to receive email newsletters and offers targeted to my interests, sent by carregistrationadvisors.org and their Marketing Partners. By continuing to use our site, you accept our Terms and Conditions and Privacy Policy.

PX3 Dr. Michelle Mazurek
Attachment 10, Page 2

registrationadvisors.org/index.html

Google

get fishing license

⌕

Sign in

🔍 All  🗺 Maps  🛒 Shopping  📰 News  🖼 Images  ⋮ More          Settings  Tools

About 168,000,000 results (0.49 seconds)

Fishing Trips | Get Your License to Fish | Review Requirements
[Ad] www.fishinglicense.org/Resource/Guide ▾
Don't Get Fined and Go Fishing with a License! Learn How to Obtain Your Fishing License with Our Guide. Freshwater Fishing · What to Do · Fishing License Fees · Types of Licenses · Regulations Info
Eligibility Requirements · Saltwater Fishing · Fishing destinations · New or Renew License

Renew Fishing License
Properly Renew Your Fishing License
with Our Complete Guide

Fishing License Process
Complete Details on Getting a
Fishing License in Your State

People also search for

who sells fishing license near me      texas fishing license requirements
texas fishing license online            fishing license nj
fishing license ohio                    fishing license pa
fishing license oklahoma                fishing license michigan                    ✕

25% Off On All Quilts | Enter "4July" At Checkout | humpine.com
[Ad] www.humpine.com ▾
This Promotion is Ending Soon  Do Not Miss This Crazy Deal  2 Days Express Shiping. 100% Money Back Guarantee
Christmas Quilts · Tree Of Life Quilts · Jelly Roll Quilts · Bohemian Quilts
Independence Day: 25% off All Quilts  Blankets · Code 4JULY · Ends Jul 4

Buying a fishing license | U.S. Fish and Wildlife Service
https://www.fws.gov/fishing/FishingLicense.html ▾
Feb 8, 2019 - First you'll need a fishing license! Buying a fishing license is quick, easy and directly contributes toward conservation efforts. In most states, licenses can be purchased online  by phone or at retail establishments

Purchase Hunting and Fishing Licenses Online – ReserveAmerica
https://www.reserveamerica.com/outdoors/hunt-fish-license.htm ▾
Alabama. Hunting license. Fishing license. Boat registration. Hunter education. Seasons and bag limits. Harvest reporting. Visit State Website Get Licenses

Online License Sales and Service

PXS Dr. Michelle Mazurek
Attachment 10, Page 3



# New Wisconsin Fishing License Assistance

Start the Hassle & Start Fishing

**Continue**

YES! I CONSENT (opt-in)

## Wisconsin Fishing Licenses

## Start Fishing Hassle-Free

**Simplify the Fishing License Application Process**

**Download Your Detailed How-To Guide**

**Get Your Fishing License & Start Fishing!**

## How to Get a Fishing License in Wisconsin

## Types of Fishing Licenses in Wisconsin

## Wisconsin Fishing Laws & Regulations

FISHINGLICENSE.ORG

State Info ⌄    Resources ⌄    Blogs    FAQs

Fishinglicense.org is a privately owned website that is not affiliated with any government agencies.

# New Wisconsin Fishing License Assistance

## Billing Information

First Name

Last Name

Zip Code

Credit Card Number

Exp Date

CVV

Submit

**FISHINGLICENSE**.ORG

FishingLicense.org is a privately owned website that is not affiliated with any government agencies.

State Info ∨     Resources ∨     Blogs     FAQs

Get Started Now

See if you Pre-Qualify now



# Download Your Guide to Becoming an Expert Fisherman Now

Review your **Guide to Become an Expert Fisherman**, which includes step-by-step instructions to complete the licensing process, fishing regulations and links to tide charts & weather forecasts.

Download

## Additional FREE Guides



National Fishing License Guide

Guide to Becoming an Expert Fisherman - Audiobook



Fishing Gear Essentials Guide



Cookbook with Tons of Tips, Recipes and More

## Bonus with Purchase

Coupons For All Your Outdoor Recreational Needs

Dining, Shopping, Travel or Grocery Rewards



$2000 in Redeemable Grocery Rewards



$100 in Redeemable Shopping Rewards

Money Back Guarantee  |  Contact Us  |  About Us  |  Terms of Use  |  Privacy Policy  |  Site Map  |  Blog

✉ info@fishinglicense.org

**FISHINGLICENSE**.ORG

FishingLicense.org is a privately owned website that is not affiliated with any government agencies.



renew florida license online

← → C ⊕ https://www.bing.com/search?q=renew+florida+license+online&qs=n&form=QBLH&sp=-1&pq=renew+florida+license+online&sc=7-28&sk=&cvid=6A94259D11E1F46A2BBD4D5dD6LCAB09GD

All   Images   Videos   Maps   News   Shopping   :   My saves

## Select one to refine your search

nursing   business   real estate   insurance

### Renew Florida License Online | FL DMV Driver License Renewal
http://floridadriverslicenses.org/drivers-license-renewal • ▼
→↑ Florida Drivers License Renewal Information  Resources and Information you need
You have previously renewed your Florida drivers license online  by phone or by mail
FloridaDriversLicenses.org has been visited by 10K+ users in the past month
Online Service Guide   Registrations & Renewals   Mobile/Tablet Friendly   Equal Skills Assessment

**Drivers License Renewal**            **Florida Change of Address**
Florida License Renewal Info              Florida Address Change Info
With Online Assistance  Contact Us!       Contact Us for More Information

**Replace Your License**                 **DMV Car Registration**
How To Replace Your Drivers License       Registrations: Renewals & More
Online Resources & Information            DMV Car Registration Information

To renew your FL driver's license online, visit the Florida GoRenew
Online System and enter your:

• FL driver's license number (including the form number on the back).

• Date of birth.

• Last 4 digits of your Social Security number (SSN).

• Credit card number for the $48 renewal fee.

**Florida DHSMV Driver's License Renewal | DMV.ORG**
www.dmv.org/fl-florida/renew-license.php

Is this answer helpful?  👍 👎

PEOPLE ALSO ASK

How to renew an Illinois driver license?

PX3 Dr. Michelle Mazurek
Attachment 10, Page 7
https://www.bing.com/a/dkT6en43Vc2eMWZ6C7hAmZ4wIoJJJVLCLszfMdqjyW_7Zgxm0J1Yvmz5xZoZHvpvt2bvbMVbMdMf5eg7ZgwFZ7zuFaWcwWjXCqehEOS-LSZHe4n-d1DDsgt

THIS PRODUCT OR SERVICE HAS NOT BEEN APPROVED OR ENDORSED BY ANY GOVERNMENTAL AGENCY

floridadriverslicenses.org
Your source for Florida drivers information

Notice: Driver license changes and applications must be processed at an official DMV location or website. This website provides links to official DMV services which may be free of charge as well as third-party application assistance services and products that charge a fee. Application assistance value added services are designed to better prepare you and help save you time for many DMV-related services. They provide personalized information, customer support, additional vehicle related products and where possible, document preparation. The information on this site is not guaranteed to be correct, complete or up-to-date

| Licenses & ID | Vehicle Registration | Titles & Plates | Tests & Manuals | Reports & Records | Commercial Drivers | Insurance Center | Vehicle Services | Traffic & Safety Laws | Sell Books |

[Search]

## How To Renew Your Florida Drivers License

Do you need to renew your Florida drivers license? We've collected helpful information to assist you with everything you need to renew a drivers license in Florida. Select from the options below to get started

### 1: Get Started with Online Application Assistance

Application assistance services can simplify the process for many DMV related services for a fee including: renewing your license, applying for a license, registering a vehicle, replacing your license, changing your address and more. In addition to assistance in preparing **official forms**, the value added services and products you will receive include a comprehensive Easy Guide™ containing information relevant to your service needs. 30 days of both emergency Roadside Assistance and the Repair Assist consultation service from Road America. Other benefits include an ongoing monthly newsletter and a quarterly magazine covering important updates that affect drivers, important safety tips, trends, legislative updates and ways to save money on vehicle-related services

**Featured Resources**

Sponsored Ads

**Application Assistance Services**

- Download comprehensive checklists, tips and resources to guide you with DMV related services

**Visit the DMV**

- Find the State of Florida DMV location closest to you, or for free forms visit the official government website.

**Additional Resources**

 Renew Your Drivers License

 Renew Your Vehicle Registration

 Replace Your Car Title

 Commercial Drivers License

 Get your Motorcycle License

 Access Your Driving Record

 How To Save on Auto Insurance



PX31 Michele Mazurek
Attachment 10, Page 8

Licenseguides.Org is in no way in fashion affiliated with any federal or local governmental agency or offices.

HOME    LOCATIONS    ROAD GUIDE™    OFFICIAL FORMS    STATE INFO    ABOUT US

● LICENSE GUIDES

## OBTAIN YOUR ROAD GUIDE

Welcome to **licenseguides.org**, your comprehensive resource for all you driver license-related services. The services we provide are available for free in the official sites or local offices. You can purchase for $23.98 and download our comprehensive guide and resources, which contains vital information in order to perform any DMV service and also included is the Roadside Assistant Program and other benefits including official forms and helpful checklists. By clicking continue I represent that I am 18+ years of age. I agree to receive email newsletters and offers targeted to my interests, sent by licenseguides.org and their Marketing Partners. Please fill out form below to get the process started.

## ↻ Renew Drivers License In Florida

By law, drivers must renew their driving licenses in the state of Florida upon expiration. **Driving a motor vehicle without a valid driver's license is illegal in Florida, as is driving with expired credentials.** Drivers who opt not to renew their licenses can be ticketed and fined by law enforcement, and may even face jail sentences. To aid in the task, our detailed guide lists all of the most important information surrounding driver's license renewals, so you can ensure the recurring process is handled in a timely manner.

In Florida, you can choose to renew your driver's license in a variety of ways. However, there are time guidelines in place surrounding the option selected. Generally driver's licenses can be renewed up to 18 months prior to expiration. If you do not renew your driver's license on or by the expiration date, you must pay delinquent fees when a renewal is finally processed. Our trustworthy guide outlines all the steps necessary in order to renew a Florida driver's license efficiently and on time, so you know all of the requirements associated with the process and never miss a driver's license renewal date.



STEP 2 OF 3

## ❶ VERIFY YOUR INFORMATION

First Name *                    Last Name *

Email Address *

Zip *

[ CONTINUE >> ]

🔒 SSL Encryption    ✅ VERIFIED & SECURED



How to get a new driver's license or learner's permit

Driver's license renewal process

How to replace a lost or stolen driver license

How to update your driver's license

New car registration and car title process

How to reinstate your driver's license

TERMS AND CONDITIONS    |    PRIVACY STATEMENT    |    CONTACT US    |    MONEY BACK GUARANTEE    |    INTERNATIONAL CUSTOMERS    |    SITEMAP

Copyright © Licenseguides.org All Rights Reserved

Attachment 10, Page 9

licenseguides.org is a privately owned website and is not affiliated with any government agencies. The services we provide are available for free in the official sites or local offices. You can purchase for $23.98 and download our guide and resources, which contains vital information in order to perform any DMV service and receive a free $25 gas rebate, the Roadside Assistant Program & other benefits including official forms and checklists. By clicking continue I represent that I am 18+ years of age. I agree to receive email newsletters and offers targeted to my interests, sent by licenseguides.org and their Marketing Partners. By continuing to use our site, you accept our Terms and Conditions and Privacy Policy.

licenseguides.org is in no way or fashion affiliated with any federal or local governmental agency or offices.

**LICENSE GUIDES**

HOME LOCATIONS ROAD GUIDE™ OFFICIAL FORMS STATE INFO ABOUT US

## OBTAIN YOUR ROAD GUIDE

Welcome to **licenseguides.org**, your comprehensive resource for all you driver license-related services. The services we provide are available for free in the official sites or local offices. You can purchase for $23.98 and download our comprehensive guide and resources, which contains vital information in order to perform any DMV service and also included is the Roadside Assistant Program and other benefits including official forms and helpful checklists. By clicking continue I represent that I am 18+ years of age. I agree to receive email newsletters and offers targeted to my interests, sent by licenseguides.org and their Marketing Partners. Please fill out form below to get the process started

### SELECT A SERVICE

Florida

| | |
|---|---|
| How to get a new driver's license or learner's permit | Driver's license renewal process |

### PERSONAL INFORMATION

First Name*

Last Name*

Billing Address*

Apt #/ Suite

Street Address

Birth Date*

Month   Day   Year

City*

State*

Email Address*

Zip*

Phone Number*

Gender*

Select

**CONTINUE >>**

VISA

How to replace a lost or stolen driver license

How to update your driver's license

New car registration and car title process

How to reinstate your driver's license

licenseguides.org is a privately owned website and it is not affiliated with any government agencies. The services we provide are available for free in the official sites or local offices. You can purchase for $23.98 and download our guide and resources, which contains vital information in order to perform any DMV service and receive a free $25 gas rebate, the Roadside Assistant Program & other benefits including official forms and checklists. By clicking continue I represent that I am 18+ years of age. I agree to receive email newsletters and offers targeted to my interests, sent by licenseguides.org and their Marketing Partners. By continuing to use our site, you accept our Terms and Conditions and Privacy Policy.

TERMS AND CONDITIONS  |  PRIVACY STATEMENT  |  CONTACT US  |  MONEY BACK GUARANTEE  |  INTERNATIONAL CUSTOMERS  |  SITEMAP

Copyright © LicenseGuides. All Rights Reserved
Attachment 10 Page 10

Licenseguides.Org is in no way or fashion affiliated with any federal or local governmental agency or offices.

**LICENSE GUIDES**

HOME | LOCATIONS | ROAD GUIDE™ | OFFICIAL FORMS | STATE INFO | ABOUT US

## IMPORTANT NOTICE (UPDATED 01/18/17)

Please click "continue" to proceed and agree to the following:

By using the licenseguides.org website (the "Site"), you agree to follow and be bound by these terms and conditions of use (the "Terms and Conditions") and agree to comply with all applicable laws and regulations.

If you have any questions about our terms, please refer to the complete terms of service page or contact admin@licenseguides.org. You agree that the Site is privately owned and is neither operated by, nor affiliated with, any government agency. You agree that the Site is not a law firm, nor can the Site provide any kind of legal or professional advice. The Site provides helpful, time-saving information and downloads as a private value-add to services offered by the Department of Motor Vehicles. You agree that, by entering into this Agreement, you and the Site are each waiving the right to a trial by jury or to participate in a class action.

LICENSEGUIDES.ORG provides an online portal to give visitors a general understanding of the driver license registration process and to provide an automated software solution to individuals who choose to complete the form(s) on our Site using the licenseguides.org developed form(s), where applicable. The resources the Site offers includes the Easy Guide™, an organized collection of in-depth content, tips and directories about a plethora of driver-vehicle and DMV based content and downloads specific to your state and needs. Where applicable, the Site includes pre-populated forms, as well as links to DMV manuals, DMV locations, practice tests, study guides.

**CONTINUE**

TERMS AND CONDITIONS | PRIVACY STATEMENT | CONTACT US | MONEY BACK GUARANTEE | INTERNATIONAL CUSTOMERS | SITEMAP

Copyright © License Guides 2019 All Rights Reserved

PX3 Dr - Michelle Mazurek
Attachment 10, Page 11




licenseguides.org

https://licenseguides.org/billing.html

LicenseGuides.Org is in no way or fashion affiliated with any federal or local governmental agency or offices

LICENSE GUIDES

SSL Encryption 100% PROTECTION VERIFIED & SECURED

## Order Details

First Name: [redacted]

Last Name: [redacted]

Email: [redacted]

Primary Phone: [redacted]

Address [redacted]

Welcome to licenseguides.org. Discover all you need to know about driver license services on our convenient and comprehensive website. Find out how to apply for a new driver's license, replace a lost or damaged license, as well as how to update your credentials on your driver's license with a new name or address. Also, learn how to reinstate suspended drivers licenses after committing serious offenses. Regardless of your driving license information needs, our website has you covered. The comprehensive Road Guide and detailed checklists have all of the above information and even more, to ensure that you are prepared for any driver license procedure.

We provide helpful, time-saving information and downloads as a private value-add to motor vehicle services. This includes numerous resources, helpful checklists and important information for a fee of $23.98 to assist you completing the process today. By clicking 'Continue' and using the licenseguides.org website, you agree to follow and be bound by these Terms & Conditions and consent to our Privacy Policy. This site is privately owned and is neither operated by nor affiliated with any government agency. Contact phone number 855-333-7050

## Billing Information

For expedited processing of our products, we recommend debit card usage

[redacted] [redacted]

Credit Card Number

16-Digit Number

Expiration Date:

MM YYYY

CVV Security Code:

CVV

Billing Zip Code:

[redacted]

**Support Mothers Against Drunk Driving**

Help make roads safer. Select a donation amount below.

○ $1 ○ $3 ○ $5 ◉ No, thanks

Submit

VISA

TERMS AND CONDITIONS | PRIVACY STATEMENT | CONTACT US | MONEY BACK GUARANTEE | INTERNATIONAL CUSTOMERS | SITEMAP

Copyright © License Guides 2019 All Rights Reserved

PX3 Dr. Michelle Mazurek
Attachment 10, Page 12

⬤ LICENSE GUIDES

HOME     LOCATIONS     ROAD GUIDE™     OFFICIAL FORMS     STATE INFO     ABOUT US

Licenseguides.Org is in no way or fashion affiliated with any federal or local governmental agency or offices.

## OBTAIN YOUR ROAD GUIDE

Your **Road Guide** can be download now below and we have also sent it to the email you provided along with other great benefits such as the $25 gas coupon. *Please Note: this email may be delivered to your Spam folder depending on your email service provider*

We have also provided other great resources for you below such as the DMV office locator, driver tips, and a handy audiobook.

DOWNLOAD

| Your Road Guide is ready for download | Use Code DMV20 to get 20% off at AdvanceAutoParts.com | Redeem your FREE 60 day trial of Roadside Assistance now! | Driver tips and resources handbook | Find the DMV Office nearest you |

DOWNLOAD NOW     REDEEM NOW     REDEEM NOW     DOWNLOAD NOW     CLICK HERE TO SEARCH

TERMS AND CONDITIONS   |   PRIVACY STATEMENT   |   CONTACT US   |   MONEY BACK GUARANTEE   |   INTERNATIONAL CUSTOMERS   |   SITEMAP

Copyright © License Guides 2019 All Rights Reserved

PX3 Dr. Michelle Mazurek
Attachment 10  Page 13



This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information.

Food-Stamps.com

HOME | GET STARTED | RESOURCES | STATES | SEARCH 🔍

## Welcome to Food-Stamps.com



Food-Stamps.com helps low-income Americans find, understand and apply for Government assistance programs. We request your email so we can email you our Comprehensive Guide, we also ask a few personal questions so we can customize the third party offers and advertisements, we believe can assist you, to your specific situation. Use our Comprehensive Guide to learn more about what programs you may be eligible for and how to apply for each program. Our service is totally FREE of charge. Please read our T&C in order to learn more about our data policy. Feel free to Contact Us if you have any questions

Home

### Find Out If You Are Eligible For The Food Stamps Program With Our Guide By Completing Your Information Below



First Name

Last Name

Email

Zip

By clicking continue I agree to the Privacy Policy and Terms and Conditions

## Welcome to Food-Stamps.com

To get started with the a food stamp program an applicant can apply online by using their states specific website.

It's important to understand that the application to participate in Food Stamps represents a household, and one member of the family must sign the document under threat of perjury to ensure the information is not false. Personal contact information, situation, and explanation of need will all be required to ensure eligibility......

Read More »

### Resources

❯ Appeals
❯ Income Limits
❯ Do I Qualify?

### Additional Resources

❯ EBT Card
❯ Welfare Program?
❯ SNAP Program?
❯ TANF Program?
❯ WIC Program?

©2019 Food-Stamps.com All right reserved   Terms Of Use   Privacy Policy   Marketing Partners   Contact Us

This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information.

← → C 🔒 food-stamps.com

This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information.

🏢 Food-Stamps.com    HOME  |  GET STARTED  |  RESOURCES  |  STATUS  |  SEARCH 🔍

# Welcome to Food-Stamps.com



Food-Stamps.com helps low-income Americans find, understand and apply for Government assistance programs. We request your email so we can email you our Comprehensive Guide, we also ask a few personal questions so we can customize the third party offers and advertisements, we believe can assist you, to your specific situation. Use our Comprehensive Guide to learn more about what programs you may be eligible for and how to apply for each program. Our service is totally FREE of charge. Please read our T&C in order to learn more about our data policy. Feel free to Contact Us if you have any questions.

## Confirm Your Address to Verify Eligibility

**Please confirm your information:**

©2019 Food-Stamps.com All right reserved    Terms Of Use    Privacy Policy    Marketing Partners    Contact Us

This site is privately owned and is neither affiliated with, nor operated by, nor operated by any government agency. We provide time saving information.

PX3 Dr. Michele Mazurek
Attachment 10, Page 16

food-stamps.com

This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information

Food-Stamps.com

HOME | GET STARTED | RESOURCES | STATES | SEARCH

# Welcome to Food-Stamps.com



Food-Stamps.com helps low-income Americans find, understand and apply for Government assistance programs. We request your email so we can email you our Comprehensive Guide, we also ask a few personal questions so we can customize the third party offers and advertisements, we believe can assist you to your specific situation. Use our Comprehensive Guide to learn more about what programs you may be eligible for and how to apply for each program. Our service is totally FREE of charge. Please read our T&C in order to learn more about our data policy. Feel free to Contact Us if you have any questions.

## What is your contact phone number?

☐ Please check the box to continue. By clicking 'Continue', I am providing express written consent via electronic signature for food-stamps.com and our **MARKETING PARTNERS** to contact me at the number provided above via telephone or text (including through automated means, e.g. automatic telephone dialing system, text and pre-recorded messaging) about various products, services and related marketing/remarketing offers. I understand that message and data rates may apply. I am authorizing these parties to contact me even if my telephone number is currently listed on any state, federal, local or corporate Do Not Call lists and registries. I understand that my consent is not a condition of purchase and repurchase is necessary. If you choose not to continue, you will still receive your free guide by email shortly.

©2019 Food-Stamps.com All right reserved        Terms Of Use        Privacy Policy        Marketing Partners        Contact Us

This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information

PX5 Dr. Michelle Mazurek
Attachment 10, Page 17

food-stamps.com

This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information.

🏛 Food-Stamps.com

HOME | GET STARTED | RESOURCES | STATUS | SEARCH 🔍

## Welcome to Food-Stamps.com



Food-Stamps.com helps low-income Americans find, understand and apply for Government assistance programs. We request your email so we can email you our Comprehensive Guide. We also screen a few personal questions so we can customize the third party offers and advertisements, we believe can assist you to your specific situation. Use our Comprehensive Guide to learn more about what programs you may be eligible for and how to apply for each program. Our service is totally FREE of charge. Please read our T&C in order to learn more about our data policy. Feel free to Contact Us if you have any questions

### What is your contact phone number?

Please check the box to continue. By clicking 'Continue', I am providing express signature for food-stamps.com and our **Marketing Partners** provided above via telephone or text (including automatic telephone dialing system, text and pre-

☐ Please check this box if you want to proceed. recorded messages about various products, services and related marketing or remarketing offers. I understand that message and data rates may apply. I am authorizing these parties to contact me even if my telephone number is currently listed on any state, federal, local or corporate Do Not Call lists and registries. I understand that my consent is not a condition of purchase and no purchase is necessary. If you choose not to continue, you will still receive your free guide by email shortly.

©2019 Food-Stamps.com All right reserved | Terms Of Use | Privacy Policy | Marketing Partners | Contact Us

This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information.

PX-LD - Michelle Mazerik
Attachment 10, Page 18

food-stamps.com

This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information

Food-Stamps.com

HOME | GET STARTED | RESOURCES | STATES | SEARCH 🔍

## Welcome to Food-Stamps.com



Food-Stamps.com helps low-income Americans find, understand and apply for Government assistance programs. We request your email so we can email you our Comprehensive Guide. we also ask a few personal questions so we can customize the third party offers and advertisements, we believe can assist you, to your specific situation. Use our Comprehensive Guide to learn more about what programs you may be eligible for and how to apply for each program. Our service is totally FREE of charge. Please read our T&C in order to learn more about our data policy. Feel free to Contact Us if you have any questions

**What is your date of birth and gender?**

Female

©2019 Food-Stamps.com All right reserved   Terms Of Use   Privacy Policy   Marketing Partners   Contact Us

This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information

PX15 Dr. Michelle Mazurek
Attachment 10, Page 19

This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information.

🏠 Food-Stamps.com

HOME | GET STARTED | RESOURCES | STATUS | SEARCH 🔍

# Welcome to Food-Stamps.com



Food-Stamps.com helps low-income Americans find, understand and apply for Government assistance programs. We request your email so we can email you our Comprehensive Guide -we also ask a few personal questions so we can customize the third party offers and advertisements. we believe can assist you, to your specific situation. Use our Comprehensive Guide to learn more about what programs you may be eligible for and how to apply for each program. Our service is totally FREE of charge. Please read our T&C in order to learn more about our data policy. Feel free to Contact Us if you have any questions

## Confirm Your Eligibility

### What is your current employment status?

©2019 Food-Stamps.com All right reserved     Terms Of Use     Privacy Policy     Marketing Partners     Contact Us

This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information.

PX1 Dr. Michelle Mazuwek
Attachment 10, Page 20

← → C ⟳ 🔒 food-stamps.com

This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information

🏛 Food-Stamps.com    HOME  |  GET STARTED  |  RESOURCES  |  STATUS  |  SEARCH  🔍

# Welcome to Food-Stamps.com

Food-Stamps.com helps low-income Americans find, understand and apply for Government assistance programs. We request your email so we can email you our Comprehensive Guide, we also ask a few personal questions so we can customize the third party offers and advertisements, we believe can assist you, to your specific situation. Use our Comprehensive Guide to learn more about what programs you may be eligible for and how to apply for each program. Our service is totally FREE of charge. Please read our T&C in order to learn more about our data policy. Feel free to Contact Us if you have any questions

## Confirm Your Eligibility

### Which best describes your Health Insurance coverage?



©2019 Food-Stamps.com All right reserved    Terms Of Use    Privacy Policy    Marketing Partners    Contact Us

This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information

PX1 Dr. Michelle Mazurek
Attachment 10, Page 21

This site is privately owned and is neither affiliated with, nor operated by, nor endorsed by any government agency. We provide time saving information

Food-Stamps.com

HOME | GET STARTED | RESOURCES | STATUS | SEARCH Q

# Welcome to Food-Stamps.com

Food-Stamps.com helps low-income Americans find, understand and apply for Government assistance programs. We request your email so we can email you our Comprehensive Guide. We also ask a few personal questions so we can customize the third party offers and advertisements we believe can assist you, to your specific situation. Use our Comprehensive Guide to learn more about what programs you may be eligible for and how to apply for each program. Our service is totally FREE of charge. Please read our T&C in order to learn more about our data policy. Feel free to Contact Us if you have any questions

## Confirm Your Eligibility

**Do you suffer from any of these ailments? Check all that apply.**

( ) **Asthma**

( ) **Back or Joint Pain**

( ) **Dermatitis, Psoriasis or Eczema**

( ) **Diabetes**

( ) **No, I Don't**

©2019 Food Stamps.com All right reserved

Terms Of Use | Privacy Policy | Marketing Partners | Contact Us

This site is privately owned and is neither affiliated with, nor operated by, nor endorsed by any government agency. We provide time saving information

PX1 Dr. Michelle Mazurek
Attachment 10, Page 22

This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information

🗒 Food-Stamps.com          HOME  |  GET STARTED  |  RESOURCES  |  STATES  |  SEARCH  🔍

# Welcome to Food-Stamps.com

Food-Stamps.com helps low-income Americans find, understand and apply for Government assistance programs. We request your email so we can email you our Comprehensive Guide; we also ask a few personal questions so we can customize the third party offers and advertisements; we believe can assist you, to your specific situation. Use our Comprehensive Guide to learn more about what programs you may be eligible for and how to apply for each program. Our service is totally FREE of charge. Please read our T&C in order to learn more about our data policy. Feel free to Contact Us if you have any questions.

## Confirm Your Eligibility

If you or a loved one has suffered injuries, you can participate in a class action lawsuit. Check all that apply and turn injuries into the cash you deserve.

- Hernia Mesh Implant

- Ovarian Cancer after Talcum Powder use

- Non-Hodgkins Lymphoma after using RoundUp

- None of the Above

©2019 Food-Stamps.com. All right reserved          Terms Of Use     Privacy Policy     Marketing Partners     Contact Us

This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information

PX3 Dr. Michelle Mazurek
Attachment 10, Page 23

food-stamps.com

This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information

⊞ Food-Stamps.com    HOME | GET STARTED | RESOURCES | STATES | SEARCH 🔍

# Welcome to Food-Stamps.com



Food-Stamps.com helps low-income Americans find understand and apply for Government assistance programs. We request your email so we can email you our Comprehensive Guide, we also ask a few personal questions so we can customize the third party offers and advertisements, we believe can assist you to your specific situation. Use our Comprehensive Guide to learn more about what programs you may be eligible for and how to apply for each program. Our service is totally FREE of charge. Please read our T&C in order to learn more about our data policy. Feel free to Contact Us if you have any questions.

## Confirm Your Eligibility

### What is your annual household income?

©2019 Food-Stamps.com All right reserved    Terms Of Use    Privacy Policy    Marketing Partners    Contact Us

This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information.

PX3 Dr. Michelle Mazevek
Attachment 10, Page 24

This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information

食 Food-Stamps.com

HOME | GET STARTED | RESOURCES | STATUS | SEARCH ⚲

# Welcome to Food-Stamps.com

Food-Stamps.com helps low-income Americans find, understand and apply for Government assistance programs. We request your email so we can email you our Comprehensive Guide, we also ask a few personal questions so we can customize the third party offers and advertisements, we believe can assist you to your specific situation. Use our Comprehensive Guide to learn more about what programs you may be eligible for and how to apply for each program. Our service is totally FREE of charge. Please read our T&C in order to learn more about our data policy. Feel free to Contact Us if you have any questions.

**Confirm Your Eligibility**

**Do you have an active checking account?**

No

©2019 Food-Stamps.com All right reserved

Terms Of Use     Privacy Policy     Marketing Partners     Contact Us

This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information

PX ID- Michelle Mazurek
Attachment 10, Page 25

food-stamps.com

This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information

Food-Stamps.com

HOME | GET STARTED | RESOURCES | STATUS | SEARCH

## Welcome to Food-Stamps.com



Food-Stamps.com helps low-income Americans find, understand and apply for Government assistance programs. We request your email so we can email you our Comprehensive Guide, we also ask a few personal questions so we can customize the third party offers and advertisements, we believe can assist you to your specific situation. Use our Comprehensive Guide to learn more about what programs you may be eligible for and how to apply for each program. Our service is totally FREE of charge. Please read our T&C in order to learn more about our data policy. Feel free to Contact Us if you have any questions

### Confirm Your Eligibility

**How much credit card debt do you have?**

©2014 Food-Stamps.com All right reserved

Terms Of Use | Privacy Policy | Marketing Partners | Contact Us

This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information

FXLD: Michelle Mazurek
Attachment 10, Page 26

food-stamps.com

This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by, any government agency. We provide time saving information

🏛 Food-Stamps.com

HOME | GET STARTED | RESOURCES | STATES | SEARCH 🔍

# Welcome to Food-Stamps.com

Food-Stamps.com helps low-income Americans find, understand and apply for Government assistance programs. We request your email so we can email you our Comprehensive Guide, we also ask a few personal questions so we can customize the third party offers and advertisements, we believe can assist you to your specific situation. Use our Comprehensive Guide to learn more about what programs you may be eligible for and how to apply for each program. Our service is totally FREE of charge. Please read our T&C in order to learn more about our data policy. Feel free to Contact Us if you have any questions

## Confirm Your Eligibility

### Are you interested in improving your credit score?

No

© 2019 Food-Stamps.com All right reserved

Terms Of Use   Privacy Policy   Marketing Partners   Contact Us

This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information

PX1 Dr. Michelle Mazurek
Attachment 10, Page 27

food-stamps.com

This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information

Food-Stamps.com

HOME | GET STARTED | RESOURCES | STATES | SEARCH

# Welcome to Food-Stamps.com



Food-Stamps.com helps low-income Americans find, understand and apply for Government assistance programs. We request your email so we can email you our Comprehensive Guide; we also ask a few personal questions so we can customize the third party offers and advertisements, we believe can assist you to your specific situation. Use our Comprehensive Guide to learn more about what programs you may be eligible for and how to apply for each program. Our service is totally FREE of charge. Please read our T&C in order to learn more about our data policy. Feel free to Contact Us if you have any questions

## Confirm Your Eligibility

### Are you a Veteran?

No

©2019 Food-Stamps.com All right reserved      Terms Of Use      Privacy Policy      Marketing Partners      Contact Us

This site is privately owned and is neither affiliated with, nor operated by any government agency. We provide time saving information.

PX-D - Michelle Mazurek
Attachment 10, Page 28

This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information

Food-Stamps.com

HOME | GET STARTED | RESOURCES | STATES | SEARCH

# Welcome to Food-Stamps.com



Food-Stamps.com helps low-income Americans find, understand and apply for Government assistance programs. We request your email so we can email you our Comprehensive Guide. we also ask a few personal questions so we can customize the third party offers and advertisements, we believe can assist you. to your specific situation. Use our Comprehensive Guide to learn more about what programs you may be eligible for and how to apply for each program. Our service is totally FREE of charge. Please read our T&C in order to learn more about our data policy. Feel free to Contact Us if you have any questions.

## Confirm Your Eligibility

### Job Search
To be eligible for certain benefits you must be actively looking for work. Please enter the job type you are looking for (Example: Cashier) and select Yes to receive daily job updates in your area from Zip Recruiter.

Job Type

No

©2019 Food-Stamps.com All right reserved       Terms Of Use       Privacy Policy       Marketing Partners       Contact Us

The site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information

PX1 Dr. Michelle Mazurek
Attachment 10, Page 29

This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information

🏠 Food-Stamps.com    HOME | GET STARTED | RESOURCES | STATUS | SEARCH | 🔍

# Welcome to Food-Stamps.com

Food-Stamps.com helps low-income Americans find, understand and apply for Government assistance programs. We request your email so we can email you our Comprehensive Guide. We also ask a few personal questions so we can customize the third party offers and advertisements. we believe can assist you. to your specific situation. Use our Comprehensive Guide to learn more about what programs you may be eligible for and how to apply for each program. Our service is totally FREE of charge. Please read our T&C In order to learn more about our data policy. Feel free to Contact Us if you have any questions

## Confirm Your Eligibility

**Do you want a Visa® Prepaid Card?**

Getting a Prepaid Visa® is a great choice for anyone getting benefits.
Just click Yes below.

No

❶

©2019 Food-Stamps.com All right reserved    Terms Of Use    Privacy Policy    Marketing Partners    Contact Us

This site is privately owned and is neither affiliated with, nor operated by, nor operated by any government agency. We provide time saving information

PX-D - Michelle Mazurek
Attachment 10, Page 30

This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information.

🍴 Food-Stamps.com

HOME | GET STARTED | RESOURCES | STATES | SEARCH | 🔍

# Welcome to Food-Stamps.com



Food-Stamps.com helps low-income Americans find, understand and apply for Government assistance programs. We request your email so we can email you our Comprehensive Guide. We also ask a few personal questions so we can customize the third party offers and advertisements, we believe can assist you, to your specific situation. Use our Comprehensive Guide to learn more about what programs you may be eligible for and how to apply for each program. Our service is totally FREE of charge. Please read our T&C in order to learn more about our data policy. Feel free to Contact Us if you have any questions.

## Confirm Your Eligibility

### Low Income Medical Help

Do you earn less than 32K per year? Find medical help for low-income families. Click "Yes" to learn more.

No

©2019 Food-Stamps.com All right reserved

Terms Of Use   Privacy Policy   Marketing Partners   Contact Us

This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information.

PX1 Dr. Michelle Mazурек
Attachment 10, Page 31

This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information

🏠 Food-Stamps.com

HOME | GET STARTED | RESOURCES | STATUS | SEARCH 🔍

# Welcome to Food-Stamps.com



Food-Stamps.com helps low-income Americans find, understand and apply for Government assistance programs. We request you email so we can email you our Comprehensive Guide. we also ask a few personal questions so we can customize the third party offers and advertisements. we believe can assist you. to your specific situation. Use our Comprehensive Guide to learn more about what programs you may be eligible for and how to apply for each program. Our service is totally FREE of charge. Please read our T&C in order to learn more about our data policy. Feel free to Contact Us if you have any questions

## Confirm Your Eligibility

### Get help paying your bills
Find Relief With FREE Grant Money That Never Has To Be Paid Back!

No

©2019 Food-Stamps.com All right reserved

Terms Of Use   Privacy Policy   Marketing Partners   Contact Us 📞

This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information

PX Dr. Michelle Mazuera
Attachment 10, Page 32

This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information

Food-Stamps.com   HOME | GET STARTED | RESOURCES | STATES | SEARCH 🔍

# Welcome to Food-Stamps.com



Food-Stamps.com helps low-income Americans find, understand and apply for Government assistance programs. We request your email so we can email you our Comprehensive Guide, we also ask a few personal questions so we can customize the third party offers and advertisements, we believe can assist you, to your specific situation. Use our Comprehensive Guide to learn more about what programs you may be eligible for and how to apply for each program. Our service is totally FREE of charge. Please read our T&C in order to learn more about our data policy. Feel free to Contact Us if you have any questions.

## Confirm Your Eligibility

### Learn How to Successfully Apply For Housing Grants
Low income Americans may be eligible for housing assistance. Would you like free information regarding housing assistance?



No

©2019 Food-Stamps.com All right reserved    Terms Of Use    Privacy Policy    Marketing Partners    Contact Us

This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information

PX1 D - Michelle Mazurek
Attachment 10, Page 33

This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information

🏛 Food-Stamps.com       HOME    |    GET STARTED    |    RESOURCES    |    STATES    |    SEARCH 🔍

# Welcome to Food-Stamps.com



Food-Stamps.com helps low-income Americans find, understand and apply for Government assistance programs. We request your email so we can email you our Comprehensive Guide; we also ask a few personal questions so we can customize the third party offers and advertisements, we believe can assist you, to your specific situation. Use our Comprehensive Guide to learn more about what programs you may be eligible for and how to apply for each program. Our service is totally FREE of charge. Please read our T&C in order to learn more about our data policy. Feel free to Contact Us if you have any questions

## Confirm Your Eligibility

**Daily Amazon Card Winners**
Spin the wheel for your chance to win a $250 Amazon Gift Card!
Multiple Winners Daily. Try now.

No

©2019 Food-Stamps.com. All right reserved       Terms Of Use       Privacy Policy       Marketing Partners       Contact Us

This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information

PX19- Mcneba Mazurek
Attachment 10, Page 34

← → C  🔒 food-stamps.com   ☆

This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information

📖 Food-Stamps.com        HOME  |  GET STARTED  |  RESOURCES  |  STATUS  |  SEARCH  🔍

# Welcome to Food-Stamps.com



Food-Stamps.com helps low-income Americans find, understand and apply for Government assistance programs. We request your email so we can email you our Comprehensive Guide, we also ask a few personal questions so we can customize the third party offers and advertisements, we believe can assist you, to your specific situation. Use our Comprehensive Guide to learn more about what programs you may be eligible for and how to apply for each program. Our service is totally FREE of charge. Please read our T&C in order to learn more about our data policy. Feel free to Contact Us if you have any questions.

## Confirm Your Eligibility

### Free Product Samples Shipped To You!

Sign up to get free product samples from major brands. No credit card required and Zero Obligation. Would you like to get free samples?

No

©2019 Food-Stamps.com All right reserved

Terms Of Use    Privacy Policy    Marketing Partners    Contact Us

❶

This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information

PX5 Dr. Michele Macurek
Attachment 10, Page 35

This site is privately owned and is neither affiliated with, nor endorsed by any government agency. We provide time saving information

▣ Food-Stamps.com

HOME | GET STARTED | RESOURCES | STATES | SEARCH Q

## Welcome to Food-Stamps.com



Food-Stamps.com helps low-income Americans find, understand and apply for Government assistance programs. We request your email so we can email you our Comprehensive Guide; we also ask a few personal questions so we can customize the third party offers and advertisements, we believe can assist you, to your specific situation. Use our Comprehensive Guide to learn more about what programs you may be eligible for and how to apply for each program. Our service is totally FREE of charge. Please read our T&C in order to learn more about our data policy. Feel free to Contact Us if you have any questions.

**Confirm Your Eligibility**

**Your Free Guide Is Ready**

©2019 Food-Stamps.com All right reserved

Terms Of Use     Privacy Policy     Marketing Partners     Contact Us

This site is privately owned and is neither affiliated with, nor endorsed by, nor operated by any government agency. We provide time saving information

PX Ex. Michelle Maqueck
Attachment 10, Page 36





# SECTION 8 HOUSING

## Section 8 Housing Guide
### Housing Voucher Program

cdn-foodstampsinformation.com.s3.amazonaws.com/pdf/section-8-housing-guide.pdf



# Section 8 Housing Assistance

Step 1 of 2

## SELECT THE SERVICE YOU ARE LOOKING FOR

We have helped 224,592 Section 8 recipients

Section 8 housing in the US has been assisting Americans with their housing needs since 1937. The low-income housing program was designed with the knowledge that housing is a foundation for living a healthy and productive life. The local housing authorities working with HUD currently offers low-income house rental assistance for approximately 4.8 million Americans who are living within mandated poverty levels. Any resident of the United States can apply for Section 8, and if accepted into the program, will be given vouchers that can be used toward paying for their low-income House rentals, or apartments, as long as he or she agrees to comply with the guidelines set forth by HUD and the local housing authority.

Section 8 eligibility is determined by many factors, including income. How many members are in the household, citizenship status, criminal history and rental history. If any of these areas show discrepancies, or suggest irresponsible or troubling behavior by the applicant, or anyone in their family, the applicant may be denied benefits.

What are the qualifications for low-income housing? In all areas of the US the median family income is used to determine an applicant's eligibility. Section 8 eligibility stipulates that the applicant falls into the 80 percent or less of the area's median salary range. Very low-income limits will be set at the 50 percent of median income, while extremely low-income limits fall into the 30 percent range. Those Section 8 housing applicants who fall into the lower categories are assigned greater priority. Many applicants wonder, "Do I qualify for Section 8 housing?" when viewing the criteria for eligibility. While no one factor will deny an applicant Section 8 benefits, having a less than satisfactory rental history, or a criminal record involving serious crimes, will severely limit the applicant's ability to be accepted. Most Section 8 denials are based on income limits.

The largest proponent of the Section 8 Housing Program in the U.S. is the Housing Choice Voucher program, followed by the project based Section 8 housing program. For each of these programs, applicants will need to meet certain Section 8 eligibility criteria. Section 8 applicants, when qualified for Section 8 housing vouchers, may still face waiting Lists, and in some instances denials. To learn more about Section 8 Housing in the US, refer to the following options:

- Eligibility for Section 8 Housing
- How to Apply for Section 8 Housing
- Learn More About Section 8 Waiting Lists
- What to Do About Section 8 Details

**NEED HELP?**
Let us help you find everything you need to know with our guide

## Select Your State

### State Resources

Eligibility
How To Apply
Waiting Lists
Details

## Additional Resources

**Details About the Section 8 Wait List**
**Lottery**

**Important Information on Section 8**
**Housing Vouchers**

**Learn Section 8 Laws and Exemptions**
**in the US**

**How to Move and Maintain Housing**
**Assistance**

TERMS OF USE | MARKETING PARTNERS | PRIVACY POLICY | CONTACT US | SITEMAP

This is a private company that does not offer any government services. It is not associated or sponsored by any government agency.

SECTION8
APARTMENTS

HOW TO APPLY    ELIGIBILITY    SELECT YOUR STATE    OTHER RESOURCES    FAQ'S



**Find Out If You Are Eligible for the Section 8 Program**

First Name

Last Name

Email

Zip

**Continue ⟩⟩**

By clicking continue I agree to terms and...

# Eligibility for Section 8 Housing

The Section 8 Housing Program is funded by the government, and is run by each state according to its own requirements. The program is intended to help low-income families who need affordable living arrangements. In terms of what qualifies you for Section 8 housing, the most important eligibility prerequisite is the family's gross annual income. Depending on the state, a household's income must be a certain percentage lower than the federal poverty level. Being accepted into the program, however, does not guarantee that a voucher recipient will be able to move into suitable housing right away.

Because the program serves so many families, several states have had to close their waiting lists due to lack of available suitable housing. In some instances, the program requirements include beneficiaries to participate in additional special programs, such as classes or training programs which assist individuals to learn how to achieve financial freedom.

Considering that the Section 8 Housing program was designed for low-income families who are unable to pay rent, eligible households must continuously meet program requirements in order to continue receiving housing aid. Qualifying criteria is also contingent upon how many people live in the applying household, rental history (especially with regards to payment delinquency and eviction), assets and citizenship status. Regarding eligibility for low-income housing, other factors such as drug usage may be taken into consideration. If you are considered eligible, the PHA will determine the amount of payment a household can receive for a Section 8 rental home.

To prove income and owned assets, applicants must provide banks statements and other documents.

Public housing authorities classify families according to their income, these groups consist of extremely low-income, very low-income and low-income. Extremely low-income families earn 30 percent of the median area income, very low-income families earn 50 percent of the median area income and low-income families earn 80 percent of the median area income. Depending on the family size, the family's gross annual income must be lower than the area's median income for a family to be eligible.

To learn more about a certain state's eligibility requirements and other program details, choose from the menu.

**LOOKING FOR ADDITIONAL INFORMATION?**

| Eligibility | ⟩⟩ |
| Benefits | ⟩⟩ |
| How To Apply | ⟩⟩ |
| Details | ⟩⟩ |



**GET IT NOW ⟩⟩**

SSL

## Select Your State

Choose your state ▾

## State Resources

Eligibility

How To Apply

Waiting Lists

Details

## Additional Resources

Details About the Section 8 Wait List Lottery

Important Information on Section 8 Housing Vouchers

Latest Section 8 Laws and Expansions in the US

How to Move and Maintain Housing Assistance

**NEED HELP?**
Let us help you find everything you need to know with our guide

TERMS OF USE | MARKETING PARTNERS| PRIVACY POLICY | CONTACT US| SITEMAP

©2019 Section8Apartments.com
All Rights Reserved.

https://section-8-apartments.org/eligibility

This file is private. Contact a review phrase (ad animal privacy, nor opened by any government agency.)

HOW TO APPLY    ELIGIBILITY    SELECT YOUR STATE    OTHER RESOURCES    FAQ'S

[in] SECTION 8 APARTMENTS

# Section 8 Housing Assistance

SELECT THE SERVICE YOU ARE LOOKING FOR!

We have helped 234,942 Section 8 Recipients.



Section 8 housing in the US has been assisting Americans with their housing needs since 1937. The low income housing program was designed with the knowledge that housing is a foundation for living a healthy and productive life. The local housing authorities working with HUD currently offers low income house rental assistance for approximately 4.8 million Americans who are living within mandated poverty levels. Any resident of the United States can apply for Section 8, and if accepted into the program, will be given vouchers that can be used toward paying for their low income house rentals, or apartments, as long as he or she agrees to comply with the guidelines set forth by HUD and the local housing authority.

Section 8 eligibility is determined by many factors, including income, how many members are in the household, citizenship status, criminal history and rental history. If any of these areas show discrepancies, or suggest irresponsible or troubling behavior by the applicant, or anyone in their family, the applicant may be denied benefits.

What are the qualifications for low-income housing? In all areas of the US the median family income is used to determine an applicant's eligibility. Section 8 eligibility stipulates that the applicant falls into the 80 percent or less of the area's median salary range. Very low income limits will be set at the 50 percent of median income, while extremely low income limits fall into the 30 percent range. Those Section 8 housing applicants who fall into the lower categories are assigned greater priority. Many applicants wonder, "Do I qualify for Section 8 housing?" when viewing the criteria for eligibility. While no one factor will deny an applicant Section 8 benefits, having a less than satisfactory rental history, or a criminal record involving serious crimes, will severely limit the applicant's ability to or accepted. Most Section 8 details are based on income limits.

The largest proponent of the Section 8 Housing Program in the U.S. is the Housing Choice Voucher program, followed by the project based Section 8 housing program. For each of these programs, applicants will need to meet certain Section 8 eligibility criterion. Section 8 applicants, when qualified for Section 8 housing vouchers, may still face waiting lists, and in some instances denials. To learn more about Section 8 Housing in the US, refer to the following options.

- Eligibility for Section 8 Housing
- How to Apply for Section 8 Housing
- Learn More About Section 8 Waiting Lists
- What to Do About Section 8 Denials

NEED HELP?
Let us help you find everything you need to know with our guide.

## Select Your State

[ _____ ]

## State Resources

Eligibility
How To Apply
Waiting Lists
Denials

## Additional Resources

Details About the Section 8 Wait List Lottery

Important Information on Section 8 Housing

Vouchers

Latest Section 8 Laws and Regulations in the US

How to Move and Maintain Section 8 Assistance



§ 8

This is not a property owned by a federal affiliate with or endorsed by any government agency. We provide free survey information.

SECTIONS
APARTMENTS

HOW TO APPLY   ELIGIBILITY   SELECT YOUR STATE   OTHER RESOURCES   FAQ'S

# Eligibility for Section 8 Housing

### Determine If You Are Eligible for Section 8 Housing with Our Guide

First Name*

Last Name*

Email*

Zip*

**Continue**

The Section 8 Housing Program is funded by the government, and is run by each state according to its own requirements. The program is intended to help low-income families who need affordable living arrangements. In terms of what qualifies you for Section 8 housing, the most important eligibility prerequisite is the family's gross annual income. Depending on the state, a household's income must be a certain percentage lower than the federal poverty level. Being accepted into the program, however, does not guarantee that a voucher recipient will be able to move into suitable housing right away. Because the program serves so many families, several states have had to close their waiting lists due to lack of available suitable housing. In some instances, the program requirements include beneficiaries to participate in additional special programs, such as classes or training programs which assist individuals to learn how to achieve financial freedom.

Considering that the Section 8 Housing program was designed for low-income families who are unable to pay rent, eligible households must continuously meet program requirements in order to continue receiving housing aid. Qualifying criteria is also contingent upon how many people live in the applying household, rental history (especially with regards to payment delinquency and evictions), assets and citizenship status. Regarding eligibility for low-income housing, other factors such as drug usage may be taken into consideration. If you are considered eligible, the PHA will determine the amount of payment a household can receive for a Section 8 rental home.

To prove income and owned assets, applicants must provide banks statements and other documents.

Public housing authorities classify families according to their income, these groups consist of extremely low-income, very low-income and low-income. Extremely low-income families earn 30 percent of the median area income, very low-income families earn 50 percent of the median area income and low-income families earn 80 percent of the median area income. Depending on the family size, the family's gross annual income must be lower than the area's median income for a family to be eligible.

To learn more about a certain state's eligibility requirements and other program details, choose from the menu.

## LOOKING FOR ADDITIONAL INFORMATION?

ELIGIBILITY »

BENEFITS »

HOW TO APPLY »

DETAILS »



**GET IT NOW »**

🔒 SSL

## Select Your State

Select a State    ◆

### State Resources

**Eligibility**

**How To Apply**

**Waiting Lists**

**Details**

## Additional Resources

**Details About the Section 8 Wait List Lottery**

**Important Information on Section 8 Housing Vouchers**

**Latest Section 8 Laws and Expansions in the US**

**How to Move and Maintain Housing Assistance**

NEED HELP?
Let us help you find everything you need to know with our guide

TERMS OF USE | MARKETING PARTNERS | PRIVACY POLICY | CONTACT US | SITEMAP

PX70- James Moore
Abshire ETS Appx D

This site is privately owned and is neither affiliated with, or endorsed by any government agency. We provide time saving information.

**[⌂] SECTION8 APARTMENTS**

HOW TO APPLY    ELIGIBILITY    SELECT YOUR STATE    OTHER RESOURCES    FAQ'S

## DETERMINE YOUR ELIGIBILITY

## What is your contact phone number?

Mobile Number*

[                    ]

**Agree & Continue  ›**

By checking this box and clicking the "Agree & Continue" button below, I am providing my express written consent and electronic signature for Section8-apartments.org and our _____ to contact me at the number provided above via telephone or text, including through automated means (e.g. automatic telephone dialing system, text, artificial voice and pre-recorded messaging) about various products and services and related marketing/re-marketing offers. I understand that message and data rates may apply. I am authorizing these parties to contact me even if my telephone number is currently listed on any state, federal, local or corporate Do Not Call lists and registries. I understand that my consent is not required to receive your free guide. If you choose not to continue you will still receive your free guide by email shortly.

TERMS OF USE | MARKETING PARTNERS | PRIVACY POLICY | CONTACT US | SITEMAP

Copyright © _____  All Rights Reserved

PXLD- Michele Mazurek
Attachment 10, Page 44

🔒 SSL    Ⓓ VERIFIED & SECURED

This is a private site and is neither affiliated with nor operated by, nor operated by any government agency.



## Veterans Affairs

# Government Programs for Veterans

We have helped 238,932 with Veteran Benefits

## Veterans Affairs

The US Veterans Affairs (VA) program offers financial and other services to veterans, service members and their families. To be considered eligible for veterans services and benefits, an individual must have served on active duty in the military and been discharged in a manner other than under dishonorable discharge. There are some exceptions to this definition, depending on the circumstances. Veterans assistance programs are administered by the U.S. Department of Veterans Affairs (VA) with the intent to support veterans after they are retired from active service.

The available veterans services range from financial assistance to educational training, depending on the needs of the veteran. The VA financial program was created to benefit veterans who are not able to handle their own finances due to age, injury or disease. Meanwhile, vocational and educational training programs for veterans help former service members find employment by undergoing job training and developing their resumes.

In any case, services available to veterans in the U.S. encompass much more than just the above. Veterans looking to purchase their own house, for instance, can apply for VA home loans. With this housing assistance, the VA guarantees part of the loan so the private lender (such as a bank) can make the loan terms more favorable to the veteran. Also, programs for veterans extend into pensions and disability benefits. Veterans affairs services and benefits include various sorts of counseling. Financial counseling provides advice on monetary matters and can help individuals to develop a financial plan to improve their financial circumstances. Bereavement counseling offers support to those suffering grief after the loss of a loved one. Furthermore, vocational and educational counseling are designed to assist veterans with the transition from active service to the civilian workforce.

Another US Veterans Affairs benefit that vets and servicemembers can enroll in is life insurance – to provide financial security to their families in the event of their passing. In the same vein, available services for veterans can also cover burial and memorial expenses, such as military funeral honors, burial flags and more. The VA may even provide headstones for unmarked graves of eligible veterans.

To learn more about programs for veterans and the services that are available for their families, review the topics below on our site.

- Health Care
- Disability Compensation
- Education and Training
- Employment Services
- Home Loans and Housing Assistance
- Life Insurance
- Pension
- Veterans Benefits for Spouses, Dependents and Survivors

## Resources

Disability Compensation
Education Training
Employment Services
Health Care
Home Loan Assistance
Pension
Veterans Benefits

## Additional Resources

3 Ways Veterans Can Earn Extra Income
Retirement Planning for Veterans
Privatized VA Health Care
Post Service Nutrition and Fitness Tips
Post Service Job Opportunities
The Office of Small & Disadvantaged Business Utilization
Non-Government Veteran Discounts
Non-Government Veteran Benefits
Military ID Cards

Low Cost Home Improvement Tips
Health Care And Housing for Homeless Veterans
Common Health Issues Veterans Face
Guide and Service Dog Programs
Financial Services and Free Tax Preservation
The Benefits of Trees and Meditation
Benefits for Women Veterans
16 Tips for Monthly Savings

GET IT NOW >>

NEED HELP?
Let us help you find everything you need to know in our guide.

TERMS AND CONDITIONS | MARKETING PARTNERS | PRIVACY POLICY | CONTACT US | SITEMAP

This site is privately owned and is neither affiliated with, or endorsed by any government agency. We provide time saving information

Veterans Affairs

Determine If You Are Eligible for Veteran Benefits with Our Guide

First Name*

Last Name*

Email*

Zip*

Continue >

# Discover The Process Of Applying For Home Loans

To apply for VA home loans, veterans will have to go through several different steps. Some of the steps are very similar to the process of applying for a home loan through a bank or private lender However, some VA home loan rules are different, since they apply specifically to veterans or the surviving family members of a veteran. The veterans home loan application takes a little longer to fill out than a standard home loan application, because it requires additional information regarding the veteran's military history. Learn more about how to apply for veterans housing assistance by reading the following sections:

- Veterans Certificate of Eligibility
- Veterans home loan application
- Special grants

## Veterans Certificate of Eligibility

The most unique part of VA home loan rules is the rule regarding the veterans Certificate of Eligibility. The veterans Certificate of Eligibility is a document that proves the veteran meets all of the eligibility requirements to get assistance from the VA. The VA home loan rules require a veteran to have served for a certain amount of time before he or she can get a Certificate of Eligibility. This amount of time varies according to when a military veteran served. Veterans who are trying to apply for VA home loans only need to consider the dates that concern their military service, in order to determine their eligibility. Even with all of the different dates, most of the time served requirements are still the same.

Many of the VA home loan rules simply state the applicant must have served for either 90 total days or 181 continuous days Some service times have shorter requirements for veterans who served in an active combat zone. VA home loan rules are much simpler for applicants who are currently serving in the military, requiring only 90 days of service in order to get a Certificate of Eligibility.

To get a veterans Certificate of Eligibility, veterans need to present some other evidence. Active duty members need to obtain a statement of service signed by a higher-ranking officer. The veterans home loan application requires the full name, social security number, date of birth, date of duty, total time served and name of the commanding officer. Veterans who are not currently serving will need this information from when they did serve. It is possible to request this information by submitting DD form 214.

VA home loan rules are slightly different for surviving spouses of military veterans. Surviving spouses still need the information relating to the veteran, but they have to fill out different forms to get the information. Surviving spouses fill out VA form 26-1817, and they must have the veteran's Social Security number. If the surviving spouse is not receiving Dependency and Indemnity Compensation (DIC) benefits, he or she must fill out VA form 21-534 and have a marriage license and death certificate of the veteran

## Veterans Home Loan Application

The actual veterans home loan application is rather easy to complete and submit. The veteran or surviving spouse can start to apply for veterans housing assistance once they have received the Certificate of Eligibility. The first part of the application asks for very basic information about the applicant, including:

- Full name.
- Social Security number.
- Date of birth.
- Current address.
- Phone number.

Applicants who have submitted a veterans home loan application in the past will have to submit that information, along with the date the last request was submitted. This form might seem sparse, but that is largely because of how much information is already delivered when obtaining the Certificate of Eligibility.

The VA home loan application is available from a few different places. Applicants can print out the application along with any necessary forms from the internet. Another way to get access to the VA home loan application is to visit any VA lender in person. It is also possible to request any forms by mail using VA form 26-1880.

## Special Grants

Candidates can also apply for veterans housing assistance through additional programs that work alongside the base VA housing loan. Since it is a grant and not a loan, veterans who use the Specially Adapted Housing Assistive Technology (SAHAT) program have to respond to a Notice of Funding Availability (NOFA), which is necessary to get any government grant. SAHAT is a program that helps out veterans who have received injuries while serving. Accordingly, applicants will have to submit medical documentation that shows what kind of disability they have, which in turn determines how much they can get from a grant

NEED HELP?

GET IT NOW >

### Home Loans/Assistance

Apply For VA Home Loans

Home Loans Available to Veterans

VA Housing Assistance Eligibility

### Additional Resources

8 Ways Veterans Can Serve Other Veterans

Retirement Planning for Veterans

Privatized VA Health Care

Post-Service Nutrition and Fitness Tips

Post-Service Job Opportunities

The Office of Small & Disadvantaged Business Utilization

Non-Government Veteran Discounts

Non-Government Veteran Benefits

Military ID Cards

Low-Cost Home Improvement Tips

Health Care and Housing for Homeless Veterans

Common Health Issues Veterans Face

Guide and Service Dog Programs

Financial Services and Free Tax Preparation

The Benefits of Yoga and Meditation

Benefits for Women Veterans

15 Tips for Monthly Savings

TERMS AND CONDITIONS | MARKETING PARTNERS | PRIVACY POLICY | CONTACT US | SITEMAP

SSL

This site is privately owned and is neither affiliated with, or endorsed by any government agency. We provide time saving information

# Veterans Affairs

DISABILITY COMPENSATION   EDUCATION & TRAINING   EMPLOYMENT SERVICES   HEALTHCARE   ALL VETERAN PROGRAMS

## DETERMINE YOUR ELIGIBILITY

### Enter Your Address

Street Address*

City*

State*
Minnesota

Continue

TERMS AND CONDITIONS | MARKETING PARTNERS | PRIVACY POLICY | CONTACT US | SITEMAP

Copyright 2019 veteran-deal - all rights reserved

SSL    VERIFIED & SECURED

PX3 Dr. Michelle Mazurek
Attachment 10, Page 47

This site is privately owned and is neither affiliated with, or endorsed by any government agency. We provide time saving information

# Veterans Affairs



DETERMINE YOUR ELIGIBILITY

## What is your contact phone number?

Mobile Number*

**Agree & Continue** ❯

By checking this box and clicking the Agree & Continue button below, I am providing express written consent via electronic signature for Veteran-affairs.org and our marketing partners to contact me at the number provided above via a telephone or text, including through automated means (e.g. automatic telephone dialing system, text, artificial voice and pre-recorded messaging) about various products, services and related marketing/telemarketing offers. I understand that message and data rates may apply. I am authorizing these parties to contact me even if my telephone number is currently listed on any state, federal, local or corporate Do Not Call lists and registries. I understand that my consent is not required to receive your free guide. If you choose not to continue you will still receive your free guide by email shortly.

TERMS AND CONDITIONS | MARKETING PARTNERS | PRIVACY POLICY | CONTACT US | SITEMAP

Copyright 2019 Veteran-affairs.org. All Right Reserved.

PX3 Dr. Michele Maxwell
Attachment 10: Page 48

SSL  VERIFIED & SECURED

# PX4
# Declaration of Thomas Van Wazer
# Federal Trade Commission
# Forensic Accountant

## DECLARATION OF THOMAS P. VAN WAZER

I, THOMAS P. VAN WAZER, declare under penalty of perjury that the following is true and correct, and that except where otherwise noted, I have personal knowledge of the facts stated herein.  If called as a witness, I could and would competently testify as follows:

### General Background

1.      My name is Thomas P. Van Wazer.  I am a U.S. citizen over 18 years of age.  I am employed as a General Attorney - Forensic Accountant within the Bureau of Consumer Protection of the Federal Trade Commission ("FTC" or "Commission").  I performed all FTC activities described in this declaration as a part of my job.


2.      I am a registered Certified Public Accountant in the state of Illinois and a Certified Fraud Examiner.  I hold a Certificate in Forensic Accounting from the Georgetown University School of Continuing Studies and a Bachelor of Science degree in Economics from the University of Pennsylvania, where I graduated from the Wharton School of Business with concentrations (majors) in Accounting and Finance.  I also hold a Juris Doctor from the Georgetown University Law Center where I graduated magna cum laude.


### Background on Analysis of Financial Records

3.      In my capacity as a forensic accountant, I was asked to analyze the records of more than 90 bank accounts (hereinafter the "Accounts") held at Bank of America, NA ("BofA"), JPMorgan Chase, NA ("Chase"); Regions Bank N.A. ("Regions"); Wells Fargo Bank N.A. ("Wells Fargo"); SunTrust Bank N.A. ("SunTrust"); and International Finance Bank

("IFB") (collectively the "Banks"). I understand that these records were produced by the Banks in response to compulsory process by the FTC. The holders of the Accounts were variously: BAL Family LP; Bluebird Media LLC; Borat Media LLC; Bring Back the Magic Media LLC; Cambridge Media Series LLC; Chametz Media LLC; Chelsea Media LLC; Chinuch Services LLC; Coinstar Media LLC; DG DMV LLC; Direct Market LLC; Domain Development Studios LLC; Domain Dividends Media LLC; Dragon Global Management LLC; Eagle Media LLC; Falcon Media LLC; GNR Media LLC; Island Media LLC; Issue Based Media LLC; Leatherback Media Group LLC; Macau Media LLC; Matzoh Media LLC; MBL Media Ltd.; On Point Global LLC; Orange and Blue Media LLC; Orange Grove Media LLC; Panther Media LLC; Pirate Media LLC; Pivot Media Group LLC; PJ Groove Media LLC; Rogue Media Services LLC; Sandman Media Group LLC; Shadow Media LLC; Slayer Billing LLC; Spartacus Media LLC; Very Busy Media LLC; Waltham Technologies LLC; and Yamazaki Media LLC (hereinafter "Account Holders"). A list of the Accounts and Account Holders is attached as Exhibit 1.

4.      The records produced by the Banks varied but included some or all of the following: (i) monthly account statements; (ii) copies of cleared checks; (iii) incoming and outgoing wire transfer details; and (iv) deposit slips plus underlying deposited documents. The records produced for the Accounts covered all or part of the time period from April 1, 2016 to August 31, 2019 (hereinafter the "Time Period"). The FTC attorneys assigned to this case also obtained additional information about incoming and outgoing wires from Fedwire.

5.      To conduct my analysis of the Accounts, I used the Comprehensive Financial Investigations System ("CFIS"), a financial investigation tool from Actionable Intelligence

Technologies, Incorporated.  My understanding is that CFIS is utilized, inter alia, by the Internal Revenue Service, the United States Postal Investigations Service, the Organized Drug Enforcement Task Force and a number of U.S. Attorney's offices.  Among other things, CFIS uses proprietary algorithms and OCR technology to convert paper and/or electronic bank account records from financial institutions, including records in Portable Document Format (PDF), into a database that can be searched, analyzed and used to issue a variety of reports. These reports can also be converted into Microsoft Excel for further analysis.

6.      In the instant matter, a paralegal working under my supervision and I loaded the bank statements from the Accounts into CFIS.  Before any bank statement can be loaded into the CFIS database, the electronic information in CFIS must be reconciled with the information in the statements produced by the bank.  This reconciliation requirement ensures the accuracy of the information in CFIS.  Once the paralegal and I finished loading the bank statements into CFIS, I verified that CFIS data was properly reconciled with the underlying bank statements.

### Financial Analysis of Accounts

7.      Once the statements were loaded and reconciled, I used a basic query function in CFIS to generate a consolidated chronological list of transactions report for the Accounts (the "Consolidated Chron") and converted that report to Excel.  The Consolidated Chron generated from CFIS included a number of fields with different information for each transaction in the chronological report.  This information included (when available) transaction type; transaction description; the source entity providing the funds for each transaction; the source's  bank and

bank account number; the recipient of the funds in each transaction; the recipient's bank and bank account number.

8.     Once this work was finished, I performed a variety of focused Excel searches and sorts of the Consolidated Chron to generate the information set forth below.  In some limited instances, I did internet searches to identify the business of recipient entities.  Whenever I was unable to determine if a particular transaction should be included in one of the categories described below, I excluded it from my calculations.

9.     In the Time Period, the Account Holders received an overall total of at least $85,242,225.  This total was comprised of net funds received from payment processors and lead buyers.  The net total from payment processors (funds received less chargebacks) was $71,700,906.  The following table identifies the payment processors and funds received from each.

| Payment Processors | Total Amount Received | Chargebacks | Net Amount Received |
|---|---|---|---|
| QUAL PAY Total | 41,661,183.88 | 1,089,843.23 | 40,571,340.65 |
| MERCHANT Total | 13,533,447.46 | 28,635.42 | 13,504,812.04 |
| BankCard Total | 11,945,150.31 | 341,318.90 | 11,603,831.41 |
| PAYARC Total | 1,731,997.87 | 0.00 | 1,731,997.87 |
| Westamerica Bank Merch Deposit Total | 1,177,099.83 | 31,999.81 | 1,145,100.02 |
| HUMBOLDT MS Total | 1,040,984.77 | 0.00 | 1,040,984.77 |
| FUNDS DISB VANTIV ECOMMERCE Total | 857,400.64 | 0.00 | 857,400.64 |
| ESQUIRE PROCESSING SERVICE Total | 632,717.53 | 0.00 | 632,717.53 |
| QUAL PAY DEPOSITS DMV.COM Total | 460,904.28 | 0.00 | 460,904.28 |
| TSYS  Total | 55,425.31 | 0.00 | 55,425.31 |
| EMS RSRVE RLSD  Total | 33,291.60 | 0.00 | 33,291.60 |
| QUAL PAY CHBK Total | 33,099.98 | 0.00 | 33,099.98 |
| Electronic Merchant Services Total | 30,000.00 | 0.00 | 30,000.00 |
|  | 73,192,703.46 | 1,491,797.36 | 71,700,906.10 |

10. The Account Holders also received at least $13,541,319 from lead buyers. The following table below identifies the lead buyers and the funds received from each.

| Lead Buyers | Total Amount Received |
|---|---|
| PRECISE LEADS INC Total | 7,031.71 |
| H2H INTERACT AFFPAYMENT Total | 12,220.38 |
| ZIPRECRUIT Total | 16,884.73 |
| TORCHLIGHT TECH Total | 22,322.20 |
| ARAGON ADVERTISING Total | 24,182.19 |
| CPXI Total | 26,612.00 |
| CPXI (Digital Remedy) Total | 28,140.00 |
| DIABLO MEDIA Total | 44,123.70 |
| ADKNOWLEDGE INC Total | 68,782.42 |
| REX DIRECT Total | 79,135.50 |
| ZIPRECRUITER INC Total | 617,948.33 |
| AFFPAYMENT H2H INTERACT Total | 1,287,995.63 |
| ZETA INTERACTIVE Total | 1,647,537.73 |
| ADMEDIARY LLC Total | 3,296,530.71 |
| TEAM INTERNET AGTONIC PUB Total | 6,361,872.08 |
| | 13,541,319.31 |

11. These funds were deposited into many of the Accounts, including Eagle Media LLC ($19,462,693), Borat Media LLC ($14,033,441), and Pirate Media LLC ($3,026,783).

12. The Consolidated Chron showed a substantial volume of transfers between the Account Holders. For example, more than $38 million was transferred to Cambridge Media Series, LLC from the Account Holders listed in the table below.

| Account Holder | Amounts |
|---|---|
| Eagle Media | 8,528,500.00 |
| Borat Media | 5,348,692.88 |
| Very Busy Media | 3,683,958.00 |
| PJ Groove Media | 3,578,758.00 |
| Chelsea Media | 2,769,153.03 |
| Bring Back the Magic Media | 2,683,891.06 |
| Orange Grove Media | 2,700,438.00 |
| GNR Media | 2,094,739.26 |
| Shadow Media | 2,032,500.00 |
| Pirate Media | 1,822,500.00 |
| Chametz Media | 1,025,700.00 |
| Direct Market | 815,199.27 |
| On Point Global | 700,000.00 |
| Island Media | 355,400.00 |
| | 38,139,429.50 |

13.     I identified $15,573,640 of ADP payroll and related expenses. Two accounts held by Waltham Technologies LLC were used to pay $14,239,012 (90.85 percent) of these expenses. An account held by Dragon Global Management LLC was used to pay the other $1,434,628 of payroll and related expenses. There were also expenses for Chargeback Help totaling $852,800.

14.     After reviewing the bank statements of On Point Global LLC's SunTrust account ending x8548 and related information about wire transfers and other activity in the SunTrust account, I noted the following transactions. On December 31, 2018, On Point Global opened the SunTrust x8548 account. On January 4, 2019, On Point Global wired $8 million from its account at Wells Fargo (ending in x7164) to the SunTrust x8548 account. On January 7, 2019, On Point Global used the money from the 1/4/19 wire transfer to purchase a $7.2 million Certificate of Deposit at SunTrust. Approximately two weeks later on January 22, 2019, On Point Global received a commercial loan advance in the amount of $7.2 million, the exact amount of the Certificate of Deposit it purchased on January 7, 2019.

15.     On February 4, 2019, On Point Global wired a total of $4,576,872 from the commercial loan advance to the individuals/entities listed below:

| Name | Amount |
|------|--------|
| Burton Katz | $1,518,269 |
| Robert Zangrillo | $1,518,269 |
| The Elisha Rothman 2014 Irrevocable Trust | $1,025,170. |
| BAL Family LP | $334,708. |
| Chris Sherman | $103,582 |
| **TOTAL** | **$4,576,872** |

Between March 12, 2019 and August 14, 2019, On Point Global has wired from its SunTrust x8548 a total of $1,150,000 to its International Finance Bank account (x7593) and a total of $4,550,000 to its Wells Fargo account (x7164).

Executed on December 6, 2019 in Washington, D.C.

THOMAS P. VAN WAZER