AO 440 (Rev. 06/12)  Summons in a Civil Action

FILED BY _____ D.C.

DEC 09 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | | |
|---|---|---|
| Federal Trade Commission | ) | |
| | ) | **19  25046** |
| | ) | |
| | ) | cv- Williams |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| On Point Global LLC, et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   DG DMV LLC
350 NE 60th Street
Miami, FL 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop,  Sana Chaudhry
600 Pennsylvania Ave NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov, schaudhry@ftc.gov
Telephone: (202) 326-3444 (Waldrop), -2679 (Chaudhry), -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble

*CLERK OF COURT*

Date: 12/9/2019                          _____
                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Federal Trade Commission | ) | |
| | ) | |
| | ) | **19   25046** |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No.  CV- Williams |
| v. | ) | |
| On Point Global LLC, et al. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Direct Market LLC
350 NE 60th Street
Miami, FL 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop,  Sana Chaudhry
600 Pennsylvania Ave NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov, schaudhry@ftc.gov
Telephone: (202) 326-3444 (Waldrop), -2679 (Chaudhry), -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble

*CLERK OF COURT*

Date:  12/9/2019                                  _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | | |
|---|---|---|
| Federal Trade Commission | ) | |
| | ) | 19   25046 |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No.   cv-Williams |
| v. | ) | |
| On Point Global LLC, et al. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Domain Development Studios LLC
350 NE 60th Street
Miami, FL 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop,  Sana Chaudhry
600 Pennsylvania Ave NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov, schaudhry@ftc.gov
Telephone: (202) 326-3444 (Waldrop), -2679 (Chaudhry), -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble

*CLERK OF COURT*

Date:   12/9/2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| Federal Trade Commission | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| On Point Global LLC, et al. | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

19  25046

Civil Action No.  cv-Williams

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Domain Dividends Media LLC
350 NE 60th Street
Miami, FL 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Federal Trade Commission
c/o Sarah Waldrop,  Sana Chaudhry
600 Pennsylvania Ave NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov, schaudhry@ftc.gov
Telephone: (202) 326-3444 (Waldrop), -2679 (Chaudhry), -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble

*CLERK OF COURT*

Date:  12/9/2019    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | |
|---|---|
| Federal Trade Commission | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| On Point Global LLC, et al. | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No.

19  25046

CV-Williams

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Dragon Global Holdings LLC
350 NE 60th Street
Miami, FL 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop,  Sana Chaudhry
600 Pennsylvania Ave NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov, schaudhry@ftc.gov
Telephone: (202) 326-3444 (Waldrop), -2679 (Chaudhry), -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

Angela E. Noble

*CLERK OF COURT*

Date: 12/9/2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Federal Trade Commission | ) | 19  25046 |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | Cv- Williams |
| v. | ) | Civil Action No. |
| On Point Global LLC, et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Dragon Global LLC
350 NE 60th Street
Miami, FL 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Federal Trade Commission
c/o Sarah Waldrop,  Sana Chaudhry
600 Pennsylvania Ave NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov, schaudhry@ftc.gov
Telephone: (202) 326-3444 (Waldrop), -2679 (Chaudhry), -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble

*CLERK OF COURT*

Date: 12/9/2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Federal Trade Commission | ) | **19  25046** |
| | ) | |
| | ) | *cv- Williams* |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No. |
| v. | ) | |
| On Point Global LLC, et al. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Dragon Global Management LLC
350 NE 60th Street
Miami, FL 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop,  Sana Chaudhry
600 Pennsylvania Ave NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov, schaudhry@ftc.gov
Telephone: (202) 326-3444 (Waldrop), -2679 (Chaudhry), -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

Angela E. Noble

*CLERK OF COURT*

Date: 12/9/2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Federal Trade Commission | ) | **19  25046** |
| | ) | |
| | ) | *CV- Williams* |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| On Point Global LLC, et al. | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Eagle Media LLC
350 NE 60th Street
Miami, FL 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Federal Trade Commission
c/o Sarah Waldrop,  Sana Chaudhry
600 Pennsylvania Ave NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov, schaudhry@ftc.gov
Telephone: (202) 326-3444 (Waldrop), -2679 (Chaudhry), -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble

*CLERK OF COURT*

Date: 12/9/ 2019         _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Federal Trade Commission | ) | 19  25046 |
| | ) | |
| | ) | |
| _____ | ) | Civil Action No. cv-Williams |
| *Plaintiff(s)* | ) | |
| v. | ) | |
| On Point Global LLC, et al. | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Elisha Rothman
3370 NE 190 Street #3900TS
Miami, FL 33180

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop,  Sana Chaudhry
600 Pennsylvania Ave NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov, schaudhry@ftc.gov
Telephone: (202) 326-3444 (Waldrop), -2679 (Chaudhry), -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble

*CLERK OF COURT*

Date:  12/9/2019                                                  
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Federal Trade Commission | ) | |
| | ) | |
| | ) | **19  25046** |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No.   *cv- Williams* |
| v. | ) | |
| On Point Global LLC, et al. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Falcon Media LLC
350 NE 60th Street
Miami, FL 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop,  Sana Chaudhry
600 Pennsylvania Ave NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov, schaudhry@ftc.gov
Telephone: (202) 326-3444 (Waldrop), -2679 (Chaudhry), -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble

*CLERK OF COURT*

Date:  12/9/ 2019     _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | | |
|---|---|---|
| Federal Trade Commission | ) ) ) | **19  25046** |
| _____ | ) | _Cv. Williams_ |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. |
| On Point Global LLC, et al. | ) ) ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Final Draft Media LLC
350 NE 60th Street
Miami, FL 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop,  Sana Chaudhry
600 Pennsylvania Ave NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov, schaudhry@ftc.gov
Telephone: (202) 326-3444 (Waldrop), -2679 (Chaudhry), -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble

*CLERK OF COURT*

Date: 12/9/2019                                        _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Federal Trade Commission | ) | 19  25046 |
| | ) | cv-Williams |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No. |
| On Point Global LLC, et al. | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   GNR Media LLC
350 NE 60th Street
Miami, FL 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop,  Sana Chaudhry
600 Pennsylvania Ave NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov, schaudhry@ftc.gov
Telephone: (202) 326-3444 (Waldrop), -2679 (Chaudhry), -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

Angela E. Noble

_CLERK OF COURT_

Date: ___12/9/2019___

Patrice L. Christian

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| Federal Trade Commission | )<br>)<br>) |
| _____<br>*Plaintiff(s)* | )<br>)<br>) |
| v. | ) |
| On Point Global LLC, et al. | )<br>) |
| _____<br>*Defendant(s)* | )<br>)<br>) |

Civil Action No.

19  25046
cv-Williams

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Island Media LLC
350 NE 60th Street
Miami, FL 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop,  Sana Chaudhry
600 Pennsylvania Ave NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov, schaudhry@ftc.gov
Telephone: (202) 326-3444 (Waldrop), -2679 (Chaudhry), -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble

*CLERK OF COURT*

Date: ___12/9/2019___

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Federal Trade Commission | ) | 19  25046 |
| | ) | cv- Williams |
| | ) | |
| _____ | ) | |
| Plaintiff(s) | ) | Civil Action No. |
| v. | ) | |
| On Point Global LLC, et al. | ) | |
| | ) | |
| _____ | ) | |
| Defendant(s) | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Issue Based Media LLC
350 NE 60th Street
Miami, FL 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop,  Sana Chaudhry
600 Pennsylvania Ave NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov, schaudhry@ftc.gov
Telephone: (202) 326-3444 (Waldrop), -2679 (Chaudhry), -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble

*CLERK OF COURT*

Date:  12/9/2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Southern District of Florida

| | | |
|---|---|---|
| Federal Trade Commission | ) | |
| | ) | |
| | ) | **19  25046** |
| | ) | |
| *Plaintiff(s)* | ) | Civil Action No.  cv. Williams |
| v. | ) | |
| On Point Global LLC, et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Cardozo Holdings LLC,  P.O. Box 733, Hunkins Waterfront Jewels, Charlestown,
Nevis, Saint Kitts and Nevis

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:  Federal Trade Commission
c/o Sarah Waldrop,  Sana Chaudhry
600 Pennsylvania Ave NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov, schaudhry@ftc.gov
Telephone: (202) 326-3444 (Waldrop), -2679 (Chaudhry), -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

Angela E. Noble

CLERK OF COURT

Date: 12/9/2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | | |
|---|---|---|
| Federal Trade Commission | ) | **19  25046** |
| | ) | |
| | ) | Civil Action No.  *CV-Williams* |
| *Plaintiff(s)* | ) | |
| v. | ) | |
| On Point Global LLC, et al. | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Carganet S.A. (d/b/a G8 Labs), RUTA 8 Km 17500, Biotec Plaza, Montevideo, Departamento de Montevideo, Uruguay

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Federal Trade Commission
c/o Sarah Waldrop,  Sana Chaudhry
600 Pennsylvania Ave NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov, schaudhry@ftc.gov
Telephone: (202) 326-3444 (Waldrop), -2679 (Chaudhry), -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble

*CLERK OF COURT*

Date: 12/9/2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Federal Trade Commission | ) | |
| | ) | **19   25046** |
| | ) | |
| | ) | *Cv- Williams* |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No. |
| v. | ) | |
| On Point Global LLC, et al. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CEG Media LLC
350 NE 60th Street
Miami, FL 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop,  Sana Chaudhry
600 Pennsylvania Ave NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov, schaudhry@ftc.gov
Telephone: (202) 326-3444 (Waldrop), -2679 (Chaudhry), -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble

*CLERK OF COURT*

Date:  12/9/2019                          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | |
|---|---|
| Federal Trade Commission | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| On Point Global LLC, et al. | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

19 25046

cv-Williams

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Chametz Media LLC
350 NE 60th Street
Miami, FL 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop,  Sana Chaudhry
600 Pennsylvania Ave NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov, schaudhry@ftc.gov
Telephone: (202) 326-3444 (Waldrop), -2679 (Chaudhry), -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble

*CLERK OF COURT*

Date:  12/9/2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Federal Trade Commission | ) | 19  25046 |
| | ) | |
| | ) | CV- Williams |
| _____ | ) | |
| Plaintiff(s) | ) | |
| v. | ) | Civil Action No. |
| On Point Global LLC, et al. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| Defendant(s) | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Chelsea Media LLC
350 NE 60th Street
Miami, FL 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop,  Sana Chaudhry
600 Pennsylvania Ave NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov, schaudhry@ftc.gov
Telephone: (202) 326-3444 (Waldrop), -2679 (Chaudhry), -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble

CLERK OF COURT

Date: 12/9/2019

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | |
|---|---|
| Federal Trade Commission | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| On Point Global LLC, et al. | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

**19 25046**

CV- Williams

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Christopher Sherman
6799 Collins Avenue Apt 1504
Miami, FL 33141

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Federal Trade Commission
c/o Sarah Waldrop,  Sana Chaudhry
600 Pennsylvania Ave NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov, schaudhry@ftc.gov
Telephone: (202) 326-3444 (Waldrop), -2679 (Chaudhry), -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble
*CLERK OF COURT*

Date: 12/9/2019

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | | |
|---|---|---|
| Federal Trade Commission | ) | **19   25046** |
| | ) | |
| | ) | |
| _____ | ) | |
| _Plaintiff(s)_ | ) | *Cv- Williams* |
| v. | ) | Civil Action No. |
| On Point Global LLC, et al. | ) | |
| | ) | |
| _____ | ) | |
| _Defendant(s)_ | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Coinstar Media LLC
350 NE 60th Street
Miami, FL 33137


A lawsuit has been filed against you.

~~Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you~~
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:    Federal Trade Commission
c/o Sarah Waldrop,  Sana Chaudhry
600 Pennsylvania Ave NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov, schaudhry@ftc.gov
Telephone: (202) 326-3444 (Waldrop), -2679 (Chaudhry), -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

Angela E. Noble

*CLERK OF COURT*

Date: _12/9/2019_

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | | |
|---|---|---|
| Federal Trade Commission | ) | |
| | ) | |
| _____ | ) | **19  25046** |
| _Plaintiff(s)_ | ) | Civil Action No.  _Cv- Williams_ |
| v. | ) | |
| On Point Global LLC, et al. | ) | |
| | ) | |
| _____ | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  714 Media Ltd., a Belize corporation
address unknown

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop,  Sana Chaudhry
600 Pennsylvania Ave NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov, schaudhry@ftc.gov
Telephone: (202) 326-3444 (Waldrop), -2679 (Chaudhry), -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble

_CLERK OF COURT_

Date:  __12/9/2019__

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Federal Trade Commission | ) | |
| | ) | **19  25046** |
| _____ | ) | *Cv- Williams* |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| On Point Global LLC, et al. | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Arlene Mahon
3901 Alhambra Circle
Coral Gables, FL 33134

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Federal Trade Commission
c/o Sarah Waldrop,  Sana Chaudhry
600 Pennsylvania Ave NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov, schaudhry@ftc.gov
Telephone: (202) 326-3444 (Waldrop), -2679 (Chaudhry), -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble
*CLERK OF COURT*

Date: 12/9/2019

*Catrice L Christian*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| Federal Trade Commission | )<br>)<br>)<br>) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| On Point Global LLC, et al. | )<br>) |
| _____ | )<br>) |
| *Defendant(s)* | ) |

Civil Action No.

19 25046

Cv- Williams

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BAL Family LP
350 NE 60th Street
Miami, FL 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop,  Sana Chaudhry
600 Pennsylvania Ave NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov, schaudhry@ftc.gov
Telephone: (202) 326-3444 (Waldrop), -2679 (Chaudhry), -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble

*CLERK OF COURT*

Date:  12/9/2019

Catrice L Christian
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | | |
|---|---|---|
| Federal Trade Commission | ) | |
| | ) | **19  25046** |
| | ) | |
| _____ | ) | |
| _Plaintiff(s)_ | ) | Civil Action No.   *cv- Williams* |
| v. | ) | |
| On Point Global LLC, et al. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bella Vista Media Ltd. (d/b/a BV Media),  Oficentro Plaza Aeropuerto, Oficina C-19,
Rio Segundo, Alajuela, Costa Rica

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Federal Trade Commission
c/o Sarah Waldrop,  Sana Chaudhry
600 Pennsylvania Ave NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov, schaudhry@ftc.gov
Telephone: (202) 326-3444 (Waldrop), -2679 (Chaudhry), -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble

*CLERK OF COURT*

Date:  12/9/2019                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | |
|---|---|
| Federal Trade Commission | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| On Point Global LLC, et al. | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

**19   25046** cv-
Williams

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Blackbird Media LLC, Hunkins Waterfront Jewels, Charlestown, Nevis, Saint Kitts and Nevis

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Federal Trade Commission
c/o Sarah Waldrop,  Sana Chaudhry
600 Pennsylvania Ave NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov, schaudhry@ftc.gov
Telephone: (202) 326-3444 (Waldrop), -2679 (Chaudhry), -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble
*CLERK OF COURT*

Date:  12/9/2019                                   *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Federal Trade Commission | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | Civil Action No. |
| v. | ) | |
| On Point Global LLC, et al. | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

19  25046

Civil Action No.

cv- Williams

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Bluebird Media LLC
350 NE 60th Street
Miami, FL 33137

A lawsuit has been filed against you.

~~Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you~~ are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop,  Sana Chaudhry
600 Pennsylvania Ave NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov, schaudhry@ftc.gov
Telephone: (202) 326-3444 (Waldrop), -2679 (Chaudhry), -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble

_CLERK OF COURT_

Date: 12/9/2019

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | |
|---|---|
| Federal Trade Commission | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| On Point Global LLC, et al. | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.

19  25046

CV- Williams

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Borat Media LLC
350 NE 60th Street
Miami, FL 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:      Federal Trade Commission
c/o Sarah Waldrop,  Sana Chaudhry
600 Pennsylvania Ave NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov, schaudhry@ftc.gov
Telephone: (202) 326-3444 (Waldrop), -2679 (Chaudhry), -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble

*CLERK OF COURT*

Date: 12/9/2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | |
|---|---|
| Federal Trade Commission | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| On Point Global LLC, et al. | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

**19  25046**

Civil Action No.

CV- Williams

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Brent Levison
8918 Abbott Avenue
Surfside, FL 33154

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop,  Sana Chaudhry
600 Pennsylvania Ave NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov, schaudhry@ftc.gov
Telephone: (202) 326-3444 (Waldrop), -2679 (Chaudhry), -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble

*CLERK OF COURT*

Date: ___12/9/2019___

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | | |
|---|---|---|
| Federal Trade Commission | ) | |
| | ) | |
| | ) | |
| _____ | ) | **19  25046** |
| *Plaintiff(s)* | ) | Civil Action No. |
| v. | ) | *Cv Williams* |
| On Point Global LLC, et al. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Bring Back The Magic Media LLC
350 NE 60th Street
Miami, FL 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop,  Sana Chaudhry
600 Pennsylvania Ave NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov, schaudhry@ftc.gov
Telephone: (202) 326-3444 (Waldrop), -2679 (Chaudhry), -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

Angela E. Noble

*CLERK OF COURT*

Date:   12/9/2019                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Federal Trade Commission | ) | **19   25046** |
| | ) | |
| | ) | |
| _____ | ) | cv Williams |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| On Point Global LLC, et al. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bronco Family Holdings LP (a/k/a Bronco Holdings Family LP), No. 4 Pineapple
Grove, Old Fort Bay, West Bay Street, Nassau, Bahamas


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop,  Sana Chaudhry
600 Pennsylvania Ave NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov, schaudhry@ftc.gov
Telephone: (202) 326-3444 (Waldrop), -2679 (Chaudhry), -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

Angela E. Noble

*CLERK OF COURT*

Date:  12/9/2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Federal Trade Commission | ) | |
| | ) | |
| | ) | |
| _____ | ) | **19   25046** |
| *Plaintiff(s)* | ) | Civil Action No. |
| v. | ) | *cv-Williams* |
| On Point Global LLC, et al. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Burton Katz
5700 La Gorce Drive
Miami Beach, FL 33140

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop,  Sana Chaudhry
600 Pennsylvania Ave NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov, schaudhry@ftc.gov
Telephone: (202) 326-3444 (Waldrop), -2679 (Chaudhry), -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble

*CLERK OF COURT*

Date:   12/9/2019                          Patrice L. Christian
                                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Southern District of Florida

| | | |
|---|---|---|
| Federal Trade Commission | ) | **19  25046** |
| | ) | |
| | ) | |
| _____ | ) | |
| _Plaintiff(s)_ | ) | Civil Action No.  cv-Williams |
| v. | ) | |
| On Point Global LLC, et al. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Cambridge Media Series LLC
350 NE 60th Street
Miami, FL 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:    Federal Trade Commission
c/o Sarah Waldrop,  Sana Chaudhry
600 Pennsylvania Ave NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov, schaudhry@ftc.gov
Telephone: (202) 326-3444 (Waldrop), -2679 (Chaudhry), -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

Angela E. Noble

_CLERK OF COURT_

Date: 12/9/2019 _____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

|  |  |
|---|---|
| Federal Trade Commission | ) |
|  | ) |
|  | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| On Point Global LLC, et al. | ) |
|  | ) |
|  | ) |
| _____ | ) |
| *Defendant(s)* | ) |

**19 25046**

Cv- Williams

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Yamakazi Media LLC
350 NE 60th Street
Miami, FL 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop,  Sana Chaudhry
600 Pennsylvania Ave NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov, schaudhry@ftc.gov
Telephone: (202) 326-3444 (Waldrop), -2679 (Chaudhry), -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble

CLERK OF COURT

Date: 12/9/2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | |
|---|---|
| Federal Trade Commission | ) |
| | ) |
| | ) 19 25046 |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  CV-Williams |
| On Point Global LLC, et al. | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Wasabi Media LLC
350 NE 60th Street
Miami, FL 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop,  Sana Chaudhry
600 Pennsylvania Ave NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov, schaudhry@ftc.gov
Telephone: (202) 326-3444 (Waldrop), -2679 (Chaudhry), -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble

*CLERK OF COURT*

Date:  _____                    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Federal Trade Commission | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| On Point Global LLC, et al. | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

**19  25046**

Civil Action No.

CV- Williams

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Waltham Technologies LLC
350 NE 60th Street
Miami, FL 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop,  Sana Chaudhry
600 Pennsylvania Ave NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov, schaudhry@ftc.gov
Telephone: (202) 326-3444 (Waldrop), -2679 (Chaudhry), -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble

*CLERK OF COURT*

Date: 12/9/2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| Federal Trade Commission | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| On Point Global LLC, et al. | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

19 25046

Civil Action No.

_cv-Williams_

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Very Busy Media LLC
350 NE 60th Street
Miami, FL 33137

A lawsuit has been filed against you.

~~Within 21 days after service of this summons on you (not counting the day you received it)~~ — ~~or 60 days if you~~
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop,  Sana Chaudhry
600 Pennsylvania Ave NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov, schaudhry@ftc.gov
Telephone: (202) 326-3444 (Waldrop), -2679 (Chaudhry), -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

Angela E. Noble

CLERK OF COURT

Date: _12/9/2019_

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| Federal Trade Commission | )<br>)<br>) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| On Point Global LLC, et al. | )<br>) |
| _____ | )<br>) |
| *Defendant(s)* | ) |

Civil Action No.

**19   25046**

Cv Williams

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Spartacus Media LLC
350 NE 60th Street
Miami, FL 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop,  Sana Chaudhry
600 Pennsylvania Ave NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov, schaudhry@ftc.gov
Telephone: (202) 326-3444 (Waldrop), -2679 (Chaudhry), -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble

*CLERK OF COURT*

Date: ___12/9/2019___

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Federal Trade Commission | ) |
| | ) |
|  | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| On Point Global LLC, et al. | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

**19  25046**

Civil Action No.  *CV-Williams*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Slayer Billing LLC
350 NE 60th Street
Miami, FL 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop,  Sana Chaudhry
600 Pennsylvania Ave NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov, schaudhry@ftc.gov
Telephone: (202) 326-3444 (Waldrop), -2679 (Chaudhry), -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble

*CLERK OF COURT*

Date:  12/9/2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | |
|---|---|
| Federal Trade Commission | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| On Point Global LLC, et al. | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

**19 25046**

cv- Williams

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Skylar Media LLC
350 NE 60th Street
Miami, FL 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop,  Sana Chaudhry
600 Pennsylvania Ave NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov, schaudhry@ftc.gov
Telephone: (202) 326-3444 (Waldrop), -2679 (Chaudhry), -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble

*CLERK OF COURT*

Date:  12/9/ 2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | | |
|---|---|---|
| Federal Trade Commission | ) | |
| | ) | **19 25046** |
| | ) | |
| _____ | ) | CV- Williams |
| _Plaintiff(s)_ | ) | Civil Action No. |
| v. | ) | |
| On Point Global LLC, et al. | ) | |
| | ) | |
| _____ | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Shadow Media LLC
350 NE 60th Street
Miami, FL 33137


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Federal Trade Commission
c/o Sarah Waldrop,  Sana Chaudhry
600 Pennsylvania Ave NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov, schaudhry@ftc.gov
Telephone: (202) 326-3444 (Waldrop), -2679 (Chaudhry), -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble
_CLERK OF COURT_

Date: 12/9/2019           _____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Federal Trade Commission | ) | **19 25046** |
| | ) | |
| | ) | *Cv- Williams* |
| *Plaintiff(s)* | ) | Civil Action No. |
| v. | ) | |
| On Point Global LLC, et al. | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Sandman Media Group LLC
350 NE 60th Street
Miami, FL 33137


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop,  Sana Chaudhry
600 Pennsylvania Ave NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov, schaudhry@ftc.gov
Telephone: (202) 326-3444 (Waldrop), -2679 (Chaudhry), -3197 (fax)


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble

*CLERK OF COURT*

Date: __12/9/2019__          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| Federal Trade Commission | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| On Point Global LLC, et al. | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

**19 25046**

Civil Action No.  CV Williams

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Robert Zangrillo
11 E Dilido Drive
Miami Beach, FL 33139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Federal Trade Commission
c/o Sarah Waldrop,  Sana Chaudhry
600 Pennsylvania Ave NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov, schaudhry@ftc.gov
Telephone: (202) 326-3444 (Waldrop), -2679 (Chaudhry), -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble

CLERK OF COURT

Date:  12/9/2019

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Federal Trade Commission | ) | |
| | ) | |
| | ) | |
| _____ | ) | **19  25046** |
| *Plaintiff(s)* | ) | Civil Action No. |
| v. | ) | *cv- Williams* |
| On Point Global LLC, et al. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PJ Groove Media LLC
350 NE 60th Street
Miami, FL 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Federal Trade Commission
c/o Sarah Waldrop,  Sana Chaudhry
600 Pennsylvania Ave NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov, schaudhry@ftc.gov
Telephone: (202) 326-3444 (Waldrop), -2679 (Chaudhry), -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble

CLERK OF COURT

Date:  12/9/2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Federal Trade Commission | ) | |
| | ) | **19  25046** |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Cv- Williams |
| v. | ) | Civil Action No. |
| On Point Global LLC, et al. | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Pivot Media Group LLC
350 NE 60th Street
Miami, FL 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop,  Sana Chaudhry
600 Pennsylvania Ave NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov, schaudhry@ftc.gov
Telephone: (202) 326-3444 (Waldrop), -2679 (Chaudhry), -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble

*CLERK OF COURT*

Date:  12/9/2019            _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | |
|---|---|
| Federal Trade Commission <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> On Point Global LLC, et al. <br><br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) |

**19 25046**

*cv-Williams*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Pirate Media LLC
350 NE 60th Street
Miami, FL 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop,  Sana Chaudhry
600 Pennsylvania Ave NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov, schaudhry@ftc.gov
Telephone: (202) 326-3444 (Waldrop), -2679 (Chaudhry), -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble

*CLERK OF COURT*

Date: 12/9/2019

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Federal Trade Commission | ) | **19 25040** |
| | ) | CV- Williams |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| On Point Global LLC, et al. | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Panther Media LLC
350 NE 60th Street
Miami, FL 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop,  Sana Chaudhry
600 Pennsylvania Ave NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov, schaudhry@ftc.gov
Telephone: (202) 326-3444 (Waldrop), -2679 (Chaudhry), -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble

*CLERK OF COURT*

Date:  12/9/2019

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | |
|---|---|
| Federal Trade Commission | ) |
| | ) |
| | ) |
| ———————————— | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| On Point Global LLC, et al. | ) |
| | ) |
| | ) |
| ———————————— | ) |
| *Defendant(s)* | ) |

**19   25046**

*C V- Williams*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Orange Grove Media LLC
350 NE 60th Street
Miami, FL 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop,  Sana Chaudhry
600 Pennsylvania Ave NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov, schaudhry@ftc.gov
Telephone: (202) 326-3444 (Waldrop), -2679 (Chaudhry), -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Angela E. Noble**

*CLERK OF COURT*

Date: 12/9/2019                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| Federal Trade Commission | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| On Point Global LLC, et al. | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

19 25046
cv-Williams

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Orange and Blue Media LLC
350 NE 60th Street
Miami, FL 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Federal Trade Commission
c/o Sarah Waldrop,  Sana Chaudhry
600 Pennsylvania Ave NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov, schaudhry@ftc.gov
Telephone: (202) 326-3444 (Waldrop), -2679 (Chaudhry), -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble

CLERK OF COURT

Date: 12/9/2019

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Federal Trade Commission | ) | |
| | ) | |
| | ) | |
| _____ | ) | 19  25046 |
| _Plaintiff(s)_ | ) | Civil Action No.  CV- Williams |
| v. | ) | |
| On Point Global LLC, et al. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  On Point Guides LLC
350 NE 60th Street
Miami, FL 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Federal Trade Commission
c/o Sarah Waldrop,  Sana Chaudhry
600 Pennsylvania Ave NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov, schaudhry@ftc.gov
Telephone: (202) 326-3444 (Waldrop), -2679 (Chaudhry), -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble

_CLERK OF COURT_

Date: _____                                    _____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | | |
|---|---|---|
| Federal Trade Commission | ) | 19  25046 |
| | ) | |
| | ) | CV-Williams |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| On Point Global LLC, et al. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  On Point Global LLC
350 NE 60th Street
Miami, FL 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Federal Trade Commission
c/o Sarah Waldrop,  Sana Chaudhry
600 Pennsylvania Ave NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov, schaudhry@ftc.gov
Telephone: (202) 326-3444 (Waldrop), -2679 (Chaudhry), -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

Angela E. Noble

*CLERK OF COURT*

Date: 12/9/2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Federal Trade Commission | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| On Point Global LLC, et al. | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.  19  25046
cv- Williams

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  On Point Employment LLC
350 NE 60th Street
Miami, FL 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Federal Trade Commission
c/o Sarah Waldrop,  Sana Chaudhry
600 Pennsylvania Ave NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov, schaudhry@ftc.gov
Telephone: (202) 326-3444 (Waldrop), -2679 (Chaudhry), -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble

*CLERK OF COURT*

Date: 12/9/2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| Federal Trade Commission | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. |
| | ) |
| On Point Global LLC, et al. | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

**19  25046**

**Cv- Williams**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  On Point Domains LLC
350 NE 60th Street
Miami, FL 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop,  Sana Chaudhry
600 Pennsylvania Ave NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov, schaudhry@ftc.gov
Telephone: (202) 326-3444 (Waldrop), -2679 (Chaudhry), -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble

*CLERK OF COURT*

Date:  12/9/2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Federal Trade Commission | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| On Point Global LLC, et al. | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

Civil Action No.

19 25046
Cv-Williams

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  On Point Capital Partners LLC
350 NE 60th Street
Miami, FL 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:     Federal Trade Commission
c/o Sarah Waldrop,  Sana Chaudhry
600 Pennsylvania Ave NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov, schaudhry@ftc.gov
Telephone: (202) 326-3444 (Waldrop), -2679 (Chaudhry), -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

Angela E. Noble

_CLERK OF COURT_

Date: 12/9/2019

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Federal Trade Commission | ) | |
| | ) | |
| | ) | **19   25046** |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No.   *Cv Williams* |
| v. | ) | |
| On Point Global LLC, et al. | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MBL Media Ltd.
350 NE 60th Street
Miami, FL 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Federal Trade Commission
c/o Sarah Waldrop,  Sana Chaudhry
600 Pennsylvania Ave NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov, schaudhry@ftc.gov
Telephone: (202) 326-3444 (Waldrop), -2679 (Chaudhry), -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble

*CLERK OF COURT*

Date:  12/9/2019

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Federal Trade Commission | ) | |
| | ) | |
| | ) | **19  25046** |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No.  cv- Williams |
| On Point Global LLC, et al. | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Macau Media LLC
350 NE 60th Street
Miami, FL 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop,  Sana Chaudhry
600 Pennsylvania Ave NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov, schaudhry@ftc.gov
Telephone: (202) 326-3444 (Waldrop), -2679 (Chaudhry), -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble

_CLERK OF COURT_

Date:  12/9/2019

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Southern District of Florida

| | | |
|---|---|---|
| Federal Trade Commission | ) | |
| | ) | |
| | ) | 19   25046 |
| _____ | ) | |
| *Plaintiff(s)* | ) | *Cv-Williams* |
| v. | ) | Civil Action No. |
| On Point Global LLC, et al. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Mac Media Ltd., a Belize corporation
address unknown

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:      Federal Trade Commission
c/o Sarah Waldrop,  Sana Chaudhry
600 Pennsylvania Ave NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov, schaudhry@ftc.gov
Telephone: (202) 326-3444 (Waldrop), -2679 (Chaudhry), -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

Angela E. Noble

*CLERK OF COURT*

Date: 12/9/2019          *Patrice L. Christian*

                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | )
|---|---|
| Federal Trade Commission | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| On Point Global LLC, et al. | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

Civil Action No. **19 25046 CV-Williams**

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   License America Management LLC
350 NE 60th Street
Miami, FL 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Federal Trade Commission
c/o Sarah Waldrop,  Sana Chaudhry
600 Pennsylvania Ave NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov, schaudhry@ftc.gov
Telephone: (202) 326-3444 (Waldrop), -2679 (Chaudhry), -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble

_CLERK OF COURT_

Date: 12/9/2019

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| Federal Trade Commission | ) | 19  25045 |
| | ) | Cv- Williams |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| On Point Global LLC, et al. | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  License America Holdings LLC,  P.O. Box 738, Estate Road, Upper Ramsbury, Charlestown, Nevis, Saint Kitts and Nevis

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop,  Sana Chaudhry
600 Pennsylvania Ave NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov, schaudhry@ftc.gov
Telephone: (202) 326-3444 (Waldrop), -2679 (Chaudhry), -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble

*CLERK OF COURT*

Date:  12/9/2019                          Patrice L. Christian

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Federal Trade Commission | ) | **19  25046** |
| | ) | |
| | ) | *CV- Williams* |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| On Point Global LLC, et al. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Leatherback Media Group LLC
350 NE 60th Street
Miami, FL 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Federal Trade Commission
c/o Sarah Waldrop,  Sana Chaudhry
600 Pennsylvania Ave NW, Mailstop CC-9528
Washington, DC 20580
swaldrop@ftc.gov, schaudhry@ftc.gov
Telephone: (202) 326-3444 (Waldrop), -2679 (Chaudhry), -3197 (fax)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble

*CLERK OF COURT*

Date:  12/9/2019                                    _____
*Signature of Clerk or Deputy Clerk*