# EXHIBIT A

**FEDERAL TRADE COMMISSION V. ON POINT GLOBAL LLC, ET AL**
**CASE NO. 19-25046-CIV-SCOLA**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Melanie Damian, Receiver**
**Receipts and Disbursements**
**For the Period December 16, 2019 to January 9, 2020**

**PRELIMINARY DRAFT as of January 9, 2020:**
This is a preliminary draft. It has been prepared based on preliminary information and assumptions. No one may rely on this draft. It is subject to change as additional information becomes available or is clarified.

Source: Bank Records

| Bank | Company | Bank Account Balance on 12/16/19 | Receipts from Operations | Receipts from Merchant Reserves | Disbursements (Exhibit B) | Transfers Between Accounts | Current Bank Account Balance |
|---|---|---:|---:|---:|---:|---:|---:|
| City National Bank | Receivership Bank Account | $ - | $ 647,068.43 | $ 2,305,203.66 | $ (3,750,811.70) | $ 3,707,396.37 | $ 2,908,856.76 |
| International Finance Bank | Blue Bird | 44.85 | | | | (44.85) | - |
| International Finance Bank | Borat | 52.26 | | | | (52.26) | - |
| International Finance Bank | Bring Back the Magic | 1,212.45 | 10,036.47 | | | (11,248.92) | - |
| International Finance Bank | Cambridge | 4,082.68 | 27,740.31 | | (15.00) | (31,807.99) | - |
| International Finance Bank | Chametz | 329.05 | 16,170.54 | | | (16,499.59) | - |
| International Finance Bank | Chelsea | 85.42 | | | | (85.42) | - |
| International Finance Bank | Coinstar | 214.43 | | | | (214.43) | - |
| International Finance Bank | Direct Market | 43,279.91 | 2,006,803.70 | | (394,039.16) | (1,656,034.45) | 10.00 |
| International Finance Bank | Eagle | 1,640.88 | 4,380.42 | | | (6,021.30) | - |
| International Finance Bank | GNR | 135.81 | 27,641.52 | | | (27,777.33) | - |
| International Finance Bank | IBM | 584.44 | | | | (584.44) | - |
| International Finance Bank | Island | 33.98 | | | | (33.98) | - |
| International Finance Bank | Leatherback | 262.98 | | | | (262.98) | - |
| International Finance Bank | MBL | 35.00 | | | | (35.00) | - |
| International Finance Bank | Orange Grove | 12.08 | | | | (12.08) | - |
| International Finance Bank | Panther | 1,253.75 | 28,848.13 | | - | (30,101.88) | - |
| International Finance Bank | PJ Groove | 1,356.16 | 32,601.53 | | | (33,957.69) | - |
| International Finance Bank | Rogue | 17.31 | | | | (17.31) | - |
| International Finance Bank | Sandman | 209.80 | | | | (209.80) | - |
| International Finance Bank | Spartacus | 193.03 | | | | (193.03) | - |
| International Finance Bank | Very Busy | 6,631.60 | | | | (6,631.60) | - |
| International Finance Bank | Yamazki | 47.03 | | | | (47.03) | - |
| Optimum | Shadow Media | 291.23 | 2,031.51 | | | (2,322.74) | - |
| Optimum | Slayer Billing | 3,417.97 | 22,331.27 | | | (25,749.24) | - |
| Optimum | Orange Grove | 213.91 | 29,286.88 | | | (29,500.79) | - |
| Optimum | Yamazaki | 1,671.76 | 1,609.32 | | | (3,281.08) | - |
| Optimum | Lady Boss | 2,187.00 | 77,458.15 | | | (79,645.15) | - |
| Optimum | Pirate Media | 1,203.08 | 9,906.40 | | | (11,109.48) | - |

**FEDERAL TRADE COMMISSION V. ON POINT GLOBAL LLC, ET AL**
**CASE NO. 19-25046-CIV-SCOLA**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Melanie Damian, Receiver**
**Receipts and Disbursements**
**For the Period December 16, 2019 to January 9, 2020**

PRELIMINARY DRAFT as of January 9, 2020:

This is a preliminary draft. It has been prepared based on preliminary information and assumptions. No one may rely on this draft. It is subject to change as additional information becomes available or is clarified.

Source: Bank Records

| Bank | Company | Bank Account Balance on 12/16/19 | Receipts from Operations | Receipts from Merchant Reserves | Disbursements (Exhibit B) | Transfers Between Accounts | Current Bank Account Balance |
|---|---|---|---|---|---|---|---|
| Optimum | Your Passport | 39.64 | | | | (39.64) | - |
| Optimum | Skylar | 2,639.65 | 1,803.13 | | (44.50) | (4,398.28) | - |
| Optimum | Chelsea Media | 1,153.52 | 941.00 | | | (2,094.52) | - |
| Optimum | Wasabi Media | 285.67 | | | (25.98) | (259.69) | - |
| Optimum | Adam Rioux | 6,892.29 | 1,530,682.37 | | (256,769.82) | (1,280,804.84) | - |
| Optimum | Borat | 2,781.47 | 28,617.47 | | | (31,398.94) | - |
| Optimum | Bring Back the Magic | 233.97 | 76,638.68 | | | (76,872.65) | - |
| Optimum | Cambridge Media | 25,702.81 | | | (20,020.00) | (5,682.81) | - |
| Optimum | Claro Market | 274.04 | 18,689.75 | | | (18,963.79) | - |
| Optimum | Direct Market | 257,522.41 | 777.16 | | (241,684.23) | (16,615.34) | - |
| Optimum | Eagle Media | 30.48 | | | | (30.48) | - |
| Optimum | GNR Media | 3,366.83 | 2,474.97 | | (25.98) | (5,815.82) | - |
| Optimum | Issue Based Media | 3,874.68 | 44,646.50 | | (10,718.41) | (37,802.77) | - |
| Optimum | MBL Media | 703.87 | 57,232.52 | | | (57,936.39) | - |
| Optimum | Next Step Local | 0.64 | | | | (0.64) | - |
| Optimum | Octollio Media | 737.42 | 84.36 | | | (821.78) | - |
| Optimum | OnPoint Checking | 73,276.94 | | | | (73,276.94) | - |
| Optimum | OnPoint Employment | 681.39 | | | | (681.39) | - |
| Optimum | Pacific Avenue Media | 68.03 | 120,276.51 | | | (120,344.54) | - |
| Optimum | Raftaar Media | 119.33 | | | (46.05) | (73.28) | - |
| Total | | $ 451,084.93 | $ 4,826,779.00 | $ 2,305,203.66 | $ (4,674,200.83) | $ 0.00 | $ 2,908,866.76 |

**FEDERAL TRADE COMMISSION V. ON POINT GLOBAL LLC, ET AL**
**CASE NO. 19-25046-CIV-SCOLA**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Melanie Damian, Receiver**
**Disbursements Detail**
**For the Period December 16, 2019 to January 9, 2020 (Note 1)**

**PRELIMINARY DRAFT as of January 9, 2020:**
This is a preliminary draft.  It has been prepared based on preliminary information and assumptions.  No one may rely on this draft.  It is subject to change as additional information becomes available or is clarified.

Source: Bank Records

| Bank | Entity | Date (Note 1) | Payee/Transaction Description | Amount | Purpose |
|---|---|---|---|---|---|
| Optimum Bank | Cambridge Media | 12/16/19 | Galileo Financial | 20,000.00 | E-Commerce expense |
| Optimum Bank | Cambridge Media | 12/16/19 | Optimum Bank | 20.00 | Bank fees |
| Optimum Bank | Direct Market | 12/16/19 | American Express | 50,000.00 | Credit card |
| Optimum Bank | Direct Market | 12/16/19 | Admediary | 81,200.46 | Publishing/data expenses |
| Optimum Bank | Direct Market | 12/16/19 | Q-4 | 46,712.95 | Publishing/data expenses |
| Optimum Bank | Direct Market | 12/16/19 | CX3 | 9,851.90 | Publishing/data expenses |
| Optimum Bank | Direct Market | 12/16/19 | BW Ventures | 27,235.30 | Publishing/data expenses |
| Optimum Bank | Direct Market | 12/16/19 | CCD | 10,683.62 | Publishing/data expenses |
| Optimum Bank | Direct Market | 12/16/19 | Junction Methods | 16,000.00 | Operations |
| Optimum Bank | Issue Based Media | 12/16/19 | Hub International | 7,220.21 | Facilities expense |
| Optimum Bank | Issue Based Media | 12/16/19 | Wire fee | 20.00 | Bank fees |
| Optimum Bank | Issue Based Media | 12/16/19 | CCD | 3,478.20 | Operations |
| Optimum Bank | Raftaar Media | 12/16/19 | Choice Net | 46.05 | Bank fees |
| Optimum Bank | Skylar Media | 12/16/19 | Bankcard Adjustment | 44.50 | Bank fees |
| Optimum Bank | Wasabi Media | 12/16/19 | Bankcard Adjustment | 25.98 | Bank fees |
| Optimum Bank | GNR Media | 12/16/19 | Bankcard Adjustment | 25.98 | Bank fees |
| International Finance Bank | Direct Market | 12/18/19 | International Finance Bank | 10.00 | Bank fees |
| International Finance Bank | Direct Market | 12/19/19 | International Finance Bank | 10.00 | Bank fees |
| International Finance Bank | Direct Market | 12/23/19 | International Finance Bank | 30.00 | Bank fees |
| International Finance Bank | Direct Market | 12/23/19 | ADP TOTALSOURCE, INC. | 277,749.16 | Payroll |
| Optimum Bank | Adam Rioux | 12/24/19 | SUN NETWORK | 4,768.53 | Publishing/data expenses |
| Optimum Bank | Adam Rioux | 12/24/19 | FUN GRUB LLC | 28,172.16 | Publishing/data expenses |
| Optimum Bank | Adam Rioux | 12/24/19 | JEFF BENNETT | 25,980.83 | Publishing/data expenses |
| Optimum Bank | Adam Rioux | 12/24/19 | MAXY MEDIA INC | 1,207.42 | Publishing/data expenses |
| Optimum Bank | Adam Rioux | 12/24/19 | ROCK MEDIA INC | 20,306.42 | Publishing/data expenses |
| Optimum Bank | Adam Rioux | 12/24/19 | SEARCHSTARMEDIA IN | 1,990.87 | Publishing/data expenses |
| Optimum Bank | Adam Rioux | 12/24/19 | ZETA GLOBAL CORP | 14,103.59 | Publishing/data expenses |
| Optimum Bank | Adam Rioux | 12/24/19 | Optimum Bank | 20.00 | Bank fees |
| Optimum Bank | Adam Rioux | 12/24/19 | Optimum Bank | 20.00 | Bank fees |
| Optimum Bank | Adam Rioux | 12/24/19 | Optimum Bank | 20.00 | Bank fees |
| Optimum Bank | Adam Rioux | 12/24/19 | Optimum Bank | 20.00 | Bank fees |
| Optimum Bank | Adam Rioux | 12/24/19 | Optimum Bank | 20.00 | Bank fees |

**FEDERAL TRADE COMMISSION V. ON POINT GLOBAL LLC, ET AL**
**CASE NO. 19-25046-CIV-SCOLA**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Melanie Damian, Receiver**
**Disbursements Detail**
**For the Period December 16, 2019 to January 9, 2020 (Note 1)**

PRELIMINARY DRAFT as of January 9, 2020:
This is a preliminary draft. It has been prepared based on preliminary information and assumptions. No one may rely on this draft. It is subject to change as additional information becomes available or is clarified.

Source: Bank Records

| Bank | Entity | Date (Note 1) | Payee/Transaction Description | Amount | Purpose |
|---|---|---|---|---|---|
| Optimum Bank | Adam Rioux | 12/24/19 | Optimum Bank | 20.00 | Bank fees |
| Optimum Bank | Adam Rioux | 12/24/19 | Optimum Bank | 20.00 | Bank fees |
| Optimum Bank | Adam Rioux | 12/27/19 | AMERCIAN EXPRESS | 50,000.00 | Credit card |
| Optimum Bank | Adam Rioux | 12/27/19 | AMERCIAN EXPRESS | 30,000.00 | Credit card |
| Optimum Bank | Adam Rioux | 12/27/19 | AMERCIAN EXPRESS | 60,000.00 | Credit card |
| Optimum Bank | Adam Rioux | 12/27/19 | AMERCIAN EXPRESS | 20,000.00 | Credit card |
| Optimum Bank | Adam Rioux | 12/27/19 | Optimum Bank | 20.00 | Bank fees |
| Optimum Bank | Adam Rioux | 12/27/19 | Optimum Bank | 20.00 | Bank fees |
| Optimum Bank | Adam Rioux | 12/27/19 | Optimum Bank | 20.00 | Bank fees |
| Optimum Bank | Adam Rioux | 12/27/19 | Optimum Bank | 20.00 | Bank fees |
| City National Bank | Receivership Account | 12/27/19 | ADP TotalSource | 675,970.00 | Payroll |
| City National Bank | Receivership Account | 12/27/19 | Blue Shield of California | 1,857.96 | Payroll |
| City National Bank | Receivership Account | 12/27/19 | Blue Shield of California | 1,562.34 | Payroll |
| City National Bank | Receivership Account | 12/27/19 | Blue Shield of California | 1,725.65 | Payroll |
| International Finance Bank | Direct Market | 12/30/19 | International Finance Bank | 10.00 | Bank fees |
| International Finance Bank | Direct Market | 12/30/19 | International Finance Bank | 45.00 | Bank fees |
| International Finance Bank | Direct Market | 12/30/19 | International Finance Bank | 45.00 | Bank fees |
| International Finance Bank | Direct Market | 12/30/19 | CARGANET S.A. | 30,000.00 | Payroll |
| International Finance Bank | Direct Market | 12/30/19 | BELLA VISTA MEDIA | 86,000.00 | Payroll |
| Optimum Bank | Adam Rioux | 12/30/19 | Optimum Bank | 20.00 | Bank fees |
| City National Bank | Receivership Account | 12/30/19 | Jamella O Burleigh | 535.00 | Security |
| City National Bank | Receivership Account | 12/30/19 | OUR SAFE HANDS, LLC | 446.25 | Security |
| City National Bank | Receivership Account | 12/30/19 | Capitol One | 50,000.00 | Credit card |
| City National Bank | Receivership Account | 12/30/19 | Capitol One | 40,000.00 | Credit card |
| International Finance Bank | Direct Market | 12/31/19 | International Finance Bank | 10.00 | Bank fees |
| International Finance Bank | Direct Market | 12/31/19 | International Finance Bank | 10.00 | Bank fees |
| International Finance Bank | Direct Market | 12/31/19 | International Finance Bank | 10.00 | Bank fees |
| International Finance Bank | Direct Market | 12/31/19 | International Finance Bank | 30.00 | Bank fees |
| International Finance Bank | Cambridge | 12/31/19 | International Finance Bank | 15.00 | Bank fees |
| City National Bank | Receivership Account | 12/31/19 | B Two Direct | 178,999.15 | Publishing/data expenses |
| City National Bank | Receivership Account | 12/31/19 | Transparent Ads | 52,323.45 | Publishing/data expenses |
| International Finance Bank | Direct Market | 01/02/20 | International Finance Bank | 10.00 | Bank fees |

**FEDERAL TRADE COMMISSION V. ON POINT GLOBAL LLC, ET AL**
**CASE NO. 19-25046-CIV-SCOLA**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Melanie Damian, Receiver**
**Disbursements Detail**
**For the Period December 16, 2019 to January 9, 2020 (Note 1)**

PRELIMINARY DRAFT as of January 9, 2020:
This is a preliminary draft. It has been prepared based on preliminary information and assumptions. No one may rely on this draft. It is subject to change as additional information becomes available or is clarified.

Source: Bank Records

| Bank | Entity | Date (Note 1) | Payee/Transaction Description | Amount | Purpose |
|---|---|---|---|---|---|
| City National Bank | Receivership Account | 01/02/20 | Colin McNash | 770.00 | Facilities expense |
| City National Bank | Receivership Account | 01/02/20 | Nitro Media | 180,934.20 | Affiliate payment |
| City National Bank | Receivership Account | 01/02/20 | h2h Interactive | 917.45 | Affiliate payment |
| City National Bank | Receivership Account | 01/02/20 | Samantha Schutzman | 971.84 | Payroll |
| City National Bank | Receivership Account | 01/02/20 | Junction Methods | 16,000.00 | Publishing/data expenses |
| City National Bank | Receivership Account | 01/02/20 | Galileo Financial Technologies | 100,000.00 | E-Commerce expense |
| City National Bank | Receivership Account | 01/02/20 | American Express Travel | 100,000.00 | Credit card |
| International Finance Bank | Direct Market | 01/03/20 | International Finance Bank | 10.00 | Bank fees |
| International Finance Bank | Direct Market | 01/03/20 | International Finance Bank | 10.00 | Bank fees |
| International Finance Bank | Direct Market | 01/03/20 | International Finance Bank | 10.00 | Bank fees |
| City National Bank | Receivership Account | 01/03/20 | Capitol One | 22,201.64 | Credit card |
| City National Bank | Receivership Account | 01/03/20 | Capitol One | 139,656.00 | Credit card |
| City National Bank | Receivership Account | 01/03/20 | Mary A. Part | 75.00 | Facilities expense |
| City National Bank | Receivership Account | 01/03/20 | Absolute Clean | 125.00 | Facilities expense |
| City National Bank | Receivership Account | 01/03/20 | Silent Affiliates | 11,307.84 | Payroll |
| City National Bank | Receivership Account | 01/03/20 | 3 Click Ventures | 11,223.42 | Publishing/data expenses |
| City National Bank | Receivership Account | 01/03/20 | American Express | 61,393.35 | Credit card |
| City National Bank | Receivership Account | 01/03/20 | American Express | 17,406.01 | Credit card |
| City National Bank | Receivership Account | 01/03/20 | American Express | 79,613.92 | Credit card |
| City National Bank | Receivership Account | 01/03/20 | American Express | 20,000.00 | Credit card |
| City National Bank | Receivership Account | 01/03/20 | American Express | 30,000.00 | Credit card |
| City National Bank | Receivership Account | 01/03/20 | DKR Media | 54,359.47 | Publishing/data expenses |
| City National Bank | Receivership Account | 01/03/20 | Google LLC | 800,892.26 | Google Adsense |
| City National Bank | Receivership Account | 01/03/20 | Google LLC | 25,417.56 | Google Adsense |
| International Finance Bank | Direct Market | 01/06/20 | International Finance Bank | 10.00 | Bank fees |
| City National Bank | Receivership Account | 01/06/20 | Pacmarc | 88,196.00 | Payroll |
| City National Bank | Receivership Account | 01/06/20 | Galileo Financial Technologies | 60,000.00 | E-Commerce expense |
| City National Bank | Receivership Account | 01/06/20 | American Express | 100,000.00 | Credit card |
| City National Bank | Receivership Account | 01/07/20 | ADP TotalSource | 74,596.40 | Payroll |
| City National Bank | Receivership Account | 01/07/20 | Idrive | 5,491.25 | Publishing/data expenses |
| City National Bank | Receivership Account | 01/07/20 | MAGDEV | 7,375.50 | Publishing/data expenses |
| City National Bank | Receivership Account | 01/07/20 | Nocturnal Kido Labs | 23,040.60 | Publishing/data expenses |

**FEDERAL TRADE COMMISSION V. ON POINT GLOBAL LLC, ET AL**
**CASE NO. 19-25046-CIV-SCOLA**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Melanie Damian, Receiver**
**Disbursements Detail**
**For the Period December 16, 2019 to January 9, 2020 (Note 1)**

**PRELIMINARY DRAFT as of January 9, 2020:**
This is a preliminary draft. It has been prepared based on preliminary information and assumptions. No one may rely on this draft. It is subject to change as additional information becomes available or is clarified.

Source: Bank Records

| Bank | Entity | Date (Note 1) | Payee/Transaction Description | Amount | Purpose |
|---|---|---|---|---|---|
| City National Bank | Receivership Account | 01/07/20 | Webacore | 20,833.33 | Payroll |
| City National Bank | Receivership Account | 01/07/20 | Samantha Swanson | 1,608.11 | Payroll |
| City National Bank | Receivership Account | 01/07/20 | Robin Monloch | 2,624.57 | Payroll |
| City National Bank | Receivership Account | 01/07/20 | Louis-Pierre Beaumont | 5,770.71 | Payroll |
| City National Bank | Receivership Account | 01/07/20 | Jenna Cartusciello | 1,918.62 | Payroll |
| City National Bank | Receivership Account | 01/07/20 | Infinite Creative Sol Inc. | 6,500.00 | Payroll |
| City National Bank | Receivership Account | 01/07/20 | Hyperactive Consulting | 10,000.00 | Payroll |
| City National Bank | Receivership Account | 01/07/20 | Felicia Muniz | 2,496.00 | Payroll |
| City National Bank | Receivership Account | 01/07/20 | Cathy DeFini | 10,751.66 | Payroll |
| City National Bank | Receivership Account | 01/07/20 | Alexandra Beane | 861.64 | Payroll |
| International Finance Bank | Direct Market | 01/08/20 | International Finance Bank | 30.00 | Bank fees |
| City National Bank | Receivership Account | 01/08/20 | Affiliate ROI | 209,413.97 | Publishing/data expenses |
| City National Bank | Receivership Account | 01/08/20 | Autoweb Inc | 65,364.85 | Publishing/data expenses |
| City National Bank | Receivership Account | 01/08/20 | Banner Edge Media | 5,952.43 | Publishing/data expenses |
| City National Bank | Receivership Account | 01/08/20 | Bluekeel LLC | 2,130.81 | Publishing/data expenses |
| City National Bank | Receivership Account | 01/08/20 | Brus Media Pty | 1,970.71 | Publishing/data expenses |
| City National Bank | Receivership Account | 01/08/20 | Eric Hargett | 3,525.00 | Publishing/data expenses |
| City National Bank | Receivership Account | 01/08/20 | Explorads Ltd | 194,522.22 | Publishing/data expenses |
| City National Bank | Receivership Account | 01/08/20 | Flex Marketing | 21,581.50 | Publishing/data expenses |
| City National Bank | Receivership Account | 01/08/20 | Locker Dome | 57,001.45 | Publishing/data expenses |
| City National Bank | Receivership Account | 01/08/20 | Search Star Media | 16,211.59 | Publishing/data expenses |
| City National Bank | Receivership Account | 01/08/20 | Transparent Ads | 8,674.32 | Publishing/data expenses |
| City National Bank | Receivership Account | 01/08/20 | Trilli Media | 3,146.50 | Publishing/data expenses |
| City National Bank | Receivership Account | 01/08/20 | Web Widget Media | 18,604.10 | Publishing/data expenses |
| City National Bank | Receivership Account | 01/08/20 | Zeta Global Corp | 43,963.10 | Publishing/data expenses |
| | | | | $ 4,674,200.83 | |

Note 1) The Receiver was appointed on December 16, 2019 and the accounts were frozen on this date. The disbursements made on that day were prior to the bank implementing the TRO.