# EXHIBIT B

**FEDERAL TRADE COMMISSION V. ON POINT GLOBAL LLC, ET AL**
**CASE NO. 19-25046-CIV-SCOLA**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

## Bank Account Summary - By Bank

**PRELIMINARY DRAFT as of January 9, 2020:**
This is a preliminary draft. It has been prepared based on preliminary information and assumptions. No one may rely on this draft. It is subject to change as additional information becomes available or is clarified.

| No. | Entity | Bank | Last Four Digits of Account No. |
|---|---|---|---|
| 1 | BELLA VISTA MEDIA, S.A. | BAC | XXXXXX8336 |
| 2 | BELLA VISTA MEDIA, S.A. | BAC | XXXXXX4391 |
| 3 | ANYCASE S.A. | Banco Itau | XXXXXX6541 |
| 4 | ANYCASE S.A. | Banco Itau | XXXXXX9198 |
| 5 | PACMARC, S.A. | Banco Itau | XXXXXX1310 |
| 6 | PACMARC, S.A. | Banco Itau | XXXXXX1328 |
| 7 | Pelron | Banco Itau | XXXXXX7700 |
| 8 | Pelron | Banco Itau | XXXXXX7719 |
| 9 | Pelron (Credit Card) | Banco Itau | XXXXXX9792 |
| 10 | YEAH, S.A. | Banco Itau | XXXXXX0544 |
| 11 | YEAH, S.A. | Banco Itau | XXXXXX0680 |
| 12 | BELLA VISTA MEDIA SOCIEDAD DE RESPONSABI | Banco Promerica - Costa Rica | XXXXXX7105 |
| 13 | BELLA VISTA MEDIA SOCIEDAD DE RESPONSABI | Banco Promerica - Costa Rica | XXXXXX7113 |
| 14 | BELLA VISTA MEDIA, S.A. | Banco Promerica - Costa Rica | XXXXXX1355 |
| 15 | BELLA VISTA MEDIA, S.A. | Banco Promerica - Costa Rica | XXXXXX1333 |
| 16 | ORANGE BLUE MEDIA, LLC | Bank of St. Lucia Intl | XXXXXX4061 |
| 17 | Because It Works LLC | BOA | XXXXXX8896 |
| 18 | Because It Works LLC (Credit Card) | BOA | XXXXXX8377 |
| 19 | Blackbird Media LLC | BOSLIL | XXXXXX9187 |
| 20 | JACO BEACH, LLC | BOSLIL | XXXXXX5379 |
| 21 | LICENSE AMERICA HOLDINGS | BOSLIL | XXXXXX2775 |
| 22 | LICENSE GLOBAL, LLC | BOSLIL | XXXXXX9962 |
| 23 | Macallan Media, LLC | BOSLIL | XXXXXX9536 |
| 24 | PBJ MEDIA | BOSLIL | XXXXXX2644 |
| 25 | Tag Media LLC | BOSLIL | XXXXXX4878 |
| 26 | Adam Rioux, LLC | Chase | XXXXXX0001 |
| 27 | DGDMV, LLC | Chase | XXXXXX5800 |
| 28 | 9283-5503 QUEBEC INC | CIBC | XXXXXX6318 |
| 29 | 9283-5503 QUEBEC INC | CIBC | XXXXXX0317 |
| 30 | DMV WEB MANAGEMENT INC | CIBC | XXXXXX1317 |
| 31 | DMV WEB MANAGEMENT INC | CIBC | XXXXXX0313 |
| 32 | BLUEBIRD MEDIA LLC | IFB Bank | XXXXXX6844 |

Kapila Mukamal
CPAs, Forensic and Insolvency Advisors
Page 1 of 6

**FEDERAL TRADE COMMISSION V. ON POINT GLOBAL LLC, ET AL**
**CASE NO. 19-25046-CIV-SCOLA**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

## Bank Account Summary - By Bank

**PRELIMINARY DRAFT as of January 9, 2020:**
This is a preliminary draft. It has been prepared based on preliminary information and assumptions. No one may rely on this draft. It is subject to change as additional information becomes available or is clarified.

| No. | Entity | Bank | Last Four Digits of Account No. |
|---|---|---|---|
| 33 | Borat Media LLC | IFB Bank | XXXXXX6873 |
| 34 | Bring Back the Magic Media LLC | IFB Bank | XXXXXX6868 |
| 35 | CAMBRIDGE MEDIA SERIES, LLC | IFB Bank | XXXXXX6860 |
| 36 | CHAMETZ MEDIA, LLC | IFB Bank | XXXXXX6871 |
| 37 | CHELSEA MEDIA, LLC | IFB Bank | XXXXXX7075 |
| 38 | COINSTAR MEDIA, LLC | IFB Bank | XXXXXX6842 |
| 39 | DIRECT MARKET, LLC | IFB Bank | XXXXXX6839 |
| 40 | Domain Development Sudios LLC | IFB Bank | XXXXXX6858 |
| 41 | EAGLE MEDIA, LLC | IFB Bank | XXXXXX6870 |
| 42 | GNR MEDIA, LLC | IFB Bank | XXXXXX6866 |
| 43 | ISLAND MEDIA, LLC | IFB Bank | XXXXXX7069 |
| 44 | Issue Based Media LLC | IFB Bank | XXXXXX7016 |
| 45 | ISSUE BASED MEDIA, LLC | IFB Bank | XXXXXX6859 |
| 46 | LEATHERBACK MEDIA GRO UP, LLC | IFB Bank | XXXXXX6841 |
| 47 | MACAU MEDIA LLC | IFB Bank | XXXXXX6843 |
| 48 | MBL MEDIA, LTD. | IFB Bank | XXXXXX7015 |
| 49 | ON POINT GLOBAL LLC | IFB Bank | XXXXXX7593 |
| 50 | ORANGE GROVE MEDIA, LLC | IFB Bank | XXXXXX6872 |
| 51 | PANTHER MEDIA, LLC | IFB Bank | XXXXXX6850 |
| 52 | PIVOT MEDIA GROUP, LLC | IFB Bank | XXXXXX6849 |
| 53 | PJ GROOVE MEDIA, LLC | IFB Bank | XXXXXX6865 |
| 54 | ROGUE MEDIA SERVICES, LLC | IFB Bank | XXXXXX6851 |
| 55 | SANDMAN MEDIA GROUP LLC | IFB Bank | XXXXXX6840 |
| 56 | SPARTACUS MEDIA LLC | IFB Bank | XXXXXX6845 |
| 57 | VERY BUSY MEDIA, LLC | IFB Bank | XXXXXX7070 |
| 58 | Waltham Technologies, LLC | IFB Bank | XXXXXX6943 |
| 59 | YAMAZAKI MEDIA, LLC | IFB Bank | XXXXXX6869 |
| 60 | Adam Rioux, LLC D/B/A Avenue I Media | Optimum | XXXXXX6911 |
| 61 | Borat Media LLC | Optimum | XXXXXX6523 |
| 62 | Bring Back the Magic Media LLC | Optimum | XXXXXX6499 |
| 63 | Cambridge Media | Optimum | XXXXXX7166 |
| 64 | Chametz Media | Optimum | XXXXXX6481 |
| 65 | Chelsea Media | Optimum | XXXXXX6432 |
| 66 | CLARO MARKET | Optimum | XXXXXX6960 |
| 67 | Dejaj Media | Optimum | XXXXXX7141 |

**FEDERAL TRADE COMMISSION V. ON POINT GLOBAL LLC, ET AL**
**CASE NO. 19-25046-CIV-SCOLA**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

## Bank Account Summary - By Bank

**PRELIMINARY DRAFT as of January 9, 2020:**
This is a preliminary draft. It has been prepared based on preliminary information and assumptions. No one may rely on this draft. It is subject to change as additional information becomes available or is clarified.

| No. | Entity | Bank | Last Four Digits of Account No. |
|---|---|---|---|
| 68 | DIRECT MARKET LLC | Optimum | XXXXXX6887 |
| 69 | Eagle Media | Optimum | XXXXXX6515 |
| 70 | Financial Guide, LLC | Optimum | XXXXXX6622 |
| 71 | Foodstamp Help, LLC | Optimum | XXXXXX6721 |
| 72 | GNR Media | Optimum | XXXXXX6465 |
| 73 | Government Assistance, LLC | Optimum | XXXXXX6614 |
| 74 | Health Benefits, LLC | Optimum | XXXXXX6598 |
| 75 | Housing Advice, LLC | Optimum | XXXXXX6572 |
| 76 | Housing Benefits, LLC | Optimum | XXXXXX6663 |
| 77 | Island Media | Optimum | XXXXXX6457 |
| 78 | ISSUE BASED MEDIA | Optimum | XXXXXX6879 |
| 79 | JourneyMan Media LLC | Optimum | XXXXXX7224 |
| 80 | Lady Boss | Optimum | XXXXXX6382 |
| 81 | MBL Media | Optimum | XXXXXX6507 |
| 82 | Medicare Assistance, LLC | Optimum | XXXXXX6606 |
| 83 | MM AND CARDOZO | Optimum | XXXXXX6945 |
| 84 | My Senior Information, LLC | Optimum | XXXXXX6739 |
| 85 | NEXT STEP LOCAL | Optimum | XXXXXX6903 |
| 86 | Ocotillo Media | Optimum | XXXXXX7158 |
| 87 | On Point Processing, LLC or Online Financial Assistance, LLC | Optimum | XXXXXX6531 |
| 88 | ONPOINT EMPLOYMENT | Optimum | XXXXXX6895 |
| 89 | Orange Grove Media, LLC | Optimum | XXXXXX6366 |
| 90 | PACIFIC AVENUE MEDIA | Optimum | XXXXXX6937 |
| 91 | Pirate Media | Optimum | XXXXXX6408 |
| 92 | PJ Groove | Optimum | XXXXXX6390 |
| 93 | Raftaar Media | Optimum | XXXXXX7174 |
| 94 | SEC8 Information LLC | Optimum | XXXXXX6747 |
| 95 | SEC8 Portal, LLC | Optimum | XXXXXX6564 |
| 96 | Section8 Portal, LLC | Optimum | XXXXXX6697 |
| 97 | Shadow Media | Optimum | XXXXXX6341 |
| 98 | Skylar Media | Optimum | XXXXXX6424 |
| 99 | Slayer Billing | Optimum | XXXXXX6358 |
| 100 | Unemployment Guidance, LLC | Optimum | XXXXXX6713 |
| 101 | Very Busy Media | Optimum | XXXXXX6473 |
| 102 | Veteran Assistance, LLC | Optimum | XXXXXX6705 |

**FEDERAL TRADE COMMISSION V. ON POINT GLOBAL LLC, ET AL**
**CASE NO. 19-25046-CIV-SCOLA**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

## Bank Account Summary - By Bank

**PRELIMINARY DRAFT as of January 9, 2020:**
This is a preliminary draft. It has been prepared based on preliminary information and assumptions. No one may rely on this draft. It is subject to change as additional information becomes available or is clarified.

| No. | Entity | Bank | Last Four Digits of Account No. |
|---|---|---|---|
| 103 | Wasabi Media | Optimum | XXXXXX6440 |
| 104 | Wellness Guide, LLC | Optimum | XXXXXX6556 |
| 105 | Yamazaki | Optimum | XXXXXX6374 |
| 106 | YOUR PASSPORT NOW, LLC | Optimum | XXXXXX6416 |
| 107 | Yula Capital LLC | Optimum | XXXXXX6549 |
| 108 | Borat Media LLC | Regions | XXXXXX4396 |
| 109 | Bring Back the Magic Media LLC | Regions | XXXXXX4310 |
| 110 | CAMBRIDGE MEDIA SERIES, LLC | Regions | XXXXXX4388 |
| 111 | Chametz Media LLC | Regions | XXXXXX4329 |
| 112 | Chinuch Services LLC | Regions | XXXXXX3144 |
| 113 | DIRECT MARKET LLC | Regions | XXXXXX4221 |
| 114 | Domain Development Sudios LLC | Regions | XXXXXX4191 |
| 115 | Eagle Media LLC | Regions | XXXXXX4337 |
| 116 | GNR Media LLC | Regions | XXXXXX4280 |
| 117 | Orange and Blue Media LLC | Regions | XXXXXX3306 |
| 118 | ORANGE GROVE MEDIA, LLC | Regions | XXXXXX4345 |
| 119 | PJ GROOVE MEDIA, LLC | Regions | XXXXXX0493 |
| 120 | Waltham Technologies, LLC | Regions | XXXXXX4205 |
| 121 | YAMAZAKI MEDIA, LLC | Regions | XXXXXX4272 |
| 122 | ON POINT GLOBAL LLC | SunTrust | XXXXXX8548 |
| 123 | Adam Rioux, LLC | Wells Fargo | XXXXXX2070 |
| 124 | Adam Rioux, LLC | Wells Fargo | XXXXXX4189 |
| 125 | Adam Rioux, LLC D/B/A Avenue I Media | Wells Fargo | XXXXXX1813 |
| 126 | BLUEBIRD MEDIA LLC | Wells Fargo | XXXXXX6301 |
| 127 | Borat Media LLC | Wells Fargo | XXXXXX6368 |
| 128 | Borat Media LLC | Wells Fargo | XXXXXX2687 |
| 129 | Bring Back the Magic Media LLC | Wells Fargo | XXXXXX6319 |
| 130 | Bring Back the Magic Media LLC | Wells Fargo | XXXXXX8829 |
| 131 | CAMBRIDGE MEDIA SERIES, LLC | Wells Fargo | XXXXXX2249 |
| 132 | CHAMETZ MEDIA, LLC | Wells Fargo | XXXXXX2231 |
| 133 | CHAMETZ MEDIA, LLC | Wells Fargo | XXXXXX8845 |
| 134 | CHELSEA MEDIA, LLC | Wells Fargo | XXXXXX5426 |
| 135 | CHELSEA MEDIA, LLC | Wells Fargo | XXXXXX5985 |
| 136 | CHELSEA MEDIA, LLC | Wells Fargo | XXXXXX5993 |
| 137 | CHINUCH SERVICES, LLC | Wells Fargo | XXXXXX3866 |

Kapila Mukamal
CPAs, Forensic and Insolvency Advisors

**FEDERAL TRADE COMMISSION V. ON POINT GLOBAL LLC, ET AL**
**CASE NO. 19-25046-CIV-SCOLA**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

## Bank Account Summary - By Bank

**PRELIMINARY DRAFT as of January 9, 2020:**
This is a preliminary draft. It has been prepared based on preliminary information and assumptions. No one may rely on this draft. It is subject to change as additional information becomes available or is clarified.

| No. | Entity | Bank | Last Four Digits of Account No. |
|---|---|---|---|
| 138 | CLARO MARKET, LLC | Wells Fargo | XXXXXX8227 |
| 139 | COINSTAR MEDIA, LLC | Wells Fargo | XXXXXX6350 |
| 140 | DGDMV, LLC | Wells Fargo | XXXXXX0735 |
| 141 | DIRECT MARKET, LLC | Wells Fargo | XXXXXX6418 |
| 142 | EAGLE MEDIA, LLC | Wells Fargo | XXXXXX2215 |
| 143 | EAGLE MEDIA, LLC | Wells Fargo | XXXXXX0646 |
| 144 | GNR MEDIA, LLC | Wells Fargo | XXXXXX6285 |
| 145 | GNR MEDIA, LLC | Wells Fargo | XXXXXX2695 |
| 146 | ISLAND MEDIA, LLC | Wells Fargo | XXXXXX5400 |
| 147 | ISLAND MEDIA, LLC | Wells Fargo | XXXXXX6017 |
| 148 | ISLAND MEDIA, LLC | Wells Fargo | XXXXXX6025 |
| 149 | ISSUE BASED MEDIA, LLC | Wells Fargo | XXXXXX5728 |
| 150 | LADY BOSS MEDIA, LLC | Wells Fargo | XXXXXX5753 |
| 151 | LADY BOSS MEDIA, LLC | Wells Fargo | XXXXXX5761 |
| 152 | LADY BOSS MEDIA, LLC | Wells Fargo | XXXXXX7156 |
| 153 | LADY BOSS MEDIA, LLC | Wells Fargo | XXXXXX2468 |
| 154 | LEATHERBACK MEDIA GRO UP, LLC | Wells Fargo | XXXXXX6343 |
| 155 | MACAU MEDIA LLC | Wells Fargo | XXXXXX6327 |
| 156 | MBL MEDIA, LTD. | Wells Fargo | XXXXXX2207 |
| 157 | MBL MEDIA, LTD. | Wells Fargo | XXXXXX8852 |
| 158 | Nextstepsocial, LLC D/B/A Next Step Social | Wells Fargo | XXXXXX1847 |
| 159 | Nextstepsocial, LLC D/B/A Next Step Social | Wells Fargo | XXXXXX4171 |
| 160 | ON POINT EMPLOYMENT, LLC | Wells Fargo | XXXXXX7026 |
| 161 | ON POINT GLOBAL LLC | Wells Fargo | XXXXXX7164 |
| 162 | On Point Safety Services, LLC | Wells Fargo | XXXXXX3177 |
| 163 | ORANGE GROVE MEDIA, LLC | Wells Fargo | XXXXXX6376 |
| 164 | ORANGE GROVE MEDIA, LLC | Wells Fargo | XXXXXX7236 |
| 165 | Pacific Avenue Media LLC | Wells Fargo | XXXXXX6418 |
| 166 | PANTHER MEDIA, LLC | Wells Fargo | XXXXXX3336 |
| 167 | PIRATE MEDIA, LLC | Wells Fargo | XXXXXX1827 |
| 168 | PIRATE MEDIA, LLC | Wells Fargo | XXXXXX2711 |
| 169 | PJ GROOVE MEDIA, LLC | Wells Fargo | XXXXXX6586 |
| 170 | PJ GROOVE MEDIA, LLC | Wells Fargo | XXXXXX6293 |
| 171 | PJ GROOVE MEDIA, LLC | Wells Fargo | XXXXXX5738 |

**FEDERAL TRADE COMMISSION V. ON POINT GLOBAL LLC, ET AL**
**CASE NO. 19-25046-CIV-SCOLA**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

## Bank Account Summary - By Bank

**PRELIMINARY DRAFT as of January 9, 2020:**
This is a preliminary draft. It has been prepared based on preliminary information and assumptions. No one may rely on this draft. It is subject to change as additional information becomes available or is clarified.

| No. | Entity | Bank | Last Four Digits of Account No. |
|---|---|---|---|
| 172 | SANDMAN MEDIA GROUP LLC | Wells Fargo | XXXXXX6384 |
| 173 | SHADOW MEDIA, LLC | Wells Fargo | XXXXXX7172 |
| 174 | SHADOW MEDIA, LLC | Wells Fargo | XXXXXX2679 |
| 175 | SKYLAR MEDIA, LLC | Wells Fargo | XXXXXX1769 |
| 176 | SKYLAR MEDIA, LLC | Wells Fargo | XXXXXX6643 |
| 177 | SKYLAR MEDIA, LLC | Wells Fargo | XXXXXX6650 |
| 178 | SLAYER BILLING, LLC | Wells Fargo | XXXXXX1819 |
| 179 | SLAYER BILLING, LLC | Wells Fargo | XXXXXX6676 |
| 180 | SLAYER BILLING, LLC | Wells Fargo | XXXXXX6684 |
| 181 | SPARTACUS MEDIA LLC | Wells Fargo | XXXXXX6392 |
| 182 | VERY BUSY MEDIA, LLC | Wells Fargo | XXXXXX5392 |
| 183 | VERY BUSY MEDIA, LLC | Wells Fargo | XXXXXX6619 |
| 184 | VERY BUSY MEDIA, LLC | Wells Fargo | XXXXXX6627 |
| 185 | Waltham Technologies, LLC | Wells Fargo | XXXXXX7180 |
| 186 | WASABI MEDIA, LLC | Wells Fargo | XXXXXX9460 |
| 187 | WASABI MEDIA, LLC | Wells Fargo | XXXXXX5894 |
| 188 | WASABI MEDIA, LLC | Wells Fargo | XXXXXX5902 |
| 189 | YAMAZAKI MEDIA, LLC | Wells Fargo | XXXXXX2223 |
| 190 | YAMAZAKI MEDIA, LLC | Wells Fargo | XXXXXX7244 |
| 191 | YOUR PASSPORT NOW, LLC | Wells Fargo | XXXXXX7416 |

Kapila Mukamal
CPAs, Forensic and Insolvency Advisors