# EXHIBIT D

## Onpoint Global LLC
## Consolidated Income Statement
## From Jan 2019 to Oct 2019

| Financial Row | Jan 2019 Amount | Feb 2019 Amount | Mar 2019 Amount | Apr 2019 Amount | May 2019 Amount | Jun 2019 Amount | Jul 2019 Amount | Aug 2019 Amount | Sep 2019 Amount | Oct 2019 Amount | Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Gross Revenue** | | | | | | | | | | | |
| Gross Revenue - eCommerce | $5,465,548 | $4,365,845 | $6,382,211 | $4,860,286 | $5,109,832 | $3,910,815 | $3,385,886 | $2,863,349 | $2,900,545 | $3,267,356 | $42,511,674 |
| Gross Revenue - Publishing & Freemium | $560,785 | $485,391 | $653,353 | $700,218 | $1,037,457 | $875,844 | $861,155 | $953,717 | $949,236 | $1,503,476 | $8,580,631 |
| Gross Revenue- Data & Saas | $477,705 | $413,481 | $556,560 | $596,482 | $883,759 | $820,978 | $807,195 | $858,176 | $913,476 | $995,062 | $7,322,875 |
| Gross Revenue- Network & Exchange | | | | | | | $2,669,617 | $3,160,322 | $2,389,358 | $2,195,080 | $10,414,377 |
| **Gross Revenue** | $6,504,038 | $5,264,717 | $7,592,125 | $6,156,987 | $7,031,048 | $5,607,637 | $7,723,853 | $7,835,564 | $7,152,615 | $7,960,975 | $68,829,558 |
| Refunds | ($666,092) | ($502,058) | ($632,803) | ($581,540) | ($539,975) | ($429,411) | ($367,169) | ($285,406) | ($257,193) | ($261,686) | ($4,523,332) |
| Chargebacks | ($92,534) | ($86,721) | ($113,963) | ($119,404) | ($115,640) | ($107,047) | ($100,194) | ($89,559) | ($71,805) | ($107,234) | ($1,004,100) |
| **Net Revenue** | $5,745,412 | $4,675,938 | $6,845,360 | $5,456,043 | $6,375,433 | $5,071,180 | $7,256,490 | $7,460,599 | $6,823,616 | $7,592,055 | $63,302,127 |
| **Cost of Goods Sold** | | | | | | | | | | | |
| COGS - eCommerce | ($1,121,758) | ($889,108) | ($1,240,492) | ($1,036,356) | ($933,336) | ($678,519) | ($516,979) | ($449,630) | ($481,592) | ($449,746) | ($7,797,517) |
| COGS - Advertising | ($81,924) | ($82,367) | ($105,030) | ($77,746) | ($165,055) | ($120,727) | ($1,925,215) | ($2,116,762) | ($1,376,399) | ($1,016,042) | ($7,067,265) |
| Cost of Goods Sold | ($1,203,682) | ($971,475) | ($1,345,522) | ($1,114,102) | ($1,098,391) | ($799,245) | ($2,442,194) | ($2,566,392) | ($1,857,991) | ($1,465,788) | ($14,864,782) |
| **Marketing Expense** | | | | | | | | | | | |
| Customer Acquisition | ($2,856,022) | ($2,537,660) | ($3,323,413) | ($2,811,342) | ($3,327,699) | ($2,795,680) | ($3,104,926) | ($3,231,890) | ($3,418,704) | ($4,024,419) | ($31,431,754) |
| Promotion Expenses | ($4,696) | ($3,889) | ($1,238) | ($5,638) | ($11,699) | ($11,576) | ($12,528) | ($8,947) | ($10,593) | ($6,256) | ($77,059) |
| Marketing Expense | ($2,860,717) | ($2,541,549) | ($3,324,651) | ($2,816,980) | ($3,339,398) | ($2,807,256) | ($3,117,454) | ($3,240,837) | ($3,429,296) | ($4,030,675) | ($31,508,813) |
| **Gross Profit** | $1,681,013 | $1,162,914 | $2,175,187 | $1,524,961 | $1,937,644 | $1,464,678 | $1,696,842 | $1,653,370 | $1,536,329 | $2,095,592 | $16,928,531 |
| **Fixed Expenses** | | | | | | | | | | | |
| Personnel | ($1,130,902) | ($1,056,413) | ($1,018,023) | ($1,136,484) | ($1,177,823) | ($1,328,882) | ($1,209,962) | ($1,343,497) | ($1,365,527) | ($1,348,948) | ($12,116,461) |
| Support Services | ($371,783) | ($366,240) | ($461,469) | ($531,339) | ($478,575) | ($387,794) | ($381,697) | ($381,031) | ($362,324) | ($375,867) | ($4,098,118) |
| Other Income (Loss) | ($11,074) | ($1,779) | $3,169 | $3,298 | $3,028 | $657 | ($337) | $3,524 | ($781) | $258 | ($38) |
| Other Fixed Expenses | ($278,824) | ($423,616) | ($406,475) | ($333,649) | ($522,689) | ($438,130) | ($485,237) | ($567,320) | ($514,749) | ($510,346) | ($4,481,036) |
| 570000 - Bad Debt Expense | ($18,733) | $18,733 | ($13,821) | $0 | ($332,646) | ($267,499) | ($116,238) | ($4,404) | ($21,585) | $0 | ($756,193) |
| **EBITDA** | ($130,303) | ($666,402) | $278,569 | ($473,213) | ($571,061) | ($956,970) | ($496,629) | ($639,357) | ($728,637) | ($139,310) | ($4,523,315) |
| Interest | ($83,217) | ($67,862) | ($79,097) | ($61,566) | ($72,962) | ($61,398) | ($70,454) | ($71,524) | ($70,239) | ($79,283) | ($717,603) |
| Depreciation | ($17,297) | ($17,297) | ($17,371) | ($18,780) | ($18,759) | ($18,759) | ($18,888) | ($18,977) | ($19,145) | ($19,368) | ($184,641) |
| Amortization | ($18,004) | ($18,004) | ($26,825) | ($29,626) | ($31,123) | ($43,337) | ($43,597) | ($43,978) | ($45,665) | ($49,183) | ($349,342) |
| **Net Income** | ($248,821) | ($769,565) | $155,275 | ($583,184) | ($693,906) | ($1,080,465) | ($629,569) | ($773,836) | ($863,686) | ($287,144) | ($5,774,901) |