

# EXHIBIT E

FTC v. On Point Global LLC, et al
Net Guide and Services (Ecommerce) Revenues (exclusive of charge backs and refunds)
For the period from January 2018 through November 2019

Source: Data prepared by On Point Global, LLC;   January 2018 through April 2018 is based on general ledger account groupings.  For the period from May through November 2019, the data is domain specific and approximates the amount reflected in the general ledger.

| Month | Guides ($) | Guides (%) | Services ($) | Services (%) | Total ($) | Total (%) |
|---|---|---|---|---|---|---|
| | | | Net Sales - Ecommerce | | | |
| Jan-18 | 1,422,572 | 83% | 292,146 | 17% | 1,714,718 | 4% |
| Feb-18 | 1,559,046 | 87% | 229,924 | 13% | 1,788,970 | 5% |
| Mar-18 | 1,987,245 | 90% | 223,586 | 10% | 2,210,831 | 6% |
| Apr-18 | 1,959,843 | 82% | 432,410 | 18% | 2,392,253 | 6% |
| May-18 | 2,335,101 | 85% | 428,318 | 15% | 2,763,419 | 7% |
| Jun-18 | 2,775,152 | 82% | 596,834 | 18% | 3,371,986 | 9% |
| Jul-18 | 3,551,924 | 86% | 583,210 | 14% | 4,135,134 | 11% |
| Aug-18 | 3,791,520 | 88% | 538,316 | 12% | 4,329,836 | 11% |
| Sep-18 | 3,476,496 | 85% | 616,769 | 15% | 4,093,265 | 11% |
| Oct-18 | 3,451,629 | 87% | 506,221 | 13% | 3,957,849 | 10% |
| Nov-18 | 3,267,380 | 88% | 456,830 | 12% | 3,724,210 | 10% |
| Dec-18 | 3,469,520 | 87% | 535,510 | 13% | 4,005,030 | 10% |
| Total 2018 | 33,047,428 | 86% | 5,440,074 | 14% | 38,487,502 | 100% |

| Month | Guides ($) | Guides (%) | Services ($) | Services (%) | Total ($) | Total (%) |
|---|---|---|---|---|---|---|
| | | | Net Sales | | | |
| Jan-19 | 3,971,392 | 85% | 693,605 | 15% | 4,664,998 | 11% |
| Feb-19 | 3,098,785 | 83% | 646,418 | 17% | 3,745,203 | 9% |
| Mar-19 | 4,783,357 | 86% | 808,332 | 14% | 5,591,690 | 13% |
| Apr-19 | 3,527,160 | 85% | 604,034 | 15% | 4,131,194 | 10% |
| May-19 | 3,895,317 | 87% | 599,398 | 13% | 4,494,715 | 11% |
| Jun-19 | 2,500,117 | 77% | 730,027 | 23% | 3,230,144 | 8% |
| Jul-19 | 2,065,631 | 67% | 1,022,516 | 33% | 3,088,147 | 7% |
| Aug-19 | 1,594,603 | 59% | 1,103,020 | 41% | 2,697,623 | 6% |
| Sep-19 | 1,453,461 | 52% | 1,324,511 | 48% | 2,777,972 | 7% |
| Oct-19 | 1,510,604 | 44% | 1,936,552 | 56% | 3,447,157 | 8% |
| Nov-19 | 1,726,811 | 44% | 2,182,450 | 56% | 3,909,262 | 9% |
| Total 2019 | 30,127,238 | 72% | 11,650,864 | 28% | 41,778,102 | 100% |
| | 72% | | 28% | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Total | $ 63,174,666.66 | 79% | $ 17,090,937.61 | 21% | $ 80,265,604.27 | |