**EXHIBIT F**

| Domain |
| --- |
| getautolicense.com |
| obtainlicense.com |
| hunting-license.org |
| getcarlicense.com |
| travelprecheck.org |
| thelicensedriver.org |
| licenseinfoguides.com |
| car-title.org |
| drivingeducationinfo.com |
| license-driver.com |
| driver-guides.org |
| license-guides.org |
| timetodrive.org |
| thedriversinfo.com |
| yourdriverstips.com |
| hunting-license.com |
| thefishingtips.com |
| us-passportservices.org |
| licenseguides.org |
| thelicensedriver.com |
| mycartitles.com |
| drivingeducationinfo.org |
| thedriversseat.org |
| driversinfo.org |
| cdldriverslicenses.org |
| discoverdrivinginfo.org |
| drivers-tips.com |
| motorcycle-licenses.com |
| commercial-drivers-license.org |
| yourdrivinginfo.org |
| driverslicenseinfo.org |
| online-drivers-licenses.org |
| airportprecheck.org |
| globalentryservices.org |
| travelprecheck.com |
| yourdrivinginfo.com |
| quickdriversinfo.com |
| car-registration.org |
| carregistrationadvisors.org |
| carregistrationsimplified.org |
| cartitles.org |
| discoverdrivinginfo.com |
| driverslicenseadvisors.org |
| drivers-tips.com |
| fishandgamelicenses.org |
| fishingresources.org |
| license-driver.org |
| licenseguidesinfo.org |
| licensesinfo.com |
| mydriverlicense.org |
| registrationtags.org |
| renewregistrations.org |
| socialsecurityguides.org |
| thedriverslicense.com |
| grablicense.com |
| attainlicense.com |