# EXHIBIT G

FTC v. On Point Global, LLC
2019 Data Revenue
Channels Only (SMS, Push, Email, Trading)

| Domain | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Nov | Dec | Grand Total | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N/A - Channel (not site generated) | 46,608 | 61,620 | 57,179 | 91,482 | 214,840 | 337,070 | 370,085 | 367,945 | 417,163 | 438,206 | 697,481 | 3,099,676 | There are no domains associated when data is monetized. |
| zeta.com | 116,379 | 112,991 | 143,233 | 156,562 | 151,438 | 158,690 | 156,934 | 161,532 | 150,654 | 133,271 | 114,598 | 1,556,283 | This domain is not owned by OnPoint Global - Channel revenue |
| Avenue I Sites | 144 | 89 | 36 | 4 | 16,808 | 5,065 | 53,304 | 213,096 | 182,087 | 195,875 | 182,752 | 849,260 | These domains are not owned by OnPoint Global - Channel revenue |
| Misc Domains | 104,179 | 76,269 | 59,574 | 62,663 | 43,105 | 25,568 | 8,332 | 6,009 | 645 | - | - | 386,344 | Revenue is not tracked separately for these domains |
| localhometips.com | 61,255 | 76,047 | 119,121 | 126,827 | 170,156 | (159,328) | (78,052) | 3 | 3 | 13 | 40,158 | 356,204 | |
| section-8-housing.org | 48,295 | 70,263 | 84,608 | 81,185 | (88,583) | 20,966 | 17,877 | 3,470 | 7,380 | 5,542 | 29,328 | 280,330 | |
| section8assistance.org | 60,158 | 28,734 | 54,743 | 68,301 | (67,528) | 7,590 | 7,869 | 5,990 | 14,831 | 9,517 | 25,758 | 215,962 | |
| checkeligibility.org | | | | | 64 | 1,322 | 20,219 | 38,296 | 36,492 | 26,101 | 27,578 | 150,072 | |
| allassistanceprograms.com | | | | | 10 | 810 | 5,462 | 37,886 | 34,705 | 27,231 | 25,097 | 131,202 | |
| bettercareermoves.com | 24,963 | 20,743 | 28,447 | 37,397 | 38,326 | (36,103) | (13,430) | 412 | 227 | 14 | 3,509 | 104,506 | |
| topfinancereviews.com | 13,672 | 13,586 | 20,540 | 24,649 | 28,299 | (3,750) | (2,645) | 2 | - | 1 | 955 | 95,309 | |
| unemploymentclaims.org | 21,829 | 17,125 | 12,794 | 9,496 | (8,889) | 3,577 | 5,356 | 3,661 | 3,571 | 4,935 | 11,321 | 84,778 | |
| foodstampsinformation.com | | 0 | 4,297 | 10,821 | 15,247 | 24,788 | 21,861 | 22,522 | (17,999) | (92) | 136 | 81,583 | |
| tanfassistance.org | | | | | 2 | 276 | 5,916 | 16,905 | 17,842 | 15,871 | 19,457 | 76,268 | |
| bestfinancialassistance.org | | | | | | | | | 9,904 | 15,358 | 28,924 | 54,186 | |
| assistance-programs.org | | | | | | | | 402 | 1,134 | 18,984 | 32,784 | 53,303 | |
| section-8-apartments.org | 16,398 | 12,069 | 12,997 | 10,258 | (6,637) | (300) | 1 | 11 | 660 | 688 | 5,981 | 52,126 | |
| medicaid-help.org | 11,695 | 9,782 | 9,171 | 6,047 | (3,187) | 1,116 | 4,704 | 2,364 | 696 | 2,191 | 6,259 | 50,840 | |
| topfinancialprograms.com | | | | | | | | | 3,957 | 12,041 | 29,200 | 45,197 | |
| foodstamps-help.com | | | | | 32 | 243 | 406 | 389 | 302 | 7,056 | 30,490 | 38,917 | |
| section8assistance5.org | | 3,072 | 23,421 | 22,028 | (14,105) | (723) | 80 | 145 | 449 | 292 | 2,582 | 37,242 | |
| All domains | | 11,756 | 17,878 | 3,536 | 8 | 5 | 1 | 1,796 | 734 | 914 | | 36,628 | Revenue is not tracked separately for these domains |
| section8-listings.com | | | 1,049 | 2,540 | 3,225 | 2,952 | 1,514 | 6,261 | 9,126 | 5,218 | | 31,885 | |
| healthresourcenow.com | 6,825 | 5,569 | 5,936 | 9,881 | 6,381 | (6,072) | (3,227) | - | 6 | 8 | 1,535 | 26,843 | |
| food-stamps.org | 7,232 | 5,290 | 4,387 | 2,139 | (3,555) | 212 | 95 | 88 | 14 | 9 | 9,294 | 25,204 | |
| my-dmv.org | 3,153 | 2,021 | 3,305 | 4,482 | 3,380 | 1,149 | 601 | 1,080 | 958 | 835 | 751 | 21,713 | |
| section8assistance1.org | | 309 | 10,568 | 32,079 | (29,135) | (600) | 20 | - | 1,569 | 731 | 5,139 | 20,679 | |
| career-assistance.org | | | | | | - | 218 | - | 82 | 680 | 19,341 | 20,321 | |
| trading | 20 | 10 | 15 | 2 | 1 | 0 | 25 | 79 | 2,171 | 15,232 | - | 17,555 | |
| unemploymentassistance.org | 38 | 1,085 | 3,309 | 6,207 | (3,551) | 3 | 402 | 577 | 1,059 | 2,026 | 6,335 | 17,490 | |
| dmv.com | 10,580 | 4,997 | 1,398 | 8 | | | | | | | | 16,983 | |
| unemployment-guidance.com | | | | | | | | | | 1,370 | 15,445 | 16,815 | |
| medicaid-guide.org | 3,895 | 2,924 | 2,571 | 1,836 | (3,045) | (0) | 236 | 66 | 32 | 1,206 | 2,888 | 12,609 | |
| foodstampbalance.net | | 208 | 226 | 226 | (403) | (84) | - | - | | | 9,251 | 9,424 | |
| financial-portal.org | | | | | - | 1,208 | 501 | 364 | 514 | 2,675 | 3,924 | 9,187 | |
| topassistanceprograms.com | | | | | | | | | | 673 | 7,059 | 7,731 | |
| health-resources.org | | | | | | | 199 | 473 | 2,666 | 3,549 | 758 | 7,645 | |
| senior-assistance.org | | 132 | 6,580 | 1,485 | (1,080) | (69) | | | | | | 7,048 | |
| housing-portal.org | | | | | | | | | | 989 | 5,689 | 6,678 | |
| medicaidguideassistance.com | 0 | 230 | 243 | 1,557 | (549) | (35) | 94 | 60 | 48 | 958 | 3,941 | 6,547 | |
| veteran-affairs.org | 1,078 | 1,757 | 1,904 | 1,084 | (537) | 139 | 70 | 298 | 174 | 98 | 89 | 6,154 | |
| financial-guide.org | | | | | | | | | 13 | 2,104 | 4,010 | 6,126 | |
| texas-benefits.org | 912 | 2,471 | 2,238 | 263 | (99) | (7) | - | - | - | - | - | 5,779 | |
| maryland-unemployment.org | 3,110 | 1,303 | 329 | 246 | (140) | (35) | | 33 | 35 | 137 | | 5,018 | |
| section8assistance.org.get-started3 | | | | | (401) | (77) | - | - | 1,098 | 641 | 3,124 | 4,384 | |
| californiaunemployment.org | 1,069 | 845 | 648 | 856 | (725) | (37) | - | - | 90 | 482 | 1,044 | 4,271 | |
| texas-unemployment.org | 1,590 | 973 | 1,050 | 508 | (479) | (23) | - | - | 49 | 119 | 415 | 4,202 | |
| texas-foodstamps.org | 1,270 | 802 | 650 | 409 | (665) | (39) | | - | 2 | 1,503 | | 3,932 | |
| housing-benefits.org | | | | | (950) | (1,238) | 16 | 5 | 1,218 | 710 | 4,050 | 3,810 | |
| newyork-foodstamps.org | 959 | 683 | 625 | 350 | (810) | (25) | - | - | - | | 1,700 | 3,482 | |
| floridaunemploymentclaims.org | 747 | 673 | 690 | 1,035 | (696) | (63) | - | - | 71 | 203 | 577 | 3,238 | |
| pennsylvania-unemployment.org | 1,723 | 1,052 | 735 | 270 | (894) | (61) | | | 24 | 46 | 291 | 3,187 | |
| housing-help.com | | | | | | | | | | 175 | 2,983 | 3,158 | |
| section8assistance4.org | | 221 | 1,192 | 4,827 | (6,005) | (302) | - | - | 692 | 435 | 1,992 | 3,051 | |
| florida-foodstamps.org | 775 | 574 | 554 | 316 | (320) | (26) | - | - | - | | 1,058 | 2,930 | |
| financial-support.org | | | | | | | | | 540 | 1,096 | 1,102 | 2,738 | |
| carreg.org | | | | | | | - | 92 | 923 | 838 | 641 | 2,493 | |
| georgia-foodstamps.org | 733 | 544 | 354 | 276 | (419) | (3) | - | - | | | 895 | 2,380 | |
| section8assistance.org.get-started26 | | | | | | | | | 160 | 262 | 1,576 | 1,997 | |
| washington-unemployment.org | 824 | 718 | 337 | 208 | (316) | (40) | - | - | 26 | 41 | 172 | 1,971 | |

# EXHIBIT G

**FTC v. On Point Global, LLC**
**2019 Data Revenue**
**Channels Only (SMS, Push, Email, Trading)**

| Domain | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Nov | Dec | Grand Total | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| food-stamps.com | 398 | 425 | 345 | 352 | (676) | (48) | | | | | 1,029 | 1,825 | |
| illinois-unemployment.org | 896 | 476 | 406 | 232 | (460) | (91) | | - | 35 | 84 | 201 | 1,779 | |
| womeninfantschildrenoffice.com | | 176 | 542 | 1,217 | (399) | (9) | - | | | | | 1,527 | |
| southcarolinafoodstamps.org | 460 | 296 | 247 | 201 | (198) | (4) | | - | | | 514 | 1,516 | |
| missouri-unemployment.org | 620 | 393 | 201 | 158 | (327) | (21) | | | 43 | 56 | 205 | 1,327 | |
| pennsylvania-foodstamps.org | 489 | 351 | 194 | 126 | (241) | (4) | | | | | 388 | 1,303 | |
| california-foodstamps.org | 606 | 361 | 322 | 223 | (861) | (98) | - | | - | | 724 | 1,277 | |
| unemploymentassistance4.org | | 354 | 2,207 | (2,823) | (278) | | | | 354 | 358 | 1,037 | 1,209 | |
| wisconsin-unemployment.org | 487 | 262 | 178 | 101 | (92) | (9) | - | | 15 | 20 | 62 | 1,023 | |
| unemploymentclaimsassistance.org | 4 | 3 | 18 | 146 | 122 | 104 | 145 | 243 | 168 | 35 | 24 | 1,011 | |
| north-carolina-unemployment.org | 729 | 338 | 267 | 210 | (845) | (132) | - | - | 33 | 66 | 313 | 979 | |
| wicassistance.org | | | 44 | 63 | | | | | | | 856 | 962 | |
| indianafoodstamps.org | 226 | 217 | 138 | 136 | (144) | (2) | | | | | 382 | 954 | |
| ebtcardbalance.com | | 326 | 366 | 389 | (259) | (27) | - | - | | | 111 | 906 | |
| unemploymentassistance2.org | | 1 | 301 | 420 | (72) | (15) | | | 5 | 1 | 29 | 670 | |
| florida-assistance.org | 45 | 212 | 282 | 1 | (1) | - | | | 5 | | 1 | 545 | |
| section8-information.org | | | | | | | - | 437 | | | | 437 | |
| section8housinginfo.org | | | 3 | 169 | 172 | 74 | - | | | 0 | - | 419 | |
| california-assistance.org | 88 | 77 | 173 | 5 | (4) | | | | - | | | 339 | |
| gov-loans.org | 79 | 203 | 20 | - | | | - | | | | | 302 | |
| unemploymentoffice.org | 18 | 73 | 70 | 107 | (116) | (13) | | - | 2 | 1 | 124 | 267 | |
| medicaidinformation.org | | | | 90 | | 8 | 8 | 24 | 24 | 39 | 28 | 221 | |
| liheapassistance.org | | | | | | | | 37 | 12 | 45 | 69 | 163 | |
| kentuckyfoodstamps.org | 109 | 10 | 10 | 6 | (6) | 2 | | | | | 22 | 153 | |
| wellness-guide.org | | | | | | | | | 4 | 47 | 98 | 149 | |
| aboutunemployment.org | 1 | 38 | 2 | 11 | (2) | | | - | 2 | 18 | 66 | 136 | |
| Domain | 8 | 49 | 7 | 39 | 2 | | | | | | | 105 | |
| tennesseefoodstamps.org | 30 | 11 | 15 | 8 | (7) | (8) | | | | | 48 | 97 | |
| section8assistance2.org | | 7 | 67 | 25 | (5) | (4) | | | | | | 89 | |
| eligibilityassistance.org | | | | 84 | - | | | - | | | | 84 | |
| arizona-assistance.org | 1 | 1 | 77 | 1 | | | | | | | | 80 | |
| missourifoodstamps.org | 27 | 4 | 5 | | | | | | | | 13 | 50 | |
| governmentassistanceonline.com | | | | | | | | | | | 47 | 47 | |
| ohio-assistance.org | 10 | 9 | 9 | 1 | (4) | - | - | | - | - | 2 | 26 | |
| recipestastyvideos.com | | | | | 12 | 9 | - | - | - | - | - | 21 | |
| majornewschannel.com | | 9 | 12 | - | - | - | - | - | - | - | - | 20 | |
| georgia-assistance.org | 3 | 2 | 10 | 0 | | | | | | | | 15 | |
| pennsylvania-assistance.org | 0 | 1 | 7 | | | | | | | | | 8 | |
| push.com | 3 | 1 | - | - | - | - | | | | | | 4 | |
| unemploymentassistance3.org | | | | | | | | | 1 | | 1 | 2 | |
| foodstamps-states | 1 | | | - | | | | | | | | 1 | |
| unemployment-states | 1 | | | - | - | - | - | | | - | - | 1 | |
| housingadvice.org | | | | | | | | | | | 0 | 0 | |
| health-benefits.org | | | | | | | | | - | - | - | - | |
| myseniorassistance.org | | | | | | | | | - | - | - | - | |
| NO-DOMAIN | - | - | - | - | - | - | - | - | - | | | - | |
| unemploymentapplication.org | - | - | - | - | - | - | - | - | - | | | - | |
| unemploymentassistance1.org | | | 20 | 141 | (309) | (2) | | | 28 | 5 | 114 | (4) | |
| unemploymentassistance5.org | | | 12 | 176 | (205) | (17) | | | 0 | 3 | 22 | (8) | |
| foodstamps.org | 0 | 161 | 289 | 188 | (1,023) | (76) | - | - | | | 211 | (248) | |
| callpoint-creditrepairassistance.org | | | | | (490) | (104) | - | - | 10 | 1 | 15 | (567) | |
| | 577,447 | 542,273 | 696,776 | 804,430 | 441,201 | 383,223 | 587,074 | 886,038 | 887,730 | 961,960 | 1,445,947 | 8,214,099 | |