UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FEDERAL TRADE COMMISSION,

        Plaintiff,

vs.                                  Case No. 19-cv-25046-Scola

ON POINT GLOBAL LLC and others,

        Defendants.

_____/

## NOTICE OF APPEARANCE

Edmund S. Whitson, III, Esq. attorney at the law firm of Adams and Reese LLP, hereby files this notice of appearance in the above-styled case as counsel for interested party, TRUIST BANK, successor by merger to SunTrust Bank, and requests that he be served with copies of all further pleadings, motions, orders and other papers filed and served in this action.

/s/ Edmund S. Whitson, III
Edmund S. Whitson, Esq.
Florida Bar Number: 897272
Primary: edmund.whitson@arlaw.com
Secondary: ann.jones@arlaw.com

ADAMS AND REESE LLP
101 E. Kennedy Blvd., Suite 4000
Tampa, Florida 33602
(813) 402-2880 (Telephone)
(813) 402-2887 (Facsimile)
***Attorneys for Truist Bank***

59064413_1

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 21st day of January, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF electronic notification system, which will send a notice of electronic filing to all parties of record.

                                            /s/ Edmund S. Whitson, III
                                            Attorney