## DECLARATION OF LASHANDA L. FREEMAN

(Pursuant to 28 U.S.C. § 1746)

I, Lashanda Freeman, hereby state that I have personal knowledge of the facts set forth below and am competent to testify as follows:

1.  I am a United States citizen and am over 18 years of age.  I am employed by the Federal Trade Commission ("FTC" or "the Commission") as an Investigator in the Division of Enforcement, Bureau of Consumer Protection.  My office address is 600 Pennsylvania Ave., NW, CC-9528, Washington, D.C. 20580.

2.  Prior to my employment with the FTC, I was a Paralegal Specialist from June 2012 to August 2016, and a Program Analyst from August 2016 to February 2019, for the Department of Justice, Consumer Protection Branch in Washington, DC. I earned a Bachelor and Master of Science degree in Criminal Justice from Drury University in 2008 and 2010, respectively.

3.  My duties as an investigator include investigating possible violations of the laws and regulations the FTC enforces and possible violations of orders obtained by the Commission.

4.  I was assigned to work on the matter *FTC v. On Point Global LLC, et al.,* in February 2019.

5.  A number of documents are attached to this declaration. In accordance with FTC procedures and this Court's rules, information from these documents has been redacted in order to protect sensitive information, such as financial account numbers and personally identifiable information.

6.   On Monday, December 16, 2019, pursuant to the immediate access provision (Section 21) in the Temporary Restraining Order ("TRO") and at the Temporary Receiver's invitation, FTC staff entered the Defendants' business premises at 350 NE 60th Street, Miami, Florida 33137.

7.   Upon entering the business premises at 350 NE 60th Street, Miami Florida 33137, a member of the receiver's team, Russell Landy, provided me a copy of a floor plan and I walked around the business location to verify the accuracy of the floor plan. I assigned each office, workstation, or room a unique number and assigned the numerous white marker boards containing information a unique letter. I also took photographs of the Defendants' premises.

8.   I made updates to the floor plan I was provided with based on desk placards, business cards, or other document to identify the current employee siting at a specific workstation. I created a new map showing the location of various offices, desks, storage areas, workstations, and other furniture.

9.   With assistance from other FTC employees present, I reviewed and collected certain paper documents from the Defendants' premises. We added "slip-sheets" to each document or set of documents we collected. The slip-sheets identify which of the FTC staff collected the materials, and from which specific location it was collected.

10.  The paper documents remained in my custody until Wednesday, December 18, 2019, when I provided them to the scanning contractor, Mike Sooley with Lit & More. The scanning contractor sent FTC staff electronic copies of the documents via a secure file transfer link.  FTC staff copied the scanned materials to the FTC computer system's shared drive, where FTC staff assigned to the above-captioned matter can access them.

Selected documents obtained during the immediate access of the Defendants' business premises are attached hereto as **Attachment A.**

11. On December 23, 2019, I accessed DragonGlobal.com. I observed that aspects of the website had changed since my previous captures on April 22, 2019 (*see* ECF No. 4-7, PX1- Declaration of Lashanda Freeman, Paragraph 23 and Attachment G.) Updated captures of the DragonGlobal.com website are attached hereto as **Attachment B.** Attachment B also includes pages from the website that I previously captured on August 22, 2019.

12. The April 22, 2019, captures of the "Team" section of the Dragon Global website linked to a biography page for Robert Zangrillo, which identified him as the Founder, Chairman, and CEO of Dragon Global and featured an OnPoint emblem listed under the associated companies (*see* ECF No. 4-7, PX1-Declaration of Lashanda Freeman, Attachment G, p. 3.) On December 23, 2019, I observed the OnPoint emblem had been removed under the associated companies section of Robert Zangrillo's biography page. *See* **Attachment B, pp. 9-10.**

13. The April 22, 2019, and August 22, 2019, captures of the "Team" section on the Dragon Global website identified Burton Katz as a member of the Venture Team and contained a link to a page with Katz's biography, stating that he had partnered with Dragon Global to acquire and operate On Point Global (*see* ECF No. 4 PX1-Declaration of Lashanda Freeman, Attachment G, p. 4; **Attachment B, p. 1.**) On December 23, 2019, I observed that all mention and photographs of Burton Katz had been removed from DragonGlobal.com. However, on December 24, 2019, I was able to access the Google cache snapshot of Katz's biography page (www.dragonglobal.com/burton-katz), which

showed that the Dragon Global website still had Burton Katz's biography page as of December 14, 2019.  *See* **Attachment B, pp. 4; 12-13.**

14. The August 22, 2019 and December 23, 2019, captures of the "Companies" section on the Dragon Global website both featured the OnPoint emblem (*see* **Attachment B, p. 3 and p. 11.)**  Captures of the "Venture Capital" section from April 22, 2019 (*see* ECF No. 4-7, PX1-Declaration of Lashanda Freeman, Attachment G, p. 6), August 22, 2019 (*see* **Attachment B. p. 2),** and December 23, 2019 (*see* **Attachment B pp. 6-7)** all describe "Early-Stage Control" in the same manner and identify OnPoint Global as Dragon Global's current early-stage control investment.

15. On December 23, 2019, I captured the LinkedIn profile for Robert Zangrillo. Attached hereto as **Attachment C.** I observed since my last capture of his LinkedIn profile on August 13, 2019, Zangrillo has removed his prior experience as Chairman at OnPoint from January 2018 to the present. *See* ECF No. 4-7, PX1-Declaration of Lashanda Freeman, Attachment AU, pp. 46-48.

16. On December 23, 2019, I accessed livinghealthy.com and the page did not have any content. However, I was able to access the Google cache version of livinghealthy.com. The Google cache snapshot of the livinghealthy.com "contact us" page as it appeared on December 12, 2019, listed the OnPoint Global headquarters address, 350 NE 60th Street, Miami, Florida 33137. The capture is attached hereto as **Attachment D.**

17. The Federal Reserve Bank of New York, which maintains Fedwire Funds Service records, produced records to the FTC in response to a Civil Investigative Demand (*see* ECF No. 4-7, PX1-Declaration of Lashanda Freeman, Paragraph 190.) I reviewed the

Fedwire records and identified two transactions related to Living Healthy and Issue

Based Media LLC.

| Date | Amount | Sender | Recipient | Sender to Recipient Notation |
|------|--------|--------|-----------|------------------------------|
| 10/9/2018 | $22,000.00 | Issue Based Media, LLC, 425 NW 26th Street, Miami, FL 33127 | Stapleton Group | Living Healthy Deposit |
| 12/10/2018 | $128,000.00 | Issue Based Media, LLC, 425 NW 26th Street, Miami, FL 33127 | Stapleton Group, Assignee for Living Healthy LLC, 514 Via de la Valle, Ste. 210 Solana Beach, CA 92075 | Purchase Living Healthy Asset |

//

//

//

//

//

Executed in Washington, DC this ___24___ day of _____December_____2019.

Lashanda L. Freeman

Attachment A



UNITED STATES OF AMERICA
## FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Division of Enforcement
Bureau of Consumer Protection

### _FTC v. OnPoint Global, et. al_

# DOCUMENTS OBTAINED FROM DEFENDANTS' BUSINESS PREMISES

### 350 NE 60th Street, Miami, Florida 33137

**DATE: December** _17_ **2019**

**FTC STAFF INITIALS:** _SC_

**LOCATION OF ORIGINAL DOCUMENTS:**

022 cabinet 3 top drawer

**CUSTODIAN (if known):**

**ADDITIONAL DESCRIPTION:**

"Dragon Global" folder
Invoices for Trent & Megan Black's salary

DRAGON GLOBAL

# Dragon Global Management, LLC

Invoice Number:     0629

Date:                      June 29, 2018

Customer:              On Point

Description of Services:

**Rent – Total $19,788.69**

- May - $6,596.23
- June - $6,596.23
- July - $6,596.23

**Salary for Megan Black – Total $18,750.00**

- May - $6,250
- June - $6,250
- July - $6,250

**Total Amount due:**            **$38,538.69**

For questions please contact:       Dede Loftus (650) 533-3213

**Wire Instructions:**
Dragon Global Management, LLC
1521 Alton Road #352, Miami Beach, FL 33139
JP Morgan Chase Bank
Acct# ██████4004
ABA# 021000021

Please remit to: Dragon Global Management, LLC



## Fwd: Invoice from Dragon Global

**Alicia Nuche** <anuche@onpointglobal.com>                                    Thu, Jul 5, 2018 at 11:55 AM
To: Marie Pimentel <mpimentel@onpointglobal.com>, Accounting Team <accounting@onpointglobal.com>

Please post



**Alicia Nuche**
Director of Accounting
**Phone:** 305-281-3475
**Email:** anuche@onpointglobal.com

---------- Forwarded message ----------
From: **Arlene Mahon** <amahon@onpointglobal.com>
Date: Fri, Jun 29, 2018 at 6:22 PM
Subject: Fwd: Invoice from Dragon Global
To: Alicia Nuche <anuche@onpointglobal.com>



**Arlene Abreu Mahon**
SVP Finance & Accounting
**Phone:** 305-510-2430 (cell)
**Email:** amahon@onpointglobal.com

Please make note of my new company email address.

---------- Forwarded message ----------
From: **Dede Loftus** <Dede@dragonglobal.com>
Date: Fri, Jun 29, 2018 at 1:33 PM
Subject: Invoice from Dragon Global
To: Arlene Mahon <amahon@onpointglobal.com>

Hi Arlene, here is the quarterly invoice from DGM. Let me know if you have any questions.

Thx

Dede

# Dragon | Global

**Dede Loftus**

**Director of Operations**

9200 Sunset Boulevard, Suite 1201

West Hollywood, California 90069

Mobile: 650 533 3213

Fax: 650 362 2102

Email: dede@dragonglobal..com

URL: www.dragonglobal.com

NOTICE TO RECIPIENT: This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation

**On Point Invoice 6.29.18.pdf**
69K

Create Templated Wire



**Wires**

## Payment Information

Name Dragon Global Management, LLC

Status Awaiting 1 approvals.

Payment ID 419

Modified 09/12/2018 02:15 pm ET by PIMEM604

Type Wire

## Debit Account

Debit Account
Onpoint Global
Acct # ███ 7164 USD

## Beneficiary

**Beneficiary**
Dragon Global Management LLC
FL
United States of America (US)
Acct # ███ 4004

Beneficiary Bank
JPMorgan Chase Bank, National Association
875 SAW MILL RIVER RD
ARDSLEY 10502
United States of America (US)
FEDWIRE# 021000021

## Payment Details

Debit Currency USD - United States Dollar

Credit Currency USD - United States Dollar

Amount 38,538.69 USD

Value Date 09/12/2018

Cutoff 09/12/2018 05:30 pm ET

## References

Originator to Beneficiary Information

OBI Reimb Rent and Megan Salary

OBI May-Jul

**Originator**
ON POINT GLOBAL LLC
350 NE 60TH ST
MIAMI FL 331372125
United States of America (US)

Payment References

ID or Acct # ███ 7164

Case 1:19-cv-25046-RNS   Document 132-19   Entered on FLSD Docket 01/23/2020   Page 14 of 167

**WELLS FARGO**   **Wires**

## Payment Information

Payment ID  326

Type  Wire

Status  Awaiting 1 approvals.

Modified  06/08/2018 12:14 pm ET by CPENA1

## Debit Account

Debit Account
Onpoint Global
Acct #        7164 USD

## Beneficiary

Beneficiary
Dragon Global Management LLC
FL
United States of America (US)
Acct #      4004

Beneficiary Bank
JPMorgan Chase Bank, National Association
875 SAW MILL RIVER RD
ARDSLEY 10502
United States of America (US)
ABA # 021000021

## Payment Details

Debit Currency  USD - United States Dollar

Credit Currency  USD - United States Dollar

Amount  38,538.69 USD

Value Date  06/08/2018

Cutoff  06/08/2018 05:30 pm ET

## References

Originator to Beneficiary Information
OBI  Reimb Rent and Megan Salary

OBI  Feb-April

Originator
ON POINT GLOBAL LLC
350 NE 60TH ST
MIAMI FL 331372125
United States of America (US)
Payment References
ID or Acct #        7164

# Dragon Global Management, LLC

Invoice Number:        0411

Date:                  April 30th, 2018

Customer:              On Point

Description of Services:

**Rent - Total $19,788.69** *accrued Mami Brothers*

- Feb - $6,596.23
- March - $6,596.23
- April - $6,596.23

**Salary for Megan Black - Total $18,750.00** *withholding*

- Feb- $6,250
- March - $6,250
- April - $6,250

**Total Amount due:**          **$38,538.69**

For questions please contact:        Dede Loftus (650) 533-3213

**Wire Instructions:**
Dragon Global Management, LLC
1521 Alton Road #352, Miami Beach, FL 33139
JP Morgan Chase Bank
Acct# ███████4004
ABA# 021000021

Please remit to: Dragon Global Management, LLC



Accounting Team <accounting@onpointglobal.com>

---

## Fwd: DGM Invoice

1 message

---

**Alicia Nuche** <anuche@onpointglobal.com>                    Tue, May 15, 2018 at 10:37 AM
To: Accounting Team <accounting@onpointglobal.com>

This will be paid later.



**Alicia Nuche**
Director of Accounting
**Phone:** 305-281-3475
**Email:** anuche@onpointglobal.com

---------- Forwarded message ----------
From: **Arlene Mahon** <amahon@onpointglobal.com>
Date: Thu, May 3, 2018 at 5:36 PM
Subject: Fwd: DGM Invoice
To: Alicia Nuche <anuche@onpointglobal.com>



**Arlene Abreu Mahon**
SVP Finance & Accounting
**Phone:** 305-510-2430 (cell)
**Email:** amahon@onpointglobal.com

Please make note of my new company email address.

---------- Forwarded message ----------
From: **Dede Loftus** <Dede@dragonglobal.com>
Date: Thu, May 3, 2018 at 1:59 PM
Subject: DGM Invoice
To: Arlene Mahon <amahon@onpointglobal.com>

Hi Arlene, here is a revised invoice for the Quarter. Please let me know if you have any questions and when you will send payment.

Thx

Dede

# Dragon | Global

**Dede Loftus**

**Director of Operations**

9200 Sunset Boulevard, Suite 1201

West Hollywood, California 90069

Mobile: 650 533 3213

Fax: 650 362 2102

Email: dede@dragonglobal..com

URL: www.dragonglobal.com

NOTICE TO RECIPIENT: This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation

**On Point Invoice 4.30.18.pdf**
69K



**ACH Detail Report**
ISSUE BASED MEDIA LLC

Run Date & Time :   06/08/2018 12:05 PM

Page 1 of 2

**ACH Payments**

## ACH Detail Report

Run Date & Time :   06/08/2018 12:05 PM      Page 1 of 2

Batch Name:reimbursem   Payment Number:8573509

| | | | | | |
|---|---|---|---|---|---|
| Originating Acct Number: | ▉7164 | | Frequency: | One Time Only | |
| Originating Acct Nickname: | ON POINT GLOBAL | | Status | Pending Approval | |
| ACH Company ID: | 1823543528 | | Create Date: | 06/08/2018 | |
| ACH Company Name: | ON POINT GLOBAL | | Effective Date: | 06/11/2018 | |
| Company Entry Description: | reimbursem | | Scheduled Send Date: | 06/08/2018 | |
| Offset Creation Level: | UnKnown | | CR-DR-Mixed: | Credits | |
| Payment Type: | PPD - Prearranged Payment and Deposit | | Confidential Batch: | Non-Confidential | |

| Beneficiary Name | Beneficiary ID | Bank ID | Bank Name | Account No. | Type | Process Control Field | Disc. Data | Status | Addl. Fee | Org. Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Offset Bank ID | | Offset Acct No. | | Item Research Number | | | | |
| Dragon Global Mgmnt | Dragon Global | C21000021 | JPMorgan Chase Bank, National Assoc | ▉004 | C | | | Active | | USD 38,538.69 |

Addenda:   Rent & Megan salary Feb-Apr

| Beneficiary Status | CR Items | Amount | DR Items | Amount |
|---|---|---|---|---|
| Active | 1 | USD 38,538.69 | 0 | USD .00 |
| Hold | 0 | USD .00 | 0 | USD .00 |
| Prenote | 0 | USD .00 | 0 | USD .00 |

| Login ID | Activity | Date/Time |
|---|---|---|
| CPENA1@ISSUE483 | create | 06/08/2018 12:04 PM |

### Report Totals

**Payment Type Totals: Credits / Debits**

| | | |
|---|---|---|
| PPD: | USD 38,538.69 | USD .00 |

**ACH Company ID Totals: Credits / Debits**

| | | |
|---|---|---|
| 1823543528: | USD 38,538.69 | USD .00 |

**Credits / Debits**

| | | |
|---|---|---|
| Grand Totals: | USD 38,538.69 | USD .00 |

*Delete*

PX18: Declaration of Lashanda Freeman
Attachment A: Page 11



UNITED STATES OF AMERICA
**FEDERAL TRADE COMMISSION**
WASHINGTON, D.C. 20580

Division of Enforcement
Bureau of Consumer Protection

### *FTC v. OnPoint Global, et. al*

# DOCUMENTS OBTAINED FROM DEFENDANTS' BUSINESS PREMISES

### 350 NE 60th Street, Miami, Florida 33137

**DATE:** December ___17___ **2019**

**FTC STAFF INITIALS:** ___SC___

**LOCATION OF ORIGINAL DOCUMENTS:**

O22 Cabinet 3 Top Drawer

**CUSTODIAN (if known):**

**ADDITIONAL DESCRIPTION:**

"BAL Family LP" folder w/ email
from Levison to Megan Black
at Dragon Global
and other emails/docs



Carmen Pena <cpena@onpointglobal.com>

---

## Fwd: Bronco & Cardozo Equity Contributions of Pivot Media to On Point Global
3 messages

---

**Alicia Nuche** <anuche@onpointglobal.com>                                          Thu, Dec 13, 2018 at 12:17 PM
To: Carmen Pena <cpena@onpointglobal.com>, Brent Levison <blevison@onpointglobal.com>, Arlene Mahon <amahon@onpointglobal.com>

Brent,

We will be paying you the $1000 for Pivot to Cardozo. Please confirm which bank account we should use for this.

Thanks,



**Alicia Nuche**
Director of Accounting
**Phone:** 305-281-3475
**Email:** anuche@onpointglobal.com

---------- Forwarded message ----------
From: **Arlene Mahon** <amahon@onpointglobal.com>
Date: Thu, Dec 13, 2018 at 12:15 PM
Subject: Fwd: Bronco & Cardozo Equity Contributions of Pivot Media to On Point Global
To: Alicia Nuche <anuche@onpointglobal.com>

OP can wipe out the $10K and pay Cardozo $1K.



**Arlene Abreu Mahon**
SVP Finance & Accounting
**Phone:** 305-510-2430 (cell)
**Email:** amahon@onpointglobal.com

Please make note of my new company email address.

---------- Forwarded message ---------
From: **Brent Levison** <blevison@onpointglobal.com>
Date: Thu, Dec 13, 2018 at 12:10 PM
Subject: Bronco & Cardozo Equity Contributions of Pivot Media to On Point Global
To: Arlene Mahon <amahon@onpointglobal.com>, Megan Black <Megan@dragonglobal.com>

see attached
arlene for your files
megan please add this document to the on point corporate data room

--

**Brent A. Levison**



UNITED STATES OF AMERICA
**FEDERAL TRADE COMMISSION**
WASHINGTON, D.C. 20580

Division of Enforcement
Bureau of Consumer Protection

### *FTC v. OnPoint Global, et. al*

# DOCUMENTS OBTAINED FROM DEFENDANTS' BUSINESS PREMISES

### 350 NE 60th Street, Miami, Florida 33137

**DATE:  December** _17_ **2019**

**FTC STAFF INITIALS:** _SC_

**LOCATION OF ORIGINAL DOCUMENTS:**

022 Mario Garcia
bottom desk drawer

**CUSTODIAN (if known):**

Mario Garcia

**ADDITIONAL DESCRIPTION:**

Written consent agmt for OPG
w/ Zangrillo signature

### WRITTEN CONSENT
### OF THE MEMBERS
### OF
### ON POINT GLOBAL, LLC,
#### a Delaware limited liability company

#### As of December 28, 2018

The undersigned, representing all of the current Board Members (the "*Members*") of On Point Global, LLC, a Delaware limited liability company (the "*Company*"), do hereby consent to the adoption of the following resolutions without the necessity of a meeting of the Members, all in accordance with the Company's Limited Liability Company Agreement, dated as of January 1, 2018 (the "*LLC Agreement*"), and the Delaware Limited Liability Company Act. Capitalized terms used but not defined herein shall have the meanings ascribed to them in the LLC Agreement.

#### Approval of Loan and Authorization to sign Loan documents

**WHEREAS**, the Members have determined after careful deliberation that a loan agreement with SunTrust Bank of up to Seven Million Five Hundred Thousand Dollars ($7,500,000) is in the best interests of the Company and the Members to enter into the Agreement;

**WHEREAS**, the Members have resolved after careful deliberation that Burton M. Katz shall have full authorization to sign any and all loan applications, documents and agreements on behalf of the Company with SunTrust Bank in furtherance of this Agreement;

**NOW, THEREFORE, BE IT RESOLVED**, that the forms, terms and provisions of the Agreement are hereby adopted, approved and ratified; and .

**RESOLVED FURTHER**, that the officers of the Company be, and each of them hereby is, authorized and empowered to execute and deliver to the proper party, in the name and on behalf of the Company and in such number of counterparts as the officer executing and delivering the Agreement shall deem proper, such Agreement in such form and containing substantially the same provisions hereby approved, with such changes therein and additions thereto as shall be approved by such officer, such officer's approval to be conclusively evidenced by the execution and delivery thereof and to perform the Company's obligations under the Agreement as so executed.

#### General

**RESOLVED**, that Burton M. Katz as an officer of the Company, is hereby authorized, directed and empowered, on behalf of the Company and in its name, to execute, deliver and file such further certificates, agreements and other documents, to take such further steps and to do such further acts and things as 

such officers may deem necessary, advisable or appropriate to effectuate the purposes of the foregoing resolutions; and

**RESOLVED FURTHER,** that all acts and things heretofore done by any of the officers and managers of the Company in connection with the transactions contemplated by the foregoing resolutions be, and they hereby are, ratified, adopted and approved as acts by and on behalf of the Company.

\*        \*        \*

The Secretary of the Company is directed to file the original executed copy of this Written Consent with the minutes of proceedings of the Members of the Company. The execution of a facsimile or electronic PDF copy of these resolutions shall be deemed an original.

*[Signature Page Follows]*





2

IN WITNESS WHEREOF, the undersigned have executed this Written Consent to be effective as of the date first written above.

BOARD MEMBERS:

ONPOINT CAPITAL PARTNERS

By: Dragon Global Management, LLC, its Manager

By: _____
Name:  Robert Zangrillo
Title:   Manager

BRONCO FAMILY HOLDINGS, L.P.

By: _____
Name: RUDNURATZ
Title: MANAGER



UNITED STATES OF AMERICA
## FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Division of Enforcement
Bureau of Consumer Protection

### *FTC v. OnPoint Global, et. al*

# DOCUMENTS OBTAINED FROM DEFENDANTS' BUSINESS PREMISES

### 350 NE 60th Street, Miami, Florida 33137

**DATE:  December ____18____ 2019**

**FTC STAFF INITIALS: ___SC___**

**LOCATION OF ORIGINAL DOCUMENTS:**

O22 Cabinet 3 Middle Drawer

**CUSTODIAN (if known):**

**ADDITIONAL DESCRIPTION:**

" Robert Zangrillo " Folder



Accounting Team <accounting@onpointglobal.com>

## Fwd: Bob's Feb/March Expenses for LA- SF- NYC Trips

**Alicia Nuche** <anuche@onpointglobal.com>                              Mon, Mar 19, 2018 at 2:29 PM
To: Accounting Team <accounting@onpointglobal.com>, Marie Pimentel <mpimentel@onpointglobal.com>



**Alicia Nuche**
Director of Accounting
**Phone:** 305-281-3475
**Email:** anuche@onpointglobal.com

---------- Forwarded message ----------
From: **Megan Black** <Megan@dragonglobal.com>
Date: Mon, Mar 19, 2018 at 2:22 PM
Subject: Re: Bob's Feb/March Expenses for LA- SF- NYC Trips
To: Arlene Mahon <amahon@onpointglobal.com>
Cc: Alicia Nuche <anuche@onpointglobal.com>, Dede Loftus <Dede@dragonglobal.com>

Attached is Bob's final expenses for Feb-March to date.

Thanks for your patience

Best

Megan

## DRAGON|GLOBAL

**Megan Black**

*Chief of Staff*

Mobile: 212-920-5761

Email: megan@dragonglobal.com

NOTICE TO RECIPIENT: This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation

**From:** Arlene Mahon <amahon@onpointglobal.com>
**Date:** Monday, March 19, 2018 at 12:14 PM

Case 1:19-cv-25046-RNS   Document 132-19   Entered on FLSD Docket 01/23/2020   Page 27 of 167

**To:** Megan Black <Megan@dragonglobal.com>
**Cc:** Alicia Nuche <anuche@onpointglobal.com>, Dede Loftus <Dede@dragonglobal.com>
**Subject:** Re: Bob's Feb/March Expenses for LA- SF- NYC Trips

Hi Megan,

No problem.

Thank you,

Arlene



**Arlene Abreu Mahon**
SVP Finance & Accounting
**Phone:** 305-510-2430 (cell)
**Email:** amahon@onpointglobal.com

Please make note of my new company email address.

On Fri, Mar 16, 2018 at 4:15 PM, Megan Black <Megan@dragonglobal.com> wrote:

> Bob didn't get the chance to discuss with burton, and I'm wait for two additional invoices, and we will give this to you
> Monday morning so it likely will be around 12k
>
>
> Have a great weekend.
>
> **DRAGON** | GLOBAL
>
> **Megan Black**
>
> *Chief of Staff*
>
>
> Mobile: 212-920-5761
>
> Email: megan@dragonglobal.com
>
>
> NOTICE TO RECIPIENT: This communication (including any attachments) is intended solely for the
> recipient(s) named above and may contain information that is confidential, privileged or legally protected.
> Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received

this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation

**From:** Arlene Mahon <amahon@onpointglobal.com>
**Date:** Thursday, March 15, 2018 at 9:55 PM
**To:** Megan Black <Megan@dragonglobal.com>
**Cc:** Alicia Nuche <anuche@onpointglobal.com>, Dede Loftus <Dede@dragonglobal.com>
**Subject:** Re: Bob's Feb/March Expenses for LA- SF- NYC Trips

Sounds good, thanks!

On Mar 15, 2018 7:25 PM, "Megan Black" <Megan@dragonglobal.com> wrote:

Bob wants to discuss this with Burton tomorrow before you process, so hold this for now and I will confirm by EOD tomorrow.

**DRAGON** | GLOBAL

**Megan Black**

*Chief of Staff*

Mobile: 212-920-5761

Email: megan@dragonglobal.com

NOTICE TO RECIPIENT: This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation

**From:** Megan Black <Megan@dragonglobal.com>
**Date:** Thursday, March 15, 2018 at 6:11 PM
**To:** Arlene Mahon <amahon@onpointglobal.com>
**Cc:** Alicia Nuche <anuche@onpointglobal.com>, Dede Loftus <Dede@dragonglobal.com>
**Subject:** Bob's Feb/March Expenses for LA- SF- NYC Trips

Let me know if you have any questions.

**DRAGON** | GLOBAL

**Megan Black**

*Chief of Staff*

Mobile: 212-920-5761

Email: megan@dragonglobal.com

NOTICE TO RECIPIENT: This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation

 Virus-free. www.avg.com

**BZ OnPoint Expenses Feb-March.pdf**
351K



UNITED STATES OF AMERICA
## FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Division of Enforcement
Bureau of Consumer Protection

## *FTC v. OnPoint Global, et. al*

# DOCUMENTS OBTAINED FROM DEFENDANTS' BUSINESS PREMISES

### 350 NE 60th Street, Miami, Florida 33137

**DATE:  December** __17__ **2019**

**FTC STAFF INITIALS:** __SRW__

## LOCATION OF ORIGINAL DOCUMENTS:

Office 22, cabinet 1, middle drawer

## CUSTODIAN (if known):

unknown

## ADDITIONAL DESCRIPTION:

Bob Zarzrillo folder

# BOB ZANGRILLO

Templated Wire Confirmation

Skip to Content

 **Wires**

## Payment Information

Name   Bob Zangrillo - OnPoint

Payment ID   513

Type   Wire

Status   Awaiting 1 approvals.

Modified   12/21/2018 11:00 am ET by CPENA1

## Debit Account

Debit Account
Onpoint Global
Acct #      7164 USD

## Beneficiary

**Beneficiary**
Robert Zangrillo
United States of America (US)
Acct #     1477

Beneficiary Bank
JPMorgan Chase Bank, National Association
875 SAW MILL RIVER RD
ARDSLEY 10502
United States of America (US)
FEDWIRE# 021000021

## Payment Details

Debit Currency   USD - United States Dollar

Credit Currency   USD - United States Dollar

Amount   94,193.75 USD

Value Date   12/21/2018

Cutoff   12/21/2018 05:30 pm ET

## References

Originator to Beneficiary Information

OBI   Exp report reimbursement

**Originator**
ON POINT GLOBAL LLC
350 NE 60TH ST
MIAMI FL 331372125
United States of America (US)

Payment References

ID or Acct #     7164

**Expense Report**

Instructions: Please include detailed descriptions of each expenditure and attach the receipt for each purchase. Sign the bottom portion of this form and provide to your direct supervisor to approve and sign. Approved reports and receipts should be submitted to the accounting department in person, or by email at accounting@onpointglobal.com.

**onpoint**

**Employee Information**

Name  Bob Zangrillo                    Department  Chairman

Date  _____                 Supervisor  _____

| Date | Description / Business Purpose of Expense | Hotel | Transport | Meals | Phone | Entertain. | Other | TOTAL | Column1 | Column2 |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/8/18 | Park View Travel - travel agency fee | | $ 35.00 | | | | | $ 35.00 | | |
| 9/25/18 | Park View Travel - Bob Flight to LA from Miami (10/8) | | $ 1,508.20 | | | | | $ 1,508.20 | | |
| 9/24/18 | Adiamo Pizza | | | $ 33.84 | | | | $ 33.84 | | |
| 9/18/18 | GoGo In Air wifi | | | | | | $ 59.95 | $ 59.95 | | |
| 9/11/18 | Hotel Tonight (personal charge on OnPoint Amex) | | $ (276.00) | | | | | $ (276.00) | | |
| 9/10/18 | Park View Travel - travel agency fee | | $ 35.00 | | | | | $ 35.00 | | |
| 9/10/18 | Park View Travel - Flight from NYC to MIA | | $ 470.90 | | | | | $ 470.90 | | |
| 9/10/18 | Park View Travel - travel agency fee | | $ 35.00 | | | | | $ 35.00 | | |
| 8/20/18 | Park View Travel - LA to JFK (9/5) | | $ 1,898.20 | | | | | $ 1,898.20 | | |
| 8/20/18 | Park View Travel - travel agency fee | | $ 35.00 | | | | | $ 35.00 | | |
| 8/13/18 | Park View Travel - travel agency fee | | $ 35.00 | | | | | $ 35.00 | | |
| 8/13/18 | Bob flight from Aspen to LA - 8/20 | | $ 481.20 | | | | | $ 481.20 | | |
| 7/31/18 | Blade Newark to JFK | | $ 2,250.00 | | | | | $ 2,250.00 | | |
| 7/31/18 | Park View Travel - Bob Flight from LA to Miami - 8/3 | | $ 1,508.20 | | | | | $ 1,508.20 | | |
| 7/31/18 | Park View Travel - travel agency fee | | $ 35.00 | | | | | $ 35.00 | | |
| 7/31/18 | JFK to LAX - 7/31 | | $ 1,748.20 | | | | | $ 1,748.20 | | |
| 7/12/18 | Shokudo Miami | | | $ 50.00 | | | | $ 50.00 | | |
| 7/10/18 | Carey Car Service - to Airport in LA | | $ 75.00 | | | | | $ 75.00 | | |
| 7/9/18 | Park View Travel - travel agency fee | | $ 35.00 | | | | | $ 35.00 | | |
| 7/9/18 | Park View Travel- Bob flight from LAX to MIA (7/10) | | $ 1,508.20 | | | | | $ 1,508.20 | | |
| 6/28/18 | Park View Travel - travel agency fee | | $ 35.00 | | | | | $ 35.00 | | |
| 6/28/18 | Park View Travel- Bob flight from JFK to LAX (6/29) | | $ 2,548.20 | | | | | $ 2,548.20 | | |
| 6/28/18 | Park View Travel - travel agency fee | | $ 35.00 | | | | | $ 35.00 | | |
| 6/28/18 | Park View Travel - Bob flight from Miami to LGA (6/27) | | $ 640.20 | | | | | $ 640.20 | | |
| 6/14/18 | Park View Travel - travel agency fee | | $ 35.00 | | | | | $ 35.00 | | |
| 6/14/18 | Park View Travel - Bob flight to from LA to Miami (6/19) | | $ 1,508.20 | | | | | $ 1,508.20 | | |
| 6/6/18 | Cary Car Service - Pick up from Airport | | $ 156.57 | | | | | $ 156.57 | | |
| 6/30/18 | Park View Travel - travel agency fee | | $ 35.00 | | | | | $ 35.00 | | |
| 6/30/18 | Park View Travel - Bob flight from FLL to LA - 6/5 | | $ 1,498.21 | | | | | $ 1,498.21 | | |
| 5/15/18 | Jet Blue Flight - Bob flight from LA to FLL (visa card) on 5/16 | | $ 1,298.20 | | | | | $ 1,298.20 | | |
| 5/4/18 | Park View Travel - travel agency fee | | $ 35.00 | | | | | $ 35.00 | | |
| 5/4/18 | Park View Trvael - Bob flight from LA to Miami (5/26) | | $ 1,098.20 | | | | | $ 1,098.20 | | |
| 4/30/18 | Park View Travel - travel agency fee | | $ 35.00 | | | | | $ 35.00 | | |
| 3/29/18 | Shokudo Miami | | | $ 56.60 | | | | $ 56.60 | | |
| 3/28/18 | Park View Travel - Bob flight to Miami from LA (4/6) | | $ 1,348.20 | | | | | $ 1,348.20 | | |
| 3/28/18 | Park View Travel - travel agency fee | | $ 35.00 | | | | | $ 35.00 | | |
| | **Total Expenses on Bob Personal Amex** | $ | 21,758.08 | $ 140.44 | $  - | $  - | $ 59.95 | $ 21,958.47 | | |

| TRAVEL DAYS | | Vegas | NYC | LA | at $750 per diem per day | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2/28/18 | February 28- March 5th - 8 days LA | | | 8 | | | $ 6,000.00 | | |
| 3/5/18 | March 5-8 - 4 days NYC | | 4 | | | | $ 3,000.00 | | |
| 4/6/18 | April 6 - 12 - 7 days LA | | | 7 | | | $ 5,250.00 | | |
| 4/17/18 | April 17th & 18th- 2 days LA | | | 2 | | | $ 1,500.00 | | |
| 5/15/18 | May 16- May 26th - 11 days LA | | | 11 | | | $ 8,250.00 | | |
| 6/5/18 | June 5- June 19 - 15 Days LA | | | 15 | | | $ 11,250.00 | | |
| 6/27/18 | June 27- June 29 - 3 days NYC | | 3 | | | | $ 2,250.00 | | |
| 6/29/18 | June 29- July 10th - 12 days LA | | | 12 | | | $ 9,000.00 | | |
| 7/31/18 | July 31- August 3rd - 4 days LA | | | 4 | | | $ 3,000.00 | | |
| 8/21/18 | August 21- Atrgus 27 - 6 days LA | | | 6 | | | $ 4,500.00 | | |
| 9/3/18 | Sept 4- 4th - 2 days LA | | | 2 | | | $ 1,500.00 | | |
| 9/5/18 | September 5- 10th - 6 days NYC | | 6 | | | | $ 4,500.00 | | |
| 10/8/18 | Oct 8th - Oct 15- 8 days LA | | | 8 | | | $ 6,000.00 | | |
| 10/11/18 | L'Ermitage Hotel (OnPoint cc) | | | | | | $ (1,847.29) | | |
| 10/26/18 | Oct 26- Oct 28th - 3 Days Vegas | 3 | | | | | $ 2,250.00 | | |
| 10/29/18 | Aria Vegas Hotel on Onpoint CC | | | | | | $ (917.43) | | |
| 10/29/18 | Oct 29th - Nov 6th - 9 days LA | | | 9 | | | $ 6,750.00 | | |
| | **Total Days Vegas** | 3 | **Total Days NYC** 13 | **Total Days LA** 84 | | | $ 72,235.28 | | |

*Handwritten notes:*
- $75,000 travel problem
- Flight + transp. 16,513.18 Travel days 75,000. (does not match) meals $2,680.57



| | | | Total Expenses Owed to BZ | | $ | 94,193.75 |
|---|---|---|---|---|---|---|

**SEPTEMBER CURRENT STATEMENT - ONPOINT AMEX**

| | | | | | | $ | |
|---|---|---|---|---|---|---|---|
| 9/18/18 | Shokudo- Lunch w/ Alejandro MacFarlane (Investor) (on point cc) | | | $ | 51.00 | $ | 51.00 |
| 9/12/18 | Seaspice- Dinner w/ Belack, Neal Sainani, Taylor, Megan Bob (on point cc) | | | $ | 937.39 | $ | 937.39 |
| 9/11/18 | Hotel Tonight (personal charge on OnPoint Amex deducted above) | | | $ | 276.00 | $ | 276.00 |
| 9/11/18 | Starbucks (on point cc) | | | $ | 11.21 | $ | 11.21 |
| 9/9/18 | Meter Kitchen (onpoint cc) | | | $ | 100.00 | $ | 100.00 |
| 9/7/18 | Starbucks (on point cc) | | | $ | 9.36 | $ | 9.36 |
| 9/6/18 | Visat in flight wifi (onpoint cc) | | | | | $ 16.00 | $ | 16.00 |
| 9/5/18 | Abm- Century Plaza (onpoint cc) - Alex Soltani Parking? | | | | | $ 13.95 | $ | 13.95 |
| 9/5/18 | Urth Café West Hollywood (on point cc) | | | $ | 32.83 | $ | 32.83 |
| 9/4/18 | City of Beverly Hills Parking | | | $ | 2.00 | $ | 2.00 |

*Meals 1147.99*      *31.95-travel*

| | September Statement Total On Point Amex | $ 1,449.74 |
|---|---|---|
| | | 0 |

**OCTOBER OCTOBER STATEMENT - ONPOINT AMEX**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10/26/18 | Javiers Las Vegas (lunch w. Shing Tao vegas.com) | | | $ | 139.08 | | $ | 139.08 |
| 10/26/18 | Frais Union Cab | | $ | 19.01 | | | $ | 19.01 |
| 10/23/18 | American Airlines Flight to Vegas | | $ | 1,204.20 | | | $ | 1,204.20 |
| 10/23/18 | American Airlines flight LAX to MIA | | $ | 2,244.20 | | | $ | 2,244.20 |
| 10/23/18 | Andiamo Pizza Miami | | | $ | 41.85 | | $ | 41.85 |
| 10/23/18 | Travel Agency Free | | | | | $ 35.00 | $ | 35.00 |
| 10/11/18 | Park View Travel - travel agency fee | | $ | 35.00 | | | $ | 35.00 |
| 10/23/18 | United Airlines - Flight from Vegas to LA | | $ | 411.20 | | | $ | 411.20 |
| 10/13/18 | L'Ermitage Hotel | $ | 6.57 | | | | $ | 6.57 |
| 10/13/18 | L'Ermitage Hotel | $ | 1,840.72 | | | | $ | 1,840.72 |
| 10/11/18 | Park View Travel - Bob flight from LA to Miami - 10/15 | $ | 1,678.20 | | | | $ | 1,678.20 |
| 10/11/18 | Il Pastio | $ | 189.85 | | | | $ | 189.85 |
| 10/11/18 | Travel Agency Free | | | | | $ 35.00 | $ | 35.00 |
| 10/5/18 | Shokudo | | | $ | 53.36 | | $ | 53.36 |
| 10/3/18 | Shokudo | | | $ | 56.60 | | $ | 56.60 |
| 10/3/18 | Travel Agency Free | | | | | $ 35.00 | $ | 35.00 |

*Meals 290.89*

| | October Statement Charges On Point | $ 8,024.84 |
|---|---|---|

**OCTOBER NOVEMBER STATEMENT - ONPOINT AMEX**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11/25/18 | Vista In Flight Wi-Carlsbad | | | | | $ 12.00 | $ | 12.00 |
| 11/21/18 | Vista In Flight Wi-Carlsbad | | | | | $ 10.00 | $ | 10.00 |
| 11/16/18 | American Airlines Refund | | $ | (2,244.20) | | | $ | (2,244.20) |
| 11/14/18 | Jet Blue Flight - Bob LAX to MIA | | $ | 1,398.20 | | | $ | 1,398.20 |
| 11/5/18 | Matsuisha | | | $ | 792.60 | | $ | 792.60 |
| 11/2/18 | Roku West Hollywood | | | $ | 38.85 | | $ | 35.00 |
| 10/1/18 | ABM Bank Tower Los Angeles (parking) | | $ | 35.00 | | | $ | 35.00 |
| 10/29/18 | Aria Vegas Hotel | $ | 917.43 | | | | $ | 917.43 |
| 10/29/18 | Mr. Chow | $ | 291.85 | | | | $ | 291.85 |

*Meals 831.45*

| | November Statement Charge | $ | 1,247.88 |
|---|---|---|---|



Transaction Details Prepared for
**Robert Zangrillo**
Account Number
XXXX-XXXXXX-█1059

| Spend By: Category | Filtered By: All Categories |
| --- | --- |

| | |
| --- | --- |
| Restaurant | $1,123.31 |
| Travel | $71.43 |
| Transportation | $35.00 |
| Communications | $22.00 |

SHOWING YOUR CATEGORIES
Note: Data shown does not include Pending Charges or Payments.

| TOTAL: | $1,251.74 |
| --- | --- |

| DATE | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| NOV**25** 2018 | VIASAT IN-FLIGHT WI- CARLSBAD US | $12.00 |
| NOV**21** 2018 | VIASAT IN-FLIGHT WI- CARLSBAD US | $10.00 |
| NOV**16** 2018 | AMERICAN AIRLINES BEVERLY HILLS CA | -$2,244.20 |
| NOV**14** 2018 | JETBLUE BEVERLY HILLS CA | $1,398.20 |
| NOV**5** 2018 | MATSUHISA BEVERLY HILLS CA | $792.60 |
| NOV**2** 2018 | ROKU - SUNSET 000000 WEST HOLLYWOO CA | $38.85 |
| OCT**30** 2018 | ABM US BANK TOWER 25 LOS ANGELES CA | $35.00 |
| OCT**29** 2018 | ARIA - FRONT DESK LAS VEGAS NV | $917.43 |
| OCT**29** 2018 | MR CHOW MR CHOW BEVERLY HILLS CA | $291.86 |

1 - 9 of 9 Transactions

| Payments | $0.00 |
| --- | --- |
| Charges | $3,495.94 |
| Credits | -$2,244.20 |
| Total | $1,251.74 |

Total of Charges and Credits, does not include Previous Balance or Payments

PX18: Declaration of Lashanda Freeman
Attachment A: Page 28

**Closing Date:** 11/28/18



American Express

Transaction Details Prepared for
**Robert Zangrillo**
Account Number
XXXX-XXXXXX-█1059

| Spend By: Category | Filtered By: All Categories |
| --- | --- |

SHOWING YOUR CATEGORIES
Note: Data shown does not include Pending Charges or Payments.

|  | Travel | $3,595.49 |
|---|---|---|
|  | Restaurant | $299.81 |
|  | TOTAL: | $3,895.30 |

| DATE | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| OCT 13 2018 | L'ERMITAGE BEVERLY 5 BEVERLY HILLS CA | $6.57 |
| OCT 13 2018 | L'ERMITAGE BEVERLY 5 BEVERLY HILLS CA | $1,840.72 |
| OCT 11 2018 | AMERICAN AIRLINES BEVERLY HILLS CA | $1,678.20 |
| OCT 11 2018 | IL PASTAIO RISTORANT BEVERLY HILLS CA | $189.85 |
| OCT 11 2018 | SERVICE FEE 310-5716000 CA | $35.00 |
| OCT 9 2018 | AMERICAN AIRLINES BEVERLY HILLS CA | -$1,614.21 |
| OCT 5 2018 | SHOKUDO 650000007184 MIAMI FL | $53.36 |
| OCT 4 2018 | SHOKUDO 650000007184 MIAMI FL | $56.60 |
| OCT 3 2018 | AMERICAN AIRLINES BEVERLY HILLS CA | $1,614.21 |

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|

Doing business as:

**AMERICAN AIRLINES**
View Details on Merchant Website

7645 E 63RD ST STE 600

AMERICAN AIRLINES-CCS

TULSA

OK

74133-1275

UNITED STATES

Additional Information: TKT# 00172114034470 AIRLINE/AIR C 10/03/18

Category: Travel - Airline

| OCT 3 2018 | SERVICE FEE 310-5716000 CA | $35.00 |
|------------|----------------------------|--------|

**1 - 10 of 10 Transactions**

Payments ........................................................................... $0.00

Charges ........................................................................ $5,509.51

Credits ...................................................................... -$1,614.21

Total ......................................................................... $3,895.30

Total of Charges and Credits, does not include Previous Balance or Payments

**Next Closing Date:** 10/28/18

## Expense Report

**Instructions:** Please include detailed descriptions of each expenditure and attach the receipt for each purchase. Sign the bottom portion of this form and provide to your direct supervisor to approve and sign. Approved reports and receipts should be submitted to the accounting department in person, or by email at accounting@onpointglobal.com.

 onpoint

**Employee Information**

Name: Bob Zangrillo

Date:

Department: Chairman

Supervisor:

| Date | Description / Business Purpose of Expense | Hotel | Transport | Meals | Phone | Entertain. | Other | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 10/8/18 | Park View Travel - travel agency fee | | $ 35.00 | | | | | $ 35.00 |
| 9/25/18 | Park View Travel - Bob Flight to LA from Miami (10/8) | | $ 1,508.20 | | | | | $ 1,508.20 |
| 9/24/18 | Adiamo Pizza | | | $ 33.84 | | | | $ 33.84 |
| 9/18/18 | GoGo In Air wifi | | | | | | $ 59.95 | $ 59.95 |
| 9/10/18 | Park View Travel - travel agency fee | | $ 35.00 | | | | | $ 35.00 |
| 9/10/18 | Park View Travel - Flight from NYC to MIA | | $ 470.90 | | | | | $ 470.90 |
| 9/10/18 | Park View Travel - travel agency fee | | $ 35.00 | | | | | $ 35.00 |
| 9/5/18 | September 5- 10th - 6 days NYC | | | | | | $ 4,500.00 | $ 4,500.00 |
| 9/3/18 | Sept 4- 4th - 2 days LA | | | | | | $ 1,500.00 | $ 1,500.00 |
| 8/21/18 | August 21- Aegus 27 - 6 days LA | | | | | | $ 4,500.00 | $ 4,500.00 |
| 8/20/18 | Park View Travel - LA to JFK (9/5) | | $ 1,898.20 | | | | | $ 1,898.20 |
| 8/20/18 | Park View Travel - travel agency fee | | $ 35.00 | | | | | $ 35.00 |
| 8/13/18 | Park View Travel - travel agency fee | | $ 35.00 | | | | | $ 35.00 |
| 8/13/18 | Bob flight from Aspen to LA - 8/20 | | $ 481.20 | | | | | $ 481.20 |
| 7/31/18 | Park View Travel - Bob Flight from LA to Miami - 8/3 | | $ 1,508.20 | | | | | $ 1,508.20 |
| 7/31/18 | Park View Travel - travel agency fee | | $ 35.00 | | | | | $ 35.00 |
| 7/31/18 | July 3- August 3rd - 4 days LA | | | | | | $ 3,000.00 | $ 3,000.00 |
| 7/31/18 | JFK to LAX - 7/31 | | $ 1,748.20 | | | | | $ 1,748.20 |
| 7/12/18 | Shokudo Miami | | | $ 50.00 | | | | $ 50.00 |
| 7/10/18 | Carey Car Service - to Airport in LA | | $ 75.00 | | | | | $ 75.00 |
| 7/9/18 | Park View Travel - travel agency fee | | $ 35.00 | | | | | $ 35.00 |
| 7/9/18 | Park View Travel- Bob flight from LAX to MIA (7/10) | | | | | | | |
| 7/9/18 | July 9th - July 10th - 2 days LA | | | | | | $ 1,500.00 | $ 1,500.00 |
| 6/29/18 | June 29- June 30th - 2 days LA | | | | | | $ 1,500.00 | $ 1,500.00 |
| 6/28/18 | Park View Travel - travel agency fee | | $ 35.00 | | | | | $ 35.00 |
| 6/28/18 | Park View Travel- Bob flight from JFK to LAX (6/29) | | $ 2,548.20 | | | | | $ 2,548.20 |
| 6/27/18 | June 27- June 29 - 3 days NYC | | | | | | $ 2,250.00 | $ 2,250.00 |
| 6/26/18 | Park View Travel - travel agency fee | | $ 35.00 | | | | | $ 35.00 |
| 6/26/18 | Park View Travel - Bob flight from Miami to LGA (6/27) | | $ 640.20 | | | | | $ 640.20 |
| 6/14/18 | Park View Travel - travel agency fee | | $ 35.00 | | | | | $ 35.00 |
| 6/14/18 | Park View Travel - Bob flight to from LA to Miami (6/19) | | $ 1,508.20 | | | | | $ 1,508.20 |
| 6/6/18 | Cary Car Service - Pick up from Airport | | $ 156.57 | | | | | $ 156.57 |
| 6/5/18 | June 5- June 19 - 15 Days LA | | | | | | $ 11,250.00 | $ 11,250.00 |
| 5/30/18 | Park View Travel - travel agency fee | | $ 35.00 | | | | | $ 35.00 |
| 5/30/18 | Park View Travel - Bob flight from FLL to LA - 6/5 | | $ 1,498.21 | | | | | $ 1,498.21 |
| 5/15/18 | Jet Blue Flight - Bob flight from LA to FLL (visa card) on 5/16 | | $ 1,298.20 | | | | | $ 1,298.20 |
| 5/15/18 | May 16- May 26th - 11 days LA | | | | | | $ 8,250.00 | $ 8,250.00 |
| 5/4/18 | Park View Travel - travel agency fee | | $ 35.00 | | | | | $ 35.00 |
| 5/4/18 | Park View Trvael - Bob flight from LA to Miami (5/25) | | $ 1,098.20 | | | | | $ 1,098.20 |
| 4/30/18 | Park View Travel - travel agency fee | | $ 35.00 | | | | | $ 35.00 |
| 4/30/18 | Park View Travel - Bob Flight to LA from Miami (5/15) *might be refunded | | $ 1,628.21 | | | | | $ 1,628.21 |
| 4/17/18 | April 17th & 18th - 2 days  LA | | | | | | $ 1,500.00 | $ 1,500.00 |
| 4/6/18 | April 6 - 12 - 7 days LA | | | | | | $ 5,250.00 | $ 5,250.00 |

| 3/29/18 | Shokudo Miami | | | $ | 56.60 | | | | | | $ | 56.60 |
| 3/28/18 | Park View Travel - Bob flight to Miami from LA (4/6) | $ | 1,348.20 | | | | | | | | $ | 1,348.20 |
| 3/28/18 | Park View Travel - travel agency fee | $ | 35.00 | | | | | | | | $ | 35.00 |
| 3/5/18 | March 5-8 - 4 days NYC | | | | | | | | | $ 3,000.00 | $ | 3,000.00 |
| 2/26/18 | February 26- March 5th - 8 days LA | | | | | | | | | $ 6,000.00 | $ | 6,000.00 |
| | | $ | 19,904.09 | $ | 140.44 | $ | - | $ | - | $ 45,059.95 | $ | 74,104.48 |

**SEPTEMBER CURRENT STATEMENT  - ONPOINT AMEX**

| Date | Description | | | | | |
|---|---|---|---|---|---|---|
| | | | | | $ | - |
| 9/18/18 | Shokudo- Lunch w/ Alejandro MacFarlane (Investor) (on point cc) | $ | 51.00 | | $ | 51.00 |
| 9/12/18 | Seaspice- Dinner w/ Belack, Neal Sainani, Taylor, Megan Bob (on point cc) | $ | 937.39 | | $ | 937.39 |
| 9/11/18 | Starbucks (on point cc) | $ | 11.21 | | $ | 11.21 |
| 9/9/18 | Mecer Kitchen (onpoint cc) | $ | 100.00 | | $ | 100.00 |
| 9/7/18 | Starbucks (on point cc) | $ | 9.36 | | $ | 9.36 |
| 9/6/18 | Visat in flight wifi (onpoint cc) | | | $ | 16.00 | $ | 16.00 |
| 9/5/18 | Abm- Centruy Plaza (onpoint cc) - Alex Soltani Parking? | | | $ | 13.96 | $ | 13.96 |
| 9/5/18 | Urth Café West Hollywood (on point cc) | $ | 32.83 | | $ | 32.83 |
| 9/4/18 | City of Beverly Hills Parking | | | $ | 2.00 | $ | 2.00 |
| | | | | September Total On Point Amex | | $ 1,173.74 |

**OCTOBER CURRENT STATEMENT  - ONPOINT AMEX - RECENT**

| Date | Description | | | | | |
|---|---|---|---|---|---|---|
| 10/9/18 | Oct 8th - Oct 16- 8 days LA | | | $ | 6,000.00 | $ | 6,000.00 |
| 10/11/18 | Park View Travel - travel agency fee | $ | 35.00 | | $ | 35.00 |
| 10/11/18 | Park View Travel - Bob flight from LA to Miami - 10/15 | $ | 1,678.20 | | $ | 1,678.20 |
| 10/13/18 | L'Ermitage Hotel | 6.57 | | | | 6.57 |
| 10/13/18 | L'Ermitage Hotel | 1840.72 | | | | 1840.72 |
| 10/11/18 | Il Pastio | 189.85 | | | | 189.85 |
| 10/5/18 | Shokudo | | | $ | 53.36 | | 53.36 |
| 10/3/18 | Shokudo | | | $ | 56.60 | | 56.6 |
| | | | | October Recent Charges On Point | | $ 3,860.30 |

**Expense Report**

attach the receipt for each purchase. Sign the bottom portion of this form and provide it to your direct supervisor to approve and sign. Approved reports and receipts should be submitted to the accounting department in person, or by email at accounting@onpointglobal.com.



**Employee Information**

| Name | Bob Zangrillo | | Department | Chairman |
|------|---------------|--|------------|----------|
| Date | | | Supervisor | |

| Date | Description | | | | | | | |
|------|-------------|--|--|--|--|--|--|--|
| 9/10/18 | 11 Howard Street -NYC | $ | 79.64 | | | | $ | 79.64 |
| 9/10/18 | 12 Howard Street -NYC | $ | 549.32 | | | | $ | 549.32 |
| 9/10/18 | 13 Howard Street -NYC | $ | 14,524.60 | | | | $ | 14,524.60 |
| 9/10/18 | Executive Access- Car Service NYC | | | $ | 585.00 | | $ | 585.00 |
| 9/9/18 | Executive Access- Car Service NYC | | | $ | 910.00 | | $ | 910.00 |
| 9/7/18 | Executive Access- Car Service NYC | | | $ | 1,740.00 | | $ | 1,740.00 |
| 9/6/18 | Executive Access- Car Service NYC | | | $ | 735.00 | | $ | 735.00 |
| 9/5/18 | Matsuhisa Beverly Hills | | | | | $ | 850.00 | | $ | 850.00 |
| 9/4/18 | Soho House Beverly Hills- breakfast w/ Taylor | | | | | $ | 90.00 | | $ | 90.00 |
| 9/3/18 | Chin Chin West hollywood | | | | | $ | 27.00 | | $ | 27.00 |
| 9/3/18 | Gracias Madre West Hollywood | | | | | $ | 121.84 | | $ | 121.84 |
| 9/2/18 | Il Pastiao Beverly Hills | | | | | $ | 240.00 | | $ | 240.00 |
| | The Farm Beverly Hills | | | | | $ | 88.73 | | $ | 88.73 |
| 8/26/18 | Sushiya West Hollywood | | | | | $ | 90.00 | | $ | 90.00 |
| 8/25/18 | Catch LA | | | | | $ | 84.00 | | $ | 84.00 |
| 8/24/18 | Avra Beverly Hills | | | | | $ | 1,200.00 | | $ | 1,200.00 |
| 7/31/18 | Blade Newark to JFK | | | $ | 2,250.00 | | $ | 2,250.00 |
| 7/7/18 | Il Pastiao Beverly Hills | | | | | $ | 125.23 | | $ | 125.23 |
| 7/7/18 | Soho House West Hollywood- Lunch w/ Jake Capps | | | | | $ | 90.00 | | $ | 90.00 |
| 7/7/18 | The Farm Beverly Hills | | | | | $ | 51.58 | | $ | 51.58 |
| 7/6/18 | Citrus- 9200 Office | | | | | $ | 3.02 | | $ | 3.02 |
| 7/6/18 | Roku West Hollywood | | | | | $ | 140.00 | | $ | 140.00 |
| 6/14/18 | Sushiya West Hollywood | | | | | $ | 135.00 | | $ | 135.00 |
| 6/13/18 | Matsuhisa Beverly Hills | | | | | $ | 361.45 | | $ | 361.45 |
| 7/10/18 | Il Pastiao Beverly Hills | | | | | $ | 228.74 | | $ | 228.74 |
| 6/6/18 | Montage Valet Beverly Hills | | | | | | | $ | 60.00 | | $ | 60.00 |
| 4/11/18 | Catch LA | | | | | $ | 530.12 | | $ | 530.12 |
| 4/10/18 | L'Ermitage Hotel | $ | 433.19 | | | | $ | 433.19 |
| 4/10/18 | Nobu LA | | | | | $ | 324.32 | | $ | 324.32 |
| 4/9/18 | Kol Restaurant | | | | | $ | 324.84 | | $ | 324.84 |
| 4/8/18 | Matsuhisa Beverly Hills | | | | | $ | 409.82 | | $ | 409.82 |
| | | $ | 15,586.75 | $ 6,220.00 | $ 5,515.69 | | $ | 60.00 | $ | 27,382.44 |



appoint CC

Transaction Details Prepared for
**Robert Zangrillo**
Account Number
XXXX-XXXXXX█ 1059

---

Spend By: Category     Filtered By: All Categories



| | |
|---|---|
| 🟡 Restaurant | $1,141.79 |
| 🔴 Travel | $276.00 |
| 🟢 Communications | $16.00 |
| 🔵 Transportation | $13.95 |
| 🔵 Other | $2.00 |

SHOWING YOUR CATEGORIES
Note: Data shown does not include Pending Charges or Payments.

TOTAL:     $1,449.74

---

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| SEP 18 2018 | SHOKUDO 650000007184 MIAMI FL | *unon w/ Alejandro Macfarlane* | $51.00 |
| SEP 12 2018 | SEASPICE 0000 MIAMI FL | *Dinner, Belhok, Neal, Tailor, megan etc* | $937.39 |
| SEP 11 2018 | HOTELTONIGHT*NOMO SO SAN FRANCISCO CA | | $276.00 |
| SEP 11 2018 | STARBUCKS #54878 000 MANHATTAN NY | | $11.21 |
| SEP 9 2018 | MERCER KITCHEN 00000 NEW YORK NY | | $100.00 |
| SEP 7 2018 | STARBUCKS STORE 0724 NEW YORK NY | | $9.36 |
| SEP 6 2018 | VIASAT IN-FLIGHT WI- CARLSBAD US | | $16.00 |
| SEP 5 2018 | ABM- CENTURY PLAZA T LOS ANGELES CA | | $13.95 |
| SEP 5 2018 | URTH CAFFE II (WEST W HOLLYWOOD CA | | $32.83 |
| SEP 4 2018 | CITY OF B H PARKING BEVERLY HILLS CA | | $2.00 |

1 - 10 of 10 Transactions

| | |
|---|---|
| Payments | $0.00 |
| Charges | $1,449.74 |
| Credits | $0.00 |
| Total | $1,449.74 |

# Expense Report

**onpoint**

Instructions: Please include detailed descriptions of each expenditure and attach the receipt for each purchase. Sign the bottom portion of this form and provide to your direct supervisor to approve and sign. Approved reports and receipts should be submitted to the accounting department in person, or by email at accounting@onpointglobal.com.

Employee Information

Name   Bob Zangrillo          Department   Chairman

Date                          Supervisor

| Date | Description / Business Purpose of Expense | Hotel | Transport | Meals | Phone | Entertain. | Other | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 10/8/18 | Park View Travel – travel agency fee | | | | | | $ 35.00 | $ 35.00 |
| 9/25/18 | Park View Travel – Bob Flight to LA from Miami (10/8) | | $ 1,508.20 | | | | | $ 1,508.20 |
| 9/24/18 | Adamo Pizza | | | 33.84 | | | | $ 33.84 |
| 9/18/18 | GoGo In Air wifi | | | | | | $ 59.95 | $ 59.95 |
| 9/18/18 | Shokudo- Lunch w/ Alejandro MacFarlane (Investor) (on point cc) | | | 51.00 | | | | $ 51.00 |
| 9/12/18 | Seaspice- Dinner w/ Belardi, Neal Salmani, Taylor, Megan Bob (on point cc) | | | 937.39 | | | | $ 937.39 |
| 9/11/18 | Starbucks (on point cc) | | | 11.21 | | | | $ 11.21 |
| 9/10/18 | 11 Howard Street -NYC | $ 79.64 | | | | | | $ 79.64 |
| 9/10/18 | 12 Howard Street -NYC | $ 549.32 | | | | | | $ 549.32 |
| 9/10/18 | 13 Howard Street -NYC | $ 14,524.60 | | | | | | 14,524.60 |
| 9/10/18 | Executive Access- Car Service NYC | | $ 585.00 | | | | | $ 585.00 |
| 9/9/18 | Executive Access- Car Service NYC | | $ 910.00 | | | | | $ 910.00 |
| 9/9/18 | Mecer Kitchen (onpoint cc) | | | 100.00 | | | | $ 100.00 |
| 9/7/18 | Executive Access- Car Service NYC | | $ 1,740.00 | | | | | $ 1,740.00 |
| 9/7/18 | Starbucks (on point cc) | | | 11.21 | | | | $ 11.21 |
| 9/6/18 | Executive Access- Car Service NYC | | $ 735.00 | | | | | $ 735.00 |
| 9/6/18 | Visat in flight wifi (onpoint cc) | | | | | | $ 16.00 | $ 16.00 |
| 9/5/18 | Abm- Century Plaza (onpoint cc) - Alex Soltani Parking? | | | | | | $ 13.95 | $ 13.95 |
| 9/5/18 | Urth Café West Hollywood (on point cc) | | | 32.83 | | | | $ 32.83 |
| 9/4/18 | City of Beverly Hills Parking | | | | | | $ 2.00 | $ 2.00 |
| 9/5/18 | Matsuhisa Beverly Hills | | | 850.00 | | | | 850.00 |
| 9/4/18 | Soho House Beverly Hills- breakfast w/ Taylor | | | 90.00 | | | | 90.00 |
| 9/3/18 | Chin Chin West hollywood | | | 27.00 | | | | 27.00 |
| 9/3/18 | Gracias Madre West Hollyood | | | 121.84 | | | | 121.84 |
| 9/2/18 | Il Pastiao Beverly Hills | | | 240.00 | | | | 240.00 |
| | The Farm Beverly Hills | | | 88.73 | | | | 88.73 |
| 8/26/18 | Sushiya West Hollywood | | | 90.00 | | | | 90.00 |
| 8/25/18 | Catch LA | | | 84.00 | | | | 84.00 |
| 8/24/18 | Avra Beverly Hills | | | 1,200.00 | | | | 1,200.00 |
| 7/31/18 | JFK to LAX - 7/31 | | $ 1,748.18 | | | | | $ 1,748.18 |

| Date | Description | | | | | | Subtotal |
|---|---|---|---|---|---|---|---|
| 7/31/18 | Blade Newark to JFK | | 2,250.00 | | | | $ 2,250.00 |
| 8/20/18 | Park View Travel – LA to JFK (9/5) | | 1,898.20 | | | | $ 1,898.20 |
| 8/20/18 | Park View Travel – travel agency fee | | | | | $ 35.00 | $ 35.00 |
| 7/12/18 | Shokudo Miami | | | 50.00 | | | $ 50.00 |
| 7/10/18 | Carey Car Service – to Airport in LA | | 75.00 | | | | $ 75.00 |
| 7/9/18 | Park View Travel – Bob flight to Miami (7/10) | | 1,508.20 | | | | $ 1,508.20 |
| 7/7/18 | Il Pastaio Beverly Hills | | | 125.23 | | | $ 125.23 |
| 7/7/18 | Soho House West Hollywood- Lunch w/ Jake Capps | | | 90.00 | | | $ 90.00 |
| 7/7/18 | The Farm Beverly Hills | | | 51.58 | | | $ 51.58 |
| 7/6/18 | Citrus- 9200 Office | | | 3.02 | | | $ 3.02 |
| 7/6/18 | Roku West Hollywood | | | 140.00 | | | $ 140.00 |
| 7/5/18 | Altour Travel Agency fee | | | | | $ 35.00 | $ 35.00 |
| 6/14/18 | Park View Travel – Bob flight to Miami (6/19) | | 1,508.20 | | | | $ 1,508.20 |
| 6/14/18 | Sushiya West Hollywood | | | 135.00 | | | $ 135.00 |
| 6/13/18 | Matsuhisa Beverly Hills | | | 361.45 | | | $ 361.45 |
| 7/10/18 | Il Pastaio Beverly Hills | | | 228.74 | | | $ 228.74 |
| 6/6/18 | Carey Car Service – Pick up from Airport | | 156.57 | | | | $ 156.57 |
| 6/6/18 | Montage Valet Beverly Hills | | | | | $ 60.00 | $ 60.00 |
| 5/30/18 | Park View Travel – travel agency fee | | | | | $ 35.00 | $ 35.00 |
| 5/30/18 | Park View Travel – Bob flight to Miami from LA | | 1,488.21 | | | | $ 1,488.21 |
| 5/4/18 | Park View Travel – Bob flight to Miami from LA | | 1,098.20 | | | | $ 1,098.20 |
| 4/30/18 | Park View Travel – travel agency fee | | | | | $ 35.00 | $ 35.00 |
| 4/30/18 | Park View Travel – Bob Flight to LA from Miami | | 1,628.21 | | | | $ 1,628.21 |
| 4/11/18 | Catch LA | | | 530.12 | | | $ 530.12 |
| 4/10/18 | L'Ermitage Hotel | $ 433.19 | | | | | $ 433.19 |
| 4/10/18 | Nobu LA | | | 324.32 | | | $ 324.32 |
| 4/9/18 | Koi Restaurant | | | 324.84 | | | $ 324.84 |
| 4/8/18 | Matsuhisa Beverly Hills | | | 409.82 | | | $ 409.82 |
| 3/29/18 | Shokudo Miami | | | | 56.60 | | $ 56.60 |
| 3/28/18 | Park View Travel – Bob flight to Miami from LA (4/6) | | 1,348.20 | | | | $ 1,348.20 |
| 3/19/18 | Park View Travel – travel agency fee | | | | | $ 35.00 | $ 35.00 |
| | | $ 15,586.75 | $ 20,195.37 | $ 6,743.17 | $ 56.60 | $ 361.90 | $ 42,943.79 |

Subtotal $ 42,943.79

Advances

TOTAL $ 42,943.79

Employee Signature _____

Supervisor Approval Signature _____

Transaction Details Prepared for
**Robert L Zangrillo**
Account Number
**XXXX-XXXXXX-█4005**

| DATE | DESCRIPTION | CARD MEMBER | AMOUNT |
|------|-------------|-------------|--------|
| OCT8 2018 | **ALTOUR CA 0001201350342 - 310-5716000, CA** | ROBERT L ZANGRILLO | $35.00 |

Doing business as:

**TRAVEL**

View Details on Merchant Website

3600 BRIDGE PARKWAY

STE A

REDWOOD CITY

CA

94065

UNITED STATES

Additional Information: 1201350342 3105716000

SERVICE FEE

Reference: 320182820806450135

Category: Travel - Travel Agencies

**Flight Details**

Passenger Name: ZANGRILLO/ROBER

Ticket Number: 1201350342

Document Type: AGENCY MISC. CHARGE ORDER (MCO)

Case 1:19-cv-25046-RNS   Document 132-19   Entered on FLSD Docket 01/23/2020   Page 47 of 167

Transaction Details Prepared for
**Robert L Zangrillo**
Account Number
**XXXX-XXXXXX-4005**

| DATE | DESCRIPTION | CARD MEMBER | AMOUNT |
|------|-------------|-------------|--------|
| SEP 25 2018 | **PARK VIEW TRAVEL - BEVERLY HILLS, CA** | ROBERT L ZANGRILLO | $1,508.20 |

Doing business as:

**AMERICAN AIRLINES**
View Details on Merchant Website

7645 E 63RD ST STE 600

AMERICAN AIRLINES-CCS

TULSA

OK

74133-1275

UNITED STATES

Additional Information: 092809 AIRLINE/AIR CARRIER

AMERICAN AIRLINES

Reference: 320182690595844751

Category: Travel - Airline

**Flight Details**

**MIAMI INTERNATIONA** ✈ **LOS ANGELES INTERN**

Passenger Name: ZANGRILLO/ROBERT LAW

Date of Departure: 10/08

Ticket Number: 00171841716561

Document Type: PASSENGER TICKET

PX18: Declaration of Lashanda Freeman
Attachment A: Page 40

Case 1:19-cv-25046-RNS    Document 132-19    Entered on FLSD Docket 01/23/2020    Page 48 of 167

Transaction Details Prepared for
**Robert L Zangrillo**
Account Number
**XXXX-XXXXXX-█4005**

| DATE | DESCRIPTION | CARD MEMBER | AMOUNT |
|------|-------------|-------------|--------|
| SEP**18** 2018 | **HTTP://WWW.GOGOAIR.C - 877-350-0038, IL** | ROBERT L ZANGRILLO | $59.95 |

Doing business as:

**GoGoAir.COM IN FLIGHT INTERNET**
View Details on Merchant Website

303 S TECHNOLOGY CT

# A

BROOMFIELD

CO

80021-3411

UNITED STATES

877.350.0038

Additional Information: 322285407MP INTERNET ACC

INTERNET ACC

Reference: 320182620492612945

Category: Communications - Other Telecom

PX18: Declaration of Lashanda Freeman
Attachment A: Page 41

AMERICAN EXPRESS

Transaction Details Prepared for
**Robert L Zangrillo**
Account Number
**XXXX-XXXXXX-4005**

| DATE | DESCRIPTION | CARD MEMBER | AMOUNT |
|------|-------------|-------------|--------|
| SEP24 2018 | **ANDIAMO PIZZA 542929806714192 - MIAMI, FL** | ROBERT L ZANGRILLO | $33.84 |

Doing business as:

**ANDIAMO**
View Details on Merchant Website

5600 BISCAYNE BLVD

MIAMI

FL

33137-2635

UNITED STATES

305.762.5751

Additional Information: 24224438269 3057625751

3057625751

Reference: 320182680577375172

Category: Restaurant - Restaurant

**Transaction Details**

TIP  $5.00

PX18: Declaration of Lashanda Freeman
Attachment A: Page 42

Transaction Details Prepared for
**Robert L Zangrillo**
Account Number
**XXXX-XXXXXX-■4005**

| DATE | DESCRIPTION | CARD MEMBER | AMOUNT |
|------|-------------|-------------|--------|
| AUG**20** 2018 | **PARK VIEW TRAVEL - BEVERLY HILLS, CA** | ROBERT L ZANGRILLO | $1,898.20 |

Doing business as:

**AMERICAN AIRLINES**
View Details on Merchant Website

7645 E 63RD ST STE 600

AMERICAN AIRLINES-CCS

TULSA

OK

74133-1275

UNITED STATES

Additional Information: AMERICAN AIRLINES

Reference: 320182330023481552

Category: Travel - Airline

**Flight Details**

**LOS ANGELES INTERN**  **N.Y. J F KENNEDY I**

Ticket Number: 00171737878071

Date of Departure: 09/05

Passenger Name: ZANGRILLO/ROBERT LAW

Document Type: PASSENGER TICKET

**AMERICAN EXPRESS** Transaction Details Prepared for
**Robert L Zangrillo**
Account Number
**XXXX-XXXXXX-■005**

| DATE | DESCRIPTION | CARD MEMBER | AMOUNT |
|------|-------------|-------------|--------|
| AUG20 2018 | **ALTOUR CA 0001241320409 - 310-5716000, CA** | ROBERT L ZANGRILLO | $35.00 |

Doing business as:

**TRAVEL**

View Details on Merchant Website

3600 BRIDGE PARKWAY

STE A

REDWOOD CITY

CA

94065

UNITED STATES

Additional Information: SERVICE FEE

Reference: 320182330021474221

Category: Travel - Travel Agencies

**Flight Details**

Ticket Number: 1241320409

Passenger Name: ZANGRILLO/ROBER

Document Type: AGENCY MISC. CHARGE ORDER (MCO)

PX18: Declaration of Lashanda Freeman
Attachment A: Page 44

Transaction Details Prepared for
**Robert L Zangrillo**
Account Number
**XXXX-XXXXXX-■4005**

| DATE | DESCRIPTION | CARD MEMBER | AMOUNT |
|------|-------------|-------------|--------|
| JUL**31** 2018 | **WWW.FLYBLADE.COM - NEW YORK, NY** | ROBERT L ZANGRILLO | $2,250.00 |

Doing business as:

**WWW.FLYBLADE.COM**
View Details on Merchant Website

499 E 34TH STREET

NEW YORK

NY

10016

UNITED STATES OF AMERICA (THE)

844.359.2523

Additional Information: +18443592523

Reference: 320182120679085619

Category: Transportation - Other Transportation

AMERICAN EXPRESS

Transaction Details Prepared for
**Robert L Zangrillo**
Account Number
**XXXX-XXXXXXX-█4005**

| DATE | DESCRIPTION | CARD MEMBER | AMOUNT |
|------|-------------|-------------|--------|
| JUL**31** 2018 | **PARK VIEW TRAVEL - BEVERLY HILLS, CA** | ROBERT L ZANGRILLO | $1,748.20 |

Doing business as:

**JETBLUE ARC**
View Details on Merchant Website

6322 S 3000 E

STE G10

SALT LAKE CITY

UT

84121-6945

UNITED STATES

718.286.7900

Additional Information: JETBLUE

Reference: 320182130699502184

Category: Travel - Airline

**Flight Details**

N.Y. J F KENNEDY I  ✈  **LOS ANGELES INTERN**

Ticket Number: 27971682412903

Date of Departure: 07/31

Passenger Name: ZANGRILLO/ROBERT LAW

Document Type: PASSENGER TICKET

Transaction Details Prepared for
**Robert L Zangrillo**
Account Number
**XXXX-XXXXXX-█4005**

| DATE | DESCRIPTION | CARD MEMBER | AMOUNT |
|------|-------------|-------------|--------|
| JUL7 2018 | SOHO HOUSE WEST HOLLYW - W HOLLYWOOD, CA<br>on point | ROBERT L ZANGRILLO | $90.00 |

Doing business as:

**SOHO HOUSE WEST HOLLYWOOD**
View Details on Merchant Website

9200 W SUNSET BLVD

STE 817

WEST HOLLYWOOD

CA

90069-3603

UNITED STATES

310.432.9200

Additional Information: 310-432-9200

Reference: 320181890311572398

Category: Restaurant - Restaurant

PX18 - Declaration of Lashanda Freeman
Attachment A: Page 47

Transaction Details Prepared for
**Robert L Zangrillo**
Account Number
**XXXX-XXXXXX-◼4005**

| DATE | DESCRIPTION | CARD MEMBER | AMOUNT |
|---|---|---|---|
| JUL9 2018 | **PARK VIEW TRAVEL - BEVERLY HILLS, CA** <br> on point | ROBERT L ZANGRILLO | $1,508.20 |

Doing business as:

**AMERICAN AIRLINES**
View Details on Merchant Website

7645 E 63RD ST STE 600

AMERICAN AIRLINES-CCS

TULSA

OK

74133-1275

UNITED STATES

Additional Information: AMERICAN AIRLINES

Reference: 320181910345438959

Category: Travel - Airline

**Flight Details**

LOS ANGELES ✈ MIAMI INTERNATIONA
INTERN

Ticket Number: 00171608952476

Date of Departure: 07/10

Passenger Name: ZANGRILLO/ROBERT LAW

Document Type: PASSENGER TICKET

PX18: Declaration of Lashanda Freeman
Attachment A: Page 48

Transaction Details Prepared for
**Robert L Zangrillo**
Account Number
**XXXX-XXXXXXX-4005**

| DATE | DESCRIPTION | CARD MEMBER | AMOUNT |
|------|-------------|-------------|--------|
| JUN**14** 2018 | **PARK VIEW TRAVEL - BEVERLY HILLS, CA**<br>on point | ROBERT L ZANGRILLO | $1,508.20 |

Doing business as:

**AMERICAN AIRLINES**
View Details on Merchant Website

7645 E 63RD ST STE 600

AMERICAN AIRLINES-CCS

TULSA

OK

74133-1275

UNITED STATES

Additional Information: AMERICAN AIRLINES

Reference: 320181660950184106

Category: Travel - Airline

**Flight Details**

**LOS ANGELES INTERN** ✈ **MIAMI INTERNATIONA**

Ticket Number: 00171545641890

Date of Departure: 06/19

Passenger Name: ZANGRILLO/ROBERT LAW

Document Type: PASSENGER TICKET



Transaction Details Prepared for
**Robert L Zangrillo**
Account Number
XXXX-XXXXXX-▮1005



| Spend By: My Tags | Filtered By: All Tags | on point |
| --- | --- | --- |

| | | on point | $23,157.74 |
| | | Untagged | $97,902.90 |

SHOWING YOUR TAGS
Note: Data shown does not include Pending Charges or Payments.

| DATE | DESCRIPTION | CARD MEMBER | AMOUNT |
| --- | --- | --- | --- |
| SEP**10** 2018 | **11 HOWARD - NEW YORK, NY**<br>on point | ROBERT L ZANGRILLO | $79.64 |
| SEP**10** 2018 | **11 HOWARD - NEW YORK, NY**<br>on point | ROBERT L ZANGRILLO | $549.32 |
| SEP**10** 2018 | **11 HOWARD - NEW YORK, NY**<br>on point | ROBERT L ZANGRILLO | $14,524.60 |
| SEP**10** 2018 | **EXECUTIVE ACCESS NEW YORK 000000001 - FLUSHING, NY**<br>on point | ROBERT L ZANGRILLO | $585.00 |
| SEP**9** 2018 | **EXECUTIVE ACCESS NEW YORK 000000001 - FLUSHING, NY**<br>on point | ROBERT L ZANGRILLO | $910.00 |
| SEP**8** 2018 | **EXECUTIVE ACCESS NEW YORK 000000001 - FLUSHING, NY**<br>on point | ROBERT L ZANGRILLO | $845.00 |
| SEP**7** 2018 | **EXECUTIVE ACCESS NEW YORK 000000001 - FLUSHING, NY**<br>on point | ROBERT L ZANGRILLO | $1,740.00 |
| SEP**6** 2018 | **EXECUTIVE ACCESS NEW YORK 000000001 - FLUSHING, NY**<br>on point | ROBERT L ZANGRILLO | $735.00 |

10/2/2018

| DATE | DESCRIPTION | CARD MEMBER | AMOUNT |
|---|---|---|---|
| SEP**5** 2018 | **MATSUHISA - BEVERLY HILLS, CA**<br>on point | ROBERT L ZANGRILLO | $850.00 |
| SEP**5** 2018 | **SOHO HOUSE CLUB NYC - NEW YORK, NY**<br>on point | ROBERT L ZANGRILLO | $398.67 |
| SEP**4** 2018 | **SOHO HOUSE WEST HOLLYW - W HOLLYWOOD, CA**<br>on point | ROBERT L ZANGRILLO | $90.00 |
| | *Breakfast w/ Taylor* | | |
| SEP**3** 2018 | **CHIN CHIN 000000001 - WEST HOLLYWOO, CA**<br>on point | ROBERT L ZANGRILLO | $27.00 |
| SEP**3** 2018 | **GRACIAS MADRE WEHO 000000001 - WEST HOLLYWOO, CA**<br>on point | ROBERT L ZANGRILLO | $121.84 |
| SEP**2** 2018 | **IL PASTAIO RISTORANTE 436845557162756 - BEVERLY HILLS, CA**<br>on point | ROBERT L ZANGRILLO | $240.00 |
| SEP**2** 2018 | **THE FARM OF BEVERLY HILLS 286000000304 - SANTA MONICA, CA**<br>on point | ROBERT L ZANGRILLO | $88.73 |
| AUG**26** 2018 | **SUSHIYA WEST HOLLYWOOD 650000000644842 - WEST HOLLYWOO, CA**<br>on point | ROBERT L ZANGRILLO | $90.00 |
| AUG**25** 2018 | **CATCH LA - WEST HOLLYWOO, CA**<br>on point | ROBERT L ZANGRILLO | $84.94 |
| AUG**24** 2018 | **MAIN DINING / AVRA BH 1 - BEVERLY HILLS, CA**<br>on point | ROBERT L ZANGRILLO | $1,200.00 |

1 - 18 of 18 Transactions

| | |
|---|---|
| Pay In Full Charges | $23,157.74 |
| Pay Over Time Charges | $0.00 |
| Credits | $0.00 |
| Total | $23,157.74 |

Total of Charges and Credits, does not include Previous Balance or Payments



Transaction Details Prepared for
**Robert L Zangrillo**
Account Number
XXXX-XXXXXX 4005



| DATE | DESCRIPTION | CARD MEMBER | AMOUNT |
|---|---|---|---|
| JUN 14 2018 | **PARK VIEW TRAVEL - BEVERLY HILLS, CA**<br>on point | ROBERT L ZANGRILLO | $1,508.20 |
| JUN 14 2018 | **SUSHIYA WEST HOLLYWOOD**<br>650000000644842 - WEST HOLLYWOO, CA<br>on point | ROBERT L ZANGRILLO | $135.00 |
| JUN 13 2018 | **MATSUHISA - BEVERLY HILLS, CA**<br>on point | ROBERT L ZANGRILLO | $361.45 |
| JUN 10 2018 | **IL PASTAIO RISTORANTE 436845557162756 -**<br>**BEVERLY HILLS, CA**<br>on point | ROBERT L ZANGRILLO | $228.74 |
| JUN 8 2018 | **MAIN DINING / AVRA BH 1 - BEVERLY HILLS,**<br>**CA**<br>on point | ROBERT L ZANGRILLO | $916.67 |
| JUN 6 2018 | **CAREY - WASHINGTON, DC**<br>on point | ROBERT L ZANGRILLO | $156.57 |
| JUN 6 2018 | **MONTAGE VALET - BEVERLY HILLS, CA**<br>on point | ROBERT L ZANGRILLO | $60.00 |
| MAY 30 2018 | **ALTOUR CA 0001154380428 - 310-5716000, CA**<br>on point | ROBERT L ZANGRILLO | $35.00 |
| MAY 30 2018 | **PARK VIEW TRAVEL - BEVERLY HILLS, CA**<br>on point | ROBERT L ZANGRILLO | $1,498.21 |

| DATE | DESCRIPTION | CARD MEMBER | AMOUNT |
|------|-------------|-------------|--------|
| JUL **12** 2018 | SHOKUDO 650000007184974 - MIAMI, FL <br> on point | ROBERT L ZANGRILLO | $50.00 |
| JUL **10** 2018 | CAREY - WASHINGTON, DC <br> on point | ROBERT L ZANGRILLO | $75.00 |
| JUL **9** 2018 | PARK VIEW TRAVEL - BEVERLY HILLS, CA <br> on point | ROBERT L ZANGRILLO | $1,508.20 |
| JUL **7** 2018 | IL PASTAIO RISTORANTE 436845557162756 - BEVERLY HILLS, CA <br> on point | ROBERT L ZANGRILLO | $125.23 |
| JUL **7** 2018 | SOHO HOUSE WEST HOLLYW - W HOLLYWOOD, CA <br> on point | ROBERT L ZANGRILLO | $90.00 |
| JUL **7** 2018 | THE FARM OF BEVERLY HILLS 286000000304 - SANTA MONICA, CA <br> on point | ROBERT L ZANGRILLO | $51.58 |
| JUL **6** 2018 | CITRUS ON SUNSET 084870021155581 - W HOLLYWOOD, CA <br> on point | ROBERT L ZANGRILLO | $3.02 |
| JUL **6** 2018 | ROKU - SUNSET 000000001 - WEST HOLLYWOO, CA <br> on point | ROBERT L ZANGRILLO | $140.00 |
| JUL **5** 2018 | ALTOUR CA 0001213300983 - 310-5716000, CA <br> on point | ROBERT L ZANGRILLO | $50.00 |
| JUL **5** 2018 | ALTOUR CA 0001223300112 - 310-5716000, CA <br> on point | ROBERT L ZANGRILLO | $35.00 |

*Handwritten annotations:* "Car Service LA to Airport" (near CAREY entry), "Flight LA to Miami" (near PARK VIEW TRAVEL entry), "Luke Capps lunch" (near SOHO HOUSE entry).

**1 - 10 of 10 Transactions**

Pay In Full Charges...........................................................................................$2,128.03

Pay Over Time Charges......................................................................................$0.00

Credits..................................................................................................................$0.00

Total...............................................................................................................$2,128.03

Total of Charges and Credits, does not include Previous Balance or Payments



Transaction Details Prepared for
**Robert L Zangrillo**
Account Number
XXXX-XXXXXX-█4005



| Spend By: My Tags | Filtered By: All Tags | on point |

on point    $2,761.41
Untagged    $61,769.04

SHOWING YOUR TAGS
Note: Data shown does not include Pending Charges or Payments.

| DATE | DESCRIPTION | CARD MEMBER | AMOUNT |
|---|---|---|---|
| MAY 4 2018 | **PARK VIEW TRAVEL - BEVERLY HILLS, CA** <br> on point | ROBERT L ZANGRILLO | $1,098.20 |

Doing business as:

**AMERICAN AIRLINES**
View Details on Merchant Website

7645 E 63RD ST STE 600

AMERICAN AIRLINES-CCS

TULSA

OK

74133-1275

UNITED STATES

Additional Information: AMERICAN AIRLINES
Reference: 320181250294787517
Category: Travel - Airline

**Flight Details**

LOS ANGELES INTERN ✈ MIAMI INTERNATIONA

Ticket Number: 00171428410366
Date of Departure: 05/26
Passenger Name: ZANGRILLO/ROBERT LAW
Document Type: PASSENGER TICKET

| APR 30 2018 | **ALTOUR CA 0001106370774 - 310-5716000, CA** <br> on point | ROBERT L ZANGRILLO | $35.00 |

| DATE | DESCRIPTION | CARD MEMBER | AMOUNT |
|------|-------------|-------------|--------|

Doing business as:

**TRAVEL**

View Details on Merchant Website

3600 BRIDGE PARKWAY

STE A

REDWOOD CITY

CA

94065

UNITED STATES

Additional Information: SERVICE FEE
Reference: 320181210226529555
Category: Travel - Travel Agencies

**Flight Details**

Ticket Number: 1106370774

Passenger Name: ZANGRILLO/ROBER

Document Type:
AGENCY MISC. CHARGE ORDER (MCO)

| APR**30** 2018 | **PARK VIEW TRAVEL - BEVERLY HILLS, CA** on point | ROBERT L ZANGRILLO | $1,628.21 |

Doing business as:

**AMERICAN AIRLINES**

View Details on Merchant Website

7645 E 63RD ST STE 600

AMERICAN AIRLINES-CCS

TULSA

OK

74133-1275

UNITED STATES

Additional Information: AMERICAN AIRLINES
Reference: 320181210228319154
Category: Travel - Airline

**Flight Details**

MIAMI INTERNATIONA ✈ LOS ANGELES INTERN

w/ Barton

Ticket Number: 00171407636131

Date of Departure: 05/15

Passenger Name: ZANGRILLO/ROBERT LAW

Document Type: PASSENGER TICKET

**1 - 3 of 3 Transactions**

Pay In Full Charges..........................................................................$2,761.41

Pay Over Time Charges....................................................................$0.00

Credits............................................................................................$0.00

Total..............................................................................................**$2,761.41**

Total of Charges and Credits, does not include Previous Balance or Payments



Transaction Details Prepared for
**Robert L Zangrillo**
Account Number
XXXX-XXXXXX-█005



| Spend By: My Tags | Filtered By: All Tags | on point |

| on point | $5,649.39 |
| Untagged | $44,375.07 |

SHOWING YOUR TAGS
Note: Data shown does not include Pending Charges or Payments.

| DATE | DESCRIPTION | CARD MEMBER | AMOUNT |
|------|-------------|-------------|--------|
| APR 11 2018 | **CATCH LA - WEST HOLLYWOO, CA**<br>on point | ROBERT L ZANGRILLO | $530.12 |

Doing business as:

**CATCH LA**

8715 MELROSE AVE

WEST HOLLYWOOD

CA

90069

UNITED STATES

Additional Information: 323-347-6060

Reference: 320181020922349576

Category: Restaurant - Restaurant

| APR 10 2018 | **L'ERMITAGE BEVERLY 542929804060937 - BEVERLY HILLS, CA**<br>on point | ROBERT L ZANGRILLO | $433.19 |

| DATE | DESCRIPTION | CARD MEMBER | AMOUNT |
|------|-------------|-------------|--------|

Doing business as:

**L'ERMITAGE BEVERLY HILLS**

9291 BURTON WAY

BEVERLY HILLS

CA

90210-3709

UNITED STATES

310.278.3344

Reference: 320181010913388468
Category: Travel – Lodging

**Itinerary Details**

Arrival

04/08/18

Departure

04/10/18

HOTEL

00000000
LODGING

| APR **10** 2018 | **NOBU LA - LOS ANGELES, CA** <br> on point | ROBERT L ZANGRILLO | $324.32 |

Doing business as:

**NOBU WEST HOLLYWOOD**

View Details on Merchant Website

903 N LA CIENEGA BLVD

WEST HOLLYWOOD

CA

90069-4709

UNITED STATES

310.657.5711

Additional Information: 212-665-6800
Reference: 320181020921575271
Category: Restaurant – Restaurant

| APR **9** 2018 | **KOI RESTAURANT 650000009523930 - WEST HOLLYWOOD, CA** <br> on point | ROBERT L ZANGRILLO | $342.84 |

| DATE | DESCRIPTION | CARD MEMBER | AMOUNT |
|------|-------------|-------------|--------|

Doing business as:

**KOI**

View Details on Merchant Website

730 N LA CIENEGA BLVD

WEST HOLLYWOOD

CA

90069-5204

UNITED STATES

310.659.9449

Additional Information: 2134587331
Reference: 320181000889467633
Category: Restaurant - Restaurant

| APR**8** 2018 | **HotelTonight.com - SAN FRANCISCO, CA** <br> on point | ROBERT L ZANGRILLO | $521.00 |

Doing business as:

**HotelTonight.com**

View Details on Merchant Website

901 MARKET ST

STE 310

SAN FRANCISCO

CA

94103

UNITED STATES

Additional Information: TRANSPORTATION SERVICES
Reference: 320180990880692661
Category: Travel - Travel Agencies

| APR**8** 2018 | **MATSUHISA - BEVERLY HILLS, CA** <br> on point | ROBERT L ZANGRILLO | $409.82 |

| DATE | DESCRIPTION | CARD MEMBER | AMOUNT |
|------|-------------|-------------|--------|

Doing business as:

**MATSUHISA**

View Details on Merchant Website

129 N LA CIENEGA BLVD

BEVERLY HILLS

CA

90211-2206

UNITED STATES

310.659.9639

Additional Information: 3108599639
Reference: 320180990880476969
Category: Restaurant - Restaurant

| | | | |
|------|-------------|-------------|--------|
| MAR**29** 2018<br>on point | **SHOKUDO 650000007184974 - MIAMI, FL** | ROBERT L ZANGRILLO | $56.60 |

Doing business as:

**SHOKUDO**

View Details on Merchant Website

4740 NE 2ND AVE

MIAMI

FL

33137-3124

UNITED STATES

305.758.7782

Additional Information: 3057587782
Reference: 320180890718045527
Category: Restaurant - Restaurant

**Transaction Details**

| | |
|---|---|
| TIP | $8.00 |

| | | | |
|------|-------------|-------------|--------|
| MAR**28** 2018<br>on point | **PARK VIEW TRAVEL - BEVERLY HILLS, CA** | ROBERT L ZANGRILLO | $1,348.20 |

| DATE | DESCRIPTION | CARD MEMBER | AMOUNT |
|------|-------------|-------------|--------|

Doing business as:

**JETBLUE ARC**

View Details on Merchant Website

6322 S 3000 E

STE G10

SALT LAKE CITY

UT

84121-6945

UNITED STATES

718.286.7900

Additional Information: JETBLUE
Reference: 320180880705668904
Category: Travel - Airline

**Flight Details**

FT LAUDERDALE/HOLL ✈ LOS ANGELES INTERN

Ticket Number: 27970609262433

Date of Departure: 04/06

Passenger Name: ZANGRILLO/ROBERT LAW

Document Type: PASSENGER TICKET

---

| | MAR **21** 2018 | **PARK VIEW TRAVEL - BEVERLY HILLS, CA**<br>on point | ROBERT L ZANGRILLO | $1,648.30 |



Doing business as:

**AMERICAN AIRLINES**

View Details on Merchant Website

7645 E 63RD ST STE 600

AMERICAN AIRLINES-CCS

TULSA

OK

74133-1275

UNITED STATES

Additional Information: AMERICAN AIRLINES
Reference: 320180810596463786
Category: Travel - Airline

**Flight Details**

MIAMI INTERNATIONA ✈ LOS ANGELES INTERN

Ticket Number: 00170589136885

Date of Departure: 04/07

Passenger Name: ZANGRILLO/ROBERT LAW

Document Type: PASSENGER TICKET

---

| | MAR **16** 2018 | **ALTOUR CA 0001177340031 - 310-5716000, CA**<br>on point | ROBERT L ZANGRILLO | $35.00 |

| DATE | DESCRIPTION | CARD MEMBER | AMOUNT |
|------|-------------|-------------|--------|

Doing business as:

**TRAVEL**

View Details on Merchant Website

3600 BRIDGE PARKWAY

STE A

REDWOOD CITY

CA

94065

UNITED STATES

Additional Information: SERVICE FEE
Reference: 320180760517263336
Category: Travel - Travel Agencies

**Flight Details**

Ticket Number: 1177340031

Passenger Name: ZANGRILLO/ROBER

Document Type:
AGENCY MISC. CHARGE ORDER (MCO)

**1 - 10 of 10 Transactions**

Pay In Full Charges.................................................................................................$5,649.39

Pay Over Time Charges..............................................................................................$0.00

Credits...........................................................................................................................$0.00

Total...........................................................................................................................**$5,649.39**

Total of Charges and Credits, does not include Previous Balance or Payments



UNITED STATES OF AMERICA
### FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Division of Enforcement
Bureau of Consumer Protection

### *FTC v. OnPoint Global, et. al*

# DOCUMENTS OBTAINED FROM DEFENDANTS' BUSINESS PREMISES

### 350 NE 60th Street, Miami, Florida 33137

**DATE:  December** ___ 16 ___ **2019**

**FTC STAFF INITIALS:** ___ LF ___

**LOCATION OF ORIGINAL DOCUMENTS:**

- Office 22, Richard Aranda's Desk
→ file organizer to the left of the computer
→ folder titled "Debt & Interest"

**CUSTODIAN (if known):**

. Richard Aranda

**ADDITIONAL DESCRIPTION:**

- Summary of shareholder loan payout & investment in DG OnPoint. Zanquillo bank info & email.



Arlene Mahon <amahon@onpointglobal.com>

## Banking info

**Dede Loftus** <Dede@dragonglobal.com>                                      Mon, Feb 4, 2019 at 4:12 PM
To: Arlene Mahon <amahon@onpointglobal.com>
Cc: Bob Zangrillo <bob@zangrillo.com>

Was this the personal Loan, if so, please send to

Robert Zangrillo

1521 Alton Road #352, Miami Beach, FL 33139

JPMorgan Chase

ABA: 021000021

Acct: █████1477

**From:** Arlene Mahon [mailto:amahon@onpointglobal.com]
**Sent:** Monday, February 4, 2019 1:09 PM
**To:** Dede Loftus <Dede@dragonglobal.com>
**Cc:** Bob Zangrillo <bob@zangrillo.com>
**Subject:** Banking info

[Quoted text hidden]



UNITED STATES OF AMERICA
## FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Division of Enforcement
Bureau of Consumer Protection

## *FTC v. OnPoint Global, et. al*

# DOCUMENTS OBTAINED FROM DEFENDANTS' BUSINESS PREMISES

### 350 NE 60th Street, Miami, Florida 33137

DATE:  December _____ 18 _____ 2019

FTC STAFF INITIALS: _____ SRW _____

## LOCATION OF ORIGINAL DOCUMENTS:

Main entrance / reception desk (surface)  — 29

## CUSTODIAN (if known):

Unknown

## ADDITIONAL DESCRIPTION:

notebook: Resolutions 2018

| \#  | Resolution | Date |
|-----|------------|------|
| \#  | **Resolutions 2018** | |
| **#** | **Resolution** | **Date** |
| 1   | Advisory Resolution | 4/30/2018 |
| 2   | Appoint Arlene Mahon Secretary | 9/1/2018 |
| 3   | Approval of DG Onpoint Global Investment | 4/9/2018 |
| 4   | Asset Acquisition of the assets Livinghealthycom and healthstation | 10/1/2018 |
| 5   | Asset Purchase Agreement Austin.com | 9/10/2018 |
| 6   | Brent Levison negotiating Lease & Relocation | 8/23/2018 |
| 7   | Early Payment CCH Domain Holdings | 10/1/2018 |
| 8   | Incentive Unit Plan Employees | 8/27/2018 |
| 9   | Long Term Loan | 9/1/2018 |
| 10  | Short Term Loan | 8/23/2018 |
| 11  | Weighted Average Anti-Dilution Protection | 5/1/2018 |
| 12  | Written Consent Neal Sainani Employment Agreement | 6/28/2018 |
| 13  | Conversion of Loan Agreements | 5/1/2018 |
| 14  | Approval of DG Onpoint Global Investment - 25M | 11/9/2018 |
| 15  | Brent Levison - Costa Rica Credit Cards | 11/15/2018 |

## WRITTEN CONSENT
## OF THE BOARD OF MANAGERS
## OF
## ON POINT GLOBAL, LLC,
### a Delaware limited liability company

### As of April 30, 2018

The undersigned, representing all of the Board of Managers (the "*Managers*") of On Point Global, LLC, a Delaware limited liability company (the "*Company*"), do hereby consent to the adoption of the following resolutions without the necessity of a meeting of the Board of Managers, all in accordance with the Company's Amended and Restated Limited Liability Company Agreement, dated as of April 23, 2018 (the "*LLC Agreement*"), and the Delaware Limited Liability Company Act. Capitalized terms used but not defined herein shall have the meanings ascribed to them in the LLC Agreement.

Approval of Advisory Agreements with On Point Global, LLC

**WHEREAS,** the Managers have determined after careful deliberation that Company shall enter into Advisory Agreements with the following: John Caine, Ken Rudin, Emil Michael, Jeff Clarke, Skyview Capital, LLC, Ryan Seacrest and David Beime and that it is in the best interests of the Company and the Managers to enter into the Agreements; and

**WHEREAS,** the Managers agree that the aggregate Advisory Agreements considerations shall not exceed a total of Three Million (3,000,000) of the currently authorized Class B Common Incentive Units of the Company.

**NOW, THEREFORE, BE IT RESOLVED,** that the forms, terms and provisions of the Agreement are hereby adopted, approved and ratified; and

**RESOLVED FURTHER,** that the officers of the Company be, and each of them hereby is, authorized and empowered to execute and deliver to the proper party, in the name and on behalf of the Company and in such number of counterparts as the officer executing and delivering the Agreement shall deem proper, such Agreement in such form and containing substantially the same provisions hereby approved, with such changes therein and additions thereto as shall be approved by such officer, such officer's approval to be conclusively evidenced by the execution and delivery thereof and to perform the Company's obligations under the Agreement as so executed.

General

**RESOLVED,** that the officers of the Company, and each of them, are hereby authorized, directed and empowered, on behalf of the Company and in its name, to execute, deliver and file such further certificates, agreements and other documents, to take such further steps and to do such further acts and things as

contemplated by the foregoing resolutions be, and they hereby are, ratified, adopted and approved as acts by and on behalf of the Company.

*       *       *

The Secretary of the Company is directed to file the original executed copy of this Written Consent with the minutes of proceedings of the Managers of the Company. The execution of a facsimile or electronic PDF copy of these resolutions shall be deemed an original.

*[Signature Page Follows]*

2

IN WITNESS WHEREOF, the undersigned have executed this Written Consent to be effective as of the date first written above.

BOAR MANAGERS:

ROBERT ZANGRILLO

By: _____

Name: Robert Zangrillo

BURTON KATZ

By: _____

Name: Burton Katz

## WRITTEN CONSENT
## OF THE BOARD OF MANAGERS
## OF
## ON POINT GLOBAL, LLC,
### a Delaware limited liability company

### As of September 1, 2018

The undersigned, representing all of the Board of Managers (the "*Managers*") of On Point Global, LLC, a Delaware limited liability company (the "*Company*"), do hereby consent to the adoption of the following resolutions without the necessity of a meeting of the Board of Managers, all in accordance with the Company's Amended and Restated Limited Liability Company Agreement, dated as of April 23, 2018 (the "*LLC Agreement*"), and the Delaware Limited Liability Company Act. Capitalized terms used but not defined herein shall have the meanings ascribed to them in the LLC Agreement.

### Approval of Appoint of Arlene Mahon as Secretary of On Point Global, LLC

**WHEREAS**, the Managers have determined after careful deliberation that Arlene Mahon shall be appointed Secretary of on Point Global, LLC without renumeration and attend all future Board meetings in such role and that it is in the best interests of the Company and the Managers; and

**NOW, THEREFORE, BE IT RESOLVED**, that the forms, terms and provisions of the Agreement are hereby adopted, approved and ratified; and

**RESOLVED FURTHER**, that the officers of the Company be, and each of them hereby is, authorized and empowered to execute and deliver to the proper party, in the name and on behalf of the Company and in such number of counterparts as the officer executing and delivering the Agreement shall deem proper, such Agreement in such form and containing substantially the same provisions hereby approved, with such changes therein and additions thereto as shall be approved by such officer, such officer's approval to be conclusively evidenced by the execution and delivery thereof and to perform the Company's obligations under the Agreement as so executed.

### General

**RESOLVED**, that the officers of the Company, and each of them, are hereby authorized, directed and empowered, on behalf of the Company and in its name, to execute, deliver and file such further certificates, agreements and other documents, to take such further steps and to do such further acts and things as such officers may deem necessary, advisable or appropriate to effectuate the purposes of the foregoing resolutions; and

**RESOLVED FURTHER**, that all acts and things heretofore done by any of the officers and managers of the Company in connection with the transactions

RESOLVED FURTHER, that all acts and things heretofore done by any of the officers and managers of the Company in connection with the transactions contemplated by the foregoing resolutions be, and they hereby are, ratified, adopted and approved as acts by and on behalf of the Company.

\*      \*      \*

The Secretary of the Company is directed to file the original executed copy of this Written Consent with the minutes of proceedings of the Managers of the Company. The execution of a facsimile or electronic PDF copy of these resolutions shall be deemed an original.

*[Signature Page Follows]*

2

**IN WITNESS WHEREOF,** the undersigned have executed this Written Consent to be effective as of the date first written above.

MANAGERS:

**ROBERT ZANGRILLO**

By: _____

Name:  Robert Zangrillo

**BURTON KATZ**

By: _____

Name: Burton Katz

**WRITTEN CONSENT**
**OF THE BOARD OF MANAGERS**
**OF**
**ON POINT GLOBAL, LLC,**
**a Delaware limited liability company**

As of April 9, 2018

The undersigned, representing all of the Board of Managers (the "*Managers*") of On Point Global, LLC, a Delaware limited liability company (the "*Company*"), do hereby consent to the adoption of the following resolutions without the necessity of a meeting of the Board of Managers, all in accordance with the Company's Amended and Restated Limited Liability Company Agreement, dated as of April 23, 2018 (the "*LLC Agreement*"), and the Delaware Limited Liability Company Act. Capitalized terms used but not defined herein shall have the meanings ascribed to them in the LLC Agreement.

Approval of DG On Point, LLC acquisition of Class A Common Units of On Point Global, LLC

  WHEREAS, the Managers have determined after careful deliberation that DG On Point, LLC may acquire Class A Common Units of On Point Global, LLC of up to $10,000,000 in the aggregate units at a purchase price of $1.25 per unit; and

  NOW, THEREFORE, BE IT RESOLVED, that the forms, terms and provisions of the Agreement are hereby adopted, approved and ratified; and

  RESOLVED FURTHER, that the officers of the Company be, and each of them hereby is, authorized and empowered to execute and deliver to the proper party, in the name and on behalf of the Company and in such number of counterparts as the officer executing and delivering the Agreement shall deem proper, such Agreement in such form and containing substantially the same provisions hereby approved, with such changes therein and additions thereto as shall be approved by such officer, such officer's approval to be conclusively evidenced by the execution and delivery thereof and to perform the Company's obligations under the Agreement as so executed.

General

  RESOLVED, that the officers of the Company, and each of them, are hereby authorized, directed and empowered, on behalf of the Company and in its name, to execute, deliver and file such further certificates, agreements and other documents, to take such further steps and to do such further acts and things as such officers may deem necessary, advisable or appropriate to effectuate the purposes of the foregoing resolutions; and

contemplated by the foregoing resolutions be, and they hereby are, ratified, adopted and approved as acts by and on behalf of the Company.

\*      \*      \*

The Secretary of the Company is directed to file the original executed copy of this Written Consent with the minutes of proceedings of the Managers of the Company. The execution of a facsimile or electronic PDF copy of these resolutions shall be deemed an original.

*[Signature Page Follows]*

2

IN WITNESS WHEREOF, the undersigned have executed this Written Consent to be effective as of the date first written above.

MANAGERS:

ROBERT ZANGRILLO

By: _____

Name: Robert Zangrillo

BURTON KATZ

By: _____

Name: Burton Katz

WRITTEN CONSENT
OF THE BOARD OF MANAGERS
OF
ON POINT GLOBAL, LLC,
a Delaware limited liability company

As of October 1, 2018

The undersigned, representing all of the Board of Managers (the "*Managers*") of On Point Global, LLC, a Delaware limited liability company (the "*Company*"), do hereby consent to the adoption of the following resolutions without the necessity of a meeting of the Board of Managers, all in accordance with the Company's Amended and Restated Limited Liability Company Agreement, dated as of April 23, 2018 (the "*LLC Agreement*"), and the Delaware Limited Liability Company Act.  Capitalized terms used but not defined herein shall have the meanings ascribed to them in the LLC Agreement.

Approval of Acquisition of Livinghealthy.com and Healthstation.com

WHEREAS, the Managers have been presented with that certain Asset Purchase Agreement to be entered into by and between a subsidiary of the Company and Living Healthy, LLC (the "*Agreement*"), pursuant to which Company shall have the option to purchase certain assets for purchase price of $150,000;

WHEREAS, the Managers have determined after careful deliberation that the terms and conditions of the Agreement are equitable and fair as to the Company and that it is in the best interests of the Company and the Managers to enter into the Agreement; and

NOW, THEREFORE, BE IT RESOLVED, that the forms, terms and provisions of the Agreement are hereby adopted, approved and ratified; and

RESOLVED FURTHER, that the officers of the Company be, and each of them hereby is, authorized and empowered to execute and deliver to the proper party, in the name and on behalf of the Company and in such number of counterparts as the officer executing and delivering the Agreement shall deem proper, such Agreement in such form and containing substantially the same provisions hereby approved, with such changes therein and additions thereto as shall be approved by such officer, such officer's approval to be conclusively evidenced by the execution and delivery thereof and to perform the Company's obligations under the Agreement as so executed.

General

RESOLVED, that the officers of the Company, and each of them, are hereby authorized, directed and empowered, on behalf of the Company and in its name, to execute, deliver and file such further certificates, agreements and other

documents, to take such further steps and to do such further acts and things as such officers may deem necessary, advisable or appropriate to effectuate the purposes of the foregoing resolutions; and

**RESOLVED FURTHER**, that all acts and things heretofore done by any of the officers and Managers of the Company in connection with the transactions contemplated by the foregoing resolutions be, and they hereby are, ratified, adopted and approved as acts by and on behalf of the Company.

\*      \*      \*

The Secretary of the Company is directed to file the original executed copy of this Written Consent with the minutes of proceedings of the Managers of the Company. The execution of a facsimile or electronic PDF copy of these resolutions shall be deemed an original.

*[Signature Page Follows]*

2

**IN WITNESS WHEREOF,** the undersigned have executed this Written Consent to be effective as of the date first written above.

MANAGERS:

ROBERT ZANGRILLO

By: _____

Name: Robert Zangrillo

**BURTON KATZ**

By: _____

Name: Burton Katz

**WRITTEN CONSENT**
**OF THE BOARD OF MANAGERS**
**OF**
**ON POINT GLOBAL, LLC,**
a Delaware limited liability company

As of September 10, 2018

The undersigned, representing all of the Board of Managers (the "*Managers*") of On Point Global, LLC, a Delaware limited liability company (the "*Company*"), do hereby consent to the adoption of the following resolutions without the necessity of a meeting of the Board of Managers, all in accordance with the Company's Amended and Restated Limited Liability Company Agreement, dated as of April 23, 2018 (the "*LLC Agreement*"), and the Delaware Limited Liability Company Act. Capitalized terms used but not defined herein shall have the meanings ascribed to them in the LLC Agreement.

Approval of Asset Purchase Agreement – Austin.com & FreeFunInAustin.com et. al.

WHEREAS, the Managers have been presented with that certain Asset Purchase Agreement to be entered into by and between the Company and iEstates.com (the "*Agreement*"), pursuant to which Company shall have the option to purchase certain assets for purchase price of $1,187,700 with a portion of the price being paid over one (1) year via a promissory note of $680,000;

WHEREAS, the Managers have determined after careful deliberation that the terms and conditions of the Agreement are equitable and fair as to the Company and that it is in the best interests of the Company and the Managers to enter into the Agreement; and

NOW, THEREFORE, BE IT RESOLVED, that the forms, terms and provisions of the Agreement are hereby adopted, approved and ratified; and

RESOLVED FURTHER, that the officers of the Company be, and each of them hereby is, authorized and empowered to execute and deliver to the proper party, in the name and on behalf of the Company and in such number of counterparts as the officer executing and delivering the Agreement shall deem proper, such Agreement in such form and containing substantially the same provisions hereby approved, with such changes therein and additions thereto as shall be approved by such officer, such officer's approval to be conclusively evidenced by the execution and delivery thereof and to perform the Company's obligations under the Agreement as so executed.

General

RESOLVED, that the officers of the Company, and each of them, are hereby authorized, directed and empowered, on behalf of the Company and in its name, to execute, deliver and file such further certificates, agreements and other

documents, to take such further steps and to do such further acts and things as such officers may deem necessary, advisable or appropriate to effectuate the purposes of the foregoing resolutions; and

**RESOLVED FURTHER**, that all acts and things heretofore done by any of the officers and Managers of the Company in connection with the transactions contemplated by the foregoing resolutions be, and they hereby are, ratified, adopted and approved as acts by and on behalf of the Company.

*       *       *

The Secretary of the Company is directed to file the original executed copy of this Written Consent with the minutes of proceedings of the Managers of the Company. The execution of a facsimile or electronic PDF copy of these resolutions shall be deemed an original.

*[Signature Page Follows]*

2

**IN WITNESS WHEREOF,** the undersigned have executed this Written Consent to be effective as of the date first written above.

MANAGERS:

ROBERT ZANGRILLO

By:_____
Name: Robert Zangrillo

BURTON KATZ

By:_____
Name: Burton Katz

## WRITTEN CONSENT
## OF THE BOARD OF MANAGERS
## OF
## ON POINT GLOBAL, LLC,
a Delaware limited liability company

### As of August 23, 2018

The undersigned, representing all of the Board of Managers (the "*Managers*") of On Point Global, LLC, a Delaware limited liability company (the "*Company*"), do hereby consent to the adoption of the following resolutions without the necessity of a meeting of the Board of Managers, all in accordance with the Company's Amended and Restated Limited Liability Company Agreement, dated as of April 23, 2018 (the "*LLC Agreement*"), and the Delaware Limited Liability Company Act. Capitalized terms used but not defined herein shall have the meanings ascribed to them in the LLC Agreement.

### Approval of Brent Levison negotiating lease & office relocation

**WHEREAS**, the Managers have determined after careful deliberation that Brent Levison shall lead and handle all office lease relocation negotiations and documents and that it is in the best interests of the Company and the Managers to enter into the Agreement; and

**NOW, THEREFORE, BE IT RESOLVED**, that the forms, terms and provisions of the Agreement are hereby adopted, approved and ratified; and

**RESOLVED FURTHER**, that the officers of the Company be, and each of them hereby is, authorized and empowered to execute and deliver to the proper party, in the name and on behalf of the Company and in such number of counterparts as the officer executing and delivering the Agreement shall deem proper, such Agreement in such form and containing substantially the same provisions hereby approved, with such changes therein and additions thereto as shall be approved by such officer, such officer's approval to be conclusively evidenced by the execution and delivery thereof and to perform the Company's obligations under the Agreement as so executed.

### General

**RESOLVED**, that the officers of the Company, and each of them, are hereby authorized, directed and empowered, on behalf of the Company and in its name, to execute, deliver and file such further certificates, agreements and other documents, to take such further steps and to do such further acts and things as such officers may deem necessary, advisable or appropriate to effectuate the purposes of the foregoing resolutions; and

**RESOLVED FURTHER**, that all acts and things heretofore done by any of the officers and managers of the Company in connection with the transactions

such officers may deem necessary, advisable or appropriate to effectuate the purposes of the foregoing resolutions; and

RESOLVED FURTHER, that all acts and things heretofore done by any of the officers and managers of the Company in connection with the transactions contemplated by the foregoing resolutions be, and they hereby are, ratified, adopted and approved as acts by and on behalf of the Company.

\*     \*     \*

The Secretary of the Company is directed to file the original executed copy of this Written Consent with the minutes of proceedings of the Managers of the Company. The execution of a facsimile or electronic PDF copy of these resolutions shall be deemed an original.

*[Signature Page Follows]*

2

IN WITNESS WHEREOF, the undersigned have executed this Written Consent to be effective as of the date first written above.

MANAGERS:

ROBERT ZANGRILLO

By: _____
Name:  Robert Zangrillo

BURTON KATZ

By: _____
Name: Burton Katz

### WRITTEN CONSENT
### OF THE BOARD OF MANAGERS
### OF
### ON POINT GLOBAL, LLC,
### a Delaware limited liability company

As of October 1, 2018

The undersigned, representing all of the Board of Managers (the "*Managers*") of On Point Global, LLC, a Delaware limited liability company (the "*Company*"), do hereby consent to the adoption of the following resolutions without the necessity of a meeting of the Board of Managers, all in accordance with the Company's Amended and Restated Limited Liability Company Agreement, dated as of April 23, 2018 (the "*LLC Agreement*"), and the Delaware Limited Liability Company Act.  Capitalized terms used but not defined herein shall have the meanings ascribed to them in the LLC Agreement.

<u>Approval of Early 2018 Payment of Principal and Interest – CCH Domain Holdings</u>

**WHEREAS**, the Managers have been presented with an opportunity to save over $296,000 pursuant to which Company shall pay the balance due for 2018 on an earlier date of October 17, 2018;

**WHEREAS**, the Managers have determined after careful deliberation that the terms and conditions of the Agreement are equitable and fair as to the Company and that it is in the best interests of the Company and the Managers to enter into the Agreement; and

**NOW, THEREFORE, BE IT RESOLVED**, that the forms, terms and provisions of the Agreement are hereby adopted, approved and ratified; and

**RESOLVED FURTHER**, that the officers of the Company be, and each of them hereby is, authorized and empowered to execute and deliver to the proper party, in the name and on behalf of the Company and in such number of counterparts as the officer executing and delivering the Agreement shall deem proper, such Agreement in such form and containing substantially the same provisions hereby approved, with such changes therein and additions thereto as shall be approved by such officer, such officer's approval to be conclusively evidenced by the execution and delivery thereof and to perform the Company's obligations under the Agreement as so executed.

<u>General</u>

**RESOLVED**, that the officers of the Company, and each of them, are hereby authorized, directed and empowered, on behalf of the Company and in its name, to execute, deliver and file such further certificates, agreements and other documents, to take such further steps and to do such further acts and things as

such officers may deem necessary, advisable or appropriate to effectuate the purposes of the foregoing resolutions; and

**RESOLVED FURTHER**, that all acts and things heretofore done by any of the officers and Managers of the Company in connection with the transactions contemplated by the foregoing resolutions be, and they hereby are, ratified, adopted and approved as acts by and on behalf of the Company.

\*   \*   \*

The Secretary of the Company is directed to file the original executed copy of this Written Consent with the minutes of proceedings of the Managers of the Company. The execution of a facsimile or electronic PDF copy of these resolutions shall be deemed an original.

*[Signature Page Follows]*

2

**IN WITNESS WHEREOF,** the undersigned have executed this Written Consent to be effective as of the date first written above.

MANAGERS:

**ROBERT ZANGRILLO**

By:_____
Name:  Robert Zangrillo

**BURTON KATZ**

By:_____
Name: **Burton Katz**

**IN WITNESS WHEREOF,** the undersigned have executed this Written Consent to be effective as of the date first written above.

MANAGERS:

ROBERT ZANGRILLO

By: _____
Name:  Robert Zangrillo

BURTON KATZ

By: _____
Name: Burton Katz

**WRITTEN CONSENT**
**OF THE BOARD OF MANAGERS**
**OF**
**ON POINT GLOBAL, LLC,**
**a Delaware limited liability company**

As of August 27, 2018

The undersigned, representing all of the Board of Managers (the "*Managers*") of On Point Global, LLC, a Delaware limited liability company (the "*Company*"), do hereby consent to the adoption of the following resolutions without the necessity of a meeting of the Board of Managers, all in accordance with the Company's Amended and Restated Limited Liability Company Agreement, dated as of April 23, 2018 (the "*LLC Agreement*"), and the Delaware Limited Liability Company Act. Capitalized terms used but not defined herein shall have the meanings ascribed to them in the LLC Agreement.

Approval of future grants of Class B Incentive Units

**WHEREAS**, the Managers have determined after careful deliberation that Burton Katz may offer a grant of up to 100,000 Class B Incentive Units each to a total of ten (10) current and future employee of On Point Global, LLC pursuant to the 2018 Incentive Unit Plan and that it is in the best interests of the Company and

**NOW, THEREFORE, BE IT RESOLVED**, that the forms, terms and provisions of the Agreement are hereby adopted, approved and ratified; and

**RESOLVED FURTHER**, that the officers of the Company be, and each of them hereby is, authorized and empowered to execute and deliver to the proper party, in the name and on behalf of the Company and in such number of counterparts as the officer executing and delivering the Agreement shall deem proper, such Agreement in such form and containing substantially the same provisions hereby approved, with such changes therein and additions thereto as shall be approved by such officer, such officer's approval to be conclusively evidenced by the execution and delivery thereof and to perform the Company's obligations under the Agreement as so executed.

General

**RESOLVED**, that the officers of the Company, and each of them, are hereby authorized, directed and empowered, on behalf of the Company and in its name, to execute, deliver and file such further certificates, agreements and other documents, to take such further steps and to do such further acts and things as such officers may deem necessary, advisable or appropriate to effectuate the purposes of the foregoing resolutions; and

**RESOLVED FURTHER**, that all acts and things heretofore done by any of the officers and managers of the Company in connection with the transactions

**RESOLVED FURTHER,** that all acts and things heretofore done by any of the officers and managers of the Company in connection with the transactions contemplated by the foregoing resolutions be, and they hereby are, ratified, adopted and approved as acts by and on behalf of the Company.

\*     \*     \*

The Secretary of the Company is directed to file the original executed copy of this Written Consent with the minutes of proceedings of the Managers of the Company. The execution of a facsimile or electronic PDF copy of these resolutions shall be deemed an original.

*[Signature Page Follows]*

2

IN WITNESS WHEREOF, the undersigned have executed this Written Consent to be effective as of the date first written above.

BOARD MANAGERS:

ROBERT ZANGRILLO

By:_____
Name:  Robert Zangrillo

BURTON KATZ

By:_____
Name: Burton Katz

**WRITTEN CONSENT
OF THE BOARD OF MANAGERS
OF
ON POINT GLOBAL, LLC,
a Delaware limited liability company**

As of September 1, 2018

The undersigned, representing all of the current Board of Managers (the "*Managers*") of On Point Global, LLC, a Delaware limited liability company (the "*Company*"), do hereby consent to the adoption of the following resolutions without the necessity of a meeting of the Board of Managers, all in accordance with the Company's Amended and Restated Limited Liability Company Agreement, dated as of April 23, 2018 (the "*LLC Agreement*"), and the Delaware Limited Liability Company Act. Capitalized terms used but not defined herein shall have the meanings ascribed to them in the LLC Agreement.

Approval of Payment of Initial Indebtedness Distribution Amount

WHEREAS, pursuant to Section 5.1(b) of the LLC Agreement, the Managers have determined that a payment of a Distribution amount of a portion of the Initial Indebtedness Distribution Amount is appropriate to be paid per the Initial Indebtedness Distribution Percentage as stated in the LLC Agreement;

WHEREAS, the Managers have determined after careful deliberation that a payment of $1,000,000 to MM and Cardozo, LLC and OCP and Bronco, LLC of the Initial Indebtedness Distribution Amount is in the best interests of the Company and

RESOLVED FURTHER, that the officers of the Company be, and each of them hereby is, authorized and empowered to execute and deliver to the proper party, in the name and on behalf of the Company and in such number of counterparts as the officer executing and delivering the Agreement shall deem proper, such Agreement in such form and containing substantially the same provisions hereby approved, with such changes therein and additions thereto as shall be approved by such officer, such officer's approval to be conclusively evidenced by the execution and delivery thereof and to perform the Company's obligations under the Agreement as so executed.

General

RESOLVED, that the officers of the Company, and each of them, are hereby authorized, directed and empowered, on behalf of the Company and in its name, to execute, deliver and file such further certificates, agreements and other documents, to take such further steps and to do such further acts and things as such officers may deem necessary, advisable or appropriate to effectuate the purposes of the foregoing resolutions; and

such officers may deem necessary, advisable or appropriate to effectuate the purposes of the foregoing resolutions; and

      **RESOLVED FURTHER**, that all acts and things heretofore done by any of the officers and managers of the Company in connection with the transactions contemplated by the foregoing resolutions be, and they hereby are, ratified, adopted and approved as acts by and on behalf of the Company.

\*      \*      \*

The Secretary of the Company is directed to file the original executed copy of this Written Consent with the minutes of proceedings of the Managers of the Company. The execution of a facsimile or electronic PDF copy of these resolutions shall be deemed an original.

*[Signature Page Follows]*

2

**IN WITNESS WHEREOF,** the undersigned have executed this Written Consent to be effective as of the date first written above.

MANAGERS:

ROBERT ZANGRILLO

By: _____

Name: Robert Zangrillo

BURTON KATZ

By: _____

Name: Burton Katz

**WRITTEN CONSENT**
**OF THE BOARD OF MANAGERS**
**OF**
**ON POINT GLOBAL, LLC,**
**a Delaware limited liability company**

As of August 23, 2018

The undersigned, representing all of the Board of Managers (the "*Managers*") of On Point Global, LLC, a Delaware limited liability company (the "*Company*"), do hereby consent to the adoption of the following resolutions without the necessity of a meeting of the Board of Managers, all in accordance with the Company's Amended and Restated Limited Liability Company Agreement, dated as of April 23, 2018 (the "*LLC Agreement*"), and the Delaware Limited Liability Company Act. Capitalized terms used but not defined herein shall have the meanings ascribed to them in the LLC Agreement.

Approval of Payment of Loan Agreement dated March 2, 2018, between On Point Global, LLC and MM & Cardozo Holdings, LLC and On Point Global, LLC and OCP & Bronco Family Holdings, LP ("Short Term Loans")

WHEREAS, the Managers have determined after careful deliberation that the Short Term Loans which loan amounts are due should be paid and that it is in the best interests of the Company and

NOW, THEREFORE, BE IT RESOLVED, that the forms, terms and provisions of the Agreement are hereby adopted, approved and ratified; and

RESOLVED FURTHER, that the officers of the Company be, and each of them hereby is, authorized and empowered to execute and deliver to the proper party, in the name and on behalf of the Company and in such number of counterparts as the officer executing and delivering the Agreement shall deem proper, such Agreement in such form and containing substantially the same provisions hereby approved, with such changes therein and additions thereto as shall be approved by such officer, such officer's approval to be conclusively evidenced by the execution and delivery thereof and to perform the Company's obligations under the Agreement as so executed.

General

RESOLVED, that the officers of the Company, and each of them, are hereby authorized, directed and empowered, on behalf of the Company and in its name, to execute, deliver and file such further certificates, agreements and other documents, to take such further steps and to do such further acts and things as such officers may deem necessary, advisable or appropriate to effectuate the purposes of the foregoing resolutions; and

**RESOLVED FURTHER,** that all acts and things heretofore done by any of the officers and managers of the Company in connection with the transactions contemplated by the foregoing resolutions be, and they hereby are, ratified, adopted and approved as acts by and on behalf of the Company.

\*     \*     \*

The Secretary of the Company is directed to file the original executed copy of this Written Consent with the minutes of proceedings of the Managers of the Company. The execution of a facsimile or electronic PDF copy of these resolutions shall be deemed an original.

*[Signature Page Follows]*

2

IN WITNESS WHEREOF, the undersigned have executed this Written Consent to be effective as of the date first written above.

MANAGERS:

ROBERT ZANGRILLO

By: _____
Name: Robert Zangrillo

BURTON KATZ

By: _____
Name: Burton Katz

**WRITTEN CONSENT**
**OF THE BOARD MANAGERS**
**OF**
**ON POINT GLOBAL, LLC,**
**a Delaware limited liability company**

As of May 1, 2018

The undersigned, representing all of the Board of Managers (the "*Managers*") of On Point Global, LLC, a Delaware limited liability company (the "*Company*"), do hereby consent to the adoption of the following resolutions without the necessity of a meeting of the Board of Managers, all in accordance with the Company's Amended and Restated Limited Liability Company Agreement, dated as of April 23, 2018 (the "*LLC Agreement*"), and the Delaware Limited Liability Company Act. Capitalized terms used but not defined herein shall have the meanings ascribed to them in the LLC Agreement.

Approval of DG Onpoint, LLC weighted average anti-dilution protection

**WHEREAS**, the Managers have determined after careful deliberation that in the event On Point Global, LLC issues additional Class A Managership units at a purchase price of less than $1.25 per unit, DG Onpoint, LLC will be provided with a weighted average anti-dilution protection as outlined in the attached Letter Agreement, see Schedule A; and

**NOW, THEREFORE, BE IT RESOLVED**, that the forms, terms and provisions of the Agreement are hereby adopted, approved and ratified; and

**RESOLVED FURTHER**, that the officers of the Company be, and each of them hereby is, authorized and empowered to execute and deliver to the proper party, in the name and on behalf of the Company and in such number of counterparts as the officer executing and delivering the Agreement shall deem proper, such Agreement in such form and containing substantially the same provisions hereby approved, with such changes therein and additions thereto as shall be approved by such officer, such officer's approval to be conclusively evidenced by the execution and delivery thereof and to perform the Company's obligations under the Agreement as so executed.

General

**RESOLVED**, that the officers of the Company, and each of them, are hereby authorized, directed and empowered, on behalf of the Company and in its name, to execute, deliver and file such further certificates, agreements and other documents, to take such further steps and to do such further acts and things as such officers may deem necessary, advisable or appropriate to effectuate the purposes of the foregoing resolutions; and

**RESOLVED FURTHER**, that all acts and things heretofore done by any of the officers and managers of the Company in connection with the transactions contemplated by the foregoing resolutions be, and they hereby are, ratified, adopted and approved as acts by and on behalf of the Company.

\*       \*       \*

The Secretary of the Company is directed to file the original executed copy of this Written Consent with the minutes of proceedings of the Managers of the Company. The execution of a facsimile or electronic PDF copy of these resolutions shall be deemed an original.

*[Signature Page Follows]*

2

**IN WITNESS WHEREOF,** the undersigned have executed this Written Consent to be effective as of the date first written above.

MANAGERS:

**ROBERT ZANGRILLO**

By: _____

Name: Robert Zangrillo

**BURTON KATZ**

By: _____

Name: Burton Katz

**WRITTEN CONSENT**
**OF THE BOARD OF MANAGERS**
**OF**
**ON POINT GLOBAL, LLC,**
**a Delaware limited liability company**

As of June 28, 2018

The undersigned, representing all of the Board of Managers (the "*Managers*") of On Point Global, LLC, a Delaware limited liability company (the "*Company*"), do hereby consent to the adoption of the following resolutions without the necessity of a meeting of the Board of Managers, all in accordance with the Company's Amended and Restated Limited Liability Company Agreement, dated as of April 23, 2018 (the "*LLC Agreement*"), and the Delaware Limited Liability Company Act. Capitalized terms used but not defined herein shall have the meanings ascribed to them in the LLC Agreement.

Approval of Employment Agreement with Neal Sainani

**WHEREAS**, the Managers have been presented with that certain Employment Agreement to be entered into by and between the Company and Neal Sainani (the "*Agreement*"), pursuant to which Mr. Sainani shall serve as the Chief Product Officer of the Company;

**WHEREAS**, the Managers have determined after careful deliberation that the terms and conditions of the Agreement are equitable and fair as to the Company and that it is in the best interests of the Company and the Managers to enter into the Agreement; and

**NOW, THEREFORE, BE IT RESOLVED**, that the forms, terms and provisions of the Agreement are hereby adopted, approved and ratified; and

**RESOLVED FURTHER**, that the officers of the Company be, and each of them hereby is, authorized and empowered to execute and deliver to the proper party, in the name and on behalf of the Company and in such number of counterparts as the officer executing and delivering the Agreement shall deem proper, such Agreement in such form and containing substantially the same provisions hereby approved, with such changes therein and additions thereto as shall be approved by such officer, such officer's approval to be conclusively evidenced by the execution and delivery thereof and to perform the Company's obligations under the Agreement as so executed.

General

**RESOLVED**, that the officers of the Company, and each of them, are hereby authorized, directed and empowered, on behalf of the Company and in its name, to execute, deliver and file such further certificates, agreements and other documents, to take such further steps and to do such further acts and things as

contemplated by the foregoing resolutions be, and they hereby are, ratified, adopted and approved as acts by and on behalf of the Company.

\*    \*    \*

The Secretary of the Company is directed to file the original executed copy of this Written Consent with the minutes of proceedings of the Managers of the Company. The execution of a facsimile or electronic PDF copy of these resolutions shall be deemed an original.

*[Signature Page Follows]*

2

**IN WITNESS WHEREOF**, the undersigned have executed this Written Consent to be effective as of the date first written above.

MANAGERS:

ROBERT ZANGRILLO

By: _____

Name:  Robert Zangrillo

BURTON KATZ

By: _____

Name: Burton Katz

**WRITTEN CONSENT**
**OF THE BOARD OF MANAGERS**
**OF**
**ON POINT GLOBAL, LLC,**
**a Delaware limited liability company**

As of May 1, 2018

The undersigned, representing all of the Board of Managers (the "*Managers*") of On Point Global, LLC, a Delaware limited liability company (the "*Company*"), do hereby consent to the adoption of the following resolutions without the necessity of a meeting of the Board of Managers, all in accordance with the Amended and Restated Limited Liability Company Agreement, dated as of April 23, 2018 (the "*LLC Agreement*"), and the Delaware Limited Liability Company Act. Capitalized terms used but not defined herein shall have the meanings ascribed to them in the LLC Agreement.

Approval of existing balance of outstanding Promissory Notes to automatic conversion into Class A Common Units of On Point

WHEREAS, the Managers have determined after careful deliberation that in the event On Point Global, LLC has failed to pay the outstanding principal and/or interest balance under the Promissory Notes with OCP and Bronco, LLC and MM and Cardozo, LLC as of December 31, 2019, the full balance outstanding under each Promissory Note shall be automatically converted into Class A Common Units of On Point Global at a per-Unit price of $1.25 as outlined in the attached Letter Agreement, see Schedule A; and

NOW, THEREFORE, BE IT RESOLVED, that the forms, terms and provisions of the Agreement are hereby adopted, approved and ratified; and

RESOLVED FURTHER, that the officers of the Company be, and each of them hereby is, authorized and empowered to execute and deliver to the proper party, in the name and on behalf of the Company and in such number of counterparts as the officer executing and delivering the Agreement shall deem proper, such Agreement in such form and containing substantially the same provisions hereby approved, with such changes therein and additions thereto as shall be approved by such officer, such officer's approval to be conclusively evidenced by the execution and delivery thereof and to perform the Company's obligations under the Agreement as so executed.

General

RESOLVED, that the officers of the Company, and each of them, are hereby authorized, directed and empowered, on behalf of the Company and in its name, to execute, deliver and file such further certificates, agreements and other documents, to take such further steps and to do such further acts and things as

such officers may deem necessary, advisable or appropriate to effectuate the purposes of the foregoing resolutions; and

**RESOLVED FURTHER,** that all acts and things heretofore done by any of the officers and Managers of the Company in connection with the transactions contemplated by the foregoing resolutions be, and they hereby are, ratified, adopted and approved as acts by and on behalf of the Company.

\*     \*     \*

The Secretary of the Company is directed to file the original executed copy of this Written Consent with the minutes of proceedings of the Managers of the Company. The execution of a facsimile or electronic PDF copy of these resolutions shall be deemed an original.

*[Signature Page Follows]*

2

IN WITNESS WHEREOF, the undersigned have executed this Written Consent to be effective as of the date first written above.

MANAGERS:

ROBERT ZANGRILLO

By:_____
Name: Robert Zangrillo

BURTON KATZ

By:_____
Name: Burton Katz

**WRITTEN CONSENT**
**OF THE BOARD OF MANAGERS**
**OF**
**ON POINT GLOBAL, LLC,**
**a Delaware limited liability company**

As of November 9, 2018

The undersigned, representing all of the Board of Managers (the "*Managers*") of On Point Global, LLC, a Delaware limited liability company (the "*Company*"), do hereby consent to the adoption of the following resolutions without the necessity of a meeting of the Board of Managers, all in accordance with the Company's Amended and Restated Limited Liability Company Agreement, dated as of April 23, 2018 (the "*LLC Agreement*"), and the Delaware Limited Liability Company Act. Capitalized terms used but not defined herein shall have the meanings ascribed to them in the LLC Agreement.

<u>Approval of DG On Point, LLC acquisition of additional Class A Common Units of On Point Global, LLC</u>

**WHEREAS**, the Managers have determined after careful deliberation that DG On Point, LLC may acquire additional Class A Common Units of On Point Global, LLC of up to $25,000,000 in the aggregate units at a purchase price of $1.25 per unit; and

**NOW, THEREFORE, BE IT RESOLVED**, that the forms, terms and provisions of the Agreement are hereby adopted, approved and ratified; and

**RESOLVED FURTHER**, that the officers of the Company be, and each of them hereby is, authorized and empowered to execute and deliver to the proper party, in the name and on behalf of the Company and in such number of counterparts as the officer executing and delivering the Agreement shall deem proper, such Agreement in such form and containing substantially the same provisions hereby approved, with such changes therein and additions thereto as shall be approved by such officer, such officer's approval to be conclusively evidenced by the execution and delivery thereof and to perform the Company's obligations under the Agreement as so executed.

<u>General</u>

**RESOLVED**, that the officers of the Company, and each of them, are hereby authorized, directed and empowered, on behalf of the Company and in its name, to execute, deliver and file such further certificates, agreements and other documents, to take such further steps and to do such further acts and things as such officers may deem necessary, advisable or appropriate to effectuate the purposes of the foregoing resolutions; and

**RESOLVED FURTHER**, that all acts and things heretofore done by any of the officers and managers of the Company in connection with the transactions contemplated by the foregoing resolutions be, and they hereby are, ratified, adopted and approved as acts by and on behalf of the Company.

\*     \*     \*

The Secretary of the Company is directed to file the original executed copy of this Written Consent with the minutes of proceedings of the Managers of the Company. The execution of a facsimile or electronic PDF copy of these resolutions shall be deemed an original.

*[Signature Page Follows]*

2

**IN WITNESS WHEREOF,** the undersigned have executed this Written Consent to be effective as of the date first written above.

MANAGERS:

**ROBERT ZANGRILLO**

By:_____
Name:  Robert Zangrillo

**BURTON KATZ**

By: _____
Name: Burton Katz

**IN WITNESS WHEREOF**, the undersigned have executed this Written Consent to be effective as of the date first written above.

BOAR MANAGERS:

ROBERT ZANGRILLO

By: _____

Name: Robert Zangrillo

BURTON KATZ

By: _____

Name: Burton Katz

**WRITTEN CONSENT**
**OF THE BOARD OF MANAGERS**
**OF**
**ON POINT GLOBAL, LLC,**
**a Delaware limited liability company**

As of November 15, 2018

The undersigned, representing all of the Board of Managers (the "*Managers*") of On Point Global, LLC, a Delaware limited liability company (the "*Company*"), do hereby consent to the adoption of the following resolutions without the necessity of a meeting of the Board of Managers, all in accordance with the Company's Amended and Restated Limited Liability Company Agreement, dated as of April 23, 2018 (the "*LLC Agreement*"), and the Delaware Limited Liability Company Act. Capitalized terms used but not defined herein shall have the meanings ascribed to them in the LLC Agreement.

<u>Approval of Brent Levison – Costa Rica Credit Cards</u>

**WHEREAS**, the Managers have determined after careful deliberation that Brent Levison shall have the authority to sign a Proxy letter and any and all further documents necessary to obtain credit card(s) under Costa Rica banking regulations and laws and that it is in the best interests of the Company and the Managers to enter into the Agreement; and

**NOW, THEREFORE, BE IT RESOLVED**, that the forms, terms and provisions of the Agreement hereby adopted, approved and ratified; and

**RESOLVED FURTHER**, that the officers of the Company be, and each of them hereby is, authorized and empowered to execute and deliver to the proper party, in the name and on behalf of the Company and in such number of counterparts as the officer executing and delivering the Agreement shall deem proper, such Agreement in such form and containing substantially the same provisions hereby approved, with such changes therein and additions thereto as shall be approved by such officer, such officer's approval to be conclusively evidenced by the execution and delivery thereof and to perform the Company's obligations under the Agreement as so executed.

<u>General</u>

**RESOLVED**, that the officers of the Company, and each of them, are hereby authorized, directed and empowered, on behalf of the Company and in its name, to execute, deliver and file such further certificates, agreements and other documents, to take such further steps and to do such further acts and things as such officers may deem necessary, advisable or appropriate to effectuate the purposes of the foregoing resolutions; and

**RESOLVED FURTHER**, that all acts and things heretofore done by any of the officers and managers of the Company in connection with the transactions contemplated by the foregoing resolutions be, and they hereby are, ratified, adopted and approved as acts by and on behalf of the Company.

\*       \*       \*

The Secretary of the Company is directed to file the original executed copy of this Written Consent with the minutes of proceedings of the Managers of the Company. The execution of a facsimile or electronic PDF copy of these resolutions shall be deemed an original.

*[Signature Page Follows]*

2

**IN WITNESS WHEREOF**, the undersigned have executed this Written Consent to be effective as of the date first written above.

BOAR MANAGERS:


ROBERT ZANGRILLO

By:_____
Name:  Robert Zangrillo


BURTON KATZ

By:_____
Name: Burton Katz

IN WITNESS WHEREOF, the undersigned have executed this Written Consent to be effective as of the date first written above.

MANAGERS:

ROBERT ZANGRILLO

By: _____
Name:  Robert Zangrillo

BURTON KATZ

By: _____
Name: Burton Katz

| # | Resolution | Date |
|---|---|---|
| **Resolutions 2019** | | |
| 1 | Approval Commercial Note | 1/18/2019 |
| 2 | Rosalyn Rothman Loan | 1/1/2019 |
| 3 | Stephen Rothman Loan | 1/1/2019 |
| 4 | Loan Repayment | 1/21/2019 |
| 5 | Brent L authorization to sign Insurance Docs | 3/1/2019 |
| 6 | Bank Signatures | 1/1/2019 |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |

ACTION BY WRITTEN CONSENT
OF THE MEMBERS
OF
ON POINT GLOBAL LLC,
a Delaware limited liability company

January 18, 2019

Pursuant to the Limited Liability Company Agreement (the "***LLC Agreement***") of On Point Global LLC, a Delaware limited liability company (the "***Company***") dated as of January 1, 2018, the undersigned members (the "***Members***") hereby consent to the adoption of the following resolutions without the necessity of a meeting:

**<u>Approval of Commercial Note</u>**

        **WHEREAS**, the Members have been presented with a certain Commercial Note to be entered into by and between the Company and SunTrust Bank, a Georgia banking corporation (the "***Bank***"), in substantially the form attached hereto as <u>Exhibit A</u> (the "***SunTrust Note***"), in the aggregate principal amount of $7,200,000, which note will be secured by a Certificate of Deposit which will be assigned as collateral to the Bank pursuant to the form of assignment attached hereto as <u>Exhibit B</u> (the "***Assignment of Deposit***", and, together with the SunTrust Note and the ancillary documents thereto, the "***Loan Documents***");

        **WHEREAS,** the Company intends to use the loan proceeds to repay a portion of existing indebtedness owed to MM and Cardozo, LLC and OCP and Bronco, LLC, each of which are affiliates of certain Members;

        **WHEREAS,** pursuant to Section 3.8(a)(xviii) of the LLC Agreement, the Company is not permitted to encumber, hypothecate, pledge, create a lien, sell, purchase, lease, license and/or assign any of the Company's or its subsidiaries intellectual property, real property and/or personal property without the approval of OnPoint Capital Partners ("***OCP***") and Branco Family Holdings, LP ("***Bronco***"); 

        **WHEREAS,** pursuant to Section 3.8(b)(iv) of the LLC Agreement, the Company shall not, without the approval of holders of at least 71% of the issued and outstanding units held by OCP, Bronco, Mac Media, Ltd. and Cardozo Holdings, LLC ("***Supermajority Approval***"), incur any debt, secured or unsecured, direct or contingent (including guaranteeing any obligation), other than the Initial Indebtedness (as defined in the LLC Agreement), greater than $5,000,000 in the aggregate;

        **WHEREAS**, the Members have reviewed, evaluated and discussed (i) the material facts, terms and conditions of the Loan Documents, (ii) the rights and obligations of the Company, the Members of the Company and other parties in

1

connection therewith, (iii) the costs, obligations, requirements (financial or otherwise) and other factors and considerations related to the SunTrust Note and transactions contemplated thereby, (iv) the Company's financing objectives and financial situation and (v) other sources of financing;

**WHEREAS**, the undersigned Members hereto constitute the holders required to provide the Supermajority Approval; and

**WHEREAS**, the Members have determined, after careful deliberation, that it is in the best interests of, and advisable, just and reasonable to, the Company and its Members to enter into the SunTrust Note, the Assignment of Deposit and to otherwise consummate the transactions contemplated by the Loan Documents.

**NOW, THEREFORE BE IT RESOLVED**, that the form, terms and provisions of the SunTrust Note, the Assignment of Deposit, and the Company's performance of its obligations under the Loan Documents, be, and each of them hereby is, in all respects, approved and adopted;

**FURTHER RESOLVED**, that the Members and the officers of the Company (collectively, the "*Authorized Representatives*"), acting alone or with one or more other Authorized Representatives, be, and each of them hereby is, authorized, directed, instructed and empowered to execute and deliver the SunTrust Note and the Assignment of Deposit and each of the instruments and documents listed below to which the Company is a party in the name and on behalf of the Company, with such changes therein as shall be approved by the Authorized Representative executing the same, with such execution by said Authorized Representative to constitute conclusive evidence of their approval of the terms thereof and the Company's performance thereunder, including any departures therein from the form presented to the undersigned:

a.   any security agreements, notices, financing statements and other instruments as the Bank may reasonably request or as may be necessary or appropriate to create, preserve and perfect Bank's interest in the collateral provided to the Bank;

b.   any agreements, letter agreements, subordination agreements, instruments, certificates, waivers, opinions, assignments, promissory notes and documents as may be reasonably requested by the Bank;

c.   any agreements with third parties (including, without limitation, landlord waivers), as may be required or contemplated by the Loan Documents; and

d.   any officer's certificates and compliance certificates as may be required or contemplated by the Loan Documents;

**FURTHER RESOLVED**, that the Authorized Representatives, acting alone or with one or more other Authorized Representatives, be, and each of them hereby is, authorized, directed, instructed and empowered to take all such further actions including, without limitation, to pay all fees and expenses in accordance with the terms of the Loan Documents, to arrange for and enter into supplemental agreements, amendments, waivers, consents, instruments, certificates or documents relating to the transactions now or hereafter contemplated by the Loan Documents, and to execute and deliver all such supplemental agreements, amendments, waivers, consents, instruments, certificates or documents in the name and on behalf of the Company, which shall in their sole judgment be necessary, proper or advisable in order to perform the Company's obligations under or in connection with the Loan Documents (including, without limitation, the granting of a security interest in and lien upon any collateral) and the transactions herein, and to carry out fully the intent of the foregoing resolutions;

**FURTHER RESOLVED**, that all acts and actions taken by the Authorized Representatives prior to the date hereof with respect to the transactions contemplated by the Loan Documents be, and each of them hereby is, in all respects, confirmed, approved and ratified.

### General Authorization

**NOW, THEREFORE, BE IT RESOLVED**, that the officers of the Company be, and each of them hereby is, authorized and directed, for and on behalf of the Company, to prepare, execute and deliver such other documents and to take such other actions as they may deem necessary or advisable to carry out the purposes of the foregoing resolutions and that all such actions consistent with the foregoing resolutions that may have been taken to date are hereby authorized, ratified, approved and confirmed in all respects.

*[The remainder of this page is intentionally left blank.]*

**IN WITNESS WHEREOF**, the undersigned have executed this Action by Written Consent as of the date first set forth above.

**ONPOINT CAPITAL PARTNERS**

By: Dragon Global Management, LLC, its Manager

By: _____
Name: Robert Zangrillo
Title: Manager

**BRONCO FAMILY HOLDINGS, L.P.**

By: _____
Name: JUAN LUSSICH
Title: DIRECTOR

**MAC MEDIA, LTD.**

By: _____
Name: RAMIRO BANULA
Title: MANAGER

**CARDOZO HOLDINGS, LLC**

By: _____
Name: JUAN LUSSICH
Title: MANAGER

## EXHIBIT A

## FORM OF COMMERCIAL NOTE

*(See Attached.)*

## EXHIBIT B

## FORM OF ASSIGNMENT OF DEPOSIT

*(See Attached.)*

**WRITTEN CONSENT**
**OF THE BOARD OF MANAGERS**
**OF**
**ON POINT GLOBAL, LLC,**
**a Delaware limited liability company**

As of January 1, 2019

The undersigned, representing all of the current Board of Managers (the "*Managers*") of On Point Global, LLC, a Delaware limited liability company (the "*Company*"), do hereby consent to the adoption of the following resolutions without the necessity of a meeting of the Board of Managers, all in accordance with the Company's Amended and Restated Limited Liability Company Agreement, dated as of April 23, 2018 (the "*LLC Agreement*"), and the Delaware Limited Liability Company Act. Capitalized terms used but not defined herein shall have the meanings ascribed to them in the LLC Agreement.

**Approval of Payment of Accrued Interest & Extension of Existing Loan Agreement with Stephen Rothman**

> **WHEREAS**, pursuant to Section 5.1(b) of the LLC Agreement, the Managers have determined that a payment of the Accrued Interest amount owed ($83,276.71) is appropriate to be paid;

> **WHEREAS**, the Managers have determined after careful deliberation that an Extension of Existing Loan Agreement by one year is in the best interests of the Company; and

> **RESOLVED FURTHER**, that the officers of the Company be, and each of them hereby is, authorized and empowered to execute and deliver to the proper party, in the name and on behalf of the Company and in such number of counterparts as the officer executing and delivering the Agreement shall deem proper, such Agreement in such form and containing substantially the same provisions hereby approved, with such changes therein and additions thereto as shall be approved by such officer, such officer's approval to be conclusively evidenced by the execution and delivery thereof and to perform the Company's obligations under the Agreement as so executed.

**General**

> **RESOLVED**, that the officers of the Company, and each of them, are hereby authorized, directed and empowered, on behalf of the Company and in its name, to execute, deliver and file such further certificates, agreements and other documents, to take such further steps and to do such further acts and things as such officers may deem necessary, advisable or appropriate to effectuate the purposes of the foregoing resolutions; and

**RESOLVED FURTHER**, that all acts and things heretofore done by any of the officers and managers of the Company in connection with the transactions contemplated by the foregoing resolutions be, and they hereby are, ratified, adopted and approved as acts by and on behalf of the Company.

\*       \*       \*

The Secretary of the Company is directed to file the original executed copy of this Written Consent with the minutes of proceedings of the Managers of the Company. The execution of a facsimile or electronic PDF copy of these resolutions shall be deemed an original.

*[Signature Page Follows]*

2

**IN WITNESS WHEREOF**, the undersigned have executed this Written Consent to be effective as of the date first written above.

**BOARD MANAGERS:**

**ROBERT ZANGRILLO**

By:_____

Name:  Robert Zangrillo

**BURTON KATZ**

By:_____

Name: Burton Katz

# WRITTEN CONSENT
## OF THE BOARD OF MANAGERS
## OF
## ON POINT GLOBAL, LLC,
### a Delaware limited liability company

As of January 1, 2019

The undersigned, representing all of the current Board of Managers (the "***Managers***") of On Point Global, LLC, a Delaware limited liability company (the "***Company***"), do hereby consent to the adoption of the following resolutions without the necessity of a meeting of the Board of Managers, all in accordance with the Company's Amended and Restated Limited Liability Company Agreement, dated as of April 23, 2018 (the "***LLC Agreement***"), and the Delaware Limited Liability Company Act.  Capitalized terms used but not defined herein shall have the meanings ascribed to them in the LLC Agreement.

## Approval of Payment of Accrued Interest & Extension of Existing Loan Agreement with Rosalyn Rothman

**WHEREAS**, pursuant to Section 5.1(b) of the LLC Agreement, the Managers have determined that a payment of the Accrued Interest amount owed ($124,915.07) is appropriate to be paid;

**WHEREAS**, the Managers have determined after careful deliberation that an Extension of Existing Loan Agreement by one year is in the best interests of the Company; and

**RESOLVED FURTHER**, that the officers of the Company be, and each of them hereby is, authorized and empowered to execute and deliver to the proper party, in the name and on behalf of the Company and in such number of counterparts as the officer executing and delivering the Agreement shall deem proper, such Agreement in such form and containing substantially the same provisions hereby approved, with such changes therein and additions thereto as shall be approved by such officer, such officer's approval to be conclusively evidenced by the execution and delivery thereof and to perform the Company's obligations under the Agreement as so executed.

## General

**RESOLVED**, that the officers of the Company, and each of them, are hereby authorized, directed and empowered, on behalf of the Company and in its name, to execute, deliver and file such further certificates, agreements and other documents, to take such further steps and to do such further acts and things as such officers may deem necessary, advisable or appropriate to effectuate the purposes of the foregoing resolutions; and

**RESOLVED FURTHER**, that all acts and things heretofore done by any of the officers and managers of the Company in connection with the transactions contemplated by the foregoing resolutions be, and they hereby are, ratified, adopted and approved as acts by and on behalf of the Company.

<p style="text-align:center">*          *          *</p>

The Secretary of the Company is directed to file the original executed copy of this Written Consent with the minutes of proceedings of the Managers of the Company. The execution of a facsimile or electronic PDF copy of these resolutions shall be deemed an original.

<p style="text-align:center">*[Signature Page Follows]*</p>

2

**IN WITNESS WHEREOF**, the undersigned have executed this Written Consent to be effective as of the date first written above.

BOARD MANAGERS:

ROBERT ZANGRILLO

By: _____

Name:  Robert Zangrillo

BURTON KATZ

By: _____

Name: Burton Katz

## WRITTEN CONSENT
## OF THE BOARD OF MANAGERS
## OF
## ON POINT GLOBAL, LLC,
## a Delaware limited liability company

As of January 31, 2019

The undersigned, representing all of the Board of Managers (the "*Managers*") of On Point Global, LLC, a Delaware limited liability company (the "*Company*"), do hereby consent to the adoption of the following resolutions without the necessity of a meeting of the Board of Managers, all in accordance with the Company's Amended and Restated Limited Liability Company Agreement, dated as of April 23, 2018 (the "*LLC Agreement*"), and the Delaware Limited Liability Company Act.  Capitalized terms used but not defined herein shall have the meanings ascribed to them in the LLC Agreement.

**Approval of Payment of a portion of the existing Loan Agreements dated January 1, 2018, between On Point Global, LLC and MM & Cardozo Holdings, LLC and On Point Global, LLC and OCP & Bronco Family Holdings, LP ("Loans")**

> **WHEREAS**, the Managers have determined after careful deliberation that $4,500,000 of the existing loan amounts (principal and interest) should be paid and that it is in the best interests of the Company; and

> **NOW, THEREFORE, BE IT RESOLVED**, that the forms, terms and provisions of the Agreement are hereby adopted, approved and ratified; and

> **RESOLVED FURTHER**, that the officers of the Company be, and each of them hereby is, authorized and empowered to execute and deliver to the proper party, in the name and on behalf of the Company and in such number of counterparts as the officer executing and delivering the Agreement shall deem proper, such Agreement in such form and containing substantially the same provisions hereby approved, with such changes therein and additions thereto as shall be approved by such officer, such officer's approval to be conclusively evidenced by the execution and delivery thereof and to perform the Company's obligations under the Agreement as so executed.

**General**

> **RESOLVED**, that the officers of the Company, and each of them, are hereby authorized, directed and empowered, on behalf of the Company and in its name, to execute, deliver and file such further certificates, agreements and other documents, to take such further steps and to do such further acts and things as such officers may deem necessary, advisable or appropriate to effectuate the purposes of the foregoing resolutions; and

**RESOLVED FURTHER**, that all acts and things heretofore done by any of the officers and managers of the Company in connection with the transactions contemplated by the foregoing resolutions be, and they hereby are, ratified, adopted and approved as acts by and on behalf of the Company.

<p style="text-align:center">*      *      *</p>

The Secretary of the Company is directed to file the original executed copy of this Written Consent with the minutes of proceedings of the Managers of the Company. The execution of a facsimile or electronic PDF copy of these resolutions shall be deemed an original.

<p style="text-align:center"><em>[Signature Page Follows]</em></p>

PX18: Declaration of Lashanda Freeman
Attachment A: Page 128

**IN WITNESS WHEREOF**, the undersigned have executed this Written Consent to be effective as of the date first written above.

MANAGERS:

**ROBERT ZANGRILLO**

By:_____

Name:  Robert Zangrillo

**BURTON KATZ**

By:_____

Name: Burton Katz

**IN WITNESS WHEREOF,** the undersigned have executed this Written Consent to be effective as of the date first written above.

MANAGERS:

**ROBERT ZANGRILLO**

By: _____

Name: Robert Zangrillo

**BURTON KATZ**

By: _____

Name: Burton Katz

**WRITTEN CONSENT**
**OF THE BOARD OF MANAGERS**
**OF**
**ON POINT GLOBAL, LLC,**
**a Delaware limited liability company**

As of March 1, 2019

The undersigned, representing all of the Board of Managers (the "***Managers***") of On Point Global, LLC, a Delaware limited liability company (the "***Company***"), do hereby consent to the adoption of the following resolutions without the necessity of a meeting of the Board of Managers, all in accordance with the Company's Amended and Restated Limited Liability Company Agreement, dated as of April 23, 2018 (the "***LLC Agreement***"), and the Delaware Limited Liability Company Act.  Capitalized terms used but not defined herein shall have the meanings ascribed to them in the LLC Agreement.

<u>Approval of</u>

**WHEREAS**, the Managers have determined after careful deliberation that Brent Levison shall have the authority to sign any and all documents and applications for Tech Guard Liability Insurance, Business and Management Insurance and all related D&O and E&O Insurance policies in the best interests of the Company and the Managers to enter into the Agreement; and

**NOW, THEREFORE, BE IT RESOLVED**, that the forms, terms and provisions of the Agreement are hereby adopted, approved and ratified; and

**RESOLVED FURTHER**, that the officers of the Company be, and each of them hereby is, authorized and empowered to execute and deliver to the proper party, in the name and on behalf of the Company and in such number of counterparts as the officer executing and delivering the Agreement shall deem proper, such Agreement in such form and containing substantially the same provisions hereby approved, with such changes therein and additions thereto as shall be approved by such officer, such officer's approval to be conclusively evidenced by the execution and delivery thereof and to perform the Company's obligations under the Agreement as so executed.

<u>General</u>

**RESOLVED**, that the officers of the Company, and each of them, are hereby authorized, directed and empowered, on behalf of the Company and in its name, to execute, deliver and file such further certificates, agreements and other documents, to take such further steps and to do such further acts and things as such officers may deem necessary, advisable or appropriate to effectuate the purposes of the foregoing resolutions; and

**RESOLVED FURTHER,** that all acts and things heretofore done by any of the officers and managers of the Company in connection with the transactions contemplated by the foregoing resolutions be, and they hereby are, ratified, adopted and approved as acts by and on behalf of the Company.

<div align="center">*     *     *</div>

The Secretary of the Company is directed to file the original executed copy of this Written Consent with the minutes of proceedings of the Managers of the Company. The execution of a facsimile or electronic PDF copy of these resolutions shall be deemed an original.

<div align="center">*[Signature Page Follows]*</div>

**IN WITNESS WHEREOF,** the undersigned have executed this Written Consent to be effective as of the date first written above.

MANAGERS:

ROBERT ZANGRILLO

By: _____
Name: Robert Zangrillo

BURTON KATZ

By: _____
Name: Burton Katz

**WRITTEN CONSENT
OF THE BOARD OF MANAGERS
OF
ON POINT GLOBAL, LLC,
a Delaware limited liability company**

As of January 1, 2019

The undersigned, representing all of the Board of Managers (the "*Managers*") of On Point Global, LLC, a Delaware limited liability company (the "*Company*"), do hereby consent to the adoption of the following resolutions without the necessity of a meeting of the Board of Managers, all in accordance with the Company's Amended and Restated Limited Liability Company Agreement, dated as of April 23, 2018 (the "*LLC Agreement*"), and the Delaware Limited Liability Company Act.  Capitalized terms used but not defined herein shall have the meanings ascribed to them in the LLC Agreement.

<u>Approval of Signatures to Bank Accounts</u>

**WHEREAS**, the Managers have determined after careful deliberation that the following individuals shall have the authority to sign the Company's existing bank accounts, new bank accounts, bank or related documents and financial institution documents: Burton Katz, Robert Bellack, Brent Levison, Elisha Rothman and Arlene Mahon.  Burton Katz may remove any of the individuals for any and all accounts at any time at his sole discretion; and

**NOW, THEREFORE, BE IT RESOLVED**, that the forms, terms and provisions of the Agreement are hereby adopted, approved and ratified; and

**RESOLVED FURTHER**, that the officers of the Company be, and each of them hereby is, authorized and empowered to execute and deliver to the proper party, in the name and on behalf of the Company and in such number of counterparts as the officer executing and delivering the Agreement shall deem proper, such Agreement in such form and containing substantially the same provisions hereby approved, with such changes therein and additions thereto as shall be approved by such officer, such officer's approval to be conclusively evidenced by the execution and delivery thereof and to perform the Company's obligations under the Agreement as so executed.

<u>General</u>

**RESOLVED**, that the officers of the Company, and each of them, are hereby authorized, directed and empowered, on behalf of the Company and in its name, to execute, deliver and file such further certificates, agreements and other documents, to take such further steps and to do such further acts and things as such officers may deem necessary, advisable or appropriate to effectuate the purposes of the foregoing resolutions; and

**RESOLVED FURTHER**, that all acts and things heretofore done by any of the officers and managers of the Company in connection with the transactions contemplated by the foregoing resolutions be, and they hereby are, ratified, adopted and approved as acts by and on behalf of the Company.

\*         \*         \*

The Secretary of the Company is directed to file the original executed copy of this Written Consent with the minutes of proceedings of the Managers of the Company. The execution of a facsimile or electronic PDF copy of these resolutions shall be deemed an original.

*[Signature Page Follows]*

2

IN WITNESS WHEREOF, the undersigned have executed this Written Consent to be effective as of the date first written above.

MANAGERS:

ROBERT ZANGRILLO

By: _____
Name: Robert Zangrillo

BURTON KATZ

By: _____
Name: Burton Katz



UNITED STATES OF AMERICA
### FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Division of Enforcement
Bureau of Consumer Protection

## *FTC v. OnPoint Global, et. al*

# DOCUMENTS OBTAINED FROM DEFENDANTS' BUSINESS PREMISES

### 350 NE 60th Street, Miami, Florida 33137

**DATE: December** ___17___ **2019**

**FTC STAFF INITIALS:** ___SRW___

**LOCATION OF ORIGINAL DOCUMENTS:**

Office 22, Carmen Pera desk, middle drawer

**CUSTODIAN (if known):**

Carmen Pera

**ADDITIONAL DESCRIPTION:**

On Point letter to staff from "bk"



Dear Team:

Today is an exciting day for all of us -- founders, employees, and all shareholders. It is my privilege to welcome you to OnPoint and our new home in the up and coming Magic City neighborhood. This letter, will serve as your "Guide" to our new company, our new neighborhood, office administration, and the standard communication tools we will use. Most important, I want to use this opportunity to reflect on where we have been and where we are going as One Team, with a Single Plan, and a Common Goal. I want to introduce you to OnPoint.

We began the business several years ago by creating an investment portfolio of digital companies we directly operated or closely held. Some of these companies had great success and a few of them saw real failure; thankfully, there was more of the former. Over the past three years, we grew quickly through focusing on three dynamic and strategic businesses: selling how to guides (Licenses America), giving away how to guides (Direct Markets), and fulfilling consumer services as an authorized agent (DGDMV). Each business built a formidable story through owning contextual domain names, developing original content, selling products and services, and generating growing dollars from performance based advertisers. Domain Development, Lead Generation and Advertising, Ecommerce, and Publishing are all core competencies this team successfully developed and continues to mature across each of these distinct businesses.

Notwithstanding, underlying and intersecting these 3 strategic businesses lies an important, common denominator. DATA. We capture large amounts of first party, highly valuable, signal data through our owned and operated network of contextual domains. As a single business platform, OnPoint is a data-driven publisher and service based e-commerce company. Our mission is to provide easy to understand, instructional content to empower consumers to achieve and complete specific goals and tasks. The "How To," "DIY (do it yourself)," and "DIFM (do it for me)" markets are growing daily, and we believe we have a unique business model to generate, capture, and monetize high value data through providing a strong value proposition to our consumers. While the multibillion dollar service based ("gig") economy is rapidly growing and highly competitive, we are well positioned within a niche part of this economy where all our services are delivered electronically with no physical fulfillment obligations.

In the past, acting in a highly decentralized manner helped us explore new opportunities and develop our business with decisiveness and speed. While sometimes imperfect, the enterprise structure and associated culture allowed us to exponentially grow by enabling our team(s) to act in an independent

**EMPOWER. ENABLE. ASSIST. ACCOMPLISH.**

www.onpointglobal.com
350 NE 60th Street Miami, FL 33137



manner. Today, we have a nearly $50MM revenue profitable business, 200+ colleagues across 4 global offices, 6MM to 8MM unique visitors per month to our web properties, a 17MM record database, and large ecommerce infrastructure processing between 110K and 150K+ transactions per month. We have built a large editorial team, led by Chris Jalil, producing high quality, original content tantamount to over 6 novels per month. Our publishing and marketing team, led by Danielle Ciolfi, effectively buys well over $1 million dollars in media and acquires approximately 1 million new user registrations each month. Our technology teams have worked - without detailed specifications - to support our ongoing operations along with the accelerated development of new web properties, original products and enhanced features. Our call center in San Jose, Costa Rica led by Darryl Fernandes can effectively handle over 3000 live customer contacts per day and, with help of our US team, started to develop the competency to directly sell our products and services over an inbound phone call. Our Latin American team in Montevideo, led by Ramiro Baluga, not only built a 30-person team of professionals to replicate our business model across the South American region but also continuously and successfully supports our US operation wherever and whenever required. Our newly organized data and product teams have started to see positive traction in improving our consumer value proposition while expanding and diversifying our monetization capabilities. We have also begun to attract top notch human talent illustrated by Charlie Eissa coming on board full time to build our data team and run our core operations.

These above mentions merely highlight some of the many accomplishments our entire global team generated in a short time period. However, aiming to quadruple our business over the next few years requires we go to battle in a different manner to unleash new opportunities while leveraging operating and business efficiencies across our data platform. Our vision to identify, capture, and translate consumer signal data across all web properties in our portfolio demands we act as a Unified Team, with a Single Plan, and Common Goal: So, what does that really mean?

**1.** One Team:

OnPoint team members collaborate in a cross functional way to drive our mission, dominate the publishing space w/ a data first model, and hold each other accountable to deadlines & KPI's. In doing so, we expect our colleagues to speak with candor and with one set of data. In short, do not say behind closed doors what you have not publicly.

**2.** One Plan

We will aggressively focus on publishing sites where we capture the most profitable data for the least amount possible. In doing so, we need to expand our mindset from "Click to Registration" to "Registration

### EMPOWER. ENABLE. ASSIST. ACCOMPLISH.

www.onpointglobal.com
350 NE 60th Street Miami, FL 33137



to Life Time Value." "EPI" (Earnings per Impression) must be front and center driven by number of customer registrations, number of consumer engagements, and value per each engagement. These 3 metrics are the key ingredients to our business model and will be part of our daily dialogue.

Our plan, which we will detail in the coming months will accelerate our commitment to <u>SCALABLE DIVERSIFICATION</u> into expanded Publishing (Brands) Categories, higher value Services & Solutions (Products), expanded Data Monetization (Channels & CPA offers), & New Markets (Global Mindset).
To be successful we must work together effectively as one team where acting right is rewarded in the same manner as being right.

**3.** <u>One Goal</u>
Our commitment is to be a highly innovative online company delivering expanding value to customers, development opportunities to employees, and profitable growth to shareholders. While these are just words, lets hold each other accountable to create a meaningful experience at all levels of our organization.

In establishing OnPoint, Brent, Elisha, and I realized almost a year ago we needed to institutionalize our entire business. Doing so required a Herculean effort given we could not just stop the car and change the proverbial gears. In fact, it continues to be like changing a jet engine midflight which effectively means we had no time to land but needed to change course to find our desired destination. So, what does "institutional" really mean?: a well-capitalized balance sheet, an outside board of advisors/directors, a single corporate identity, a company website (onpointglobal.com), business email addresses, common technology stacks with an enterprise view of the customer, standard communication tools/platforms, a new headquarters/office, a KPI driven 3 year operating model touching every employee of the company, and an executive overview articulating the assets we built and the vision we aspire to. Enormous thought and effort has gone into this transformation on how we look at the business internally and articulate it to the outside world which I look forward to sharing at future All Hand Meetings.

To support our next level of growth, we have partnered with Dragon Global, a private equity family office whose principal is Bob Zangrillo, a good friend of mine, a professional mentor, and a co-investment partner I have known for well over 12 years. Bob brings a plethora of digital experiences with him as an entrepreneur, operator, and investor. In the late 90's he founded and took public a large Internet software business called Interworld and was on the boards of Earthlink (large ISP), Overture (first PPC auction business sold to Yahoo), and several more. He was also a founding member and Chairman of Playlist.com which had over 50MM monthly active users in the digital music space. Through Dragon Global, Bob was

**EMPOWER. ENABLE. ASSIST. ACCOMPLISH.**
www.onpointglobal.com
350 NE 60th Street Miami, FL 33137



one of the early investors in Facebook, Zynga, and Living Social and, most recently, a late stage investor in Uber. Most important, Dragon Global believes OnPoint can be one of the next big consumer internet plays and Bob will be personally involved joining us as our first Chairman. I would like you to give Bob a big "OnPoint" welcome when you see him around the office.

I want to take this time thank Mina for her invaluable help in helping develop the corporate marketing materials. I also want each of you to personally extend a big thank you to Brent and Tehilla who worked overtime to move us into our new HQ. There is an inordinate amount of work, obstacles, and distractions when managing a complex build out and their successful efforts in coordinating so many people (contractors, landlords, employees, etc.) is not unnoticed. While there will be finishing touches coming soon (i.e. outside yard, landscaping, back garage, loose furniture items, etc.), it's exciting to finally be in our new workspace.

Team - I am incredibly proud of you and honored to be part of the journey we have taken together. The trust so many of you showed my partners and I will not be forgotten. In my wildest imaginations, sitting in a Starbucks with Danielle, Charlie, and a little bit of Arlene several years ago, might I have believed we would achieve what we have on the odyssey we have navigated. It's my confidence in our business, in each of you, and in our single vision driving me to bring my all every single day.

Below is a guide containing several administrative items that should be helpful to you in our new office. Please take the time to review it. In the meantime, congratulations to each of you, welcome to our new Miami HQ, and welcome to OnPoint.

Keep pushing,

bk

**EMPOWER. ENABLE. ASSIST. ACCOMPLISH.**

www.onpointglobal.com
350 NE 60th Street Miami, FL 33137

Attachment B

DRAGON GLOBAL

## Venture Team


Robert Zangrillo


Burton Katz


Bob Bellack

## Advisors

### Dragon Global & On Point Global


Ken Rudin


John Caine

### On Point Global


Emil Michael


Alex Soltani


Jeff Clarke

## Real Estate Development Partners

### Magic City Development


Guy Laliberte


Tony Cho


Plaza Equity Partners


Zachary Vella

### Wynwood 29


Jorge Perez


Carlos Rosso

### 555 NW South River Drive


Avra Jain

## Operations Team


Megan Black


Dede Loftus

ABOUT   TEAM   VENTURE CAPITAL   COMPANIES   REAL ESTATE   NEWS

Copyright 2019, Dragon Global. All rights reserved. Legal Disclaimer, Terms, and Conditions

**DRAGON** GLOBAL

About   Team   Venture Capital   Companies   Real Estate   News

"We have two fundees in our company. One is engineering, and the other is operations."

— Dragon Global Investment team

## Venture Capital

Dragon Global backs entrepreneurs who are building disruptive, innovative and market transforming consumer and enterprise companies.

We invest in companies that define new markets, including ArcSight (acquired by Hewlett Packard (NYSE: HPQ)), Dick's Sporting Goods (Nasdaq: DKS), Didi Chuxing, Facebook (Nasdaq: FB), Fair, Jet.com, OnPoint Global, Overture (acquired by Yahoo! (NASDAQ: YHOO)), Twitter (Nasdaq: TWTR), Uber Technologies and Ulta Salon, Cosmetics and Fragrance (NASDAQ: ULTA).

Our venture capital practice is focused on Internet and technology investments across market Sectors poised for significant growth: Artificial Intelligence, Augmented and Virtual Reality, Cloud Computing, Cryptocurrency, eCommerce, Data-Driven Businesses, Entertainment Media, Robotics and Social Networking.

While we are stage-agnostic and will consider both minority and control investment opportunities at any point during a company's lifecycle, the majority of our activity is focused on late-stage growth equity and early-stage control.





### Growth Equity

Our growth equity funds focus on late stage, minority investments in rapidly-growing, transformational technology companies.

Our focus on later-stage investments sets us apart and allows us to concentrate on proven businesses that have demonstrated a high likelihood of sustained, long-term success. Our current and prior late-stage growth equity investments include Didi Chuxing, Earthlink, Facebook, Overture, Twitter, Uber Technologies, Ulta Salon (Cosmetics and Fragrance) and Zynga.

### Early-Stage Control

Our early-stage control investment activity is focused on young, emerging companies in the consumer Internet space that are looking to team-up with one strategic and financial partner that will fully enable them to reach their next level of growth and evolution.

We seek to take controlling, majority ownership stakes, which permits us to fully leverage the broad experience of our Operating Partners and the unique access to our extensive network of advisors.

Working in close partnership with our Operating Partners, our company's management teams are empowered to pursue more aggressive growth strategies, including strategic acquisitions and alliances which enable our portfolio companies to achieve higher levels of valuation than they otherwise may have achieved on a stand-alone basis.

Our current early-stage control investment is On Point Global.

### Seed

Our seed investments are focused on discovering and investing in some of the future's most promising businesses before most conventional venture capital firms are ready to invest. While our seed investments generally represent much smaller, minority-stake investments than our early-stage control investments, we still prefer a high-touch, hands-on approach to help our seed fund portfolio companies to achieve their fullest potential.

Our current and prior seed investments include Casa Dragones, Fair, Host Committee, Inside Hook, Jet.com and Treat House.

Copyright 2019, Dragon Global. All rights reserved. Legal Disclaimer. Terms, and Conditions

PX18: Declaration of Lashanda Freeman
Attachment B: Page 2

**DRAGON | GLOBAL**

About    Team    Venture Capital    Companies    Real Estate    News

## Companies




















Copyright 2019, Dragon Global. All rights reserved. Legal Disclaimer, Terms, and Conditions

ABOUT TEAM VENTURE CAPITAL COMPANIES REAL ESTATE NEWS

PX18: Declaration of Lashanda Freeman
Attachment B: Page 3

https://www.dragonglobal.com/our-portfolio/



About    Team    Venture Capital    Companies
Real Estate    News

# Venture Team



Robert Zangrillo



Bob Bellack

# Advisors

## Dragon Global




Ken Rudin



John Caine

# Real Estate Development Partners

## Magic City Development




Guy Laliberte



Tony Cho



Plaza Equity Partners



Zachary Vella

## Wynwood 29



Jorge Perez



Carlos Rosso

## 555 NW South River Drive



Avra Jain

# Operations Team



Megan Black



Dede Loftus

ABOUT    TEAM    VENTURE CAPITAL    COMPANIES    REAL ESTATE    NEWS

Copyright 2019, Dragon Global. All rights reserved. Legal Disclaimer, Terms, and Conditions



About    Team    Venture Capital    Companies
Real Estate    News

# Venture Capital

Dragon Global backs entrepreneurs who are building disruptive, innovative and market transforming consumer and enterprise companies.

We invest in companies that define new markets, including ArcSight (acquired by Hewlett Packard (NYSE: HPQ)), Dick's Sporting Goods (Nasdaq: DKS), Didi Chuxing, Facebook (Nasdaq: FB), Fair, Jet.com, OnPoint Global, Overture (acquired by Yahoo! (NASDAQ: YHOO)), Twitter (Nasdaq: TWTR), Uber Technologies and Ulta Salon, Cosmetics and Fragrance (NASDAQ: ULTA).

Our venture capital practice is focused on Internet and technology investments across market Sectors poised for significant growth: Artificial Intelligence, Augmented and Virtual Reality, Cloud Computing, Cryptocurrency, eCommerce, Data-Driven Businesses, Entertainment Media, Robotics and Social Networking.

While we are stage-agnostic and will consider both minority and control investment opportunities at any point during a company's lifecycle, the majority of our activity is focused on late-stage growth equity and early-stage control.

## Growth Equity

Our growth equity funds focus on late stage, minority investments in rapidly-growing, transformational technology companies.

## Early-Stage Control

Our early-stage control investment activity is focused on young, emerging companies in the consumer Internet space that are looking to team-up with

## Seed

Our seed investments are focused on discovering and investing in some of the future's most promising businesses before most conventional

PX18: Declaration of Lashanda Freeman
Attachment B: Page 6

Our focus on later-stage investments set us apart and allows us to concentrate on proven businesses that have demonstrated a high likelihood of sustained, long-term success. Our current and prior late-stage growth equity investments include Didi Chuxing, Earthlink, Facebook, Overture, Twitter, Uber Technologies, Ulta Salon (Cosmetics and Fragrance) and Zynga .

one strategic and financial partner that will fully enable them to reach their next level of growth and evolution.

We seek to take controlling, majority ownership stakes, which permits us to fully leverage the broad experience of our Operating Partners and the unique access to our extensive network of advisors.

Working in close partnership with our Operating Partners, our company's management teams are empowered to pursue more aggressive growth strategies, including strategic acquisitions and alliances which enable our portfolio companies to achieve higher levels of valuation than they otherwise may have achieved on a stand-alone basis.

Our current early-stage control investment is On Point Global.

venture capital firms are ready to invest. While our seed investments generally represent much smaller, minority-stake investments than our early-stage control investments, we still prefer a high-touch, hands-on approach to help our seed fund portfolio companies to achieve their fullest potential.

Our current and prior seed investments include Casa Dragones, Fair, Host Committee, Inside Hook, Jet.com, and Treat House.

ABOUT    TEAM    VENTURE CAPITAL    COMPANIES    REAL ESTATE    NEWS

Copyright 2019, Dragon Global. All rights reserved. Legal Disclaimer, Terms, and Conditions

**DRAGON** | GLOBAL

About        Team        Venture Capital        Companies        Real Estate        News



# Robert Zangrillo

 

Robert ("Bob") Zangrillo is the Founder, Chairman and CEO of Dragon Global. Zangrillo is a veteran investor and executive in eCommerce, Data-Driven Businesses, Entertainment Media, Mobility, and Social Networking Sectors. His talents for providing significant financial returns for his investors and building teams dedicated to delivering leading industry solutions are widely known. Over the last several years, Zangrillo has diversified into commercial real estate development in Miami, where he has led investments in over 20+ acres of projects in Wynwood, Little River and on the Miami River. He is also is the co-founder of the Magic City Innovation District.

Over the last eight years, Zangrillo has built Dragon Global into one of the leading venture growth firms based on his track record of investing in the leading technology growth companies, including but not limited to Didi Chuxing, Facebook, Jet.com, Twitter, and Uber Technologies. Zangrillo has over twenty-five years of experience in venture capital with a remarkable track record. He has been a pioneer in the venture growth investment area where he has led some of the largest primary and secondary investments. Zangrillo was one of the earliest late stage venture growth investors in Facebook. During the period from 2008-2012, Zangrillo became one of the largest late stage investors in Facebook, through multiple predecessor funds, leading to his founding of Dragon Global.

Zangrillo was both one of the early visionaries to recognize the enormous potential of social media in 2008 and Internet commerce in 1999 and how they both would transform the way business is conducted in the new global economy. Over the last twenty-five years, Zangrillo has been a prominent figure in the Internet community, with significant roles as a Chairman, CEO, venture capital investor, active executive director and advisor to high-growth companies.

## COMPANIES





















PX18: Declaration of Lashanda Freeman
Attachment B: Page 9























Copyright 2016 Dragon Global. All rights reserved. Legal Disclaimer. Terms, and Conditions

PX18: Declaration of Lashanda Freeman
Attachment B: Page 11



**DRAGON | GLOBAL**

About    Team    Venture Capital    Companies    Real Estate    News

# 404

## NOT FOUND!

We're sorry, the page you have looked for does not exist in our database!
Perhaps you would like to go to our home page?

ABOUT   TEAM   VENTURE CAPITAL   COMPANIES   REAL ESTATE   NEWS

Copyright 2019. Dragon Global. All rights reserved. Legal Disclaimer. Terms. and Conditions

dragonglobal.com/burton-katz/

PX18: Declaration of Lashanda Freeman
Attachment B: Page 12

This is Google's cache of http://www.dragonglobal.com/burton-katz/. It is a snapshot of the page as it appeared on Dec 14, 2019 02:45:16 GMT. The current page could have changed in the meantime. Learn more.

**Full version**    Text-only version    View source

Tip: To quickly find your search term on this page, press **Ctrl+F** or **⌘-F** (Mac) and use the find bar.



About    Team    Venture Capital    Companies    Real Estate    News

COMPANIES



 

 

## Burton Katz

 

Burton Katz is an experienced entrepreneur in consumer software and digital marketing including lead generation, e-commerce, and mobile services. Mr. Katz partnered with Dragon Global to acquire and operate On Point Global, which is a data-driven publisher and service based e-commerce company.

Previously Mr. Katz served as Chief Executive Officer of New Motion Inc, an integrated mobile content and online advertising business that grew from startup to $50MM+ in sales within three years. Mr. Katz eventually led a corporate merger with a NASDAQ listed company creating a combined entity with over 120MM+ in sales.

Prior to joining New Motion, Mr. Katz was a Co-President of Buongiorno SpA. Buongiorno was a European digital entertainment startup focused on music, games, and continuity programs. As President, Mr. Katz had full P&L responsibilities for the largest of 3 global business groups managing its UK & US consumer business and selling its messaging software to telecommunication and media companies. Before leaving to head New Motion Inc., he was instrumental in helping grow Buongiorno from a small VC funded company to a 700 person global business producing over $200MM in revenues with over $20MM in profits.

Mr. Katz currently is a seed investor in multiple direct to consumer startups and sits on several private company boards. Mr. Katz began his post graduate career at PriceWaterhouseCoopers (PwC) where he was a Principal in its Internet Business Practice delivering large end to end Internet software solutions to global customers. Before joining PwC, he earned his MBA from the University of Southern California in Marketing and Technology Management. Mr. Katz currently resides in Miami, Florida.

ABOUT    TEAM    VENTURE CAPITAL    COMPANIES    REAL ESTATE    NEWS

Copyright 2019, Dragon Global. All rights reserved. Legal Disclaimer, Terms, and Conditions

Attachment C

Free Event Jan. 14-18 - **Learn How To Get Started Flipping Houses in the Fort Lauderdale Area.**   Ad  ···

Search



Connect   Message   More...

**Bob Zangrillo**

Chairman & CEO of Dragon Global

Miami Beach, Florida · 461 connections · Contact info


Your dream job is closer than you think
See jobs
Linked in

Dragon Global

Stanford University Graduate School of Business

## Experience



**Founder, Chairman & CEO**
Dragon Global
Feb 2012 – Present · 7 yrs 11 mos
Miami/Fort Lauderdale Area

Robert ("Bob") Zangrillo is the Founder, Chairman and CEO of Dragon Global. Zangrillo is a veteran investor and executive in eCommerce, Data-Driven Businesses, Entertainment Media, Mobility, and Social Networking Sectors. His talents for providing significant financial returns for his investors and building teams dedicated to delivering leading industry solutions are widely known. Over the last several years, Zangrillo has diversified into commercial real estate development in Miami, where he has led investments in over 20+ acres of projects in Wynwood, Little River and on the Miami River. He is also the co-founder of the Magic City Innovation District.

...see more

**Chairman & CEO**
NorthStar
2007 – 2011 · 4 yrs

## Education



**Stanford University Graduate School of Business**
Master of Business Administration (M.B.A.)



**University of Vermont**
Bachelor's Degree

## Skills & Endorsements

**Strategic Partnerships** · 13

 Endorsed by **Nan-Kirsten Forte** and **1 other** who is highly skilled at this

**Venture Capital** · 12

**Nan-Kirsten Forte and 11 connections** have given endorsements for this skill

**Private Equity** · 10

**Mikhail Lapushner and 9 connections** have given endorsements for this skill

### People Also Viewed

 **Gil Dezer**
CEO at Trump Dezer Development

 **Jeff Clarke**
Executive Chairman at FTD Companies

 **Megan Black**
Chief of Staff at Dragon Global

**Ann Goldschmidt**
CEO at AnnGold International

**Greg Abbott**
Governor at Office of the Governor, State of Texas

 **Adam Neumann**
Co-Founder and CEO of WeWork

 **Cassie Resnick**
Senior Vice President Acquisitions

 **David Coghlan**
Private Equity Investor

**Jeffrey Soffer**
Co-Chairman and CEO at Turnberry Associates

**Jennifer Parrilla**
Owner at Decofino

### Add new skills with these courses

**Brad Feld on Raising Capital**
Viewers: 14,484

**Real Estate Deal Structuring: Introduction to the Waterfall Framework**
Viewers: 16,437

**Interview Tips for Finance Professionals**
Viewers: 2,544

See more

PX18: Declaration of Lashanda Freeman
Attachment C: Page 1

Messaging



## Recommendations

**Received (2)**   Given (0)



**Matt Gohd**
CEO Zero G Corporation
(gozerog.com)
March 31, 2014, Bob was a client of Matt's

Bobs understanding of the ecommerce and social media space and it's investment value continue to be prescient

**Adam Rogers**
Author, Strategic
Communication Adviser
October 13, 2006, Adam reported directly to Bob

Bob is both a visionary and an executor, a rainmaker and an implementer. He's one of the few people I know who can both dream up and manifest ideas that make a difference.

## Interests



**Dragoneer Investment Group**
672 followers



**Eduardo Saverin** 
Co-Founder, Facebook Inc.
1,655,819 followers



**OnPoint**
5,637 followers

**Hedge Fund Group (HFG) Associati...**
151,281 members

D|G

**Dragon Global**
37 followers



**Stanford University Graduate Scho...**
217,198 followers

**See all**

---

Linked **in**

About

Careers

Advertising

Small Business

Talent Solutions

Marketing Solutions

Sales Solutions

Safety Center

Community Guidelines

Privacy & Terms ⌄

Mobile

? **Questions?**
Visit our Help Center.

⚙ **Manage your account and privacy.**
Go to your Settings.

**Select Language**

English (English)

LinkedIn Corporation © 2019

Messaging

Attachment D

This is Google's cache of https://www.livinghealthy.com/site/contact-us. It is a snapshot of the page as it appeared on Dec 12, 2019 20:36:32 GMT. The current page could have changed in the meantime. Learn more.

Full version    Text-only version    View source

Tip: To quickly find your search term on this page, press Ctrl+F or ⌘-F (Mac) and use the find bar.

webcache.googleusercontent.com/search?q=cache:AXH01OIbEPAJ:https://www.livinghealthy.com/site/contact-us+&cd=18&hl=en&ct=clnk&gl=us

Logo

HEALTH GOALS     DIET & FOOD     WELLNESS     FITNESS     BEAUTY & GROOMING     EXPERTS

☐ Search your healthy here     SEARCH

## Contact Us

### General Inquiries

Have a great idea for a story or a suggestion on how we can improve LivingHealthy? We'd be happy to help with any general questions you may have about LivingHealthy or our website. Please send us an email and we'll get back to you promptly.

**Email:** info@livinghealthy.com

**Address:** 350 NE 60 Street Miami, FL 33137

### LivingHealthy Shop

Check back soon for all new LivingHealthy Shop, launching in the near future!

### More Info

Your may also find these links helpful:

Privacy Policy

Terms and Conditions of Use

Stress-Free Guarantee

Shipping & Delivery

Special Promotions

Logo

HEALTH ADVICE DISCLAIMER

While efforts have been made to provide balanced and credibly-sourced information from experts, this content is not a substitute for professional medical advice, diagnosis and treatment.

© 2014 - 2018 Living Healthy, LLC. All Rights Reserved.

COMPANY INFORMATION

Terms & Conditions of Use

Privacy Policy

Contact Us