UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CV-25046-SCOLA

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

ON POINT GLOBAL LLC, *et al.*,

    Defendants.

_____/

## DECLARATION OF MELANIE E. DAMIAN

I make this declaration upon my own personal knowledge, and I am competent to testify as to the matters set forth herein.

1. The following statements are true and correct based upon my personal knowledge as Temporary Receiver in the matter *Federal Trade Commission v. On Point Global, LLC, et al.*, bearing Case Number 19-25046-Civ-Scola, pending in the United States District Court for the Southern District of Florida.

2. Pursuant to paragraph 5(11) of the Court's December 13th Order, I was appointed Temporary Receiver of the Moving Defendants, Dragon Global Management LLC, Dragon Global Holdings LLC, Dragon Global LLC and On Point Capital Partners LLC.

3. As of the date of this Declaration, I have not had the opportunity to interview Mr. Zangrillo or any of the Declarants who provided Declarations in Support of Moving Defendants Motion to Dissolve the Temporary Restraining Order. At 11:03pm on December 27, I received the required financial disclosures. I have not received any other documents from Moving Defendants and while certain accounts have been frozen, Moving Defendants have taken no affirmative action to no turn over documents, data or assets as required by the Court's Order.

4. The attached pictures were taken by my representative at the 9200 Sunset Drive office location. *See* Composite Exhibit A

5. While I have worked diligently to meet requests of all Defendant entities to analyze and when appropriate make payments required to preserve assets pending further order of this Court, Moving Defendants have not requested that I make any payments on their behalf to preserve assets or provided me sufficient information for doing so.

6. After reading the Motion to Dissolve, I reached out to Mr. Schwartz and requested information regarding the payments Moving Defendants assert are required to be made immediately, including all supporting documentation. I have also requested pursuant to paragraph 21(f) of the Court's Order, turnover of the Moving Defendants' documents, computers and data.

7. To the extent Mr. Schwartz's declaration attributes any statement by me concerning my findings related to Moving Defendants relationship to the On Point business it is, at best, an over statement. Initial review of the documents and financial information reveal numerous transactions among the entities, including amounts owed from Dragon Global Management LLC as reimbursement for employees carried on the On Point Global payroll. However, I do not have sufficient information at this time to provide this Court with my understanding of the Moving Defendants' role in the On Point business that is the subject of the Complaint. I will continue working diligently to do so and given the statements by Mr. Schwartz in his Declaration am hopeful that Moving Defendants will cooperate such that I will be able to able to report my findings to the Court by the time of my initial report.

Under penalty of perjury, I declare that I have read the foregoing, and that the facts contained therein are true and correct.

Executed: December 30, 2019.

_____
Melanie E. Damian





