## DECLARATION OF LASHANDA L. FREEMAN

(Pursuant to 28 U.S.C. § 1746)

I, Lashanda Freeman, hereby state that I have personal knowledge of the facts set forth below and am competent to testify as follows:

1.     I am a United States citizen and am over 18 years of age.  I am employed by the Federal Trade Commission ("FTC" or "the Commission") as an Investigator in the Division of Enforcement, Bureau of Consumer Protection.  My office address is 600 Pennsylvania Ave., NW, CC-9528, Washington, D.C. 20580.

2.     Prior to my employment with the FTC, I was a Paralegal Specialist from June 2012 to August 2016, and a Program Analyst from August 2016 to February 2019, for the Department of Justice, Consumer Protection Branch in Washington, DC. I earned a Bachelor and Master of Science degree in Criminal Justice from Drury University in 2008 and 2010, respectively.

3.     My duties as an investigator include investigating possible violations of the laws and regulations the FTC enforces and possible violations of orders obtained by the Commission.

4.     I was assigned to work on the matter *FTC v. On Point Global LLC, et al.,* in February 2019.

5.     A number of documents are attached to this declaration. In accordance with FTC procedures and this Court's rules, information from these documents has been redacted in order to protect sensitive information, such as financial account numbers and personally identifiable information.

6. As described in my previous declarations (*see* ECF Nos. 24-1 and 38-1) on Monday, December 16, 2019, pursuant to the immediate access provision (Section 21) in the Temporary Restraining Order ("TRO") and at the Receiver's invitation, I entered the Defendants' business premises located at 350 NE 60th Street, Miami, Florida.

7. The Defendants' office located at 350 NE 60th Street is a large building approximately 10,000 sq. feet with a main and secondary entrance and a large storage/loading dock area with a freight door. Upon entering from the main entrance, I observed the following: a receptionist desk, three small private glass offices, a small conference room, a large executive corner office, three large shared offices with approximately six to eight workstations in each office, a large open workspace area with approximately 24 workstations, four small "phone booth" offices with doors, six semi-private booth workstations surrounding the large open workspace, employee restrooms, and a small kitchen/beverage area. Upon walking through the secondary entrance, I observed the following: a small reception desk, a large area with couches and chairs, a kitchen, and three semi-private booth workstations. I walked to the left of the secondary entrance and found a large shared office with approximately eight workstations, four large filing cabinets, a storage closet, and a small private office with a door. The large storage/loading dock area was located beside the large shared office and contained boxes of documented related to some of the Corporate Defendants' and materials belonging to another business owned and operated by Defendant Brent Levison's wife.

8. As described in my previous declaration (*see* ECF No. 24-1, PX 18 ¶¶ 7-8), I was provided a floor plan by a member of the Receiver's team, Russell Landy, which I made updates to based on desk placards, business cards, or other documents to attempt to

identify the current employee siting at a specific workstation. I also created a new map showing the location of various offices, desks, storage areas, workstations, and other furniture. A copy of the original floor plan, updated floor plan, and map I created are attached hereto as **Attachment A.**

### 350 NE 60<u>th</u> Street Documents

9.  I identified one of the small private glass offices, which I labeled as Office 2, as the office of Sarai Jaimes (records identified her as OnPoint Human Resources Manager.) In the bottom drawer of Sarai Jaimes' desk, in a blue folder marked, "HR Priorities Meetings," was a detailed organizational chart listing many of the Corporate Defendants. I also noticed there was a watermark visible on the chart "Confidential Megan Black Dragon Global." A copy of the organizational chart is attached hereto as **Attachment B.**

10. In Office 2 in the bottom drawer of Ms. Jaimes' desk in an unmarked blue folder were email printouts of correspondence between Sarai Jaimes and Burton Katz on April 11 and April 5, 2018, Sarai Jaimes and Arlene Mahon on April 16, 2018, and office seating charts. A copy of these documents are attached hereto as **Attachment C.**

11. I identified a large executive corner office, which I labeled as Office 4, as the office of Burton Katz and Bob Bellack based on business cards and documents I located on or inside the desks. On top of the credenza directly behind Burton Katz's desk, was a printout of a "Company Culture Survey." Response number 16 dated April 12, 2019, on the Company Culture Survey stated:

> From my understanding, some of the money we earn comes from a service that has, at least in the past, tried to misrepresent itself as something other than a how-to guide. This did not make me feel good about our work and feel like the opposite of our company goals to enable and empower customers. Having our team write and edit 'reputation management' posts

from 'third-party' individuals felt so disrespectful to in-house and freelance employees alike.

Another response on April 16, 2019, (Response Number 6) stated:

> […] Guides are sometimes confusing for the people and that causes problems for us such as suspensions from our main platforms Google & Bing. Secondly, it would be great if our company could know more about the clients, who are people, but sometimes are treated as 'Conversions' or 'Clicks.' A copy of the "Company Culture Survey" is attached hereto as **Attachment D.**

12. I identified one of the large shared offices as the office of Elisha Rothman, Steven Hussey, Brent Levison, and Matthew Meyer based on the nameplates found on the four workstations inside. I identified this office on my map as Office 5 (*see* **Attachment A, p. 2.)** Before entering the shared office space and beginning my review of materials, the receiver, Melanie Damian, confirmed that Brent Levison primarily worked at a different area at the premises, a semi-private booth workstation facing the large open area workspace, which I had identified on my map as Office 10 (*see* **Attachment A, p. 2**.) Ms. Damian removed all materials from Levison's Office 5 workstation and moved them to the booth workstation where Levison told her he primarily worked. No member of FTC staff reviewed or touched any documents located at Brent Levison's primary desk[1] (Office 10.)

13. Office 5 contained two cabinet structures, which I labeled Cabinet 1 and Cabinet 2, and two large white marker boards, which I labeled WB Q and WB R, on either side of the room. Photos of the two marker boards and cabinets located in Office 5 are attached hereto as **Attachment E.**

---

[1] In an abundance of caution and after consultation with members of the Receiver's team, FTC Staff did not review any hard copy documents located at: Brent Levison's primary workstation (Office 10), a small locked storage room next to Burton Katz and Bob Bellack's office, or any documents in boxes or folders marked "legal," "legal files," or containing the name of a law firm.

14. In Office 5, at the workstation of Matthew Meyer (records identified him as an OnPoint business analyst), I located several file folders of new entities formed in October 2019 such as Raftaar Media LLC, Ocotillo Media LLC, Dejaj Media LLC, Deluxe Sky Media, and Journeyman Media LLC. The folders included documents such as, Delaware incorporation filings, new tax IDs, new bank account opening documentation, new merchant account applications, and new mailbox services agreements. A sample of the new entity folder documentation I found in Office 5 at Matthew Meyer's workstation is attached hereto as **Attachment F.**

15. On top of Matthew Meyer's workstation, next to an "OnPoint Welcome Manual" was a document titled "OnPoint Lingo" which contained key phrases, acronyms, and definitions. Examples of these terms and definitions included:

   - **Freemuim:** our business model where we give our visitors a product or service for free in exchange for information that will allow us to monetize them.
   - **Console:** Channel marketing system that collects all leads processed by any website, freemium or e-commerce. Then Console has a set of rules on how to act on each lead received. It can send that lead over to a third party interested in the lead, it can send it to the email system to start sending email messages or it can send it to the SMS system to start sending text messages to the lead received.
   - **Rebill Rate:** Rate of customers who get charged the $19.99 guide fee, 50 hours after their purchase (they are initially charged a $3.99 processing fee and 'rebilled' for the guide 50 hours later.) A copy of the "OnPoint Lingo" is attached hereto as **Attachment G.**

16. I observed the cabinet next to Matthew Meyer's workstation, Cabinet 1, contained a large volume (estimated at approximately 300+ pages) of faxes ranging from April 2019 to October 2019 of chargeback disputes for Your Passport Now LLC. A sample of the chargeback disputes I found in Office 5 Cabinet 1 are attached hereto as **Attachment H.**

17. In Office 5 Cabinet 1, I found a chart of processing companies, which included several Corporate Defendants associated with Brent Levison, Elisha Rothman, Chris Sherman, and Arlene Mahon. A copy of the organizational chart of processing companies is attached hereto as **Attachment I.**

18. In Office 5 Cabinet 1, I found correspondence about complaints from the Ohio Attorney General, the Nebraska Attorney General, Missouri Attorney General, and the Pennsylvania Attorney General. I also found correspondence from the BBB serving Southern Ohio, Northern Kentucky, Southeast Indiana. A copy of this correspondence is attached hereto as **Attachment J.**

19. In Office 5 Cabinet 2, I found several Domain Licensing Agreements between various Corporate Defendants and Arlene Mahon and Brent Levison for URLs such as VehicleRegistrationOnline.org, RegistrationTags.com, TheLicenseDriver.com, RegistrationTags.org, LicenseGuidesInfo.org, and TheLicenseDriver.org. A sample of the Domain Licensing Agreements I found in Office 5 Cabinet 2 are attached hereto as **Attachment K.**

20. In Office 5, on top of the divider between Steve Hussey and Elisha Rothman's workstations, were two letters. The first letter dated September 23, 2019, was from Merchant Services LTD and addressed to Pirate Media LLC dba LicenseGuidesInfo.com/Chris Sherman and stated the merchant account ending in 1367 is being terminated effective October 18, 2019, due to "excessive chargeback percentages along with high return rates." The second letter dated September 23, 2019, was from Merchant Services LTD and addressed to GNR Media LLC dba DrivingEducationInfo.org/Chris Sherman and stated the merchant account ending in 1771

is being terminated effective October 18, 2019, due to "excessive chargeback percentages along with high return rates."  Copies of these letters are attached hereto as **Attachment L.**

21. In the large open workspace area, at the row of workstations closest to Kitchen 2, which I labeled OW 17; I identified a workstation belonging to India Amos based on the placard and documents found on and inside the desk. In the top drawer of India Amos' desk, I found a document which stated the following:

> For reputation management, to push negative reviews off the first page in google search listings, we are writing REVIEWS about our websites. However, we are writing them as an objective third party. Note that the vast majority of websites that we are writing reviews for provide one simple product: A PAID GUIDE on the subject. A copy of the document is attached hereto as **Attachment M.**

22. I identified a large shared office, which I labeled Office 22, with approximately eight workstations, four large filing cabinets, and a storage closet as the "Finance Room." I labeled the large filing cabinets, C1-C4, and two large white marker boards WB M and WB N. Photos of the marker boards and cabinets located in Office 22 are attached hereto as **Attachment N pp. 1-4.**  A small private office with a glass door was located near the back. I labeled this private office space, Office 23, which based on the original floor plan provided to me was previously identified as Arlene Mahon's office space. However, based on the placard and documents found on and inside the desk, the office is currently occupied by Sarah Dunn (*see* **Attachment N p. 5.**) I labeled the white marker board in Office 23 WB O (*see* **Attachment N p. 6.**)

23. In Office 22, middle drawer of C1, was folder labeled "Bing Ads." Inside the folder was a listing of payments for "Drivers and Car Reg" under the name Burton Katz on an Amex card. A copy of the Bing Ad payments list is attached hereto as **Attachment O.**

24. In Office 22, at the workstation of Anthony Guzzo, next to WB M, in the lower drawer of the desk was a detailed corporate organizational chart including the individuals that manage or maintain ownership stakes in various entities. A copy of the chart is attached hereto as **Attachment P.**

<u>**Electronic Evidence**</u>

25. FTC Digital Investigative Analyst Dan Gillenwater coordinated with members of the Receiver's team to access information contained in email servers and cloud-hosting services utilized by the Defendants (*see* **PX 26.**) FTC litigation support loaded the electronic evidence obtained from the Defendants' email server into the FTC's secure internet-based document review software, Relativity. On the evenings of January 6, 7, and 8, 2020, I was provided access to a set of documents reviewed and cleared by the FTC's filter review team.

26. I located an email from Mina Rofeh (mrofeh@onpointglobal.com) to Meagan Black (mblack@onpointglobal.com), dated January 2, 2018, with email subject "OnPoint Signage for LA office," and stating, "Burt mentioned that we need to get an OnPoint sign for the LA office to go under the Dragon Global sign." A copy of this email is attached hereto as **Attachment Q.**

27. I located an email from Todd Gitlin (tg@safirepartners.com) to Burton Katz (bkatz@onpointglobal.com), copying Bob Zangrillo (bob@zangrillo.com) and Todd Zangrillo (todd@thetruecapital.com), dated January 2, 2018, with email subject "Re: FW: CFO position spec." A copy of this email is attached hereto as **Attachment R.**

28. I located an email from Bob Zangrillo (bob@zangrillo.com) to Megan Black (mblack@dragonglobal.com), copying Burton Katz (bkatz@onpointglobal.com), dated

January 3, 2018, with email subject "Re: Molly S O'Shea Resume." A copy of this email is attached hereto as **Attachment S.**

29. I located an email From Sara Catanzano (sara.cat506@gmail.com) to, among others, individual defendants Brent Levison (blevison@onpointglobal.com), Burton Katz (bkatz@onpointglobal.com), and Elisha Rothman (erothman@onpointglobal.com), dated January 3, 2018, with email subject "Ending DEC CB Tracker." and stating: "Attached is the chargeback tracker for December. We breached on three accounts, all of which process BING traffic."  Catanzano also states in the email:  "I'd like to know who to speak with for the following: […] rep management-- are we still posting blogs (and how frequently) to help bring search results in our favor and is anyone responding to comments on scam report, bbb, etc?" A copy of this email is attached hereto as **Attachment T.**

30.  I located an email from Arlene Abreu Mahon (arlene@issuebasedmedia.com) to jmills@thebankofnevis.com and pwallace@thebankofnevis.com, copying, among others, individual defendant Burton Katz (burtonusc@gmail.com), dated January 5, 2018.  The email subject is "Re: BRONCO" and the email attaches six documents including "Bank of Nevis – Explanation of Bronco's Companies." This attachment is a letter dated January 5, 2018, from Burton Katz to Ms. Jondelle Mills at The Bank of Nevis International (*see* **Attachment U pp. 3-4**.) A copy of this email and only the attachment, "Bank of Nevis – Explanation of Bronco's Companies" is attached hereto as **Attachment U.**

31. I located an email from Chris Sherman (csherman@onpointglobal.com) to Burton Katz (bkatz@onpointglobal.com), copying, among others, Elisha Rothman

(erothman10@yahoo.com), dated January 8, 2018, with email subject "Re: food stamp

sites." A copy of this email is attached hereto as **Attachment V.**

32. I located an email from Arlene Mahon (amahon@onpointglobal.com) to Manuela

Moncayo (mmoncayo@onpointglobal.com), copying Danielle Ciolfi

(dciolfi@onpointglobal.com) and Brent Levison (blevison@onpointglobal.com), dated

January 9, 2018, with email subject "Re: Guides examples." A copy of this email is

attached hereto as **Attachment W.**

33. I located an email from Burton Katz (bkatz@onpointglobal.com) to Robert Zangrillo

(bob@dragonglobal.com), dated January 11, 2018, with email subject "Fwd: content

blitzscaling," and stating "fyi." A copy of this email is attached hereto **Attachment X.**

34. I located an email from Chris Sherman (csherman@onpointglobal.com) to Ramiro

Baluga (rbaluga@onpointglobal.com) and Elisha Rothman

(erothman@onpointglobal.com), dated January 14, 2018, with email subject "Path Flow,"

attaching a document "Path Flow and Offers.docx" and stating, "Path flow for system 1

and tonic. Lemme know if any questions. We can make prettier. I did it on section 8 but

wondering if we should add in another domain as well." A copy of this email is attached

hereto as **Attachment Y.**

35. I located an email from Mina Rofeh (mrofeh@onpointglobal.com) to Burton Katz

(bkatz@onpointglobal.com) and Bob Zangrillo (bzangrillo@onpointglobal.com),

copying Megan Black (Megan@dragonglobal.com), dated March 28, 2018, with email

subject "Revised Investor Deck v59," and attaching a document,

"OnPoint_Investors_Presentation_59.pdf." The attachment is a set of presentation slides

that lists Burton Katz as "Founder/CEO" and Robert Zangrillo as "Chairman" on pages

titled "Leadership" (*see* **Attachment Z pp. 11-12**) and "Team." A copy of this email is attached hereto as **Attachment Z.**

36. During my review, I located twenty-one additional emails containing correspondence between the individual defendants and others. Copies of these emails are attached hereto as **Attachments AA and AB.**

Executed in Washington, DC this _____ day of _____ 2020.

_____

Lashanda L. Freeman

Attachment A

Kitchen

Restrooms

AVAILABLE

Gabriela Mendivil

Kimberly Fernandez

Sara Ayala

Leesa Lowe

India Amos

Sasha D.

avail

avail

avail

avail

Abdi B

avail

Sam Garcia

Martina B

Gersom Bustos

Victoria Lorido

Sara C.

Jen Dellis

Burton Katz & Bob Bellack

AVAILABLE

Ryan Marshall

Brent Levison & Ramiro Baluga

Chris Jalil

Nicholas Rodriguez

Caitlin Diamante

Pablo Diaz

Patrick McGowan

Bianca Benedi

Binta Dixon

Carlos Oleachea

Gelsey Brizo

Meagan Cahuasqui

Bernardo Simoes

Catherine Flores

Katia Canete

Andrew Perez

Candice Nestel

Christen Chacon

AVAILABLE

Laura Arroyave

Angela Grant

Gregg Schapiro

Jessica Suarez

Manuela Moncayo

Paola Gutierrez

Liza Vallejos

Ariel Dayan

Victor Sales

Karel Diaz

Mauricio Rodriguez

Charles Ohana

Nadia Peshev

Yohann Taieb

Ayelin Rodriguez

Conference Room

Daniela Quiroga

Tehilla Drori

Sarai Jaimes

Nicole Franco

Main Entrance

Carlos Garcia

Mina Rofeh

Belkis Ballesteros

Restroom

Main Kitchen

Second Entrance

On-site Parking

Kitchen Booth

Kitchen Booth

Kitchen Booth

Kitchen Hangout Area

Arlene Mahon

Availabl

Alicia Nuche

Gabriel Penaloza

Carmen Pena

Yasmin Abud

Marie Pimentel

Connor Christie

Gino Lezcano

PX 25: Declaration of Lashanda Freeman
Attachment A: Page 1

PX 25: Declaration of Lashanda Freeman
Attachment A: Page 2



PX 25: Declaration of Lashanda Freeman
Attachment A: Page 3



PX 25: Declaration of Lashanda Freeman
Attachment A: Page 4

Attachment B



UNITED STATES OF AMERICA
**FEDERAL TRADE COMMISSION**
WASHINGTON, D.C. 20580

Division of Enforcement
Bureau of Consumer Protection

## *FTC v. OnPoint Global, et. al*

# DOCUMENTS OBTAINED FROM DEFENDANTS' BUSINESS PREMISES

### 350 NE 60th Street, Miami, Florida 33137

**DATE: December** _____ 18 _____ **2019**

**FTC STAFF INITIALS:** _____ SRW _____

**LOCATION OF ORIGINAL DOCUMENTS:**

Office 2, Sarai Jaimes, bottom drawer, blue folder marked "HR Priorities Meetings"

**CUSTODIAN (if known):**

Sarai Jaimes

**ADDITIONAL DESCRIPTION:**

org chart



PX 25: Declaration of Lashanda Freeman
Attachment B: Page 2

Attachment C



UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Division of Enforcement
Bureau of Consumer Protection

## *FTC v. OnPoint Global, et. al*

# DOCUMENTS OBTAINED FROM DEFENDANTS' BUSINESS PREMISES

### 350 NE 60th Street, Miami, Florida 33137

DATE: December ___18___ 2019

FTC STAFF INITIALS: ___Sew___

**LOCATION OF ORIGINAL DOCUMENTS:**

Office 2, Sarai Jaimes, bottom drawer, unmarked blue folder

**CUSTODIAN (if known):**

Sarai Jaimes

**ADDITIONAL DESCRIPTION:**

- Email printouts
- domain category list



Sarai Jaimes <sjaimes@onpointglobal.com>

## today's call

**Sarai Jaimes** <sjaimes@onpointglobal.com>                                      Wed, Apr 11, 2018 at 11:55 AM
To: Burton Katz <bkatz@onpointglobal.com>

Good morning Burt,

Thanks for the feedback. Below find my answers:

**1) Seating arrangement:** find attached the seating chart with the proposal. The dark blue desks would be the shared desks and the green ones would be the available desks (4 in total). This would be a temporary arrangement while the new space next to finance is ready. **Note: please know that Karel Becerra was moved to the finance area.

*1) Change wcd under Josh (-1de)*

**2) Org Chart:** Changed communities under Ramiro. You can find the org chart with this changed attached or you can log in into Gliffy.

*2) Gregg under Ramiro & charlie III 3) Chudy under Product*

**3) Culture PP:** I really like the idea of having and actual document that mentions more than just our values or behaviors. Below my comments:

- I added a couple suggestions in red, including the question "What values?" in three different parts of the presentation since we only talk about behaviors. If you are referring to these same behaviors then I believe it is better to replace the word "values" with "behaviors" or if you are referring to actual values, include them at least the first time the word "values" comes up.

- I changed the order of the last four slides. It seems to me that it makes sense to present the actual core behaviors right after slide 4 where you mention that we believe in behaviors rather than values. After this slide, the additional information about the culture seems like a good transition to then show the mechanisms to implement it, since you mention this on slide 6.

- The last slide about culture evaluation and review seems more like something to share with leadership rather than the whole staff, but this ultimately depends on what you want to include or not.

- Lastly, it feels like we need to end it with some sort of final idea maybe a quote of yours or a quick summary.

**4) Biz Dev role:** I'll be waiting for the reviewed version you will send me.
[Quoted text hidden]

---

**3 attachments**

**Org Chart - April 2018.jpg**
751K

**Seating Chart - March 2018.pptx**
46K

**CULTURE DOC NEW.pptx**
56K

*5) Job slots - LinkedIn*

*6) Interview with wesley (next week)*

*7) Equipment for celia.*

*8) list of managers for benefits class coode.*

*9) Tehillals NDA - sign*

*10) Marie's bonus  * Aneneko handle*
*75% (5% -10%) = $3,750*



Sarai Jaimes <sjaimes@onpointglobal.com>

## Benefits Class Code for Managers
2 messages

**Sarai Jaimes** <sjaimes@onpointglobal.com>                    Mon, Apr 16, 2018 at 6:43 PM
To: Arlene Mahon <amahon@onpointglobal.com>

Hi Arlene,

As per our conversation, here is the list of employees who can be classified as Managers for benefits purposes:

*Executives* (handwritten, vertical left margin)

1) Arlene Mahon (Currently in Executive class code)
2) Chris Sherman (Currently in Executive class code)
3) Charlie Eissa (Currently in Executive Class Code)
4) Charles Ohana (Currently in this Class Code)
5) Bob Bellack
6) Danielle Ciolfi
7) Alicia Nuche
8) Gabriel Penaloza
9) Chris Jalil
10) Sarai Jaimes
11) Nadia Peshev (Pending)
12) Mauricio Rodriguez (Pending)

*Executives:* (handwritten)

*Mgrs* (handwritten)

Best,  *Brent Burton* *Eli* (handwritten)



**Sarai Jaimes**
Human Resources Manager
**Phone:** 786-409-7166
**Email:** sjaimes@onpointglobal.com
**Website:** onpointglobal.com

**Arlene Mahon** <amahon@onpointglobal.com>                    Mon, Apr 16, 2018 at 7:40 PM
To: Sarai Jaimes <sjaimes@onpointglobal.com>

Great.  We need Burton's approval tomorrow, together with everything else on your list.  When you're going to go talk to him, please let me know so I can also discuss the s/t disability and maternity/paternity plan.



**Arlene Abreu Mahon**
SVP Finance & Accounting
**Phone:** 305-510-2430 (cell)
**Email:** amahon@onpointglobal.com

Please make note of my new company email address.
[Quoted text hidden]



Sarai Jaimes <sjaimes@onpointglobal.com>

---

## Job Slots on LinkedIn

---

**Sarai Jaimes** <sjaimes@onpointglobal.com>               Thu, Apr 5, 2018 at 2:58 PM
To: Burton Katz <bkatz@onpointglobal.com>
Cc: Alicia Nuche <anuche@onpointglobal.com>

Hi Burt,

Our annual fee is $24K, but we are billed every quarter ($6,000). You asked me how much this is on a monthly basis and that's $2,000.

At this point, to add 5 more job slots, we would have to pay $3,437.50 for the remaining 7 months in our annual contract. If I calculate how much this is based on monthly payments (7), which is what you requested, it's an additional $491.07/month.  *full amount billed right away.*

However, we are not billed on a monthly basis and since this is an specific case that we are including in the middle of our contract, I am not sure if LinkedIn sends an invoice for the full amount now or if they include it in the following quarterly payments.

I am waiting on our LinkedIn representative to confirm and will let you know.
[Quoted text hidden]

*Approved by BK.*



PX 25: Declaration of Lashanda Freeman
Attachment C: Page 5

| Name of Employee | Position | Start Date | Comments |
|---|---|---|---|
| Catherine Flores | Online Writer | 04/24/2018 | |
| India Amos | Junior Online Writer | 04/23/2018 tentative | Pending signed offer letter |
| Mark Von der Osten | Video Production Specialist | 04/30/2018 tentative | Pending signed offer letter & background check |
| Christopher Derrett | Junior Video Content Creator | 05/01/2018 | Pending signed offer letter |
| Maytinee Kramer | Junior Online Writer | 05/07/2018 | |
| Martina Bretous | Junior Online Writer | 05/07/2018 | |
| Laura Arroyave | Social Media Intern | 05/07/2018 | Pending completed background check |

PX 25: Declaration of Lashanda Freeman
Attachment C: Page 6

Proposed Seating Chart



PX 25: Declaration of Lashanda Freeman
Attachment C: Page 7

Attachment D



UNITED STATES OF AMERICA
## FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Division of Enforcement
Bureau of Consumer Protection

### *FTC v. OnPoint Global, et. al*

# DOCUMENTS OBTAINED FROM DEFENDANTS' BUSINESS PREMISES

### 350 NE 60th Street, Miami, Florida 33137

**DATE:** December ___16___ 2019

**FTC STAFF INITIALS:** ___SRW___

**LOCATION OF ORIGINAL DOCUMENTS:**

Office 4, hutch – top of desk surface behind Burton Katz desk

**CUSTODIAN (if known):**

Burton Katz (likely)

**ADDITIONAL DESCRIPTION:**

- OnPoint investor deck
- OnPoint onboarding letter
- Company culture survey narrative

Company Culture Survey

# Q20 What 1 or 2 things could the company do to make you more productive or successful?

Answered: 34     Skipped: 21

| # | RESPONSES | DATE |
|---|-----------|------|
| 1 | - | 4/22/2019 3:24 PM |
| 2 | Overall, I'm happy working at OnPoint. The environment and the culture it's great. I would suggest to include more team/squad meetings in order to have all the current/future goals clear and align. Also, since we are a global company and we work with teams remotely, those group meetings will help the team members to know each other, understand what they do and how we can have some help from them. | 4/18/2019 11:47 AM |
| 3 | Communicate effectively the goals of the company as a whole, and not only the goals for each department. Motivate and reward. | 4/17/2019 9:00 AM |
| 4 | I think it would be nice if the company could provide a device to elevate the laptops so that it makes the work environment more ergonomic. | 4/16/2019 12:01 PM |
| 5 | 1) Give clearer objectives 2) Take my feedback better | 4/16/2019 10:36 AM |
| 6 | Firstly, I would really like the company to offer products with more added value to the users. Guides are sometimes confusing for the people and that causes problems for us such as suspensions from our main platforms Google & Bing. Secondly, it would be great if our company could know more about the clients, who are people, but sometimes are treated as "Conversions" or "Clicks. Or organize in another way the information we already have, be more client focused. Thirdly, offer better paid salaries. We help the company grow fast and provide excellent revenues. I feel it's not translated to our salaries. | 4/16/2019 10:20 AM |
| 7 | Allocate time to work on other skills with other departments | 4/16/2019 9:33 AM |
| 8 | Probably 8 ours per day of work instead 9. | 4/15/2019 5:03 PM |
| 9 | Recognize accomplishments | 4/15/2019 1:35 PM |
| 10 | More training/courses/etc to develop new skills | 4/15/2019 10:36 AM |
| 11 | Productive - better conferencing tools, proper headphones or headset to take calls/have meetings when Conference Room & Phone Booths are occupied. Reduce eco-foot print - there is no recycling taking place. We use paper plates & plastic utensils but don't provide places to recycle them. The K-Cups from the coffee makers also need to be recycled. This should be easy, and I would love to see OnPoint phased out of these 3 by the time we're in our new office. | 4/13/2019 3:38 PM |
| 12 | Better tools | 4/13/2019 9:10 AM |
| 13 | 1. an organization chart that clearly lays out the entire business, each of the departments, and employees' basic responsibilities within each department. Both to help facilitate problem solving and to allow more effective collaboration between departments | 4/12/2019 6:15 PM |
| 14 | I would like a little bit more communication, more meetings to be aware of new changes or new releases, etc. | 4/12/2019 5:29 PM |
| 15 | provide more support to the ones who are pursuing a career within the company, feedback and information about the position they are looking for. | 4/12/2019 2:42 PM |
| 16 | From my understanding, some of the money we earn comes from a service that has, at least in the past, tried to misrepresent itself as something other than a how-to guide. This did not make me feel good about our work and feels like the opposite of our company goals to enable and empower customers. Having our team write and edit "reputation management" posts from "third-party" individuals felt so disrespectful to in-house and freelance employees alike. | 4/12/2019 1:55 PM |
| 17 | 1. Have a QA team with focus in automation increase the product quality to support the growth of the business. 2. Implement monitoring systems to evaluate the product performance and provide a better product experience to our customers. 3. Have more town hall meetings about important projects in the company. | 4/12/2019 1:53 PM |

PX 25: Declaration of Lashanda Freeman
Attachment D: Page 2

Company Culture Survey

| 18 | Provide us more responsibilities to can put in practice the skills and also learn new ones | 4/12/2019 1:36 PM |
|---|---|---|
| 19 | Regular leadership updates | 4/12/2019 1:11 PM |
| 20 | 1. In my personal opinion it would be great if the company makes recognition to the department of management. 2. Also, I think it would be better if the company applies feedback at least twice per year, with that, the company can assure that the employees can improves their job. | 4/12/2019 12:58 PM |
| 21 | Use my abilities in a more efficient way to be able to give more satisfactory results | 4/12/2019 12:14 PM |
| 22 | In the way squad work, sometimes lost time in details that could be solved if we didn't work in this way. These issues must be reviewed so that the loss of time isn't a problem. You also have to Keep in mind that we are in different schedules and you should place the importance that merits this. Thanks | 4/12/2019 12:04 PM |
| 23 | 1. Improve intra and inter squad communication. 2. Pay attention to the input and expert advise of those involved in the task execution --i.e. not management positions. | 4/12/2019 12:02 PM |
| 24 | Taking the time to make better processes, hiring more lower level employees then managers, make more realistic deadlines for the work permitted, get better resources and processes | 4/12/2019 11:54 AM |
| 25 | In This case I believe that a "finish line" would ve a great idea, it gives you a feeling of achievement when you complete a task | 4/12/2019 11:40 AM |
| 26 | Offer training sessions/workshops on various aspects of the company. For instance, the content team got a SEO/Keywords and Media Buying workshop that really helped to understand why we use them and especially HOW to use them. It would be nice to gain more knowledge in areas that extend beyond our roles to be as helpful as we can to the company. How can we step up when we don't know how other teams operate and the tools they use? Also, the content team is not very integrated with other departments. No cross-collaboration, only occurred with video production team. The squads are definitely helping with that but it is very slow-moving. Would be nice if we were a part of regular meetings to understand the impact of our content and have metrics on how the content is doing, what works, what doesn't, what factors influence it etc... | 4/12/2019 11:27 AM |
| 27 | Be more organized and forthcoming with information and objectives. How does everyone's work accomplish company goals? Come up with ways to quantify what every position contributes to the overall success of the company to see where our strength or weaknesses are. Overall, a clearer vision for each squad and department would be ideal, and hopefully it will lead to better organization within the squads when everyone is on the same page and working towards the same goal. If your work does not show clear results because you are unsure of what you need to accomplish, it is hard to be driven without a goal. | 4/12/2019 11:24 AM |
| 28 | better healthcare options/pricing | 4/12/2019 11:23 AM |
| 29 | Having clear goals for the team and knowing more about the specific strategy of the company for the next few months and how every team can help achieve the global goals. | 4/12/2019 11:23 AM |
| 30 | I would appreciate having the occasional opportunity to work remotely, especially because the work I do is all on the computer. Also, I would like to have a greater opportunity to interact with team members in other offices. | 4/12/2019 11:22 AM |
| 31 | Better communication of company-wide issues and results. | 4/12/2019 11:21 AM |
| 32 | I think the company has recently taken great strides in this regard. | 4/12/2019 11:19 AM |
| 33 | Better team communication and clear objetives | 4/12/2019 11:16 AM |
| 34 | Share roadmaps through managers Promote trainings across teams | 4/12/2019 11:16 AM |

Attachment E



PX 25: Declaration of Lashanda Freeman
Attachment E: Page 4

PX 25: Declaration of Lashanda Freeman
Attachment E: Page 2

**International**

- Processing
- ⊕ Corp Formation → Domestic 14N
  → relationships — MP?
    - SOFA — MP?
    - Jared (Boylor)
    - AOL → To be explored
    - user (Omar)
  → Team
    - performance
    - Product
    - Team/Wadiya
    - Call center?

**De-RISK**

- languar
  Eecu DL
  India DL/payroll

**TOOLS**

- Tools?
- 3D
- Bananions
- PayM
- uod
- nofsa
- VMPI
- Fraud Alerts/R.R.
- Reputation management(fw)
- Pay-by-phone
- order Designs

- Dynamic Bizzup
- MP API
- Disputes
- Documents
- Dynamic charging & retraining

**Develop**

**Business**

- Econm stakeholders
  Mo
  Running
  Proxime (Wind + el)
  Tromine
  → Andres
    - Vilene
    - Carlos
    - Zonification, Dyan,Dani
    - Andreas

**TECH**

- Sprint

Pf

Attack har

**Projects**

- Passports Migration ← billing
- Wadiya Widget ← Forms
- Wadiya 2.0 reporting
- Chucky Adaptive reforming
- Pay by-phone
- Dynamic Churn/roland
- Wadiya Payment API (9Mba)
- Order Designs (?)
- (VLIPIE)
- MP API

**USA**

Processing relationships → (Loran, cant → Dynamic Agreement?)
→ Merchant services → Alex
→ Monetize-plowe — 7,5? + 80/30+$20,00

180 ← → Splash → Andrew Sales → 101-101
MOD? ← Payfac → Jared/Bronce — 4:1
→ Gateway → Paragon (9)Michele — 4:1
→ Processors → CDA Human — 11/mann.
  → 9 Corps 3 URL's
  → processing → SAFA

Other relationships
→ Ryan ← Venture CGA
        ← 3? Groom
        ← VAPI

→ Rolo overprice Help
  → (service gems)
  → VLIPI (?)
→ Rue/Ahren Veins
      ← Carlos
      → Order Designs (Wadi mannafees)

⊛
Bamm: Biz Filings





Office 5

Cabinet 2

Attachment F



UNITED STATES OF AMERICA
## FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Division of Enforcement
Bureau of Consumer Protection

### *FTC v. OnPoint Global, et. al*

# DOCUMENTS OBTAINED FROM DEFENDANTS' BUSINESS PREMISES

### 350 NE 60th Street, Miami, Florida 33137

DATE: December _____ 17 _____ 2019

FTC STAFF INITIALS: _____ LF _____

**LOCATION OF ORIGINAL DOCUMENTS:**

Office S, matthew
meyer's desk
→ small white shelf to left
of computer screen.

**CUSTODIAN (if known):**

matthew meyer

**ADDITIONAL DESCRIPTION:**

• New LLC docs, merch.
acct, bank accts.
(opened in Oct./Nov. 2019)

PX 25: Declaration of Lashanda Freeman
Attachment F: Page 1



**OPTIMUMBANK**

November 4th, 2019

Raftaar Media LLC

Reference: Bank Account
  Routing Number: ████5096
  Account Number: ████7174

To whom it may concern:

This letter is to confirm that the above referenced bank account information is active with OptimumBank.

Should you require further information please contact us at the number listed below.

Sincerely,

Giovanni Cumberbatch
Personal Banker
2477 E Commercial Blvd
Ft. Lauderdale, FL 33308
954-900-2846

IRS DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI  OH  45999-0023

Date of this notice:  10-16-2019

Employer Identification Number:
84-3385343

Form:  SS-4

Number of this notice:  CP 575 G

RAFTAAR MEDIA LLC
CHRIS SHERMAN SOLE MBR

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN).  We assigned you
EIN 84-3385343.  This EIN will identify you, your business accounts, tax returns, and
documents, even if you have no employees.  Please keep this notice in your permanent
records.

When filing tax documents, payments, and related correspondence, it is very important
that you use your EIN and complete name and address exactly as shown above.  Any variation
may cause a delay in processing, result in incorrect information in your account, or even
cause you to be assigned more than one EIN.  If the information is not correct as shown
above, please make the correction using the attached tear off stub and return it to us.

A limited liability company (LLC) may file Form 8832, *Entity Classification Election*,
and elect to be classified as an association taxable as a corporation.  If the LLC is
eligible to be treated as a corporation that meets certain tests and it will be electing S
corporation status, it must timely file Form 2553, *Election by a Small Business
Corporation*.  The LLC will be treated as a corporation as of the effective date of the S
corporation election and does not need to file Form 8832.

To obtain tax forms and publications, including those referenced in this notice,
visit our Web site at www.irs.gov.  If you do not have access to the Internet, call
1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.

**IMPORTANT REMINDERS:**

*   Keep a copy of this notice in your permanent records.  **This notice is issued only
    one time and the IRS will not be able to generate a duplicate copy for you.**  You
    may give a copy of this document to anyone asking for proof of your EIN.

*   Use this EIN and your name exactly as they appear at the top of this notice on all
    your federal tax forms.

*   Refer to this EIN on your tax-related correspondence and documents.

If you have questions about your EIN, you can call us at the phone number or write to
us at the address shown at the top of this notice.  If you write, please tear off the stub
at the bottom of this notice and send it along with your letter.  If you do not need to
write us, do not complete and return the stub.

Your name control associated with this EIN is RAFT.  You will need to provide this
information, along with your EIN, if you file your returns electronically.

Thank you for your cooperation.

(IRS USE ONLY)    575G                    10-16-2019  RAFT  O  9999999999  SS-4

Keep this part for your records.        CP 575 G (Rev. 7-2007)

---------------------------------------------------------------------------------

Return this part with any correspondence
so we may identify your account.  Please                        CP 575 G
correct any errors in your name or address.
                                                              9999999999

Your Telephone Number  Best Time to Call  DATE OF THIS NOTICE:  10-16-2019
(      )      -                            EMPLOYER IDENTIFICATION NUMBER:  84-3385343
                                           FORM:  SS-4              NOBOD

INTERNAL REVENUE SERVICE                   RAFTAAR MEDIA LLC
CINCINNATI  OH   45999-0023                CHRIS SHERMAN SOLE MBR

```
        The UPS Store - #4761
        199 East Flagler Street
            Miami, FL 33131
            (305) 372-9877

        10/10/19  12:32 PM

     We are the one stop for all your
    shipping, postal and business needs.

     We offer all the services you need
        to keep your business going.


║║║║║║║║║║║║║║║║║║║║║║║║║║║║║║║║║║║║║║

001 063001 (004)           T1 $  15.00
    Key Fee           NR
002 062201 (004)           T1 $ 300.00
    FS Business Small NR QTY 12
    Reg Unit Price    $   25.00
    Start Date 10/10/19 End Date 10/10/20
003 064001 (004)           T1 $   0.00
    24 Hour Access    NR QTY 12
    Reg Unit Price    $    0.00
    Start Date 10/10/19 End Date 10/10/20
004 064002 (004)           T1 $   0.00
    Call In Service   NR QTY 12
    Reg Unit Price    $    0.00
    Start Date 10/10/19 End Date 10/10/20
005 064003 (004)           T1 $   0.00
    Mail Forwarding   NR QTY 12
    Reg Unit Price    $    0.00
    Start Date 10/10/19 End Date 10/10/20
006 064004 (004)           T1 $   0.00
    Pkg Notify - Emai NR QTY 12
    Reg Unit Price    $    0.00
    Start Date 10/10/19 End Date 10/10/20
007 064007 (004)           T1 $   0.00
    Mail Notify - Ema NR QTY 12
    Reg Unit Price    $    0.00
    Start Date 10/10/19 End Date 10/10/20
008 063003 (004)           T1 $  20.00
    Set Up Fee        NR


              SubTotal $ 335.00
      SALES TAX (T1)   $  23.45
              Total    $ 358.45

      AMERICAN EXPRESS  $ 358.45
ACCOUNT NUMBER *      ************1008
Appr Code: 802488  (I)  Sale

ENTRY METHOD: ChipRead
MODE: Issuer
AID: A000000025010801
TVR: 0000008000
TSI: F800
AC: BA307CD7822E7451
ARC: 00
Mailbox Services Transaction:
    Mailbox # 258
    Customer CHRIS SHERMAN


Thank You CHRIS SHERMAN

 Items Designated NR are NOT eligible
  for Returns, Refunds or Exchanges.

Receipt ID 8304135269527188975l 074 Items
CSH: Marjorie      Tran: 9256 Reg: 001

   Thank you for visiting our store.
     Please come back again soon.

 Whatever your business and personal
   needs, we are here to serve you.

       We're here to help.
Join our FREE email program to receive
    great offers and resources.

     www.theupsstore.com/signup
```

November 13, 2019

Raftaar Media LLC

███████████████████

Reference: Bank Account: ███████7174
Routing Number: ███████5096
Account Number: ███████7174

To whom it may concern:

This letter is to confirm that the above referenced bank account information is active with OptimumBank.

Should you require further information please contact us at the number listed below.

Sincerely,

Giovanni Cumberbatch
Personal Banker
2929 E Commercial Blvd
Ft. Lauderdale, FL 33308
954-900-2846

*2929 East Commercial Boulevard, Ft. Lauderdale, FL 33308*     *Website: www.optimumbank.com*
*Main: (954) 900-2850*



Merchant Name: PostalAddressChangeServices.org  ID#:                    Email: ████████████

## PROGRAM SELECTION

### EQUIPMENT

| ☐ Terminal | ☐ Pin-Pad | ☐ Mobile or USB Card Reader |
|---|---|---|
| Terminal Type: | Pin-Pad Type: | Card Reader Type: |
| Quantity: | Quantity: | Quantity: |
| Placement Agreement: ☐ | Placement Agreement: ☐ | Per Device Monthly Fee: $ |
| Purchase Price: ☐ $ | Purchase Price: ☐ $ | Placement Agreement: ☐ |
| Rental: ☐ $ ___ Deposit Amount Per Unit | Rental: ☐ $ ___ Deposit Amount Per Unit | Purchase: ☐ $ |
| $ ___ Monthly Rental Fee Per Unit | $ ___ Monthly Rental Fee Per Unit | Rental: ☐ $ ___ Deposit Amount Per Unit |
| | | $ ___ Monthly Rental Fee Per Unit |

### GATEWAY TYPE

☑ Merchant One Gateway  ☐ Payeezy
☐ Authorize.net  ☐ Clover Gateway
☐ Paytrace

Gateway Set Up Fee: $ 0.00
Gateway Monthly Access Fee: $ 10.00
Pe Tra...on Fee: $ 0.10
...k Email: raftaarmediallc@gmail.com  ☑ Same As Above

### WIRELESS MACH...

☐

(handwritten note on pink sticky: RaPtaar Postal Addras ChangeServices.org)

Jp Fee: $ ___ (Per Wireless Machine)
...thly Access Fee: $ ___ (Per Wireless Machine)
...on Fee: $ ___
...ntity:

## ...RMATION

### SHIPPING INFOR...

☐ Ground Shipping -
☐ 3 Day Shipping - $1...
☐ 2 Day Shipping - $3...
☐ Overnight Shipping...
☐ Saturday Delivery - $75.00

City:          State:          Zip:

### PAYMENT INFORMATION

☑ ACH DDA on file  DDA Account Number: ████7174  DDA Routing Number: 067015096
Bank Name: Optimum Bank  Account Name: Raftaar Media, LLC

☐ Credit Card (requires separate credit card authorization form)

Merchant Initials AD

| Total Equipment: $ ___ | Total Shipping: $ ___ | Total Tax: $ ___ |
|---|---|---|
| (Total amount to be charged does not include any monthly recurring charges) | | Total Amount: $ 0.00 |

HR



Merchant One

---

**Merchant Name:** PostalAddressChangeServices.org   **ID#:**                    **Email:** raftaarmediallc@gmail.com

## PROGRAM SELECTION

### EQUIPMENT

☐ **Terminal**                    ☐ **Pin-Pad**                    ☐ **Mobile or USB Card Reader**

| | | |
|---|---|---|
| Terminal Type: | Pin-Pad Type: | Card Reader Type: |
| Quantity: | Quantity: | Quantity: |
| Placement Agreement: ☐ | Placement Agreement: ☐ | Per Device Monthly Fee: $ |
| Purchase Price: ☐ $ | Purchase Price: ☐ $ | Placement Agreement: ☐ |
| Rental: ☐ $ ___ Deposit Amount Per Unit | Rental: ☐ $ ___ Deposit Amount Per Unit | Purchase: ☐ $ |
| $ ___ Monthly Rental Fee Per Unit | $ ___ Monthly Rental Fee Per Unit | Rental: ☐ $ ___ Deposit Amount Per Unit |
| | | $ ___ Monthly Rental Fee Per Unit |

### GATEWAY TYPE

☑ **Merchant One Gateway**      ☐ **Payeezy**
☐ **Authorize.net**             ☐ **Clover Gateway**
☐ **Paytrace**                  ☐ **Other**

Gateway Set Up Fee:          $ 0.00
Gateway Monthly Access Fee:  $ 10.00
Per Transaction Fee:         $ 0.10
Activation Link Email:       raftaarmediallc@gmail.com   ☑ Same As Above

### WIRELESS MACHINE

☐

Wireless Set Up Fee:          $ ___ (Per Wireless Machine)
Wireless Monthly Access Fee:  $ ___ (Per Wireless Machine)
Per Transaction Fee:          $ ___
Terminal Quantity:            [     ]

## SHIPPING & PAYMENT INFORMATION

### SHIPPING INFORMATION

☐ Ground Shipping - $9.95           Attn:
☐ 3 Day Shipping - $19.95           Address 1:
☐ 2 Day Shipping - $35.00           Address 2:
☐ Overnight Shipping - $45.00       City:              State:              Zip:
☐ Saturday Delivery - $75.00

### PAYMENT INFORMATION

☑ **ACH DDA on file**   **DDA Account Number:** 0210017174   **DDA Routing Number:** 067015096

**Bank Name:** Optimum Bank   **Account Name:** Raftaar Media, LLC

☐ **Credit Card** (requires separate credit card authorization form)

---

**Merchant Initials** AD

| Total Equipment: $ | Total Shipping: $ | Total Tax: $ |
|---|---|---|
| (Total amount to be charged does not include any monthly recurring charges) | Total Amount: $ | 0.00 |

HR



## SERVICES AGREEMENT

This Services Agreement ("Agreement") is made effective as the date set forth below by and between Merchant One, Inc. ("Merchant One") and the entity and/or individual whose name and address are set forth below ("Merchant").

1. **Equipment.** Merchant hereby appoints Merchant One to be the exclusive provider of merchant accounts, equipment and related goods and services that allow businesses to process credit card, debit and automated clearing house transactions (the "Merchant One Services") to Merchant and Merchant shall not process credit cards through any competitor of Merchant One. Merchant One shall provide to Merchant an equipment placement ("Equipment") or rental equipment as determined by Merchant One and set forth herein. Merchant acknowledges that Merchant will receive Equipment from Merchant One with the consideration that the Equipment is property of Merchant One; Merchant will use the Equipment for business purposes only and for no other purpose; Merchant will maintain the Equipment in good condition and repair. Merchant assumes all risk for damage to the Equipment. Merchant is responsible for all gateway fees that are billed by Merchant One's gateway provider (whether the Merchant gets a gateway from Merchant One or a terminal). If Merchant One provides rental Equipment to Merchant, Merchant hereby promises to pay the deposit amount (refundable if the Equipment is returned to Merchant One except as otherwise set forth herein) and the monthly amount set forth herein each and every month due starting with the effective date shown herein and every thirty (30) days thereafter for the term of this Agreement, and any automatic renewal term of this Agreement, for the rental of the any Equipment Merchant One provides to Merchant.

2. **Term and Termination.** The initial term of this Agreement shall be for a period of three (3) years, commencing on the date first set forth below. This Agreement shall thereafter be automatically renewed for additional terms of one (1) year each unless either party notifies the other no later than thirty (30) days prior to the end of the current term that it does not wish to renew this Agreement. Merchant One may cancel this Agreement for any reason, or no reason at all, by providing Merchant with seven (7) days notice. Upon any termination of this Agreement, Merchant must return the Equipment to Merchant One within seven (7) calendar days. If Merchant violates any of the terms and conditions of this Agreement, including, but not limited to, by ceasing processing payments with Merchant One, then Merchant One may charge a termination fee in an amount equal to $ 0.00 ____. In the event Merchant fails to return the Equipment upon request by Merchant One, by the return date set forth below or returns any Equipment which is damaged, defective, malfunctioning, or is not in good working order, Merchant shall purchase the Equipment for the full retail price of the Equipment which is as follows: $450.00 per credit card terminal, $225.00 per pin pad, $225.00 per mobile or USB card reader and $65.00 per power cord. Merchant hereby authorizes Merchant One to debit any charges due by Merchant under this Agreement from any checking, savings, credit card or any other type of account provided by Merchant to Merchant One and Merchant One may use any deposit to pay said amounts due under this Agreement.

3. **Disclaimer of All Warranties.** Merchant One disclaims all warranties, express or implied, including but not limited to the implied warranties of fitness for a particular purpose and merchantability. Merchant One shall have no liability in contract, tort, negligence or otherwise to Merchant or any other third party arising out of any of products or services provided under this Agreement. Merchant One shall not be liable to Merchant or any third party for any liquidated, indirect, consequential, exemplary or incidental damages (including damages for loss of business profits, business interruption, loss of business information, and the like) arising out of this Agreement even if Merchant One has been advised of the possibility of such damages.

Merchant shall indemnify, defend, protect, and hold Merchant One harmless and pay Merchant One for any amounts incurred by Merchant with any of Merchant One's vendors that Merchant One has to pay on behalf of Merchant (plus any additional amounts due to said vendors from Merchant) and also for any additional amounts incurred by Merchant One on behalf of Merchant in providing the Merchant One services to Merchant.

4. **Indemnity.** Merchant agrees to indemnify, defend, and hold harmless Merchant One, its employees, referral partners and agents from and against any loss, liability, damage, penalty or expense (including attorneys' fees, expert witness fees and cost of defense) they may suffer or incur as a result of (i) negligence of Merchant or its subcontractors, agents or employees, or (ii) any alleged or actual violations by Merchant or its subcontractors, employees or agents of any card association rules, PCI standards, governmental laws, regulations or rules including, but not limited to, any applicable fines and fees.

Merchant Initials  AD

HR

Merchant One

5. **Release.** Merchant and its heirs, agents, representatives, and employees, and each of them, hereby forever release and discharge Merchant One and each of its past, present and future businesses, affiliates, parents, subsidiaries, joint venturers, assigns, trustees, owners, principals, officers, directors, shareholders, agents, employees, independent contractors, attorneys, insurers, and representatives, and each of them, of and from any and all liability, claims (legal or administrative), defenses, causes of action, obligations, duties, penalties, attorneys' fees, costs, damages, injuries, or liabilities of any nature whatsoever, whether based on contract, tort, statute or other legal or equitable theory of recovery, whether now known or unknown, whether past, present or future, which the now has, claims to have had, or otherwise may have, arising out of, or concerning, whether directly or indirectly, Merchant's failure to comply with the applicable laws, card association rules and PCI Standards.

6. **Miscellaneous.** This Agreement sets forth the entire agreement and understanding of the parties hereto in respect of the subject matter contained herein, and supersedes all prior agreements, promises, covenants, arrangements, communications, representations or warranties, whether oral or written, by any officer, partner, employee or representative of any party hereto. No amendment or modification to this Agreement, nor any waiver of any rights hereunder, shall be effective unless assented to in writing by both parties. Should suit or arbitration be brought to enforce or interpret any part of this Agreement, the prevailing party shall be entitled to recover its reasonable attorneys' fees and costs, including expert witness fees and fees on any appeal. The parties hereby agree that any suit to enforce any provision of this Agreement or arising out of or based upon this Agreement or the business relationship between the parties hereto shall be brought in Florida. This Agreement may be executed in two or more counter-parts or by fax, each of which shall be deemed an original, all of which together shall constitute one and the same instrument. Merchant hereby authorizes Merchant One to obtain credit reports on the employees, owners, officers and directors of the Merchant.

Date: _____

**Merchant One, Inc.**

By: _____

Merchant Name: PostalAddressChangeServices.org

By: _____

Address: 905 Brickell Bay Dr Apt 1422 Miami, FL. 33131

**PERSONAL GUARANTY:** The undersigned unconditionally and irrevocably guaranties to Merchant One the prompt payment and performance of the terms and conditions outlined in this Agreement. This Guaranty is a guaranty of payment and not merely one for collection.

Print Name: Ariel Dayan

Signature: _____

HR

 **MERCHANT APPLICATION**

(877) 203-6624
support@payarc.com

## 1. MERCHANT CHECKLIST

**Failure to complete all sections may result in rejection of your application and admittance into the PayArc processing program. Principal(s) signing this application must total at least 51% ownership.**

<u>**MERCHANT DOCUMENTATION REQUIRED**</u>

**For all merchant processing $100,000 or less monthly**

☐ Signed and completed merchant application form with personal guarantee

☐ Voided check showing legal name and company address/letter from financial institution confiming bank details, or deposit slip and starter check

☐ Articles of incorporation

☐ Completed MOTO/Internet Questionnaire with PCI Compliance Certificate and Questionnaire

☐ If applying for e-commerce, website must be fully functional and must contain, at a minimum: Secure Payment Page, Return/ Refund Policy, Terms and Conditions, Privacy Policy, Shipping Policy, Currency of Transaction, Contact Information and a complete description of goods/services sold. You must also include a non-expiring user name and password.

☐ 501(c) for non-profit organizations, if not available online

☐ If MOTO, copies of any brochures, ads, or catalogs, as applicable, and a complete description of your business model, including but not limited to target market, advertising, description of goods and services being sold, return policy, and a description of how orders are placed, processed, and fulfilled

☐ Three consecutive months' processing statements dated within the last 90 days

**For merchants processing over $100,000 a[...]required documents:**

☐ Two (2) years recent financials or corporat[...]

☐ Two (2) years of personal financial statem[...]prietorship or partnership)

**For ALL MOTO/eCommerce merchants, in a[...]cuments when requested:**

☐ Copy of principal's valid government ID a[...]

☐ Two (2) years recent financials or corporat[...]

☐ Two (2) years of personal financial statem[...]

*Handwritten note: Raftaar PayArc Postal address chng sarvar*

**PLEASE NOTE:**
- Each item listed above is required before y[...]
- Once the application has been completed[...]

**SUMMARY OF BUSINESS (Please describ[...]uding pricing):**

Postal Address Change Service

---

PayArc Merchant Application v.20171114.docx

1

Initials: AD

 Please... INITIAL HERE

 **MERCHANT APPLICATION**   (877) 203-6624
support@payarc.com

## 1. MERCHANT CHECKLIST

**Failure to complete all sections may result in rejection of your application and admittance into the PayArc processing program. Principal(s) signing this application must total at least 51% ownership.**

<u>**MERCHANT DOCUMENTATION REQUIRED**</u>

**For all merchant processing $100,000 or less monthly**

☐ Signed and completed merchant application form with personal guarantee

☐ Voided check showing legal name and company address/letter from financial institution confirming bank details, or deposit slip and starter check

☐ Articles of incorporation

☐ Completed MOTO/Internet Questionnaire with PCI Compliance Certificate and Questionnaire

☐ If applying for e-commerce, website must be fully functional and must contain, at a minimum: Secure Payment Page, Return/ Refund Policy, Terms and Conditions, Privacy Policy, Shipping Policy, Currency of Transaction, Contact Information and a complete description of goods/services sold. You must also include a non-expiring user name and password.

☐ 501(c) for non-profit organizations, if not available online

☐ If MOTO, copies of any brochures, ads, or catalogs, as applicable, and a complete description of your business model, including but not limited to target market, advertising, description of goods and services being sold, return policy, and a description of how orders are placed, processed, and fulfilled

☐ Three consecutive months' processing statements dated within the last 90 days

**For merchants processing over $100,000 a month, in addition to the above, please provide the required documents:**

☐ Two (2) years recent financials or corporate tax returns

☐ Two (2) years of personal financial statements and tax returns for all principals (only for sole proprietorship or partnership)

**For ALL MOTO/eCommerce merchants, in addition to the above, please provide the required documents when requested:**

☐ Copy of principal's valid government ID and recent (<90 days) utility bill

☐ Two (2) years recent financials or corporate tax returns

☐ Two (2) years of personal financial statements and tax returns for all principals

**PLEASE NOTE:**
- Each item listed above is required before your application can be accepted.
- Once the application has been completed and e-signed please email your account representative.

**SUMMARY OF BUSINESS (Please describe in DETAIL what you do and what you sell including pricing):**

Postal Address Change Service

PayArc Merchant Application v.20171114.docx                    Initials: AD     

PX 25: Declaration of Lashanda Freeman
Attachment F: Page 13

 **MERCHANT APPLICATION**

(877) 203-6624
support@payarc.com

## 2. MERCHANT BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Merchant DBA Name: | PostalAddressChangeServices.org | Merchant Legal Name: | Raftaar Media, LLC |
| Office Address: | 905 Brickell Bay Dr Apt 1422 | Registered Address: | 199 E Flagler #258 |
| Office City: | Miami | Registered City: | Miami |
| Office State: | FL | Registered State: | FL |
| Office Zip: | 33131 | Registered Zip: | 33131 |
| Contact First Name: | Ariel | Federal Tax ID: | 84-3385343 |
| Contact Last Name: | Dayan | Date Incorporated: | 10/16/2019 |
| Contact Phone: | 855-215-2053 | State Of Incorporation: | DE |
| Contact Email: | raftaarmediallc@gmail.com | SIC/MCC Code: | |
| Ownership Type: | ☐Corporation ☐Partnership ☑LLC ☐Publicly Traded ☐Government ☐Non-Profit | | |
| Website: | PostalAddressChangeServices.org | Customer Support #: | 855-215-2053 |

Depository Bank Account Information. Attach voided check for the account listed Name must match legal or DBA name listed on check. By providing the following reference information, you are authorizing Bank to initiate ACH debit and credit trans- actions to said account.

| | | | |
|---|---|---|---|
| Bank Account # / DDA: | 0210017174 | Transit Routing #: | 067015096 |

**Principles (Must Equal 51% Or More Ownership**

**Owner 1:**

| | | | |
|---|---|---|---|
| First Name: | Ariel | Ownership %: | 100 |
| Last Name: | Dayan | Phone Number: | 954-744-0393 |
| Address: | 905 Brickell Bay Dr Apt 1422 | City: | Miami |
| State: | FL | Zip: | 33131 |
| Date Of Birth: | 05/03/1975 | Drivers License #: | D500-000-75-163-0 |
| SSN: | 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 | Drivers License State: | Fl |

**Owner 2:**

| | | | |
|---|---|---|---|
| First Name: | | Ownership %: | |
| Last Name: | | Phone Number: | |
| Address: | | City: | |
| State: | | Zip: | |
| Date Of Birth: | | Drivers License #: | |
| SSN: | | Drivers License State: | |

PayArc Merchant Application v.20171114.docx

2

Initials: AD

 Please... INITIAL HERE

 **PAYAR** **MERCHANT APPLICATION**

(877) 203-6624
support@payarc.com

| Do You Currently Accept Credit Cards? | ☐Yes ☑No | Total Monthly Processing: | $ 65,000.00 |
|---|---|---|---|
| Average Ticket Value: | $ 45.00 | Highest Ticket Value: | $ 45.00 |
| Desired Descriptor: | PostalAddressCh8552152053 | Do You Need Ability To Process Recurring Transactions? | ☐Yes ☑No |
| **Has Merchant Ever Had Processing Account Terminated?** | | ☐Yes ☑No | ☐Personal ☐Business |
| If So, Explain The Reason? | | | |
| **Have Merchant or Owners Ever Filed for Bankruptcy?** | | ☐Yes ☑No | ☐Personal ☐Business |
| If So, what year?: | | | |
| **Method Of Card Acceptance:** | | | |
| Credit Card Swiped: | % | MOTO/Internet: | 100 % |
| Internet Connection: | ☐Ethernet ☐Dial-up | Static IP? | ☐Yes ☑No |
| **AMEX:** | | | |
| I Want To Accept AMEX? | ☑Yes ☐No | How much Amex do you process each year? | 260,000.00 |
| I Have An AMEX ESA#: | | I Want to Accept PayPal?: | ☐Yes ☑No |
| **Site Inspection Required?:** | ☐Yes ☑No | If Yes, Attached Signed Inspection Form | |
| **Sales Rep Name:** | | ☐PayArc ISO ☐Agent ☐Referral Partner | |
| **PayArc GA Code:** | | | |

## 3. BANK DISCLOSURE

**Member Bank Information:** Commercial Bank of California, 19752 MacArthur Blvd., Suite 100, Irvine, CA 92612 Phone: (310) 882-4800

**Important Bank Responsibilities:**

1. Commercial Bank of California is the only entity approved to extend acceptance of Visa products directly to a Merchant.
2. Commercial Bank of California is responsible for educating Merchants on pertinent Visa Operating Regulations with which Merchants must comply.
3. Commercial Bank of California is responsible for all funds held in reserve that are derived from settlement.
4. Commercial Bank of California is responsible for and must provide settlement funds to the Merchant.
5. Commercial Bank of California must be a principal (signer) to the Merchant Agreement

**Merchant Information:** Refer to Merchant Application

**Important Merchant Responsibilities:**

1. Ensure compliance with cardholder data security and storage requirements.
2. Review and understand the terms of the Merchant Agreement.
3. Maintain fraud and chargebacks below thresholds.
4. Comply with all Card Brand's Operating Regulations.

The responsibilities listed above do not supersede terms of the Merchant Agreement or the Merchant Marketing and Processing Agreement between Commercial Bank of California and PayArc, LLC, and are provided to ensure the Merchant understands some important obligations of each party and that the Visa Member - Commercial Bank of California - is the ultimate authority should the Merchant have any problems.

Merchant's Signature: _____  *Please... SIGN HERE*   Date: 11/12/2019

PayArc Merchant Application v.20171114.docx

3

Initials: AD    *Please... INITIAL HERE*

 **MERCHANT APPLICATION**

(877) 203-6624
support@payarc.com

## 4.  MERCHANT APPLICATION AND AGREEMENT ACCEPTANCE

Important Information about Procedures for Opening a New Account: To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents

By executing this Merchant Application on behalf of the merchant described above ("Merchant"), the undersigned individual(s) represent(s), warrant(s), and acknowledge(s) that: (i) All information contained in this Merchant Application ("Application") is true, correct and complete as of the date of this Application; (ii) If the Merchant is a corporation, limited liability company, or partnership, the individual(s) executing this Applica- tion has/have the requisite legal power and authority to complete and submit this Application on behalf of the Merchant and to make and provide the acknowledgements, authorizations and agreements set forth herein on behalf of the Merchant and individually; (iii) The information contained in this Application is provided for the purpose of obtaining, or maintaining, a merchant account for the Merchant with the Sponsor Bank ("BANK") and BANK shall rely on the information provided herein in its approval process and in settling the applicable Discount Rate, Approved Average Ticket, and Approved Monthly Card Volume; (iv) BANK is author- ized to investigate, either through its own agents or through credit bureaus/agencies, the credit of the Merchant and each person listed on this Application;* (v) BANK will determine all rates, fees and charges and  notify Merchant of the approved fees and by Merchant's submission and acceptance of Merchant's first settled transaction, Merchant agrees to pay such approved fees; (vi) The Merchant Agreement (defined below) shall not take effect until Merchant has been approved by BANK and a merchant number has been issued to merchant; and (vii) he/she has received, read, and understood, the terms and conditions set forth at https://payarc.com/agreements/PayArc-CBCal-Terms-and-Conditions.pdf as they may be amended from time to time (the "Terms and Conditions", and together with the Merchant Application, "the Merchant Agreement") and agrees on behalf of the Merchant to be bound by the terms of such Merchant Agreement.

As provided in Section 4.01 of the Terms and Conditions, the term of this Agreement shall be three (3) years; Merchant may terminate this Agreement, in accordance with the procedures of Section 4.01, without cause or penalty within 45 days after the Agreement becomes effective, after which time termination or abandonment of the Agreement without cause may result in assessment of Early Termination Fees.

The Merchant on whose behalf this Application is being submitted acknowledges that this Application is submitted to Commercial Bank of California as the Sponsor Bank by PayArc LLC ("ISO") which shall be a party to this Merchant Agreement. Merchant acknowledges that ISO and Bank shall rely on the representations and warranties set forth in this Application for Merchant Agreement and unless otherwise specified or prohibited by Association or applicable law, ISO shall have all the rights of BANK under this Application and Agreement.

*In the event that an individual listed on this application is a Canadian resident, PayArc LLC shall have the authority to make any inquiries with any third party we consider necessary to confirm your registration with us. This includes your authorization to order a credit report and verifying the information you provide against third-party databases. In the case of US residents, PayArc LLC shall have this same authority, including your authorization to order a credit report.

| MERCHANT | | PAYARC | |
|---|---|---|---|
| By (Principle #1): | _Please... SIGN HERE_ | By: | _____ |
| Date: | 11/12/2019 | Date: | _____ |
| Name: | Ariel          Dayan | Name: | _____ |
| Title: | Owner | Title: | _____ |
| | | | |
| By (Principle #2): | _Please... SIGN HERE_ | | |
| Date: | _____ | | |
| Name: | _____ | | |
| Title: | _____ | | |

By signing above Merchant further acknowledges that they have read, understand and agree to be bound by the terms of PCI Compliance as described on this site: http://www.visa.com/cisp

## 5.  CONTINUING PERSONAL GUARANTY PROVISION – PERSONAL GUARANTOR

By signing below, each individual or entity ("Guarantor") jointly and severally (if there is more than one Guarantor) and unconditionally guarantees to ISO and Bank the prompt payment and full and complete performance of all obligations of the Merchant identified above under the Merchant Agreement, as amended from time to time, including, without limitation, all promises and covenants of the Merchant, and all amounts payable by the Merchant under the Merchant Agreement, including, without limitation, charges, interest, costs and other expenses, such as attorney's fees and court costs. This means, among other things, that ISO or Bank can demand performance or payment from any Guarantor if the Merchant fails to perform any obligation or pay what the Merchant owes under the Merchant Agreement. Each Guarantor agrees that his or her liability under this guaranty will not be limited or canceled because: (1) the Merchant Agreement cannot be enforced against the Merchant for any reason, including, without limitation, bankruptcy proceedings; (2) either ISO or Bank agrees to changes or modifications to the Merchant Agreement, with or without notice to Guarantor; (3) ISO or Bank releases any other Guarantor or the Merchant from any obligation under the Merchant Agreement;(4) any law, regulation, or order of any public authority affects the rights of either ISO, Merchant, or Bank under the Merchant Agreement; and/or (5) anything else happens that may affect the rights of either ISO or Bank against the Merchant or any other Guarantor. Each Guarantor further agrees that: (a) ISO and Bank each may delay enforcing any of its rights under this Guaranty without losing such rights and hereby waives any applicable Statute of Limitations; (b) ISO and Bank each can demand payment from such Guarantor without first seeking payment from the Merchant or any other Guarantor or from any security held by the Bank; and (c) such Guarantor will pay all court costs, attorney's fees, and collection costs incurred by either ISO or the Bank in connection with the enforcement of the Merchant Agreement or this Guaranty, whether or not there is a lawsuit, and such additional fees and costs as may be directed by a court. If the Merchant is a corporation or limited liability company, this Guaranty must be executed by a principal or affiliate of Merchant

| By (Principle #1): | _Please... SIGN HERE_ | By (Principle #2): | _Please... SIGN HERE_ |
|---|---|---|---|
| Date: | 11/12/2019 | Date: | _____ |
| Name: | Ariel          Dayan | Name: | _____ |

PayArc Merchant Application v.20171114.docx

4

Initials: AD          _Please... INITIAL HERE_

PX 25: Declaration of Lashanda Freeman
Attachment F: Page 16

**PAYARC**

## MERCHANT APPLICATION

(877) 203-6624
support@payarc.com

### 6. CORPORATE RESOLUTION

Ariel     Dayan    , the duly elected, qualified and acting  Owner  of a,  Raftaar Media, LLC  , a  LLC  (the "Company"),
Corporate Secretary                                             Officer Title        Legal Corporate Name of Co        Incorporation Status

Do hereby certify as follows: The following resolutions were duly adopted by the board of directors/managing member(s)/general partners (circle one) of the Company: WHEREAS, the Company desires to enter into the Merchant Agreement with Commercial Bank of California Corporation, a California state chartered bank ("Bank") and PayArc LLC, ("ISO"), a Connecticut limited liability company; WHEREAS, pursuant to the terms of the Merchant Agreement, Bank and ISO will provide certain credit card financing and processing for Visa, MasterCard, and Discover® credit card purchases made by the Company's customers; WHEREAS, pursuant to the terms of the Merchant Agreement, (a) the Company may be required to establish a Reserve Account (as defined in the Merchant Agreement) and (b) Bank may require the Company to direct certain funds relating to credit card purchases to such Reserve Account; WHEREAS, pursuant to the terms of the Merchant Agreement, Bank may require the Company to execute instruments evidencing Bank's security interest in the Operating Account (as defined in the Merchant Agreement) and Reserve Account; and WHEREAS, pursuant to the terms of the Merchant Agreement, the Company is required to comply with strict requirements concerning the processing of credit card transactions and the sale of the Company's products. NOW, THEREFORE, BE IT RESOLVED, that the Merchant Agreement by and among the Company, Bank and ISO, pursuant to which Bank and ISO shall act as the Company's exclusive provider of Visa, MasterCard, and Discover credit card financing and processing services, is hereby approved and adopted in the form considered in connection with resolutions, together with such additions, changes or modifications as may be deemed necessary, advisable or appropriate by the officer(s) executing or causing the same to be completed; and RESOLVED FURTHER, that in connection with the Merchant Agreement, the appropriate officer(s) of the Company is/are hereby authorized to establish (a) an Operating Account into which funds from credit card sales by the Company will be directed, and (b) if necessary, a Reserve Account into which funds from credit card sales by the Company may be directed by Bank in accordance with the provisions of the Merchant Agreement; RESOLVED FURTHER, that the Company hereby grants Bank a security interest in the funds held by the Company in the Operating Account and Reserve Account, and the appropriate officer(s) of the Company is/are hereby authorized to execute all documents reasonably required by Bank to perfect such security interests; RESOLVED FURTHER, that the appropriate officer(s) of the Company is/are hereby authorized to enter into such additional agreements, and take such additional actions as may be reasonably required by Bank or ISO in connection with the Merchant Agreement; and RESOLVED FURTHER, that the Secretary/managing member/ general partner (circle one) of the Company is hereby authorized to deliver to Bank and ISO a Certificate (i) identifying the officers of the Company, (ii) verifying the signatures of such officers, and (iii) certifying a copy of these resolutions, and Bank and ISO are hereby authorized to rely on such Certificate until formally advised by a like certificate of any changes therein, and is hereby authorized to rely on any such additional certificates.
Each person listed below (an "Officer") (i) holds the office in the Company indicated opposite his or her name on the date hereof; (ii) the signature appearing opposite his or her name is the genuine signature of each such officer; (iii) each such Officer, acting individually, is authorized to execute and deliver the Merchant Agreement and each of the agreements and documents contemplated by the Merchant Agreement (collectively, the "Transaction Documents") on behalf of the Company; and (iv) each such Officer, acting individually, is authorized to perform the Company's obligations under the Transaction Documents on behalf of the Company.

By (Principle #1):                                    By (Principle #2):
Date:          11/12/2019                             Date:
Name:          Ariel          Dayan                   Name:

In Witness Whereof, I have executed this Certificate this _____ day of _____ , 20_____
By: _____ Owner _____ Corporate Secretary (Print Other Title As well)

### SCHEDULE A – RESERVES, SECURITY DEPOSIT, AND TRANSACTION SETTLEMENT

**RESERVES:** Following the seventh (7th) month of operation (and every month thereafter) the reserves generated from the first (1st) month of operation (and every month there- after) will be forwarded to the Merchant. Unless otherwise required by Bank, the amount of the Reserve Account shall be _____% of the total of all approved and settled Transactions, over the previous six (6) month period, unless increased in accordance with Section 3.05 and this Schedule. In the event of termination, all reserves shall be held until the beginning of the 7th month, rather than repaid each month.

The amount of the Reserve Account shall be amended if the percentage of Chargebacks exceeds 1% of overall processing volume.

**TRANSACTION SETTLEMENT:**

Transactions will be settled _____/week, _____ days  ☐ business ☐ calendar (check one) in arrears.

### SCHEDULE B - CARD, SERVICE, AND EQUIPMENT/SOFTWARE

As of the date of this Agreement, Merchant has requested, and Bank has approved Merchant's use of the following services:

- Authorization services for Visa, MasterCard, Discover, American Express, Diners Club, and JCB
- Transaction processing services for Visa, MasterCard, Discover, American Express, Diners Club, and JCB
- Cardholder Address Verification

PayArc Merchant Application v.20171114.docx

5

Initials: AD

 **MERCHANT APPLICATION**

(877) 203-6624
support@payarc.com

### SCHEDULE C – PRICING

| DISCOUNT RATE (check box of just ONE of the discount rate programs [Tiered/Interchange+/Bundled]) | | | | |
|---|---|---|---|---|
| ☐ Tiered Pricing Visa/MC | Visa/MC | Amex | Discover | All[8] |
| Qualified[1]: | | | | |
| Mid-Qualified[2]: | | | | |
| Non-Qualified[4]: | | | | |
| Tiered Transactions | Visa/MC | Amex | Discover | All[8] |
| Qualified Authorizations: | | | | |
| Mid-Qual Authorizations[3]: | | | | |
| Non-Qual Authorizations[5]: | | | | |

| ☐ Interchange + Pricing | | Interchange + Authorizations | |
|---|---|---|---|
| Interchange + Visa/MC: | 2.00 | Visa/MC Authorizations: | 0.15 |
| Interchange + Amex: | 2.30 | Amex Authorizations: | 0.15 |
| Interchange + Discover: | 2.00 | Discover Authorizations: | 0.15 |

| ☐ Bundled Rate[6]: | | Bundled Authorizations[7]: | |
|---|---|---|---|

| OTHER FEES | | SETUP FEES | |
|---|---|---|---|
| Bank Sponsor Fee: | | Application Fee: | |
| Batch Fees: | 0.35 | Account Updater: | |
| Chargebacks: | 30.00 | Recurring Billing: | |
| Chargeback Reversal: | 0.00 | | |
| Retrievals: | 25.00 | MONTHLY FEES | |
| Account Updater: | | Account Updater: | |
| Discover MAP Auths.: | | PCI Fee: | 10.00 |
| Amex ESA Authorizations: | | Statement Fee: | 10.00 |
| Debit Card Authorizations: | | Online Reporting: | 5.00 |
| EBT Authorizations: | | Gateway: | |
| Voice Authorizations: | 1.75 | Risk Analysis Fee: | |
| Declines: | | Web Monitoring Fee: | |
| Refunds: | | | |
| AVS: | 0.10 | | |
| Gateway Transactions: | | | |
| Per ACH Fail: | 35.00 | | |
| Minimum Monthly Fee: | 25.00 | | |

1 Value represents the qualified rate applied to all transactions
2 Value is applied above true interchange, assessments and bank costs for Mid-Qualified transactions, in which it is charged in addition to the "Qualified  Rate" for any Mid-Qualified transactions
3 Charged in addition to Qualified transactions
4 Value is applied above true interchange, assessments and bank costs for Non-Qualified transactions, in which it is charged in addition to the "Mid-Qualified Rate" for any Non-Qualified transactions
5 Charged in addition to the and Mid-Qualified transactions
6 Value represents discount rate to be charged on all transactions, regardless of qualification level
7 Value represents transaction fee to be charged on all transactions, regardless of qualification level
8 Value represents the qualified rate applied to all card brand networks

**\*\*\*\*\*IF YOU SELL OVER THE PHONE OR ONLINE/INTERNET COMPLETE QUESTIONAIRE ON NEXT PAGE\*\*\*\*\***

PX 25: Declaration of Lashanda Freeman
Attachment F: Page 18

**PAYARC**  MERCHANT APPLICATION

(877) 203-6624
support@payarc.com

### SCHEDULE D – MOTO / INTERNET QUESTIONAIRE

1. Will you accept payment for products/services on your Web site? ☑Yes ☐No, I do not have a Web site. If No, go to 2. Otherwise, provide the name of your SSL provider (e.g., Verisign, Thawte, Entrust, Other – specify): NMI Gateway

2. What % of your products/services will be sold/delivered in the following markets (total must equal 100%)? North America ___100 % Europe _____% Other Markets_____%

3. What percentage do you sell to Business _____% Consumers ___100 %

4. Briefly outline your return policy.: ☐Greater than 30 Days  ☑Less than 30 Days   ☐No Returns  ☐Other (Please Specify): _____ If No Returns, why are refunds not provided?:_____ (If no refunds, go to 9)

5. What % of refunds (to your total monthly sales) is usual? ____3 %. How many days does a refund usually take? 1 - 3 Days

6. Do you refund 100% of the purchase price? ☑Yes ☐No    If No, please provide further details: _____

7. When do you charge the customer?    ☐Shipment/Completion of Service  ☑Order

8. In the case where a product is shipped, is the shipment traceable? ☑Yes ☐No

9. Is a delivery receipt requested? ☑Yes ☐No

10. What is the normal "turnaround time" from when you receive the order to the customer receiving the goods/services: 0 _____days.

11. Do you take advance deposits (a percentage of the full value or a fixed part-payment paid in advance)? ☐Yes ☑No

    a. If Yes, what % of the final price is paid as a deposit? _____% What fixed deposit is taken? $ _____

12. Where is your product warehoused? 905 Brickell Bay Dr Apt 1422 Miami          FL    33131   (Address, City, State, Zip, Country)

13. Do you own the product/inventory at the time of sale? ☑Yes ☐No

14. Are there any other companies involved in accepting, shipping, or fulfilling the service or product or the billing of the customer? ☐Yes  ☑No

15. If Yes, who are they and what do they do? Use separate sheet.

16. How do you advertise? (Catalogs, magazines, TV, Internet, etc.) List all that apply. Internet - PostalAddressChangeServices.org

17. Who enters credit card information at time of payment? ☑Consumer ☐Fulfillment Center ☐Merchant

18. Is your processing seasonal (mild fluctuations can be answered as "No")? ☐Yes  ☑No
    a. If Yes, please check the busiest months.
    ☐Jan ☐Feb ☐Mar ☐Apr ☐May ☐June ☐July ☐Aug ☐Sept ☐Oct ☐Nov ☐Dec

19. Do you take payments for memberships, subscriptions, or packages? ☐Yes ☑No
    a. If Yes, please provide the usual breakdown of transactions (by % of total sales) and their respective price points.

20. If packages or memberships are sold, what is the average amount of time it takes a customer to use up their package? _____

21. If subscriptions are sold, how do you manage the recurring payments? ☐PayArc's Vault Module  ☐Other:_____

22. Do you want to capture the Consumer Billing Address (AVS) on any of your transactions? ☑Yes ☐No
    a. If Yes, in the case where there is no AVS match, would you like us to decline the transaction or send you the response so that you can make the appropriate decision? ☐Decline  ☑Send Response

23. Do you want to capture the Card Validation Value (CVV) from the back of the card on any of your transactions? ☑Yes ☐No
    a. If Yes, we will decline the transaction if the CVV value does not match.

24. Do you want to perform Verified by Visa or MasterCard SecureCode with any of your transactions? ☑Yes ☐No
    a. If No, are you interested in implementing this fraud mitigation tool through PayArc? ☐Yes ☐No

PayArc Merchant Application v.20171114.docx

7

Initials: AD

Please... INITIAL HERE



# NEW SUBMISSION CHECKLIST

## AGENT INFORMATION

| | |
|---|---|
| Agent Name & Office | |
| Agent Rep Code | |
| Agent Relationship Manager | |
| Agent Email | |
| New Merchant Name (DBA) | PostalAddressChangeServices.org |
| Date | |

## STANDARD APPLICATIONS - CASH DISCOUNT AND RETAIL

☐ Executed Choice Domestic Application Packet

☐ Copy of Photo ID (or) Clear Color Copy of Passport

☐ Voided Check &/or Ba

*[handwritten note: Raftaar Choice — postaladdresschangeServices.org]*

## ADDITIONAL DOCUMENT

☐ 3-6 Months Most Recer... lume or High Ticket Retail Merchants)

☐ 3-6 Months Most Recer... Volume or High Ticket Retail Merchants)

☐ 2 Years Recent Financia...

☐ Articles of Incorporation **(All Card-Not-Present and High Volume or High Ticket Retail Merchants)**

☐ Addendum/Checklist if applicable
**(Credit Repair, Technical Support, Tobacco & Paraphernalia, Collection Policy acknowledgment)**

10 Columbus Boulevard, 6TH Floor
Hartford, CT 06106
1-800-539-9116

07/05/19

www.choicemerchantsolutions.com



# NEW SUBMISSION CHECKLIST

## AGENT INFORMATION

| | |
|---|---|
| Agent Name & Office | |
| Agent Rep Code | |
| Agent Relationship Manager | |
| Agent Email | |
| New Merchant Name (DBA) | PostalAddressChangeServices.org |
| Date | |

## STANDARD APPLICATIONS - CASH DISCOUNT AND RETAIL

☐ Executed Choice Domestic Application Packet

☐ Copy of Photo ID (or) Clear Color Copy of Passport

☐ Voided Check &/or Bank Letter

## ADDITIONAL DOCUMENTS FOR HIGH RISK APPLICATIONS

☐ 3-6 Months Most Recent Processing Statements **(All Card-Not-Present and High Volume or High Ticket Retail Merchants)**

☐ 3-6 Months Most Recent Business Bank Statements **(All Card-Not-Present and High Volume or High Ticket Retail Merchants)**

☐ 2 Years Recent Financials **(All Deals with Volume Exceeding 70k per month)**

☐ Articles of Incorporation **(All Card-Not-Present and High Volume or High Ticket Retail Merchants)**

☐ Addendum/Checklist if applicable
**(Credit Repair, Technical Support, Tobacco & Paraphernalia, Collection Policy acknowledgment)**

10 Columbus Boulevard, 6ᵗᴴ Floor
Hartford, CT 06106
1-800-539-9116

07/05/19

www.choicemerchantsolutions.com



# NEW MERCHANT SET-UP FORM

**Merchant Name:** PostalAddressChangeServices.org     **Date:** _____

### Office Use Only

☐ Agent Equip Agreement $_____ *Please attach    ☐ Merchant Equip Agreement $_____    ☐ TPP Form ☐ Terminal Tracker ☐ MES

MID:_____ TPN: _____ V#: _____ SN: _____ SIM: _____

---

## STANDALONE TERMINAL

☐ New Set-Up      ☐ Reprogram

☑ Retail ☐ Restaurant ☐ with Tips  If tips, how many tip users?_____

Terminal Type 1 _____

Terminal Type 2 _____

If reprogram, need current processor _____

Pin Debit ☐ Yes ☐ No

☐ Internal PP ☐ External PP (If external, PP model) _____

Accepting EBT FNS# _____ ☐ Manual ☐ Auto Batch _____

Cash Discount ☐ On or ☐ Off? ☐ Daily or ☐ Montly Billing ☐ Accepting AMEX

Prompt Customer Receipt ☐ Yes ☐ No

Next Day Funding (Must settle before 9pm EST.) ☐ Yes ☐ No

Favorite Presets: 1 _____ 2 _____ 3 _____
(Dejavoo Only)      4 _____ 5 _____

Batch Report ☐ Detailed ☐ Summary

Footer Text: _____

Gift Cards ☐ Yes ☐ No  If yes, Gift Card provider _____

### CONNECTION TYPE

☐ Dial Up  If dial up, what is the Phone Service Provider: _____

☐ IP   If IP, is connection ☐ Dynamic ☐ Static

   If static: Gate# _____ IP Address_____

DNS1 _____ DNS2 _____ DNS3 _____

☐ Wi-Fi (If applicable)_____ Wi-Fi Password _____

### TERMINAL PROVIDED BY

☐ Agent Purchase ☐ Merchant Purchase ☐ Free Placement
(Please include applicable form with the deal submission)

---

## POS SYSTEM

☐ New Set-Up      ☐ Reprogram

POS Provider _____

POS Contact (if applicable) _____

Unit Name _____

Model # _____

Current Version _____

☐ Restaurant     ☐ Retail

☐ Manual ☐ Auto Batch _____

Installed by: ☐ Agent/ISO ☐ Choice
             ☐ POS Provider

If using third party gateway please specify:

_____

---

## GATEWAY

☑ Agent/ISO Setup ☐ Choice Setup

Gateway  NMI Gateway

☐ Restaurant ☐ Retail

☐ MOTO ☑ E-Commerce

☐ Manual ☑ Auto Batch _____

☐ Activate Paybug 3DS

Additional

☐ Mobile Card Reader: ☐ Android ☐ PC

---

## SHIP TO

☐ ISO/Agent Office ☐ Merchant Location

☐ Pick Up

Installed by: ☐ Agent ☐ Choice

---

### ADDITIONAL INFORMATION/COMMENTS

Need VAR Sheet for NMI Gateway

3/7/2019

10 Columbus Boulevard, 6ᵀᴴ Floor
Hartford, CT 06106
1-800-539-9116

www.choicemerchantsolutions.com

PX 25: Declaration of Lashanda Freeman
Attachment F: Page 22



Merchant Service Provider:
**Choice** MERCHANT SOLUTIONS
10 Columbus Blvd Floor 6, Hartford CT 06106 | www.ChoiceMerchantSolutions.com | 800.539.9116



Sponsor Bank
ESQUIRE BANK

# MERCHANT APPLICATION AND AGREEMENT

Referral # _____ Agent # _____ ISO # _____

## DBA INFORMATION

PostalAddressChangeServices.org
MERCHANT NAME (DBA OR TRADE NAME)

905 Brickell Bay Dr Apt 1422
LOCATION ADDRESS

| Miami | FL | 33131 |
|-------|-----|-----|
| CITY | STATE | ZIP |

(855) 215-2053          raftaarmediallc@gmail.com
CONTACT TELEPHONE          CONTACT EMAIL

YRS IN BUSINESS ___1___   # LOCATIONS ___1___   MCC/SIC CODE: _____

TYPE OF GOODS OR SERVICES: Postal Address Change Service

DOES THIS LOCATION CURRENTLY ACCEPT VISA/MASTERCARD/DISCOVER® NETWORK/AMERICAN EXPRESS®?  ☐ YES  ☑ NO   *MUST PROVIDE 3 MONTHS PREVIOUS PROCESSOR STMTS*

WEBSITE ADDRESS www.PostalAddressChangeServices.org

## CORPORATE/LEGAL INFORMATION

Raftaar Media, LLC                                    ☐ SAME AS DBA
CORPORATE/LEGAL NAME

199 E Flagler #258
CORPORATE ADDRESS

| Miami | FL | 33131 |
|-------|-----|-----|
| CITY | STATE | ZIP |

(855) 215-2053          84-3385343
CONTACT TELEPHONE          FEDERAL TAX ID

### OWNERSHIP *(Must Provide Documentation)*

☐ INDIVIDUAL/SOLE PROPRIETOR  ☐ PARTNERSHIP  ☐ CORPORATION  ☐ GOVERNMENT  ☑ LLC
☐ NON-PROFIT (MUST PROVIDE 501C3 LETTER)  ☐ PUBLICLY TRADED  ☐ PA/PC
PLEASE CHOOSE MAILING ADDRESS  ☐ DBA ADDRESS  ☐ LEGAL ADDRESS
PAYMENT CARD INDUSTRY DATA SECURITY STANDARD: MUST PROVIDE COPY OF SELF ASSESSMENT QUESTIONNAIRE. IF APPLICABLE, MUST PROVIDE CERTIFICATE OF COMPLIANCE.

## PRINCIPAL(S)

Ariel                          Dayan
1. PRINCIPAL NAME ( FIRST, MIDDLE, LAST)

(954) 744-0393                05/03/1975
HOME PHONE                    DATE OF BIRTH

905 Brickell bay Dr. Apt #1422
HOME ADDRESS

| Miami | FL | 33131 |
|-------|-----|-----|
| CITY | STATE | ZIP |

| 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 | 100 | Owner |
|-------------|-----|-------|
| SSN | % OWNERSHIP | TITLE |

| D500-000-75-163-0 | 05/03/24 |
|-------------------|----------|
| DRIVERS LICENSE NUMBER | EXP DATE |

MANAGEMENT RESPONSIBILITY? ☑ YES  ☐ NO

HAVE MERCHANT OR OWNERS / PRINCIPALS EVER FILED:
☐ BUSINESS BANKRUPTCY  ☐ PERSONAL BANKRUPTCY  ☑ NEVER FILED

2. PRINCIPAL NAME ( FIRST, MIDDLE, LAST)

HOME PHONE                    DATE OF BIRTH

HOME ADDRESS

| CITY | STATE | ZIP |
|------|-------|-----|

| SSN | % OWNERSHIP | TITLE |
|-----|-------------|-------|

| DRIVERS LICENSE NUMBER | EXP DATE |
|------------------------|----------|

MANAGEMENT RESPONSIBILITY? ☐ YES  ☐ NO

HAVE MERCHANT OR OWNERS / PRINCIPALS EVER BEEN TERMINATED FROM ACCEPTING BANKCARDS FOR THIS BUSINESS OR ANY OTHER BUSINESSES? ☐ NO  ☐ YES

## MANAGEMENT

Complete the following information for one individual with significant responsibility for managing the legal entity listed above, such as: • An executive officer or senior manager (e.g., Chief Executive Officer, Chief Financial Officer, Chief Operating Officer, Managing Member, General Partner, President, Vice President, Treasurer); or • Any other individual who regularly performs similar functions. If appropriate, an individual listed above may also be listed in this section. Is this individual already listed as a principal?  ☑ Yes  ☐ No   If No, please complete the next section.

| NAME: FIRST | MIDDLE | LAST | TITLE | SSN |
|-------------|--------|------|-------|-----|

| HOME PHONE | DRIVERS LICENSE NUMBER | EXP DATE | DATE OF BIRTH |
|------------|------------------------|----------|---------------|

| HOME ADDRESS | CITY | STATE | ZIP |
|--------------|------|-------|-----|

## SALES METHOD *(Must Equal 100%)*

RETAIL SWIPED _____ %  KEYED WITH SIGNATURE & IMPRINT _____ %  MAIL/PHONE _____ %
MAIL/PHONE KEYED WITH SIGNATURE & IMPRINT (INBOUND CALLS _____ % OUTBOUND CALLS _____ %)
INTERNET ___100___ %  ACH _____ %  Stock Symbol _____

## BANK ACCOUNT INFORMATION

ACCOUNT NAME Raftaar Media, LLC          * Attach voided check
ROUTING NUMBER 067015096
ACCOUNT NUMBER 0210017174

## SITE INSPECTION SURVEY

Inventory maintained: ☑ On site  ☐ Warehouse off site  ☐ Fulfillment center, provide name & address _____
Was the off site location visited?  ☐ Yes  ☑ No   If No, please provide explanation: _____
Does the amount of inventory on shelves, floor and in warehouse appear consistent with this type of business and credit card volume? ☑ Yes  ☐ No  If No, please provide explanation: _____
Does location have sufficient staff, telephone lines and other equipment to meet anticipated sales volume? ☑ Yes  ☐ No  If No, please provide explanation: _____
Does the signage inside and outside match the goods or services sold listed on the application? ☑ Yes  ☐ No  If No, please provide explanation: _____
Type of Building: ☐ Office Bldg. Suite  ☐ Separate Bldg  ☐ Shopping Center/Mall  ☑ Residence-Home or Apt.  ☐ Other: _____
Zoning: ☐ Commercial  ☐ Industrial  ☑ Residential   Sq. Footage of Business  ☐ 0-500  ☐ 500-1000  ☑ 1001-2000  ☐ 2001-4000  ☐ Other: _____ (est. sq. ft.)
Merchant: ☑ Owns  ☐ Leases  Name & address Landlord/Mgt. Co: _____  ATTACH MINIMUM OF ONE INSIDE PICTURE, ONE OUTSIDE PICTURE.
I hereby verify that I have inspected the business premises of the merchant at this address and the information stated above is correct to the best of my knowledge and belief.

Inspected By (Print Name): _____  Signature: _____  Date: _____  Page 1

# MERCHANT APPLICATION AND AGREEMENT

APPROVED 07/03/19

## ADDITIONAL CARD TYPES

AMERICAN EXPRESS: If you desire to participate in the American Express® OptBlue® Program, please check here: ☑

By signing below, I represent that I have read and am authorized to sign and submit this application on behalf of the entity above and all information I have provided herein is true, complete, and accurate. I authorize American Express Travel Related Services Company Inc (American Express) to verify the information in this application and receive and exchange information about me personally, including by requesting reports from consumer reporting agencies. I authorize American Express to inform me directly or through the entity above of reports about me that American Express has requested from consumer reporting agencies. Such information will include the name and address of the agency furnishing the report. I understand that upon American Express' approval of the entity indicated above to accept the American Express Card the terms and conditions for American Express® Card acceptance (terms and conditions) will be sent to such entity along with a welcome letter. By accepting the American Express Card for the purchase of goods and/or services or otherwise indicating its intention to be bound, the entity agrees to be bound by the terms and conditions.

SIGNATURE _____

☑ By checking this box, Merchant opts out of receiving future commercial marketing communications from American Express.

## SCHEDULE OF FEES

| | | |
|---|---|---|
| VISA®/MasterCard®/Discover® Regulated Check Card .......... | 2.00 % + 0.15 ¢ Authorization | EBT Transaction Fee .......... $ 0.20 per Authorization |
| ☑ American Express Card® | 2.30 % + 0.15 ¢ Authorization | Debit Gateway (monthly) .......... $ 5.00 only applies with use of pin-pad |
| Pin Debit Card Authorization Fee .......... $ 0.35 | **Special Notes:** | Semi-Annual Technology Update/Compliance Fee .......... $ 0.00 |
| Batch Header .......... $ 0.25 | Interchange + 2.00% | Monthly Minimum Fee .......... $ 25.00 (Visa/MasterCard/Discover/AXP Discount) |
| Monthly Service Fee .......... $ 10.00 | Amex Interchange + 2.30% | Monthly 100K Data and Breach Protection .......... $ 0.00 |
| Annual Service Fee .......... $ 99.00 | | |
| Account Setup Fee (one time) .......... $ 0.00 | | Voice Authorization Fee .......... $0.60 |

Additional charge for all cards of ___ % will apply. A surcharge of ___ % plus ___ cents on all mid qualified transactions. All non qualified transactions surcharged ___ % plus ___ cents per transaction. Rewards card types will bump to a mid qualified transaction. On all interchange plus model pricing a ___ % surcharge will apply for all card types. Card association's network transaction fees, assessments and a $0.10 per transaction fee will be charged. PIN debit network fees include base switch, acquirer, interchange and authorization expenses. Fees of $25 per retrieval request, $45 per chargeback and $25.00 per returned ACH item. Unregulated signature debit card transactions will process at the corresponding credit card rate unless otherwise specified. Merchant will pay all acceptable Card Brand registration fees. This Schedule of Fees does not provide all information pertinent to this Merchant Agreement. Merchant is advised to thoroughly review this Agreement, including the attached terms and conditions, and to contact CMS or Bank with any questions. THIS IS AN AUTOMATICALLY RENEWABLE 24 MONTH MERCHANT CONTRACT. CANCELLATION DURING THE TERM WILL RESULT IN A $595.00 EARLY TERMINATION FEE. MERCHANT AGREES TO COMPLY WITH PCI COUNCIL DATA SECURITY STANDARDS (HEREINAFTER DEFINED) WITHIN 90 DAYS AFTER SIGNING THIS AGREEMENT. FAILURE TO DO SO WILL RESULT IN AN ADDITIONAL $50.00 MONTHLY FEE UNTIL MERCHANT BECOMES COMPLIANT. THE ABOVE SCHEDULE OF FEES IS PREDICATED ON THE BUSINESS:

VISA/MC/DISCOVER MONTHLY SALES VOLUME: $ 45,000.00   AXP MONTHLY SALES VOLUME: $ 20,000.00   AVERAGE TICKET SIZE: $ 44.50   HIGHEST TICKET SIZE: $ 44.50

## MERCHANT ACCEPTANCE AND AGREEMENT

By executing this Merchant Application on behalf of the merchant described above (the "Merchant"), the undersigned individual(s): (i) represent(s) and warrant(s) that all information contained in this Merchant Application is true, correct and complete as of the date of this Merchant Application, and that such individual(s) have the requisite corporate power and authority to complete and submit this Merchant Application and make and provide the acknowledgments, authorizations and agreements set forth below, both on behalf of the Merchant and individually; (ii) acknowledge(s) that the information contained in this Merchant Application is provided for the purpose of obtaining, or maintaining a merchant account with Bank and CHOICE on behalf of the Merchant; (iii) authorize Bank and CHOICE to investigate the credit of the Merchant and each person listed on this Merchant Application; (iv) agree, on behalf of the Merchant and in the event this Merchant Application is accepted and executed by Bank and CHOICE, to the Fee Schedule set forth above and to the Terms and Conditions included with and incorporated into this Merchant Agreement. **Merchant understands that this Agreement shall not take effect until Merchant has been approved by Bank and CHOICE and a merchant number is issued.**

Merchant: Raftaar Media, LLC
Print Legal Name of Merchant Business

Date: 11/12/19

Principal 1: _____
(Signature of Principal/Owner)

Owner
Title

Principal 2: _____
(Signature of Principal/Owner)

_____
Title

Choice Merchant Solutions: _____
Signature

_____
Name

_____
Title

Esquire Bank: _____
Signature

_____
Name

_____
Title

## PERSONAL GUARANTEE

In consideration of Bank's and CHOICE's acceptance of this Agreement, the undersigned Guarantor (jointly and severally if more than one) unconditionally guarantees the performance of all obligations of Merchant to Bank and CHOICE under the Agreement, and payment of all sums due there under, and in the event of default, hereby waives notice of default and agrees to indemnify Bank and CHOICE for all funds due from Merchant pursuant to the terms of the Agreement. Guarantor waives any and all rights of subrogation, reimbursement or indemnity derived from Merchant, and further waives any and all rights or defenses arising by reason of any modification or change in the terms of the Agreement whatsoever, including, without limitation, the renewal, extension, acceleration, or other change in the time any payment or other performance there under is due, and / or any change in any interest or discount rate or fee there under. Guarantor confirms that Guarantor, collectively or individually, is a party to the Agreement, and unconditionally and specifically authorizes Bank, CHOICE, and their respective authorized agents, to debit any overdue fees, costs, chargebacks, fines, fees, penalties, expenses or obligations under the Agreement and/or any contractual relationship with Bank or CHOICE from any personal checking account or other account owned or controlled by Guarantor, and further to report any default hereunder on Guarantor's personal Credit Bureau Report. Guarantor agrees to pay all costs and expenses of whatever nature, including attorneys' fees and other legal expenses, incurred by or on behalf of Bank and CHOICE in connection with the enforcement of this Guaranty.

Guarantor #1: _____   Date: 11/12/19

Guarantor #2: _____   Date: _____

Page 2

# ⚖ ESQUIRE® BANK

## BANK DISCLOSURE

### Member Bank Information

Esquire Bank
320 Old Country Road
Garden City, NY 11503

### Important Bank Responsibilities

1. Esquire Bank is the only entity approved to extend acceptance of VISA products directly to a Merchant.
2. Esquire Bank must be a principal (signor) to the Merchant Agreement.
3. Esquire Bank is responsible for educating Merchants on pertinent VISA Operating Regulations with which Merchants must comply.
4. Esquire Bank is responsible for and must provide settlement funds to the Merchant.
5. Esquire Bank is responsible for all funds held in reserve that are derived from settlement.

### Important Merchant Responsibilities

1. Ensure compliance with cardholder data security and storage requirements.
2. Maintain fraud and chargebacks below thresholds.
3. Review and understand the terms of the Merchant Agreement.
4. Comply with VISA Operating Regulations.

The responsibilities listed above do not supersede terms of the Merchant Agreement and are provided to ensure the Merchant understands some important obligations of each party and that the VISA Member – Esquire Bank - is the ultimate authority should the Merchant have any problems.

PostalAddressChangeServices.org
Merchant DBA Name

_____              11/12/2019
Merchant's Signature                                              Date

Ariel           Dayan              Owner
Merchant's Printed Name & Title



# MOTO & INTERNET QUESTIONNAIRE

| 1. What percentage do you sell to? | 2. Do you have a retail location? |
|---|---|
| Business: ___ %    Public: **100** % | Yes ☐    No ☑ |

| 3. Do you sell a service or product? | 4. When is the customer charged? |
|---|---|
| Service ☑    Product ☐ | Time of order ☑    Upon shipment ☐ |

**5. Describe Product/Service:**

Postal Address Change Service

| 6. What percentage of sales will be from: | 7. Is the product stored at your |
|---|---|
| Mail ___ %    Internet **100** % <br> Phone ___ %    Card Present ___ % | DBA Address ☑    Corporate Address ☐ <br> Offsite ☐ |

**8. Are any other companies involved with accepting, shipping or fulfilling the service or product, or billing the customer (ie. fulfillment house)?**

Yes ☐    No ☑    If yes, please provide:

Company Name ___    Phone Number ___

| 9. Do you own the product inventory? | 10. Do you sell (check all that apply) |
|---|---|
| Yes ☑    No ☐ | Internationally ☐    Nationally ☑    Locally ☐ |

**11. Who is your current payment processor?**

N/A

| 12. How many chargebacks did you have for the previous year? | 13. What was the total dollar amount for those chargebacks? |
|---|---|
| 0 | $ 0.00 |

**14. How many days from the time of order does it take to deliver merchandise to the customer?**

1-7 days ☑    8-14 days ☐    14+ days ☐

**15. Do you provide customer service?  If no, please provide the name and phone number of the provider:**

Yes ☑    No ☐    Company Name: ___    Phone ___

What are you customer service hours?  Time ___    Days ___

**16. How do you advertise? (Catalogs, magazines, TV, Internet, etc. List all that apply):**

Internet - PostalAddressChangeServices.org

**17. Please describe your refund policy:**

30 Day Refund

10 Columbus Boulevard, 6TH Floor <br> Hartford, CT 06106 <br> 1-800-539-9116

www.choicemerchantsolutions.com

| Form **W-9** (Rev. December 2014)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer<br>Identification Number and Certification** | **Give Form to the<br>requester. Do not<br>send to the IRS.** |
|---|---|---|

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

Raftaar Media, LLC

**2** Business name/disregarded entity name, if different from above

PostalAddressChangeServices.org

**3** Check appropriate box for federal tax classification; check only **one** of the following seven boxes:

☐ Individual/sole proprietor or single-member LLC  ☐ C Corporation  ☐ S Corporation  ☐ Partnership  ☐ Trust/estate

☒ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ C

**Note.** For a single-member LLC that is disregarded, do not check LLC; check the appropriate box in the line above for the tax classification of the single-member owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any)

Exemption from FATCA reporting code (if any)

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.)

199 E Flagler #258

**6** City, state, and ZIP code

Miami          FL          33131

Requester's name and address (optional)

**7** List account number(s) here (optional)

*Print or type* · *See Specific Instructions on page 2.*

## Part I   Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the instructions for line 1 and the chart on page 4 for guidelines on whose number to enter.

Social security number

| | | | - | | | - | | | |

or

Employer identification number

8 4 - 3 3 8 5 3 4 3

## Part II   Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and

3. I am a U.S. citizen or other U.S. person (defined below); and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

**Sign Here** | Signature of U.S. person ▶ | Date ▶ 11/12/2019

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** Information about developments affecting Form W-9 (such as legislation enacted after we release it) is at *www.irs.gov/fw9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following:

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See* What is backup withholding? *on page 2.*

By signing the filled-out form, you:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct. See *What is FATCA reporting?* on page 2 for further information.

Cat. No. 10231X                                      Form **W-9** (Rev. 12-2014)

PX 25: Declaration of Lashanda Freeman
Attachment F: Page 27



# MERCHANT AGREEMENT

In consideration of the mutual promises and covenants contained in this Merchant Agreement ("Agreement"), and the agreement of Merchant to participate in the card processing services program established by Bank, the parties agree as follows:

**1. Parties.** The parties to this Agreement are ESQUIRE BANK, a federally chartered bank whose address is 320 Old Country Road, Garden City, New York 11503 ("Bank"), Infinity Capital LLC, an ISO/MSP, whose address is 10 Columbus Blvd, Floor 6, Hartford, CT 06106 ("ISO"), and the Merchant set forth on the Merchant Application form to which this Agreement is attached ("Merchant").

**2. Definitions.** For the purposes of this Agreement and the Schedules referred to herein, the following definitions apply unless the context otherwise requires:

"Address Verification" means a service that allows Merchant to verify the home address of Cardholders with the relevant Issuer.

"Applicable Law" means: (i) all applicable federal, state and local laws, rules and regulations; and (ii) the Rules.

"Association(s)" means VISA U.S.A., Inc. ("Visa"), MasterCard International Incorporated ("MasterCard"), Discover Financial Services LLC ("Discover") and American Express® Travel Related Services Company, Inc. ("American Express").

"Authorization" means an affirmative response, by or on behalf of an Issuer to a request to effect a Transaction, that a Transaction is within the relevant Cardholder's available credit limit and that the Cardholder has not reported the Card lost or stolen. All Transactions requiring Authorization by the Associations must be authorized.

"Authorization Center" means the facility or facilities designated from time to time by Bank or ISO to which Merchant shall submit all requests for Authorization.

"Business Day" means any day other than: (i) a Saturday or Sunday; or (ii) a day on which banking institutions in New York are authorized by law or executive order to be closed (and on which Bank is in fact closed).

"Card(s)" means either a Visa, MasterCard, Discover or American Express credit card, debit card (or other similar card that requires a PIN for identification purposes), or pre-paid, stored-value or gift card.

"Cardholder" means a person authorized to use a Card.

"Chargeback" means a Transaction that Bank returns to Merchant pursuant to this Agreement.

"Forced Sale" means a sales Transaction processed without an approved electronic Authorization number being obtained for the full amount of the sales Transaction at the time the Transaction is processed.

"Full Recourse Transactions" means mail orders, telephone orders, e-commerce (Internet) orders, Pre-Authorized Recurring Order Transactions, and other "card not present" sales.

"Issuer" means a member of an Association that enters into a contractual relationship with a Cardholder for the issuance of one or more Cards.

"Merchant Statement" means an itemized monthly statement of all charges and credits to the Operating Account (as that term is defined in Section 5 of this Agreement).

"Monthly Chargeback Violation," for any given calendar month, means that more than five Chargebacks have been processed in that month and that the Transaction Chargeback Ratio for that month is equal to or greater than 1%.

"Mid-Qualified Transactions" means any Transaction categorized as such by the processor designated by Bank to settle Transactions with the Associations

"Non-Qualified Transactions" means: (i) any Transaction submitted for processing more than 48 hours past the time the Authorization occurred; (ii) any Transaction missing required data; and (iii) any Transaction categorized as such by the processor designated by Bank to settle Transactions with the Associations.

"Normal Transaction" means a Transaction in which the Card is swiped through a terminal, register or other device, capturing the Card information encoded on the Card's magnetic strip.

"Pre-Authorized Recurring Order Transaction" means a Transaction that has been preauthorized by the Cardholder and for which the goods or services are to be delivered or performed in the future by Merchant without having to obtain approval from the Cardholder each time.

"Qualified Transactions" means any Transaction categorized as such by the processor designated by Bank to settle Transactions with the Associations.

"Rules" means all rules, regulations, by-laws, standards and procedures adopted and/or amended from time to time by the Associations (including, without limitation, the Payment Card Industry Data Security Standard), Bank and each relevant Issuer.

"Services" means the transaction processing services described on the attached Schedule of Fees, as the same may be amended from time to time by Bank, in its sole discretion.

"Transaction" means the acceptance of a Card or information embossed on the Card for payment for goods sold and/or leased or services provided to Cardholders by Merchant and receipt of payment from Bank, whether the Transaction is approved, declined, or processed as a Forced Sale. The term "Transaction" also includes credits, errors, returns and adjustments.

"Transaction Chargeback Ratio," for any given calendar month, means the number of Chargebacks processed in that month divided by the total number of Transactions processed in that month.

**3. Services Provided to Merchant.** During the term of this Agreement, subject to the terms and conditions of this Agreement: (i) ISO shall provide technical documentation as needed, and technical support and customer support (including, without limitation, Authorization, settlement and Chargeback processing and reporting), twenty-four hours each day, seven days each week, in order to allow Merchant to accept and process Transactions; and (ii) Bank shall provide the Services to Merchant.

**4. Term.** This Agreement shall become effective when all parties sign the Merchant Application form to which this Agreement is attached (or in connection with which this Agreement is provided) and, unless sooner terminated, shall remain in effect for a term of three (3) years. This Agreement shall renew automatically for successive terms of three (3) years each, unless any party provides written notice of termination to the other parties at least 90 days prior to the end of the then-current term. All existing obligations, warranties, indemnities and agreements with respect to Transactions entered into before such termination shall remain in full force and effect, and, regardless of any such termination, Merchant shall remain liable for all obligations to Cardholders and Bank that are incurred while this Agreement is in effect.

**5. Merchant Operating Account.** Prior to accepting any Cards, Merchant shall establish a demand deposit account at Bank, or at a financial institution approved by Bank (the "Operating Account"), through which fees, charges and credits due to Merchant in accordance with this Agreement may be processed. Merchant authorizes Bank to debit all amounts Merchant owes Bank hereunder or any other agreement entered into between Merchant and Bank from the Operating Account, whether maintained at Bank or another financial institution, at times deemed appropriate by Bank, through the ACH Banking Network or by a manual debit of the Operating Account. Merchant waives any and all claims for loss or damage arising out of any such charges or debits to the Operating Account.

**6. Reserve Account.** Upon, or at any time after, execution of this Agreement, Bank may establish a reserve account at Bank (the "Reserve Account") in such amount as Bank from time to time may determine in its sole discretion. Bank may fund the Reserve Account by deducting amounts from payments due to Merchant, by effecting a charge against Merchant's Operating Account or against any of Merchant's accounts at Bank, or by demanding payment from Merchant (which payment Merchant shall make within ten (10) days after receipt of any such demand). The Reserve Account will be maintained for a minimum of nine months after the date on which this Agreement terminates or until such time as Bank determines that the release of the funds to Merchant is prudent, in the best interest of Bank, and commercially reasonable, and that Merchant's account with Bank under this Agreement and any other agreement entered into between Merchant and Bank is fully resolved. Merchant and ISO acknowledge and agree that only Bank, and not ISO, may authorize or effect any release of funds from the Reserve Account. Bank may withdraw funds from the Reserve Account at any time to offset any indebtedness of Merchant to Bank that may arise out of or relate to the obligations of Merchant under this agreement (including, but not limited to, Chargebacks and fees) or to offset any other indebtedness of Merchant to Bank under any other agreement entered into between Merchant and Bank. Upon expiration of this nine-month period, any balance remaining in the Reserve Account will be paid to Merchant. Bank will inform Merchant in writing of any charges debited to the Reserve Account during this nine-month period. Notwithstanding the foregoing, Bank, in its sole discretion, may release funds from the Reserve Account prior to the expiration of such nine-month period based on its assessment of the risks associated with effecting such release.

**7. Fees.** Merchant shall pay to Bank all fees specified on the Schedule of Fees, as amended by Bank from time to time. For each Transaction, Bank will charge Merchant as follows:
(a) An amount ("Merchant Discount Fees") equal to a specified percentage of the total cash price of each sales and cash withdrawal Transaction ("Merchant Discount Rate");
(b) A specified amount per Transaction ("Transaction Fee"); and
(c) A specified amount per Authorization ("Authorization Fee").
The Merchant Discount Rate, Authorization Fees and Transaction Fees are set forth on the Schedule of Fees. Different Merchant Discount Rates may apply to Qualified, Mid-Qualified and Non-Qualified Transactions, as shown on the Schedule of Fees. Merchant agrees that Bank will, and authorizes Bank to, deduct Merchant Discount Fees from the Operating Account or Reserve Account on a daily basis unless a monthly basis is specified on the Schedule of Fees. Merchant also agrees to pay to Bank the amount of any fees, charges or penalties assessed against Bank by any Association or Issuer for Merchant's violation of any Applicable Law. Merchant shall pay Bank for any other services provided to Merchant by Bank and for all other fees shown on the Schedule of Fees, including, but not limited to, monthly minimum fees, Chargeback fees and customer service fees.

**8. Billing.** All amounts Merchant owes to Bank, for any reason, may be charged to the Operating Account or Reserve Account, recouped by adjustment to any credits due to Merchant, or set off against any account or property Bank holds for or on behalf of Merchant.

Initials AD


**9. Security Interest.** As security for the performance by Merchant of all of its obligations under this Agreement, Merchant hereby grants to Bank a security interest in: (i) the funds held in the Operating Account and in the Reserve Account; and (ii) any inventory with respect to which a Transaction has occurred but has not yet been fulfilled. Merchant will execute and deliver to Bank such documents, in form satisfactory to Bank, as Bank may reasonably request in order to perfect Bank's security interest in the Operating Account, Reserve Account and such inventory, and will pay all costs and expenses associated with filing the same or this Agreement in all public filing offices, where filing is deemed by Bank to be necessary or desirable. Bank is authorized to file financing statements relating to the Operating Account, the Reserve Account and such inventory without ISO where authorized by law. Merchant appoints Bank as its attorney-in-fact to execute such documents as are necessary or desirable to accomplish perfection of any security interests. This appointment is coupled with an interest and shall be irrevocable as long as Merchant owes any amount to Bank.

**10. Processing Transactions.**

(a) Merchant shall obtain Authorizations and process Transactions using such equipment and software as may be approved from time to time by Bank, in its sole discretion (the "**Equipment**"). Merchant shall validate Cards and Cardholders in face-to-face transactions as required by Applicable Law.

(b) Merchant shall obtain Authorizations for Transactions in a manner required by Applicable Law and in the manner, and following the processes and procedures, determined from time to time by Bank, in its sole discretion, and communicated to Merchant by either Bank or ISO.

(c) Merchant shall not submit a Transaction to Bank (electronically or otherwise) until Merchant has performed its obligations to the Cardholder in connection with the Transaction or obtained Cardholder's consent for a Pre-Authorized Recurring Order Transaction.

(d) Merchant shall not transmit any Transaction to Bank that Merchant knows or should have known to be illegal, fraudulent or not authorized by the Cardholder.

(e) Merchant shall not process a Transaction that does not result from an act between a Cardholder and Merchant.

(f) Merchant shall not request or use any Card number for any purpose other than as payment for its goods or services.

(g) Merchant may transmit a Transaction that effects a prepayment of services or full prepayment of custom-ordered merchandise, manufactured to a Cardholder's specifications, if Merchant advises Cardholder of the immediate billing at the time of the Transaction and within time limits established by the Associations.

**11. Prohibited Transactions.** Merchant shall not do any of the following:

(a) Establish a minimum on debit cards or greater than $10.00 on credit cards or a maximum dollar Transaction amount;

(b) Obtain multiple Authorizations for amounts less than the total sale amount;

(c) Obtain Authorization for the purpose of setting aside the Cardholder's credit line for use in future sales;

(d) Extend credit for or defer the time of payment of the total cash price in any Transaction;

(e) Honor a Card except in a Transaction where a total cash price is due and payable;

(f) Make any special charge to or extract any special agreement or security from any Cardholder in connection with any Transaction;

(g) Transmit or accept payment for any Transaction that was not originated directly between Merchant and a Cardholder for the sale or lease of goods or the performance of services of the type indicated in the Merchant Application form to which this Agreement is attached;

(h) Honor or accept a Card as payment for any legal services or expenses arising out of or related to: (i) any domestic relations matter where such services or expenses are furnished to a person whose name is not embossed on a Card; or (ii) any bankruptcy, insolvency, compromise, composition or other process affecting Cardholder's creditors;

(i) Use Merchant's own Card, or one to which Merchant has access, to process a Transaction for the purpose of obtaining credit for Merchant's own benefit;

(j) Re-process any Transaction that was previously charged back to Bank and subsequently returned to Merchant, irrespective of Cardholder approval;

(k) Initiate a Transaction credit without a preceding debit at least equal to the credit;

(l) Initiate a Transaction credit without a balance in the Operating Account at least equal to the credit;

(m) Use the Equipment or any data received thereon for any other purpose other than for determining whether or not Merchant should accept checks or Cards in connection with a current sale or lease of goods or services;

(n) Use the Equipment or any data received thereon for credit inquiry purposes or any other purpose not authorized by this Agreement;

(o) Draw or convey any inference concerning a person's creditworthiness, credit standing, credit capacity, character, general reputation, personal characteristics or mode of living when any Card or check is processed as non-accepted;

(p) Disclose any information obtained through the Equipment to any person except for necessary disclosures to affected Cardholders, Bank and/or the Issuer;

(q) Disburse funds in the form of travelers cheques, if the sole purpose is to allow the Cardholder to make a cash purchase of goods or services from Merchant;

(r) Disburse funds in the form of cash;

(s) Accept a Card to collect or refinance an existing debt (whether originally owed to Merchant or otherwise) that is considered uncollectible (for example, payments to a collection agency or attempts to recover funds for a dishonored check) <u>except to</u> the extent specifically permitted by Applicable Law;

(t) Issue a Transaction credit in respect of goods or services acquired in a cash transaction which are returned;

(u) Make any cash refund to a Cardholder who has made a purchase with a credit Card (all Transaction credits shall be issued to the same credit Card account number used in the sale);

(v) Require a Cardholder to complete a postcard or similar device that includes the Cardholder's account number, Card expiration date, signature or any other Card account data in plain view when mailed;;

(w) Accept a Card for the purchase of Scrip (as defined by applicable VISA regulations), <u>except</u> to the extent specifically permitted by Applicable Law;

(x) Accept any payment directly from a Cardholder for previous Card charges incurred and processed by Merchant;

(y) Require, through an increase in price or otherwise, any Cardholder to pay any surcharge in connection with any Transaction or to pay any part of any charge imposed on Merchant by Bank <u>except</u>, in either case, as expressly permitted by, and under terms and conditions that comply in full with, Applicable Law;

(z) Provide cash to a Visa cardholder <u>unless</u> Merchant is either (i) participating in Visa Cash-Back Services or (ii) a hotel or cruise line;

(aa) Cause any Cardholder to waive its right to dispute a Transaction;

(bb) Request the Card Verification Value 2 data (as defined by Visa) on any paper order form;

(cc) Request a Cardholder account number for any purpose that is not related to payment for goods or services; or

(dd) Add any tax to Transactions, unless applicable law expressly requires that a merchant be permitted to impose a tax, and only if such tax is included in the Transaction amount and not collected separately.

**12. Prohibition of Furnishing Account Information; Use of Third Parties.** Merchant shall not, without the Cardholder's consent, sell, purchase, provide or exchange any Card information in the form of Transaction documents, carbon copies of imprinted Transaction documents, mailing lists, tapes, journal rolls or other media obtained through the use of a Card to any third party. Merchant may use third parties that do not have a direct agreement with Bank as Merchant's agent for the direct delivery of Transactions for clearing and settlement if:

(a) Merchant advises Bank that it will use a third-party processor in this capacity, identifying the third party so selected by Merchant;

(b) Merchant agrees that Bank will reimburse Merchant only for the Visa Transactions delivered by that third-party processor to VisaNet; and

(c) Merchant assumes responsibility for any failure by its third-party processor to comply with Applicable Law. Merchant shall notify Bank of the identity of any third party performing services to Merchant in connection with which such third party has access to any Card information.

**13. Daily Reconciliation of Transactions.**

(a) <u>Electronically Transmitted Transactions</u>. Bank shall control and disburse all Transaction related settlement funds to Merchant. Transactions with respect to which Bank receives payment from or through the Associations will be settled on a daily basis, and, except as otherwise expressly provided or permitted pursuant to the terms of this Agreement, Bank shall deliver payment to Merchant in connection with such Transactions by effecting a credit to the Operating Account equal to the reconciled and paid summary Transaction total of all of Merchant's total paid summary Transactions since the previous credit. Notwithstanding the foregoing, Bank may, in its sole discretion, effect a credit to the Operating Account in connection with any Transaction prior to the point in time Bank receives payment in connection therewith from or through the Associations. In either case, Bank may, if necessary or appropriate, reduce any credit made to the Operating Account by, and/or Bank may require that Merchant pay to Bank an amount equal to: (i) the sum of all Cardholder charges denied, refused or charged back; (ii) all refunds processed on account of Cardholders during said time period; (iii) the amounts, fees and charges, including (but not limited to) Chargebacks, Merchant owes Bank hereunder or under any other agreement entered into between Bank and Merchant; (iv) all taxes, penalties, charges, fees and other items incurred by Bank that are reimbursable pursuant to this Agreement; (v) all applicable rates, fees and charges described on the Schedule of Fees; (vi) any amount Bank previously credited to the Operating Account that Bank determines, in good faith, was incorrectly so credited; and (vii) any amount Bank determines, in its sole discretion, represents unacceptable risk to the relevant Cardholder or Bank. Any application of funds associated with the settlement of Transactions that

Initials AD

PX 25: Declaration of Lashanda Freeman
Attachment F: Page 29



differs from the foregoing must be agreed to, in writing, by Bank and Merchant and may not, in any respect, violate Applicable Law.

(b) Reconciliation of Transactions. Merchant shall reconcile each settled Transaction within fifteen (15) days after the date on which such Transaction is submitted to Bank for payment, and shall notify Bank and ISO immediately of any discrepancies or errors Merchant notes as a result of such reconciliation. Neither Bank nor ISO shall have any responsibility or liability for Transaction-related errors or omissions that are brought to their attention more than thirty (30) days after the date on which the Transaction to which such error or omission relates is first presented to Bank for settlement.

(c) Provisional Credit. Any credits to the Operating Account are provisional only and subject to revocation by Bank until such time that the Transaction is final and no longer subject to Chargeback by the Issuer, Cardholder or Associations. Bank may withhold payment for a Transaction to Merchant, for any reason, until such time as the Transaction has been verified as legitimate by the relevant Issuer, or Bank receives adequate supporting documentation from Merchant to authenticate the Transaction and mitigate Chargeback risk.

**14. Adjustments and Returns.** Merchant will maintain a fair exchange and return policy and make adjustments with respect to goods and services sold and/or leased to its customers whenever appropriate. If Merchant limits its acceptance of returned merchandise, or if Merchant is an Electronic Commerce Merchant, Merchant will ensure that its return policy are clearly set forth on the Transaction receipt or on Merchant's website, as required by Applicable Law. If goods are returned, or services are terminated or canceled, or any price is adjusted, Merchant will prepare and transmit a credit or return Transaction, either electronically or by paper, for the amount of the adjustment as a deduction from the total amount of Transactions transmitted that day. If the amount of credit or return Transactions exceeds the amount of sales Transactions, Merchant shall pay the excess to Bank. Merchant shall make no cash refunds on credit Transactions and shall handle all credit adjustments as provided in this Section 14. If no refund or return will be given, Merchant must advise Cardholder in writing, at the time of the Transaction, that the sale is a "final sale" and "no returns" are permitted. Merchant must advise Cardholder in writing of any policy of Merchant that provides for no-cash refunds and in-store credit only. Merchant shall follow Association reservation/no-show policies, and shall notify Cardholders in writing of this policy on all advance reservations. Merchant also shall notify Cardholders at the time of the reservation of the exact number of days required for reservation deposit refunds.

**15. Chargebacks.** The acceptance by Bank of any Transaction processed in accordance with the terms of this Agreement shall be without recourse to Merchant, except for: (i) Full Recourse Transactions; (ii) as otherwise indicated in this Agreement; and (iii) under any of the following circumstances:

(a) No specific prior Authorization for the Transaction was obtained from the Authorization Center, the approval number does not appear in the electronic transmittal that is maintained by Bank, or the Transaction was submitted to the Bank or ISO thirty (30) days or more after the date on which the goods and/or services to which the Transaction relates were purchased or leased by the relevant Cardholder;

(b) The Transaction was based on a pre-authorization form, the Card on which the Authorization was based was canceled and Merchant was so notified prior to the Transaction;

(c) The Card giving rise to the Transaction was canceled and prior to, or at the time of, the Transaction, and Merchant received notice of the cancellation through the electronic terminal, in writing or otherwise;

(d) The Card expired prior to the date of the Transaction or the date of the Transaction was prior to the validation date, if any, indicated on the Card;

(e) The Transaction information required by this Agreement was not submitted to Bank, or the procedures required by this Agreement to be followed in connection with processing a Transaction were not followed;

(f) Bank or Issuer receives a complaint from or on behalf of a Cardholder stating that there is an unresolved dispute or defense to a charge (whether or not valid) between Merchant and Cardholder;

(g) The Cardholder makes a written complaint to Bank or Issuer that the Cardholder did not make or authorize the Transaction;

(h) A setoff or counterclaim of any kind exists in favor of any Cardholder against Merchant that may be asserted in defense of an action to enforce payment against the Cardholder in the Transaction;

(i) The Transaction was made at or by a merchant other than Merchant;

(j) The Transaction otherwise violates the terms of this Agreement or any Applicable Law;

(k) A Transaction is charged back by an Issuer; or

(l) Any representation or warranty made by Merchant in connection with the Transaction is false or inaccurate in any respect.

In any such case, Bank shall not be obligated to accept a Transaction for credit to the Operating Account. If Bank has credited the Operating Account or Reserve Account for such a Transaction, Bank may return the Transaction to the Merchant, and Merchant shall pay Bank the amount of the Transaction. Merchant agrees that it is solely responsible for all Chargebacks, and that Bank, without prior notice to Merchant, may: (i) charge the amount of the Transaction to the Operating Account or Reserve Account; (ii) recoup the amount of the Transaction by adjustment of the credits due to Merchant; and/or (iii) set off the amount of the Transaction against any account or property Bank

holds for or on behalf of Merchant.

If Merchant disagrees with Bank's decision to charge back a Transaction, Merchant must so notify Bank in writing within 10 days of the Chargeback, and provide documentation that the dispute has been resolved to Cardholder's satisfaction or proof that a credit has been issued. Without limiting the generality of any other provision of this Agreement, if Bank or ISO, if ISO has indemnified Bank, takes legal action against Merchant for any Chargebacks or any amounts due Bank or ISO hereunder, Merchant shall pay the costs and attorneys' fees incurred by Bank and/or ISO, whether suit is commenced or not.

In addition to any other remedy available to Bank, upon the occurrence of a Monthly Chargeback Violation, Merchant must pay to Bank a fee that is calculated as follows (where X in the table below is the Transaction Chargeback Ratio for the relevant calendar month and Y is the number of Chargebacks processed during the relevant calendar month):

| Y | 1.0%<X ≤1.5% | 1.5%<X ≤2% | 2%<X ≤2.5% | 2.25% <X≤2.5% | 2.5%<X ≤3% | 3%<X ≤3.5% | 3.5%<X ≤5% | 5%<X ≤7.5% | 7.5%<X |
|---|---|---|---|---|---|---|---|---|---|
| 5-25 | $0 | $10 | $10 | $15 | $15 | $20 | $20 | $25 | $40 | $50 |
| 26-50 | $10 | $10 | $15 | $15 | $20 | $20 | $25 | $40 | $50 |
| 51-75 | $15 | $20 | $20 | $20 | $25 | $25 | $30 | $50 | $50 |
| 76-100 | $15 | $20 | $20 | $25 | $25 | $25 | $30 | $35 | $50 | $50 |
| 101-125 | $20 | $20 | $25 | $25 | $30 | $35 | $35 | $60 | $60 |
| 126-150 | $20 | $25 | $25 | $30 | $35 | $35 | $40 | $75 | $75 |
| 151-175 | $25 | $30 | $30 | $35 | $35 | $40 | $40 | $75 | $100 |
| 175+ | $25 | $30 | $30 | $35 | $35 | $40 | $40 | $50 | $100 | $100 |

**16. Merchant Statement.** At least once each month, Bank shall provide a statement (the "Merchant Statement") to Merchant. All information appearing on the Merchant Statement shall be deemed accurate and affirmed by Merchant unless Merchant objects by written notice specifying the particular item in dispute within 30 days of the date of the Merchant Statement.

**17. Retention of Information.** Merchant shall retain the information required to be submitted in connection with a Transaction or to be maintained in connection with a complaint for seven years from the date of the Transaction or the complaint. At the request of Bank, Merchant shall provide such information to Bank or ISO, as directed by Bank, within five (5) days of receipt of a request from Bank. Failure to meet such time frame or non-delivery of any item or delivery of an illegible copy of an item requested by an Issuer shall, among other things, constitute a waiver by Merchant of any claims and may result in an irrevocable Chargeback for the full amount of the Transaction.

**18. Recovery of Cards.** Merchant will use its best efforts to reasonably and peaceably recover and retain any Card with respect to which Merchant receives notification of cancellation, restrictions, theft or counterfeiting. This notice may be given: (i) electronically through the Equipment; (ii) by the Authorization Center through any means; or (iii) by listing on any canceled Card or restricted Card list. Merchant shall also take reasonable steps to recover a Card that it has reasonable grounds to believe is counterfeit, fraudulent or stolen.

**19. Customer Complaints.** Merchant shall respond promptly to inquiries from Cardholders and shall attempt to resolve any disputes amicably. If unresolved disputes occur with a frequency unacceptable to Bank, Bank may terminate this Agreement. Bank reserves the right to charge Merchant reasonable fees and reimbursement on account of excessive Cardholder inquiries, refunds or Chargebacks. Merchant agrees to maintain the following information in writing with respect to each claim or defense asserted by a Cardholder for which Merchant has received notice:

(a) The Cardholder's name;

(b) The Card account number;

(c) The date and time the Cardholder asserted the claim or defense;

(d) The nature of the claim or defense; and

(e) The action that Merchant took in an attempt to resolve the dispute.

Upon request, Merchant shall furnish Bank with this information in writing within 10 days.

**20. Confidentiality.** Merchant shall treat all information received in connection with this Agreement as confidential. Merchant shall prevent the disclosure of this information except for necessary disclosures to affected Cardholders, to Bank, to ISO and to Issuers.

**21. Compliance with Applicable Law.**

(a) General. Merchant represents and warrants that it has obtained all necessary regulatory approvals, certificates and licenses, and that it is in compliance with all Applicable Law, in connection with the operation of its business. Merchant represents and warrants that it understands the importance of complying with Applicable Law in connection with any and all actions it takes in connection with Transactions (including, without limitation, complying with requirements relating to Transaction information, storage and disclosure), and covenants at all

Initials AD



times to comply in full with all Applicable Law. Merchant further acknowledges and agrees that it is responsible for the actions of all of its employees while in Merchant's employ.

(b) Data Security Rules. Without limiting the generality of the foregoing or any other provision of this Agreement, Merchant understands that it and all of its employees, agents, representatives and service providers must comply with the Rules, including without limitation, those relating to Cardholder information security issues, non-disclosure of Cardholder information and Transaction documents, retention and storage of Cardholder and Transaction information and other security procedures adopted by the Associations. Merchant hereby confirms its agreement to abide by and fully comply with such Rules, including, without limitation, the Rules and procedures described below:

(i) Visa Cardholder Information Security Program and MasterCard Site Data Protection Program. Visa and MasterCard have implemented programs to protect Cardholder data. The Visa Cardholder Information Security Program ("CISP") and MasterCard Site Data Protection Program ("SDP") apply to Merchant if Merchant processes or stores Cardholder data as a result of Internet or mail/telephone acceptance of Visa or MasterCard Card account information. A copy of the complete Visa Cardholder Information Security Standards manual and a Self-Assessment Worksheet can be obtained online at www.visa.com/cisp or from Bank, and a copy of the SDP provisions can be obtained from Bank. Visa and MasterCard may impose restrictions, fines, or prohibit Merchant from participating in Visa or MasterCard programs if it is determined that Merchant is non-compliant. Merchant may be required to comply with an audit to verify compliance with security procedures. The following list describes some of the current CISP and SDP program requirements, with all of which Merchant may be required to comply, if applicable to Merchant. (A) install and maintain a working network firewall to protect data accessible via the Internet; (B) keep security patches up-to-date; (C) encrypt stored data; (D) encrypt data sent across networks; (E) use and regularly update anti-virus software; (F) restrict access to data by business "need to know"; (G) assign a unique ID to each person with computer access to data; (H) don't use vendor-supplied defaults for system passwords and other security parameters; (I) track access to data by unique ID; (J) maintain a policy that addresses information security for employees and contractors; and (K) restrict physical access to Cardholder information. Merchant must also comply with the requirements of Section 10.3 of the Visa Rules in connection with suspected or confirmed losses, thefts, compromises of information, and fraud or laundering associated with information. Please also note that this is not intended to be a complete list, and Merchant remains solely responsible for understanding and complying in full with all of the applicable CISP and SDP requirements.

(ii) Transaction Information. Merchant acknowledges that the sale or disclosure of databases containing Cardholder account numbers, personal information, or other Transaction information to third parties is strictly prohibited by the Rules. Unless Merchant obtains consents from Bank, and each applicable Association, issuing bank and Cardholder, Merchant must not use, disclose, sell or disseminate any Cardholder information obtained in connection with a Transaction (including without limitation, the names, addresses and Card account numbers of Cardholders, copies of imprinted sales drafts and/or credit records, mailing lists, tapes or other media obtained in connection with a sales draft and/or credit record) except for purposes of authorizing, completing and settling Transactions and resolving any Chargebacks, retrieval requests or similar issues involving Transactions, other than pursuant to a court or governmental agency request, subpoena or order. Merchant shall use proper controls for, limit access to, and render unreadable prior to discarding all records containing Cardholder account numbers and Card imprints.

(iii) Merchant may not retain or store magnetic stripe data after a Transaction has been authorized. If Merchant stores any electronically captured signature of a Cardholder, Merchant may not reproduce such signature except upon the specific request of Bank. Merchant shall store all media containing Cardholder names, Cardholder account information, and other personal information, as well as Card imprints (such as sales drafts and credit records, auto rental agreements, and carbons) in an area limited to selected personnel and, prior to discarding any such information, destroy it in a manner that renders the data unreadable. Merchant further warrants and agrees that in the event of its failure, including bankruptcy, insolvency, or other suspension of business operations, it will not sell, transfer or disclose any materials that contain Cardholder account numbers, personal information, or Transaction information to third parties, and shall return the information to Bank and provide acceptable proof of destruction to Bank.

**22. Taxes.** Each party hereto shall report its income and pay its own taxes to any applicable jurisdiction. If either Bank or ISO is required to pay any taxes, interests, fines or penalties owed by Merchant, said amount shall become immediately due and payable by Merchant to Bank or ISO. If excise, sale or use taxes are imposed on Transactions, Merchant shall be responsible for the collection and payment thereof. Merchant shall not add any tax to any Transaction unless Applicable Law expressly provides that Merchant is permitted to impose a tax, and any such tax amount, if so allowed, shall be included in the Transaction amount and not collected separately. Bank or ISO shall be entitled to recover from Merchant any of said taxes paid by it on behalf of Merchant immediately

after payment.

**23. Limitation of Liability.** In addition to all other limitations on the liability of Bank and ISO contained in this Agreement, neither Bank nor ISO shall be liable to Merchant or Merchant's customers or any other person for any of the following:

(a) Any loss or liability resulting from the denial of credit to any person or Merchant's retention of any Card or any attempt to do so;

(b) Any loss caused by a Transaction downgrade resulting from defective or faulty Equipment, even if such Equipment is owned by Bank or ISO;

(c) The unavailability of Services caused by the termination of contracts with computer hardware vendors, processors or installers, whether terminated by Bank, ISO or any other person for any reason; or

(d) Interruption or termination of any Services caused by any reason except for failure of ISO to repair or replace Equipment at Merchant's expense (in which case, any resulting liability shall be for the sole account of ISO). At no time will ISO's liability exceed the amount of fees collected or reasonably expected to be collected from Merchant for this delay period.

NEITHER BANK NOR ISO SHALL BE LIABLE FOR ANY LOST PROFITS, PUNITIVE, INDIRECT, SPECIAL OR CONSEQUENTIAL DAMAGES TO MERCHANT OR TO ANY THIRD PARTY IN CONNECTION WITH OR ARISING OUT OF THIS AGREEMENT OR ANY OF THE SERVICES TO BE PERFORMED BY BANK OR ISO PURSUANT TO THIS AGREEMENT. MERCHANT ACKNOWLEDGES THAT BANK HAS PROVIDED NO WARRANTIES, EITHER EXPRESS OR IMPLIED, WRITTEN OR ORAL, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, WITH RESPECT TO ANY EQUIPMENT AND THAT BANK HAS NO LIABILITY WITH RESPECT TO ANY EQUIPMENT. BANK MAKES NO REPRESENTATIONS OR WARRANTIES, EXPRESS OR IMPLIED, REGARDING THE SERVICES IT PROVIDES HEREUNDER. IF THERE ARE ERRORS, OMISSIONS, INTERRUPTIONS OR DELAYS RESULTING FROM BANK'S OR ISO'S PERFORMANCE OR ANY FAILURE TO PERFORM, BANK'S AND ISO'S LIABILITY SHALL BE LIMITED TO CORRECTING SUCH ERRORS, IF COMMERCIALLY REASONABLE.

**24. Limitation on Damages.** In no case shall Merchant be entitled to recover damages from ISO or Bank that exceed the fees retained by Bank and ISO pursuant to this Agreement during the six month period immediately prior to the event giving rise to the claim for damages.

**25. Indemnification.** Merchant agrees to indemnify and hold Bank and ISO harmless from any and all losses, claims, damages, liabilities and expenses, including attorneys' fees and costs (whether or not an attorney is an employee of Bank or Bank's affiliates, ISO or affiliates of ISO) arising out of any of the following:

(a) Merchant's failure to comply with this Agreement;

(b) Any act or omission of Merchant;

(c) Merchant's failure to comply with any Equipment's user's guide;

(d) Merchant's failure to comply with any Applicable Law;

(e) Any dispute concerning the quality, condition or delivery of any merchandise or the quality of performance of any service;

(f) The fraud or dishonesty of Merchant or Merchant's employees, licensees, successors, agents and/ or assigns;

(g) Merchant's selection of an Internet service provider or other telecommunication services provider;

(h) The theft of or damage or destruction to any Equipment; or

(i) Full Recourse Transactions, unauthorized Transactions and prohibited Transactions.

**26. Credit Investigation and Bank Auditing.** Bank may audit, from time to time, Merchant's compliance with the terms of this Agreement. Merchant shall provide all information requested by Bank to complete Bank's audit. Merchant authorizes parties contacted by Bank to release the credit information requested by Bank, and Merchant agrees to provide a separate authorization for release of credit information, if requested by Bank. Merchant shall deliver to Bank such information as Bank may reasonably request from time to time, including without limitation, financial statements and information pertaining to Merchant's financial condition. Such information shall be true, complete and accurate. Without limiting the generality of the foregoing, Merchant shall provide to Bank and ISO its balance sheet and income statements not less frequently than every three calendar months during the term of this Agreement.

**27. Termination of Agreement by Bank and ISO.** Bank may terminate this Agreement upon at least 30 days' prior written notice to the other parties. In addition, Bank may terminate this Agreement immediately upon written notice to Merchant upon the occurrence of any of the following (each, an "Event of Default"):

(a) Any information concerning Merchant obtained by Bank is unsatisfactory to Bank, in Bank's sole discretion.

(b) Any act of fraud or dishonesty is committed by Merchant, its employees or agents, or Bank believes in good faith that Merchant, its employees or agents have committed, are committing or are planning to commit any acts of fraud or misrepresentation.

(c) Chargebacks are excessive, in the opinion of Bank.

Initials AD

PX 25: Declaration of Lashanda Freeman
Attachment F: Page 31


(d) There is a breach of any representation or warranty made by Merchant to Bank, or Merchant defaults in the performance of any of its obligations under this Agreement.

(e) Merchant files a petition under any bankruptcy or insolvency law.

(f) Bank determines that the continuation of this Agreement may create harm or the loss of goodwill to Bank or any Association.

(g) Merchant fails to maintain sufficient funds in the Operating Account to cover the amounts due to Bank hereunder.

(h) Merchant's percentage of error Transactions or retrieval requests is excessive in the opinion of Bank.

(i) Any insurance policy obtained by Bank, ISO or Merchant relating to Transactions and/or Chargebacks is canceled or terminated for any reason.

(j) Merchant fails to provide financial statements suitable to Bank on request.

(k) ISO does not or cannot perform its duties under this Agreement and Bank determines that it is not feasible to provide the Services contemplated by this Agreement to Merchant. Bank is not obligated to provide replacement Services if ISO does not or cannot perform.

(l) Any Association requests or demands that this Agreement be terminated.

Bank may selectively terminate one or more of Merchant's approved locations without terminating this entire Agreement.

In the event of termination, all obligations of Merchant incurred or existing under this Agreement prior to termination shall survive the termination. Merchant's obligations with respect to any Transaction shall be deemed incurred and existing on the date of such Transaction.

In the event Bank terminates this Agreement following any Event of Default, Merchant:

(i) agrees that Bank may place Merchant on each Association's "Terminated Merchant File" (or any other list or file serving a similar purpose); and (ii) agrees to indemnify and hold Bank and ISO harmless from and against any and all costs, expenses and liabilities incurred by Bank and/or ISO in connection with or arising out of such Event of Default.

**28. Termination of Agreement by Merchant.** Merchant may terminate this Agreement upon at least 30 days' prior written notice to the other parties if Bank amends Schedule A pursuant to Section 31 to increase the rates, fees or charges Merchant pays hereunder, except for fees or rates that result from a pass through from an Association.

**29. Setoff.** In addition to any other legal or equitable remedy available to it in accordance with this Agreement or by law, Bank and ISO may set off any amounts due to it against any property of Merchant in its possession or under its control.

**30. Exclusivity.** Merchant shall submit all Transactions made during the term hereof solely to Bank for processing. If Merchant fails to comply with this provision, Merchant agrees to pay Bank, within 10 days of the date of non-compliance, a liquidated damages sum to be determined by computing the projected gross dollar volume of Transactions processed by Bank on behalf of the Merchant for the remainder of the term hereof and multiplying that number by 1%. Merchant and Bank agree that the damages suffered by Bank as a result of such non-compliance would be extremely difficult to calculate with precision. For that reason, the parties hereto agree that the liquidated damages should be computed as set forth above. Any exceptions to this exclusive arrangement must be approved by Bank and ISO in advance in writing.

**31. Amendments to this Agreement.** From time to time Bank may amend this Agreement as follows:

(a) Bank may amend or delete Cards or Services listed in the Schedule of Fees by notifying Merchant in writing of any such amendment. All provisions of this Agreement shall apply to Cards or Services added to this Agreement. Bank shall notify Merchant of the fees to be charged for processing the additional Cards and Services. Acceptance by Merchant of a new approved Card as payment for a Transaction or use of a new Service after Bank has sent Merchant notice of an amendment shall constitute Merchant's agreement to the amendment and the fees or charges related to these additions.

(b) From time to time, Bank may change all rates, fees and charges set forth on the Schedule of Fees. Bank will provide written notice to Merchant of all such amendments. Bank may change the rates, fees and charges without prior written notice if Merchant's sales volume or average Transaction amount does not meet Merchant's projections contained in the Merchant Application form to which this Agreement is attached or if the risk factors associated with processing Transactions increase. If notice is required, Bank will give written notice on the Merchant Statement. All new rates, fees and charges will become effective for the month immediately following the month in which the notice appeared on the Merchant Statement unless Merchant terminates this Agreement in accordance with Section 28.

(c) Bank may amend this Agreement in any manner other than as described in Section 31(a) or 31(b) above simply by providing written notice of such amendment to Merchant, and such amendment shall become effective on the latter of: (i) the date on which such written notice is received by Merchant; or (ii) a date specified by Bank in such written notice.

**32. Assignment.** This Agreement may not be assigned by Merchant without the prior written consent of Bank. Bank may assign this Agreement without limitation. Assignment of this Agreement by Bank shall relieve Bank of any further obligations under this Agreement.

**33. Financial Accommodations.** Bank, ISO and Merchant intend this Agreement to be construed as a contract to extend financial accommodations for the benefit of Merchant.

**34. Waiver.** To the extent that Merchant becomes a debtor under any chapter of title 11 of the United States Code and such event does not result in the termination of this Agreement, Merchant hereby unconditionally and absolutely waives any right or ability that Merchant may otherwise have had to oppose, defend against or otherwise challenge any motion filed by Bank for relief from the automatic stay of 11 U.S.C. § 362(a) to enforce any of Bank's rights or claims under this Agreement.

**35. Cooperation.** In their dealings with one another, each party agrees to act reasonably and in good faith and to fully cooperate with each other in order to facilitate and accomplish the transactions contemplated hereby.

**36. Entire Agreement.** This Agreement, together with the Schedules attached hereto, supersedes any other agreement, whether written or oral, that may have been made or entered into by any party (or by any officer or officers of any party) relating to the matters covered herein and constitutes the entire agreement of the parties hereto.

**37. Severability.** If any provisions of this Agreement shall be held, or deemed to be, or shall in fact be, inoperative or unenforceable as applied in any particular situation, such circumstance shall not have the effect of rendering any other provision or provisions herein contained invalid, inoperative or unenforceable to any extent whatsoever. The invalidity of any one or more phrases, sentences, clauses or sections herein contained shall not affect the remaining portions of this Agreement or any part hereof.

**38. Notices.** Except for notices provided by Bank to Merchant on the Merchant Statement, all notices, requests, demands or other instruments which may or are required to be given by any party hereunder shall be in writing and each shall be deemed to have been properly given when: (i) served personally on an officer of the party to whom such notice is to be given, (ii) upon expiration of a period of three (3) business days from and after the date of mailing thereof when mailed postage prepaid by registered or certified mail, requesting return receipt, or (iii) upon delivery by a nationally recognized overnight delivery service, addressed as follows:

If to BANK: _____

If to ISO: _____

If to MERCHANT: _____

Address listed on the application to which this Agreement is attached.

Any party may change the address to which subsequent notices are to be sent by notice to the others given as aforesaid.

**39. Governing Law.** This Agreement shall be governed and construed in accordance with the laws of the State of New York, without regard to internal principles of conflict of laws, and federal law.

**40. Captions.** Captions in this Agreement are for convenience of reference only and are not to be considered as defining or limiting in any way the scope or intent of the provisions of this Agreement.

**41. No Waiver.** Any delay, waiver or omission by Bank to exercise any right or power arising from any breach or default of the other party in any of the terms, provisions or covenants of this Agreement shall not be construed to be a waiver of any subsequent breach or default of the same or any other terms, provisions or covenants on the part of the other party. All remedies afforded by this Agreement for a breach hereof shall be cumulative.

**42. Force Majeure.** The parties shall be excused from performing any of their respective obligations under this Agreement which are prevented or delayed by any occurrence not within their respective control including but not limited to strikes or other labor matters, destruction of or damage to any building, natural disasters, accidents, riots or any regulation, rule, law, ordinance or order of any federal, state or local government authority.

**43. Cooperation.** Merchant covenants and agrees that, if it is undergoing forensic investigation at the time this Agreement is signed, Merchant will fully cooperate with the investigation until it is completed.

**44. Limited Acceptance.** Visa Rules allow Merchant to become a Limited Acceptance Merchant as part of its use of Bank's Services. A "Limited Acceptance Merchant," as defined by Visa, is a merchant that accepts either, but not both, of the following:
• Visa Credit and Business Category Cards
• Visa Debit Category Cards
Merchant has elected to become a Limited Acceptance Merchant by choosing to accept ONLY (please mark the applicable card category below):
• Visa Credit and Business Category Cards
• Visa Debit Category Cards

Initials AD



Merchant's failure to select one of the Limited Acceptance Categories above means that Merchant has elected to accept BOTH Visa Credit and Business Category Cards and Visa Debit Category Cards.

If Merchant elects to be a Limited Acceptance Merchant, Merchant must properly display the Visa-approved signage that represents the Limited Acceptance Category that Merchant has selected above.

**45. Special Merchant Categories.**

(a) If Merchant is a Health Care Merchant (as defined by the Visa Core Rules and Visa Product and Service Rules (the "Visa Core Rules")), Merchant acknowledges that it must comply with the provisions of Section 5.9.12 of the Visa Core Rules.

(b) If Merchant is a T&E Merchant (as defined by the Visa Core Rules), Merchant acknowledges that it must comply with all of the provisions of the Visa Core Rules relating to T&E Merchants, including Sections 5.9.6, 5.10.4.1, 7.3.12, and 11.1.3.2. Merchant further agrees that, if it is an International Airline Program Merchant (as defined by the Visa Core Rules), the terms of the attached International Airline Program Merchant Addendum apply.

(c) If Merchant receives BIN information from Bank, Merchant agrees that: (i) such information may be used solely for purposes of identifying Visa card product types at the point of sale; (ii) Merchant may not, and will not, disclose such information to any third party; and (iii) Merchant will treat such information as proprietary and confidential information belonging to Visa and with the same degree and case as information labeled "Visa Confidential."

(d) If Merchant is an Electronic Commerce Merchant (as defined by the Visa Core Rules and Visa Product and Service Rules (2014)—the "VCR"), the following terms apply (references following each requirement indicate whether the requirement is located in the VCR or the Visa Acquirer Risk Program Standards Guide (2010) (VPSG); capitalized terms that are not otherwise defined in this Agreement are used as defined in the VCR):

(i) Merchant must display its consumer data privacy policy on its website. (VPSG)

(ii) Merchant must display the security method it uses for the transmission of payment data on its website. (VPSG)

(iii) Merchant must offer Cardholders a secure transaction method and a data protection method, such as Secure Sockets Layer (SSL), 3-D Secure and/or Verified by Visa. (VPSG; VCR Section 1.5.6.2)

(iv) For Non-Secure Transactions and Non-Authenticated Security Transactions, Merchant must attempt to obtain a Visa Card expiration date and submit it as part of the Authorization Request. (VCR Section 5.8.4.1)

(v) Merchant's website must contain all of the following:

  (A) Customer service contact, including email address or telephone number.

  (B) The address, including the country, of Merchant's permanent establishment, either:

    (1) On the same screen view as the checkout screen used to present the final Transaction amount; or

    (2) Within the sequence of web pages the Cardholder accesses during the checkout process.

  (C) Policy for delivery of multiple shipments.

  (D) Security capabilities and policy for transmission of payment card details.

  (E) In addition, on an Online Gambling Merchant's homepage or payment page, all of the following:

    (1) The statement "Internet gambling may be illegal in the jurisdiction in which you are located; if so, you are not authorized to use your payment card to complete this transaction";

    (2) A statement of the Cardholder's responsibility to know the laws concerning online gambling in the Cardholder's country;

    (3) A statement prohibiting the participation of minors;

    (4) A complete description of the rules of play, cancellation policies, and pay-out policies;

    (5) A statement recommending that the Cardholder retain a copy of Transaction records and Merchant policies and rules; and

    (6) An Acquirer numeric identifier specified by Visa. (VCR Section 5.9.3.1)

(vi) Merchant must not display the full Account Number to the Cardholder online. (VCR Section 5.9.3.2)

(vii) If Merchant is a Verified by Visa Merchant, Merchant acknowledges that its Electronic Commerce Transactions are not eligible for Chargeback protection from Chargeback reason codes 75 (Transaction Not Recognized) and 83 (Fraud-Card- Absent Environment) if either:

  (A) The Merchant is classified with one of the following MCCs:

    (1) MCC 4829 (Wire Transfer Money Orders);

    (2) MCC 5967 (Direct Marketing – Inbound Teleservices Merchant);

    (3) MCC 6051 (Non-Financial Institutions – Foreign Currency, Money Orders [not Wire Transfer], Travelers' Cheques); or

    (4) MCC 7995 (Betting, including Lottery Tickets, Casino Gaming Chips, Off-Track Betting, and Wagers at Race Tracks); or

  (B) Merchant has been identified in the Merchant Chargeback Monitoring Program or Risk Identification Service Online. Merchant remains ineligible while it is in either program, and for an additional 4 months after exiting the program. This condition also applies if Merchant enabled Verified by Visa while identified in either program. (VCR Section 5.9.3.5)

(viii) Merchant must include the following in its transaction receipts:

  (A) Customer service contact;

  (B) Merchant country; and

  (C) Conditions of sale, including return and cancellation policy. (VCR Section 5.10.3.3)

(ix) In an Authorization Request, Merchant must not transmit Authentication Data specific to one Transaction with another Transaction, except when either:

  (A) 2 Transactions are related due to delayed delivery; or

  (B) All items of an order cannot be shipped at the same time. (VCR Section 10.15.3.2)

(e) If Merchant limits its acceptance of returned merchandise or is an Electronic Commerce Merchant, Merchant must ensure that its return policies are clearly indicated to a Cardholder on the Transaction Receipt or on Merchant's website, as follows (VCR Section 5.4.2.4):

| Location | Required Disclosure | To be used for the following Merchant Policies |
|---|---|---|
| Transaction Receipt (all copies, near the Cardholder signature area or in an area easily seen by the Cardholder) | "No Refund" "No Exchanges" "All Sales Final" | Merchant does not: • Accept merchandise as a return or exchange • Issue a refund to a Cardholder |
| | "Exchange Only" | Merchant accepts merchandise in exchange for merchandise of equal value to the original Transaction amount. |
| | "In-Store Credit Only" | Merchant accepts merchandise in exchange for an in-store credit document that both: • Equals the value of the returned merchandise • Must be used at the Merchant location |
| Website (on checkout screen or in sequence of web pages before final checkout) | "Click to accept" or other acknowledgment button or checkbox | All return/refund policies and other purchase terms and conditions |

**46. Participation in the American Express OptBlue® Program**

By checking the "Accept" checkbox next to AMERICAN EXPRESS OptBlue® on [the application], Merchant has elected to participate in the American Express OptBlue program ("American Express Card Acceptance"). The following terms and conditions apply to Merchant's participation in American Express Card Acceptance.

(a) The definition of "Association(s)" is changed to read as follows:

"Association(s)" means VISA U.S.A., Inc. ("Visa"), MasterCard International Incorporated ("MasterCard"), Discover Financial Services LLC ("Discover") and American Express Travel Related Services Company, Inc. ("American Express").

(b) The definition of "Card(s)" is changed to read as follows:

"Card(s)" means either a Visa, MasterCard, Discover or American Express credit card, debit card (or other similar card that requires a PIN for identification purposes), or prepaid, stored-value or gift card.

(c) The definition of "Issuer" is changed to read as follows:

"Issuer" means American Express or a member of an Association that enters into a contractual relationship with a Cardholder for the issuance of one or more Cards

(d) Merchant authorizes Bank and/or its affiliates to submit American Express Transactions to, and receive settlement on such Transactions from, American Express on behalf of Merchant.

(e) Merchant agrees that Bank may disclose to American Express information regarding Merchant and Transactions to American Express, and that American Express may use such information: (i) to perform its responsibilities in connection with American Express Card Acceptance; (ii) to

Initials AD

6



promote American Express; (iii) to perform analytics and create reports; and (iv) for any other lawful business purposes, including commercial marketing communications purposes within the parameters of American Express Card Acceptance, and important transactional or relationship communications from American Express. American Express may use the information about Merchant obtained in this Agreement at the time of setup to screen and/or monitor Merchant in connection with American Express marketing and administrative purposes. Merchant agrees it may receive messages from American Express, including important information about American Express products, services, and resources available to its business. These messages may be sent to the mailing address, phone numbers, email addresses or fax numbers of Merchant. Merchant may be contacted at its wireless telephone number and the communications sent may include autodialed short message service (SMS or "text") messages or automated or prerecorded calls. Merchant agrees that it may be sent fax communications.

(f) **Merchant may opt-out of receiving future commercial marketing communications from American Express by contacting ISO; however, Merchant may continue to receive marketing communications while American Express updates its records to reflect this choice. Opting out of commercial marketing communications will not preclude Merchant from receiving important transactional or relationship messages from American Express.**

(g) Merchant acknowledges that it may be converted from American Express Card Acceptance to a direct relationship with American Express if and when its American Express related Transaction volumes exceed the eligibility thresholds for American Express Card Acceptance. If this occurs, upon such conversion: (i) Merchant will be bound by American Express's then-current Card Acceptance Agreement; and (ii) American Express will set pricing and other fees payable by Merchant.

(h) Merchant will not assign to any third party any payments due to it under American Express Card Acceptance, and all indebtedness arising from Transactions will be for bona fide sales of goods and services (or both) at its business locations and free of liens, claims, and encumbrances other than ordinary sales taxes; provided, however, that Merchant may sell and assign future American Express-related Transaction receivables to Bank, its affiliated entities and/or any other cash advance funding source that partners with Bank or its affiliated entities, without consent of American Express. Notwithstanding the foregoing, Bank prohibits Merchant from selling or assigning future American Express-related Transaction receivables to any third party.

(i) Notwithstanding anything in this Agreement to the contrary, American Express shall have third-party beneficiary rights, but not obligations, to the terms of this Agreement applicable to American Express Card Acceptance to enforce such terms against Merchant.

(j) By contacting Bank or ISO, Merchant may opt out of accepting American Express at any time without directly or indirectly affecting its rights to accept other Cards.

(k) Bank and ISO have the right to terminate Merchant's participation in American Express Card Acceptance immediately upon written notice to Merchant: (i) if Merchant breaches any of the provisions of this Section 46 or any other terms of this Agreement applicable to American Express Card Acceptance; or (ii) for cause or fraudulent or other activity, or upon American Express's request. In the event Merchant's participation in American Express Card Acceptance is terminated for any reason, Merchant must immediately remove all American Express branding and marks from Merchant's website and wherever else they are displayed.

(l) Merchant's refund policies for American Express-related Transactions must be at least as favorable as its refund policy for purchase with any other Card, and the refund policy must be disclosed to Cardholders at the time of purchase and in compliance with Applicable Law. Merchant may not bill or attempt to collect from any cardholder for any American Express-related Transaction unless a Chargeback has been exercised, Merchant has fully paid for such Chargeback, and it otherwise has the right to do so.

(m) Merchant must accept American Express as payment for goods and services (other than those goods and services prohibited by this Agreement, the MOG (as that term is defined below or Applicable Law) sold, or (if applicable) for charitable contributions made at all of its business locations and websites, except as expressly permitted by state statute. Merchant is jointly and severally liable for the obligations of Merchant's business locations and websites under this Agreement.

(n) Merchant or American Express may elect to resolve any claim against each other, or against Bank or ISO with respect to American Express-related Transactions, by individual, binding arbitration, decided by a neutral arbitrator, in accordance with the MOG.

(o) Merchant will comply in full with American Express's Merchant Operating Guide (as the same may be amended from time to time) (the "MOG"). The current MOG can be found at www. americanexpress.com/merchantopguide. For the sake of clarity, the term "Rules" specifically includes the MOG.

(p) American Express has the right to modify the terms of this Section 46 and any other provision of this Agreement that relates to American Express Card Acceptance and to terminate Merchant's acceptance of American Express-related Transactions and to require an investigation of Merchant's activities with respect to American Express-related transactions.

(q) A copy of the American Express Data Security Requirements can be obtained online at www.americanexpress.com/dsr. Merchant will abide by and fully comply with applicable American Express requirements.

**Merchant Signature**

Print Owner's Name: Ariel _____ Dayan _____

Signature: _____

Date: 11/12/2019

State of Delaware
Secretary of State
Division of Corporations
Delivered  04:43 PM 10/10/2019
FILED  04:43 PM 10/10/2019
SR 20197491711 - File Number 7650792

# CERTIFICATE OF FORMATION

## OF

### Raftaar Media LLC

The undersigned, an authorized natural person, for the purpose of forming a limited liability company, under the provisions and subject to the requirements of the State of Delaware (particularly Chapter 18, Title 6 of the Delaware Code and the acts amendatory thereof and supplemental thereto, and known, identified, and referred to as the "Delaware Limited Liability Company Act"), hereby certifies that:

**FIRST:** The name of the limited liability company (hereinafter called the "limited liability company") is: Raftaar Media LLC

**SECOND:** The address of the registered office of the limited liability company in the State of Delaware is located at: 108 West 13th Street, Wilmington, Delaware 19801. Located in the County of New Castle. The name of the registered agent at that address is Business Filings Incorporated

**THIRD:** The duration of the limited liability company shall be perpetual.

Executed on October 10, 2019

Business Filings Incorporated,
Authorized Person
Mark Williams, A.V.P.

**OPERATING AGREEMENT**
**OF**
**Raftaar Media, LLC**

This Operating Agreement (the *"Agreement')* is made and entered into as of 10/15/2019, by On Point Global LLC, a Delaware limited liability company and Chistopher Sherman, the sole member of Raftaar Media, LLC (the *"Member"),* with reference to the following:

RECITALS

WHEREAS, Raftaar Media, LLC, a Delaware limited liability company (the *"LLC'),* was previously formed by filing the LLC's Certificate of Formation (the *"Certificate of Formation")* with the Secretary of State of the State of Delaware pursuant to the Delaware Limited Liability Company Act (6 Del. C. §18-101 et seq.) (the *"Acf');* and

WHEREAS, the Member desires to enter into this Agreement to establish the rules and procedures that will govern the business and affairs of the LLC.

AGREEMENT

In consideration whereof, the undersigned hereby agrees as follows:

1. The Member is the sole member of the LLC.

2. The purpose of the LLC is to engage in any lawful act or activity for which limited liability companies may be organized under the Act.

3. The Member shall manage the business, property and affairs of the LLC and all powers of the LLC shall be exercised by, or shall be under the direction of, the Member.

4. The Member shall maintain the funds of the LLC in one or more separate bank accounts in the name of the LLC, and shall not permit the funds of the LLC to be commingled in any fashion with the funds of any other person or entity.

5. The LLC shall dissolve on the date upon which the LLC is terminated under the Act or any similar provision enacted in lieu thereof

6. This Agreement shall be construed according to the laws of the State of Delaware.

7. This Agreement may be amended from time to time by the consent of the Member pursuant to the provisions of the Act.

IN WITNESS WHEREOF, the undersigned has executed this Agreement.


**MEMBER:**

Raftaar Media, LLC
a Delaware limited liability company


**Manager:** Christopher Sherman

Attachment G



UNITED STATES OF AMERICA
## FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Division of Enforcement
Bureau of Consumer Protection

### *FTC v. OnPoint Global, et. al*

# DOCUMENTS OBTAINED FROM DEFENDANTS' BUSINESS PREMISES

### 350 NE 60th Street, Miami, Florida 33137

**DATE: December** ___10___ **2019**

**FTC STAFF INITIALS:** ___SRW___

**LOCATION OF ORIGINAL DOCUMENTS:**

Office 5, Mathew Meyer desk,
top of desk, with OnPoint Welcome materials

**CUSTODIAN (if known):**

Mathew Meyer

**ADDITIONAL DESCRIPTION:**

OnPoint Lingo,
OnPoint welcome manual

**OnPoint Lingo**



- **Adsense**: Advertising program that allows publishers to allow ads to appear on their sites.
- **AdWords:** Platform used to manage paid media campaigns on Google.
- **Ad groups:** Groups within a media campaign that allows the advertiser to better organize different topics/terms.
- **Ad Text/ Ad Copy:** Ads displayed on the SERPs - created by the advertiser.
- **AIM**: "Avenue I Media" An affiliate that we conduct business with.
- **AMP**: "Accelerated Mobile Pages"
- **API**: "Application Program Interface" Tool to build software applications
- **Auth/Capture**: More commonly referred to as "Auth Only" A sales transaction that authorizes an amount on a customer's card but the item does not settle until a later time. The purpose of these transactions are to: reserve the amounts against the cardholder's available limit for a certain time, or to mitigate fraud/return risk and associate costs.
- **Avenue I:**    "Avenue I Media" An affiliate that we conduct business with.
- **Average Position:** Position where a search ad is shown on the SERPs
- **Avs:** " Address Verification System"  a system used to verify the address of a person claiming to own a credit card. The system will check the billing address of the credit card provided by the user with the address on file at the credit card company.

B

- **Billing Pages**: Pages where the transaction/sale occurs
- **BIN routing**: "Bank Identification Number" routing. An advanced card processing strategy that uses a customer's card number to make transactional decisions based on geography, issuing bank, and other business rules.
- **BV Media (Bella Vista Media):** OnPoint Company located in San Jose, Costa Rica for our Call Center Operations.



# C

- **Chargebacks (CB's):** Occurs when a cardholder (customer) disputes a transaction with the card issuer (i.e. Visa). The issuer opens a retrieval request against us and the disputed amount is withdrawn from our account until the matter is settled. We are imposed a chargeback fee as part of the process.
- **Clicks:** How many people clicked on a paid ad.
- **COA:** Change of Address services.
- **Confluence:** platform used in conjunction with Jira to organize Meeting Minutes & assign Action Items/Follow Ups.
- **Console:** Channel marketing system that collects all leads processed by any website, freemium or e-commerce. Then Console has a set of rules on how to act on each lead received. It can send that lead over to a third party interested in the lead, it can send it to the email system to start sending email messages or it can send it to the SMS system to start sending text messages to the lead received.
- **Conversions:** When a website's visitor completes a desired goal, such as filling out a form or making a purchase.
- **Conversion Rate:** Ratio of total amount of conversions by total amount of clicks
- **CPA/CPL:** "Cost Per Acquisition / Cost Per Lead" The price you pay for every new acquisition.
- **CPC:** "Cost Per Click" How much an advertiser pays when a user clicks on an ad.
- **CTA:** "Call To Action" Marketing term that incites the user to have an immediate response or encourage an immediate sale.
- **CTR:** "Click Through Rate" Ratio of total amount of clicks by total amount of impressions.
- **CVV:** "Card Verification Value" Combination of numbers used in credit and debit cards for the purpose of establishing the owner's identity and minimizing the risk of fraud.



# D

- **Display Network:** Huge variety of websites across the internet like blogs, newspapers or any other page that is not a search engine and allows publishers' ads to appear on those advertising supported sites
- **Driving Records:** Driving History Record. At onPoint we provide Driving Records as a fulfillment product. We get the record from state agencies on behalf of our customers.
- **Domain Name:** Identification string that defines a realm of authority within the Internet. Any name registered in the DNS is a domain name.

# E

- **EDW:** "Enterprise Data Warehouse" - a central database where all customer related events will be stored, allowing for easier and more simple data analysis and queries.
- **eGuides:** Electronic downloadable PDF's provided to customers at fixed price or freely in exchange for data.

# F

- **Freemium:** Our business model where we give our visitors a product or service for free in exchange for information that will allow us to monetize them.
- **Fulfillment:** Segment of our business where we offer "Do It For Me" services to the customer and complete it on their behalf.

# G

- **Gateway:** Software on a third-party provider's server that handles the transmissions between our order management system (Wadiya) and the processor (ISO) that is required to complete the electronic transaction.

# I

- **Impressions:** How many times an ad was shown on the SERPs.

- **Impression Share:** Ratio of impressions that an ad gets compared to the total amount of impressions that ad was eligible to get. The higher the better.
- **Inovio:** Type of gateway that we currently are not utilizing but are in the process of integrating & testing to being use
- **ISO:** "Independent Sales Organization" – a formal designation that a company must have to sell credit card processing services under its name (for us, QualPay, Splash…).
- **ISO Map:** Feature in Wadiya where each Billing Site is mapped out to an associated Processor ID, to facilitate sales through its respective MID. The weights of MIDs per Billing Site can also be assigned on the ISO Map.

# J

- **Jira:** collaborative project management tool utilized for tracking tech requests, bug fixes, and developments

# K

- **Keywords:** Words/phrases an advertiser buys to drive traffic to a website. Also used for SEO purposes as the main words/phrases to help the search engine understand the topics discussed on a website
- **KPI:** "Key Performance Indicators". A performance measurement, aimed at evaluating the success of an ongoing process or particular activity in the business.

# L

- **Landing Pages:** Pages where the user lands after clicking a paid ad or an organic search result
- **Leads:** Potential future customer. Definition varies by business purpose: leads for sales, leads for newsletter/email list acquisition
- **Lead Generation:** The initiation of a user's interest into a specific product/service.
- **Legacy Sites:** Old domains that were once running media in Google but suspended. Currently these sites run with Bing media only.

# M

- **MADD**: "Mothers Against Drunk Driving". We have added the opportunity to donate to the service across many of our ecommerce sites.
- **Magic City:** The Innovation District focused on technology, sustainability, health & wellness and art & entertainment. Magic City is revitalizing the Little Haiti and Little River neighborhoods to create a world-class destination.
- **Media Campaigns:** Top main group of similar product/services within a media account
- **MIDs**: "Merchant Identification Numbers" We use it interchangeably to describe our processor or "acquirer" that handles our credit card transactions
- **Monty:** Ramiro Baluga from Montevideo, Uruguay

# N

- **NMI**: A type of gateway that we utilize heavily.

# O

- **OKR:** "Objectives and Key Results". An Objective tells an organization where to go, a key result will let us know when we are there or not. A method to track objectives and outcomes.
- **Optimizations:** Processes/ adjustments made to a media account to improve performance based on historical data
- **Organic traffic:** Visitors that land on a website from a search engine (Google, Bing) but not from paid ads.

# P

- **PCI**: "Payment Card Industry" It means PCI-DSS. The latter stands for "data security standards". These are requirements established by card processing networks to reduce risk of data theft.

- **Phantom:** In house developed CMS and Order Management System - replicates Wadiya. Originally developed for DMV.com and fulfillment services only. Currently all orders are being moved to Wadiya to get rid of Phantom.
- **Portal Site:** Site used as a landing pages that will transfer the user to a billing page through sponsored ads.
- **Postal Annex:** Postal Mail Box
- **Privacy Policies:** Statement (page) included in all domains that discloses some or all of the ways a party gathers, uses, discloses, and manages a customer or client's data. It fulfills a legal requirement to protect a customer or client's privacy.
- **Push Notifications:** Message that pops up on a mobile device and that can reach audiences anywhere and anytime.

# Q

- **Quality Score (QS):** Metric used by the search engine to determine how relevant an ad will be to the user; ranks from 1-10

# R

- **Rebill Rate:** Rate of customers who get charged the $19.99 guide fee, 50 hours after their purchase (they are initially charged a $3.99 processing fee and "rebilled" for the guide 50 hours later).
- **Representatives:** An Agent who handles phone calls and emails from customers that have had some sort of interaction with our websites and are interested in our products and services.

# S

- **Search Network:** Search engines (google, bing, yahoo, baidu) and Search Partners like AOL.com and Ask.com.
- **SEM:** "Search Engine Marketing" Process of increasing website visibility and traffic through paid ads on any search engine. Synonyms - Paid Search Ads, Paid Search Advertising, PPC, Pay per click, Media Buying, Google Ads, Bing Ads

- **SEO:** "Search Engine Optimization" Process of increasing website visibility and traffic in search engine unpaid search results.
- **SERPs:** "Search Engine Result Pages"
- **Signal Graph:** How our company captures signal data, profile data and explicit survey data from consumers. Refer to Appendix A.
- **Single Sale**: An ecommerce transaction where we charge the customer one-time with no recurring or further settlement required.
- **Slack:** Tool used for internal communication and team collaboration. It allows to start chats with other team members, group conversations, channels, and video calls.
- **Smartpath**: Front-end (it is placed on website pages and used by visitors) tool that captures data (names, email, address, etc...) and displays ads that can be produced based on the data users give. It starts as a form that collects data and then goes into "Yes/No" questions that lead to affiliate deals.
- **SOP:** "Standard Operating Procedure" List of step by step instructions to perform and understand any business processes/ operations.
- **Split Sale**: An ecommerce transaction where we charge the customer a "processing charge" and then rebill them 50 hours later to settle the full amount. We do this to mitigate fraud risks and lower costs.
- **SQR:** "Search Query Report" Process an advertiser uses to identify new search patterns or irrelevant terms based on a media account's data
- **State Sites Toggler:** Feature in Wadiya where Bing State Portal sites get assigned to specific Billing Sites.

# T

- **TCPA Law:** Law that restricts telephone solicitations (i.e., telemarketing) and the use of automated telephone equipment. The **TCPA** limits the use of automatic dialing systems, artificial or prerecorded voice messages, SMS text messages, and fax machines.
- **Traffic source**: Origin of our page visitors (Google, Bing, Organic, Affiliate)
- **3D Secure**: A security protocol to prevent fraud in transactions with credit and debit cards online. For Visa = Verified by Visa, for Mastercard = MC SecureCode.

# U

- **UTM parameter**: Code attached to a custom URL in order to track a source, medium, and campaign name. (utm_source, utm_campaign, utm_medium, utm_content, utm_term)

# V

- **VMPI**: Direct integration to the Visa Transaction Database, where we can have earlier access to the status changes of a transaction.

# W

- **Wadiya**: In-house developed CMS and Order Management System
- **Wordpress:** Free website content management system.

## APPENDIX A:

## Signal Graph



OnPoint Signal Graph

Attachment H



UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Division of Enforcement
Bureau of Consumer Protection

## *FTC v. OnPoint Global, et. al*

# DOCUMENTS OBTAINED FROM DEFENDANTS' BUSINESS PREMISES

### 350 NE 60th Street, Miami, Florida 33137

DATE: December _____ 17 _____ 2019

FTC STAFF INITIALS: _____ LF _____

**LOCATION OF ORIGINAL DOCUMENTS:**

· Office 5, cabinet 1,
middle grey cabinet.
· Stack on the right

**CUSTODIAN (if known):**

**ADDITIONAL DESCRIPTION:**

US Passport online
T&C & Refund Policy
(attached to chg. back
info.)

Mail Services
Merchant Services
Retrieval & Chargeback Department
P.O. Box 540
Myersville, MD  21773

**Chargeback Debit Advice**
Respond By: 8/11/2019

Fax:  706-644-5210

7/31/2019

YOUR PASSPORT NOW LLC
8667371344USPASSPORTSONLINECOM
3309 NORTHLAKE BLVD STE 102
PALM BCH GDNS  FL  33403-1705

Your Case Number is:  2019211009094

This is a notification of a first chargeback initiated by the issuing bank:  CITIBANK SOUTH DAKOTA, N.A.

Reason:  Cardholder Dispute

Your account has been debited by the Adjustment Amount because:
Cardholder is disputing either goods/services not received, not as described/defective or not suitable for purpose intended; Credit not processed, credit posted as a sale or cancelled recurring; No show or addendum dispute. Provide a written rebuttal to CHs claim and any applicable supporting documentation.

| | | | |
|---|---|---|---|
| Type: | Retail Sale | Cardholder Number: | 546616XXXXXX3436 |
| Merchant Name: | YOUR PASSPORT NOW LLC | Reference Number: | 85500399203900018080265 |
| Merchant #: | 2257 | 2nd Reference Number: | |
| Transaction Amount: | $193.95 | Cardholder Name: | Not Available |
| Chargeback Amount: | $193.95 | Transaction Date: | 7/20/2019 |
| Adjustment Amount: | $193.95 | Posting Date: | 7/22/2019 |
| Original Reference: | 481149 | Resolved Date: | 7/30/2019 |
| | | Received Date: | 7/27/2019 |
| Authorization Code: | 95327Y | POS Entry Mode: | |
| Family ID: | 23091610 | Chargeback DDA: | XXXXXX7416 |

PLEASE BE AWARE:
o   You must supply a detailed rebuttal addressing all claims and if full or partial credit was issued, please explain why only partial credit was issued.
o   You must supply your rebuttal and documentation no later than 8/11/2019. Failure to do so could result in the forfeiture of your reversal rights established by Mastercard.
o   Please note that there may be printed documentation on the back side of each page.
o   For faster processing, fax your reversal request. Please complete and return this form with any documentation supporting your case. Should you have any questions please contact the chargeback department at 866-637-5467 .
*NOTE: It is a violation of association rules to issue a credit after the initiation of the chargeback.

Contact Person:_____

Telephone No:_____   Fax No:_____

Reversal Reason (if insufficient space, please attach a separate sheet with your reason):

_____

Cardholder Information
Account Number: ███████3436          ICA : 005110
Name: ODEN,STEPHEN H

Transaction Information
Acquirer's Reference Number: 85500399203900018080265 Date : 7/20/2019
Transaction Amount: 193.95                    Disputed Amount: 193.95
Merchant Name: YOUR PASSPORT NOW, LLC
8667371344 FL
Date Disputed: 07/25/2019


Check Type of Transaction: ☐ Face-to-Face ☑ Non
Face-to-Face

Did the cardholder participate in the transaction? Yes

Message Reason Code 4853 - Cardholder Dispute-Defective/Not as Described


6) On what date did the cardmember receive the merchandise/service? **7/20/2019**

7) Has the cardmember attempted to contact the merchant to resolve the dispute? **Yes**

8) On what date did the cardmember attempt to contact the merchant? **7/25/2019**

9) Was the cardmember's attempt to contact the merchant successful? **Yes**

10) How did the cardmember attempt to contact the merchant to resolve the dispute? **Telephone**

12) What was the merchant's response to the cardmember's attempt to resolve this dispute? **MERCHANT STATED THEY DO NOT HELP WITH RENEWING PASSPORT.**

18) What did the cardmember purchase? **CUSTOMER WAS TRYING TO RENEW PASSPORT, WENT ON A WEBSITE WHICH COMES OFF AS RENEWING PASSPORT BUT MERCHANT DOES NOT HELP AT ALL IN RENEWING PASSPORT.**

19) What did the cardmember receive and how did it differ from what the cardmember originally ordered? **CUSTOMER WAS TRYING TO RENEW PASSPORT, WENT ON A WEBSITE WHICH COMES OFF AS RENEWING PASSPORT BUT MERCHANT DOES NOT HELP AT ALL IN RENEWING PASSPORT.**

20) Does the cardmember have any proof that the merchandise they received was different from what they originally ordered? **Yes**


Merchant/Acquirer Please Note:


The dispute information provided above came through Citibank secured email environment from the customer and was forwarded to the Citibank dispute area from our customer service unit.

Mail or Fax Response To:
Merchant Services
Retrieval & Chargeback Department
P.O. Box 540
Myersville, MD 21773

Collaboration Debit Advice
Respond By: 5/5/2019

Fax: 706-644-5210

4/24/2019

YOUR PASSPORT NOW LLC
8667371344USPASSPORTSONLINECOM
3309 NORTHLAKE BLVD STE 102
PALM BCH GDNS FL 33403-1705

Your Case Number is:  2019113008186

This is a notification of a(n) Collaboration dispute initiated by the issuing bank: Chase Bank USA, National Association

Reason:  Cancelled Merchandise/Services

Your account has been debited by the Adjustment Amount because; Cardholder claims either cancellation or a return. If no credit is due, please supply valid evidence of your refund terms/conditions.

| | | | |
|---|---|---|---|
| Type: | Retail Sale | Cardholder Number: | 426684XXXXXX0874 |
| Merchant Name: | YOUR PASSPORT NOW LLC | Reference Number: | 2455930909890001177B4277 |
| Merchant #: | 2257 | 2nd Reference Number: | |
| Transaction Amount: | $144.00 | Cardholder Name: | Not Available |
| Dispute Amount: | $144.00 | Transaction Date: | 4/7/2019 |
| Adjustment Amount: | $144.00 | Posting Date: | 4/8/2019 |
| Original Reference: | 439013 | Resolved Date: | 4/23/2019 |
| | | Received Date: | 4/20/2019 |
| Authorization Code: | 00176C | POS Entry Mode: | |
| Family ID: | 22043883 | Chargeback DDA: | XXXXXX7416 |

PLEASE BE AWARE:
o   You must supply a detailed rebuttal addressing all claims and if full or partial credit was issued, please explain why only partial credit was issued.
o   You must supply your rebuttal and documentation no later than 5/5/2019. Failure to do so could result in the forfeiture of your rights established by Visa.
o   Please note that there may be printed documentation on the back side of each page.
o   For faster processing, fax your rebuttal request. Please complete and return this form with any documentation supporting your case. Should you have any
     questions please contact the chargeback department at ** New 866-637-5467 .
*NOTE: It is a violation of association rules to issue a credit after the initiation of the dispute.

Contact Person: .................................................................................

Telephone No:_____   Fax No:_____

Reversal Reason (if insufficient space, please attach a separate sheet with your reason):

## Transaction Receipt

| | |
|---|---|
| Merchant: | Your Passport Now, LLC - (Palm Beach Gardens, FL) |
| Date/Time: | 04/07/2019 1:30:02 PM EDT |
| Transaction ID: | 4624731275 |
| Transaction Type: | Card Settle |
| Amount: | $144.00 |

## Credit Card Information

| | |
|---|---|
| CC Type: | Vi |
| CC Number: | ************0874 |
| Auth. Code: | 00176C |
| Processor: | TSYS |

## Billing Information

Sheila Funes

## Shipping Information

Sheila Funes

## Order Information

| | |
|---|---|
| Order ID: | 439013 |

GMail
by Google

Support USPassportOnline <support@uspassportonline.com>

## Passport Renewal Forms and Shipping Information
1 message

**support@uspassportonline.com** <support@uspassportonline.com>                Mon, Apr 15, 2019 at 4:52 PM
To:

Hello Sheila,

What you need to do next:

1. Click here: (https://pptform.state.gov/) to complete the DS-82. Please print and sign.
2. Please view attached for the letter of authorization. Please print, complete, and sign. Do not check the third check box on the letter of authorization.
3. View the photo template that is attached and verify that your passport photo meets the government requirements.
4. Do not forget to include a personal check, cashier's check, or money order made payable to the "US Department of State" for $170 or $200 if you are applying for a passport card as well.

Once you have gathered together all of the documents and verified that you have everything on the checklist that is attached, mail your package to the following address using FedEx overnight shipping. When you have shipped your envelope please respond to this email with your tracking number so we may verify that your package has been received.

US Passport Online
Wes Gorski
6145 Gehring St
Houston, TX 77021

For your reference, your case number is 439013. If you have any further questions and/or concerns feel free to contact us. Thank you and have a wonderful day.

Walter B.
Case Manager
USA Passports Online
855-681-0890
usapassportsonline.com

Confidentiality Notice: This message and its contents are confidential. If you are not the intended recipient and have received this message in error please immediately notify the sender and delete the email.

5 attachments

Renewal-checklist.pdf
95K

Quick Pass LOA.pdf
323K

Process China LOA.pdf
322K

Printing instructions.pdf
499K

Photo Template.pdf
62K

*Notes:*

*Fri. Apr 5, 2019 11:20 AM by Guest Admin*

Auto-note: Added .

*Fri. Apr 5, 2019 11:20 AM by Guest Admin*

Use Both Loas.

*Fri. Apr 5, 2019 11:20 AM by Guest Admin*

Auto-note: Assigned to Walter Buddhe

*Fri. Apr 5, 2019 11:34 AM by Walter Buddhe*

Auto-note: Changed status from 'New' to 'Called'.

*Fri. Apr 5, 2019 11:34 AM by Walter Buddhe*

Auto-note: Removed .

*Fri. Apr 5, 2019 11:34 AM by Walter Buddhe*

Auto-note: Added .

*Fri. Apr 5, 2019 11:34 AM by Walter Buddhe*

left voice message Contact Attempt e mail sent

*Mon. Apr 15, 2019 6:54 PM by Walter Buddhe*

Auto-note: Changed status from 'Called' to 'Waiting for Documents'.

*Mon. Apr 15, 2019 6:54 PM by Walter Buddhe*

The reason for the call:go over checklist send docs LOA used:both LOAs Itinerary/Written statement requested: No Checklist completed: Yes Resolution Provided: completed checklist e mail sent with docs Expectations: will mail in all docs to complete process

..

Mail or Fax Response To:
Merchant Services
Retrieval & Chargeback Department
P.O. Box 540
Myersville, MD 21773

**Chargeback Debit Advice**
Respond By: 4/30/2019

Fax: 706-644-5210

4/19/2019

YOUR PASSPORT NOW LLC
8667371344USPASSPORTSONLINE.COM
3309 NORTHLAKE BLVD STE 102
PALM BCH GDNS FL 33403-1705

Your Case Number Is:  2019108014696

This is a notification of a first chargeback initiated by the issuing bank:

Reason:  The Cardmember claims that the goods/services ordered were cancelled.

Your account has been debited by the Adjustment Amount because:
Cardholder claims cancellation or return. If credit is not due, please refute and provide proper disclosure of your terms/conditions.

| Type: | Sale | Cardholder Number: | 379259XXXXX1003 |
|---|---|---|---|
| Merchant Name: | YOUR PASSPORT NOW LLC | Reference Number: | 73011009088900016873888 |
| Merchant #: | 2257 | 2nd Reference Number: | |
| Transaction Amount: | $214.00 | Cardholder Name: | GUY LESTICIAN |
| Chargeback Amount: | $214.00 | Transaction Date: | 3/29/2019 |
| Adjustment Amount: | $214.00 | Posting Date: | 3/29/2019 |
| | | Resolved Date: | 4/18/2019 |
| | | Received Date: | 4/17/2019 |
| Authorization Code: | | POS Entry Mode: | |
| Family ID: | 22000244 | Chargeback DDA: | XXXXXX7416 |

PLEASE BE AWARE:
o    You must supply a detailed rebuttal addressing all claims and if full or partial credit was issued, please explain why only partial credit was issued.
o    You must supply your rebuttal and documentation no later than 4/30/2019. Failure to do so could result in the forfeiture of your reversal rights established by American Express.
o    Please note that there may be printed documentation on the back side of each page.
o    For faster processing, fax your reversal request. Please complete and return this form with any documentation supporting your case. Should you have any questions please contact the chargeback department at ** New 866-637-5467 .
*NOTE: It is a violation of association rules to issue a credit after the initiation of the chargeback.

Contact Person: _____

Telephone No: _____     Fax No: _____

Reversal Reason (if insufficient space, please attach a separate sheet with your reason):

_____

# Transaction Successful

## Transaction Receipt

| | |
|---|---|
| Merchant: | Your Passport Now, LLC - (Palm Beach Gardens, FL) |
| Date/Time: | 03/29/2019 1:00:02 PM EDT |
| Transaction ID: | 4606461124 |
| Transaction Type: | Card Settle |
| Amount: | $214.00 |

## Credit Card Information

| | |
|---|---|
| CC Type: | American Express |
| CC Number: | ***********1003 |
| Auth. Code: | 298294 |
| Processor: | TSYS |

## Billing Information

Guy Lestician

## Shipping Information

Guy Lestician

## Order Information

| | |
|---|---|
| Order ID: | 435230 |

Case 1:19-cv-25046-RNS    Document 132-23    Entered on FLSD Docket 01/23/2020    Page 98 of 329

# GMail
by Google

Support USPassportOnline <support@uspassportonline.com>

---

## Re: 435230
1 message

**support@uspassportonline.com** <support@uspassportonline.com>          Tue, Apr 2, 2019 at 8:10 AM
To: ██████████

Hello David,

Thank you for contacting us. We definitely understand your concern and we would like to provide you with all the required assistance, please contact us at your earliest convenience at 855-681-0890 from Monday through Sunday from 09:00 AM EST to 04:00 PM EST or provide us with the best time to call you. The refund or a cancellation option via email is not available at this time.

Sincerely,

Joshua G
Customer Support Team
USApassportsonline.com

---

**To:** support@uspassportonline.com
**From:** ██████████
**Sent:** Apr 01, 2019 at 05:54 PM CST
**Subject:** 435230

Charles C::: We check today about the passport at Philly and we are going to do it in person because the time for you to process it is to short. needed the passport by 4/10..... We need to cancel the your case now.

*Notes:*

*Wed. Mar 27, 2019 10:35 AM by Evelyn Rojas*

Auto-note: Added .

*Wed. Mar 27, 2019 10:35 AM by Evelyn Rojas*

LOA to be used: Quick Pass.

*Wed. Mar 27, 2019 10:35 AM by Evelyn Rojas*

Auto-note: Assigned to Juan Carlos Castillo

*Wed. Mar 27, 2019 11:02 AM by Juan Carlos Castillo*

Auto-note: Changed status from 'New' to 'Waiting for Documents'.

*Wed. Mar 27, 2019 11:02 AM by Juan Carlos Castillo*

Auto-note: Removed .

*Wed. Mar 27, 2019 11:02 AM by Juan Carlos Castillo*

Auto-note: Added .

*Wed. Mar 27, 2019 11:02 AM by Juan Carlos Castillo*

The reason for the call: go over check list LOA used: quick pass Itinerary/Written statement requested: yes Checklist completed: Yes Resolution Provided: explained process ,go over checklist,email sent Expectations (What the customer is going to do?):follow instructions ,go to accepance agent and send docs by fedex

*Sun. Mar 31, 2019 4:18 PM by Joshua Gould*

Auto-note: Removed .

*Sun. Mar 31, 2019 4:18 PM by Joshua Gould*

Auto-note: Added .

*Sun. Mar 31, 2019 4:18 PM by Joshua Gould*

Customer thought we were going to send him a FedEx envelope // I educated the cx that after completing the paperwork he will be needing to visit the acceptance agent and sent their paperwork

*Mon. Apr 1, 2019 12:02 AM by Agata Kowalczyk*

Auto-note: Changed status from 'Waiting for Documents' to 'Need Documents Soon'.

*Tue. Apr 2, 2019 10:10 AM by Joshua Gould*

Auto-note: Removed .

*Tue. Apr 2, 2019 10:10 AM by Joshua Gould*

Auto-note: Added .

*Tue. Apr 2. 2019 10:10 AM by Joshua Gould*

Refund request via email, the reason was that they were going to do it in person .

Mail or Fax Response to:
Merchant Services
Retrieval & Chargeback Department
P.O. Box 540
Myersville, MD 21773

**Chargeback Debit Advice**
Respond By: 4/29/2019

Fax: 706-644-5210

4/18/2019

YOUR PASSPORT NOW LLC
8667371344USPASSPORTSONLINECOM
3309 NORTHLAKE BLVD STE 102
PALM BCH GDNS FL 33403-1705

Your Case Number is: 2019107014573

This is a notification of a first chargeback initiated by the issuing bank:

Reason: The Cardmember claims that the goods/services ordered were cancelled.

Your account has been debited by the Adjustment Amount because:
Cardholder claims cancellation or return. If credit is not due, please refute and provide proper disclosure of your terms/conditions.

| Type: | Sale | Cardholder Number: | 371541XXXXX1008 |
|---|---|---|---|
| Merchant Name: | YOUR PASSPORT NOW LLC | Reference Number: | 73011009070900014841721 |
| Merchant #: | 2257 | 2nd Reference Number: | |
| Transaction Amount: | $114.00 | Cardholder Name: | ROBERT KRICKOVICH |
| Chargeback Amount: | $114.00 | Transaction Date: | 3/9/2019 |
| Adjustment Amount: | $114.00 | Posting Date: | 3/11/2019 |
| | | Resolved Date: | 4/17/2019 |
| | | Received Date: | 4/16/2019 |
| Authorization Code: | | POS Entry Mode: | |
| Family ID: | 21985990 | Chargeback DDA: | XXXXXX7416 |

PLEASE BE AWARE:
o   You must supply a detailed rebuttal addressing all claims and if full or partial credit was issued, please explain why only partial credit was issued.
o   You must supply your rebuttal and documentation no later than 4/29/2019. Failure to do so could result in the forfeiture of your reversal rights established by American Express.
o   Please note that there may be printed documentation on the back side of each page.
o   For faster processing, fax your reversal request. Please complete and return this form with any documentation supporting your case. Should you have any questions please contact the chargeback department at ** New 866-637-5467 .
*NOTE: It is a violation of association rules to issue a credit after the initiation of the chargeback.

Contact Person:_____

Telephone No:_____  Fax No:_____

Reversal Reason (If insufficient space, please attach a separate sheet with your reason):

_____

**Transaction Successful**

## Transaction Receipt

| | |
|---|---|
| Merchant: | Your Passport Now, LLC - (Palm Beach Gardens, FL) |
| Date/Time: | 03/09/2019 11:30:03 AM EST |
| Transaction ID: | 4563843676 |
| Transaction Type: | Card Settle |
| Amount: | $114.00 |

## Credit Card Information

| | |
|---|---|
| CC Type: | American Express |
| CC Number: | **********1008 |
| Auth. Code: | 215905 |
| Processor: | TSYS |

## Billing Information

Robert Krickovich

▮▮▮▮▮▮▮▮▮

## Shipping Information

Robert Krickovich

## Order Information

| | |
|---|---|
| Order ID: | 427425 |

*Notes:*

*Mon. Mar 4, 2019 11:45 AM by Evelyn Rojas*

LOA to be used: Both. Prompt the applicant to send one Quick Pass and one Process China.

*Mon. Mar 18, 2019 2:03 PM by Noelia Vargas*

cux called to cancel because he did not have a printer /// cm explained to the cux that he can print the docs in a library /// cux agree to go over the checklist // once the cm explained to the cux about the gov fee the cux said that he wanted to cancel /// cm explained to the cux that he was no avail to a refund because the order was placed more than 24 hours ago // cux hang up ///

*Wed. Mar 27, 2019 6:54 PM by Joshua Gould*

Auto-note: Changed status from 'New' to 'Waiting for Documents'.

*Wed. Mar 27, 2019 6:54 PM by Joshua Gould*

Auto-note: Added .

Mail or Fax Response To:
Merchant Services
Retrieval & Chargeback Department
P.O. Box 540
Myersville, MD 21773

**Collaboration Debit Advice**
Respond By: 4/29/2019

Fax: 706-644-5210

4/18/2019

YOUR PASSPORT NOW LLC
8667371344USPASSPORTSONLINECOM
3309 NORTHLAKE BLVD STE 102
PALM BCH GDNS FL 33403-1705

Your Case Number is: 2019107009052

This is a notification of a(n) Collaboration dispute initiated by the issuing bank: Capital One Bank (Usa), National Association

Reason: Merchandise/Services Not Received

Your account has been debited by the Adjustment Amount because; Cardholder claims non receipt of merchandise or services. Valid proof of delivery/receipt is required, along with the sale invoice/order form.

| Type: | Retail Sale | Cardholder Number: | 414709XXXXXX7193 |
|---|---|---|---|
| Merchant Name: | YOUR PASSPORT NOW LLC | Reference Number: | 24559308083900017379743 |
| Merchant #: | 2257 | 2nd Reference Number: | |
| Transaction Amount: | $253.00 | Cardholder Name: | Not Available |
| Dispute Amount: | $60.00 | Transaction Date: | 4/3/2019 |
| Adjustment Amount: | $60.00 | Posting Date: | 4/3/2019 |
| Original Reference: | 437137 | Resolved Date: | 4/17/2019 |
| | | Received Date: | 4/16/2019 |
| Authorization Code: | 05242D | POS Entry Mode: | |
| Family ID: | 21981423 | Chargeback DDA: | XXXXXX7416 |

PLEASE BE AWARE:

o   You must supply a detailed rebuttal addressing all claims and if full or partial credit was issued, please explain why only partial credit was issued.
o   You must supply your rebuttal and documentation no later than 4/29/2019. Failure to do so could result in the forfeiture of your rights established by Visa.
o   Please note that there may be printed documentation on the back side of each page.
o   For faster processing, fax your rebuttal request. Please complete and return this form with any documentation supporting your case. Should you have any questions please contact the chargeback department at ** New 866-637-5467 .
*NOTE: It is a violation of association rules to issue a credit after the initiation of the dispute.

Contact Person: .............................................................................................

Telephone No: _____ Fax No: _____

Reversal Reason (if insufficient space, please attach a separate sheet with your reason):

Merchant One Payment Gateway

**Transaction Successful**

## Transaction Receipt

| | |
|---|---|
| **Merchant:** | Your Passport Now, LLC - (Palm Beach Gardens, FL) |
| **Date/Time:** | 04/03/2019 5:00:02 PM EDT |
| **Transaction ID:** | 4616707512 |
| **Transaction Type:** | Card Settle |
| **Amount:** | $253.00 |

## Credit Card Information

| | |
|---|---|
| **CC Type:** | Visa |
| **CC Number:** | ************7193 |
| **Auth. Code:** | 05242D |
| **Processor:** | TSYS |

## Billing Information

MARIE CHODKOWSKI

## Shipping Information

MARIE CHODKOWSKI

## Order Information

| | |
|---|---|
| **Order ID:** | 437137 |

Transaction Successfully Refunded

## Transaction Receipt

| | |
|---|---|
| Merchant: | Your Passport Now, LLC - (Palm Beach Gardens, FL) |
| Date/Time: | 04/04/2019 2:43:09 PM EDT |
| Transaction ID: | 4623079085 |
| Transaction Type: | Card Settle |
| Amount: | $-193.00 |

## Credit Card Information

| | |
|---|---|
| CC Type: | Visa |
| CC Number: | ***********7193 |
| Auth. Code: | 042897 |
| Processor: | TSYS |

## Billing Information

MARIE CHODKOWSKI

## Shipping Information

MARIE CHODKOWSKI

## Order Information

| | |
|---|---|
| Order ID: | 437137 |

*Notes:*

*Mon. Apr 1, 2019 2:56 PM by Evelyn Rojas*

Auto-note: Changed status from 'New' to 'Waiting for Documents'.

*Mon. Apr 1, 2019 2:56 PM by Evelyn Rojas*

Auto-note: Added .

*Mon. Apr 1, 2019 2:56 PM by Evelyn Rojas*

LOA to be used: Both. Prompt the applicants to send one Quick Pass and one Process China. /// Send one email per applicant. /// Each applicant needs to send one set of LOA's.

*Mon. Apr 1, 2019 2:58 PM by Nathalie Vega*

Auto-note: Sent refund email to client

*Mon. Apr 1, 2019 2:58 PM by Nathalie Vega*

Auto-note: Changed status from 'Waiting for Documents' to 'Suspended'.

*Mon. Apr 1, 2019 2:58 PM by Nathalie Vega*

Auto-note: Removed .

*Mon. Apr 1, 2019 2:58 PM by Nathalie Vega*

Auto-note: Added .

*Mon. Apr 1, 2019 2:58 PM by Nathalie Vega*

The reason for the call: Customer is calling for a refund Reason for Refund: too much difficulty forms // thought we were the government Legal Threat: No Partial Caller hung up: No

*Thu. Apr 4, 2019 2:43 PM by Evelyn Rojas*

Auto-note: Changed status from 'Suspended' to 'Refunded'.

*Thu. Apr 4, 2019 2:43 PM by Evelyn Rojas*

Auto-note: Removed .

*Thu. Apr 4, 2019 2:43 PM by Evelyn Rojas*

Auto-note: Added .

*Thu. Apr 4, 2019 2:43 PM by Evelyn Rojas*

Merchant: Your Passport Now, LLC - (Palm Beach Ga, FL) Date: 04/04/2019 2:43:09 PM EDT Transaction ID: 4623079085 Transaction Type: Card Refund Amount: $-193.00

Retrieval & Chargeback Department
P.O. Box 540
Myersville, MD 21773

**Chargeback Debit Advice**

Respond By: 4/22/2019

Fax: 706-644-5210

4/11/2019

YOUR PASSPORT NOW LLC
8667371344USPASSPORTSONLINECOM
3309 NORTHLAKE BLVD STE 102
PALM BCH GDNS FL 33403-1705

Your Case Number is:  2019100010683

This is a notification of a first chargeback initiated by the issuing bank:

Reason:  No Cardholder Authorization

Your account has been debited by the Adjustment Amount because;
Unauthorized charge. Provide a signed and imprinted or magswiped sales ticket; or copy of order form/invoice, along with evidence of positive AVS.

| | | | |
|---|---|---|---|
| Type: | Retail Sale | Cardholder Number: | 549460XXXXXX6829 |
| Merchant Name: | YOUR PASSPORT NOW LLC | Reference Number: | 85500399081900016061207 |
| Merchant #: | 2257 | 2nd Reference Number: | |
| Transaction Amount: | $60.00 | Cardholder Name: | Not Available |
| Chargeback Amount: | $60.00 | Transaction Date: | 3/21/2019 |
| Adjustment Amount: | $60.00 | Posting Date: | 3/22/2019 |
| Original Reference: | 432209 | Resolved Date: | 4/10/2019 |
| | | Received Date: | 4/9/2019 |
| Authorization Code: | 01918P | POS Entry Mode: | |
| Family ID: | 21906604 | Chargeback DDA: | XXXXXX7416 |

PLEASE BE AWARE:

  o  You must supply a detailed rebuttal addressing all claims and if full or partial credit was issued, please explain why only partial credit was issued.

  o  You must supply your rebuttal and documentation no later than 4/22/2019. Failure to do so could result in the forfeiture of your reversal rights established by Mastercard.

  o  Please note that there may be printed documentation on the back side of each page.

  o  For faster processing, fax your reversal request. Please complete and return this form with any documentation supporting your case. Should you have any questions please contact the chargeback department at ** New 866-637-5467 .

  *NOTE: It is a violation of association rules to issue a credit after the initiation of the chargeback.

Contact Person:_____

Telephone No:_____, Fax No:_____

Reversal Reason (if insufficient space, please attach a separate sheet with your reason):

_____

## Transaction Successful

### Transaction Receipt

| | |
|---|---|
| **Merchant:** | Your Passport Now, LLC - (Palm Beach Gardens, FL) |
| **Date/Time:** | 03/21/2019 6:30:02 PM EDT |
| **Transaction ID:** | 4592561149 |
| **Transaction Type:** | Card Settle |
| **Amount:** | $60.00 |

### Credit Card Information

| | |
|---|---|
| **CC Type:** | Mastercard |
| **CC Number:** | ************6829 |
| **Auth. Code:** | 01918P |
| **Processor:** | TSYS |

| Billing Information | Shipping Information |
|---|---|
| edward hixson jr | edward hixson jr |

### Order Information

| | |
|---|---|
| **Order ID:** | 432209 |



Support USPassportOnline <support@uspassportonline.com>

## Passport Renewal Forms and Shipping Information Edward hixson

1 message

**support@uspassportonline.com** <support@uspassportonline.com>                Tue, Mar 19, 2019 at 4:30 PM
To:

What you need to do next:

1. Click here: (https://pptform.state.gov/) to complete the DS-82. Please print and sign.
2. Please view attached for the letter of authorization. Please print, complete, and sign. Do not check the third check box on the letter of authorization.
3. View the photo template that is attached and verify that your passport photo meets the government requirements.
4. Do not forget to include a personal check, cashier's check, or money order made payable to the "US Department of State" for $170 or $200 if you are applying for a passport card as well.

Once you have gathered together all of the documents and verified that you have everything on the checklist that is attached, mail your package to the following address using FedEx overnight shipping. When you have shipped your envelope please respond to this email with your tracking number so we may verify that your package has been received.

US Passport Online
Wes Gorski
6145 Gehring St
Houston, TX 77021

For your reference, your case number is 432209. If you have any further questions and/or concerns feel free to contact us. Thank you and have a wonderful day.

Walter B.
Case Manager
US Passport Online
855-681-0890
usapassportsonline.com

Confidentiality Notice: This message and its contents are confidential. If you are not the intended recipient and have received this message in error please immediately notify the sender and delete the email.

**5 attachments**

📄 **Written Statement template  for travelling purposes.docx**
3K

📄 **Photo Template.pdf**
62K

📄 **Process China LOA.pdf**
322K

📄 **Renewal-checklist.pdf**
95K

📄 **Printing instructions.pdf**
499K

*Notes:*

*Tue. Mar 19, 2019 5:25 PM by Guest Admin*

Use Process China Loa.

*Tue. Mar 19, 2019 5:25 PM by Guest Admin*

Auto-note: Assigned to Walter Buddhe

*Tue. Mar 19, 2019 6:30 PM by Walter Buddhe*

Auto-note: Changed status from 'New' to 'Waiting for Documents'.

*Tue. Mar 19, 2019 6:30 PM by Walter Buddhe*

The reason for the call:go over checklist and sent LOA LOA used: LOA PC Itinerary/Written statement requested: Yes Checklist completed: Yes Resolution Provided: completed checklist e mail sent with docs Expectations: will mail in all docs to complete process

*Fri. Mar 22, 2019 12:02 AM by Agata Kowalczyk*

Auto-note: Changed status from 'Waiting for Documents' to 'Need Documents Soon'.

Merchant Services
Retrieval & Chargeback Department
P.O. Box 540
Myersville, MD 21773

**Collaboration Debit Advice**
Respond By: 4/27/2019

Fax: 706-644-5210

4/16/2019

YOUR PASSPORT NOW LLC
8667371344USPASSPORTSONLINECOM
3309 NORTHLAKE BLVD STE 102
PALM BCH GDNS FL 33403-1705

Your Case Number is:  2019105013877
This is a notification of a(n) Collaboration dispute initiated by the issuing bank:
Reason:  Cancelled Merchandise/Services

Your account has been debited by the Adjustment Amount because; Cardholder claims either cancellation or a return.  If no credit is due,
please supply valid evidence of your refund terms/conditions.

| Type; | Retail Sale | Cardholder Number: | 420778XXXXXX9112 |
|---|---|---|---|
| Merchant Name: | YOUR PASSPORT NOW LLC | Reference Number: | 24559309066900014542460 |
| Merchant #: | 2257 | 2nd Reference Number: | |
| Transaction Amount: | $60.00 | Cardholder Name: | Not Available |
| Dispute Amount: | $60.00 | Transaction Date: | 3/6/2019 |
| Adjustment Amount: | $60.00 | Posting Date: | 3/7/2019 |
| Original Reference: | 427590 | Resolved Date: | 4/15/2019 |
| | | Received Date: | 4/12/2019 |
| Authorization Code: | 00403B | POS Entry Mode: | |
| Family ID: | 21954021 | Chargeback DDA: | XXXXXX7416 |

PLEASE BE AWARE:
o   You must supply a detailed rebuttal addressing all claims and if full or partial credit was issued, please explain why only partial credit was issued.
o   You must supply your rebuttal and documentation no later than 4/27/2019.  Failure to do so could result in  the forfeiture of your rights established by Visa.
o   Please note that there may be printed documentation on the back side of each page.
o   For faster processing, fax your rebuttal request.  Please complete and return this form with any documentation supporting your case.  Should you have any
     questions please contact the chargeback department at ** New 866-637-5497 .
*NOTE: It is a violation of association rules to issue a credit after the initiation of the dispute,

Contact Person: .................................................................................................

Telephone No:_____  Fax No:_____

Reversal Reason (if insufficient space, please attach a separate sheet with your reason):

Merchant One Payment Gateway

## Transaction Successful

### Transaction Receipt

| | |
|---|---|
| **Merchant:** | Your Passport Now, LLC - (Palm Beach Gardens, FL) |
| **Date/Time:** | 03/06/2019 6:30:02 PM EST |
| **Transaction ID:** | 4564505369 |
| **Transaction Type:** | Card Settle |
| **Amount:** | $60.00 |

### Credit Card Information

| | |
|---|---|
| **CC Type:** | Visa |
| **CC Number:** | ************9112 |
| **Auth. Code:** | 004038 |
| **Processor:** | TSYS |

### Billing Information

ELEONOR LOS SANTOS

### Shipping Information

ELEONOR LOS SANTOS

### Order Information

| | |
|---|---|
| **Order ID:** | 427590 |

1/1



Support USPassportOnline <support@uspassportonline.com>

## Re: Re: Expedited Passport Service
1 message

**support@uspassportonline.com** <support@uspassportonline.com>                Wed, Mar 6, 2019 at 2:41 PM
To: ▮▮▮▮▮▮▮▮▮▮▮

Greetings

We will be more than glad to assist you with the process of the cancellation of your transaction. Unfortunately, we do not have the option for cancellations via email available as we need to verify your identity for security procedures, so we kindly request you to give us a call back as soon as you have a chance. You can reach us at 855-681-0890, during our business hours that are from 9am to 6pm EST, 7 days a week.

Have a beautiful day!

Mike A
Case Manager
Us Passport online
855-681-0890

**To:** support@uspassportonline.com
**From:** ▮▮▮▮▮▮▮▮▮
**Sent:** Mar 06, 2019 at 02:39 PM CST
**Subject:** Re: Expedited Passport Service

Good afternoon,

Thank you for another response.

Would you please CANCEL the request of the renewal process ASAP. And issue a credit to my credit account.

I don't need the passport be expedite process because we won't be traveling very soon.

I truly apologize for the error this may cause and the inconvenience to your staff.

I will be expecting a credit on my visa card at the soonest.

have a great day, and thank you again for your promptness.

Eleonor Delos Santos

On Tuesday, March 5, 2019, 4:06:54 PM PST, support@uspassportonline.com <support@uspassportonline.com> wrote:

Hello Eleonor,

Thank you for contacting us, we want to inform you that we have the authorization of the Department of State only to offer an expedited service. According to your service level, we have 10-14 business days for expediting your passport. There will be a government fee of $170.00 only for the passport book for each applicant.

Please do not hesitate to reply to this email or please give us a call back at 855-681-0890 during our business hours, Monday to Sunday 10 AM–6 PM EST.

Have a beautiful day.

Jeyrut C.
US Passport Online
855-681-0890

*Notes:*

*Mon. Mar 4, 2019 4:44 PM by Pablo Aguero*

Auto-note: Changed status from 'New' to 'Waiting for Documents'.

*Mon. Mar 4, 2019 4:44 PM by Pablo Aguero*

cx called to go over the checklist, sent em... ...un both loa's no itinerary requested.

*Tue. Mar 5, 2019 2:47 PM by Maria Irene*

clarified gov charges and ours for the client to understand

*Tue. Mar 5, 2019 7:05 PM by Jeyrul Leal*

I clarified to the customer that we only offer an expedited service and the government fee it has to be $170 for each applicant.

*Thu. Apr 4, 2019 11:48 AM by Daniel Tamayo*

Auto-note: Changed status from 'Waiting for Documents' to 'No Contact 10-14'.

*Thu. Apr 4, 2019 11:48 AM by Daniel Tamayo*

Auto-note: Added .

Attachment I



UNITED STATES OF AMERICA
### FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Division of Enforcement
Bureau of Consumer Protection

## *FTC v. OnPoint Global, et. al*

# DOCUMENTS OBTAINED FROM DEFENDANTS' BUSINESS PREMISES

### 350 NE 60th Street, Miami, Florida 33137

**DATE:  December** _____17_____ **2019**

**FTC STAFF INITIALS:** _____LF_____

**LOCATION OF ORIGINAL DOCUMENTS:**

Office S, Cabinet 1, bottom blue cabinet

**CUSTODIAN (if known):**

**ADDITIONAL DESCRIPTION:**

Org. Chart of processing companies

onpoint

PROCESSING COMPANIES

Brent Levison

Eagle Media LLC Delaware

MBL Media LLC Delaware

Bring Back the Magic, LLC Delaware

Chametz Media, LLC Delaware

Elisha Rothman

Yamazak LLCi

Orange Grove LLC Delaware

Arlene Mahon

Lady Boss LLC Delaware

PJ Groove LLC Delaware

Charles Ohana

Borat Media LLC Delaware

Wasabi Media LLC Delaware

Chris Sherman

GNR Media LLC Delaware

Pirate Media LLC Delaware

Gabriel Penaloza

Shadow Media LLC Delaware

Brent Levison

Skyar Media LLS Delaware

Elisha R

Slayer Media Delaware

Brent Levison

Chelsea Media LLC Delaware

Brent Levison

Very Busy LLC Delaware

Brent Levison

Island Media LLC Delaware

your passport now LLC

Red X's will take longer to do, the rest should be much quicker to get them all open

new post

PX 25: Declaration of Lashanda Freeman
Attachment I: Page 2

Attachment J



UNITED STATES OF AMERICA
**FEDERAL TRADE COMMISSION**
WASHINGTON, D.C. 20580

Division of Enforcement
Bureau of Consumer Protection

### *FTC v. OnPoint Global, et. al*

# DOCUMENTS OBTAINED FROM DEFENDANTS' BUSINESS PREMISES

### 350 NE 60th Street, Miami, Florida 33137

**DATE:  December** ____1 7____ **2019**

**FTC STAFF INITIALS:** ____LF____

**LOCATION OF ORIGINAL DOCUMENTS:**

office 5, cabinet 1, middle gray cabinet

**CUSTODIAN (if known):**

**ADDITIONAL DESCRIPTION:**

- complts from state AG
3 BBB offices



## DAVE YOST
### OHIO ATTORNEY GENERAL

## Complaint Detail

**Complaint No. 935520**

**Consumer:**

Gretchen Sutton

████████████████████

████████ ext. daytime

Email: ████████████████

Professional Services/Miscellaneous Professional Services

Date Entered: 5/12/2019

**Supplier:**

Take Me Fishing/Fishinglicense.org

212  W IRONWOOD DR STE D
PMB 177
COEUR D ALENE, ID 83814-1401

(855)215-2058 ext.  daytime

(888)867-4816 ext.  daytime

**Purchase Information:**

| | |
|---|---|
| Problem Area: | Misrepresentation |
| Purchase Date: | 5/12/2019 |
| Total Price: | $28.98 |
| Disputed Amount: | $4.99 |
| Amount Paid So Far: | $0.00 |

**Description:**

Company misleads itself as a site to renew Ohio fishing license when it is in fact, selling some sort of fishing "guide" that they send via email. This is not obvious and it says "renew fishing license" across the top of the page.  I contacted the customer service line immediately and told them the site is very misleading.  The representative agreed to refund $23.99 for the "guide" but would not refund $4.99 because they claimed it was a processing fee.  They are running this scam and collecting $4.99 for nothing from God knows how many people who are just trying to renew a fishing license.

**Satisfactory Solution:**

Shut down the site.  Refund $4.99.

**Complaint No. 935520**

Wednesday, May 22, 2019

Page 1 of 1



STATE OF NEBRASKA

# Office of the Attorney General

2115 STATE CAPITOL BUILDING
LINCOLN, NE 68509-8920
(402) 471-2682
TDD (402) 471-2682
FAX (402) 471-3297 or (402) 471-4725

**DOUGLAS J. PETERSON**
ATTORNEY GENERAL

April 16, 2019

Eagle Media, LLC
6539 Harrison Ave #101
Cincinnati, OH 45247

RE:  Carol Mitchell

Dear Representative:

This office is in receipt of your response to the above referenced complaint. Our file reflects that no further action will be taken in this mediation at this time. The Attorney General reserves the right, however, to take such further action as the public interest may require. A copy of the file will be kept for future reference should evidence of a pattern of unfair or deceptive trade practices be brought to our attention.

Sincerely,

DOUGLAS J. PETERSON
Attorney General

Megan D
Complaint Mediator
Consumer Protection Division
protectthegoodlife.nebraska.gov/

B3

**DOUGLAS J. PETERSON**

ATTORNEY GENERAL

2115 STATE CAPITOL BUILDING
LINCOLN, NEBRASKA 68509-8920

11-21-00

FIRST-CLASS MAIL
AUTO
neopost
04/17/2019
US POSTAGE $000.38³

ZIP 68508
041M112252307

051   CTCDASB  45247

Eagle Media, LLC
6539 Harrison Ave #101
Cincinnati, OH 45247

PX 25: Declaration of Lashanda Freeman
Attachment J: Page 4

Mr. Michael D. Carroll,

Please be advised that I am responding on behalf of getcarregistration.org regarding the referenced matter.

getcarregistration.org operates an e-commerce business which endeavors to ensure that all of its consumers are pleased with the service.  Thus, getcarregistration.org issued Mr. Schlaifer a full refund on 02/27/2019, as an accommodation and in doing so Domain is not acknowledging any liability or wrongdoing. Kindly note that Mr. Schlaifer's user experience was consistent with getcarregistration.org terms of use for which Mr.Schlaifer was fully apprised and affirmed at the time of his use of the site.

getcarregistration.org is a comprehensive resource providing the public with valuable, time-saving information.  The proprietary resources provided include, but not limited to, state-specific registration requirements and regulations, getcarregistration.org manuals, getcarregistration.org locatio ns, official forms, practice tests, study guides, and assistance with completing state DMV application forms, in both printed and audio formats. getcarregistration.org is a source for information regarding obtaining, renewing, replacing, or updating car registrations. It also provides drivers with a complete list of items needed to complete these tasks at a local DMV office. As well as many value-added products, such as coupons, discounts and sixty (60) days of roadside assistance. getcarregistration.org site clearly states that it is privately owned and not operated by, nor affiliated with any federal, state, county, or city government. getcarregistration.org does not claim any authority to act on behalf of, nor claim to be endorsed, sponsored or sanctioned by any government agency.

getcarregistration.org operates a customer service line and openly encourages its users to utilize this direct method of communication. Moreover, getcarregistration.org offers a money back guarantee. As in Mr. Schlaifer's case, getcarregistration.org attempts to immediately and completely address a user's questions or concerns even when a complaint is unfounded.

Thank you for making getcarregistration.org aware of this situation.

Very truly yours



COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL

BUREAU OF CONSUMER PROTECTION
1600 Arch Street, Ste. 300
Philadelphia, Pennsylvania 19103
215-560-2414
April 16, 2019

getcarregistration.org (Eagle Media LLC)
6539 Harrison Ave., #101
Cincinnati, OH  45247

        Re:   Richard Schlaifer
              BCP-19-05-005309

Dear Sir/Madam:

        Recently, a copy of the above referenced consumer complaint was sent to
you.  A reply was requested within twenty-one (21) days.  As of this date, we
have not received a response to our previous letter.

        We are still hopeful that this matter can be resolved amicably.  Again,
we request that you provide a response within ten (10) days from the above
date.

                        Very truly yours,

                        Michael D. Carroll

                        Michael D. Carroll
                        Agent
                        mcarroll@attorneygeneral.gov

mdc
21A



USPS POSTAGE PITNEY BOWES
$ 000.50°
02 1P
0000862079
MAILED FROM ZIP CODE 19103

APR 19 2019

FA 191
19 APR '19
PM 4 L

45247-782239

Office of Attorney General
Commonwealth of Pennsylvania
Bureau of Consumer Protection
1600 Arch Street, Suite 300
Philadelphia, PA 19103

PX 25: Declaration of Lashanda Freeman
Attachment J: Page 7



BBB Serving Southern Ohio, Northern Kentucky, Southeast Indiana
1 E. 4th, Suite 600
Cincinnati, OH 45202
Phone: (513) 421-3015
Fax: (513) 621-0907
info@cincinnati.bbb.org
bbb.org/cincinnati

Thursday, April 25, 2019

movingaddresses.org
6539 Harrison Ave #101
Cincinnati OH  45247

Hello Representative movingaddresses.org,

We've received a message from a concerned customer about your business, and we need to work toward resolving it. As you know, one of the core services at BBB is handling complaints, and we do that by assisting both sides in coming up with a solution.

To recap:
Previous attempts have been made to reach you.  A concern was submitted by Morgan Phelps on 4/14/2019 and was assigned an ID of 13502774. We've listed below and/or attached a copy of the details to this message.

So, what's your next step? Respond within the next 7 days. If you're reading this in an email, click on the "Respond to this Complaint" link on the left. If you got this in the mail, just state your position in a letter and fax/mail/email it back to us. Failure to do so may adversely affect your business rating.

Need some help composing a response? Here are some dos and don'ts.

- Do try to respond within a week of receiving this; don't wait until the end of the time limit.
- Do acknowledge the customer's concerns; don't forget to include your point of view.
- Do remain focused on the facts; don't let emotion get the best of you.
- Do explain what you can and can't do to resolve things; don't make false promises.

Keep in mind that the customer's complaint and your response will be posted on our website (however, we reserve the right not to post anything that violates BBB policy) so please don't include any personally identifying info. BBB may edit as necessary to protect privacy rights and remove any inappropriate language. Remember - by responding, you're officially submitting what you believe to be an accurate account of what happened. It never hurts to review your records before you respond.

If you have any questions, give us a call.

Best Regards,

Gail Sherman
Marketplace Resource Consultant Team Lead
gsherman@cincinnati.bbb.org
Phone: 513-639-9148

**CUSTOMER EXPERIENCE INFORMATION**

**Customer Information:**
Morgan Phelps
8368 S Kinman Dr.
Nineveh, IN  46164
Daytime Phone: (317) 987-7330
Evening Phone: (317) 987-7330
E-mail: mphelps89@icloud.com

BBB Complaint ID: 13502774 (31172853)

**The details of this matter are as follows:**
**Complaint Involves:**
Advertising Issues

**Customer's Statement of the Problem:**
I wanted to change my address after moving, so when I looked up the usps website this one popped up and said it was for usps. I knew in the past it had only cost $1.00, but this site charged $45.00
**Complaint Background:**
**Product/Service:** Address change
**Purchase Date:** 4/14/2019
**Problem Occurred:** 4/14/2019
**Model:**
**Account Number:**
**Order Number:**

**Name of Salesperson:**

[[PurchasePrice.All]]] **Disputed Amount:** $0.00

**Desired Settlement:**
I would like my money back and for this website to be taken down.
**Desired Settlement:**
Refund

**Additional Comments from Consumer:**

BBB Complaint ID: 13502774 (31172853)

Hasler
04/26/2019
US POSTAGE

FIRST-CLASS MAIL
$00.50

ZIP 64108
011D11644128

4524787822 0016

BBB Serving Southern Ohio, Northern Kentucky, Southeast Indiana
1 E. 4th, Suite 600
Cincinnati, OH 45202

PX 25: Declaration of Lashanda Freeman
Attachment J: Page 10



BBB Serving Southern Ohio, Northern Kentucky, Southeast Indiana
1 E. 4th, Suite 600
Cincinnati, OH 45202
Phone: (513) 421-3015
Fax: (513) 621-0907
info@cincinnati.bbb.org
bbb.org/cincinnati

Friday, April 26, 2019

movingaddresses.org
6539 Harrison Ave #101
Cincinnati OH 45247

Re: ID # 13463848 - Auston Dructor

Dear Representative movingaddresses.org:

Thank you for your cooperation in responding to the above consumer's complaint and for the opportunity to assist you with resolving their concerns.

We notified Auston Dructor of your response and requested notification of whether or not a satisfactory resolution had been reached. BBB has not heard back from the consumer.  Therefore, the complaint has been closed and will be included in your firm's BBB Business Profile as: "The business addressed the issues within the complaint, but the consumer either (a) did not accept the response, OR (b) did not notify BBB as to their satisfaction."

The text of your response may be publidy posted on BBB's website.  BBB reserves the right to not post in accordance with BBB policy, and we may edit your response to protect privacy rights and to remove inappropriate language. In the event the consumer contacts BBB again regarding this issue, we may reach out to you to review any new or additional information we've received from the consumer.

In addition to complaints, BBB Business Reviews include basic background information about your business. This data is used to calculate your letter grade rating.  BBB does take the size of your business into account when evaluating complaint volume so please be sure to supply your annual revenue and/or employee count.  We encourage you to update your information by visiting us online at bbb.org/cincinnati/public/Forms/AboutYourBusiness.aspx

We appreciate your cooperation in addressing this issue, and hope we can be of service to you in the future.

Sincerely,

Gail Sherman|*Operations Team*

BBB Complaint ID: 13463848 (31188281)

Hasler
04/26/2019
US POSTAGE

FIRST-CLASS MAIL
$00.50⁹

ZIP 64108
011D11644128

BBB Serving Southern Ohio, Northern Kentucky, Southeast Indiana
1 E. 4th, Suite 600
Cincinnati, OH 45202

PX 25: Declaration of Lashanda Freeman
Attachment J: Page 12



**ATTORNEY GENERAL OF MISSOURI**
**JEFFERSON CITY**
**65102**

ERIC SCHMITT
ATTORNEY GENERAL

P.O.Box 899
(573) 751-3321

May 1, 2019

Eagle Media
6539 Harrison Ave
#101
Cincinnati, OH  45247

RE: Complaint No. CC-2019-04-007985 Mrs. Ruth M Dickey

Dear Eagle Media:

The Missouri Attorney General's office has received the attached complaint concerning your company and its business practices. Please review the complaint and provide a written response within fourteen (14) days. If this matter has been resolved in a fair and appropriate manner, please advise our office of that resolution. Please make sure you reference the above-mentioned complaint number in all correspondence.

We appreciate your immediate response and cooperation in this matter.

Sincerely,

*Morgan Johnson*

Morgan Johnson
Office of the Attorney General
Consumer Advocate
Consumer Protection Division
P.O. Box 899 | Jefferson City, MO 65102
Email: morgan.johnson@ago.mo.gov
Phone: (573) 751-8937 | Fax: (573) 751-7948

# Consumer Complaint No. CC-2019-04-007985 Details

## Consumer Information

| | |
|---|---|
| **Name:** | Mrs. Ruth Dickey M |
| **Address:** | |
| **Primary Phone:** | |
| **Secondary Phone:** | |
| **Email:** | |

## Business Information

| | |
|---|---|
| **Business Name:** | Eagle Media |
| **Address:** | 6539 Harrison Ave #101<br>Cincinnati, OH 45247 |
| **Phone:** | |
| **Fax:** | |
| **Email:** | |
| **Website:** | |
| **Contact Person:** | |

## Complaint Information

| | |
|---|---|
| **Complaint Number:** | CC-2019-04-007985 |
| **Consumer Info:** | Over Age 60 No; Disabled: No; Veteran: No |
| **Category:** | Communications/Technology/Online Services - Online Services (Yahoo, Gmail, Hotmail, Domain) |
| **Transaction Date:** | |
| **Financial Loss:** | No |
| **Contract Signed:** | No |

**Brief description of complaint:**

im concerned because I emailed them, with , my mo dept. of revenue, pin no., thinking I was emailing mo. dept. of revenue, I was inquiring about my mo. licence plate renewal, that was mailed to the real mo. , jeff. city, revenue dept., , , I mailed to mo. revenue , with a money order check, so that was good, , but im concerned that I gave my licence plate renewal pin no., to this fake website, possing as legit mo. revenue dept., , that is all I gave them, plus my email, but im still concerned they can do something with my , mo. dept. of revenue pin no?, and or my email, although, im very careful about my email,, can you please tell me what I can do now?, proactively , what to look for, and what to do?, can they , hack, my , , mo. driver, pin no?, or something?, and what to look for about , possible hacking of my email? ect.?, again, ive not sent them, any financial personal info., , I was just inquiring about receiving my renewal stickers from mo. dept. of revenue., , again, I sent all renewal info., to the real mo. dept. of revenue with a money order check, to the real guys., so I hope im safe from these fake guys, here, but am concerned, that these creeps, might be able to screw me up somehow., please respond, I just emailed these org. people, a few minutes ago, thinking it was the real state email

**Consumer has indicated that the following statements apply to this complaint:**

- Consumer has taken these action(s):
- Consumer has contacted agencies:
- Consumer would like complaint resolved via: - Investigate business - Other: inquire the business, , ect.and tell me if I have anything to worry about, the fact there fake is concerning.

Printed 5/1/2019

# Consumer Complaint No. CC-2019-04-007987 Details

## Consumer Information

| | |
|---|---|
| **Name:** | mrs. ruth dickey m |
| **Address:** | |
| **Primary Phone:** | |
| **Secondary Phone:** | |
| **Email:** | |

## Business Information

| | |
|---|---|
| **Business Name:** | your driver licence . org |
| **Address:** | dont know |
| | , |
| **Phone:** | |
| **Fax:** | |
| **Email:** | |
| **Website:** | |
| **Contact Person:** | |

## Complaint Information

| | |
|---|---|
| **Complaint Number:** | CC-2019-04-007987 |
| **Consumer Info:** | Over Age 60 No; Disabled: No; Veteran: No |
| **Category:** | Communications/Technology/Online Services - Online Services (Yahoo, Gmail, Hotmail, Domain) |
| **Transaction Date:** | |
| **Financial Loss:** | No |
| **Contract Signed:** | No |

**Brief description of complaint:**

ive emailed earlier, and yahooemail, deleted, your response to me, , update, ive, saved this bogus website to favorites, , and also tried to get their address, and phone no., I could not, , , they have a disclaimer on there website, that says there are not official state revenue agency, , which was not evident to me , originally., , ive re emailed them, that ive contacted your office, , ,and I plan on contacting Missouri dept. of revenue, , , and letting them know that, my renewal pin no. they gave me might be compromised., , if I had been able to , email the mo. state revenue, in the first place, without Microsoft account,or by phone no. of jeff city, cause there always busy, non of this would have happened., anyway I could not find out where this company website, is located, what state ect., and no phone no. is given either, again, I did not give any personal info, except for mo. dept. of revenue licence plate renwal pin no., for when you renew online., however, I did not renew online, I renewed , , several weeks ago, by postal mail, with , a money order check, to the real mo. revenue dept. in jeff city, , so I should be fine, however, , , the fact, that, this fake dmv. website, is not of mo., concerns me, because I gave the pin no., and the postal mo. check, no., , with my email, to them., , so if you can please contact me, by email, and or phone with details, about this company ect., and steps to take, I would much appreciate it, also please contact this company to warn them, to not scam consumers., thank you, ruth dickey

**Consumer has indicated that the following statements apply to this complaint:**

- Consumer has taken these action(s): - Sent Email to business
- Consumer has contacted agencies:
- Consumer would like complaint resolved via: - Investigate business

Printed 5/1/2019

PX 25: Declaration of Lashanda Freeman
Attachment J: Page 15

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 65101 $ 000.50⁰
02 4W
0000334085 MAY. 01 2019

ERIC SCHMITT
ATTORNEY GENERAL OF MISSOURI
SUPREME COURT BUILDING
P O BOX 899
JEFFERSON CITY MO 65102

MO 282-0012 (12-18)

4524787822 C018

PX 25: Declaration of Lashanda Freeman
Attachment J: Page 16

Attachment K



UNITED STATES OF AMERICA
## FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Division of Enforcement
Bureau of Consumer Protection

### *FTC v. OnPoint Global, et. al*

# DOCUMENTS OBTAINED FROM DEFENDANTS' BUSINESS PREMISES

### 350 NE 60th Street, Miami, Florida 33137

DATE:  December _____17_____ 2019

FTC STAFF INITIALS: _____LF_____

**LOCATION OF ORIGINAL DOCUMENTS:**

Office 5 , Cabinet 2

top orange cabinet

**CUSTODIAN (if known):**

**ADDITIONAL DESCRIPTION:**

License Agreements
tied to URL's ? Indvs.

## LICENSE AGREEMENT

THIS AGREEMENT is entered into this 1st day of January 2019 by and between CHELSEA MEDIA, LLC a Delaware limited liability company ("Licensee"), and Brent Levison, ("Licensor").

### WITNESSETH:

WHEREAS, Licensor owns the domain vehicleregistrationonline.org ("Domain");

WHEREAS, Licensee is willing to License the Domain from Licensor

in exchange for appropriate compensation: and

NOW, THEREFORE, in consideration of the mutual covenants and agreements set forth below, the parties hereby agree as follows.

### ARTICLE 1
### SERVICES AND COMPENSATION

1.1 Ownership of Rights. Licensor shall at all times, during or after the term of this Agreement, be the sole owner of all rights relating to the Domain.

1.2 Payment by Licensee. Licensee shall pay Licensor the following amount for the right to use the Domain during the Term herein:

Five Thousand Dollars ($5,000.00) monthly on the last day of each calendar month.

1.3 Currency. All financial obligations originating from the terms and conditions of this Agreement shall be denominated in United States currency.

### ARTICLE 2
### TERM AND TERMINATION

2.1 Term. This Agreement shall remain in effect on a month to month basis, until terminated by either party.

2.2 Termination. Either party may terminate this Agreement by a written notice sent to the other party not less than 5 days prior to the effective date of termination.

2.3 Effect of Termination on Management Expertise. Effective on the termination of this Agreement, by either party or both parties,

(a)     Licensee shall have no further rights to use the Domain; and

(b)     Licensee shall return any and all confidential information, disclosed to it by Licensor in its possession to Licensor and all such confidential information shall be the sole and exclusive property of Licensor.


# ARTICLE 3
## INDEMNIFICATION

3.1 Licensor and any current or future subsidiaries or affiliates (jointly and severally, the "Indemnifying Parties") shall hold Licensee harmless to the fullest extent now or hereinafter permitted by law and shall indemnify and defend Licensee, its affiliates, members, representatives, counsel, agents, managers and employees (collectively, "Indemnified Parties") from and against any loss, cost, damages, clams, causes of actions, from any and all threatened, pending or completed action, suit or proceeding (whether civil, criminal, administrative or investigative), liabilities and/or expenses, including reasonable attorney fees, related to any act or omission in connection with (a) the performance or nonperformance of its duties under the terms of this Agreement or (b) infringement upon any proprietary right of any third party, or (c) violation of any law, statute or regulation.


# ARTICLE 4
## MISCELLANEOUS PROVISIONS

4.1 Notices. Any and all notices, elections, offers, acceptances, and demands permitted or required to be made under this Agreement shall be in writing, signed by the person giving such notice, election, offer, acceptance, or demand and shall be delivered personally, or sent by registered or certified mail, with a copy by facsimile, to the party, addressed to the parties last known addresses. The date of personal delivery or the date of mailing, as the case may be, shall be the date of such notice, election, offer, acceptance, or demand.

4.2 Force Majeure. If the performance of any part of this Agreement by either party, or of any obligation under this Agreement, is prevented, restricted, interfered with, or delayed by reason of any cause beyond the reasonable control of the party liable to perform, unless conclusive evidence to the contrary is provided, the party so affected shall, on giving written notice to the other party, be excused from such performance to the extent of such prevention, restriction, interference, or delay, provided that the affected party shall use its reasonable best efforts to avoid or remove such causes of nonperformance and shall continue performance with the utmost dispatch whenever such causes are removed. When such circumstances arise, the parties shall discuss what, if any, modification of the terms of this Agreement may be required in order to arrive at an equitable solution.

4.3 Binding Effect, Assignment, etc. This Agreement shall be binding upon, and shall inure to the benefit of, the parties hereto and their permitted assignees and successors-in-interest. Neither party may assign any right, or delegate any obligation hereunder without the express prior written consent of the other, which

2

consent shall be strictly at the discretion of such other party and may be contingent, if given, upon such terms and conditions as it sees fit.

4.4 Amendment. No change, modification, or amendment of this Agreement shall be valid or binding on the parties unless such change or modification shall be in writing signed by the party or parties against whom the same is sought to be enforced.

4.5 Remedies Cumulative. The remedies of the parties under this Agreement are cumulative and shall not exclude any other remedies to which the party may be lawfully entitled.

4.6 Further Assurances. Each party hereby covenants and agrees that it shall execute and deliver such deeds and other documents as may be required to implement any of the provisions of this Agreement.

4.7 No Waiver. The failure of any party to insist on strict performance of a covenant hereunder or of any obligation hereunder shall not be a waiver of such party's right to demand strict compliance therewith in the future, nor shall the same be construed as a novation of this Agreement.

4.8 Integration.  This Agreement constitutes the full and complete agreement of the parties.

4.9 Captions. Titles or captions of articles and paragraphs contained in this Agreement are inserted only as a matter of convenience and for reference, and in no way define, limit, extend, or describe the scope of this Agreement or the intent of any provision hereof.

4.10 Number and Gender. Whenever required by the context, the singular number shall include the plural, the plural number shall include the singular, and the gender of any pronoun shall include all genders.

4.11 Counterparts. This Agreement may be executed in multiple copies, each of which shall for all purposes constitute an Agreement, binding on the parties, and each partner hereby covenants and agrees to execute all duplicates or replacement counterparts of this Agreement as may be required.

4.12 Computation of Time. Whenever the last day for the exercise of any privilege or the discharge of any duty hereunder shall fall on a Saturday, Sunday, or any public or legal holiday, whether local or national, the person having such privilege or duty shall have until the next succeeding business day to exercise such privilege, or to discharge such duty.

4.13 Costs and Expenses. Unless otherwise provided in this Agreement, each party shall bear all fees and expenses incurred in performing its obligations under this Agreement.

4.14 Governing Law, Jurisdiction, etc. This Agreement shall be governed by. and construed in accordance with, the laws of the State of Florida applicable to contracts performed wholly within the State. Any dispute arising hereunder shall be subject to the jurisdiction of the courts of the State of Florida and Federal courts sitting in Florida The parties hereto expressly submit to the personal jurisdiction of said courts and irrevocably waive any objections to jurisdiction or venue. Any dispute arising in connection with the present Agreement shall be finally settled under the Rules of Conciliation and Arbitration of the International Chamber of Commerce. The arbitral proceedings shall be held in Miami-Dade County and

3

conducted in the English language. Any award so entered shall be final and binding upon the Parties and may be entered by any court of competent jurisdiction.

IIN WITNESS WHEREOF the parties have executed this Agreement on the date first written above.

LICENSEE:

CHELSEA MEDIA, LLC, a Delaware limited liability company

LICENSOR:

Brent Levison

Brent Levison, owner

4

LICENSE AGREEMENT

THIS AGREEMENT is entered into this 1st day of January 2019 by and between EAGLE MEDIA, LLC a Delaware limited liability company ("Licensee"), and Arlene Mahon, ("Licensor").

WITNESSETH:

WHEREAS, Licensor owns the domain registrationtags.com ("Domain");

WHEREAS, Licensee is willing to License the Domain from Licensor

in exchange for appropriate compensation: and

NOW, THEREFORE, in consideration of the mutual covenants and agreements set forth below, the parties hereby agree as follows.

## ARTICLE 1
### SERVICES AND COMPENSATION

1.1 Ownership of Rights. Licensor shall at all times, during or after the term of this Agreement, be the sole owner of all rights relating to the Domain.

1.2 Payment by Licensee. Licensee shall pay Licensor the following amount for the right to use the Domain during the Term herein:

Five Thousand Dollars ($5,000.00) monthly on the last day of each calendar month.

1.3 Currency. All financial obligations originating from the terms and conditions of this Agreement shall be denominated in United States currency.

## ARTICLE 2
### TERM AND TERMINATION

2.1 Term. This Agreement shall remain in effect on a month to month basis, until terminated by either party.

2.2 Termination. Either party may terminate this Agreement by a written notice sent to the other party not less than 5 days prior to the effective date of termination.

2.3 Effect of Termination on Management Expertise. Effective on the termination of this Agreement, by either party or both parties,

(a)     Licensee shall have no further rights to use the Domain; and

(b)     Licensee shall return any and all confidential information, disclosed to it by Licensor in its possession to Licensor and all such confidential information shall be the sole and exclusive property of Licensor.


## ARTICLE 3
## INDEMNIFICATION

3.1 Licensor and any current or future subsidiaries or affiliates (jointly and severally, the "Indemnifying Parties") shall hold Licensee harmless to the fullest extent now or hereinafter permitted by law and shall indemnify and defend Licensee, its affiliates, members, representatives, counsel, agents, managers and employees (collectively, "Indemnified Parties") from and against any loss, cost, damages, clams, causes of actions, from any and all threatened, pending or completed action, suit or proceeding (whether civil, criminal, administrative or investigative), liabilities and/or expenses, including reasonable attorney fees, related to any act or omission in connection with (a) the performance or nonperformance of its duties under the terms of this Agreement or (b) infringement upon any proprietary right of any third party, or (c) violation of any law, statute or regulation.


## ARTICLE 4
## MISCELLANEOUS PROVISIONS

4.1 Notices. Any and all notices, elections, offers, acceptances, and demands permitted or required to be made under this Agreement shall be in writing, signed by the person giving such notice, election, offer, acceptance, or demand and shall be delivered personally, or sent by registered or certified mail, with a copy by facsimile, to the party, addressed to the parties last known addresses. The date of personal delivery or the date of mailing, as the case may be, shall be the date of such notice, election, offer, acceptance, or demand.

4.2 Force Majeure. If the performance of any part of this Agreement by either party, or of any obligation under this Agreement, is prevented, restricted, interfered with, or delayed by reason of any cause beyond the reasonable control of the party liable to perform, unless conclusive evidence to the contrary is provided, the party so affected shall, on giving written notice to the other party, be excused from such performance to the extent of such prevention, restriction, interference, or delay, provided that the affected party shall use its reasonable best efforts to avoid or remove such causes of nonperformance and shall continue performance with the utmost dispatch whenever such causes are removed. When such circumstances arise, the parties shall discuss what, if any, modification of the terms of this Agreement may be required in order to arrive at an equitable solution.

4.3 Binding Effect, Assignment, etc. This Agreement shall be binding upon, and shall inure to the benefit of, the parties hereto and their permitted assignees and successors-in-interest. Neither party may assign any right, or delegate any obligation hereunder without the express prior written consent of the other, which

2

consent shall be strictly at the discretion of such other party and may be contingent, if given, upon such terms and conditions as it sees fit.

4.4 Amendment. No change, modification, or amendment of this Agreement shall be valid or binding on the parties unless such change or modification shall be in writing signed by the party or parties against whom the same is sought to be enforced.

4.5 Remedies Cumulative. The remedies of the parties under this Agreement are cumulative and shall not exclude any other remedies to which the party may be lawfully entitled.

4.6 Further Assurances. Each party hereby covenants and agrees that it shall execute and deliver such deeds and other documents as may be required to implement any of the provisions of this Agreement.

4.7 No Waiver. The failure of any party to insist on strict performance of a covenant hereunder or of any obligation hereunder shall not be a waiver of such party's right to demand strict compliance therewith in the future, nor shall the same be construed as a novation of this Agreement.

4.8 Integration. This Agreement constitutes the full and complete agreement of the parties.

4.9 Captions. Titles or captions of articles and paragraphs contained in this Agreement are inserted only as a matter of convenience and for reference, and in no way define, limit, extend, or describe the scope of this Agreement or the intent of any provision hereof.

4.10 Number and Gender. Whenever required by the context, the singular number shall include the plural, the plural number shall include the singular, and the gender of any pronoun shall include all genders.

4.11 Counterparts. This Agreement may be executed in multiple copies, each of which shall for all purposes constitute an Agreement, binding on the parties, and each partner hereby covenants and agrees to execute all duplicates or replacement counterparts of this Agreement as may be required.

4.12 Computation of Time. Whenever the last day for the exercise of any privilege or the discharge of any duty hereunder shall fall on a Saturday, Sunday, or any public or legal holiday, whether local or national, the person having such privilege or duty shall have until the next succeeding business day to exercise such privilege, or to discharge such duty.

4.13 Costs and Expenses. Unless otherwise provided in this Agreement, each party shall bear all fees and expenses incurred in performing its obligations under this Agreement.

4.14 Governing Law, Jurisdiction, etc. This Agreement shall be governed by. and construed in accordance with, the laws of the State of Florida applicable to contracts performed wholly within the State. Any dispute arising hereunder shall be subject to the jurisdiction of the courts of the State of Florida and Federal courts sitting in Florida The parties hereto expressly submit to the personal jurisdiction of said courts and irrevocably waive any objections to jurisdiction or venue. Any dispute arising in connection with the present Agreement shall be finally settled under the Rules of Conciliation and Arbitration of the International Chamber of Commerce. The arbitral proceedings shall be held in Miami-Dade County and

3

conducted in the English language. Any award so entered shall be final and binding upon the Parties and may be entered by any court of competent jurisdiction.

IIN WITNESS WHEREOF the parties have executed this Agreement on the date first written above.

LICENSEE:

EAGLE MEDIA, LLC, a Delaware limited liability company

_____

LICENSOR:

Arlene Mahon

_____
Arlene Mahon, owner

4

# LICENSE AGREEMENT

THIS AGREEMENT is entered into this 1st day of January 2019 by and between CHELSEA MEDIA, LLC a Delaware limited liability company ("Licensee"), and Arlene Mahon, ("Licensor").

## WITNESSETH:

WHEREAS, Licensor owns the domain thelicensedriver.com ("Domain");

WHEREAS, Licensee is willing to License the Domain from Licensor

in exchange for appropriate compensation: and

NOW, THEREFORE, in consideration of the mutual covenants and agreements set forth below, the parties hereby agree as follows.

## ARTICLE 1
### SERVICES AND COMPENSATION

1.1 Ownership of Rights. Licensor shall at all times, during or after the term of this Agreement, be the sole owner of all rights relating to the Domain.

1.2 Payment by Licensee. Licensee shall pay Licensor the following amount for the right to use the Domain during the Term herein:

Five Thousand Dollars ($5,000.00) monthly on the last day of each calendar month.

1.3 Currency. All financial obligations originating from the terms and conditions of this Agreement shall be denominated in United States currency.

## ARTICLE 2
### TERM AND TERMINATION

2.1 Term. This Agreement shall remain in effect on a month to month basis, until terminated by either party.

2.2 Termination. Either party may terminate this Agreement by a written notice sent to the other party not less than 5 days prior to the effective date of termination.

2.3 Effect of Termination on Management Expertise. Effective on the termination of this Agreement, by either party or both parties,

(a)      Licensee shall have no further rights to use the Domain; and

(b)     Licensee shall return any and all confidential information, disclosed to it by Licensor in its possession to Licensor and all such confidential information shall be the sole and exclusive property of Licensor.

## ARTICLE 3
## INDEMNIFICATION

3.1 Licensor and any current or future subsidiaries or affiliates (jointly and severally, the "Indemnifying Parties") shall hold Licensee harmless to the fullest extent now or hereinafter permitted by law and shall indemnify and defend Licensee, its affiliates, members, representatives, counsel, agents, managers and employees (collectively, "Indemnified Parties") from and against any loss, cost, damages, claims, causes of actions, from any and all threatened, pending or completed action, suit or proceeding (whether civil, criminal, administrative or investigative), liabilities and/or expenses, including reasonable attorney fees, related to any act or omission in connection with (a) the performance or nonperformance of its duties under the terms of this Agreement or (b) infringement upon any proprietary right of any third party, or (c) violation of any law, statute or regulation.

## ARTICLE 4
## MISCELLANEOUS PROVISIONS

4.1 Notices. Any and all notices, elections, offers, acceptances, and demands permitted or required to be made under this Agreement shall be in writing, signed by the person giving such notice, election, offer, acceptance, or demand and shall be delivered personally, or sent by registered or certified mail, with a copy by facsimile, to the party, addressed to the parties last known addresses. The date of personal delivery or the date of mailing, as the case may be, shall be the date of such notice, election, offer, acceptance, or demand.

4.2 Force Majeure. If the performance of any part of this Agreement by either party, or of any obligation under this Agreement, is prevented, restricted, interfered with, or delayed by reason of any cause beyond the reasonable control of the party liable to perform, unless conclusive evidence to the contrary is provided, the party so affected shall, on giving written notice to the other party, be excused from such performance to the extent of such prevention, restriction, interference, or delay, provided that the affected party shall use its reasonable best efforts to avoid or remove such causes of nonperformance and shall continue performance with the utmost dispatch whenever such causes are removed. When such circumstances arise, the parties shall discuss what, if any, modification of the terms of this Agreement may be required in order to arrive at an equitable solution.

4.3 Binding Effect, Assignment, etc. This Agreement shall be binding upon, and shall inure to the benefit of, the parties hereto and their permitted assignees and successors-in-interest. Neither party may assign any right, or delegate any obligation hereunder without the express prior written consent of the other, which

2

consent shall be strictly at the discretion of such other party and may be contingent, if given, upon such terms and conditions as it sees fit.

4.4 Amendment. No change, modification, or amendment of this Agreement shall be valid or binding on the parties unless such change or modification shall be in writing signed by the party or parties against whom the same is sought to be enforced.

4.5 Remedies Cumulative. The remedies of the parties under this Agreement are cumulative and shall not exclude any other remedies to which the party may be lawfully entitled.

4.6 Further Assurances. Each party hereby covenants and agrees that it shall execute and deliver such deeds and other documents as may be required to implement any of the provisions of this Agreement.

4.7 No Waiver. The failure of any party to insist on strict performance of a covenant hereunder or of any obligation hereunder shall not be a waiver of such party's right to demand strict compliance therewith in the future, nor shall the same be construed as a novation of this Agreement.

4.8 Integration. This Agreement constitutes the full and complete agreement of the parties.

4.9 Captions. Titles or captions of articles and paragraphs contained in this Agreement are inserted only as a matter of convenience and for reference, and in no way define, limit, extend, or describe the scope of this Agreement or the intent of any provision hereof.

4.10 Number and Gender. Whenever required by the context, the singular number shall include the plural, the plural number shall include the singular, and the gender of any pronoun shall include all genders.

4.11 Counterparts. This Agreement may be executed in multiple copies, each of which shall for all purposes constitute an Agreement, binding on the parties, and each partner hereby covenants and agrees to execute all duplicates or replacement counterparts of this Agreement as may be required.

4.12 Computation of Time. Whenever the last day for the exercise of any privilege or the discharge of any duty hereunder shall fall on a Saturday, Sunday, or any public or legal holiday, whether local or national, the person having such privilege or duty shall have until the next succeeding business day to exercise such privilege, or to discharge such duty.

4.13 Costs and Expenses. Unless otherwise provided in this Agreement, each party shall bear all fees and expenses incurred in performing its obligations under this Agreement.

4.14 Governing Law, Jurisdiction, etc. This Agreement shall be governed by. and construed in accordance with, the laws of the State of Florida applicable to contracts performed wholly within the State. Any dispute arising hereunder shall be subject to the jurisdiction of the courts of the State of Florida and Federal courts sitting in Florida The parties hereto expressly submit to the personal jurisdiction of said courts and irrevocably waive any objections to jurisdiction or venue. Any dispute arising in connection with the present Agreement shall be finally settled under the Rules of Conciliation and Arbitration of the International Chamber of Commerce. The arbitral proceedings shall be held in Miami-Dade County and

3

conducted in the English language. Any award so entered shall be final and binding upon the Parties and may be entered by any court of competent jurisdiction.

IIN WITNESS WHEREOF the parties have executed this Agreement on the date first written above.

LICENSEE:

CHELSEA MEDIA, LLC, a Delaware limited liability company

_____

LICENSOR:

Arlene Mahon

_____
Arlene Mahon, owner

4

## LICENSE AGREEMENT

THIS AGREEMENT is entered into this 1st day of January 2019 by and between SHADOW MEDIA, LLC a Delaware limited liability company ("Licensee"), and Arlene Mahon, ("Licensor").

### WITNESSETH:

WHEREAS, Licensor owns the domain registrationtags.org ("Domain");

WHEREAS, Licensee is willing to License the Domain from Licensor

in exchange for appropriate compensation: and

NOW, THEREFORE, in consideration of the mutual covenants and agreements set forth below, the parties hereby agree as follows.

## ARTICLE 1
### SERVICES AND COMPENSATION

1.1 Ownership of Rights. Licensor shall at all times, during or after the term of this Agreement, be the sole owner of all rights relating to the Domain.

1.2 Payment by Licensee. Licensee shall pay Licensor the following amount for the right to use the Domain during the Term herein:

    Five Thousand Dollars ($5,000.00) monthly on the last day of each calendar month.

1.3 Currency. All financial obligations originating from the terms and conditions of this Agreement shall be denominated in United States currency.

## ARTICLE 2
### TERM AND TERMINATION

2.1 Term. This Agreement shall remain in effect on a month to month basis, until terminated by either party.

2.2 Termination. Either party may terminate this Agreement by a written notice sent to the other party not less than 5 days prior to the effective date of termination.

2.3 Effect of Termination on Management Expertise. Effective on the termination of this Agreement, by either party or both parties,

    (a)    Licensee shall have no further rights to use the Domain; and

(b)     Licensee shall return any and all confidential information, disclosed to it by Licensor in its possession to Licensor and all such confidential information shall be the sole and exclusive property of Licensor.

## ARTICLE 3
## INDEMNIFICATION

3.1 Licensor and any current or future subsidiaries or affiliates (jointly and severally, the "Indemnifying Parties") shall hold Licensee harmless to the fullest extent now or hereinafter permitted by law and shall indemnify and defend Licensee, its affiliates, members, representatives, counsel, agents, managers and employees (collectively, "Indemnified Parties") from and against any loss, cost, damages, clams, causes of actions, from any and all threatened, pending or completed action, suit or proceeding (whether civil, criminal, administrative or investigative), liabilities and/or expenses, including reasonable attorney fees, related to any act or omission in connection with (a) the performance or nonperformance of its duties under the terms of this Agreement or (b) infringement upon any proprietary right of any third party, or (c) violation of any law, statute or regulation.

## ARTICLE 4
## MISCELLANEOUS PROVISIONS

4.1 Notices. Any and all notices, elections, offers, acceptances, and demands permitted or required to be made under this Agreement shall be in writing, signed by the person giving such notice, election, offer, acceptance, or demand and shall be delivered personally, or sent by registered or certified mail, with a copy by facsimile, to the party, addressed to the parties last known addresses. The date of personal delivery or the date of mailing, as the case may be, shall be the date of such notice, election, offer, acceptance, or demand.

4.2 Force Majeure. If the performance of any part of this Agreement by either party, or of any obligation under this Agreement, is prevented, restricted, interfered with, or delayed by reason of any cause beyond the reasonable control of the party liable to perform, unless conclusive evidence to the contrary is provided, the party so affected shall, on giving written notice to the other party, be excused from such performance to the extent of such prevention, restriction, interference, or delay, provided that the affected party shall use its reasonable best efforts to avoid or remove such causes of nonperformance and shall continue performance with the utmost dispatch whenever such causes are removed. When such circumstances arise, the parties shall discuss what, if any, modification of the terms of this Agreement may be required in order to arrive at an equitable solution.

4.3 Binding Effect, Assignment, etc. This Agreement shall be binding upon, and shall inure to the benefit of, the parties hereto and their permitted assignees and successors-in-interest. Neither party may assign any right, or delegate any obligation hereunder without the express prior written consent of the other, which

2

consent shall be strictly at the discretion of such other party and may be contingent, if given, upon such terms and conditions as it sees fit.

4.4 Amendment. No change, modification, or amendment of this Agreement shall be valid or binding on the parties unless such change or modification shall be in writing signed by the party or parties against whom the same is sought to be enforced.

4.5 Remedies Cumulative. The remedies of the parties under this Agreement are cumulative and shall not exclude any other remedies to which the party may be lawfully entitled.

4.6 Further Assurances. Each party hereby covenants and agrees that it shall execute and deliver such deeds and other documents as may be required to implement any of the provisions of this Agreement.

4.7 No Waiver. The failure of any party to insist on strict performance of a covenant hereunder or of any obligation hereunder shall not be a waiver of such party's right to demand strict compliance therewith in the future, nor shall the same be construed as a novation of this Agreement.

4.8 Integration.  This Agreement constitutes the full and complete agreement of the parties.

4.9 Captions. Titles or captions of articles and paragraphs contained in this Agreement are inserted only as a matter of convenience and for reference, and in no way define, limit, extend, or describe the scope of this Agreement or the intent of any provision hereof.

4.10 Number and Gender. Whenever required by the context, the singular number shall include the plural, the plural number shall include the singular, and the gender of any pronoun shall include all genders.

4.11 Counterparts. This Agreement may be executed in multiple copies, each of which shall for all purposes constitute an Agreement, binding on the parties, and each partner hereby covenants and agrees to execute all duplicates or replacement counterparts of this Agreement as may be required.

4.12 Computation of Time. Whenever the last day for the exercise of any privilege or the discharge of any duty hereunder shall fall on a Saturday, Sunday, or any public or legal holiday, whether local or national, the person having such privilege or duty shall have until the next succeeding business day to exercise such privilege, or to discharge such duty.

4.13 Costs and Expenses. Unless otherwise provided in this Agreement, each party shall bear all fees and expenses incurred in performing its obligations under this Agreement.

4.14 Governing Law, Jurisdiction, etc. This Agreement shall be governed by. and construed in accordance with, the laws of the State of Florida applicable to contracts performed wholly within the State. Any dispute arising hereunder shall be subject to the jurisdiction of the courts of the State of Florida and Federal courts sitting in Florida The parties hereto expressly submit to the personal jurisdiction of said courts and irrevocably waive any objections to jurisdiction or venue. Any dispute arising in connection with the present Agreement shall be finally settled under the Rules of Conciliation and Arbitration of the International Chamber of Commerce. The arbitral proceedings shall be held in Miami-Dade County and

3

conducted in the English language. Any award so entered shall be final and binding upon the Parties and may be entered by any court of competent jurisdiction.

IIN WITNESS WHEREOF the parties have executed this Agreement on the date first written above.

LICENSEE:

SHADOW MEDIA, LLC, a Delaware limited liability company

_____

LICENSOR:

Arlene Mahon

_____
Arlene Mahon, owner

4

LICENSE AGREEMENT

THIS AGREEMENT is entered into this 1st day of January 2019 by and between PIRATE MEDIA, LLC a Delaware limited liability company ("Licensee"), and Arlene Mahon, ("Licensor").

WITNESSETH:

WHEREAS, Licensor owns the domain licenseguidesinfo.org ("Domain");

WHEREAS, Licensee is willing to License the Domain from Licensor

in exchange for appropriate compensation: and

NOW, THEREFORE, in consideration of the mutual covenants and agreements set forth below, the parties hereby agree as follows.

## ARTICLE 1
### SERVICES AND COMPENSATION

1.1 Ownership of Rights. Licensor shall at all times, during or after the term of this Agreement, be the sole owner of all rights relating to the Domain.

1.2 Payment by Licensee. Licensee shall pay Licensor the following amount for the right to use the Domain during the Term herein:

Five Thousand Dollars ($5,000.00) monthly on the last day of each calendar month.

1.3 Currency. All financial obligations originating from the terms and conditions of this Agreement shall be denominated in United States currency.

## ARTICLE 2
### TERM AND TERMINATION

2.1 Term. This Agreement shall remain in effect on a month to month basis, until terminated by either party.

2.2 Termination. Either party may terminate this Agreement by a written notice sent to the other party not less than 5 days prior to the effective date of termination.

2.3 Effect of Termination on Management Expertise. Effective on the termination of this Agreement, by either party or both parties,

(a)      Licensee shall have no further rights to use the Domain; and

(b)   Licensee shall return any and all confidential information, disclosed to it by Licensor in its possession to Licensor and all such confidential information shall be the sole and exclusive property of Licensor.

## ARTICLE 3
## INDEMNIFICATION

3.1 Licensor and any current or future subsidiaries or affiliates (jointly and severally, the "Indemnifying Parties") shall hold Licensee harmless to the fullest extent now or hereinafter permitted by law and shall indemnify and defend Licensee, its affiliates, members, representatives, counsel, agents, managers and employees (collectively, "Indemnified Parties") from and against any loss, cost, damages, clams, causes of actions, from any and all threatened, pending or completed action, suit or proceeding (whether civil, criminal, administrative or investigative), liabilities and/or expenses, including reasonable attorney fees, related to any act or omission in connection with (a) the performance or nonperformance of its duties under the terms of this Agreement or (b) infringement upon any proprietary right of any third party, or (c) violation of any law, statute or regulation.

## ARTICLE 4
## MISCELLANEOUS PROVISIONS

4.1 Notices. Any and all notices, elections, offers, acceptances, and demands permitted or required to be made under this Agreement shall be in writing, signed by the person giving such notice, election, offer, acceptance, or demand and shall be delivered personally, or sent by registered or certified mail, with a copy by facsimile, to the party, addressed to the parties last known addresses. The date of personal delivery or the date of mailing, as the case may be, shall be the date of such notice, election, offer, acceptance, or demand.

4.2 Force Majeure. If the performance of any part of this Agreement by either party, or of any obligation under this Agreement, is prevented, restricted, interfered with, or delayed by reason of any cause beyond the reasonable control of the party liable to perform, unless conclusive evidence to the contrary is provided, the party so affected shall, on giving written notice to the other party, be excused from such performance to the extent of such prevention, restriction, interference, or delay, provided that the affected party shall use its reasonable best efforts to avoid or remove such causes of nonperformance and shall continue performance with the utmost dispatch whenever such causes are removed. When such circumstances arise, the parties shall discuss what, if any, modification of the terms of this Agreement may be required in order to arrive at an equitable solution.

4.3 Binding Effect, Assignment, etc. This Agreement shall be binding upon, and shall inure to the benefit of, the parties hereto and their permitted assignees and successors-in-interest. Neither party may assign any right, or delegate any obligation hereunder without the express prior written consent of the other, which

2

consent shall be strictly at the discretion of such other party and may be contingent, if given, upon such terms and conditions as it sees fit.

4.4 Amendment. No change, modification, or amendment of this Agreement shall be valid or binding on the parties unless such change or modification shall be in writing signed by the party or parties against whom the same is sought to be enforced.

4.5 Remedies Cumulative. The remedies of the parties under this Agreement are cumulative and shall not exclude any other remedies to which the party may be lawfully entitled.

4.6 Further Assurances. Each party hereby covenants and agrees that it shall execute and deliver such deeds and other documents as may be required to implement any of the provisions of this Agreement.

4.7 No Waiver. The failure of any party to insist on strict performance of a covenant hereunder or of any obligation hereunder shall not be a waiver of such party's right to demand strict compliance therewith in the future, nor shall the same be construed as a novation of this Agreement.

4.8 Integration.  This Agreement constitutes the full and complete agreement of the parties.

4.9 Captions. Titles or captions of articles and paragraphs contained in this Agreement are inserted only as a matter of convenience and for reference, and in no way define, limit, extend, or describe the scope of this Agreement or the intent of any provision hereof.

4.10 Number and Gender. Whenever required by the context, the singular number shall include the plural, the plural number shall include the singular, and the gender of any pronoun shall include all genders.

4.11 Counterparts. This Agreement may be executed in multiple copies, each of which shall for all purposes constitute an Agreement, binding on the parties, and each partner hereby covenants and agrees to execute all duplicates or replacement counterparts of this Agreement as may be required.

4.12 Computation of Time. Whenever the last day for the exercise of any privilege or the discharge of any duty hereunder shall fall on a Saturday, Sunday, or any public or legal holiday, whether local or national, the person having such privilege or duty shall have until the next succeeding business day to exercise such privilege, or to discharge such duty.

4.13 Costs and Expenses. Unless otherwise provided in this Agreement, each party shall bear all fees and expenses incurred in performing its obligations under this Agreement.

4.14 Governing Law, Jurisdiction, etc. This Agreement shall be governed by. and construed in accordance with, the laws of the State of Florida applicable to contracts performed wholly within the State. Any dispute arising hereunder shall be subject to the jurisdiction of the courts of the State of Florida and Federal courts sitting in Florida The parties hereto expressly submit to the personal jurisdiction of said courts and irrevocably waive any objections to jurisdiction or venue. Any dispute arising in connection with the present Agreement shall be finally settled under the Rules of Conciliation and Arbitration of the International Chamber of Commerce. The arbitral proceedings shall be held in Miami-Dade County and

3

conducted in the English language. Any award so entered shall be final and binding upon the Parties and may be entered by any court of competent jurisdiction.

IIN WITNESS WHEREOF the parties have executed this Agreement on the date first written above.

LICENSEE:

PIRATE MEDIA, LLC, a Delaware limited liability company

_____

LICENSOR:

Arlene Mahon

_____
Arlene Mahon, owner

4

LICENSE AGREEMENT

THIS AGREEMENT is entered into this 1st day of January 2019 by and between GNR MEDIA, LLC a Delaware limited liability company ("Licensee"), and Arlene Mahon, ("Licensor").

WITNESSETH:

WHEREAS, Licensor owns the domain thelicensedriver.org ("Domain");

WHEREAS, Licensee is willing to License the Domain from Licensor

in exchange for appropriate compensation: and

NOW, THEREFORE, in consideration of the mutual covenants and agreements set forth below, the parties hereby agree as follows.

## ARTICLE 1
### SERVICES AND COMPENSATION

1.1 Ownership of Rights. Licensor shall at all times, during or after the term of this Agreement, be the sole owner of all rights relating to the Domain.

1.2 Payment by Licensee. Licensee shall pay Licensor the following amount for the right to use the Domain during the Term herein:

      Five Thousand Dollars ($5,000.00) monthly on the last day of each calendar month.

1.3 Currency. All financial obligations originating from the terms and conditions of this Agreement shall be denominated in United States currency.

## ARTICLE 2
### TERM AND TERMINATION

2.1 Term. This Agreement shall remain in effect on a month to month basis, until terminated by either party.

2.2 Termination. Either party may terminate this Agreement by a written notice sent to the other party not less than 5 days prior to the effective date of termination.

2.3 Effect of Termination on Management Expertise. Effective on the termination of this Agreement, by either party or both parties,

      (a)      Licensee shall have no further rights to use the Domain; and

(b)     Licensee shall return any and all confidential information, disclosed to it by Licensor in its possession to Licensor and all such confidential information shall be the sole and exclusive property of Licensor.

## ARTICLE 3
## INDEMNIFICATION

3.1 Licensor and any current or future subsidiaries or affiliates (jointly and severally, the "Indemnifying Parties") shall hold Licensee harmless to the fullest extent now or hereinafter permitted by law and shall indemnify and defend Licensee, its affiliates, members, representatives, counsel, agents, managers and employees (collectively, "Indemnified Parties") from and against any loss, cost, damages, clams, causes of actions, from any and all threatened, pending or completed action, suit or proceeding (whether civil, criminal, administrative or investigative), liabilities and/or expenses, including reasonable attorney fees, related to any act or omission in connection with (a) the performance or nonperformance of its duties under the terms of this Agreement or (b) infringement upon any proprietary right of any third party, or (c) violation of any law, statute or regulation.

## ARTICLE 4
## MISCELLANEOUS PROVISIONS

4.1 Notices. Any and all notices, elections, offers, acceptances, and demands permitted or required to be made under this Agreement shall be in writing, signed by the person giving such notice, election, offer, acceptance, or demand and shall be delivered personally, or sent by registered or certified mail, with a copy by facsimile, to the party, addressed to the parties last known addresses. The date of personal delivery or the date of mailing, as the case may be, shall be the date of such notice, election, offer, acceptance, or demand.

4.2 Force Majeure. If the performance of any part of this Agreement by either party, or of any obligation under this Agreement, is prevented, restricted, interfered with, or delayed by reason of any cause beyond the reasonable control of the party liable to perform, unless conclusive evidence to the contrary is provided, the party so affected shall, on giving written notice to the other party, be excused from such performance to the extent of such prevention, restriction, interference, or delay, provided that the affected party shall use its reasonable best efforts to avoid or remove such causes of nonperformance and shall continue performance with the utmost dispatch whenever such causes are removed. When such circumstances arise, the parties shall discuss what, if any, modification of the terms of this Agreement may be required in order to arrive at an equitable solution.

4.3 Binding Effect, Assignment, etc. This Agreement shall be binding upon, and shall inure to the benefit of, the parties hereto and their permitted assignees and successors-in-interest. Neither party may assign any right, or delegate any obligation hereunder without the express prior written consent of the other, which

2

consent shall be strictly at the discretion of such other party and may be contingent, if given, upon such terms and conditions as it sees fit.

4.4 Amendment. No change, modification, or amendment of this Agreement shall be valid or binding on the parties unless such change or modification shall be in writing signed by the party or parties against whom the same is sought to be enforced.

4.5 Remedies Cumulative. The remedies of the parties under this Agreement are cumulative and shall not exclude any other remedies to which the party may be lawfully entitled.

4.6 Further Assurances. Each party hereby covenants and agrees that it shall execute and deliver such deeds and other documents as may be required to implement any of the provisions of this Agreement.

4.7 No Waiver. The failure of any party to insist on strict performance of a covenant hereunder or of any obligation hereunder shall not be a waiver of such party's right to demand strict compliance therewith in the future, nor shall the same be construed as a novation of this Agreement.

4.8 Integration. This Agreement constitutes the full and complete agreement of the parties.

4.9 Captions. Titles or captions of articles and paragraphs contained in this Agreement are inserted only as a matter of convenience and for reference, and in no way define, limit, extend, or describe the scope of this Agreement or the intent of any provision hereof.

4.10 Number and Gender. Whenever required by the context, the singular number shall include the plural, the plural number shall include the singular, and the gender of any pronoun shall include all genders.

4.11 Counterparts. This Agreement may be executed in multiple copies, each of which shall for all purposes constitute an Agreement, binding on the parties, and each partner hereby covenants and agrees to execute all duplicates or replacement counterparts of this Agreement as may be required.

4.12 Computation of Time. Whenever the last day for the exercise of any privilege or the discharge of any duty hereunder shall fall on a Saturday, Sunday, or any public or legal holiday, whether local or national, the person having such privilege or duty shall have until the next succeeding business day to exercise such privilege, or to discharge such duty.

4.13 Costs and Expenses. Unless otherwise provided in this Agreement, each party shall bear all fees and expenses incurred in performing its obligations under this Agreement.

4.14 Governing Law, Jurisdiction, etc. This Agreement shall be governed by. and construed in accordance with, the laws of the State of Florida applicable to contracts performed wholly within the State. Any dispute arising hereunder shall be subject to the jurisdiction of the courts of the State of Florida and Federal courts sitting in Florida The parties hereto expressly submit to the personal jurisdiction of said courts and irrevocably waive any objections to jurisdiction or venue. Any dispute arising in connection with the present Agreement shall be finally settled under the Rules of Conciliation and Arbitration of the International Chamber of Commerce. The arbitral proceedings shall be held in Miami-Dade County and

3

conducted in the English language. Any award so entered shall be final and binding upon the Parties and may be entered by any court of competent jurisdiction.

IIN WITNESS WHEREOF the parties have executed this Agreement on the date first written above.

LICENSEE:

GNR MEDIA, LLC, a Delaware limited liability company

_____

LICENSOR:

Arlene Mahon

_____
Arlene Mahon, owner

4

Attachment L



UNITED STATES OF AMERICA
## FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Division of Enforcement
Bureau of Consumer Protection

### *FTC v. OnPoint Global, et. al*

# DOCUMENTS OBTAINED FROM DEFENDANTS' BUSINESS PREMISES

### 350 NE 60th Street, Miami, Florida 33137

**DATE: December** _16_ **2019**

**FTC STAFF INITIALS:** _SRW_

**LOCATION OF ORIGINAL DOCUMENTS:**

Office 5, divider joining Steve Hulley', Elisha Rotman desks, top of divider

**CUSTODIAN (if known):**

Steve Hulley or Elisha Rotman

**ADDITIONAL DESCRIPTION:**

merchant account termination letters

Merchant Services LTD
990 Biscayne Blvd. Suite #301
Mia. Fl. 33172

PX 25: Declaration of Lashanda Freeman
Attachment L: Page 2



Merchant Services LTD
990 Biscayne Blvd., Suite #301 Miami, FL 33132
Phone: (305) 673-3334
Fax: (305) 673-3355
www.MerchantServicesLTD.com

**MSL Closure Letter**

Pirate Media LLC dba LICENSEGUIDESINFO.COM
Chris Sherman

███████████████

Via Certified Mail
Notice of Termination:
Merchant ID# ███████████1367

September 23, 2019

Dear Valued Customer,

Please be advised that effective October 18, 2019 the merchant processing agreement between Merchant Services LTD and Pirate Media LLC., established by the contract dated May 13, 2019, will be terminated. We have been directed by our sponsoring bank Wells Fargo Bank, N.A. to terminate the agreement subject to the following reason(s):

**Reason for Closure:**     **Excessive chargeback percentages along with high return rates.**

We will no longer process any sales drafts representing MC/Visa/Discover/AMEX transactions to your customers. Consistent with the terms and agreement, we have established a security reserve account. Additional batches processed going forward may be held in reserve for the purpose of assuring payment of any pending or potential chargebacks, fees, or fines in the event that you are unable to pay them through your operating revenues. These funds will be held for the greater of six months or longer as is consistent with the MC/Visa/Discover/AMEX rules and regulations. If in the allotted timeframe there are no chargebacks we will return the funds less cancellation and investigative fees.  Please be advised the obligation to any chargebacks resulting from sales processed for the client of Pirate Media LLC survive termination of the agreement between the client and Merchant Services LTD.

If you have any questions, please feel free to contact our Security Department at (305) 673-3334.

Sincerely,

Financial Investigations/ Merchant Security Dept.

Merchant Services LTD
990 Biscayne Blvd Suite 301
Mia. Fl 33132

PX 25: Declaration of Lashanda Freeman
Attachment L: Page 4



Merchant Services LTD
990 Biscayne Blvd., Suite #301 Miami, FL 33132
Phone: (305) 673-3334
Fax: (305) 673-3355
www.MerchantServicesLTD.com

**MSL Closure Letter**

GNR Media LLC dba DRIVINGEDUCATIONINFO.ORG
Chris Sherman

Via Certified Mail
Notice of Termination:
Merchant ID# ▮▮▮▮▮▮▮▮1771

September 23, 2019

Dear Valued Customer,

Please be advised that effective October 18, 2019 the merchant processing agreement between Merchant Services LTD and GNR Media LLC., established by the contract dated May 13, 2019, will be terminated. We have been directed by our sponsoring bank Wells Fargo Bank, N.A. to terminate the agreement subject to the following reason(s):

**Reason for Closure:**

> **Excessive chargeback percentages along with high return rates.**

We will no longer process any sales drafts representing MC/Visa/Discover/AMEX transactions to your customers. Consistent with the terms and agreement, we have established a security reserve account. Additional batches processed going forward may be held in reserve for the purpose of assuring payment of any pending or potential chargebacks, fees, or fines in the event that you are unable to pay them through your operating revenues. These funds will be held for the greater of six months or longer as is consistent with the MC/Visa/Discover/AMEX rules and regulations. If in the allotted timeframe there are no chargebacks we will return the funds less cancellation and investigative fees. Please be advised the obligation to any chargebacks resulting from sales processed for the client of GNR Media LLC survive termination of the agreement between the client and Merchant Services LTD.

If you have any questions, please feel free to contact our Security Department at (305) 673-3334.

Sincerely,

Financial Investigations/ Merchant Security Dept.

"A registered ISO of Wells Fargo Bank, N.A., Concord, CA."
PX 25: Declaration of Lashanda Freeman
Attachment D, Page 5,

Attachment M



UNITED STATES OF AMERICA
## FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Division of Enforcement
Bureau of Consumer Protection

### *FTC v. OnPoint Global, et. al*

# DOCUMENTS OBTAINED FROM DEFENDANTS' BUSINESS PREMISES

### 350 NE 60th Street, Miami, Florida 33137

DATE:  December ___18___ 2019

FTC STAFF INITIALS: ___LF___

## LOCATION OF ORIGINAL DOCUMENTS:

OW 17, India Amos workstation, top drawer

## CUSTODIAN (if known):

India Amos

## ADDITIONAL DESCRIPTION:

Instructions to write reviews about site & to edit reviews for "reputation management"

For reputation management, to push negative reviews off of the first page in google search listings, we are writing REVIEWS about our websites.

However, we are writing them as an objective third party.

Note that the vast majority of websites that we are writing reviews for provide one simple product:

A PAID GUIDE on the subject.

So the review that you are editing should NOT talk about us renewing their registration or getting them a fishing license or signing them up for a service.

The only product that we are offering is a GUIDE.

Requirements for each article:

1. Should be approximately 1000-word comprehensive and positive reviews about the sites.
2. Should include the correct domain name a number of times throughout the article, including:
   a. In the meta title
   b. In the meta description
   c. In the title of the article
   d. In a subheader
   e. In the first sentence
   f. And in the image tags
3. Should hyperlink to the website once.
4. Should also include keywords related to the sites that we are trying to outrank:
   a. (DOMAINNAME.org) reviews
   b. (DOMAINNAME.org) scam
   c. (DOMAINNAME.org) safe
5. After the title, please add the following disclaimer:
   This post is sponsored by (DOMAINNAME.org).

Order of operations:

1- Edit all content in the folder.
2- Once all content in a domain folder is edited, upload to the sites on the spreadsheet.
   https://docs.google.com/spreadsheets/d/1P1nLMo7JlPao9Icm1haw7_aMjZ1CORcRkTTyyOnCgUg/edit?ts=5be494a1#gid=0
3- Mark on the spreadsheet what has been uploaded and when. As well as the URL from that upload.

Log-In Credentials:


Medium.com

LinkedIn Pulse (needs to be from a linkedin account)

ISSU

WATTPAD

PATCH

CHANGE.ORG

CODEPEN.IO

TRELLO

ANGIES LIST

PIKTOCHART


## LinkedinPulse

1. Need a real account to post

## Patch

We need to select one of these options to post: "I will post for myself," "I will post for my **business**" or "I will post for my nonprofit." Business is the right one.

## Change.org

This is a petition site. We need to write a "purpose" for the post. To clarify, to deter confusion regarding our operations.

## ~~Codepen.io~~

~~We get a spam message when we try to save or publish a post.~~

## Trello

This sit is a Kanban board

## AngiesList

Requires a physical address use address on that billing site

Piktochart:

This site is more for slideshow presentations; seems content would be limited to a team that has access to it.

Attachment N





Attachment N: Page 2



Attachment N Page 3



PX 25: Declaration of Lashanda Freeman
Attachment N: Page 4





PX 25: Declaration of Lashanda Freeman
Attachment N: Page 6

Attachment O



UNITED STATES OF AMERICA
## FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Division of Enforcement
Bureau of Consumer Protection

### *FTC v. OnPoint Global, et. al*

# DOCUMENTS OBTAINED FROM DEFENDANTS' BUSINESS PREMISES

### 350 NE 60th Street, Miami, Florida 33137

**DATE:  December** _____17_____ **2019**

**FTC STAFF INITIALS:** _____SRW_____

### LOCATION OF ORIGINAL DOCUMENTS:

Office 22, cabinet 1, middle drawer

### CUSTODIAN (if known):

Unknown

### ADDITIONAL DESCRIPTION:

Bihy Ads Folder

| Source | Account | Account ID | Name | Credit Card | Spend | Paid |
|--------|---------|------------|------|-------------|-------|------|
| Bing Ads | State License States (License) | X1942216 | - | Invoicing | $347,396.55 | - |
| Bing Ads | Car Reg States (License) | X7180116 | - | Invoicing | $69,736.99 | - |
| Bing Ads | Drivers (License) | B013XC4Q | Burton Katz | Amex ****1024 | $38,212.83 | $35,746.94 |
| Bing Ads | Car Reg (License) | B013FK93 | Burton Katz | Amex ****1024 | $52,050.24 | $51,909.22 |
| | | **Total** | | | **$507,397** | **$87,656** |

Jerry confirmation of Charges

Attachment P



UNITED STATES OF AMERICA
## FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Division of Enforcement
Bureau of Consumer Protection

### *FTC v. OnPoint Global, et. al*

# DOCUMENTS OBTAINED FROM DEFENDANTS' BUSINESS PREMISES

### 350 NE 60th Street, Miami, Florida 33137

**DATE:** December ___17___ 2019

**FTC STAFF INITIALS:** ___AR___

**LOCATION OF ORIGINAL DOCUMENTS:**

OFFICE 22, GUZZO DESK, LOWER DRAWER

**CUSTODIAN (if known):**

ANTHONY GUZZO

**ADDITIONAL DESCRIPTION:**

CORPORATE ORG/FLOW CHART OF ENTITIES + MANAGEMENT



PX-25: Declaration of Lashanna Freeman
Attachment P- Page 2



PX 25: Declaration of Lashanda Freeman
Attachment P: Page 3





PX 25: Declaration of Lashanda Freeman
Attachment P: Page 5

Attachment Q

**Sent:**      Tue, 2 Jan 2018 10:50:20 -0500
**Subject:**   OnPoint Signage for LA office
**From:**      Mina Rofeh <mrofeh@onpointglobal.com>
**To:**        Meagan Black <mblack@onpointglobal.com>

Good morning Meagan and Happy New Year! Hope you hd a great weekend. Burt mentioned that we need to get an OnPoint sign for the LA office to go under the Dragon Global sign. I'm not sure if this is something you want to coordinate or if you give me the specs of the Dragon sign I can work on getting it fabricated and sent there.
Let me know how you prefer to get this done.

Thanks!

Attachment R

**From:** Todd Gitlin <tg@safirepartners.com>
**Sent:** Tue, 2 Jan 2018 08:09:43 -0800
**Subject:** Re: FW: CFO position spec
**To:** Burton Katz <bkatz@onpointglobal.com>
**Cc:** Bob Zangrillo <bob@zangrillo.com>, Todd Zangrillo <todd@thetruecapital.com>

Team.
Ended up in transit today.
Update coming at you tomorrow.
The plan is to go live on Friday to the initial candidate pool.
Of course, you will be able to review the CFO targets first.


Regards,
Todd

=========
Todd Gitlin
Managing Partner & Founder
Safire Partners
10951 W Pico Blvd Suite 120, Los Angeles, CA 90064
www.safirepartners.com
www.linkedin.com/in/safire
Office: (310) 237-6313 ext 701
Cell: (310) 800-2402
tg@safirepartners.com


On Thu, Dec 21, 2017 at 1:55 PM, Burton Katz <bkatz@onpointglobal.com> wrote:

I have also spoken to Arlene (current VP of Finance) about this possibility and conversation was constructive, receptive, and met with positive feedback. I am good with spec if edits were made and Bob will approve the final. Happy Holidays, bk


On Thu, Dec 21, 2017 at 2:34 PM, Todd Gitlin <tg@safirepartners.com> wrote:

Team,

I am still processing candidate data.
Does not make sense to go live until post holiday.
I have looked at all the companies in FL, eCommerce & Services & Industry Comps in FL. Not surprising, but very few promising candidates in FL, but there are a few.  I am now processing all profiles national @ direct comps, which will be the more compelling set of candidates.
I have a few early candidates in mind, but I have not checked (yet) on willingness to work in FL.

On Point in my personal project search @Safire, so I will continue working though the holiday and keeping you abreast
The data will be uploaded over holiday into Safire's Thrive system, and you can see the profiles before we go live.
I know we planned on potential go live this week, but timing did not allow.
We will get FAST traction at beginning of year.

More to come from me.

LET ME KNOW WHEN YOU ARE GOOD WITH MY EDITS / REPLY TO THE SPEC.


Regards,
Todd

=========
Todd Gitlin
Managing Partner & Founder
Safire Partners
10951 W Pico Blvd Suite 120, Los Angeles, CA 90064
www.safirepartners.com
www.linkedin.com/in/safire
Office: (310) 237-6313 ext 701
Cell: (310) 800-2402
tg@safirepartners.com


On Mon, Dec 18, 2017 at 8:43 AM, Todd Gitlin <tg@safirepartners.com> wrote:

attached is the updated

not much changed though

=========

REQUESTS

=========

1. company description needs to be updated from investment memo I am sending you tomorrow evening - <span style="color:red">OK will wait to receive</span>

2. burton is founder not co-founder - <span style="color:red">adjusted</span>

3. revenue and profit was Q3 run rate but we should provide actuals year to date so we dont confuse people - <span style="color:red">adjusted</span>

4. add the business was self financed / bootstrapped by its founders - <span style="color:red">this does not help</span>

5. focus should be on brands and not on "dmv.com" - <span style="color:red">I have been wanting a list of sites we can call out. We need to call something out and DMV is the one we keep using in conversation and looks great. What does "brands" mean?</span>

6. definition of "modeling" in the spec is strange. maybe i am missing something - <span style="color:red">we want a CFO that can create models, right? What outcomes would be for an internet company with services vs inventory. Not sure how else to call that out. This is a pretty common bullet.</span>

7. outline existing finance team in place to operate accounting (implicitly ensures someone knows they wont have to build from scratch and re-engineer and also cannot come in and replace whole team as that would be disruptive to the organization and its people) - <span style="color:red">this is more conversational, but we can add. If you want this in there, can I get a breakdown of who is on the team? It will something they ask, and does not need to be called out. It is assumed with $50m revenue, 6 years old, and 200 people.</span>

8. (most important and unique)....Bob/Bk working relationship where you get to work with Bob on capital raising, M&A, etc and Burton on operational finance matters. I believe this is rare and compelling. It could be something to discuss with prospective candidates rather than put in the spec but I believe its a good selling point - <span style="color:red">another point for conversation. Hard to make that a clear bullet in the spec.</span>

Regards,
Todd

=========
Todd Gitlin
Managing Partner & Founder
Safire Partners
10951 W Pico Blvd Suite 120, Los Angeles, CA 90064
www.safirepartners.com
www.linkedin.com/in/safire
Office: (310) 237-6313 ext 701
Cell: (310) 800-2402
tg@safirepartners.com


On Sun, Dec 17, 2017 at 5:53 PM, Bob Zangrillo <bob@zangrillo.com> wrote:


Fyi I will get you updated materials but please incorporate Burt's comments.



**DRAGON** | GLOBAL

**Robert Zangrillo**

*Chairman & CEO*


Mobile: 650 450 3812

Fax: 650 362 2102

Email: bob@dragonglobal.com

Website: www.DragonGlobal.com

NOTICE TO RECIPIENT: This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation

**From:** Burton Katz <bkatz@onpointglobal.com>
**Date:** Sunday, December 17, 2017 at 12:41 PM
**To:** Bob Zangrillo <bob@zangrillo.com>
**Subject:** Fwd: CFO position spec

Lets add this to agenda for tomorrow. Few thoughts to add so we can finalize. You can provide inputs directly to Todd as I dont need to be in the middle here. Here are my last inputs to make this rock solid:

1. company description needs to be updated from investment memo I am sending you tomorrow evening

2. burton is founder not co-founder

3. revenue and profit was Q3 run rate but we should provide actuals year to date so we dont confuse people

4. add the business was self financed / bootstrapped by its founders

5. focus should be on brands and not on "dmv.com"

6. definition of "modeling" in the spec is strange. maybe i am missing something

7. outline existing finance team in place to operate accounting (implicitly ensures someone knows they wont have to build from scratch and re-engineer and also cannot come in and replace whole team as that would be disruptive to the organization and its people)

8. (most important and unique)....Bob/Bk working relationship where you get to work with Bob on capital raising, M&A, etc and Burton on operational finance matters. I believe this is rare and compelling. It could be something to discuss with prospective candidates rather than put in the spec but I believe its a good selling point

bk

---------- Forwarded message ----------
From: **Todd Gitlin** <tg@safirepartners.com>
Date: Fri, Dec 15, 2017 at 9:27 PM

Subject: CEO position spec
To: Todd@truesearch.com, bkatz@onpointglobal.com, tom@zangrillo.com
Cc: Alicia Harmon <alicia@safirepartners.com>, Andrew Abramson <andrew@safirepartners.com>

OP Team,

Thoughts on this version?

- PDF is what candidates will see
- Word is body (lacks cover and end page), but you can edit that one.

Todd, want me to create a people spec with this format?

I am working on the candidate data over the weekend.

Regards,

Todd

========
Todd Gitlin
Managing Partner & Founder
Safire Partners
10951 W Pico Blvd Suite 120, Los Angeles, CA 90064

www.safirepartners.com

www.linkedin.com/in/safire

Office: (310) 237-6313 ext 701
Cell: (310) 800-2402
tg@safirepartners.com

--

**Burton Katz**
Founder
**Phone:** 786-877-8021
**Email:** bkatz@onpointglobal.com

**Burton Katz**
Founder
**Phone:** 786-877-8021
**Email:** bkatz@onpointglobal.com

Attachment S

**From:** Bob Zangrillo <bob@zangrillo.com>
**To:** Megan Black <Megan@dragonglobal.com>
**Cc:** Burton Katz <bkatz@onpointglobal.com>
**Subject:** Re: Molly S O'Shea Resume
**Sent:** Wed, 3 Jan 2018 00:56:38 +0000

Megan,
I have her starting on the 29th.

Bob


**DRAGON** | GLOBAL
**Robert Zangrillo**
*Chairman & CEO*

Mobile: 650 450 3812
Fax: 650 362 2102
Email: bob@dragonglobal.com

NOTICE TO RECIPIENT: This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation

On Jan 2, 2018, at 6:55 PM, Megan Black <Megan@dragonglobal.com> wrote:

> Burton,
> Bob asked me to forward you Molly's resume as she plans to start her internship on Monday Jan 22nd. She's a really great smart girl, so please let me know how I can help in onboarding her to the OnPoint family.
>
> Best,
> Megan
>
> <image001.png>
> **Megan Black**
> *Chief of Staff*
>
> Mobile: 212-920-5761
> Email: megan@dragonglobal.com
>
> NOTICE TO RECIPIENT: This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation
>
> ---
>
> **From:** Molly O'Shea <molly@blueandtuck.com>
> **Date:** Saturday, December 30, 2017 at 10:15 AM
> **To:** Bob Zangrillo <bob@zangrillo.com>
> **Subject:** Molly S O'Shea Resume
>
> Good Morning Bob,

Attached is my resume.

Looking forward to speaking this afternoon

Best,
Molly


--
**Molly S. O'Shea**
Founder,
BLUE&TUCK, LLC

Consciously Crafted

**c**: (203) 216 9500
**e**: molly@blueandtuck.com
**w**: blueandtuck.com

CONFIDENTIALITY NOTICE:
The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

<MollySOShea_CV (1).pdf>



Attachment T

**From:**     Sara Catanzano <sara.cat506@gmail.com>
**Sent:**     Wed, 3 Jan 2018 19:42:33 -0500
**Subject:**  Ending DEC CB Tracker
**To:**       Brent Levison <blevison@onpointglobal.com>, Burton Katz <bkatz@onpointglobal.com>, Elisha Rothman <erothman@onpointglobal.com>, Lussich Juan Ignacio <jlussich@onpointglobal.com>, Nadia Peshev <npeshev@onpointglobal.com>, Danielle Ciolfi <dciolfi@onpointglobal.com>, Baluga Ramiro <rbaluga@onpointglobal.com>

-CB Ratios (DEC 31 2017).xlsx

Hey all,
 Attached is the chargeback tracker for December. We breached on three accounts, all of which process BING traffic. Obviously we have cap issues there and have been running a lot of traffic to these sites but the ratios, even after the flush, are very high.

I'd like to know who to speak with for the following:
--media-- how are we increasing the bing traffic so much? what and when have we updated so I can see if this spike is due to processing cap issues, end of year trends, or the actual type of traffic.
--rep management-- are we still posting blogs (and how frequently) to help bring search results in our favor and is anyone responding to comments on scam report, bbb, etc?
--billing page optimizations-- when did we start A/B testing the new billing pages and when did we roll out to all sites?

I'll pull the exact information on when we started Zensed and rolled it out to all sites. We started testing the $3.99 on 4 domains August 1, and rolled out to all sites Dec 13th. There is a chance that even though the cb distribution is the same that the $3.99 is causing more consumers to chargeback the $19.99, and I'll try to quantify that possible effect. I'll also be sending out letters to the aforementioned accounts to get ahead of any repercussions.

ANY OTHER SUGGESTIONS as to the cause of this are welcomed. I want to get ahead of this as best we can, and make sure we aren't perpetuating anything that's increasing our risk.

Thanks,
 Sara

| 1/3/2018 | | | | | |
| OPERATING | PROCESSOR | ISO | MID | | PRODUCT |
| --- | --- | --- | --- | --- | --- |
| CAM | Eagle | Qualpay | | 0134 | Drivers |
| CAM | Eagle | Qualpay | | 0130 | Car Reg |
| CAM | Eagle | Qualpay | | 0133 | Car Title |
| CAM | Eagle | Qualpay | | 0150 | CDL |
| CAM | Eagle | Qualpay | | 0149 | MCL |
| CAM | Eagle | Qualpay | | 0196 | Drivers |
| CAM | Eagle | Qualpay | | 0195 | Car Reg |
| CAM | Eagle | West America | | 2933 | Drivers |
| CAM | Eagle | RMS | | 0063 | Drivers |
| CAM | Eagle | RMS | | 0056 | Car Reg |
| CAM | Eagle | Splash | | 0536 | Car Reg |
| CAM | Eagle | EMS | | 4420 | Drivers |
| CAM | Eagle | Vantiv | | 0134 | Drivers |
| CAM | Eagle | Vantiv | | 0134 | Drivers |
| CLA | Eagle | Qualpay | | 0131 | FMM |
| CLA | Eagle | Qualpay | | 0132 | MA |
| CLA | Eagle | Qualpay | | 0135 | PSS |
| CAM | Yamazaki | Splash | ***** | | Drivers |
| CAM | Yamazaki | Qualpay | | 0345 | Drivers |
| CAM | Yamazaki | Qualpay | | 0343 | Car Reg |
| CAM | Yamazaki | Qualpay | | 0725 | Drivers |
| CAM | Very Busy | Splash | | 3552 | Drivers |
| CAM | Very Busy | Qualpay | | 1027 | Drivers |
| CAM | Very Busy | Qualpay | | 1026 | Drivers |
| CAM | Chelsea | Splash | | 3420 | Drivers |
| CAM | Chelsea | Qualpay | | 1021 | Drivers |
| CAM | Chelsea | Qualpay | | 1022 | Drivers |
| CAM | Chelsea | Qualpay | | 1023 | Drivers |
| BB | Borat | Qualpay | | 0390 | Drivers |
| BB | Borat | Qualpay | | 0391 | Drivers |
| BB | Borat | Qualpay | | 0392 | Drivers |
| BB | Borat | Qualpay | | 0393 | Drivers |
| BB | Borat | Qualpay | | 0394 | Drivers |
| BB | Borat | Qualpay | | 0467 | Car Reg |
| BB | Borat | Humboldt | | 5889 | Drivers |
| BB | Borat | Splash | | 0813 | Drivers |
| BB | Borat | APS | | 5776 | Drivers |
| BB | Borat | Unified | | 3384 | Drivers |
| BB | Borat | Unified | | 3392 | Drivers |

| | | | | | |
|---|---|---|---|---|---|
| BB | Borat | Unified | | 3400 | Drivers |
| BB | Borat | RMS | | 0077 | Drivers |
| BB | Borat | RMS | | 0070 | Car Reg |
| BB | Borat | EMS | | 4669 | Drivers |
| BB | GNR | Qualpay | | 0574 | Drivers |
| BB | GNR | EMS | | 4099 | Drivers |
| BB | GNR | Qualpay | | 0718 | Drivers |
| BB | GNR | Qualpay | | 0717 | Drivers |
| BB | GNR | EMS | | 6991 | Social |
| BB | GNR | Splash | ***** | | Social |
| BB | PJ Groove | Qualpay | | 0578 | Drivers |
| BB | PJ Groove | Qualpay | | 0723 | Drivers |
| BB | PJ Groove | Qualpay | | 0724 | Drivers |
| BB | PJ Groove | Splash | ***** | | Drivers |
| BB | PJ Groove | Processing.com | ***** | | Drivers |
| DMV | MBL | Splash | | 6467 | TCR |
| DMV | MBL | EMS | ***** | | CRS |
| DMV | MBL | Qualpay | | 0770 | TCR |
| DMV | MBL | Qualpay | | 0803 | PaCR |
| DMV | MBL | Qualpay | | 0805 | VaCR |
| DMV | MBL | Qualpay | | 0804 | WaCR |
| DMV | MBL | RMS | ***** | | PaCR |
| DMV | MBL | RMS | ***** | | VaCR |
| DMV | MBL | RMS | ***** | | WaCR |
| DMV | MBL | Unified | | 4010 | TCR |
| DMV | BBM | Qualpay | | 0388 | DMV |
| DMV | BBM | Paysafe | | 3841 | DMV |
| DMV | BBM | Qualpay | | 0474 | DMV |
| DMV | BBM | Payarc | | 6446 | DMV |
| BB | BBM | Qualpay | | 0779 | Bookstore |
| BB | BBM | Splash | | 6459 | Bookstore |
| BB | BBM | Unified | | 4028 | Bookstore |
| PBJ | BBM | Qualpay | | 0307 | Fishing |
| PBJ | BBM | Qualpay | | 0308 | Hunting |
| PBJ | BBM | VPS | | 2901 | Fishing |
| PBJ | BBM | Paysafe | | 0721 | Marriage |
| PBJ | BBM | Qualpay | | 0777 | Fishing |
| PBJ | BBM | Qualpay | | 0778 | Fishing |
| PBJ | BBM | Unified | | 3988 | Fishing |
| PBJ | Orange | Signapay | | 5596 | Fishing |
| PBJ | Orange | Signapay | | 7256 | Cosmo |

| | | | | | |
|---|---|---|---|---|---|
| PBJ | Orange | EMS | | 7730 | Cosmo |
| PBJ | Orange | Signapay | | 8923 | Fishing |
| PBJ | Orange | Cynergy | | 0404 | Hunting |
| PBJ | Orange | Humboldt | | 9889 | Fishing |
| PBJ | Orange | Paysafe | | 3330 | Fishing |
| **PBJ** | **Orange** | **Splash** | | **0528** | Fishing |
| CLA | Orange | EMS | | 8082 | PAC |
| CLA | Orange | Qualpay | | 0873 | PAC |
| CLA | Orange | Qualpay | | 0872 | CAO |
| CLA | Skylar | Qualpay | | 0918 | ACS |
| CLA | Skylar | Qualpay | | 0919 | ACSs |
| CLA | Skylar | Qualpay | | 0920 | A-C |
| CLA | Slayer | Qualpay | | 0923 | UMA |
| CLA | Slayer | Qualpay | | 0922 | MAg |
| CLA | Slayer | Qualpay | | 0921 | OCOA |
| PBJ | Chametz | Qualpay | | 0348 | Birth Cert |
| PBJ | Chametz | Qualpay | | 0848 | OVR |
| PBJ | Chametz | Qualpay | | 0849 | VRO |
| PBJ | Chametz | Splash | | 6475 | VRO |
| PBJ | Chametz | Unified | | 9958 | VRO |
| PBJ | Chametz | Priority | | 6234 | TSA |
| PBJ | Chametz | Priroity | | 6176 | Global |
| PBJ | Chametz | Qualpay | | 0368 | TSA |
| PBJ | Chametz | Qualpay | | 0437 | TSA |
| PBJ | Chametz | Qualpay | | 0436 | Global |
| PBJ | Chametz | Qualpay | | 0539 | CMN |

| DOMAIN | MO. CAP | AVAILABLE CAP | NOV REV |
|---|---|---|---|
| mydriverlicense.org | $ 100,000.00 | $ (8,234.14) | $ 112,258.45 |
| carregistrationsonline.com | $ 100,000.00 | $ 30,748.47 | $ 54,869.67 |
| mycartitles.com | $ 40,000.00 | $ 24,899.08 | $ 18,063.51 |
| COMMERCIAL-DRIVERS-LICENSE.ORG | $ 5,000.00 | $ 5,000.00 | $ - |
| motorcycle-licenses.com | $ 2,000.00 | $ 2,000.00 | $ 19.99 |
| drivers-licenses.org | $ 100,000.00 | $ (8,396.87) | $ 111,687.96 |
| car-registration.org | $ 100,000.00 | $ (7,870.26) | $ 103,166.46 |
| mydriverlicense.org | $ 100,000.00 | $ 10,801.31 | $ 112,456.84 |
| **drivers-licenses.org** | **$ 75,000.00** | **$ 72,948.14** | **$ 75,430.37** |
| **car-registration.org** | **$ 75,000.00** | **$ 75,000.00** | **$ 39,508.59** |
| carregistrationsonline.com | $ 100,000.00 | $ (49,559.77) | $ 60,753.29 |
| drivers-licenses.org | $ 100,000.00 | $ (11,785.76) | $ 113,013.19 |
| mydriverlicense.org | $ 100,000.00 | $ 7,328.42 | $ - |
| drivers-licenses.org | $ 100,000.00 | $ 38,838.45 | $ - |
| forwardmymail.org | $ 100,000.00 | $ 88,019.50 | $ 5,778.50 |
| movingaddresses.org | $ 100,000.00 | $ 86,582.50 | $ 6,420.00 |
| postservicessimplified.org | $ 100,000.00 | $ 83,858.00 | $ 6,648.50 |
| driverslicenseadvisors.org | $ 100,000.00 | $ 1,047.45 | $ 92,720.16 |
| driverslicenseadvisors.org | $ 100,000.00 | $ 3,879.00 | $ 92,183.61 |
| carregistrationadvisors.org | $ 100,000.00 | $ 86,985.39 | $ 18,808.88 |
| driversservices.org | $ 100,000.00 | $ 2,821.70 | $ 97,704.44 |
| driverlicenseonline.org | $ 100,000.00 | $ 70,136.36 | $ 3,157.38 |
| driverlicensesonline.org | $ 50,000.00 | $ 45,486.90 | $ 12,982.02 |
| driverlicensesonline.org | $ 50,000.00 | $ 21,125.86 | $ 3,343.20 |
| getdrivers-license.org | $ 100,000.00 | $ 98,482.47 | $ 1,079.97 |
| getdriverslicenses.org | $ 50,000.00 | $ 49,017.84 | $ 6,592.51 |
| getdrivers-license.org | $ 50,000.00 | $ 48,256.62 | $ 1,202.82 |
| getcarregistration.org | $ 50,000.00 | $ 50,000.00 | $ 6,927.22 |
| drivers-license-assistance.org | $ 100,000.00 | $ 63,556.25 | $ 68,752.16 |
| drivers-license-services.org | $ 100,000.00 | $ 99,924.07 | $ 473.55 |
| drivers-services.org | $ 100,000.00 | $ 91,567.68 | $ 3,539.85 |
| mydriver-licenses.org | $ 100,000.00 | $ 32,913.81 | $ 3,242.89 |
| online-drivers-licenses.org | $ 100,000.00 | $ 95,770.08 | $ 35,104.35 |
| mycar-reg.org | $ 100,000.00 | $ 83,849.75 | $ 28,365.17 |
| mydriver-licenses.org | $ 80,000.00 | $ 46,173.85 | $ 1,998.14 |
| mydriver-licenses.org | $ 100,000.00 | $ 32,573.82 | $ 3,427.85 |
| **drivers-license-services.org** | **$ 75,000.00** | **$ 75,000.00** | **$ -** |
| **drivers-license-services.org** | **$ 100,000.00** | **$ 100,000.00** | **$ -** |
| **drivers-services.org** | **$ 100,000.00** | **$ 100,000.00** | **$ -** |

| | | | |
|---|---:|---:|---:|
| **online-drivers-licenses.org** | **$ 100,000.00** | **$ 100,000.00** | **$ -** |
| online-drivers-licenses.org | $ 75,000.00 | $ 73,235.77 | $ 17,556.27 |
| mycar-reg.org | $ 75,000.00 | $ 58,437.95 | $ 27,664.85 |
| **drivers-license-assistance.org** | **$ 60,000.00** | **$ 60,000.00** | **$ -** |
| getdriverslicense.org | $ 50,000.00 | $ 50,000.00 | $ 2,753.57 |
| **getdriverslicense.org** | **$ 60,000.00** | **$ 60,000.00** | **$ -** |
| driverslicenseassistance.org | $ 100,000.00 | $ 89,998.50 | $ 41,298.68 |
| driverslicenseservices.org | $ 100,000.00 | $ 99,950.05 | $ 187.85 |
| socialsecurityguides.org | $ 60,000.00 | $ 60,000.00 | $ - |
| socialsecurityguides.org | $ 100,000.00 | $ 100,000.00 | $ |
| driverslicenseonline.org | $ 50,000.00 | $ 23,995.73 | $ 25,784.50 |
| mydriverlicenses.org | $ 100,000.00 | $ 98,513.35 | $ 1,805.16 |
| onlinedriverslicenses.org | $ 100,000.00 | $ 82,430.13 | $ 57,490.94 |
| onlinedriverslicenses.org | $ 100,000.00 | $ 82,801.88 | $ 56,508.03 |
| onlinedriverslicenses.org | $ 100,000.00 | $ 82,754.96 | $ 55,337.55 |
| texascarregistration.org | $ 100,000.00 | $ 100,000.00 | $ - |
| carregistrationservices.org | $ 100,000.00 | $ 100,000.00 | $ - |
| texascarregistration.org | $ 100,000.00 | $ 94,092.23 | $ 4,892.00 |
| pennsylvaniacarregistration.org | $ 100,000.00 | $ 94,192.75 | $ 5,605.30 |
| virginiacarregistration.org | $ 100,000.00 | $ 95,558.60 | $ 7,149.85 |
| washingtoncarregistration.org | $ 100,000.00 | $ 99,933.74 | $ - |
| pennsylvaniacarregistration.org | $ 100,000.00 | $ 100,000.00 | $ - |
| virginiacarregistration.org | $ 100,000.00 | $ 100,000.00 | $ - |
| washingtoncarregistration.org | $ 100,000.00 | $ 100,000.00 | $ - |
| texascarregistration.org | $ 50,000.00 | $ 50,000.00 | $ - |
| dmv.com | $ 100,000.00 | $ 48,957.16 | 43,161.09 |
| dmv.com | $ 50,000.00 | $ 41,580.17 | 11,056.77 |
| dmvdrivingrecords.org | $ 100,000.00 | $ 97,842.70 | 3,715.35 |
| dmv.com | $ 100,000.00 | $ 89,983.89 | 4,480.81 |
| easy-books.org | $ 100,000.00 | $ 100,000.00 | $ - |
| **easy-books.org** | **$ 100,000.00** | **$ 100,000.00** | **$ -** |
| **easy-books.org** | **$ 60,000.00** | **$ 60,000.00** | **$ -** |
| fishinglicense.org | $ 100,000.00 | $ 100,000.00 | $ - |
| hunting-license.org | $ 50,000.00 | $ 27,665.31 | 46,468.63 |
| fishandgamelicenses.org | $ 50,000.00 | $ 43,433.75 | 8,340.53 |
| marriage-license.org | $ 35,000.00 | $ 35,000.00 | $ - |
| floridafishinglicenses.org | $ 100,000.00 | $ 86,467.95 | 17,802.09 |
| fishandgamelicenses.org | $ 100,000.00 | $ 83,924.22 | 19,676.33 |
| fishandgamelicenses.org | $ 50,000.00 | $ 50,000.00 | $ - |
| fishinglicense.org | $ 75,000.00 | $ 68,667.67 | 8,388.44 |
| cosmetology-license.org | $ 100,000.00 | $ 100,000.00 | $ - |

| | | | |
|---|---:|---:|---:|
| cosmetologycareers.org | $ 100,000.00 | $ 100,000.00 | $ - |
| floridafishinglicenses.org | $ 75,000.00 | $ 75,000.00 | $ - |
| hunting-license.org | $ 100,000.00 | $ 83,565.85 | $ 64,533.10 |
| fishinglicense.org | $ 80,000.00 | $ 72,822.37 | $ 9,961.21 |
| fishinglicense.org | $ 50,000.00 | $ 43,042.18 | $ 9,463.54 |
| fishinglicense.org | $ 100,000.00 | $ 86,891.65 | $ 17,468.47 |
| postaladdresschange.org | $ 60,000.00 | $ 46,420.00 | $ 6,421.50 |
| postaladdresschange.org | $ 75,000.00 | $ 75,000.00 | $ - |
| changeaddressonline.org | $ 75,000.00 | $ 72,756.50 | $ 4,916.50 |
| addresschangeservice.org | $ 100,000.00 | $ 86,672.40 | $ 6,144.00 |
| addresschangeservices.org | $ 100,000.00 | $ 100,000.00 | $ |
| address-change.org | $ 100,000.00 | $ 85,815.00 | $ 5,431.50 |
| updatemyaddress.org | $ 50,000.00 | $ 37,397.39 | $ 5,362.00 |
| movingagent.org | $ 50,000.00 | $ 33,952.00 | $ 5,233.50 |
| onlinechangeofaddress.org | $ 50,000.00 | $ 30,955.00 | $ 6,736.50 |
| onlinebirthcertificates.org | $ 100,000.00 | $ 100,000.00 | $ - |
| onlinevitalrecords.org | $ 100,000.00 | $ 100,000.00 | $ - |
| vitalrecordsonline.org | $ 100,000.00 | $ 100,000.00 | $ - |
| vitalrecordsonline.org | $ 100,000.00 | $ 100,000.00 | $ 492.80 |
| vitalrecordsonline.org | $ 100,000.00 | $ 100,000.00 | $ - |
| travelprecheck.org | $ 100,000.00 | $ 100,000.00 | $ - |
| globalentryservices.org | $ 100,000.00 | $ 100,000.00 | $ - |
| airportprecheck.org | $ 100,000.00 | $ 100,000.00 | $ - |
| travelprecheck.org | $ 50,000.00 | $ 50,000.00 | $ - |
| globalentryservices.org | $ 50,000.00 | $ 50,000.00 | $ - |
| change-my-name.org | $ 50,000.00 | $ 50,000.00 | $ - |
| | $ 8,867,000.00 | $ 6,908,454.77 | $ 1,725,759.08 |

| thru 12/31 | 31 | | 31 | | | *ISO INFO* |
| SALES REV | visa count | prev mo. mc count | | CB count | visa count | visa ratio |
|---|---|---|---|---|---|---|
| $ 108,234.14 | 6787 | 2740 | | 129 | 91 | 1.34% |
| $ 69,251.53 | 4423 | 1278 | | 40 | 28 | 0.63% |
| $ 15,100.92 | 982 | 410 | | 8 | 6 | 0.61% |
| $ - | 0 | 0 | | 0 | 0 | 0.00% |
| $ - | 0 | 0 | | 0 | 0 | 0.00% |
| $ 108,396.87 | 6365 | 2834 | | 149 | 107 | 1.68% |
| $ 107,870.26 | 7149 | 2240 | | 73 | 43 | 0.60% |
| $ 89,198.69 | 5785 | 2732 | | 110 | 74 | 1.28% |
| $ 2,051.86 | 352 | 1765 | | 46 | 28 | 7.95% |
| $ - | 0 | 950 | | 29 | 20 | 0.00% |
| $ 149,559.77 | 9587 | 1524 | | 132 | 91 | 0.95% |
| $ 111,785.76 | 6626 | 2840 | | 156 | 106 | 1.60% |
| $ 92,671.58 | 5964 | 0 | NO LOGIN YET | | | 0.00% |
| $ 61,161.55 | 4230 | 0 | NO LOGIN YET | | | 0.00% |
| $ 11,980.50 | 168 | 36 | | 6 | 2 | 1.19% |
| $ 13,417.50 | 201 | 27 | | 6 | 4 | 1.99% |
| $ 16,142.00 | 251 | 32 | | 7 | 2 | 0.80% |
| $ 98,952.55 | 6318 | 2030 | | 164 | 113 | 1.79% |
| $ 96,121.00 | 6072 | 1965 | | 129 | 85 | 1.40% |
| $ 13,014.61 | 883 | 430 | | 11 | 8 | 0.91% |
| $ 97,178.30 | 6847 | 2325 | | 61 | 41 | 0.60% |
| $ 29,863.64 | 1837 | 73 | | 19 | 11 | 0.60% |
| $ 4,513.10 | 339 | 167 | | 5 | 3 | 0.88% |
| $ 28,874.14 | 1891 | 70 | | 9 | 8 | 0.42% |
| $ 1,517.53 | 110 | 38 | | 5 | 3 | 2.73% |
| $ 982.16 | 64 | 133 | | 6 | 5 | 7.81% |
| $ 1,743.38 | 125 | 36 | | 2 | 0 | 0.00% |
| $ - | 0 | 112 | | 1 | 0 | 0.00% |
| $ 36,443.75 | 2016 | 1331 | | 61 | 31 | 1.54% |
| $ 75.93 | 4 | 13 | | 4 | 3 | 75.00% |
| $ 8,432.32 | 506 | 81 | | 21 | 10 | 1.98% |
| $ 67,086.19 | 4938 | 89 | | 35 | 30 | 0.61% |
| $ 4,229.92 | 306 | 79 | | 28 | 22 | 7.19% |
| $ 16,150.25 | 1018 | 655 | | 23 | 15 | 1.47% |
| $ 33,826.15 | 2466 | 53 | | 8 | 7 | 0.28% |
| $ 67,426.18 | 4948 | 89 | | 45 | 37 | 0.75% |
| $ - | 0 | 0 | | 0 | 0 | 0.00% |
| $ - | 0 | 0 | | 0 | 0 | 0.00% |
| $ - | 0 | 0 | | 0 | 0 | 0.00% |

| | | | | | | |
|---|---|---|---|---|---|---|
| $ | - | 0 | 0 | 0 | 0 | 0.00% |
| $ | 1,764.23 | 140 | 352 | CANT LOGIN | | 0.00% |
| $ | 16,562.05 | 1050 | 583 | 27 | 19 | 1.81% |
| $ | - | 0 | 0 | 0 | 0 | 0.00% |
| $ | - | 0 | 30 | 1 | 0 | 0.00% |
| $ | - | 0 | 0 | 0 | 0 | 0.00% |
| $ | 10,001.50 | 551 | 1437 | 31 | 21 | 3.81% |
| $ | 49.95 | 2 | 2 | 16 | 13 | 650.00% |
| $ | - | 0 | 0 | 0 | 0 | 0.00% |
| $ | - | 0 | 0 | 0 | 0 | 0.00% |
| $ | 26,004.27 | 2001 | 529 | 37 | 28 | 1.40% |
| $ | 1,486.65 | 89 | 50 | 7 | 5 | 5.62% |
| $ | 17,569.87 | 1169 | 1109 | 59 | 47 | 4.02% |
| $ | 17,198.12 | 1129 | 1169 | 64 | 50 | 4.43% |
| $ | 17,245.04 | 1168 | 1213 | 59 | 44 | 3.77% |
| $ | - | 0 | 0 | 0 | 0 | 0.00% |
| $ | - | 0 | 0 | 0 | 0 | 0.00% |
| $ | 5,907.77 | 35 | 12 | 0 | 0 | 0.00% |
| $ | 5,807.25 | 55 | 14 | 0 | 0 | 0.00% |
| $ | 4,441.40 | 51 | 18 | 1 | 1 | 1.96% |
| $ | 66.26 | 1 | 0 | 0 | 0 | 0.00% |
| $ | - | 0 | 0 | 0 | 0 | 0.00% |
| $ | - | 0 | 0 | 0 | 0 | 0.00% |
| $ | - | 0 | 0 | 0 | 0 | 0.00% |
| $ | - | 0 | 0 | 0 | 0 | 0.00% |
| $ | 51,042.84 | 1882 | 485 | 44 | 36 | 1.91% |
| $ | 8,419.83 | 193 | 94 | 0 | 0 | 0.00% |
| $ | 2,157.30 | 50 | 11 | 1 | 0 | 0.00% |
| $ | 10,016.11 | 222 | 28 | 3 | 1 | 0.45% |
| $ | - | 0 | 0 | 0 | 0 | 0.00% |
| $ | - | 0 | 0 | 0 | 0 | 0.00% |
| $ | - | 0 | 0 | 0 | 0 | 0.00% |
| $ | - | 0 | 0 | 0 | 0 | 0.00% |
| $ | 22,334.69 | 633 | 556 | 17 | 12 | 1.90% |
| $ | 6,566.25 | 386 | 174 | 5 | 3 | 0.78% |
| $ | - | 0 | 0 | 0 | 0 | 0.00% |
| $ | 13,532.05 | 822 | 454 | 13 | 10 | 1.22% |
| $ | 16,075.78 | 980 | 457 | 3 | 3 | 0.31% |
| $ | - | 0 | 0 | 0 | 0 | 0.00% |
| $ | 6,332.33 | 392 | 195 | 15 | 11 | 2.81% |
| $ | - | 0 | 0 | 0 | 0 | 0.00% |

| | | | | | |
|---|---|---|---|---|---|
| $ | - | 0 | 0 | 0 | 0 | 0.00% |
| $ | - | 0 | 0 | 0 | 0 | 0.00% |
| $ | 16,434.15 | 476 | 808 | 13 | 9 | 1.89% |
| $ | 7,177.63 | 463 | 227 | 3 | 3 | 0.65% |
| $ | 6,957.82 | 419 | 216 | 9 | 2 | 0.48% |
| $ | 13,108.35 | 818 | 400 | 15 | 8 | 0.98% |
| $ | 13,580.00 | 184 | 44 | 4 | 3 | 1.63% |
| $ | - | 0 | 0 | 1 | 1 | 0.00% |
| $ | 2,243.50 | 36 | 30 | 3 | 1 | 2.78% |
| $ | 13,327.60 | 197 | 41 | 6 | 3 | 1.52% |
| $ | - | 0 | 0 | 0 | 0 | 0.00% |
| $ | 14,185.00 | 208 | 30 | 8 | 4 | 1.92% |
| $ | 12,602.61 | 194 | 28 | 2 | 1 | 0.52% |
| $ | 16,048.00 | 224 | 37 | 4 | 3 | 1.34% |
| $ | 19,045.00 | 284 | 31 | 6 | 5 | 1.76% |
| $ | - | 0 | 0 | 0 | 0 | 0.00% |
| $ | - | 0 | 0 | 0 | 0 | 0.00% |
| $ | - | 0 | 0 | 0 | 0 | 0.00% |
| $ | - | 0 | 3 | 0 | 0 | 0.00% |
| $ | - | 0 | 0 | 0 | 0 | 0.00% |
| $ | - | 0 | 0 | 0 | 0 | 0.00% |
| $ | - | 0 | 0 | 0 | 0 | 0.00% |
| $ | - | 0 | 0 | 0 | 0 | 0.00% |
| $ | - | 0 | 0 | 0 | 0 | 0.00% |
| $ | - | 0 | 0 | 0 | 0 | 0.00% |
| $ | - | 0 | 0 | 0 | 0 | 0.00% |
| $ | 1,765,958.64 | 116062 | 40044 | 2005 | 1381 | 1.19% |

| | | | PROJECTED COUNT | | |
|---|---|---|---|---|---|
| mc count | mc ratio | Exp. Volume | Volume | visa cb count | mc cb count |
| 35 | 1.28% | | $ 108,234.14 | 91 | 35 |
| 12 | 0.94% | | $ 69,251.53 | 28 | 12 |
| 2 | 0.49% | | $ 15,100.92 | 6 | 2 |
| 0 | 0.00% | | $ - | 0 | 0 |
| 0 | 0.00% | | $ - | 0 | 0 |
| 40 | 1.41% | | $ 108,396.87 | 107 | 40 |
| 29 | 1.29% | | $ 107,870.26 | 43 | 29 |
| 36 | 1.32% | | $ 89,198.69 | 74 | 36 |
| 18 | 1.02% | | $ 2,051.86 | 28 | 18 |
| 9 | 0.95% | | $ - | 20 | 9 |
| 40 | 2.62% | | $ 149,559.77 | 91 | 40 |
| 48 | 1.69% | | $ 111,785.76 | 106 | 48 |
| | 0.00% | | $ 92,671.58 | 0 | 0 |
| | 0.00% | | $ 61,161.55 | 0 | 0 |
| 3 | 8.33% | | $ 11,980.50 | 2 | 3 |
| 1 | 3.70% | | $ 13,417.50 | 4 | 1 |
| 3 | 9.38% | | $ 16,142.00 | 2 | 3 |
| 45 | 2.22% | | $ 98,952.55 | 113 | 45 |
| 42 | 2.14% | | $ 96,121.00 | 85 | 42 |
| 3 | 0.70% | | $ 13,014.61 | 8 | 3 |
| 18 | 0.77% | | $ 97,178.30 | 41 | 18 |
| 6 | 8.22% | | $ 29,863.64 | 11 | 6 |
| 2 | 1.20% | | $ 4,513.10 | 3 | 2 |
| 1 | 1.43% | | $ 28,874.14 | 8 | 1 |
| 2 | 5.26% | | $ 1,517.53 | 3 | 2 |
| 1 | 0.75% | | $ 982.16 | 5 | 1 |
| 2 | 5.56% | | $ 1,743.38 | 0 | 2 |
| 1 | 0.89% | | $ - | 0 | 1 |
| 28 | 2.10% | | $ 36,443.75 | 31 | 28 |
| 1 | 7.69% | | $ 75.93 | 3 | 1 |
| 11 | 13.58% | | $ 8,432.32 | 10 | 11 |
| 5 | 5.62% | | $ 67,086.19 | 30 | 5 |
| 6 | 7.59% | | $ 4,229.92 | 22 | 6 |
| 7 | 1.07% | | $ 16,150.25 | 15 | 7 |
| 1 | 1.89% | | $ 33,826.15 | 7 | 1 |
| 8 | 8.99% | | $ 67,426.18 | 37 | 8 |
| 0 | 0.00% | | $ - | 0 | 0 |
| 0 | 0.00% | | $ - | 0 | 0 |
| 0 | 0.00% | | $ - | 0 | 0 |

| | | | | |
|---|---|---|---|---|
| 0 | 0.00% | $ - | 0 | 0 |
| | 0.00% | $ 1,764.23 | 0 | 0 |
| 8 | 1.37% | $ 16,562.05 | 19 | 8 |
| 0 | 0.00% | $ - | 0 | 0 |
| 1 | 3.33% | $ - | 0 | 1 |
| 0 | 0.00% | $ - | 0 | 0 |
| 9 | 0.63% | $ 10,001.50 | 21 | 9 |
| 3 | 150.00% | $ 49.95 | 13 | 3 |
| 0 | 0.00% | $ - | 0 | 0 |
| 0 | 0.00% | $ - | 0 | 0 |
| 9 | 1.70% | $ 26,004.27 | 28 | 9 |
| 2 | 4.00% | $ 1,486.65 | 5 | 2 |
| 12 | 1.08% | $ 17,569.87 | 47 | 12 |
| 14 | 1.20% | $ 17,198.12 | 50 | 14 |
| 14 | 1.15% | $ 17,245.04 | 44 | 14 |
| 0 | 0.00% | $ - | 0 | 0 |
| 0 | 0.00% | $ - | 0 | 0 |
| 0 | 0.00% | $ 5,907.77 | 0 | 0 |
| 0 | 0.00% | $ 5,807.25 | 0 | 0 |
| 0 | 0.00% | $ 4,441.40 | 1 | 0 |
| 0 | 0.00% | $ 66.26 | 0 | 0 |
| 0 | 0.00% | $ - | 0 | 0 |
| 0 | 0.00% | $ - | 0 | 0 |
| 0 | 0.00% | $ - | 0 | 0 |
| 0 | 0.00% | $ - | 0 | 0 |
| 8 | 1.65% | $ 51,042.84 | 36 | 8 |
| 0 | 0.00% | $ 8,419.83 | 0 | 0 |
| 1 | 9.09% | $ 2,157.30 | 0 | 1 |
| 2 | 7.14% | $ 10,016.11 | 1 | 2 |
| 0 | 0.00% | $ - | 0 | 0 |
| 0 | 0.00% | $ - | 0 | 0 |
| 0 | 0.00% | $ - | 0 | 0 |
| 0 | 0.00% | $ - | 0 | 0 |
| 5 | 0.90% | $ 22,334.69 | 12 | 5 |
| 2 | 1.15% | $ 6,566.25 | 3 | 2 |
| 0 | 0.00% | $ - | 0 | 0 |
| 3 | 0.66% | $ 13,532.05 | 10 | 3 |
| 0 | 0.00% | $ 16,075.78 | 3 | 0 |
| 0 | 0.00% | $ - | 0 | 0 |
| 4 | 2.05% | $ 6,332.33 | 11 | 4 |
| 0 | 0.00% | $ - | 0 | 0 |

| | | | | | |
|---|---|---|---|---|---|
| 0 | 0.00% | $ | - | 0 | 0 |
| 0 | 0.00% | $ | - | 0 | 0 |
| 3 | 0.37% | $ | 16,434.15 | 9 | 3 |
| 0 | 0.00% | $ | 7,177.63 | 3 | 0 |
| 7 | 3.24% | $ | 6,957.82 | 2 | 7 |
| 7 | 1.75% | $ | 13,108.35 | 8 | 7 |
| 1 | 2.27% | $ | 13,580.00 | 3 | 1 |
| 0 | 0.00% | $ | - | 1 | 0 |
| 1 | 3.33% | $ | 2,243.50 | 1 | 1 |
| 3 | 7.32% | $ | 13,327.60 | 3 | 3 |
| 0 | 0.00% | $ | - | 0 | 0 |
| 4 | 13.33% | $ | 14,185.00 | 4 | 4 |
| 0 | 0.00% | $ | 12,602.61 | 1 | 0 |
| 1 | 2.70% | $ | 16,048.00 | 3 | 1 |
| 1 | 3.23% | $ | 19,045.00 | 5 | 1 |
| 0 | 0.00% | $ | - | 0 | 0 |
| 0 | 0.00% | $ | - | 0 | 0 |
| 0 | 0.00% | $ | - | 0 | 0 |
| 0 | 0.00% | $ | - | 0 | 0 |
| 0 | 0.00% | $ | - | 0 | 0 |
| 0 | 0.00% | $ | - | 0 | 0 |
| 0 | 0.00% | $ | - | 0 | 0 |
| 0 | 0.00% | $ | - | 0 | 0 |
| 0 | 0.00% | $ | - | 0 | 0 |
| 0 | 0.00% | $ | - | 0 | 0 |
| 0 | 0.00% | $ | - | 0 | 0 |
| 591 | 1.48% | $ - | $ 1,958,545.23 | | |

**updated 11/16**

| ISO URL | ISO USER | ISO PASSWORD | GATEWAY USER |
|---|---|---|---|
| https://app.qualpay.com/login | airely@issuebasedmedia.com | | eaglemedia |
| https://app.qualpay.com/login | airely@issuebasedmedia.com | | eaglemedia |
| https://app.qualpay.com/login | airely@issuebasedmedia.com | | eaglemedia |
| https://app.qualpay.com/login | airely@issuebasedmedia.com | | eaglemedia |
| https://app.qualpay.com/login | airely@issuebasedmedia.com | | eaglemedia |
| https://app.qualpay.com/login | airely@issuebasedmedia.com | | eaglemedia |
| https://app.qualpay.com/login | airely@issuebasedmedia.com | | eaglemedia |
| https://360.globalonepay.com | brent@eaglemediashop.com | | license1 |
| https://www.mreports.com/po| | DRIVERSLICENSES | | eagleunified |
| https://www.mreports.com/po| | CARREGISTRATION | | eagleunified |
| https://portal.splashpayments.cc | SaraCat | | SplashCarReg2 |
| https://www.emsdata.net | 565500000344420 | | eaglemedia |
| | | | |
| | | | |
| https://app.qualpay.com/login | airely@issuebasedmedia.com | | eagleunified |
| https://app.qualpay.com/login | airely@issuebasedmedia.com | | eagleunified |
| https://app.qualpay.com/login | airely@issuebasedmedia.com | | eagleunified |
| https://portal.splashpayments.cc | SaraCat | | erothman33176 |
| https://app.qualpay.com/login | eliconsolidated | | yamazakimedia |
| https://app.qualpay.com/login | eliconsolidated | | yamazakimedia |
| https://app.qualpay.com/login | eliconsolidated | | yamazakimedia |
| https://portal.splashpayments.cc | SaraCat | | VeryBusySplash |
| https://app.qualpay.com/login | verybusy.cn@gmail.com-8909 | | VBMedia |
| https://app.qualpay.com/login | verybusy.cn@gmail.com | | VBMedia |
| https://portal.splashpayments.cc | SaraCat | | Chelsea-SplashGDL |
| https://app.qualpay.com/login | chelseamedia.gb@gmail.com | | ChelseaMedia1 |
| https://app.qualpay.com/login | chelseamedia.gb@gmail.com-42 | | ChelseaMedia1 |
| https://app.qualpay.com/login | chelseamedia.gb@gmail.com-43 | | ChelseaMedia1 |
| https://app.qualpay.com/login | boratconsolsarah | | gbemc2z |
| https://app.qualpay.com/login | boratconsolsarah | | gbemc2z |
| https://app.qualpay.com/login | boratconsolsarah | | gbemc2z |
| https://app.qualpay.com/login | boratconsolsarah | | gbemc2z |
| https://app.qualpay.com/login | boratconsolsarah | | gbemc2z |
| https://app.qualpay.com/login | boratconsolsarah | | gbemc2z |
| https://www.myclientline.net/pc | cl.ohanac2 | | Borat33127 |
| https://portal.splashpayments.cc | SaraCat | | Borat2 |
| https://www.mreports.com/po| | apsdriverslicenseser | | Borat33127 |
| https://salescentral.com | 9180000000003384 | | gbemc2z |
| https://salescentral.com | 9180000000003392 | | gbemc2z |

| | | | |
|---|---|---|---|
| **https://salescentral.com** | **9180000000003400** | ▮ | **gbemc2z** |
| https://www.mreports.com/port | onlinedriver | ▮ | gbemc2z |
| https://www.mreports.com/port | mycarreg | ▮ | gbemc2z |
| **https://www.emsdata.net** | **565500000344669** | ▮ | **Borat33127** |
| https://app.qualpay.com/login | qpgnrmedia | ▮ | QualGDL |
| **https://www.emsdata.net** | **chn013096** | ▮ | **GNR33127** |
| https://app.qualpay.com/login | qpgnrmedia | ▮ | QualGDL |
| https://app.qualpay.com/login | qpgnrmedia | ▮ | QualGDL |
| https://www.emsdata.net | chn013096 | ▮ | |
| https://portal.splashpayments.c | SaraCat | ▮ | GNR2-Splash |
| https://app.qualpay.com/login | qppjgroove | ▮ | QualDLO |
| https://app.qualpay.com/login | qppjgroove | ▮ | QualDLO |
| https://app.qualpay.com/login | qppjgroove | ▮ | QualDLO |
| https://portal.splashpayments.c | SaraCat | ▮ | PJG-Media |
| https://portal.splashpayments.c | SaraCat | ▮ | PJG-ESQ |
| https://portal.splashpayments.c | SaraCat | ▮ | SplashTCR2 |
| https://www.emsdata.net | | | SplashTCR |
| https://app.qualpay.com/login | brentmblmedia | ▮ | mblmedia |
| https://app.qualpay.com/login | brentmblmedia | ▮ | mblmedia |
| https://app.qualpay.com/login | brentmblmedia | ▮ | mblmedia |
| https://app.qualpay.com/login | brentmblmedia | ▮ | mblmedia |
| https://www.mreports.com/portal/start/clientservices | | | mblmedia |
| https://www.mreports.com/portal/start/clientservices | | | mblmedia |
| https://www.mreports.com/portal/start/clientservices | | | mblmedia |
| https://salescentral.com | | | |
| https://app.qualpay.com/login | brentconsolidated | ▮ | blevison89436 |
| https://merituspayment.com/me | 109944 | ▮ | blevison89436 |
| https://app.qualpay.com/login | brentconsolidated | ▮ | blevison89436 |
| https://www.mreports.com/port | dmvcom | ▮ | blevison89436 |
| https://app.qualpay.com/login | brentconsolidated | ▮ | bbmmedia |
| **https://portal.splashpayments.c** | **SaraCat** | ▮ | **blevison33128** |
| **https://salescentral.com** | | | **blevison33128** |
| https://app.qualpay.com/login | brentconsolidated | ▮ | blevison89436 |
| https://app.qualpay.com/login | brentconsolidated | ▮ | blevison89436 |
| https://aurora.visionpayments.c | 272600180629 | ▮ | blevison89436 |
| https://merituspayment.com/me | 118129 | ▮ | blevison89436 |
| https://app.qualpay.com/login | brentconsolidated | ▮ | bbmmedia |
| https://app.qualpay.com/login | brentconsolidated | ▮ | bbmmedia |
| https://salescentral.com | | | |
| https://www.mreports.com/port | licensesorg | ▮ | orangegrove |
| https://www.mreports.com/port | erothman | ▮ | orangegrove |

| URL | Account | | Company |
|---|---|---|---|
| https://www.emsdata.net | 564400000857730 | | orangegrove |
| https://www.mreports.com/po| | floridafishing2 | | orangegrove |
| https://vimas.cynergydata.com/c | 3899000003070404 | | orangegrove |
| https://www.myclientline.net/po | cl.rothmae2 | | orangegrove |
| https://merituspayment.com/me | 109977 | | orangegrove |
| https://portal.splashpayments.cc | SaraCat | | orangegrove |
| https://www.emsdata.net | | | orangegrove |
| https://app.qualpay.com/login | erothman10@yahoo.com-b61e | | ogmedia |
| https://app.qualpay.com/login | erothman10@yahoo.com | | ogmedia |
| https://app.qualpay.com/login | np.skylarmedia@gmail.com | | SkylarMedia |
| https://app.qualpay.com/login | np.skylarmedia@gmail.com-11a | | SkylarMedia |
| https://app.qualpay.com/login | np.skylarmedia@gmail.com-c49 | | SkylarMedia |
| https://app.qualpay.com/login | mr.slayerbilling@gmail.com | | SlayerBill |
| https://app.qualpay.com/login | mr.slayerbilling@gmail.com-33d | | SlayerBill |
| https://app.qualpay.com/login | mr.slayerbilling@gmail.com-345 | | SlayerBill |
| https://app.qualpay.com/login | brentmediaconsolidated | | chametzmedia |
| https://app.qualpay.com/login | brentmediaconsolidated | | chametzmedia |
| https://app.qualpay.com/login | brentmediaconsolidated | | chametzmedia |
| https://portal.splashpayments.cc | SaraCat | | SplashVRO |
| https://salescentral.com | 3899000003249958 | | chametzmedia |
| www.mybackofficetools.com | 3899000003186234 | | chametzmedia |
| www.mybackofficetools.com | 3899000003186176 | | chametzmedia |
| https://app.qualpay.com/login | brentmediaconsolidated | | chametzmedia |
| https://app.qualpay.com/login | brentmediaconsolidated | | chametzmedia |
| https://app.qualpay.com/login | brentmediaconsolidated | | chametzmedia |
| https://app.qualpay.com/login | brentmediaconsolidated | | chametzmedia |

| GATEWAY PASSWORD | GATEWAY PROC. ID |
|---|---|
| | SynDrivers |
| | SynCarReg |
| | SynCarTitle |
| | SynCDL |
| | SynMCL |
| | SynDLO |
| | SynREG |
| | MyDriverLicenseo |
| | **rmsDL** |
| | **rmsCR** |
| | splashcarreg2 |
| | EMSdl |
| | |
| | QualFMM |
| | QualMA |
| | QualPSS |
| | SplashDLAy |
| | QualDLA |
| | QualCRA |
| | DSQual |
| | DLOSplash |
| | QualDLOsv |
| | QualDLOv |
| | GDLSplash |
| | QualGDLS |
| | QualGDL |
| | QualGCR |
| | QualDLA |
| | QualDLS |
| | QualDS |
| | QualMYDL |
| | QualODL |
| | QualMYCR |
| | MDL-Humboldt |
| | splashmydl2 |
| | **APSdls2** |
| | **UniDLS** |
| | **UniDS** |

**UniODL**

rmsODL

rmsMYCR

**EMSdla**

QualGDR

**EMSgdl**

DLAQual

DLSQual

splashsocial2

QualDLO

MYDLQual

ODLQual

SplashODL

oldesquire

splashtcr2

EMScrs

QualTCR2

QualPCR

QualVCR

QualWCR

RMSpcr

RMSvcr

RMSwcr

QualDMV

PaysafeDMV

QualDMVdr

PayarcDMV

QualEB

**SplashEB**

**UnifiedEB**

QualFish

QualHunt

VPSfg

PaysafeMarriage

QualFLFish

QualFNG

Signa

SignaCosmo

EMSCosmo

SignaFLFish

CynHunt

HumFish

PaysafeFish

SplashFish

EMSpac

QualPAC

QualCAO

QualACS1

QualACS

QualAC

QualUMA

QualMAG

QualOCA

QualBirthOH

QualOVR

QualVRO

chametzsplash

UnifiedCMN

PriorityTSA

PriorityGES

QualTSA

QualTPC

QualGES

QualCMN

Attachment U

**From:** Arlene Abreu Mahon <arlene@issuebasedmedia.com>
**Sent:** Fri Jan 2018 07:45:41 -0500
**Subject:** Re: BRONCO
**To:** jmills@thebankofnevis.com, pwallace@thebankofnevis.com
**Cc:** Burton Katz <burtonusc@gmail.com>, Carl Linder <Carl.Linder@gmlaw.com>, Lindsay Miller <Lindsay.Miller@gmlaw.com>, Arlene Mahon <amahon@onpointglobal.com>, bkatz@onpointglobal.com

2018 BK & MK Cert PP & DL.pdf
Bank of Nevis- Explanation of Bronco's Companies.pdf
2018.01.04-CERTIFICATE OF INCUMBENCY.pdf
JI DD Certified 2017.pdf
Reference Letter - Juan Lussich.pdf
Cert Dir Registry 8.28.17 (1).pdf

Hello Jondelle and Paula,
Attached is the information you requested as follows:


1. Copies of updated passports and driver licenses for Burton Katz and Marjan Katz
2. A detail explanation of all of Bronco's businesses for 2017 and into 2018
3. There are no copies of Eric or Kenley Maynard's ID's as they are no longer the directors of Bronco Management, Ltd., nor the general partner and authorized signatory for Bronco Holdings family LP. Juan Lussich has replaced them, his certified due diligence is attached.
4. In support of the changes related to the Bronco entities, as well as confirmation of the company's good standing status, I have attached a Certificate of Incumbency, as well as the general partner's updated registry.

  Please let us know if you need anything else as soon as possible.  It is very urgent that the funds being held be released to Bronco's bank accounts as urgently as possible.  Please advise once this has occurred.

Additionally, I would like the bank to take note that Mr. Katz and I have both changed our email address.  I am replying on this one as you sent the email to this one.  From now on, we will both reply from our new email addresses (which are in copy here) and are:  amahon@onpoinglobal.com and bkatz@onpointglobal.com.

Thank you for your prompt attention to this matter.

Best,

Arlene A. Mahon
305-510-2430

On Wed, Dec 27, 2017 at 3:23 PM, Jondelle Mills <jmills@thebankofnevis.com> wrote:

  Dear Burton

  There are three incoming wires for **BRONCO HOLDINGS FAMILY LP**.  Details as follows:

  **1. Ordering Customer: Cambridge Media Series, LLC**
      **Amount: US$63,658.10**

  **2. Ordering Customer: ISSUE BASED MEDIA, LLC**
      **Amount: US$111,220.45**

  **3. Ordering Customer: DIRECT MARKET, LLC**
      **Amount: US$85,771.67**

You provided two Intellectual Property License Agreements, one between **Bronco Holdings Family LP (Licensor) and Claxi Limited (Licensee)** and the other between **Bronco Holdings Family LP (Licensor)and Gantellis Limited (Licensee)** in support of his request for the increase in threshold.  Per the agreement, the Licensee agrees to pay the Licensor the monthly user fee of $150,000 on or before the 5th day of each calendar month.  However, the incoming

PX 28: Declaration of Lashanda Freeman

funds do not originate from either **Gantellis Limited** or **Claxi Limited**. The purpose of the funds also states "distribution." There are no agreements on file for **Cambridge Media Series, Issue Based Media or Direct Market.**

Mr. Katz please provide documents in support of these companies, and all subsequent incoming wires for any companies not mentioned in this email. (e.g. contracts, invoices, agreements etc.) We also need to know the type of services the companies provide and the names of the owners of the companies.

In addition, please request the following documents:

- Certificate of Good Standing on behalf of Bronco Holdings Family and updated notarised I.Ds for the following individuals:
- Marjn Miriam Katz - Passport expired November 26, 2017 and Driver's License expired May 18, 2014
- Burton Morris Katz - Passport expired June 17, 2017 and Driver's License expired January 20, 2017
- Kenley Maynard - Passport expired February 18, 2017 and Driver's License expired March 30, 2014
- Eric Maynard - Driver's License expired July 25, 2015

Regards

```
--
Jondelle T Mills
Junior Supervisor
 Bank of Nevis International Limited
P O Box 450
Main Street
Charlestown
NEVIS

Tel No: 1-869-469-0080 EXT: 325
Fax No: 1-869-469-5798
Website: http://www.boniltd.com/
"Securing your Financial Future"
```

This e-mail and any attachments thereto may contain information which is confidential and/or proprietary and are intended for the sole use of the recipient(s) named above. It is not intended to create or affect any contractual arrangements between the parties.

If you have received this e-mail in error, please immediately notify the sender and delete the e-mail. Thank you for your co-operation.

The information contained in this email message may be privileged, confidential, and protected from disclosure. Any unauthorized use, printing, copying, disclosure, dissemination of or reliance upon this communication by persons other than the intended recipient may be subject to legal restriction or sanction. If you think that you have received this E-mail message in error, please reply to the sender and delete this email promptly.

```
--
Arlene A. Mahon
305-510-2430
```

**Bronco Holdings Family LP**

No. 4 Pineapple Grove

Old Fort Bay, West Bay Street

Nassau, Bahamas

Friday, January 5, 2018

Ms. Jondelle Mills
The Bank of Nevis International
PO Box 450
Charlestown, Nevis, West Indies

RE:  Account **#8295103 – CONFIDENTIAL FOR INTERNAL BANKING PURPOSES ONLY**

Dear Ms. Mills:

I, as authorized signatory of the subject captioned Company and Bank of Nevis account, hereby provide you with a breakdown of all my business activities in 2017 and into 2018.

**Summary of Company Relationships**

On January 1, 2018, all of the companies I have had ownership in up until that date, will roll up into one U.S. Holding Company named Onpoint Global, LLC.  I have partial ownership in this company, as well as loans held by another company named OCP and Bronco, LLC.  I will receive payments in the future from OCP and Bronco for reimbursement of loans and from Onpoint Global, LLC for distributions of profits or reimbursement of expenses.

The first group of now subsidiary companies of Onpoint Global, LLC that have been operating in 2017 are what we refer to as the Licenses America Family. These are separate entities that have similar business models.  The entities are: Cambridge (a U.S. entity wholly owned by License America Holdings – a Nevis entity with a bank account at Bank of St. Lucia or "BOSLIL" and Cambridge Media has bank accounts in both International Finance Bank and Wells Fargo Bank), Blackbird (a Nevis entity with a bank account at BOSLIL) – this company is being closed as of December 31, 2017, PBJ Media (a Nevis entity with a bank account at BOSLIL), and Claro Media (a U.S. entity with a bank account at Wells Fargo).

The core business of these companies is online sales of guides for various licensing exams, such as drivers' licenses, fishing licenses, etc. The guides are in a digital, e-book format.  These sales take place across several website domains that are owned or leased by the companies. There are several domains because each website is designed differently to attract a wider range of customers, and we offer different guides on many of the sites. Each operating company holds a separate group of domains.

The four operating entities and, at times, License America Holdings, have made payments to partners, including Bronco Holdings Family, for distributions.  Beginning in 2018, distributions will go to Onpoint Global, LLC and those will be paid to Bronco from this parent company, Onpoint Global, LLC.

The next operating company is Direct Market, which is also partially owned by Bronco Holdings. There are 6 wholly owned subsidiaries of Direct Market, which only interact directly with the parent company Direct Market, LLC for the purposes of marketing transactions.  Direct Market has bank accounts at International Finance Bank and Wells Fargo Bank.

Direct Market owns and operates several domains that connect potential customers with vendors for products such as Section 8 housing, Medicaid enrollment, food stamps enrollment, etc. Revenue is earned by driving sales to our customers. Traffic to the domains is generated by significant marketing expenditures through major search

engines.  Direct Market has and will also include payments to partners for distributions.  Starting 2018, these distributions will come from its parent Onpoint Global, LLC.

The final operating company is DGDMV, LLC, and it is also partially owned by Bronco Holdings Family.  It has two subsidiaries in Canada, with Canadian bank accounts at CIBC Bank.  DGDMV, LLC's bank account is with J.P. Morgan Chase.

DGDMV LLC owns the domain DMV.com and sells different products and services on this website within the auto licensing space. Primarily, DGDMV provides agent services to its customers, through which customers can purchase their driving records and vehicle registrations. DGDMV also collects advertising revenue for ads hosted on DMV.com. DGDMV receives funds from its owners, including Bronco Holdings, for capital contributions, and it will make distributions to those owners as well through its parent company in 2018, Onpoint Global, LLC.

Issue Based Media is a shared services company wholly owned by Bronco Holdings Family. This is the management company that performs office management tasks and pays shared expenses such as office rent, supplies and utilities and is responsible for the operations of the office and other overhead for all associated companies. On a monthly basis, each company managed by Issue Based Media pays a management fee to cover the expenses of the month, plus a markup that is revenue for Issue Based Media.   It will have profits and will pay all distributions to its only shareholder, Bronco Holdings Family, LLC.

Lastly we have 2 other entities - Pivot Media and Panther Media which are separate entities with little activity that are owned partially by Bronco Holdings Family

Please call me at 786-877-8021 if you have any questions or need additional information.  It is very important and appreciated that the incoming funds be released to my account as soon as possible.

Regards,

BURTON KATZ
Managing Director, Bronco Holdings Family, LP

Attachment V

**From:** Chris Sherman <rsherman@onpointglobal.com>
**Sent:** Mon, 8 Jan 2018 11:39:27 -0800
**Subject:** Re: food stamp sites
**To:** Burton Katz <bkatz@onpointglobal.com>
**Cc:** elisha rothman <erothman10@yahoo.com>, Chris Sherman <chris@direct-market.com>, Nadia Peshev <npeshev@onpointglobal.com>

landing_page.html
State Site Conversion Rates.xlsx

BK - Answers below.


1 - Agree 100 percent.
2 - Yes. We had responsive units but that basically means they can put whatever they want in that space and it changes drastically. We should hard code the sizes which we can do.
3 - Yes
4 - Limitations would be for Email and Push and Path. Cannot use Tonic but other than that it is wide open.
5 - Pages are different for all emails and there is no standardization. I attached an email template that I had made. SMS is standardized but it dynamically creates the same page every time and there has been no testing on the CMS.( Paths are now standard but everytime there is a push on the form builder stats are deleted.



On Mon, Jan 8, 2018 at 4:01 AM, Burton Katz <bkatz@onpointglobal.com> wrote:

  had i seen this report on Friday i would have never left town if i was you guys and gone to costa rica to fix this with nadia. this is an absolute mess and almost worth just pausing all media which i am contemplating.  Few observations / questions?
  1. you have to look at context here as one variable typically will have correlation and/or causation to/with another variable. So, I have to get things like cpc's, bounce rates, etc.  For instance, where cpa is high but onsite revenue is high it could be due to certain on site ad elements (style or advertiser). These things all have to be considered. B/c of this, Eli is correct in that the commentary sheet is fairly useless at this point.

  2. can you dictate the ad sense style?

  3. can you dictate whether you have a one click or a two click  feed on certain pages?

  4. are there any specific advertiser limitations I need to know about?

  5. are we still using one single landing page? this is killing us and is the laziest form of marketing.

  we have to develop a process to fix this else you will be stuck in an enigma wrapped in a puzzle. I think the easiest thing to cut through this clutter is move everything to the best practice template on cpa and rpu per channel.  We establish a new baseline and go from there. This will be imperfect but there is no other way. We will start with the worst performers and work our way up. It will take more than a week to just get to a baseline. I need to make sure I get this report every day once changes begin to be implemented.

  I have cc'd Nadia as I will need her support in getting this done. We should be able to dramatically change the situation. Nadia - I will call you mid morning but there is really no need for new freemium sites until we fix these. Lets talk about that as we can focus resources on helping quickly optimize these sites.


  On Sun, Jan 7, 2018 at 3:12 PM, elisha rothman <erothman10@yahoo.com> wrote:

    hey bk,

attached are 2 sheets.  the first is what we saw as differences between the different food stamp sites

the second is the best and worst revenue numbers for the first 4 days of january.

will call in a few.

e

--

**Burton Katz**
Founder & CEO
**Phone:** 786-877-8021
**Email:** bkatz@onpointglobal.com

--

**Chris Sherman**
Director of Data Processing
**Phone:** 714-349-1986
**Email:** csherman@onpointglobal.com

Attachment W

**From:**     Arlene Mahon <amahon@onpointglobal.com>
**Sent:**     Tue, 9 Jan 2018 09:43:09 -0500
**Subject:**  Re: Guides examples
**To:**       Manuela Moncayo <mmoncayo@onpointglobal.com>
**Cc:**       Danielle Ciolfi <dciolfi@onpointglobal.com>, Brent Levison <blevison@onpointglobal.com>

All of this is great.  Thank you ladies.



**Arlene Abreu Mahon**
SVP Finance & Accounting
**Phone:** 305-510-2430 (cell)
**Email:** amahon@onpointglobal.com
Please make note of my new company email address.

On Tue, Jan 9, 2018 at 9:33 AM, Manuela Moncayo <mmoncayo@onpointglobal.com> wrote:

One more here.
I don't have the fishing license guide, we have fishing gear, let me know if it works.

Best,

On Tue, Jan 9, 2018 at 9:31 AM, Manuela Moncayo <mmoncayo@onpointglobal.com> wrote:

Hello Arlene,
Please find the guides attached here.

Best,

On Tue, Jan 9, 2018 at 9:20 AM, Danielle Ciolfi <dciolfi@onpointglobal.com> wrote:

Manu,
Can you send Arlene links (that don't need permissions) of the Fishing License guide and cookbook, a drivers license guide, a DMV.com and a roadtrip guide.

Thanks,
Danielle

On Tue, Jan 9, 2018 at 9:15 AM Arlene Mahon <amahon@onpointglobal.com> wrote:

Hi Danielle,
I am working on obtaining insurance quotes for Onpoint.  One of the questions they have asked me is:

Do you have any examples of the guides and books that you create?

Do you have something you can send me to send to them?

Thank you,



**Arlene Abreu Mahon**
SVP Finance & Accounting
**Phone:** 305-510-2430 (cell)
**Email:** amahon@onpointglobal.com
Please make note of my new company email address.

**Danielle Ciolfi**
SVP of Media & Publishing
954-205-9036 (cell)
dciolfi@onpointglobal.com
www.onpointglobal.com

--

**Manuela Moncayo**
Graphic Design Manager
7862379749
mmoncayo@onpointglobal.com

--

**Manuela Moncayo**
Graphic Design Manager
7862379749
mmoncayo@onpointglobal.com

Attachment X

**From:**   Burton Katz <bkatz@onpointglobal.com>
**Sent:**   Thu, 11 Jan 2018 08:06:41 -0500
**Subject:** Fwd: content blitzscaling
**To:**     Robert Zangrillo <bob@dragonglobal.com>

fyi

---------- Forwarded message ----------
From: **Burton Katz** <bkatz@onpointglobal.com>
Date: Thu, Jan 11, 2018 at 6:06 AM
Subject: content blitzscaling
To: Todd Zangrillo <Todd@truesearch.com>


Todd - As per our conversation.
## THE SITUATION:

We have approx 35 full time writing resources between in house editors, in house writers, and freelance writers. We have a tight hiring process.
1. Freelancers take test and are hired accordingly

2. In house writers are screened, take test, and hired accordingly. They are expected to become editors withing 6 months

3. We have strong publishing manager and a young, high quality Managing Editor

4. We are currently setting up green room for original video and audio content with two people already on board full time for production

5. IMPORTANT: For ONLINE CONTENT we require writers to follow some standard SEO guidelines which knocks out several people. For writing GUIDES, we do not require SEO writing capabilities.

6. Looking at comps we definitely pay well and have high retention rates for both in house and freelancers.

7. We have strong understanding costing of our content down to the word and up to a complete web property so can manage variable pricing per resource quite well.


## THE PROBLEM:

1. I need to hire 6 new editors and 18 writers on top of any attrition during 2018 91 editor every 2 months and 1.5 writers per month

2. If we close the large domain purchase we are working on I will immediately need to build a 20 to 30 person team on top of current base plan


## THE ASK:

I have a number of ideas on how to scale this out starting with dedicated internal HR recruitment, active college recruitment, creating/administering and promoting well thought out freelance writing programs through big writing blogs, etc. (Note: Resources like Fiverr, Elance, etc. where many startups go do not have resources with production quality we expect so that is not much of an option).

I want to know if you can figure out folks who may have gone through similar issues/challenges in the past who would be willing to speak to us. Companies that come to mind are DotDash (about.com), Demand Media (Ehow), Vertical Scope (mini internet brands in toronto), Internet Brands, Everyday Health, etc. (Note: Newsletter companies will not apply because we are more informational/instructional and less editorial).  Let me know if you have any thoughts here. Thanks in advance.

p.s going to be in LA back half of next week if there is anyone you want me to fit in my schedule

--

**Burton Katz**
Founder & CEO
**Phone:** 786-877-8021
**Email:** bkatz@onpointglobal.com

--

**Burton Katz**
Founder & CEO
**Phone:** 786-877-8021
**Email:** bkatz@onpointglobal.com

Attachment Y

**From:**     Chris Sherman <csherman@onpointglobal.com>
**Sent:**     Sun, 14 Jan 2018 08:46:23 -0800
**Subject:**  Path Flow
**To:**       Ramiro Baluga <rbaluga@onpointglobal.com>, Elisha Rothman <erothman@onpointglobal.com>

<u>Path Flow and Offers.docx</u>

Path flow for system 1 and tonic. Lemme know if any questions. We can make prettier . I did it on section 8 but wondering if we should add in another domain as well.

--

**Chris Sherman**
Director of Data Processing
**Phone:** <u>714-349-1986</u>
**Email:** <u>csherman@onpointglobal.com</u>

Flow of Path

1) Consumer does a search on google for keywords related to housing.



2) Consumer clicks on our ad and is taken to our website.



**3)** Consumer registers on our website. Flow of path is as follows.

**Slide 1**



**Slide 2**



**Slide 3**



**Slide 4**



**Slide 5**



**Slide6**



**Slide 7 ( Where our Path of questions begins)**



If a consumer clicks "Yes" We currently open a CPA offer in a new window and the slides will continue to the next question.

Current Traffic Stats on this cpa offer are as follows.

Traffic is sent to

https://myaffordablehousingguide.com/find-solutions-now

Jan1st to Jan 13th

9,700 Clicks

1,588 Conversions

Conversion Rate for Advertiser is 16.4 %

**Slide 8**



Current Traffic Stats on this cpa offer are as follows.

Traffic is sent to

https://rent2owndeals.com/get-started

Jan1st to Jan 13th

17,577 Clicks

2,407 Conversions

Conversion Rate for Advertiser is 13.7%

**Slide 9**



Current Traffic Stats on this cpa offer are as follows.

Traffic is sent to

https://low-income-housing-help.com/find-help-now

Jan1st to Jan 13th

19,544 Clicks

3,475 Conversions

Conversion Rate for Advertiser is 17.8%

**Slide 10**



Current Traffic Stats on this cpa offer are as follows. ( This offer is a credit card submit NOT an email submit)

Traffic is sent to

https://www.clickyourscores.com/lp/214/index.asp?GUID=5GX633SPRJ5G&SID=976&SID2=sec8path05&tGUID=7D5EBE65-BBE4-41C3-B767-ED010ED5D8BCJan1st to Jan 13th

1,988 Clicks

67 Conversions

Paid Conversion Rate for Advertiser is 3.4%

**Slide 11**



Current Traffic Stats on this cpa offer are as follows.

Traffic is sent to

https://americanssd.com/

Jan1st to Jan 13th

2,283 Clicks

87 Conversions

Conversion Rate for Advertiser is 4%

**Slide 12**



Current Traffic Stats on this cpa offer are as follows.

Traffic is sent to

https://creditaroma.com

Jan1st to Jan 13th

1,787 Clicks

117 Conversions

Conversion Rate for Advertiser is 6.5%

**Slide 13**



Current Traffic Stats on this cpa offer are as follows.

Traffic is sent to

https://qlinkwireless.com/

Jan1st to Jan 13th

1,188 Clicks

101 Conversions

Conversion Rate for Advertiser is 8.5%

**Slide 14**



Current Traffic Stats on this cpa offer are as follows.

Traffic is sent to

https://findfamilyresources.info/get-resources-now

Jan1st to Jan 13th

2,647 Clicks

669 Conversions

Conversion Rate for Advertiser is 25.3%

**Slide 15**



Current Traffic Stats on this cpa offer are as follows.

Traffic is sent to

https://www.netspend.com

Jan1st to Jan 13th

5,120 Clicks

1,162 Conversions

Conversion Rate for Advertiser is 22.7%

**Slide 16**







Current Traffic Stats on this cpa offer are as follows. (this converts if the consumer signs up for a debt relief plan)

Traffic is sent to

https://www.netspend.com

Jan1st to Jan 13th

1,960 Clicks

45 Conversions

Conversion Rate for Advertiser is 2.3%

Attachment Z

**From:**     Mina Rofeh <mrofeh@onpointglobal.com>
**Sent:**     Wed, 28 Mar 2018 18:58:10 -0400
**Subject:**  Revised Investor Deck v59
**To:**       Burton Katz <bkatz@onpointglobal.com>, Bob Zangrillo <bzangrillo@onpointglobal.com>
**Cc:**       Megan Black <Megan@dragonglobal.com>
OnPoint_Investors_Presentation_59.pdf

All the requested changes are reflected in the updated version. Please let me know if you need any changes or additions.
Thank you!



The future of publishing and e-commerce is **DATA**

About Us

## Who We Are

OnPoint is a leading **DATA-DRIVEN**, online publisher and service based eCommerce provider.

## Our Mission

We **ASSIST, ENABLE**, and **EMPOWER** people to **ACCOMPLISH** tasks and **ACHIEVE** goals.

# What We Do

OnPoint Leverages Premium and Contextual Domain Names to Drive Customers to Content, Products, Services, and Solutions.

**Domains**

| AUTO | FINANCIAL SERVICES | HOME | GEO MARKETS | RECREATIONAL | MARKETPLACES | CLASSIFIEDS |
|---|---|---|---|---|---|---|
| DMV | UNEMPLOYMENT CLAIMS.ORG | SECTION 8 | ATLANTA.com | FISHING.COM | NEW YORK | LAS VEGAS CLASSIFIEDS.COM |
| FORMULA ONE RACING | Tax Refunds | LOCAL MOVING ADDRESS | SÃO PAULO | FLY FISHING | Chamber CommerceCom | TRUCK CLASSIFIEDS.com |

**Our Offerings**

| Online Content and Audience Development | Free Guides ("How To") | Paid Guides ("DIY") | Services ("DIFM") | Membership (Value Added Affinity) |
|---|---|---|---|---|
| 1.2MM+ Words p/m | OnPointGuides.com | 150+ Developed | Launched in 2017 | OnPoint Auto Club |
| 8MM+ Unique Visitors | 750+ Developed | 125K+ Paid Guides p/m | 10K Services Sold p/m | OnPoint Outdoor Club |
| 1.2MM Registrations p/m | 600K+ Free Guides Distributed | 1.46MM Sold in 2017 | 40K Addresses Changed | Business Directories (Coming Soon) |
| | | | 26K Driver Records Sold in H2 2017 | |

**Our Competitive Advantage**

| Focused on Monetizable Signals | Content as a Long Term Asset | Controlled Distribution | Translating Data into Commerce |
|---|---|---|---|
| Stage of life, lifestyle, & task oriented content is highly transactional | Non perishable, original content developed in house | Network of O&O domains with organic & direct audience development | Wholly owned, "non physical" e-commerce products & services |

* Footnote: Coming Soon (owned but not developed)

# What We Do - Automotive

DRAFT A



OnPoint Leverages Premium and Contextual Domain Names to Drive Customers to Content, Products, Services, and Solutions.

**Domains**

FLAGSHIP

DMV.com

CONTEXTUAL

dmvadvisors.com
texasdriverslicenses.org
vehicleresources.org

californiadriverslicenses.org
motorcyclelicenses.org
driversafetycouncil.org

newyorkdriverslicense.org
mycartitle.org
driverspracticetests.org

**Our Offerings**

- **Online Content and Audience Development**
  - DMV.com, 1.7MM visitors p/m
  - Contextual, 3.5MM visitors p/m

- **Free Guides ("How To")**
  - 50+ Developed

- **Paid Guides ("DIY")**
  - 150+ Developed

- **Services ("DIFM")**
  - License Renewal
  - Tag Registration
  - Driver & Vehicle Records

- **Membership (Value Added Affinity)**
  - OnPoint Auto Club ( Q2 Launch )

**Data Capture**

- Visitor ID
- Location
- Behavioral Interest

- Profile
- Demographic
- Survey
- Stage of Life

- Lifestyle
- Financial
- Occupational

- Motor Vehicle Services
- Recreational Interests

- Travel Data
- Driver Data
- Vehicle Data
- Moving Data

- New Signals
- Sub-Signals

What We Are Building: The Signal Graph



# Addressable Market: A Multi-Trillion Opportunity



**Automotive**
- 268 MM+ — Registered Vehicles in the US [1]
- 225 MM+ — Licensed Drivers in the US

**Home**
- 35 MM+ — People Who Move Annually [3]
- $62.5 B — Spent on Home Services and Products

**Recreation**
- 19.4 MM+ — Paid Fishing Licenses Issued [5]
- 15.5 MM+ — Paid Hunting Licenses Issued

**Marketplace**
- 29.6 MM+ — Number of Small Businesses in the US [7]

**Financial Services**
- 232.6 MM+ — Avg. Federal Programs Users p/m (Medicare, Medicaid, CHIP) [2]
- $1.06 T — Total Federal Programs Spending (Medicare, Medicaid, CHIP)

**Geo**
- $513 B — Online Travel Bookings [4]
- $1.2 T — Annual Tourism Revenue

**Health**
- 8.8 MM+ — People on Govt Subsidized Insurance [6]
- 28.1 MM+ — People Without Insurance

**Classifieds**
- 75 MM+ — Craigslist + Classified Search Queries

1 www.statista.com
2 www.usgovernmentspending.com
3 www.moving.org
4 www.statista.com

5 www.statista.com, wsfrprograms.fws.gov
6 www.cnbc.com, www.census.gov, www.cms.gov
7 www.sba.gov

# How We Got Here



**1. DOMAINS**
Contextual domains build inexpensive, large audience

**2. LEAD GEN**
Focus on DMV content & automotive lead generation using free guides

**3. ECOMMERCE**
Premium benefits with expanded content creates transactional demand

**4. PUBLISHING**
Build large publishing team & expand network deep and wide

**5. DATA**
Post transaction marketing exponentially increases market & customer LTV through adding attributes to data records

**6. DOMAIN PORTFOLIO PURCHASE**
Adquisition of 700+ domains including Atlanta.com, Cuba.com and Fishing.com

**7. ONPOINT**
Proven business model and track record of execution. Multi-billion dollar opportunity ahead of us.

DRAGON | GLOBAL

# Leadership



## Burton Katz
**Founder / CEO**

Founder and CEO of OnPoint Global, Burton Katz is a 15+ year, seasoned entrepreneur with an extensive career in the digital technology sector. Burton has experience in developing and leading high growth startups both in the private and public markets.

Previous to OnPoint, Burton served as the CEO of New Motion Inc combining it with a NASDAQ listed company with 100MM+ in revenues. Burton also served as Co-President of Buongiorno SpA, a publicly traded, European digital entertainment startup that sold for over 300MM Euros.

Burton earned his MBA from the University of Southern California.



## Robert Zangrillo
**Chairman**

Founder, Chairman, CEO of Dragon Global (Over $1 Billion invested in companies now worth over $500 billion, investments include Didi Chuxing, Facebook, Fair, Jet.com, On Point Global, Twitter and Uber).

Bob is a 25+ year veteran Founder, Chairman, CEO, board member and investor in venture backed companies in the eCommerce, Data Driven Businesses, Entertainment Media, Mobility, and Social Networking sectors. His talents for providing significant financial returns for his investors and building teams dedicated to delivering leading industry solutions are widely known.



## Bob Bellack
**CFO**

Bob is 25+ operating and financial executive, founder, board member of venture and late stage private equity backed companies in the digital media & advertising, eCommerce and SaaS spaces. Founded and held CFO role for Cars.com (NYSE) and Apartments.com, $3b+ market cap. CFO of LA Times & President Digital Media, CEO of Newegg and COO of Tillster. Board Member for KKR owned Scout24.ch. Bob's strength lies in building operating models, frameworks and systems to support significant business transformations and scaling of early stage companies.



## Ken Rudin
**Advisor**

Ken leads the centralized User Growth and Analysis team at Google, where he's focused on increasing user acquisition, engagement and retention across all Google products and services. His team works with product teams across Google, providing analysis, best practices, tools, and services to optimize products and marketing campaigns for growth. Prior to Google, Ken built the Analytics organization at Facebook, which included both the data scientist teams and the data engineering teams.



## John Caine
**Advisor**

John Cain is currently the Chief Conversion Officer at Vroom.com, an online direct car retailer. As former Chief Product Officer at Priceline, John is a creative and experienced leader of building agile teams to experiment rapidly at scale. As one of the early leaders launching priceline.com's mobile business, John was responsible for driving mobile strategy and product innovation across priceline.com. He brings over 15 years of product, business, technology, and strategy to Vroom.

# Our Team

Past entrepreneurial success with young diverse group of professionals who are passionate about data, publishing, and ecommerce space



SVP, DATA & PLATFORMS — Charlie Eissa

CHAIRMAN — Bob Zangrillo

CEO — Burton Katz

CFO — Bob Bellack

COA — Brent Levison

SVP, GEO, MARKETPLACES, & RECREATION — Danielle Ciolfi

SVP, AUTO, FINANCE, LATAM — Ramiro Baluga

# OnPoint Financial Progress - Next 9 Months

| | 2015 | 2016 | 2017 | 2018 F |
|---|---|---|---|---|
| **NET REVENUE** *% GROWTH RATE* | **$ 18,924,564** | **$ 24,281,927** 28.31% | **$ 37,417,810** 54.10% | **$ 70,040,053** 87.18% |
| COSTS OF GOODS SOLD *% OF REVENUE* | 1,955,977 10.34% | 3,752,688 15.45% | 5,810,438 15.53% | 9,868,048 14.09% |
| MARKETING EXPENSE *% OF REVENUE* | 8,606,942 45.48% | 10,928,748 45.01% | 16,809,378 44.92% | 28,136,151 40.17% |
| **GROSS MARGIN** *% OF REVENUE* | **$ 8,361,645** 44.18% | **$ 9,600,491** 39.54% | **$ 14,797,994** 39.55% | **$ 32,035,854** 45.74% |
| FIXED COST *% OF REVENUE* | 3,530,214 18.65% | 5,217,284 21.49% | 8,158,183 21.80% | 16,465,708 23.51% |
| **EBITDA** *% OF REVENUE* | **$ 4,831,431** 25.53% | **$ 4,383,207** 18.05% | **$ 6,639,811** 17.75% | **$ 15,570,145** 22.23% |

Note: This schedule reflects pro forma results including the capitalization policy used in the Ernst & Young Quality of Earnings report as of December 31, 2017.

# OnPoint Financial Forecast - Organic Growth

| | Q1 2018 | Q2 2018 | Q3 2018 | Q4 2018 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|---|---|---|
| **NET REVENUE** | **$ 10,329,584** | **$ 15,384,338** | **$ 20,217,013** | **$ 24,109,118** | **$ 70,040,053** | **$ 105,375,659** | **$ 142,257,140** | **$ 184,934,282** |
| *% GROWTH RATE* | *14.58%* | *48.93%* | *31.41%* | *19.25%* | *87.18%* | *50.45%* | *35.00%* | *30.00%* |
| COSTS OF GOODS SOLD | 1,593,728 | 2,230,684 | 2,820,135 | 3,223,502 | 9,868,048 | 16,069,788 | 21,338,571 | 26,815,471 |
| *% OF REVENUE* | *15.43%* | *14.50%* | *13.95%* | *13.37%* | *14.09%* | *15.25%* | *15.00%* | *14.50%* |
| MARKETING EXPENSE | 4,449,070 | 6,237,007 | 8,074,561 | 9,375,513 | 28,136,151 | 41,096,507 | 54,057,713 | 68,425,684 |
| *% OF REVENUE* | *43.07%* | *40.54%* | *39.94%* | *38.89%* | *40.17%* | *39.00%* | *38.00%* | *37.00%* |
| **GROSS MARGIN** | **$ 4,286,785** | **$ 6,916,647** | **$ 9,322,318** | **$ 11,510,104** | **$ 32,035,854** | **$ 48,209,364** | **$ 66,860,856** | **$ 89,693,127** |
| *% OF REVENUE* | *41.50%* | *44.96%* | *46.11%* | *47.74%* | *45.74%* | *45.75%* | *47.00%* | *48.50%* |
| FIXED COST | 3,553,805 | 3,827,663 | 4,351,333 | 4,732,908 | 16,465,708 | 22,512,361 | 27,352,519 | 30,817,170 |
| *% OF REVENUE* | *34.40%* | *24.88%* | *21.52%* | *19.63%* | *23.51%* | *21.36%* | *19.23%* | *16.66%* |
| **EBITDA** | **$ 732,980** | **$ 3,088,984** | **$ 4,970,985** | **$ 6,777,196** | **$ 15,570,145** | **$ 25,697,003** | **$ 39,508,337** | **$ 58,875,957** |
| *% OF REVENUE* | *7.10%* | *20.08%* | *24.59%* | *28.11%* | *22.23%* | *24.39%* | *27.77%* | *31.84%* |





List of Domains by Category - Top 40



# 2017 - 2018 QTR / QTR

| | FIRST QUARTER | | SECOND QUARTER | | THIRD QUARTER | | FOURTH QUARTER | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 2017 | Q1 2018 | Q2 2017 | Q2 2018 | Q3 2017 | Q3 2018 | Q4 2017 | Q4 2018 | 2017 | 2018 |
| **NET REVENUE** *% OF REVENUE YTY* | **$ 6,325,488** | **$ 10,329,584** 63.30% | **$ 10,033,084** | **$ 15,384,338** 53.33% | **$ 12,043,983** | **$ 20,217,013** 67.85% | **$ 9,015,255** | **$ 24,109,118** 167.43% | **$ 37,417,810** | **$ 70,040,053** 87.18% |
| COSTS OF GOODS SOLD *% OF REVENUE* | 1,101,358 17.41% | 1,593,728 15.43% | 1,369,991 13.65% | 2,230,684 14.50% | 1,925,723 15.99% | 2,820,135 13.95% | 1,413,366 15.68% | 3,223,502 13.37% | 5,810,438 15.53% | 9,868,048 14.09% |
| MARKETING EXPENSE *% OF REVENUE* | 3,286,269 51.95% | 4,449,070 43.07% | 4,577,833 45.63% | 6,237,007 40.54% | 5,113,143 42.45% | 8,074,561 39.94% | 3,832,133 42.51% | 9,375,513 38.89% | 16,809,378 44.92% | 28,136,151 40.17% |
| **GROSS MARGIN** *% OF REVENUE* | **$ 1,937,861** 30.64% | **$ 4,286,785** 41.50% | **$ 4,085,260** 40.72% | **$ 6,916,647** 44.96% | **$ 5,005,117** 41.56% | **$ 9,322,318** 46.11% | **$ 3,769,756** 41.82% | **$ 11,510,104** 47.74% | **$ 14,797,994** 39.55% | **$ 32,035,854** 45.74% |
| FIXED COST *% OF REVENUE* | 1,687,703 26.68% | 3,553,805 34.40% | 1,955,581 19.49% | 3,827,663 24.88% | 2,020,506 16.78% | 4,351,333 21.52% | 2,494,393 27.67% | 4,732,908 19.63% | 8,158,183 21.80% | 16,465,708 23.51% |
| **EBITDA** *% OF REVENUE* | **$ 250,158** 3.95% | **$ 732,980** 7.10% | **$ 2,129,679** 21.23% | **$ 3,088,984** 20.08% | **$ 2,984,611** 24.78% | **$ 4,970,985** 24.59% | **$ 1,275,363** 14.15% | **$ 6,777,196** 28.11% | **$ 6,639,811** 17.75% | **$ 15,570,145** 22.23% |

Note: This schedule reflects pro forma results including the capitalization policy used in the Ernst & Young Quality of Earnings report as of December 31, 2017.

# Revenue Sources

| | AUTOMOTIVE | FINANCIAL SERVICES | HOME SERVICES | HEALTH & WELLNESS | GEO MARKETS | OUTDOORS & RECREATION | SMALL BUSINESS & CLASSIFIEDS |
|---|---|---|---|---|---|---|---|
| # OF DOMAINS | 510 | 375 | 120 | 65 | 125 | 170 | 335 |
| # OF FREE GUIDES DISTRIBUTED<br>TOTAL REVENUE | N/A | # 7,935,806<br>$ 3,694,071 | # 6,392,257<br>$2,995,330 | # 868,995<br>$ 1,314,539 | - | N/A | - |
| # OF PAID GUIDES SOLD<br>TOTAL REVENUE | # 1,279,425<br>$ 22,853,159 | N/A | N/A | N/A | - | # 177,981<br>$ 3,340,730 | - |
| # OF SERVICES SOLD<br>TOTAL REVENUE | # 25,910<br>$ 1,427,805 | N/A | # 40,757<br>$ 1,121,629 | N/A | - | N/A | N/A |
| MEMBERSHIP SERVICES | - | N/A | N/A | N/A | N/A | N/A | - |
| KEY 2018 BUSINESS DRIVERS | Diversify Product Mix Investing in Services<br>Introduce Upsells & Membership | Aggressively roll out new sites<br>Acquire organic assets | Leverage Data Fusion to Build List<br>Roll out Warm Call Transfers for Alarm | Rollout Condition Based Sites<br>Complete Acquisition of Branded Property | 90 to 120 Day Short Term Activation Strategy<br>Develop & Rollout Flagship Property Per Category<br>Complete ChamberofCommerce.com Transaction | | |

Attachment AA

**Subject:** Re: Message from KM_C454e
**From:** Brent Levison <blevison@onpointglobal.com>
**Sent:** Wed, 3 Jan 2018 17:15:50 -0500
**Cc:** Burton Katz <bkatz@onpointglobal.com>, Elisha Rothman <erothman@onpointglobal.com>
**To:** Bob Zangrillo <bob@zangrillo.com>

No need for you to get involved again


Sent from iPhone


On Jan 3, 2018, at 4:54 PM, Bob Zangrillo <bob@zangrillo.com> wrote:

> Do you want me to forward again to Anthony or wait to see if he responds to Arlene?
>
>
> **DRAGON** | GLOBAL
> **Robert Zangrillo**
> *Chairman & CEO*
>
> Mobile: 650 450 3812
> Fax: 650 362 2102
> Email: bob@dragonglobal.com
>
> NOTICE TO RECIPIENT: This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation
>
> On Jan 3, 2018, at 3:42 PM, Brent Levison <blevison@onpointglobal.com> wrote:
>
>> this is the payment to reimburse us for the freezer removal -
>>
>> ---------- Forwarded message ----------
>> From: **Arlene Mahon** <amahon@onpointglobal.com>
>> Date: Wed, Jan 3, 2018 at 3:34 PM
>> Subject: Re: Message from KM_C454e
>> To: aburns@plazaequity.com
>> Cc: Brent Levison <blevison@onpointglobal.com>
>>
>>
>> Hi Anthony,
>> I hope you had a nice New Year and holiday.
>>
>> I forwarded this email to you about two weeks ago, as well as sent you the invoice the mail. Would you please advise on when and how this will be reimbursed to us as this needs to now be expedited.
>>
>> Thank you,

**Arlene Abreu Mahon**
SVP Finance & Accounting
**Phone:** 305-510-2430 (cell)
**Email:** amahon@onpointglobal.com

Please make note of my new company email address.

On Fri, Dec 22, 2017 at 3:42 PM, Arlene Mahon <amahon@onpointglobal.com> wrote:

Hi Anthony,
Please see attached invoice, which was mailed to you yesterday, for reimbursement of the cost of the removal of the freezer.

Please advise on how this will be treated, if paid out to us before year end or if we offset against future rent?

Thank you,

**Arlene Abreu Mahon**
SVP Finance & Accounting
**Phone:** 305-510-2430 (cell)
**Email:** amahon@onpointglobal.com

Please make note of my new company email address.

---------- Forwarded message ----------
From: **Marie Pimentel** <mpimentel@onpointglobal.com>
Date: Thu, Dec 21, 2017 at 6:16 PM
Subject: Fwd: Message from KM_C454e
To: Arlene Mahon <amahon@onpointglobal.com>, Alicia Nuche <anuche@onpointglobal.com>

Hi Arlene,
Attached find the revised invoice that I will be mailing out today.

Thank you,

---------- Forwarded message ----------
From: <accountingprinter@onprintglobal.com>
Date: 2017-12-21 18:12 GMT-05:00
Subject: Message from KM_C454e
To: mpimentel@onpointglobal.com

--

**Marie Pimentel**
Accountant
**Phone:** 786-236-4136
**Email:** MPimentel@onpointglobal.com

--

**Brent A. Levison**
Chief Administrative Officer &
Senior Vice President of Products
305-308-0384
blevison@onpointglobal.com
www.onpointglobal.com

**From:** Burton Katz <bkatz@onpointglobal.com>
**Sent:** Sun, 10 Jun 2018 16:26:04 -0400
**Subject:** Re: On Point questions
**To:** Roland Oakshett <oakshett@silvainternational.com>
**Cc:** Bob <bob@zangrillo.com>, Martin Åkesson <Akesson@silvainternational.com>, Antoine Bettant <Bettant@silvainternational.com>, Bob Bellack <bbellack@onpointglobal.com>, Megan Black <Megan@dragonglobal.com>

**1. You mention the EY report – are we able to get a copy of this?**

The final E&Y Report is in the current data room. I will send a separate email and have someone send you it directly as well.

**2. How much have you actually spent on the domains acquisitions historically, especially the two large ones mentioned, to deliver the growth set out in the presentation?**

Outside of working capital to integrate, operate, and build the asset, we acquired the DMV.com domain name for $2MM (note: 3 letter domain names are the highest value in the world) and an additional $1MM to acquire the web assets. The domain was owned separately under a management agreement with the individual who owned the web property. We continue to increase the value of this asset (revenue up 5x since acquisition) but it represents less than 10% of our total revenues.

This year, we acquired a 500+ premium domain portfolio. These domains were "parked" and not operational. A small example of these names are: atlanta.com, baltimore.com, telaviv.com, saopaulo.com, buenosaires.com, cuba.com, fishing.com, flyfishing.com, formula1racing.com, chambersofcommerce.com, cityclassifieds.com (i.e. lasvegasclassifieds.com), and citychamberofcommerce.com (i.e.newyorkchamberofcommerce.com).

In this acquisition, we paid $15MM with an option to acquire an additional number of domains for up to $4MM. The deal included $750K down payment with the balance financed by the seller over 15 years at 3% annual interest. There is no corporate guarantee and assets are owned by an OnPoint subsidiary with only collateral as a UCC filing. As we pay down this inexpensive debt, buckets of these domains will be transferred to OnPoint. This deal gives us a significant opportunity without the proportionate risk. To be sure, any revenues associated with this domain acquisition are <u>not forecasted in the existing model</u>.

**3. The working capital point: would be good to know how long this lag is on average between the marketing payments and receipt of related revenue?**

Our working capital lag is primarily comprised of cash we use for capital expenditures at particular times and the mix of revenue. Our CapEx is fairly stable quarter over quarter so we can remove this from the equation. In terms of revenue segments, about 70% of our business is e-commerce and 30% is advertising related. In our e-commerce business, we have 30 days credit to pay marketing expenses but receive about 85% of the revenues within the first 30 days. Subsequently, we have a positive DSO here. In our adverting revenue segment where we see significant growth opportunities, we acquire customers on 30 days credit and receive payment 45 days later on average. We use most of our available credit to acquire media so additional credit or cash on the balance sheet will alleviate any working capital constraint.

**4. Does "advertising revenue" also includes third-party advertising or if it is only the sale of data? Marketing expenses are forecast to decrease (as % of sales). Would be good to know why - our understanding was that online advertising was becoming more and more expensive.**

Advertising revenue is exclusively associated with third party advertisers. We use our data to effectively target our advertising but do not currently sell our data. We have one 3rd party email list partner who markets to our data but in no circumstance do we sell it to a 3rd party.

We see good stability in our advertising in addition to an increase in organic traffic as a percentage of the mix. Marketing dollars go down as a % of revenue due to higher organic traffic as part of the mix but, mostly, due to an increase in advertising revenue on our growing database. We have spent significant dollars the past 12 months developing technology and operating infrastructure to market to our database at scale. This revenue stream grows on customers we already acquired contributing to higher margins.

Let me know if you have any further questions. Regards.

On Fri, Jun 8, 2018 at 2:50 PM Roland Oakshett <oakshett@silvainternational.com> wrote:

Many thanks for these Burton,

Just a few follow-ups:

- You mention the EY report – are we able to get a copy of this?
- How much have you actually spent on the domains acquisitions historically, especially the two large ones mentioned, to deliver the growth set out in the presentation?
- The working capital point: would be good to know how long this lag is on average between the marketing payments and receipt of related revenue?
- Does "advertising revenue" also includes third party advertising or if it is only the sale of data?
- Marketing expenses are forecast to decrease (as % of sales). Would be good to know why - our understanding was that online advertising was becoming more and more expensive.

Your continued assistance would be much appreciated.

Best,

Roland

**Roland Oakshett**

Office: +44 203 866 9885

Mobile: +44 7833 084623

oakshett@silvainternational.com





Park House, 116 Park Street, London W1K 6AF

www.silvainternational.com
Case 1:19-cv-25046-RNS   Document 132-23   Entered on FLSD Docket 01/23/2020   Page 272
of 329

*Disclaimer*

*This document should only be read by those persons to whom it is addressed and is not intended to be relied upon by any person without subsequent written confirmation of its contents. Accordingly, Silva International disclaims all responsibility and accepts no liability (including in negligence) for the consequences for any person acting, or refraining from acting, on such information prior to the receipt by those persons of subsequent written confirmation.*

**From:** Burton Katz <bkatz@onpointglobal.com>
**Sent:** 08 June 2018 01:39
**To:** Bob <bob@zangrillo.com>
**Cc:** Roland Oakshett <oakshett@silvainternational.com>; Martin Åkesson <Akesson@silvainternational.com>; Antoine Bettant <Bettant@silvainternational.com>; Bob Bellack <bbellack@onpointglobal.com>; Megan Black <Megan@dragonglobal.com>
**Subject:** Re: On Point questions

Roland - Please find answers to the questions below:

**What's the below the line annual cost in terms of capex within the historic years?  What's projected in future?**

As reflected in our EY Quality of Earnings Report, "Capitalizable Development Costs" for years 2015 through 2017 were as follows:

2015 - $1.2m

2016 - $1.9m

2017 - $2.0m

The Company's 2018 projection calls for Capital Expenditures of roughly $2.0m.  The expectation is that Capex will remain in that range for the near term, but may trend up modestly beyond 2018 as the rate of new product development increases.

**2.   Acquisitions have driven growth historically, but the forecast growth in the numbers you've shared with us is organic.  Is there additional growth over and above this from additional acquisition activity?**

The Company has completed two material asset acquisitions as follows:

- June 2015 – DMV.com  PX 25: Declaration of Lashanda Freeman Attachment AA: Page 6

- March 2018 – Large branded domain portfolio

At acquisition, DMV.com had an immature business model and high organic traffic.  Post acquisition, revenue is up 500% on a run rate basis. Despite this significant growth, the site represents less than 10% of total Company revenues.

The newly acquired domain portfolio brings little organic traffic as most domains have been parked and inactive. No revenue associated with these newly acquired domains has been included in the current business plan since we acquired it this year. Expected development costs needed to monetize these domains have been included in forecasted Capex costs described above in question #1. We expect these domains to provide material upside to the 2018 and future year forecast.

As you can see, the vast majority of OnPoint's previous year revenues were driven by organic growth, that said, we do expect accretive acquisitions to add material upside to the current business plan.

### 3.   Are the use of funds entirely for acquisition purposes?

In general, yes. However, some of the money will go to support a growing working capital requirement for upfront marketing expenses and increased merchant processing reserves.  As sales grow beyond the current levels, the Company will need to pay for online marketing costs upfront.  The marketing drives accretive sales, but there is a lag between the initial payments and receipt of the related revenues.  Similarly, as sales grow, Merchant Processors hold back a constant percentage of sales.  Both costs are eventually recouped but require a growing amount of cash to sustain growth.

In doing larger acquisitions, we also want to make sure we have all the right people in place. Several months ago, we recruited a well-regarded CFO/COO, Bob Bellack, who has private equity and operating experience in young companies that grew quickly and were acquisitive. Bob ran Classified Ventures (cars.com, apartments.com, etc) creating multi-billion dollars of enterprise value. We also brought on a great network of advisers including John Caine (ran global products for Priceline) and Ken Rudin (who runs data growth and analytics for all Google products). As we continue to build a larger team we will begin to look at material acquisitions.

### 4.   In terms of revenue concentration, how much in % terms is delivered from the top 5 sites?

The top 5 sites produce 26% of total revenue. The business began with automotive but which is the largest vertical while the newer segments are growing quickly.   By segment revenue mix is a follows:

- Automotive – 54%

- Financial Services – 17%

- Home Services – 16%

- Recreational & Other – 13%

### 5.   What consumer data points do the sites collect and how is consumer consent for their marketing use obtained?

We have a 50MM record database with permission to market and are currently acquiring 1MM + new registrations per month. Each customer record is appended with multiple attributes. Because we are a "first party" data company, we have a strong attribution model. We currently acquire both implicit and explicit data only from North America and Latin American

OnPoint retains internal council to ensure consumer privacy, data capture protections, and general marketing compliance. We also use outside counsel (Baker Hostettler) to advise the Company and review all terms and conditions, privacy policies, and consumer marketing practices. We do not have any current plans to conduct business in the European Union (EU) nor do we market to consumers from the EU. Subsequently, we are not exposed to the newly issued GDPR legislation. While we believe "first party' data companies will ultimately be the winners with such legislation, we do not believe the implementation of the EU's new GDPR regulations is understood well enough to market in EU countries.

**6.  Where does the revenue derived from the sale of the data appear within the revenue breakdown in the appendix (ecommerce, advertising etc)?**

Sales from our data assets are classified as "Advertising Revenue" in the financial statements.

Hope this helps and let us know if you have additional questions.

On Wed, Jun 6, 2018 at 5:12 PM Bob Zangrillo <bob@zangrillo.com> wrote:

Roland,

I am copying Bob Bellack, CFO, and Burt Katz, CEO, to prepared a written response to you questions.

Bob

**DRAGON** | GLOBAL

**Robert Zangrillo**

*Chairman & CEO*

Mobile: 650 450 3812

Fax: 650 362 2102

Email: bob@dragonglobal.com

NOTICE TO RECIPIENT: This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you

for your cooperation.

On Jun 6, 2018, at 1:50 PM, Roland Oakshett <oakshett@silvainternational.com> wrote:

Hi bob,

We were just reviewing the On Point information and had a few further questions which I hope will be fairly straightforward for your team to answer.

On On Point:

1. What's the below the line annual cost in terms of capex within the historic years?  What's projected in future?
2. Acquisitions have driven growth historically, but the forecast growth in the numbers you've shared with us is organic.  Is there additional growth over and above this from additional acquisition activity?
3. Are the use of funds entirely for acquisition purposes?
4. In terms of revenue concentration, how much in % terms is delivered from the top 5 sites?
5. What consumer datapoints do the sites collect and how is consumer consent for their marketing use obtained?
6. Where does the revenue derived from the sale of the data appear within the revenue breakdown in the appendix (ecommerce, advertising etc)?

In relation to the termsheet, we were interested to understand whether the terms of the Operating Agreement of DG On Point LLC were now finalised by other investors, or if these terms were still negotiable.

Best,

Roland

**Roland Oakshett**

Office: +44 203 866 9885

Mobile: +44 7833 084623

oakshett@silvainternational.com

<image001.png>

<image002.png><image003.png><image004.png><image005.png>

Park House, 116 Park Street, London W1K 6AF

www.silvainternational.com

*Disclaimer*

*This document should only be read by those persons to whom it is addressed and is not intended to be relied upon by any person without subsequent written confirmation of its contents. Accordingly, Silva International disclaims all responsibility and accepts no liability (including in negligence) for the consequences for any person acting, or refraining from acting, on such information prior to the receipt by those persons of subsequent written confirmation.*

--

**Burton Katz**
Founder & CEO
**Phone:** 786-877-8021
**Email:** bkatz@onpointglobal.com

--

**Burton Katz**
Founder & CEO
**Phone:** 786-877-8021
**Email:** bkatz@onpointglobal.com









**From:** Megan Black <Megan@dragonglobal.com>
**To:** Brent Levison <blevison@onpointglobal.com>
**Cc:** Bob Zangrillo <bob@zangrillo.com>
**Subject:** Re: lunch tomorrow
**Sent:** Mon, 15 Jan 2018 23:36:56 +0000

Ok great, either way we will be there by 3pm
See you then.
Thanks.

**DRAGON** | GLOBAL

**Megan Black**
*Chief of Staff*

Mobile: 212-920-5761
Email: megan@dragonglobal.com

NOTICE TO RECIPIENT: This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation

---

**From:** Brent Levison <blevison@onpointglobal.com>
**Date:** Monday, January 15, 2018 at 6:36 PM
**To:** Megan Black <Megan@dragonglobal.com>
**Cc:** Bob Zangrillo <bob@zangrillo.com>
**Subject:** Re: lunch tomorrow

to give accounting a little extra time - I'll meet with Bob at 3pm then we will meet up with Arlene and her team

On Mon, Jan 15, 2018 at 6:30 PM, Megan Black <Megan@dragonglobal.com> wrote:
Hi Brent,
Bob is planning on being at the office at 3pm tomorrow for the Finance Month close meeting. Do you want to plan to meet with him following that meeting between 4-5pm?

Let me know if that works for you, or any other time slots that work in the afternoon.
Best,
Megan

**DRAGON** | GLOBAL

**Megan Black**
*Chief of Staff*

Mobile: 212-920-5761
Email: megan@dragonglobal.com

NOTICE TO RECIPIENT: This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation

**From:** Bob Zangrillo <bob@zangrillo.com>
**Date:** Monday, January 15, 2018 at 3:37 PM
**To:** Brent Levison <blevison@onpointglobal.com>
**Subject:** Re: lunch tomorrow

Sure. Let me check schedule and will get back to you

**DRAGON | GLOBAL**
**Robert Zangrillo**
*Chairman & CEO*

Mobile: 650 450 3812
Fax: 650 362 2102
Email: bob@dragonglobal.com

NOTICE TO RECIPIENT: This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation

On Jan 15, 2018, at 2:56 PM, Brent Levison <blevison@onpointglobal.com> wrote:

> Bob - I know we tentatively scheduled lunch tomorrow but I have some opportunities for processing that I want to pursue and the group is available to meet me tomorrow from 12-2 - so in lieu of lunch maybe if it works with you we meet at the offices in the afternoon ?

--



**Brent A. Levison**
Chief Administrative Officer &
Senior Vice President of Products
305-308-0384
blevison@onpointglobal.com
www.onpointglobal.com

--



**Brent A. Levison**
Chief Administrative Officer &
Senior Vice President of Products
305-308-0384
blevison@onpointglobal.com
www.onpointglobal.com

**From:** Brent Levison <blevison@onpointglobal.com>
**Sent:** Mon, 15 Jan 2018 12:06:19 -0500
**Subject:** Re: onpointguides.com URL
**To:** Bob Zangrillo <bob@zangrillo.com>
**Cc:** Megan Black <Megan@dragonglobal.com>, Burton Katz <bkatz@onpointglobal.com>

transfer info:
Full Name: Brent Levison
Email: gersom.bustos@gmail.com
Work Phone: +1 3053080384
Address:████████████

United States

Customer Number
██████

keep in mind, once we figure out our corporate structure we will host all domain names in one Go Daddy account but for now this is the companies domain operating account

On Mon, Jan 15, 2018 at 12:03 PM, Brent Levison <blevison@onpointglobal.com> wrote:

Thank you - I will send you transfer info shortly

On Mon, Jan 15, 2018 at 12:02 PM, Bob Zangrillo <bob@zangrillo.com> wrote:

Will do

**DRAGON** | GLOBAL
**Robert Zangrillo**
*Chairman & CEO*

Mobile: 650 450 3812
Fax: 650 362 2102
Email: bob@dragonglobal.com

NOTICE TO RECIPIENT: This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation

On Jan 15, 2018, at 11:56 AM, Brent Levison <blevison@onpointglobal.com> wrote:

bob - see below
I know you have referred me to Dede on this issue but at this point please drive this one home to completion.

Thanks in advance,

---------- Forwarded message ----------
From: **Jennifer Dellis** <jdellis@onpointglobal.com>
Date: Mon, Jan 15, 2018 at 11:54 AM
Subject: onpointguides.com URL
To: Brent Levison <blevison@onpointglobal.com>
Cc: Charles Ohana <cohana@onpointglobal.com>

Hi Brent,

Burt had confirmed some time back that Bob had purchased the domain onpointguides.com.

Could you provide Chucky with access?

Thank you,

**Jennifer Dellis**
Product Manager
**Phone:** (786) 351-0605
**Email:** jdellis@onpointglobal.com

--

**Brent A. Levison**
Chief Administrative Officer &
Senior Vice President of Products
305-308-0384
blevison@onpointglobal.com
www.onpointglobal.com

--

**Brent A. Levison**
Chief Administrative Officer &
Senior Vice President of Products
305-308-0384
blevison@onpointglobal.com
www.onpointglobal.com

--

**Brent A. Levison**
Chief Administrative Officer &
Senior Vice President of Products
305-308-0384
blevison@onpointglobal.com
www.onpointglobal.com

**Sent:** Mon, 8 Jan 2018 11:59:50 -0500
**Subject:** Fwd: 10/23/14 Loan Balance
**From:** Alicia Nuche <anuche@onpointglobal.com>
**To:** "Maria T. Ramos" <maria@appelrouth.com>, Arlene Mahon <amahon@onpointglobal.com>
Burton Katz Loan Balance 1.30.17 (002).pdf

Maria,

Attached is the schedule of the loan between Bob and Burton that was not recorded on Bronco's books. As you can see, in 2015 Burton paid back a portion of the loan. I believe that was not properly recorded in 2015. Please review and confirm that we can book this loan and interest according to the schedule in Bronco's books beginning in 2015 rather than 2014. Let us know if you have any additional thoughts or comments.

Thanks,

**Alicia Nuche**
Director of Accounting
**Phone:** 305-281-3475
**Email:** anuche@onpointglobal.com

---------- Forwarded message ----------
From: **Arlene Mahon** <amahon@onpointglobal.com>
Date: Fri, Dec 29, 2017 at 12:28 PM
Subject: Fwd: 10/23/14 Loan Balance
To: Alicia Nuche <anuche@onpointglobal.com>, Burton Katz <bkatz@onpointglobal.com>

Alicia,
Here is your explanation for the two payments Bronco made last year that you needed to reconcile. Let's talk to Burton next week so he can give a full understanding of the original loan as it was initiated in 2014 and we will need to make sure that his Bronco/personal taxes are correct for prior years.

These balance loans are being contributed into the new 50/50 deal with OCP/Bronco. We'll explain all so that our books are correct.

Thanks,

**Arlene Abreu Mahon**
SVP Finance & Accounting
**Phone:** 305-510-2430 (cell)
**Email:** amahon@onpointglobal.com
Please make note of my new company email address.

---------- Forwarded message ----------
From: **Randy Macpherson** <randy.macpherson@andersentax.com>
Date: Fri, Dec 29, 2017 at 11:56 AM
Subject: 10/23/14 Loan Balance
To: Arlene Abreu Mahon <arlene@issuebasedmedia.com>, "Bob Zangrillo (bob@zangrillo.com)" <bob@zangrillo.com>

*****************************************************************
This E-mail is confidential. It may also be legally privileged. If you are not the addressee you may not copy, forward, disclose or use any parts of it. If you have received this message in error, please delete it and all copies from your system and notify the sender immediately by return E-mail. Internet

communications cannot be guaranteed to be timely, secure, error or virus-free. The sender does not accept liability for any errors or omissions.

***********************************************************

**Due From Burton Katz**

*Fixed at 10% per annum, Full repayment April 23, 2016*

| Date | Balance | Rate | # of Days | Accrued Interest | Total Interest | Payment Made | Principal Payment | Total |
|------|---------|------|-----------|------------------|----------------|--------------|-------------------|-------|
| 10/23/2014 | $ 704,244.00 | 10.00% | 0 | $ - | - | - | - | 704,244.00 |
| 11/23/2014 | $ 704,244.00 | 10.00% | 31 | $ 5,981.25 | 5,981.25 | - | - | 710,225.25 |
| 12/23/2014 | $ 704,244.00 | 10.00% | 30 | $ 5,788.31 | 11,769.56 | - | - | 716,013.56 |
| 1/23/2015 | $ 704,244.00 | 10.00% | 31 | $ 5,981.25 | 17,750.81 | - | - | 721,994.81 |
| 2/23/2015 | $ 704,244.00 | 10.00% | 31 | $ 5,981.25 | 23,732.06 | - | - | 727,976.06 |
| 3/23/2015 | $ 704,244.00 | 10.00% | 28 | $ 5,402.42 | 29,134.48 | - | - | 733,378.48 |
| 4/23/2015 | $ 704,244.00 | 10.00% | 31 | $ 5,981.25 | 35,115.73 | - | - | 739,359.73 |
| 5/23/2015 | $ 704,244.00 | 10.00% | 30 | $ 5,788.31 | 40,904.04 | - | - | 745,148.04 |
| 6/23/2015 | $ 704,244.00 | 10.00% | 31 | $ 5,981.25 | 46,885.29 | - | - | 751,129.29 |
| 7/23/2015 | $ 704,244.00 | 10.00% | 30 | $ 5,788.31 | 52,673.59 | - | - | 756,917.59 |
| 8/23/2015 | $ 704,244.00 | 10.00% | 31 | $ 5,981.25 | 58,654.84 | - | - | 762,898.84 |
| 9/23/2015 | $ 704,244.00 | 10.00% | 31 | $ 5,981.25 | 64,636.09 | - | - | 768,880.09 |
| 10/23/2015 | $ 704,244.00 | 10.00% | 30 | $ 5,788.31 | 70,424.40 | - | - | 774,668.40 |
| 11/5/2015 | $ 774,668.40 | 10.00% | 13 | $ 2,759.09 | 73,183.49 | (150,000.00) | (76,816.51) | 847,851.89 |
| 11/23/2015 | $ 627,427.49 | 10.00% | 18 | $ 3,094.16 | 3,094.16 | - | - | 630,521.66 |
| 12/23/2015 | $ 627,427.49 | 10.00% | 30 | $ 5,156.94 | 8,251.10 | - | - | 635,678.59 |
| 1/23/2016 | $ 627,427.49 | 10.00% | 31 | $ 5,328.84 | 13,579.94 | - | - | 641,007.43 |
| 2/23/2016 | $ 627,427.49 | 10.00% | 31 | $ 5,328.84 | 18,908.77 | - | - | 646,336.27 |
| 2/25/2016 | $ 627,427.49 | 10.00% | 2 | $ 343.80 | 19,252.57 | (124,950.00) | (105,697.43) | 646,680.06 |
| 3/23/2016 | $ 521,730.06 | 10.00% | 27 | $ 3,859.37 | 3,859.37 | - | - | 525,589.44 |
| 4/23/2016 | $ 521,730.06 | 10.00% | 31 | $ 4,431.13 | 8,290.51 | - | - | 530,020.57 |
| 5/23/2016 | $ 521,730.06 | 10.00% | 30 | $ 4,288.19 | 12,578.70 | - | - | 534,308.76 |
| 6/13/2016 | $ 521,730.06 | 10.00% | 21 | $ 3,001.73 | 15,580.43 | (100,000.00) | (84,419.57) | 537,310.49 |
| 6/23/2016 | $ 437,310.49 | 10.00% | 10 | $ 1,198.11 | 1,198.11 | - | - | 438,508.61 |
| 7/23/2016 | $ 437,310.49 | 10.00% | 30 | $ 3,594.33 | 4,792.44 | - | - | 442,102.94 |
| 8/23/2016 | $ 437,310.49 | 10.00% | 31 | $ 3,714.14 | 8,506.59 | - | - | 445,817.08 |
| 9/23/2016 | $ 437,310.49 | 10.00% | 31 | $ 3,714.14 | 12,220.73 | - | - | 449,531.23 |
| 10/23/2016 | $ 437,310.49 | 10.00% | 30 | $ 3,594.33 | 15,815.06 | - | - | 453,125.56 |
| 11/23/2016 | $ 437,310.49 | 10.00% | 31 | $ 3,714.14 | 19,529.21 | - | - | 456,839.70 |
| 12/23/2016 | $ 437,310.49 | 10.00% | 30 | $ 3,594.33 | 23,123.54 | - | - | 460,434.04 |
| 1/23/2017 | $ 437,310.49 | 10.00% | 31 | $ 3,714.14 | 26,837.69 | - | - | 464,148.18 |
| 1/30/2017 | $ 437,310.49 | 10.00% | 7 | $ 838.68 | 27,676.36 | - | - | 464,986.86 |

**From:**      Burton Katz <bkatz@onpointglobal.com>
**Sent:**      Thu, 4 Jan 2018 17:10:16 -0500
**Subject:**   holdco
**To:**        Robert Zangrillo <bob@dragonglobal.com>

Bob - Yesterday, we talked about the language in existing agreement stating..."waltham holdings being contributed or replaced at later date is fine but we can't agree that this occurs at no additional costs, etc."
Brent andou Eli were fine with that but could not accept at "no additional costs." They dont expect there to be but cannot warrant there wont be additional costs.

Currently, there is an agreement that waltham provides services to all the entities. This document is in the box. However, you had a different thought on how to handle it? I think its easiest to take the concept out of the agreement. Let me know if you recall the concept you suggested to use here.

tks

--
**Burton Katz**
Founder & CEO
**Phone:** 786-877-8021
**Email:** bkatz@onpointglobal.com

| From: | <charlie@direct-market.com> |
|---|---|
| To: | "Brent Levison" <blevison@onpointglobal.com>; "Burton Katz" <bkatz@onpointglobal.com> |
| Cc: | "'Elisha Rothman'" <erothman@onpointglobal.com> |
| Subject: | RE: List Management Amendment |
| Sent: | Tue, 2 Jan 2018 00:10:37 -0500 |

Thanks Brent!

Guys.

I have been thinking more about this strategy and there are a couple more things we should all discuss in detail before we get back to them.

The current strategy of both DM and Zeta mailing is not proving to be as accretive as it needs to be.  It may be showing some incremental revenue contribution but we must question at what long term cost. It may just be a mirage.

In the past Zeta mailed just the DM Auto data as third party with a post delay of 5 to 30 days, using their own domains and IPs yielding monthly gross revenues of greater than $60k.  Today they are mailing all of our data in real time / first party and are only doing marginally better @ $80 - $90k per month.

The spirit of the July 2017 deal was for Zeta to mail DM data as first party with no delay, sending the initial transactional / guide message from DM domains / Zeta IPs for the first 30 days to warm the sending domain and Zeta IPs then continue to send third party offers on the warm domain / IPs.  Turning back the transactional delivery to DM.  As I understood it at that time, It was not intended for Zeta to continue to mail as the first party after the initial 30 day warming period per domain.

What has evolved is Zeta along with DM concurrently mailing each record as first party in perpetuity.   It appears the consumers are simply shutting down after day two.    This is evidenced by the sharp decline in revenue as well as and high initial unsub and complaint rates.  I think we may be forcing the consumer to shut off / unsub and complain.

In my opinion we need to create a more refined strategy where the consumer gets no more than one content rich message from the "Brand" every other day.  Additional <u>daily</u> messages can / should be sent however they should be second / third party and not from the same brand.  Furthermore they should slowly escalate starting on day three.  Think about how annoyed would you be, getting six messages a day from the same sender / site you just visited.  This does not take into consideration SMS messages and browser push notifications they would get as well.  It has to be burning them out.  We have all been so focused on the earn out of this deal we are looking past something very obvious.

Bottom line…. I am concerned that both DM and Zeta cannot effectively continue to mail first party for another year.  Thus we have to re-think our strategy as it relates to this deal and structure it accordingly to preserve user experience.  If we can't convince Zeta of this then we may have to change our in-house strategy.   However, if that is the case they would need to restructure the deal / payout to be more equitable to the limited value they provide under that scenario.

Here is an example of the current user experience:

<u>Day-0:  (Six Branded Messages)</u>
DM Confirmation (From Brand)
DM Guide Email (From Brand)
Zeta Welcome (From Brand)
DM Auto Responder (From Brand)
Zeta Cadence Offer 1 (From Brand)
Zeta Cadence Offer 2
Zeta Workflow Offer 3 (From Brand)
Zeta Workflow Offer 4

<u>Day-1 – Day 15:  (Four Branded Messages Per Day)</u>
DM Content  (From Brand)
DM Auto Responder (From Brand)
Zeta Cadence Offer 1 (From Brand)
Zeta Cadence Offer 2
Zeta Workflow Offer 3 (From Brand)

PX 25: Declaration of Lashanda Freeman Attachment AA: Page 19

Let's discuss more before we get back to them.

Charlie

**From:** Brent Levison [mailto:blevison@onpointglobal.com]
**Sent:** Monday, December 25, 2017 7:54 PM
**To:** Burton Katz <bkatz@onpointglobal.com>
**Cc:** Charlie Eissa <charlie@direct-market.com>; Elisha Rothman <erothman@onpointglobal.com>
**Subject:** Re: List Management Amendment

I revised according to your suggestions - see attached

On Mon, Dec 25, 2017 at 11:14 AM, Burton Katz <bkatz@onpointglobal.com> wrote:
 agreed 100%. I am going to work with Brent tomorrow to red line the amendment and speak to Steve directly about it this week.

 charlie - i just met with chucky to articulate our long conversation on tech roadmap. I am going to assemble the email I was asking you to. Chucky is completely on board. I want to meet with the whole tech team Wed evening to outline the draft plan and have asked Chucky/Nadia to complete the formal plan by week's end. The more I think through our conversation with Josh the more I think we finally kicked the tires on this and have reached a really practical and industrial strength plan.

 p.s. I am in office and available all day. I know its the holiday so we can speak tomorrow as well. bk

On Mon, Dec 25, 2017 at 10:26 AM, <charlie@direct-market.com> wrote:

 We should add a provision that requires them to mail "ALL" of the data we post through to the end of this extension, unless mutually agreed in advance and in writing.

 For example:
 When mailing third party they are currently only mailing approx. 30% of the data. This is because they are attributing revenue to the first partner to post the record. Whomever first posts the record gets credit second to post gets duped out. This was not in the spirit of the initial deal. But given the answers to our questions on Thursday's call that is in fact what they are doing.

 Also just as an FYI - When mailing first party they are likely only mailing ~75% – 80% of the data. This is because they are not mailing GI data, they are using a third party list hygiene service to suppress and they are not mailing any dupes.

 I am not sure how many records are being suppressed by the list hygiene service my guess / hope is 5% or less.
 The global dupe rate is about 10%
 GI Data or General Internet represents about 8% of posts to them.
       GI is basically any domain that is not a consumer mail box provider Examples of GI: Onpointglobal.com; Direct-market.com; any_other_non_magy_domain.com

 Their list hygiene logic clearly has not helped. They have repeatily lost domains and IPs while we have not.
 Their deduping rules are difficult to understand, they should simply refresh a record in the cadence like we do.
 GI – I agree with not mailing these records to an extent.   We would have to ask them their rules for this to ensure they are maximizing the mailable data.

**From:** Ken L. [mailto:ken@zetaglobal.com]

**Sent:** Wednesday, December 20, 2017 11:26 AM
**To:** Burton Katz <burtonusc@gmail.com>
**Cc:** Elisha Rothman <eli@direct-market.com>; Brent Levison <brentlevison@gmail.com>; charlie@direct-market.com; Steven Gerber <sgerber@zetaglobal.com>
**Subject:** List Management Amendment


Hi Burt -


Attached is an amendment to our existing agreement to extend the term by 6 months.


Looking forward to our meeting tomorrow.


Thanks.


Ken



--
.
**Burton Katz**
Founder &C EO
**Phone:** 786-877-8021
**Email:** bkatz@onpointglobal.com



--
.
**Brent A. Levison**
Chief Administrative Officer &
Senior Vice President of Products
305-308-0384
blevison@onpointglobal.com
www.onpointglobal.com

**From:**      Chris Sherman <csherman@onpointglobal.com>
**Sent:**      Wed, 28 Mar 2018 15:05:19 -0700
**Subject:**   AdMarketplace Sample Flows
**To:**        Burton Katz <bkatz@onpointglobal.com>

Channels Explained.docx
Path Flow.pdf

Are these good to send to admarketplace?

We have a deck for push that I had worked on and pulled real stats but the others are not built yet.


--
.
**Chris Sherman**
Director of Data Processing
**Phone:** 714-349-1986
**Email:** csherman@onpointglobal.com

**Email Channel Explained**

**Sample Domain** : Food-Stamps.org

**Vertical :** Banking / Direct Deposit

**Email Creative:**

Having Issues Seeing This Message? Click Here >



John, Get Fast Access To Benefits Set Up Direct Deposit

The Fastest Way To Get Your SNAP Benefits



Waiting for your FL SNAP benefits to arrive in the mail can greatly inconvenience you and your family. Thankfully, with direct deposit, you can now have quick and easy access to your benefits as soon as they become available

**Get Direct Deposit >>**

subscribed at $domain$

Unsubscribe

3313 W. Cherry Lane, Meridian, ID 83642

Food-Stamps.org is privately owned and not associated with any government agency.

Terms | Privacy Policy | © 2018

**Landing Page:**

https://food-stamps.org/xlp/direct-deposit.html

**Sample Domain** : Food-Stamps.org

**Vertical :** Health Insurance

**Email Creative:**

Having Issues Seeing This Message? Click Here >

John, Get Health Insurance For Less Browse Plans  FOOD STAMPS.org

Affordable Health Insurance Plans

 Health insurance can be very expensive especially when you need a plan that covers your entire family. Luckily, there are low-income health plans available in FL for individuals struggling to afford health care for their families and themselves. Learn more

**Click for a Health Insurance Quote >>**

subscribed at $domain$

Unsubscribe

3313 W. Cherry Lane, Meridian, ID 83642

Food-Stamps.org is privately owned and not associated with any government agency.

Terms | Privacy Policy | © 2018

**Landing Page:**

https://food-stamps.org/xlp/health-insurance.html

**What we are looking to do:**

a) For email we would like to either display ad listings on the site. Either pre-pop your search feed and display listings at the top.
b) Have static banners on site targeting specific keywords which link to your advertisers.
c) Link directly to your advertisers from the email creative.

**SMS Channel Explained**

**Sample Domain** : Food-Stamps.org

**Vertical :** Credit Cards

**SMS Sent to Consumer:**



**Landing Page:** (Please keep in mind these landing pages are being re-vamped to look exactly like the email landing pages)

https://section-8-housing.org/sec8smt23a

**What we are looking to do:**

a) For sms we would like to either display ad listings on the site or pre-pop your search feed and display listings at the top.

b) Have static banners on site targeting specific keywords which link to your advertisers.

c) Link directly to your advertisers from the sms creative.

**Push Channel Explained**

**Sample Domain** : Food-Stamps.org

**Vertical :** Credit Cards

**Sample push notifications sent to consumer: Currently all notifications are sent to CPA based offers.**



**What we are looking to do:**

a) For push we would like to either display ad listings on the site or pre-pop your search feed and display listings at the top.

b) Have static banners on site targeting specific keywords which link to your advertisers.

c) Link directly to your advertisers from the push creative.



# Who we are?

OnPoint is a data-driven publisher and service based e-commerce company. We create and distribute easy-to-understand instructional content, assisting and empowering consumers to achieve and complete specific goals and tasks. OnPoint captures extensive first-party signal data through our owned and operated network of contextual domains.



8 MM+
Unique Visitors
Monthly

1 MM+
Unique Registrations
Monthly

15 MM+
Total Database
Profiles

150 K+
Ecommerce Transactions
Monthly

1 MM+
Digital Guides
Delivered Monthly

600 K+
Words of Content
Created Monthly

200 K+
Customer Contacts
Monthly

200 +
Employees Across
4 Offices

# User search flow - Site example

Consumer does a search on Google for keywords related to housing. E.g: "**Section 8 housing**"



Contextual domain - Site example

We drive traffic to a specific related section 8 housing website.

Our websites are original content based and curated by our internal editorial team, in order to provide the most valuable information to our users.



# Contextual domain - Data capture example

As part of our offers to our users, we offer a free guide with updated, curated and useful information. In order to get the guide, users will need to fill out their information so we can target and offer the most related services to their profile, that might be helpful to **achieve their goal** or **accomplish a task**.



Contextual domain - Data capture example

# Contextual domain - Offer personalization example



### Get Help Purchasing A Home

First time home buyers can save thousands. You may eligible to receive government assistance or tax credits. Learn more about first time home buyer grants today.

**Yes**   Skip

Traffic Sample (Jan 1st to Jan 13th)

**Traffic is sent to:**
https://myaffordablehousingguide.com/find-solutions-now



9,700 — Clicks
1,588 — Conversions
16.4 % — Conversion Rate for Advertiser

### Purchase Your Rental - No Money Down

Purchase or rent a home with no money down. Get FREE Low-Income Housing help fast!

**Yes**   Skip

Traffic Sample (Jan 1st to Jan 13th)

**Traffic is sent to:**
https://rent2owndeals.com/get-started



17,577 — Clicks
2,407 — Conversions
13.7 % — Conversion Rate for Advertiser

# Contextual domain - Offer personalization example

## Free Housing Assistance

Make sure you are receiving all of your Housing benefits that you may be qualified for.

**Yes** | Skip

Traffic Sample (Jan 1st to Jan 13th)

**Traffic is sent to:**
https://low-income-housing-help.com/find-help-now



| 19,544 | 3,475 | 17.8 % |
|--------|-------|--------|
| Clicks | Conversions | Conversion Rate for Advertiser |

## Get Your Credit Report

Your section 8 application may be rejected due to poor credit. Get a FREE credit check to ensure your application approval.

**Yes** | Skip

Traffic Sample (Jan 1st to Jan 13th) *

**Traffic is sent to:**
https://www.clickyourscores.com/lp/214/index.asp



| 1,988 | 67 | 3.4 % |
|-------|-----|-------|
| Clicks | Conversions | Paid Conversion Rate for Advertiser |

* This offer is a credit card submit NOT an email submit



# Contextual domain - Offer personalization example

## Social Security Eligibility

Are you unable to work full time? You could be receiving up to $2000 per month in Social Security benefits. Check your Disability eligibility today.

**Yes**     Skip

Traffic Sample (Jan 1st to Jan 13th)

**Traffic is sent to:**
https://americanssd.com/

| 2,283 | 87 | 4 % |
|---|---|---|
| Clicks | Conversions | Conversion Rate for Advertiser |

## Get Approved Now

Regardless of your credit, you may qualify for $1,000 credit limit. Take advantage of no interest, and low monthly payments today. Get your new credit card now.

**Yes**     Skip

Traffic Sample (Jan 1st to Jan 13th)

**Traffic is sent to:**
https://creditaroma.com/

| 1,787 | 117 | 6.5 % |
|---|---|---|
| Clicks | Conversions | Conversion Rate for Advertiser |



# Contextual domain - Offer personalization example

## Get a FREE Cell Phone Today

Take advantage of this FREE government program. You may be eligible for a free cell phone that includes monthly calling and texting plans.

Yes    Skip

### Traffic Sample (Jan 1st to Jan 13th)

**Traffic is sent to:**
https://glinkwireless.com

1,188 — Clicks

101 — Conversions

8,5 % — Conversion Rate for Advertiser

## Start Receiving Financial Assistance

You may be eligible for Financial Assistance for you and your family. See if you qualify.

Yes    Skip

### Traffic Sample (Jan 1st to Jan 13th)

**Traffic is sent to:**
https://findfamilyresources.info/get-resources-now

2,647 — Clicks

669 — Conversions

25,3 % — Conversion Rate for Advertiser

# Contextual domain - Offer personalization example



## Direct Deposit

Get Paid 2 Days Faster* With a NetSpend® Visa® Prepaid Card!

Funds availability not guaranteed. Card use is subject to activation ID verification. Terms and Costs Apply

**Yes**    Skip

## Are You Struggling with Debt?

Are you struggling with debt? There are easy ways to get help. Learn more about debt consolidation programs today.

Find Ads for Debt

**Yes**    Skip

Traffic Sample (Jan 1st to Jan 13th)

**Traffic is sent to:**
https://www.netspend.com

| 5,120 | 1,162 | 22.7% |
|-------|-------|-------|
| Clicks | Conversions | Conversion Rate for Advertiser |

Current Traffic Stats on this cpa offer are as follows.*

**Traffic is sent to:**
https://www.netspend.com

| 1,960 | 45 | 2.3% |
|-------|-----|------|
| Clicks | Conversions | Conversion Rate for Advertiser |

* This converts if the consumer signs up for a debt relief plan



**From:** Allison Conyngham <allison.conyngham@allwebleads.com>
**To:** Chris Sherman <csherman@onpointglobal.com>
**Cc:** Accounts Payable <ap@allwebleads.com>
**Subject:** RE: Banking Instructions
**Sent:** Tue, 2 Jan 2018 16:55:59 +0000

Thank you, Chris.

Erin – let me know if you need anything else.

Allie

**Allison Conyngham**
**Senior Marketing Director**
7300 FM 2222 | Bldg 2 Ste 100 | Austin, TX 78730
O  512.222.4477
F  512.551.4246
allison.conyngham@allwebleads.com



**From:** Chris Sherman [mailto:csherman@onpointglobal.com]
**Sent:** Thursday, December 28, 2017 3:59 PM
**To:** Allison Conyngham <allison.conyngham@allwebleads.com>
**Subject:** Re: Banking Instructions

Hi Allison -

Banking details are attached. This is also my new email address as we are re-branding. Direct market still exists and is just a subsidiary.

Direct Market LLC
Wells Fargo Bank
Bank Address: 420 Montgomery Street, San Francisco, CA 94104

Wire Routing : ████0248
ACH Routing: ████7513
Account Address : ██████████████████████

Thank you!

On Thu, Dec 28, 2017 at 4:34 PM, chris sherman <chris@mmimediagroup.com> wrote:

  Sent from my iPhone
  Begin forwarded message:

> **From:** Allison Conyngham <allison.conyngham@allwebleads.com>
> **Date:** December 28, 2017 at 2:13:20 PM EST
> **To:** "chris@mmimediagroup.com" <chris@mmimediagroup.com>
> **Cc:** Accounts Payable <ap@allwebleads.com>
> **Subject: Banking Instructions**
>
> Hi Chris,
>
> Can we get some updated banking instructions as we can pay you all? Thanks!

All the best,
Allie

**Allison Conyngham**
**Senior Marketing Director**
7300 FM 2222 | Bldg 2 Ste 100 |  Austin, TX 78730
O   512.222.4477
F   512.551.4246
allison.conyngham@allwebleads.com



--
.

**Chris Sherman**
Director of Data Processing
**Phone:** 714-349-1986
**Email:** csherman@onpointglobal.com

**From:** Chris Sherman <csherman@onpointglobal.com>
**Sent:** Tue, 2 Jan 2018 13:42:15 -0600
**Subject:** Fwd: Path Report
**To:** Burton Katz <bkatz@onpointglobal.com>

Path Report.xlsx

Let me know when you have a few to review the attached doc.( All are under the UC States tab ) It is a conversion / progression and yield per view and per record for the sites. Also have a wish list for chucky's system that I would like to share.



---------- Forwarded message ----------
From: **Carlos Garcia** <cgarcia@onpointglobal.com>
Date: Tue, Jan 2, 2018 at 12:50 PM
Subject: Path Report
To: Chris Sherman <csherman@onpointglobal.com>



--

**Carlos David Garcia**
Monetization Manager
Phone: 305-799-9741
Email: cgarcia@onpointglobal.com



--

**Chris Sherman**
Director of Data Processing
**Phone:** 714-349-1986
**Email:** csherman@onpointglobal.com

californiaunemployment.org
floridaunemploymentclaims.org
illinois-unemployment.org
Maryland-Unemployment.org
Missouri-Unemployment.org
North-Carolina-Unemployment.org
Pennsylvania-Unemployment.org
texas-unemployment.org
Washington-Unemployment.org
Wisconsin-Unemployment.org

**Use FloridaUnemploymentClaims.org**

**12/21 - 12/25**

| | Visits | Progression | Revenue | RPV |
|---|---|---|---|---|
| fn,ln,email,zip UC | 744 | 100.00% | | |
| street,city,state | 672 | 90.32% | | |
| cell phone | 630 | 84.68% | | |
| date of birth | 616 | 82.80% | | |
| income, gender, ethnicity, marital status | 580 | 77.96% | | |
| zip recruiter | 578 | 77.69% | $49.00 | $0.08 |
| direct deposit pop (0.00% Yes) | 568 | 76.34% | $39.50 | $0.07 |
| debt pop (11.35% Yes) | 64 / 564 | 75.81% | $38.00 | $0.07 |
| Social Security Eligibility 2 (7.71% Yes) | 41 / 532 | 71.51% | $33.00 | $0.06 |
| Housing Assistance (15.35% Yes) | 78 / 508 | 68.28% | $20.40 | $0.04 |
| home buyer grant pop (4.34% Yes) | 21 / 484 | 65.05% | $0.00 | $0.00 |
| Credit Card pop (5.34% Yes) | 25 / 468 | 62.90% | $0.00 | $0.00 |
| Credit Report pop (2.16% Yes) | 10 / 464 | 62.37% | 0 | 0% |
| TY Page | 464 | | $110.77 | $0.24 |

**01/01/2018 - 01/01/2018**

| | Visits | Progression | Revenue | RPV | |
|---|---|---|---|---|---|
| food-stamps.org | 3,065 | | $291.53 | $0.10 | |
| ALL | 3,065 | | | | |
| fn, ln, email, zip FS | 883 | 28.81% | | | |
| street,city,state | 837 | 94.79% | | | |
| cell phone | 775 | 88% | $6.45 | 0.008 | 0.007 |
| date of birth | 770 | 87.20% | | | |
| income, gender, ethnicity, marital status | 738 | 83.58% | | | |
| direct deposit pop | 728 | 82.45% | $72.50 | $0.100 | $0.082 |
| debt pop 154 Yes (21.51%) | 154/716 | 81.09% | $84.00 | $0.117 | $0.095 |
| Social Security Eligibility 2 106 Yes (15.59%) | 106 /680 | 77.01% | | | |
| Housing Assistance 209 Yes (32.20%) | 209/649 | 73.50% | $61.20 | $0.094 | $0.069 |
| home buyer grant pop 54 Yes (8.84%) | 54/611 | 69.20% | $10.80 | $0.018 | $0.012 |
| Credit Card pop 74 Yes (12.42%) | 74/596 | 67.50% | 10.5 | 0.0176 | 0.0119 |
| Credit Report pop 21 Yes (3.62%) | 21/580 | 65.69% | $0 | 0 | 0% |
| TY Page | 580 | | $429.46 | $0.74 | $0.49 |

**01/01/2018 - 01/01/2018**

| | Visits | Progression | Revenue | RPV | |
|---|---|---|---|---|---|
| section-8-apartments.org | 2,875 | | $93.09 | $0.03 | |
| All | 2,875 | | | | |
| fn,ln,email,zip Sec8 | 738 | 25.67% | | | |
| street,city,state | 666 | 90.24% | | | |
| cell phone | 604 | 81.84% | | | |
| date of birth | 588 | 79.67% | | | |
| income, gender, ethnicity, marital status | 565 | 76.56% | | | |
| Housing Assistance 516 Yes (91.81%) | 516/562 | 76.15% | $197.20 | $0.351 | $0.267 |
| Rent To Own pop 83 Yes (28.04%) | 83/296 | 40.11% | $16.20 | $0.055 | $0.022 |
| Credit Report pop 19 Yes (7.17%) | 19/265 | 35.91% | $32 | $0.121 | $0.043 |
| Social Security Eligibility 2 23 Yes (9.09%) | 23/253 | 34.28% | 0 | 0 | 0 |
| home buyer grant pop 48 Yes (19.59%) | 48/245 | 33.20% | $14.40 | $0.059 | $0.020 |
| direct deposit pop 7 Yes (3.15%) | 7/222 | 30.08% | 0.5 | 0.002 | 0.0007 |
| TY Page | 222 | | $29.32 | $0.132 | $0.040 |

**01/01/2018 - 01/01/2018**

| | Visits | Progression | Revenue | RPV | |
|---|---|---|---|---|---|
| medicaid-guide.org | 1,562 | | $57.50 | $0.03 | |
| ALL | 1,562 | | | | |
| fn, ln, zip Health | 351 | 22.47% | | | |
| street,city,state | 329 | 93.73% | | | |
| cell phone | 287 | 81.77% | $14.41 | 0.05 | |
| date of birth | 274 | 78.06% | | | |
| income, gender, ethnicity, marital status | 260 | 74.07% | | | |
| medicare insurance 157 Yes (61.57%) | 157/255 | 72.65% | $217 | $0.851 | $0.618 |
| health insurance 24 Yes (14.55%) | 24/165 | 47.01% | $9 | $0.055 | $0.026 |
| ssn disability pop 23 Yes (15.44%) | 23/149 | 42.45% | $0 | | |
| home buyer grant pop 12 Yes (8.76%) | 12/137 | 39.03% | $3.60 | $0.0263 | $0.0103 |
| TY Page | 137 | | $25.59 | $0.187 | 0.073 |

**01/01/2018 - 01/01/2018**

| | Visits | Progression | Revenue | RPV | |
|---|---|---|---|---|---|
| newyork-foodstamps.org | 1,155 | | $10.77 | $0.01 | |
| ALL | 1,155 | | | | |
| fn, ln, email, zip FS | 292 | 25.28% | | | |
| street,city,state | 276 | 94.52% | | | |
| cell phone | 262 | 89.73% | $3.44 | $0.01 | |
| date of birth | 258 | 88.36% | | | |
| income, gender, ethnicity, marital status | 237 | 81.16% | | | |
| direct deposit pop | 230 | 78.77% | | | |
| debt pop 54 Yes (24.11%) | 54/224 | 76.71% | $19.50 | $0.087 | $0.067 |
| Social Security Eligibility 2 39 Yes (17.97%) | 39/217 | 74.32% | $10 | $0.046 | $0.034 |
| Housing Assistance 66 Yes (31.43%) | 66/210 | 71.92% | $15.30 | $0.073 | $0.052 |
| home buyer grant pop 15 Yes (7.35%) | 15/204 | 69.86% | $3.60 | | |
| Credit Card pop 20 Yes (9.90%) | 20/202 | 69.18% | 0 | 0 | 0 |
| Credit Report pop 7 Yes (3.59%) | 7/195 | 66.78% | 0 | 0 | 0 |
| publishers_clearinghouse 7 Yes (3.59%) | 7/195 | 66.78% | | | |
| TY Page | 195 | | $64.27 | $0.330 | 0.220 |

**01/01/2018 - 01/01/2018**

| | Visits | Progression | Revenue | RPV | |
|---|---|---|---|---|---|
| california-foodstamps.org | 1,006 | | $42.40 | $0.04 | |
| ALL | 1,006 | | | | |
| fn, ln, email, zip FS | 229 | 22.76% | | | |
| street,city,state | 219 | 95.63% | | | |
| cell phone | 209 | 91.27% | $7.74 | $0.04 | |
| date of birth | 206 | 89.96% | | | |
| income, gender, ethnicity, marital status | 196 | | | | |
| direct deposit pop | 191 | 83.41% | $25.50 | $0.134 | $0.111 |
| debt pop 41 Yes (21.58%) | 41/190 | 82.97% | $0.00 | 0 | 0 |
| Social Security Eligibility 2 27 Yes (14.59%) | 27/185 | 80.79% | $10 | $0.054 | $0.044 |
| Housing Assistance 53 Yes (30.46%) | 53/174 | 75.98% | $20.40 | $0.117 | $0.089 |
| home buyer grant pop 22 Yes (13.41%) | 22/164 | 71.62% | | | |
| Credit Card pop 19 Yes (11.80%) | 19/161 | 70.31% | $3.50 | $0.022 | $0.015 |
| Credit Report pop 3 Yes (1.92%) | 3/156 | 68.12% | | | |
| publishers_clearinghouse 5 Yes (3.31%) | 5/151 | 65.94% | | | |
| TY Page | 151 | | $56.82 | $0.376 | $0.248 |

**01/01/2018 - 01/01/2018**

| | Visits | Progression | Revenue | RPV |
|---|---|---|---|---|
| texas-unemployment.org | 905 | | 0.82 | |
| ALL | 905 | | | |
| fn,ln,email,zip UC | 38 | 4.20% | | |
| street,city,state | 35 | 92.11% | | |
| cell phone | 32 | 84.21% | | |



| | Visits | Progression | Revenue | RPV | |
|---|---|---|---|---|---|
| date of birth | 32 | 84.21% | | | |
| income, gender, ethnicity, marital status | 28 | 73.68% | | | |
| zip recruiter | 25 | 65.79% | $4.600 | $0.184 | $0.121 |
| direct deposit pop | 24 | 63.16% | $4.500 | $0.188 | $0.118 |
| debt pop 4 Yes (16.67%) | 4/24 | 63.16% | $0.00 | 0 | 0 |
| Social Security Eligibility 2 2 Yes (9.52%) | 2/21 | 55.26% | $0 | 0 | 0 |
| Housing Assistance 3 Yes (15.79%) | 3/19 | 50.00% | $0.00 | 0 | 0 |
| home buyer grant pop 2 Yes (10.53%) | 2/19 | 50.00% | $0.00 | 0 | 0 |
| Credit Card pop 1 Yes (5.56%) | 1/18 | 47.37% | $0.00 | 0 | 0 |
| Credit Report pop 1 Yes (5.88%) | 1/17 | 44.74% | $0.00 | 0 | 0 |
| publishers_clearinghouse | 17 | 44.74% | $0.00 | 0 | 0 |
| TY page | 17 | | $7.51 | $0.442 | $0.198 |

| 01/01/2018 - 01/01/2018 | Visits | Progression | Revenue | RPV | |
|---|---|---|---|---|---|
| texas-foodstamps.org | 826 | | $10.87 | $0.01 | |
| ALL | 826 | | | | |
| fn, ln, email, zip FS | 245 | 29.66% | | | |
| street,city,state | 230 | 93.88% | | | |
| cell phone | 217 | 88.57% | $1.64 | $0.008 | $0.008 |
| date of birth | 213 | 86.94% | | | |
| income, gender, ethnicity, marital status | 202 | 82.45% | | | |
| direct deposit pop | 195 | 79.59% | $17.50 | $0.090 | $0.090 |
| debt pop 30 Yes (15.87%) | 189 | 77.14% | $0.00 | $0.000 | $0.000 |
| Social Security Eligibility 2 23 Yes (12.57%) | 23/183 | 74.69% | 0 | 0 | 0 |
| Housing Assistance 50 Yes (28.41%) | 50/176 | 71.43% | $18.70 | $0.106 | $0.076 |
| home buyer grant pop 18 Yes (10.78%) | 18/167 | 68.16% | $3.60 | $0.022 | $0.015 |
| Credit Card pop 9 Yes (5.49%) | 9/164 | 66.94% | $3.50 | $0.021 | $0.014 |
| Credit Report pop 3 Yes (1.86%) | 3/161 | 65.71% | | | |
| publishers_clearinghouse 2 Yes (1.27%) | 2/157 | 64.08% | | | |
| TY Page | 157 | | $90.50 | $0.576 | $0.369 |

| 01/01/2018 - 01/01/2018 | Visits | Progression | Revenue | RPV | |
|---|---|---|---|---|---|
| florida-foodstamps.org | 805 | | $34.93 | $0.04 | |
| ALL | 805 | | | | |
| fn, ln, email, zip FS | 231 | 28.70% FS | | | |
| street,city,state | 218 | 94.37% | | | |
| cell phone | 207 | 89.61% | $20.27 | $0.10 | $0.09 |
| date of birth | 197 | 84.85% | | | |
| income, gender, ethnicity, marital status | 184 | 79.65% | | | |
| direct deposit pop | 181 | 78.35% | $15 | $0.0829 | $0.0649 |
| debt pop 44 Yes (24.72%) | 44/178 | 77.06% | $0.00 | $0.0000 | $0.0000 |
| Social Security Eligibility 2 24 Yes (14.55%) | 24/165 | 71.43% | $0.00 | $0.0000 | $0.0000 |
| Housing Assistance 52 Yes (33.12%) | 52/157 | 67.97% | $8.50 | $0.0000 | $0.0000 |
| home buyer grant pop 13 Yes (9.03%) | 13/144 | 62.34% | $0.00 | $0.0000 | $0.0000 |
| Credit Card pop 13 Yes (9.03%) | 13/144 | 62.34% | $3.40 | $0.0236 | $0.0147 |
| Credit Report pop 2 Yes (1.42%) | 2/141 | 61.04% | $0.00 | 0 | 0 |
| publishers_clearinghouse 2 Yes (1.44%) | 2/13 | 5.63% | $55.37 | | |

| 01/01/2018 - 01/01/2018 | Visits | Progression | Revenue | RPV | |
|---|---|---|---|---|---|
| georgia-foodstamps.org | 752 | | $5.09 | $0.007 | |
| ALL | 752 | | | | |
| fn, ln, email, zip FS | 249 | 33.11% | | | |
| street,city,state | 235 | 94.38% | | | |
| cell phone | 228 | 91.57% | | | |
| date of birth | 223 | 89.56% | | | |
| income, gender, ethnicity, marital status | 219 | 87.95% | | | |
| direct deposit pop | 218 | 87.55% | $14 | $0.06 | $0.06 |
| debt pop 42 Yes (19.53%) | 42/215 | 86.35% | | | |
| Social Security Eligibility 2 24 Yes (11.65%) | 24/206 | 82.73% | $10 | $0.049 | $0.040 |
| Housing Assistance 40 Yes (20.10%) | 40/199 | 79.92% | $10.20 | $0.051 | $0.041 |
| home buyer grant pop 9 Yes (4.71%) | 9/191 | 76.71% | $3.60 | $0.019 | $0.014 |
| Credit Card pop 15 Yes (7.98%) | 15/188 | 75.50% | $3.50 | $0.019 | $0.014 |
| Credit Report pop 2 Yes (1.09%) | 2/184 | 73.90% | $0.00 | 0 | 0 |
| publishers_clearinghouse 6 Yes (3.28%) | 6/183 | 73.49% | $0.00 | 0 | 0 |
| | 183 | | $79.75 | $0.436 | $0.320 |

| 01/01/2018 - 01/01/2018 | Visits | Progression | Revenue | RPV | |
|---|---|---|---|---|---|
| floridaunemploymentclaims.org | 710 | | $6.73 | | |
| ALL | 710 | | | | |
| fn,ln,email,zip UC | 94 | 13.24% | | | |
| street,city,state | 89 | 94.68% | | | |
| cell phone | 82 | 87.23% | 0 | 0 | 0 |
| date of birth | 78 | 82.98% | | | |
| income, gender, ethnicity, marital status | 74 | 78.72% | | | |
| zip recruiter | 73 | 77.66% | $12.20 | $0.167 | $0.130 |
| direct deposit pop | 73 | 77.66% | $16.50 | $0.226 | $0.176 |
| debt pop 17 Yes (23.29%) | 17/73 | 77.66% | $0.00 | $0.000 | $0.000 |
| Social Security Eligibility 2 11 Yes (15.71%) | 11/70 | 74.47% | $10 | $0.143 | $0.106 |
| Housing Assistance 11 Yes (16.42%) | 11/67 | 71.28% | $1.20 | $0.018 | $0.013 |
| home buyer grant pop 2 Yes (3.12%) | 2/64 | 68.09% | $0 | 0 | 0 |
| Credit Card pop 6 Yes (9.38%) | 6/64 | 68.09% | $10 | $0.16 | $0.11 |
| Credit Report pop 2 Yes (3.17%) | 2/63 | 67.02% | $0 | 0 | 0 |
| publishers_clearinghouse 6 Yes (9.84%) | 6/61 | 64.89% | $0 | 0 | 0 |
| TY Page | 61 | | $22.50 | $0.37 | $0.24 |

| 01/01/2018 - 01/01/2018 | Visits | Progression | Revenue | RPV | | |
|---|---|---|---|---|---|---|
| californiaunemployment.org | 662 | | $6 | | | ( Compared to Pennsylvania-Unemployment.org |
| ALL | 662 | | | | | Right Ad Unit not 2 click |
| fn,ln,email,zip UC | 76 | 11.48% | | | | Terms and conditions are bold |
| street,city,state | 72 | 94.74% | | | | CA eligibility link at the top of the text |
| cell phone | 65 | 85.53% | $3.18 | $0.049 | $0.042 | Top navigation is different |
| date of birth | 65 | 85.53% | | | | WEird spacing in the page between wording |
| income, gender, ethnicity, marital status | 60 | 78.95% | | | | Linking is different colors |
| zip recruiter | 55 | 72.37% | $9.40 | $0.1709 | $0.1237 | Continue button different size |
| direct deposit pop | 54 | 71.05% | $12.00 | $0.2222 | $0.1579 | Possible different ad campaigns driving traffic ? |
| debt pop 12 Yes (23.53%) | 12/51 | 67.11% | 0 | | | |
| Social Security Eligibility 2 6 Yes (12.50%) | 6/48 | 63.16% | 0 | | | |
| Housing Assistance 13 Yes (27.66%) | 13/47 | 61.84% | $3.40 | $0.0723 | $0.0447 | |
| home buyer grant pop 2 Yes (4.55%) | 2/44 | 57.89% | $3.60 | $0.0818 | $0.0474 | |
| Credit Card pop 4 Yes (9.30%) | 4/43 | 56.58% | 0 | $0.0000 | $0.0000 | |
| Credit Report pop | 0/39 | 51.32% | 0 | $0.0000 | $0.0000 | |
| publishers_clearinghouse 1 Yes (2.63%) | 1/38 | 50.00% | 0 | $0.0000 | $0.0000 | |
| TY | 38 | | $19.52 | $0.5137 | $0.2568 | |

| 01/01/2018 - 01/01/2018 | Visits | Progression | Revenue | RPV | RPU |
|---|---|---|---|---|---|
| pennsylvania-unemployment.org | 628 | | $40.55 | $0.06 | $0.25 |
| All | 628 | | | | |
| fn,ln,email,zip UC | 161 | 25.64% | | | |
| street,city,state | 158 | 98.14% | | | |
| cell phone | 148 | 91.93% | $6.14 | $0.041 | $0.038 |
| date of birth | 145 | 90.06% | | | |
| income, gender, ethnicity, marital status | 135 | 83.85% | | | |
| zip recruiter | 128 | 79.50% | $23.59 | $0.184 | $0.147 |
| direct deposit pop | 128 | 79.50% | $24.00 | $0.188 | $0.149 |
| debt pop 14 Yes (11.20%) | 14/125 | 77.64% | 0 | | |
| Social Security Eligibility 2 14 Yes (11.29%) | 14/124 | 77.02% | $20.00 | $0.161 | $0.124 |
| Housing Assistance 15 Yes (12.61%) | 15/119 | 73.91% | $3.40 | $0.029 | $0.021 |
| home buyer grant pop 3 Yes (2.54%) | 3/118 | 73.29% | 0 | $0.000 | $0.000 |
| Credit Card pop 5 Yes (4.27%) | 5/117 | 72.67% | 0 | $0.000 | $0.000 |
| Credit Report pop 7 Yes (6.03%) | 7/116 | 72.05% | 0 | $0.000 | $0.000 |
| publishers_clearinghouse 6 Yes (5.22%) | 6/115 | 71.43% | 0 | $0.000 | $0.000 |
| TY | 115 | | $45.71 | $0.397 | $0.284 |

| 01/01/2018 - 01/01/2018 | Visits | Progression | Revenue | RPV | | |
|---|---|---|---|---|---|---|
| washington-unemployment.org | 623 | | $6.45 | $0.01 | | |
| All | 623 | | | | | |
| fn,ln,email,zip UC | 140 | 22.47% | | | | Has big ad unit why % higher |



| | | | | | |
|---|---|---|---|---|---|
| street,city,state | | 136 | 97.14% | | |
| cell phone | | 132 | 94.29% | $1.57 | $0.012 | $0.011 |
| date of birth | | 130 | 92.86% | | |
| income, gender, ethnicity, marital status | | 120 | 85.71% | | |
| zip recruiter | | 115 | 82.14% | $18.80 | $0.1635 | $0.1343 |
| direct deposit pop | | 115 | 82.14% | $19.00 | $0.1652 | $0.1357 |
| debt pop 24 Yes (21.24%) | 24/113 | | 80.71% | 0 | | |
| Social Security Eligibility 2 13 Yes (12.04%) | 13/108 | | 77.14% | 0 | | |
| Housing Assistance 21 Yes (20.00%) | 21/105 | | 75.00% | $5.10 | $0.0486 | $0.0364 |
| home buyer grant pop 3 Yes (2.94%) | 3/102 | | 72.86% | 0 | $0.0000 | $0.0000 |
| Credit Card pop 11 Yes (11.00%) | 11/100 | | 71.43% | $3.50 | $0.0350 | $0.0250 |
| Credit Report pop 3 Yes (3.06%) | 3/98 | | 70.00% | $39.00 | $0.3980 | $0.2766 |
| publishers_clearinghouse 6 Yes (6.12%) | 6/98 | | 70.00% | 0 | $0.3679 | $0.2557 |
| TY | | 98 | | $36.05 | $0.3679 | $0.2557 |
| **01/01/2018 - 01/01/2018** | **Visits** | | **Progression** | **Revenue** | **RPV** |
| pennsylvania-foodstamps.org | | 590 | | $3.99 | $0.007 |
| ALL | | 590 | | | |
| fn, ln, email, zip FS | | 146 | **24.75%** | | |
| street,city,state | | 137 | 93.84% | | |
| cell phone | | 131 | 89.73% | $1.57 | $0.012 | $0.011 |
| date of birth | | 128 | 87.67% | | |
| income, gender, ethnicity, marital status | | 124 | 84.93% | | |
| direct deposit pop | | 120 | 82.19% | $13.00 | $0.11 | $0.09 |
| debt pop 28 Yes (23.73%) | 28/118 | | 80.82% | 0 | | |
| Social Security Eligibility 2 11 Yes (9.82%) | 11/112 | | 76.71% | 0 | | |
| Housing Assistance 37 Yes (34.26%) | 37/108 | | 73.97% | $5.10 | $0.05 | $0.03 |
| home buyer grant pop 13 Yes (12.62%) | 13/103 | | 70.55% | 0 | 0 | 0 |
| Credit Card pop 9 Yes (9.18%) | 9/98 | | 67.12% | 0 | 0 | 0 |
| Credit Report pop 1 Yes (1.04%) | 1/96 | | 65.75% | 0 | 0 | 0 |
| publishers_clearinghouse 4 Yes (4.21%) | 4/95 | | 65.07% | 0 | 0 | 0 |
| TY | | 95 | | $43.38 | $0.46 | $0.30 |
| **01/01/2018 - 01/01/2018** | **Visits** | | **Progression** | **Revenue** | **RPV** |
| missouri-unemployment.org | | 479 | | 20.57 | 0.043 |
| All | | 479 | | | |
| fn,ln,email,zip UC | | 136 | **28.39%** | | Has a 2 click smaller ad on rail; |
| street,city,state | | 133 | 97.79% | | |
| cell phone | | 127 | 93.38% | $23.23 | $0.183 | $0.171 |
| date of birth | | 124 | 91.18% | | |
| income, gender, ethnicity, marital status | | 117 | 86.03% | | |
| zip recruiter | | 113 | 83.09% | $19.80 | $0.175 | $0.146 |
| direct deposit pop | | 110 | 80.88% | $24.00 | $0.22 | $0.18 |
| debt pop 8 Yes (7.34%) | 8/109 | | 80.15% | 0 | 0 | 0 |
| Social Security Eligibility 2 4 Yes (3.70%) | 4/108 | | 79.41% | 0 | 0 | 0 |
| Housing Assistance 19 Yes (17.76%) | 19/107 | | 78.68% | $1.70 | $0.02 | $0.01 |
| home buyer grant pop 4 Yes (3.74%) | 4/107 | | 78.68% | 0 | 0 | 0 |
| Credit Card pop 5 Yes (4.72%) | 5/106 | | 77.94% | 0 | 0 | 0 |
| Credit Report pop 2 Yes (1.89%) | 2/106 | | 77.94% | 0 | 0 | 0 |
| publishers_clearinghouse 7 Yes (6.73%) | 7/104 | | 76.47% | 0 | 0 | 0 |
| TY | | 104 | | 35.88 | 0.345 | 0.264 |
| **01/01/2018 - 01/01/2018** | **Visits** | | **Progression** | **Revenue** | **RPV** |
| tennesseefoodstamps.org | | 466 | | $2.35 | $0.005 |
| All | | 466 | | | |
| fn, ln, email, zip FS | | 176 | **37.77%** | | |
| street,city,state | | 165 | 93.75% | | |
| cell phone | | 150 | 85.23% | $0.47 | $0.003 | $0.003 |
| date of birth | | 148 | 84.09% | | |
| income, gender, ethnicity, marital status | | 140 | 79.55% | | |
| direct deposit pop | | 139 | 78.98% | | |
| debt pop 29 Yes (20.86%) | 29/139 | | 78.98% | $10.00 | $0.072 | $0.057 |
| Social Security Eligibility 2 9 Yes (6.67%) | 9/135 | | 76.70% | 0 | | |
| Housing Assistance 32 Yes (24.24%) | 32/132 | | 75.00% | $11.90 | $0.090 | $0.090 |
| home buyer grant pop 6 Yes (4.03%) | 5/124 | | 70.45% | 0 | | |
| Credit Card pop 11 Yes (8.80%) | 11/125 | | 71.02% | $3.50 | $0.028 | $0.020 |
| Credit Report pop | 0/122 | | 69.32% | 0 | | |
| publishers_clearinghouse 10 Yes (8.33%) | 10/120 | | 68.18% | | | |
| TY | | 120 | | $21.41 | $0.178 | $0.122 |
| **01/01/2018 - 01/01/2018** | **Visits** | | **Progression** | **Revenue** | **RPV** |
| wisconsin-unemployment.org | | 457 | | $3.54 | $0.008 |
| ALL | | 457 | | | |
| fn,ln,email,zip UC | | 91 | **19.91%** | | |
| street,city,state | | 88 | 96.70% | | |
| cell phone | | 85 | 93.41% | 0 | | |
| date of birth | | 84 | 92.31% | | |
| income, gender, ethnicity, marital status | | 76 | 83.52% | | |
| zip recruiter | | 71 | 78.02% | $11 | $0.155 | $0.121 |
| direct deposit pop | | 69 | 75.82% | $9.50 | $0.138 | $0.104 |
| debt pop 7 Yes (10.14%) | 7/69 | | 75.82% | 0 | | |
| Social Security Eligibility 2 5 Yes (7.46%) | 5/67 | | 73.63% | 0 | | |
| Housing Assistance 8 Yes (12.70%) | 8/63 | | 69.23% | 0 | | |
| home buyer grant pop 1 Yes (1.61%) | 1/62 | | 68.13% | 0 | | |
| Credit Card pop 2 Yes (3.28%) | 2/61 | | 67.03% | 0 | | |
| Credit Report pop 1 Yes (1.67%) | 1/60 | | 65.93% | 0 | | |
| publishers_clearinghouse 1 Yes (1.67%) | 1/60 | | 65.93% | 0 | | |
| TY | | 60 | | $23.62 | $0.394 | $0.260 |
| **01/01/2018 - 01/01/2018** | **Visits** | | **Progression** | **Revenue** | **RPV** |
| illinois-unemployment.org | | 442 | | $6.65 | $0.015 |
| All | | 442 | | | |
| fn,ln,email,zip UC | | 77 | 17.42% | | |
| street,city,state | | 75 | 97.40% | | |
| cell phone | | 73 | 94.81% | | |
| date of birth | | 73 | 94.81% | | |
| income, gender, ethnicity, marital status | | 68 | 88.31% | | |
| zip recruiter | | 65 | 84.42% | $12.40 | $0.191 | $0.161 |
| direct deposit pop | | 64 | 83.12% | $11.00 | | |
| debt pop 8 Yes (12.50%) | 8/64 | | 83.12% | 0 | | |
| Social Security Eligibility 2 5 Yes (8.06%) | 5/62 | | 80.52% | 0 | | |
| Housing Assistance 16 Yes (26.67%) | 16/60 | | 77.92% | 0 | | |
| home buyer grant pop 3 Yes (5.17%) | 3/58 | | 75.32% | 0 | | |
| Credit Card pop 3 Yes (5.17%) | 3/58 | | 75.32% | 0 | | |
| Credit Report pop 2 Yes (3.45%) | 2/58 | | 75.32% | 0 | | |
| publishers_clearinghouse | 0/57 | | 74.03% | 0 | | |
| TY | | 57 | | 12.91 | 0.226 | 0.168 |
| **01/01/2018 - 01/01/2018** | **Visits** | | **Progression** | **Revenue** | **RPV** |
| florida-assistance.org | | 2,195 | | | |
| FS Portal | | 753 | | | |
| fn, ln, email, zip FS | | 197 | **26.16%** | | |
| street,city,state | | 188 | 95.43% | | |
| cell phone | | 170 | 86.29% | $6.95 | $0.041 | |
| date of birth | | 167 | 84.77% | | |
| income, gender, ethnicity, marital status | | 157 | 79.70% | | |
| direct deposit pop | | 156 | 79.19% | | |
| debt pop 31 Yes (20.00%) | 31/155 | | 78.68% | | |
| Social Security Eligibility 2 24 Yes (15.89%) | 24/151 | | 76.65% | | |
| Housing Assistance 38 Yes (25.68%) | 38/148 | | 75.13% | | |
| home buyer grant pop 18 Yes (13.14%) | 18/137 | | 69.54% | | |
| Credit Card pop 12 Yes (8.82%) | 12/136 | | 69.04% | | |
| Credit Report pop 3 Yes (2.21%) | 3/136 | | 69.04% | | |
| publishers_clearinghouse 8 Yes (5.97%) | 8/134 | | 68.02% | | |
| | | | | | |
| florida-assistance.org | | | | | |
| Sec 8 | | 506 | | | |

| | | | | Revenue | RPV |
|---|---|---|---|---|---|
| fn,ln,email,zip Sec8 | | 176 | **34.78%** | | |
| street,city,state | | 168 | 95.45% | | |
| cell phone | | 153 | 86.93% | | |
| date of birth | | 150 | 85.23% | | |
| income, gender, ethnicity, marital status | | 148 | 84.09% | | |
| Housing Assistance 135 (92.47%) | 135/146 | | 82.95% | | |
| Rent To Own pop 22 Yes (28.57%) | 22/77 | | 52.74% | | |
| Credit Report pop 4 Yes (5.97%) | 4/67 | | 38.07% | | |
| Social Security Eligibility 2 8 Yes (12.70%) | 8/63 | | 35.80% | | |
| home buyer grant pop 9 Yes (15.00%) | 9/60 | | 34.09% | | |
| direct deposit pop | 0/56 | | 31.82% | | |
| | | | | | |
| florida-assistance.org | | | | | |
| FL Assistance Health | | 470 | | | |
| fn, ln, email, zip Health | | 97 | **20.64%** | | |
| street,city,state | | 91 | 93.81% | | |
| cell phone | | 80 | 82.47% | | |
| date of birth | | 77 | 79.38% | | |
| income, gender, ethnicity, marital status | | 74 | 76.29% | | |
| medicare insurance 42 Yes (59.15%) | 42/71 | | 73.20% | | |
| health insurance 13 Yes (22.41%) | 13/58 | | 59.79% | | |
| ssn disability pop 11 Yes (21.15%) | 11/52 | | 53.61% | | |
| home buyer grant pop 8 Yes (16.67%) | 8/48 | | 49.48% | | |
| florida-assistance.org | | | | | |
| UC Portal | | 465 | | | |
| fn,ln,email,zip UC | | 91 | **19.57%** | | |
| street,city,state | | 83 | 91.21% | | |
| cell phone | | 78 | 85.71% | | |
| date of birth | | 77 | 84.62% | | |
| income, gender, ethnicity, marital status | | 69 | 75.82% | | |
| zip recruiter | | 68 | 74.73% | $11.20 | $0.165 |
| direct deposit pop | | 67 | 73.63% | | |
| debt pop 19 Yes (29.69%) | 19/64 | | 70.33% | | |
| Social Security Eligibility 2 9 Yes (14.52%) | 9/62 | | 68.13% | | |
| Housing Assistance 14 Yes (24.56%) | 14/57 | | 62.64% | | |
| home buyer grant pop 6 Yes (11.11%) | 6/54 | | 59.34% | | |
| Credit Card pop 5 Yes (9.26%) | 5/54 | | 59.34% | | |
| Credit Report pop 3 Yes (5.66%) | 3/53 | | 58.24% | | |
| publishers_clearinghouse 2 Yes (3.77%) | 2/53 | | 58.24% | | |

| 01/01/2018 - 01/01/2018 | Visits | | Progression | Revenue | RPV |
|---|---|---|---|---|---|
| texas-benefits.org | 5,613 | | | | |
| TX Benefits FS2 | 2,667 | | | | |
| fn, ln, email, zip FS | | 336 | 12.60% | | |
| street,city,state | | 315 | 93.75% | | |
| cell phone | | 296 | 88.10% | | |
| date of birth | | 292 | 86.90% | | |
| income, gender, ethnicity, marital status | | 287 | 85.42% | | |
| direct deposit pop 78 Yes (27.46%) | 78/284 | | 84.52% | | |
| debt pop 39 Yes (14.66%) | 39/266 | | 79.17% | | |
| Social Security Eligibility 2 40 Yes (16.00%) | 40/250 | | 74.40% | | |
| Housing Assistance 48 Yes (20.08%) | 48/239 | | 71.13% | | |
| home buyer grant pop 20 Yes (8.66%) | 20/231 | | 68.75% | | |
| Credit Card pop 16 Yes (7.14%) | 16/224 | | 66.67% | | |
| Credit Report pop 3 Yes (1.36%) | 3/220 | | 65.48% | | |
| publishers_clearinghouse 8 Yes (3.67%) | 8/218 | | 64.88% | | |
| | | | | | |
| TX Benefits Section 8 | 1,572 | | | | |
| fn,ln,email,zip Sec8 | | 329 | **20.93%** | | |
| street,city,state | | 299 | 90.88% | | |
| cell phone | | 281 | 85.41% | | |
| date of birth | | 276 | 83.89% | | |
| income, gender, ethnicity, marital status | | 273 | 82.98% | | |
| Housing Assistance 258 Yes (95.91%) | 258/269 | | 81.76% | | |
| Rent To Own pop 47 Yes (36.15%) | 47/130 | | 48.33% | | |
| Credit Report pop 7 Yes (6.36%) | 7/110 | | 46.03% | | |
| Social Security Eligibility 2 10 Yes (9.43%) | 10/106 | | 32.22% | | |
| home buyer grant pop 27 Yes (28.12%) | 27/96 | | 29.18% | | |
| direct deposit pop 3 Yes (3.37%) | 3/89 | | 27.05% | | |
| | | | | | |
| TX Benefits UC | 779 | | | | |
| fn,ln,email,zip UC | | 178 | **22.85%** | | |
| street,city,state | | 171 | 96.07% | | |
| cell phone | | 160 | 89.89% | | |
| date of birth | | 158 | 88.76% | | |
| income, gender, ethnicity, marital status | | 144 | 80.90% | | |
| zip recruiter | | 140 | | $24.79 | |
| direct deposit pop 78 Yes (56.52%) | 78/138 | | 77.53% | | |
| debt pop 21 Yes (16.67%) | 21/126 | | 70.79% | | |
| Social Security Eligibility 2 16 Yes (13.11%) | 16/122 | | 68.54% | | |
| Housing Assistance 26 Yes (21.85%) | 26/119 | | 66.85% | | |
| home buyer grant pop 14 Yes (11.86%) | 14/118 | | 65.92% | | |
| Credit Card pop 11 Yes (9.57%) | 11/115 | | 64.25% | | |
| Credit Report pop 3 Yes (2.68%) | 3/112 | | 62.92% | | |
| publishers_clearinghouse 8 Yes (7.21%) | 8/111 | | 62.36% | | |
| | | | | | |
| TX Benefits Health2 | 444 | | | | |
| fn, ln, email, zip Health | | 107 | 24.10% | | |
| street,city,state | | 100 | 22.52% | | |
| cell phone | | 94 | 21.17% | | |
| date of birth | | 93 | 20.95% | | |
| income, gender, ethnicity, marital status | | 90 | 20.27% | | |
| medicare insurance 55 Yes (62.50%) | 55/88 | | 19.82% | | |
| health insurance 9 Yes (13.85%) | 9/65 | | 14.64% | | |
| ssn disability pop 10 Yes (16.67%) | 10/60 | | 13.51% | | |
| home buyer grant pop 13 Yes (22.41%) | 13/58 | | 13.06% | | |

**Sent:**   Thu, 4 Jan 2018 07:28:40 -0800
**From:**   Chris Sherman <csherman@onpointglobal.com>
**To:**     Nadia Peshev <npeshev@onpointglobal.com>, Danielle Ciolfi <dciolfi@onpointglobal.com>

We noticed on a bunch of sites that an apostrophe turns into a question mark across the whole site

https://texas-benefits.org/Snap/Snap-How-to-Apply.html

--

**Chris Sherman**
Director of Data Processing
**Phone:** 714-349-1986
**Email:** csherman@onpointglobal.com

| | |
|---|---|
| **Sent:** | Wed, 10 Jan 2018 13:37:23 -0800 |
| **Subject:** | Re: Domain Purchase |
| **From:** | Chris Sherman <csherman@onpointglobal.com> |
| **To:** | "rgreen@afternic.com" <rgreen@afternic.com> |
| **Cc:** | Chris Sherman <chris@direct-market.com> |

That works. We are more than willing to go into 6 figures depending on the domain. Typically we pay multiples of 2 - 4x but I don't like saying that last part.

On Wed, Jan 10, 2018 at 1:30 PM, rgreen@afternic.com <rgreen@afternic.com> wrote:

> We usually keep buyer and seller's private, and do not provide sales prices.

> I think it is best to not mention the actual domain.  I can say that I have a client who recently bought a related domain and has indicated an interest in acquiring this domain as well.  They are a qualified buyer with a budget in the five figures for domains that meet their specifications.  Would you have an interest in potentially selling your domain for the right price?  If so, what amount would you be looking for?

> I can send something like that to each.  I can tweak it if you want to put notes below for each domain.  For example where I vaguely say a five figure budget, we could change it for each, such as low five figures, mid five figures, upper five figures.

> I would work on a template, but this would be the gist of it.  Would do you think?  It has got to have either an offer or a range in it or no one will respond to an unsolicited email on a domain they are actively using.  It has to entice them to engage in a conversation.

> thanks

> **Rich Green**
>
> Sr. Sales Executive, Afternic
>
> **Division of GoDaddy**
>
> 781-839-2869- Direct
>
> 844-886-1720 ext. 58987 (international toll free)

> **From:** Chris Sherman [mailto:chris@direct-market.com]
> **Sent:** Wednesday, January 10, 2018 4:11 PM
> **To:** rgreen@afternic.com
> **Subject:** Re: Domain Purchase

> Hi Rich - Please see the below domains we are interested in.

> unemploymentoffice.us
> http://unemploymenthelp.com/

unemploymenthandbook.com
http://www.unemployment-extension.org/
http://www.unemploymentofficelocations.net/
https://www.unemployment-tips.com/
http://www.ebtcard.net/
https://www.financialhelpresources.com/
http://ebtcardbalancenow.com/
http://www.utilitybillassistance.com/
http://medicaidwaiver.org/
igeorgiafoodstamps.com
http://www.yourgovernmentbenefits.com/
http://ebtcardbalancenow.com/
http://benefitsapplication.com/
http://www.wicprograms.org/

Are you able to say something along the lines of we are your client and you actively search for domains for us and that we recently just acquired unemploymentoffice.org for the amount we paid ?

Thanks,

Chris

On Wed, Jan 10, 2018 at 11:27 AM, rgreen@afternic.com <rgreen@afternic.com> wrote:

Yes, I can help you with all of them.

If they are not listed with us, I would need a reasonable starting offer from you, since there would not be an asking price for them.  We would need to entice the owner to sell.

thanks

**Rich Green**

Sr. Sales Executive, Afternic

**Division of GoDaddy**

781-839-2869- Direct

844-886-1720 ext. 58987 (international toll free)

**From:** Chris Sherman [mailto:chris@direct-market.com]
**Sent:** Wednesday, January 10, 2018 2:13 PM
**To:** rgreen@afternic.com
**Subject:** Domain Purchase

Hey Rich - Hope all is well.

What if I have some domains/sites that I would like to purchase. Are you able to try and get in contact with these people ? Some are private some are not.

Thanks,

Chris

--

Chris Sherman

**Direct Market**

714-349-1986
Chris@Direct-Market.com

--

Chris Sherman

**Direct Market**

714-349-1986
Chris@Direct-Market.com

--

**Chris Sherman**
Director of Data Processing
**Phone:** 714-349-1986
**Email:** csherman@onpointglobal.com

**From:** Arlene Mahon <amahon@onpointglobal.com>
**Sent:** Sun, 7 Jan 2018 07:04:36 -0500
**Subject:** Fwd: Domain Control Verification Is Required
**To:** Charles Ohana <cohana@onpointglobal.com>, Brent Levison <blevison@onpointglobal.com>, Nadia Peshev <npeshev@onpointglobal.com>

---------- Forwarded message ----------
From: "Secure Certificate Services" <donotreply@godaddy.com>
Date: Jan 7, 2018 6:57 AM
Subject: Domain Control Verification Is Required
To: <arlene@issuebasedmedia.com>
Cc:

Dear Secure Certificate Customer,

We have received a Certificate Signing Request for the following domain(s):
hunting-license.org

Please use one of the following alternative methods to facilitate the validation of your domain access control. Your unique ID for these methods is ███████████████ which will expire on 2/6/18.

1. If you are able to make Domain Name Zone changes, you can use the Domain Zone Control validation process.
2. If you are able to store a web page in the highest-level directory of the website for the common name you're using, you can use the Domain Website Control validation process. Please note this option is not available for Wildcard SSL. After you have followed the instructions linked below, you should be able to view the file using the following URL(s):

http://hunting-license.org/.well-known/pki-validation/godaddy.html

Domain Access Control Instructions

When you've made the updates and are ready to verify your domain, click the link below:
https://certs.godaddy.com/anonymous/domaincontrol.pki?vk=23h4pf411bfba68r1pjpnhin&locale=en-US

If you have any trouble or questions, contact us and let us know. We are available to help around-the-clock, seven days a week.

Customer Support:
Phone: 480.463.8887

For further information, log in to your account at https://certs.godaddy.com.

| | |
|---|---|
| **From:** | Arlene Mahon <amahon@onpointglobal.com> |
| **Sent:** | Mon, 15 Jan 2018 14:53:36 -0500 |
| **Subject:** | Re: Project OnPoint - Phase II Financial Due Diligence |
| **To:** | Joel A Rodriguez <Joel.Rodriguez@ey.com>, Jorge F Redhead <Jorge.Redhead@ey.com> |
| **Cc:** | Alicia Nuche <anuche@onpointglobal.com>, Christian Maier <Christian.Maier1@ey.com> |

Hi Joel,
How are you?

Alicia and team are wrapping up December by tomorrow and then we will free our week some time in order to get back to providing you with the additional info you need.

I did, however, have a question for you. Bob and Burton are working on a deal now where Onpoint can be buying a large portfolio of domains. It is very confidential still and nothing that is final, however, because the sale is going to come with a large loan on our part, the sellers would like to see an audit of our books but they would be fine with a quality of earnings. I understand that the full report is not due until January 31, but I was not sure if the adjusted EBITDA analysis you provided us at year-end came with a report explaining that this analysis was prepared by EY. Unfortunately, they want to close this deal before the end of the month but it will hold it up if the sellers do not receive something on the financials of Onpoint.

Please let us know what could be provided to an external party to support the claims on this adjusted EBITDA analysis.

Thank you,
Arlene


**Arlene Abreu Mahon**
SVP Finance & Accounting
**Phone:** 305-510-2430 (cell)
**Email:** amahon@onpointglobal.com
Please make note of my new company email address.

On Wed, Jan 10, 2018 at 4:53 PM, Joel A Rodriguez <Joel.Rodriguez@ey.com> wrote:

Hi Arlene and Alicia,

Happy New Year! Hope you all enjoyed some quality time off and feel refreshed for the new year.

To facilitate Phase II of our engagement, we cleaned up the request list; see attached. In summary, it is composed of the following items:

- Consolidated monthly trial balances
- Updates to previously provided schedules (through Dec17)
   o E.g., trial balances, agings and support for previously identified EBITDA adjustments
- A few balance sheet related requests
   o These were carried over from the previous version of the request list as Phase II will have a heavier balance sheet focus
- Proof of revenue
   o We should plan to chat about the best approach for this
- A few other miscellaneous items

○ E.g., follow-ups from previous discussions that were not high priority during Phase I, but are during Phase II

We would like to highlight the monthly consolidated detailed trial balances as being the highest priority item on this list (note that the highest priority items are highlighted in yellow).

As you go through the request list, feel free to reach out with any questions you may have.  We would be glad to discuss.  Thank you.

Best Regards,

Joel



**Joel A. Rodriguez** | Transaction Advisory Services

Ernst & Young, LLP
201 S. Biscayne Boulevard, Suite 3000, Miami, FL 33131, United States of America
Direct: +1 305 415 1519 | Fax: +1 855 857 8305 | joel.rodriguez@ey.com
Cell: +1 786 202 8352 | EY/Comm: 2817642

Any tax advice in this e-mail should be considered in the context of the tax services we are providing to you. Preliminary tax advice should not be relied upon and may be insufficient for penalty protection.

The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer.

Notice required by law: This e-mail may constitute an advertisement or solicitation under U.S. law, if its primary purpose is to advertise or promote a commercial product or service. You may choose not to receive advertising and promotional messages from Ernst & Young LLP (except for EY Client Portal and the ey.com website, which track e-mail preferences through a separate process) at this e-mail address by forwarding this message to no-more-mail@ey.com. If you do so, the sender of this message will be notified promptly. Our principal postal address is 5 Times Square, New York, NY 10036. Thank you. Ernst & Young LLP

**From:**    Bob Zangrillo <bob@zangrillo.com>
**To:**       Ken Rudin <krudin@post.harvard.edu>
**Cc:**       Burton Katz <bkatz@onpointglobal.com>, Megan Black <Megan@dragonglobal.com>
**Subject:**  OnPoint
**Sent:**    Wed, 28 Mar 2018 19:56:06 +0000

Ken,

We have a few questions for you that we would like you to send us information on and schedule a call with me, you and Burt to go through. Here are our requests:

1. We are looking for a security firm to advise us and check how we build and deploy our products and sites and protect our data. Can you please advise us on any firms, including Google's department that works with outside firms? Ideally, we would contract a firm to audit our security and put in place best practices.

2. Can you make an introduction at Google to a senior contact that leads Google Adsense for large partners?

3. Can you provide an Org Chart for how we should build our Data Organization, including Analytics and Growth teams? Specifically, any job descriptions with profiles and skills would be greatly appreciated.

4. Any recommendation on Data technology tools (best in class) that we should deploy or build?

5. What would you consider the critical success factors in building world class organization?

6. Can you recommend any data products vs growth and analytics products or services?

Let me know when we can arrange a call to discuss. Please feel free to forward anything ahead of the call you feel will be helpful in answering the questions above.

All the best,
Bob

**DRAGON** | GLOBAL

**Robert Zangrillo**
*Chairman & CEO*

Mobile: 650 450 3812
Fax: 650 362 2102
Email: bob@dragonglobal.com
Website: www.DragonGlobal.com

NOTICE TO RECIPIENT: This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation

**From:**    Bob Zangrillo <bob@zangrillo.com>
**To:**      John Caine <john@caines.com>
**Cc:**      Megan Black <Megan@dragonglobal.com>, Burton Katz <bkatz@onpointglobal.com>
**Subject:** OnPoint
**Sent:**    Wed, 28 Mar 2018 19:59:46 +0000

John

We have a few questions for you that we would like you to send us information on and schedule a call with me, you and Burt to go through. Here are our requests:

1. We are looking for a security firm to advise us and check how we build and deploy our products and sites and protect our data. Can you please advise us on any firms, including Google's department that works with outside firms? Ideally, we would contract a firm to audit our security and put in place best practices.
2. Can you provide an Org Chart for how we should build our Product Organization? Specifically, any job descriptions with profiles and skills would be greatly appreciated.
3. Any recommendation on Product technology tools (best in class) that we should deploy or build?
4. What would you consider the critical success factors in building world class product organization?
5. Can you recommend any product resources or development or testing methodologies?
6. Can you recommend Product KPI Management targets?
7. Can you recommend Product development tools?

Let me know when we can arrange a call to discuss. Please feel free to forward anything ahead of the call you feel will be helpful in answering the questions above.

All the best,
Bob

**DRAGON** | GLOBAL

**Robert Zangrillo**
*Chairman & CEO*

Mobile: 650 450 3812
Fax: 650 362 2102
Email: bob@dragonglobal.com
Website: www.DragonGlobal.com

NOTICE TO RECIPIENT: This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation

Attachment AB

**From:** Burton Katz <bkatz@onpointglobal.com>
**Sent:** Wed, 10 Jul 2019 17:06:28 -0400
**Subject:** Fwd: Daily summary report
**To:** bob bellack <bbellack@onpointglobal.com>

i need to sit with you on wed morning when i am back to go over how these daily reports should look and who/how they are distributed. I get these from all over the place and they are messy with really poor presentation. The good news is the data exists. However, these formats are really noisy. I also am going to send out a table of all the things Bob and I went over today regarding the company financial and strategic packaging. There is a lot to do but think we have a handle on it. Lets sit first thing Wed morning to knock this out if we can. I will try to send you over some stuff this week so I can already start getting your inputs on content, owners, timelines, etc. bk

---------- Forwarded message ---------
From: **Yasmin Abud** <yabud@onpointglobal.com>
Date: Wed, Jul 10, 2019 at 4:43 PM
Subject: Re: Daily summary report
To: Lussich Juan Ignacio <jlussich@onpointglobal.com>
Cc: Bob Zangrillo <bzangrillo@onpointglobal.com>, Burton Katz <bkatz@onpointglobal.com>, Baluga Ramiro <rbaluga@onpointglobal.com>, Paola Zuluaga <pzuluaga@onpointglobal.com>, Charlie Eissa <ceissa@onpointglobal.com>, Brent Levison <blevison@onpointglobal.com>, Bob Bellack <bbellack@onpointglobal.com>, Elisha Rothman <erothman@onpointglobal.com>, Gabriel Penaloza <gpenaloza@onpointglobal.com>, Matthew Meyer <mmeyer@onpointglobal.com>, Victoria Lorido <vlorido@onpointglobal.com>, Arlene Mahon <amahon@onpointglobal.com>, Alicia Nuche <anuche@onpointglobal.com>, Francisco Regusci <fregusci@onpointglobal.com>

Hi All,
Please find attached the daily summary report with a small amount of key metrics to have a high level overview of what is happening on the businesses of OPG. A couple of comments regarding this:

- E-commerce Gross Revenue: Due to the rebills effect, e-commerce Gross Revenue is emulating accounting criteria of charge date basis.
- Rebill rate has a 2 days lag
- SaaS reflect all channels revenue, nothing is allocated to Freemium

The link to the report is: https://docs.google.com/spreadsheets/d/1Fs9Pvavul0EdMjmKpZrN-aCQZZi0ogTUUdNa6dFYd34/edit?usp=sharing

Please let me know if you have any questions or concerns.

Thanks,
Yasmin

> **Yasmin Abud**
> Financial Analyst
> **Phone:** 786-970-1429
> **Email:** yabud@onpointglobal.com

On Tue, Jul 9, 2019 at 4:47 PM Yasmin Abud <yabud@onpointglobal.com> wrote:

Hi All,
Please find attached the daily summary report with a small amount of key metrics to have a high level overview of what is happening on the businesses of OPG. A couple of comments regarding this:

- E-commerce Gross Revenue: Due to the rebills effect, e-commerce Gross Revenue is emulating accounting criteria of charge date basis.
- Rebill rate has a 2 days lag
- SaaS reflect all channels revenue, nothing is allocated to Freemium
- O&O stats in Freemium now includes complete stats for foodstamps.org. I have back-filled the necessary data (revenue and gross leads) as of 7/1/2019

The link to the report is: https://docs.google.com/spreadsheets/d/1Fs9Pvavul0EdMjmKpZrN-aCQZZi0ogTUUdNa6dFYd34/edit?ts=5d1b73ba#gid=1016707043

Please let me know if you have any questions or concerns.


Thanks,
Yasmin

**Yasmin Abud**
Financial Analyst
**Phone:** 786-970-1429
**Email:** yabud@onpointglobal.com

On Fri, Jul 5, 2019 at 4:48 PM Lussich Juan Ignacio <jlussich@onpointglobal.com> wrote:

Hi All
Please find attached the daily summary report with a small amount of key metrics to have a high level overview of what is happening on the businesses of OPG. A couple of comments regarding this:

- E-commerce Gross Revenue: Due to the rebills effect, e-commerce Gross Revenue is emulating accounting criteria of charge date basis.
- Rebill rate has a 2 days lag
- SaaS reflect all channels revenue, nothing is allocated to Freemium

The link to the report is: https://docs.google.com/spreadsheets/d/1Fs9Pvavul0EdMjmKpZrN-aCQZZi0ogTUUdNa6dFYd34/edit?ts=5d1b73ba#gid=1016707043

There are some things we need to iron out still, let me know your comments, thanks!
Juancho



On Jul 3, 2019, at 4:00 PM, Lussich Juan Ignacio <jlussich@onpointglobal.com> wrote:

Hi All
The intention is to release a daily summary report with a small amount of key metrics to have a high level overview of what is happening on the businesses of OPG. A couple of comments regarding this:

- E-commerce Gross Revenue: Due to the rebills effect, e-commerce Gross Revenue is emulating accounting criteria of charge date basis.
- Rebill rate has a 2 days lag
- Daily Target is currently a linear distribution of the monthly totals, it will changed to reflect the month ups and downs
- SaaS reflect all channels revenue, nothing is allocated to Freemium

The link to the report is: https://docs.google.com/spreadsheets/d/1Fs9Pvavul0EdMjmKpZrN-aCQZZi0ogTUUdNa6dFYd34/edit?ts=5d1b73ba#gid=1956001036

This is the first version and there are some things we need to iron out still, let me know your comments, thanks!
Juancho

<Daily KPI Template.xlsx>

> On Jul 2, 2019, at 6:38 PM, Lussich Juan Ignacio <jlussich@onpointglobal.com> wrote:
>
> Hi All
> The intention is to release a daily summary report with a small amount of key metrics to have a high level overview of what is happening on the businesses of OPG. A couple of comments regarding this:
>
> • E-commerce Gross Revenue: Due to the rebills effect, e-commerce Gross Revenue is emulating accounting criteria of charge date basis.
> • Rebill rate has a 2 days lag
> • Daily Target is currently a linear distribution of the monthly totals, it will changed to reflect the month ups and downs
> • SaaS reflect all channels revenue, nothing is allocated to Freemium
>
> The link to the report is: https://docs.google.com/spreadsheets/d/1Fs9Pvavul0EdMjmKpZrN-aCQZZi0ogTUUdNa6dFYd34/edit?ts=5d1b73ba#gid=335012204
>
> This is the first version and there are some things we need to iron out still, let me know your comments, thanks!
> Juancho
>
>
> <Daily KPI Template.xlsx>

--
  .
**Burton Katz**
Founder & CEO
**Phone:** 786-877-8021
**Email:** bkatz@onpointglobal.com

**From:** Alicia Nuche <anuche@onpointglobal.com>
**Sent:** Fri, 12 Jul 2019 11:58:43 -0400
**Subject:** Daily Cash Forecast - 7/12/19
**To:** Bob Bellack <bbellack@onpointglobal.com>, Burton Katz <bkatz@onpointglobal.com>, Brent Levison <blevison@onpointglobal.com>, Bob Zangrillo <bob@dragonglobal.com>, Elisha Rothman <erothman@onpointglobal.com>, Arlene Mahon <amahon@onpointglobal.com>, Gabriel Penaloza <gpenaloza@onpointglobal.com>, Lussich Juan Ignacio <jlussich@onpointglobal.com>, Carla Rivas <crivas@onpointglobal.com>, Carmen Pena <cpena@onpointglobal.com>

Good morning,

The daily cash flow summary is below. We have received the $650,000 in funding and will be able to pay media as planned. Of the $180K expected collections from Advertisers we received $100K. We will continue following up with collections.

We have added Avenue I's daily cash flow here. Their accounts may need some funding next week of up to $100K to pay their credit cards. However, Mark has adjusted some of the media spend allocation to optimize working capital so we will minimize this need as much as possible. Their cash flow is expected to be positive in a couple of weeks. I will work on extending the daily forecast past July once I better understand their cash flow trends and spending limits.

The cash flow is fairly in line with plan at this point though some payments and collections have been moved around over the next few weeks.

**SUMMARY CASH FLOW**

| | 7/8/2019 | 7/9/2019 | 7/10/2019 | 7/11/2019 | 7/12/2019 | Total | 7/15 - 7/19 Total | 7/22 - 7/26 Total | 7/29 - 8/2 Total |
|---|---|---|---|---|---|---|---|---|---|
| **OPG** | | | | | | | | | |
| BEG CASH | (68,701) | (40,701) | 73,702 | 314,495 | 265,995 | (68,701) | (139,157) | (513,091) | (979,169) |
| INFLOWS | 281,000 | 283,569 | 319,435 | 100,000 | 120,000 | 1,104,004 | 1,216,180 | 940,000 | 1,662,000 |
| OUTFLOWS | (253,000) | (169,166) | (78,642) | (148,500) | (525,152) | (1,174,460) | (1,590,114) | (1,406,078) | (2,145,796) |
| END CASH | (40,701) | 73,702 | 314,495 | 265,995 | (139,157) | (139,157) | (513,091) | (979,169) | (1,462,964) |
| **AIM** | | | | | | | | | |
| BEG CASH | 35,501 | 335,501 | 175,554 | 34,264 | 23,764 | 35,501 | (13,930) | (135,290) | (150,489) |
| INFLOWS | 300,000 | | | | | 300,000 | 695,587 | 197,518 | 2,534,561 |
| OUTFLOWS | 0 | (159,947) | (141,290) | (10,500) | (37,694) | (349,432) | (816,936) | (212,726) | (2,151,214) |
| END CASH | 335,501 | 175,554 | 34,264 | 23,764 | (13,930) | (13,930) | (135,290) | (150,489) | 232,858 |
| **Total** | | | | | | | | | |
| **INVESTMENTS** | | | | | 650,000 | 650,000 | 650,000 | 650,000 | 650,000 |
| **PLANNED CASH** | 294,801 | 249,257 | 348,759 | 289,759 | (153,087) | (153,087) | (648,371) | (1,129,658) | (1,230,106) |
| **ACTUAL CASH** | $665,599 | $609,652 | $448,456 | $422,956 | $466,944 | $466,944 | -$22,361 | -$564,872 | -$585,321 |
| **DIFF (Not including investment)** | $370,799 | $360,396 | $99,698 | $133,198 | -$29,968 | -$29,968 | -$23,990 | -$85,215 | -$5,215 |

https://docs.google.com/spreadsheets/d/1WVPEN6kX2ZSASJ_GV92cwzKbVn-CxxycIulXqUzVIqA/edit?usp=sharing

Thank you,

.

**Alicia Nuche**
Director of Accounting
**Phone:** 305-281-3475
**Email:** anuche@onpointglobal.com

**Subject:** Re: Payment to Eli
**From:** Bob Bellack <bbellack@onpointglobal.com>
**Sent:** Wed, 10 Jul 2019 12:01:30 -0400
**Cc:** Burt Katz <bkatz@onpointglobal.com>
**To:** Bob Zangrillo <bob@zangrillo.com>

Following up from yesterday...

Eli says he has $700k plus out and they are spending $20k a day.
He said he needs $500k ASAP or he won't be able to keep funding media.

Let me know your thoughts.

Sent from my iPhone

On Jul 9, 2019, at 7:41 PM, Bob Zangrillo <bob@zangrillo.com> wrote:

> I am meeting with Burt in 90 minutes and he will follow up based on our discussion
>
>
> **DRAGON** | GLOBAL
> **Robert Zangrillo**
> *Chairman & CEO*
>
> Mobile: 650 450 3812
> Fax: 650 362 2102
> Email: bob@dragonglobal.com
>
> NOTICE TO RECIPIENT: This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation
>
> On Jul 9, 2019, at 5:36 PM, Bob Bellack <bbellack@onpointglobal.com> wrote:
>
>> I said I would follow up on his behalf. He has about $600k on his credit card. I don't know if Burt had some side bar conversation with him. But as of this AM he asked if it was possible to get the payment   his issue is that he is at the max. This payment would allow him to continue to support marketing and address his own personal liquidity issues.
>>
>> To do that, we need to use some of the funds just received.
>>
>> If you would like, we can also provide written discussion of cash needs for next 60 days. We are in conversations now with Avenue I. We have a call tomorrow and can provided the most up to date outlook. We are operating off of the financials prepared in accordance with the current $5m raise.
>>
>> Sent from my iPhone

**From:** Carter Reum <carter@m13.co>
**Sent:** Tue, 27 Feb 2018 12:09:58 -0800
**Subject:** RE: OnPoint
**To:** Bob Zangrillo <bob@zangrillo.com>
**Cc:** Burton Katz <bkatz@onpointglobal.com>, Megan Black <Megan@dragonglobal.com>

Also I figured just for background I'd send our general overview deck as an update of where we are and where we are spending our time.

M13 Ventures Overview

C

---

**From:** Bob Zangrillo [mailto:bob@zangrillo.com]
**Sent:** Wednesday, February 21, 2018 10:23 AM
**To:** Courtney Reum <courtney@m13.co>; Carter Reum <carter@m13.co>
**Cc:** Burton Katz <bkatz@onpointglobal.com>; Megan Black <Megan@dragonglobal.com>
**Subject:** Re: OnPoint

Courtney
Could you give me a call now to discuss? My cel 650-450-3812
Thanks
Bob

---

**From:** Courtney Reum <courtney@m13.co>
**Date:** Wednesday, February 21, 2018 at 12:56 PM
**To:** Bob Zangrillo <bob@zangrillo.com>, Carter Reum <carter@m13.co>
**Cc:** Burton Katz <bkatz@onpointglobal.com>, Megan Black <Megan@dragonglobal.com>
**Subject:** RE: OnPoint

Hi Bob, I'm unfort in Miami next week (trading places I guess lol) but can't speak for Carter.  I am actually seeing Brian Lee today so I can tee it up, are you thinking of him as an investor, advisor or something else just so I'm clear?

---

**From:** Bob Zangrillo [mailto:bob@zangrillo.com]
**Sent:** Wednesday, February 21, 2018 9:41 AM
**To:** Courtney Reum <courtney@m13.co>; Carter Reum <carter@m13.co>
**Cc:** Burton Katz <bkatz@onpointglobal.com>; Megan Black <Megan@dragonglobal.com>
**Subject:** OnPoint

Courtney and Carter

Are you both available to meet on Tuesday or Wednesday to discuss OnPoint opportunity as well as partnering on opportunities including the LA office?

Also, can you make an introduction to Brian Lee as I would like to discuss OnPoint with him as well.

FYI OnPoint is the data publishing and eCommerce Company I have been speaking with you about over the last several months. I have recently joined as Chairman and have been very active in my role. We are closing our first acquisition this week and I would like to find a way to get both of you involved as it is a true platform we can leverage to build a multi-billion opportunity around service-based and digital eCommerce businesses.

I am copying Megan to coordinate on both fronts.

Bob

**DRAGON** | GLOBAL

PX 25: Declaration of Lashanda Freeman
Attachment AB: Page 6

**Robert Zangrillo**
*Chairman & CEO*

Mobile: <u>650 450 3812</u>
Fax: <u>650 362 2102</u>
Email: <u>bob@dragonglobal.com</u>

NOTICE TO RECIPIENT: This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation

| | |
|---|---|
| **From:** | Bob Zangrillo <bob@zangrillo.com> |
| **To:** | Burton Katz <bkatz@onpointglobal.com> |
| **Cc:** | Arlene Abreu Mahon <amahon@onpointglobal.com> |
| **Subject:** | Re: Business Description |
| **Sent:** | Tue, 13 Feb 2018 13:17:03 +0000 |

Looks good to me


**DRAGON** | GLOBAL
**Robert Zangrillo**
*Chairman & CEO*

Mobile: 650 450 3812
Fax: 650 362 2102
Email: bob@dragonglobal.com

NOTICE TO RECIPIENT: This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation

On Feb 13, 2018, at 8:12 AM, Burton Katz <bkatz@onpointglobal.com> wrote:


Arlene - Please find proposed revision. I tried to keep it dry as E&Y will revert to descriptive rather than marketable content. I think the balance is pretty good for this purpose.
Bob - If you have any proposed revisions best to just work directly with Arlene on it.
--------------------------------------------------------------------------------------------------------------
Headquartered in Miami, FL, OnPoint Global, LLC and its proposed subsidiaries (the "Company" or "OnPoint") is an online consumer business generating revenue through developing and monetizing Signal Data. The Company employs contextual/premium domain names marrying them with instructional content used to assist, enable, and empower people to achieve tasks and accomplish goals. The Company generates revenue through E-commerce and Advertising. Refer to Pro forma transaction perimeter and Scope of work for further details regarding the in-scope entities. Through its online domains, the Company generates revenue from two offerings; refer to (i) diagram at bottom left for proportionate magnitude and (ii) following page for further details.


► E-commerce – First, customers may purchase a "how to" electronic guide created and wholly owned by OnPoint (e.g. how to unsuspend my license, how to acquire a fishing license, how to change my name). Second, customers can purchase a "do it for me" service OnPoint is able to fulfill on a consumer's behalf (i.e. obtaining a birth certificate, acquiring a driver record, distributing a vehicle record). OnPoint fulfills the request on the consumers behalf.

► Advertising – With certain domains, OnPoint gives its guides away for free to obtain Signal Data it can use to market tailored advertising offers to on a performance basis. OnPoint reaches these consumers through an omni-channel marketing approach. In addition, the Company sells its first party data on exclusive basis to a third-party marketing firm Proadvertisers (d.b.a. Zeta Interactive).


--
**Burton Katz**
Founder & CEO
**Phone:** 786-877-8021
**Email:** bkatz@onpointglobal.com