# DECLARATION OF DANIEL GILLENWATER
# PURSUANT TO 28 U.S.C. § 1746

I, *Daniel Gillenwater*, state that I have personal knowledge of the facts and matters set forth below, and if called as a witness would testify competently thereto:

1. I am a U.S. citizen over the age of eighteen years old.

2. I am a Digital Investigative Analyst with The Federal Trade Commission ("FTC") in Washington, D.C. My duties include managing the collection, preservation, examination, and analysis of evidentiary electronically stored information ("ESI"), which the FTC collects through voluntary submissions, discovery, and legal proceedings.

3. I have completed formal classroom training in computer forensics and I am certified by the International Association of Computer Investigative Specialists (IACIS) as a Certified Electronic Evidence Collection Specialist (CEECS).

4. I have completed formal classroom training in the use of forensic software programs from OpenText (EnCase) and the Access Data Corporation Forensic Toolkit (FTK). EnCase and FTK are two computer forensic software packages that are generally accepted by the scientific community for use in acquiring, processing and analyzing ESI. I am EnCE Certified Examiner and have been practicing forensics for more than fifteen (15) years.

5. As a forensic examiner for the FTC, my job duties include providing computer forensic support to FTC attorneys and investigators. In the course of my duties, I was assigned to work on the matter of Burton Katz.

6. On December 16, 2019, with the Receiver's permission, I accessed the admin accounts for comfywalk.com, livinghealthy.com and onpointglobal.com. From the admin console I generated and downloaded spreadsheets that list the users and other account information associated with each account under the domain name. I later forwarded the lists to members of the FTC case team. On December 16, 2019, I also started creating & downloading an archive of the Google email accounts, Google drive storage and hangout text messages hosted by Google for these domains.

7. A working copy of the requested items were provided to the FTC eDiscovery section, who made specific files available to the case team for their review.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 8st day of January, 2020, in Fairfax County, Virginia.

_____

[Daniel Gillenwater]