This site is privately owned and is not affiliated with any government agency. Learn more **here**.



HOW TO APPLY | REQUIREMENTS | STATES | ABOUT US | FAQS | POSTS | CONTACT US



## A Free Guide to Better Understand the **Section 8 Program**

What We Provide:

**Free Guide**
We provide the details you need in one place, free of charge.

**Easy Answers**
Get clear and simple instructions on how to apply for benefits.

**Personalized Offers**
We ask survey questions to connect you with offers. Our survey is optional and not required to get your free guide!

**Get Started**

**Is this a private or government website?** ∧

We are a private company that provides a helpful and free guide. We are not affiliated with or owned by any government agency.

**How does your website make money?** ∨

**What does the guide provide?** ∨

**How can your service help me?** ∨

Learn more about us >>

## Easy access to the answers you need

Countless Americans across the country miss out on benefits they're entitled to, either because they weren't aware or because they didn't know where to start.

That's why we do what we do. You can browse our site for more information.

Here at My-Section-8-Housing.org, our goal is to be your bridge to benefits. We help those seeking to apply for housing assistance by providing them with the information they need to: understand the requirements of the program, learn about the application process and get the most out of their benefits.

**Free Access to Our Guide**          **EXHIBIT A**



We know how difficult it can be to navigate the application process for benefits. That's why, as an independent and private company, we tried to make it easier to understand the process. Our free guide will help you understand the steps you have to take and how to obtain the benefits you are looking for.

How much does our guide cost? $0

Our team of writers has done in-depth research into the program in each state. We've examined official online resources and called public housing agencies to ask the questions that applicants want answered. To do this, we finance our website through ads and advertising partners. Many of our users allow us to share some of their information with our marketing partners so that our marketing partners can send them helpful offers.

**LEARN ABOUT US**

## We Are Here to Help

We provide a **FREE** service that gives the information you need so that you can apply for the benefits you deserve. Learn more here.



**Clear & Simple Instructions**



**Free Easy Guide**



**Personalized Offers**

## Latest Posts



### Learn About Senior Federal Housing Programs

Senior federal housing programs are available to qualified renters and homeowners. Learn more about housing benefits for seniors….

KEEP READING

### How to Buy a Foreclosed Home From the HUD

Wish you didn't have to pay full price to buy a home? HUD sells homes that have been foreclosed on for lower rates. Learn more….

KEEP READING

### How to Apply for an FHA Loan

Looking to buy your first home? Learn how to apply for an FHA loan for first-time homebuyers, including the requirements you'll need to meet….

KEEP READING

### Learn About HUD-VASH Benefits for Veterans

Veterans may qualify for their own housing assistance benefits through HUD-VASH. Learn about requirements and more here….

KEEP READING

Copyright© 2020 My Section 8 Housing, All Rights Reserved.

This site is privately owned and is not affiliated with any government agency. Learn more **here**.

 **MY SECTION 8 HOUSING** a non-government site

**HOW TO APPLY** | REQUIREMENTS | STATES | ABOUT US | FAQS | POSTS | CONTACT US

## Learn How To Apply For Section 8 With Our Help

As an independent and private company, we are proud to help our users to learn about their benefits!

✓ Get Free Assistance with our Guide

✓ Take our optional survey to receive, based on your answers, related offers from our partners!

✓ Keep Updated With Our Free Newsletters

### Get Your Section 8 Application Requirements Guide

**First Name***
test

**Last Name***
test

**Email***
test@gmail.com

**Zip***
10701

By clicking "Continue", I represent that I am 18+ years of age; I understand that this site is privately owned and is not affiliated with, nor endorsed by any government agency, I agree that the personal information I provide you with may be shared with third parties for other marketing purposes, and agree to the Privacy Policy, California Privacy Policy and Terms and Conditions; and agree to receive email marketing from My Section 8 Housing, Fortfynance, MyHousingSolution and its Marketing Partners, as well as understanding that this site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

**Continue ›**

## We Are Here to Help

We provide a **FREE** service that gives the information you need so that you can apply for the benefits you deserve. Learn more here.







**Clear & Simple Instructions**          **Free Easy Guide**          **Personalized Offers**

LEARN MORE ABOUT -

## Learn How to Apply for Section 8 Housing

Low-income families throughout the United States can apply for Section 8 to ask for help with housing costs. Once a person is in the program, they get housing choice vouchers to help pay their rent every month. The federal government pays for this program, but local public housing agencies (PHAs) across each state are the ones that process applications and give out vouchers.

Section 8 Housing Benefits

Affordable Apartments

Rent to Own Houses

Section 8 Vouchers

### RESOURCES

✓ **Requirements**

✓ **How to Apply**

✓ **What is Section 8?**

✓ **HUD**

✓ **Learn About Section 8 Housing Lists**

✓ **FAQs**

SPONSORED SEARCHES



| | |
|---|---|
| section 8 housing applications | low income housing with no waiting list |
| low income apartments for rent | how can i get section 8 immediately |

To apply for Section 8, you have to fill out the application and turn it in to your PHA. The rules for Section 8 are not the same everywhere. The place you want to live has special rules for Section 8. Different places have different rules because not every place is the same. Some PHAs only let you apply online, but others will let you apply in person or by mail. Learning how to apply for Section 8 before you apply can help you get your application ready faster and help you get it right. Find out more about applying for this program and get helpful tips below.

### ADITIONAL RESOURCES

✓ **Programs for U.S. Citizens in Need**

✓ **Disqualifications**

✓ **Fact Sheet**

✓ **Information for Landlords**

✓ **Housing Authority Waiting Lists**

### When can I submit a Section 8 application?

The right time to submit a Section 8 housing application depends on the PHA you want to apply to. Some PHAs will take applications all year and give you benefits faster than others, especially in places where not as many people live.

But a lot of PHAs can only take new applicants during different windows of time because a lot of people need help. This usually happens in places where a lot of people live, like in big cities.

When a lot of people have applied for help, PHAs might close their waiting lists until everyone on the list has gotten help. In some places, there are people that have been waiting for a long time, so the PHA might not know how long it will be until it accepts applications again.

When you are ready to apply for Section 8 housing, you need to make sure that the PHA where you want to live is letting people apply. PHAs have to post a notice to tell you when their waiting lists are open or closed.

## What documents do I need to apply for Section 8?

No matter which PHA you want to use, there is certain information you have to give them. You have to give them documents to show you are allowed to apply for the program.

Whether you can get Section 8 benefits depends on different things like citizenship status, family size, and how much money you and your family that lives with you make. Make sure you have these documents and information ready when you apply for Section 8 benefits:

- Name

- Date of birth

- Social Security Number (SSN)

- U.S. citizenship or immigration documents

- Proof of income and assets

- Disability status, if you are disabled

You have to have this information for each member of your family that lives with you when you apply for Section 8 benefits. A PHA representative might ask for other documents and information in an interview depending on what you already gave them.

## Tips for Applying for Section 8 Housing



SPONSORED SEARCHES

low income housing with no waiting list 🔍    sign up for section 8 housing 🔍

low income housing for seniors 🔍    how to get section 8 immediately 🔍

When you sign up for Section 8, there are a few things you need to remember. This list can help you fill out your application and apply for benefits:

- **Call or visit the PHA to learn about any local rules.** Some PHAs will let people move up on the waiting list if the people are about to be kicked out of their home, are homeless, or something else where they need help very fast.

- **Give as much information as you can with your Section 8 application form.** If you are missing information or your application isn't filled out all the way, it can take longer for

missing information or your application isn't filled out all the way, it can take longer for you to apply for benefits.

- **Be ready to attend your eligibility interview when it is scheduled.** If you miss the interview, they might deny your application.

- **Make sure you are eligible the whole time you are on the waiting list.** It can take months or even years to get your housing voucher, so you have to stay eligible the whole time.

- **Find out if your PHA ever throws out the waiting list.** If it does, you might have to apply again later if you still need help paying for your housing.

## How to Apply for Section 8

There are a lot of ways to apply for Section 8 benefits, but your PHA picks which ways you can apply. The rules might be different at different PHAs. A lot of PHAs will let you apply online, and they keep track of applications online, too. But other PHAs only let you apply in person or by mail.

Make sure follow your PHA's rules and apply the right way, or your PHA might not take your application. If your forms aren't right or if you apply while the waiting list is closed, the PHA will probably deny your application.

### How to Apply for Section 8 Housing in Person

Some PHAs only let you apply for a housing voucher in person. If you want to apply in person, you have to have the right form. You might be able to find the right form at the PHA office, or on the PHA's website so you can print it. After you have all your documents and fill out your application, you turn in the documents and application form at the PHA office.

### How to Apply for Section 8 Online

You might only be allowed to apply for Section 8 online through your PHA's online portal. If you can only apply online, you need to make an account on the portal and fill out the online application form.

You might need to upload your supporting documents here, too. After you finish, you can usually come back to the portal to make changes and see your application status.

### How to Apply for Section 8 Housing by Mail

Some PHAs will let you turn in your application by mail, especially if you are currently living in another city or state. To apply by mail, you have to ask the PHA for an application, or get one on the website if you can.

After you finish your application, you have to mail the form and supporting documents to the address the PHA tells you. Make sure the envelope has the right address to make sure the PHA gets your application.

## What happens after I apply for Section 8?

After your PHA gets your Section 8 application and looks at it, the PHA will send you a notice telling you whether or not you can get benefits. If you are denied because you are not eligible or for another reason, you are allowed to appeal the decision.



SPONSORED SEARCHES

| section 8 housing applications | low income housing with no waiting list |
| low income housing for seniors | how to get section 8 immediately |

If you are approved, you will probably get a randomly assigned spot on the waiting list. If the PHA has enough vouchers to give out, or if you get to move ahead on the waiting list, you may get benefits more quickly.

Remember that when you sign up for Section 8, initial approval does not mean you definitely get a housing voucher. You have to keep meeting all the eligibility requirements until you get to the top of the waiting list, and you have to pass an eligibility interview to get your benefits.

| | | | |
|---|---|---|---|
| ✓ Alabama | ✓ Indiana | ✓ Nebraska | ✓ South Carolina |
| ✓ Alaska | ✓ Iowa | ✓ Nevada | ✓ South Dakota |
| ✓ Arizona | ✓ Kansas | ✓ New Hampshire | ✓ Tennessee |
| ✓ Arkansas | ✓ Kentucky | ✓ New Jersey | ✓ Texas |
| ✓ California | ✓ Louisiana | ✓ New Mexico | ✓ Utah |
| ✓ Colorado | ✓ Maine | ✓ New York | ✓ Vermont |
| ✓ Connecticut | ✓ Maryland | ✓ North Carolina | ✓ Virginia |
| ✓ Delaware | ✓ Massachusetts | ✓ North Dakota | ✓ Washington |
| ✓ Florida | ✓ Michigan | ✓ Ohio | ✓ Washington DC |

| | | | |
|---|---|---|---|
| ✔ Georgia | ✔ Minnesota | ✔ Oklahoma | ✔ West Virginia |
| ✔ Hawaii | ✔ Mississippi | ✔ Oregon | ✔ Wisconsin |
| ✔ Idaho | ✔ Missouri | ✔ Pennsylvania | ✔ Wyoming |
| ✔ Illinois | ✔ Montana | ✔ Rhode Island | |

**NEED HELP?**
Let us help you find everything you need to know with our guide

**GET IT NOW ›**

Copyright© 2020 My Section 8 Housing, All Rights Reserved.

This site is privately owned and is not affiliated with any government agency. Learn more here.



HOW TO APPLY    **REQUIREMENTS**    STATES    ABOUT US    FAQS    POSTS    CONTACT US

## Learn How To Qualify For Section 8 With Our Help

As an independent and private company, we are proud to help our users to learn about their benefits!

✓ Get Free Assistance with our Guide

✓ Take our optional survey to receive, based on your answers, related offers from our partners!

✓ Keep Updated With Our Free Newsletters

### Get Your Section 8 Application Requirements Guide

First Name*
test

Last Name*
test

Email*
test@gmail.com

Zip*
10701

By clicking 'Continue', I represent that I am 18+ years of age; I understand that this site is privately owned and is not affiliated with, nor endorsed by any government agency. I agree that the personal information I provide you with may be shared with third parties for other marketing purposes, and agree to the Privacy Policy, California Privacy Policy and Terms and Conditions; and agree to receive email marketing from My Section 8 Housing, Fortfynance, MyHousingSolution and its Marketing Partners, as well as understanding that this site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

**Continue ›**



## We Are Here to Help

We provide a **FREE** service that gives the information you need so that you can apply for the benefits you deserve. Learn more here.







**Clear & Simple Instructions**        **Free Easy Guide**              **Personalized Offers**

## Learn About Section 8 Requirements

The Section 8 program is the biggest housing assistance program in the United States.  If a person qualifies for the Section 8 program, they may get help to pay for their housing.  This help is called a "housing voucher." The Department of Housing and Urban Development (HUD) is in charge of the program, but local public housing agencies (PHAs) run the program. Not everyone can get a housing voucher. You can only get a housing voucher if you meet your PHA's Section 8 requirements. Some of the requirements look at your income, because you have to make less than a set amount of money per year. That is called an income limit. Other requirements look at how many people in your family live with you and whether you and your family are United States citizens.



SPONSORED SEARCHES

| sign up for section 8 housing | 🔍 | how can i get section 8 immediately | 🔍 |
| do i qualify for section 8 | 🔍 | low income apartments for rent | 🔍 |

The rules for Section 8 are not the same everywhere.  The place you want to live may have special rules for Section 8. For example, the income limit depends on what the middle range of household income is where you want to live. So when one place has a higher middle range or "median" household income, the Section 8 income limit might be higher. A lot of the housing vouchers are saved for people with the lowest income. If you want to use a housing voucher, you can only use it on a home that follows the Section 8 rules. It is important for you to learn everything you can about the rules so you can make sure you follow them.

### What are the main requirements for Section 8?

As the biggest housing assistance program in the country, Section 8 helps thousands of low-income families each year who can't afford homes. People who meet Section 8's requirements can get housing vouchers, which help pay for a lot of their home rental costs.

If you want to apply for the Section 8 program, you have to meet all the requirements. Different PHAs have some different rules, but some rules are standard no matter where you apply:



LEARN MORE ABOUT -

Section 8 Housing Benefits

Affordable Apartments

Rent to Own Houses

Section 8 Vouchers

## RESOURCES

✓ **Requirements**

✓ **How to Apply**

✓ **What is Section 8?**

✓ **HUD**

✓ **Learn About Section 8 Housing Lists**

✓ **FAQs**

## ADITIONAL RESOURCES

✓ **Programs for U.S. Citizens in Need**

✓ **Disqualifications**

✓ **Fact Sheet**

✓ **Information for Landlords**

✓ **Housing Authority Waiting Lists**

- **Citizenship and legal status**. You can only apply if you are a US citizen or a qualified non-citizen.

- **Rental history.** Some PHAs may look into your rental history to see if you've ever been evicted or if you've gotten housing assistance before.

- **Income and assets.** Section 8 income limits are one of the most important things if you want to apply for Section 8. Your PHA will tell you that you can only apply for Section 8 if you make less than the income limit. If your yearly gross household income (before taxes) is more than the limit, you cannot get benefits from Section 8.

- **Family members.** When you apply, you have to give information about all of your family members that live with you in your home.  You have to give their names, ages and disability statuses. The number of people who live with you can change what your income limit might be.

**Note:** Some PHAs have their own rules that can move some applications to the front of the line. If someone is homeless or about to be homeless, the rules might let them move to the front of the line for a housing voucher. Also, if someone is about to be forced out of their home, they might move to the front of the line.

### Find Out About Documents for Section 8

When you are ready to apply for the Section 8 program, you have to fill out the application and give all of the documents that the application asks for. Your documents will tell the PHA whether you can get Section 8 benefits. You will need all of these documents:

- Proof of U.S. citizenship or qualified immigration status

- Proof of income

- Proof of financial assets

- Social Security Numbers (SSNs)

You need all of those documents for every person who lives with you, too. After you give the PHA your documents, the PHA might want to talk to you. If the PHA wants to talk to you, they might ask you for more documents.

Some other things the PHA might ask you for are medical documents that show you have a disability. The PHA might ask you for the name and phone number of your landlords. The PHA might ask you for proof of how much you spend on things like childcare costs, too. The PHA will also run a criminal background check to see if you can get Section 8 benefits.

## Section 8 Income Limits



SPONSORED SEARCHES

| sign up for section 8 housing 🔍 | how to get section 8 immediately 🔍 |
| do i qualify for section 8 🔍 | find section 8 housing near me 🔍 |

Different PHAs have different income limits. Your income limit is one thing that decides whether you can get Section 8 benefits. You need to know what your PHA says your income limit is. If you make more than your PHA's income limit, you won't qualify for Section 8 benefits.

Usually, you can find out what the income limit is if you know your area's median income. You can find out what your area's median income is by asking your PHA. If you want to qualify for Section 8 benefits, your income has to be less than half of your area's median income. So, you take your area's median income and divide it by 2.

But PHAs have to make sure that they give at least 75% of their Section 8 money to people with even lower incomes. People who make less than 30% of the median income are first in line for Section 8 benefits. To find out if you make less than 30% of the median income, you take your area's median income and divide it by about 3. If you make less than that, you make less than 30% of the median income.

For every person that lives with you who is an adult, the PHA needs to look at how much money they make. To find out how much money a person makes, you have to add tips, child support, and Supplemental Security Income (SSI). You have to look at things you own, too. This means that you have to add the money you have in your bank accounts to find out how much you make.

## What are the housing requirements for Section 8?

After you see if you can get Section 8 benefits, you have to find a place to live. You can pick a home that is best for your family. You can pick an apartment or a house.

But your home has to have 3 things. All 3 things are important. If your home doesn't have all 3 things, your Section 8 benefits won't pay for it. These are the requirements your home has to meet:

- **Safe and Clean.** Some from the PHA has to look at the home before you move in. They look to see if the home has anything dangerous, like electrical problems. They also look to make sure that things like the air and the bathrooms are clean and safe for you to use.

- **Low Cost.** Your PHA will say how much it will pay you for your rent every month. The PHA looks at how much other people pay for rent where you live and that helps decide what the cost should be. If you pick a home that costs more than what the PHA will pay, that is okay. But, if your monthly rent costs more than what the PHA will pay, you have to pay for the extra amount.

- **You Can Pay With Housing Vouchers.** If you pick a home that doesn't already let you pay your rent with a housing voucher, you can only use your housing voucher to pay rent if your landlord agrees to the Section 8 requirements and lets you pay your rent with your housing voucher.

## What happens if I don't meet the Section 8 requirements?

If you don't meet the Section 8 requirements, your PHA will deny your application and will not give you Section 8 benefits. There are a lot of reasons your PHA might deny your application. Some of these reasons are:



SPONSORED SEARCHES ⓘ

| sign up for section 8 housing 🔍 | how to get section 8 immediately 🔍 |
| do i qualify for section 8 🔍 | find section 8 housing near me 🔍 |

- You or a family member cannot show citizenship or immigration documents.

- Your family makes more than the Section 8 income limits.

- You or a family member have a drug-related conviction while you had housing benefits.

- You committed fraud on your Section 8 application.

After you get Section 8 benefits, you always have to meet all the requirements.  So, if you make more money or less money, you have to tell your PHA.  If one of your family members stops living with you, or if another family member comes to live with you, you have to tell your PHA. The PHA can stop giving you Section 8 benefits if:

- You (or your family that lives with you) make more money than the income limit.

- You or a family member are evicted from your home.

- You break the rules of the Section 8 program.

If the PHA does not give you Section 8 benefits or stops giving you Section 8 benefits, you are allowed to ask them about it.  If the PHA denies your application for Section 8 benefits, it will give you a notice.  The notice will tell you how to ask the PHA to look again, to see if they will give you Section 8 benefits.

- ✓ Alabama
- ✓ Alaska
- ✓ Arizona
- ✓ Arkansas
- ✓ California
- ✓ Colorado
- ✓ Connecticut
- ✓ Delaware
- ✓ Florida
- ✓ Georgia
- ✓ Hawaii
- ✓ Idaho
- ✓ Illinois

- ✓ Indiana
- ✓ Iowa
- ✓ Kansas
- ✓ Kentucky
- ✓ Louisiana
- ✓ Maine
- ✓ Maryland
- ✓ Massachusetts
- ✓ Michigan
- ✓ Minnesota
- ✓ Mississippi
- ✓ Missouri
- ✓ Montana

- ✓ Nebraska
- ✓ Nevada
- ✓ New Hampshire
- ✓ New Jersey
- ✓ New Mexico
- ✓ New York
- ✓ North Carolina
- ✓ North Dakota
- ✓ Ohio
- ✓ Oklahoma
- ✓ Oregon
- ✓ Pennsylvania
- ✓ Rhode Island

- ✓ South Carolina
- ✓ South Dakota
- ✓ Tennessee
- ✓ Texas
- ✓ Utah
- ✓ Vermont
- ✓ Virginia
- ✓ Washington
- ✓ Washington DC
- ✓ West Virginia
- ✓ Wisconsin
- ✓ Wyoming

**NEED HELP?**
Let us help you find everything you need to know with our guide

**GET IT NOW ›**

TERMS & CONDITIONS | MARKETING PARTNERS | DATA PRIVACY NOTICE | GETTING YOUR GUIDE | CONTACT US | CALIFORNIA PRIVACY R. REQUEST | CALIFORNIA OPT-OUT

Copyright© 2020 My Section 8 Housing, All Rights Reserved.



This site is privately owned and is not affiliated with any government agency. Learn more here.

HOW TO APPLY     REQUIREMENTS     STATES     ABOUT US     FAQS     POSTS     CONTACT US

## States

Click below for state-specific information:

| | | | |
|---|---|---|---|
| ✔ Alabama | ✔ Indiana | ✔ Nebraska | ✔ South Carolina |
| ✔ Alaska | ✔ Iowa | ✔ Nevada | ✔ South Dakota |
| ✔ Arizona | ✔ Kansas | ✔ New Hampshire | ✔ Tennessee |
| ✔ Arkansas | ✔ Kentucky | ✔ New Jersey | ✔ Texas |
| ✔ California | ✔ Louisiana | ✔ New Mexico | ✔ Utah |
| ✔ Colorado | ✔ Maine | ✔ New York | ✔ Vermont |
| ✔ Connecticut | ✔ Maryland | ✔ North Carolina | ✔ Virginia |
| ✔ Delaware | ✔ Massachusetts | ✔ North Dakota | ✔ Washington |
| ✔ Florida | ✔ Michigan | ✔ Ohio | ✔ Washington DC |
| ✔ Georgia | ✔ Minnesota | ✔ Oklahoma | ✔ West Virginia |
| ✔ Hawaii | ✔ Mississippi | ✔ Oregon | ✔ Wisconsin |
| ✔ Idaho | ✔ Missouri | ✔ Pennsylvania | ✔ Wyoming |
| ✔ Illinois | ✔ Montana | ✔ Rhode Island | |

### NEED HELP?
Let us help you find everything you need to know with our guide

**GET IT NOW ›**

TERMS & CONDITIONS | MARKETING PARTNERS | PRIVACY POLICY | GETTING YOUR GUIDE | CONTACT US | CALIFORNIA PRIVACY R. REQUEST | CALIFORNIA OPT-OUT

Copyright© 2020 My Section 8 Housing, All Rights Reserved.

This site is privately owned and is not affiliated with any government agency. Learn more **here**.

 **MY SECTION 8 HOUSING** a non-government site

HOW TO APPLY    REQUIREMENTS    STATES    ABOUT US    FAQS    POSTS    CONTACT US

## Learn How To Apply For Section 8 With our Help in Alabama

As an independent and private company, we are proud to help our users to learn about their benefits!

✓ Get Free Assistance with our Guide

✓ Take our optional survey to receive, based on your answers, related offers from our partners!

✓ Keep Updated With Our Free Newsletters

### Get Your Section 8 Application Requirements Guide

**First Name***

ds

**Last Name***

da

**Email***

test@gmail.com

**Zip***

32323

By clicking "Continue", I represent that I am 18+ years of age; I understand that this site is privately owned and is not affiliated with, nor endorsed by any government agency, I agree that the personal information I provide you with may be shared with third parties for other marketing purposes, and agree to the Privacy Policy, California Privacy Policy and Terms and Conditions; and agree to receive email marketing from My Section 8 Housing, Fortfynance, MyHousingSolution and its Marketing Partners, as well as understanding that this site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

**Continue ›**

## We Are Here to Help

We provide a **FREE** service that provides all the information you need so that you can apply for the benefits you deserve. Learn more about us here.





**Clear & Simple Instructions**                **Free Easy Guide**                **Personalized Offers**

# Learn About Section 8 Housing in Alabama

The housing choice voucher program, also known as Section 8, is a federal program run by the U.S. Department of Housing and Urban Development (HUD). It aims to provide safe and affordable homes to low-income families and Americans in need. Overall, the goal of the program is to give needy families the means to improve their situations.



SPONSORED SEARCHES

| how can i get section 8 immediately | sign up for section 8 housing |
| low income senior housing | low income apartments for rent |

Families with stable housing have room in their budget to pay for other living expenses and save for homes of their own. On a state level, an estimated 196,000 residents receive assistance with low-income housing in Alabama from federal programs. Moreover, 68 percent of these recipients are made up of seniors, children and people with disabilities.

You may qualify for the Section 8 housing program if you meet the income criteria and the waiting list in your county is open. In the event that you are approved for this type of assistance, you may be able to move into a HUD housing home, such as a single-family house, townhouse or apartment.

On the other hand, be mindful that the landlord or owner must be approved by your local Public Housing Agency (PHA). To learn more about eligibility requirements, the application process and waiting lists, read below.

## Discover Alabama Section 8 Requirements

It is important to read through the Alabama Section 8 requirements for eligibility so that you can determine whether the application process is worth your time. Generally, your eligibility is based on three main factors:

- The total annual gross income of all working family members in your household



LEARN MORE ABOUT -

Section 8 Housing Benefits

Affordable Apartments

Rent to Own Houses

Section 8 Vouchers

## RESOURCES

✓ **Requirements**

✓ **How to Apply**

✓ **What is Section 8?**

✓ **HUD**

✓ **Learn About Section 8 Housing Lists**

✓ **FAQs**

## ADITIONAL RESOURCES

✓ **Programs for U.S. Citizens in Need**

✓ **Disqualifications**

✓ **Fact Sheet**

✓ **Information for Landlords**

✓ **Housing Authority Waiting Lists**

- The size of your family

- Your citizenship status in the U.S.

If your gross income does not exceed 50 percent of the median income for your area, you may meet the Section 8 eligibility for housing vouchers. Note that the area refers to the county or town where you plan to live in. If you want to move outside of your current town, you must meet the income criteria for that particular area of residence.

Any income earned by children who are 17 years of age or younger will not be counted toward the Section 8 income limits. However, unearned income for minors may be counted. Other forms of income that are not counted include certain foster care payments and adoption assistance payments. Additional income rules exist for full-time students who are 18 years of age or older and still dependents.

Moreover, Section 8 qualifications state that if your family does not exceed even 30 percent of the median income for your area and your local PHA has an open waitlist, it is extremely likely that you will be placed on the waitlist. This is because of a law that requires PHAs to offer a certain percentage of their vouchers to applicants who fall in this category. Note that median incomes vary from location to location, which means that families may qualify in one area but not another.

Furthermore, meeting the Alabama Section 8 eligibility requirements depends on the size of your family as well, because your household's gross income will be compared to the number of people living in your family. A PHA will also factor in how many family members are children, dependents or disabled.

Finally, you must live in Alabama to apply through a PHA, and you must be a U.S. citizen or a legal resident in the country. For example, if you have a valid visa for work purposes, you may qualify for the program. Your local PHA will likely ask you to confirm your citizenship or legal residency with a birth certificate or a government-issued document that lists your Social Security Number (SSN), among other documents.

## How to Apply for Section 8 Housing in Alabama

Learning how to file a Section 8 application in Alabama is relatively straightforward if you follow the instructions of your local PHA. This is particularly important because different offices may have different steps or restrictions on application methods.

If you plan to apply for Section 8, you must contact your local PHA. In general, you may contact the office by phone, fax or email. Moreover, you may visit the office in person

contact the office by phone, fax or email. Moreover, you may visit the office in person.

Filing a Section 8 application will require you to submit a great deal of personal information. Thus, it is important to make sure that you have all the required identification documents and employment documents at hand, as this will help to ease the process. For instance, you may be asked about:

- The names and ages of each family member in your household.

- The employment status of working family members.

- The job titles of working family members and how much they earn in gross annual income.

- The number of children and dependents in your family.

- Whether any family members are disabled or have a serious illness.

- Whether you receive assistance for foster care or adoption care.

- Your tax returns.

While some PHAs have multiple application methods, you may not be able to complete the AL Section 8 application online. Moreover, you are typically not eligible to apply online if you are not a U.S. citizen. As such, if you must visit an office in person to file an application, make sure to bring all relevant documentation.

After you apply, you may be interviewed by a PHA employee. The interview may help your local PHA verify certain information about you. It is also a chance for you to ask questions about the program.

## Understanding Section 8 Waiting Lists in Alabama



The Section 8 waiting list is a list of qualified applicants who have yet to receive their housing choice vouchers. However, the demand for vouchers is so high that not every eligible candidate is able to receive them in a timely manner. Some waiting lists even close indefinitely so that local PHAs can focus on their current recipients.

Fortunately, there are still PHAs in AL that have open waitlists. You may also receive

preference if you are homeless or already live in substandard housing. On the other hand, be mindful that you are not guaranteed to receive a housing voucher if you get on the list.

SPONSORED SEARCHES

sign up for section 8 housing   how can i get section 8 immediately

low income housing for seniors   section 8 waiting list status

As a general rule, your Section 8 waiting list status in Alabama always depends on your level of income. If you reach the top of the waitlist after waiting for a year but started a new job with a higher salary, you may no longer qualify. Thus, it is important to notify your PHA of any income changes while you are on the waitlist.

### Learn About Alabama Section 8 Housing Lists

A Section 8 housing list in Alabama is a list of homes available for rent or purchase through the housing choice voucher program. Generally, your PHA will give you access to a list of available homes once you reach the top of the waitlist. You may then select a home based on the price of rent, the number of people in your family and other factors. Note that the process for home selections may differ from county to county.

## Contact Information

| Name | Phone Number | Address | Director |
|------|--------------|---------|----------|
| Birmingham Field Office | 205-731-2617 | 950 22nd Street North, Suite 900 Birmingham, AL 35203 | Michael L. Browder |

**NEED HELP?**
Let us help you find everything you need to know with our guide

**GET IT NOW ›**

TERMS & CONDITIONS | MARKETING PARTNERS | PRIVACY POLICY | GETTING YOUR GUIDE | CONTACT US | CALIFORNIA PRIVACY R. REQUEST | CALIFORNIA OPT-OUT

Copyright© 2020 My Section 8 Housing, All Rights Reserved.

This site is privately owned and is not affiliated with any government agency. Learn more **here**.

 MY SECTION 8 HOUSING
a non-government site

HOW TO APPLY    REQUIREMENTS    STATES    **ABOUT US**    FAQS    POSTS    CONTACT US

## About Us

Have you ever tried to submit an application to the government?

The process can seem complicated. It can involve lots of different forms, documents, steps to complete and even different ways to submit your request.

So if you're asking yourself, "Can I get some help?" you're not alone.

That's where we come in.

### We are not the government.

We're an independent private company with 0 bias and 1 goal – to help you get access to the benefits you deserve by providing the details you need.

This whole company started when one of our founders wished they had gotten some help while trying to submit an application to the government.

Now we're here to help YOU achieve your goals with free up-to-date information.

### Our #1 Goal

So many Americans across the country miss out on benefits they're entitled to, either because they didn't know about the benefits or because they didn't know where to start.

That's why we do what we do.

Here at My-Section-8-Housing.org, our goal is to be your **bridge to benefits**.

We help people who want to apply for housing benefits by giving them the information to:

- Understand the requirements of the program.

- Fill out an application that has all the right information.

- Get the most out of their benefits.

We give you the information you need so that you can apply for the benefits you deserve.

### *How does it work?*

**1. We Research**
Our team of writers has done a lot of research into the Section 8 program in each state. We've tried to look at all the information available online. We've also called local offices to ask the questions that you want answers to.

**2. We Make It Easy**
Then we take important details and present them in a way that's clear and easy to understand so that you can take action immediately.

We keep looking online and calling local offices, even if we already looked or called a few months ago. We go through these steps on a regular basis, at least every 6 months, to give you as much helpful up-to-date information as we can.

## The Information You Need – Clear & Simple

We know it can be hard to figure out how to apply for benefits. That's why we make it our priority to give you the information you need in a way that's easy and quick to understand.

## Our Guide Is 100% Free

You won't have to pay money for any information that we give on our website. You won't even have to pay money for our guide that tells you all about the rules, how to apply and more.

My-Section-8-Housing.org costs $0 for you to use because you're entitled to all of this free information!

The way our website is financed is through website ads and affiliate marketing. Many of our users let us share some of their information with our marketing partners, so they can send them offers related to their interests.

You can rest assured that all the details on our site are researched to provide you with up-to-date information.

## Protecting Your Privacy

We believe in the importance of keeping your data safe. If you decide to provide your data to us using our website, we use many different protections to help keep it safe. To learn more about how we protect your information, check out our Privacy Policy and Terms & Conditions.

## We're Here to Help

We want you to get the assistance you deserve.

Learning about requirements and how to apply may be the only step in your way of receiving life-changing financial assistance.

Let us help you bridge the gap,

THE MY SECTION 8 HOUSING TEAM.

**NEED HELP?**
Let us help you find everything you need to know with our guide

**GET IT NOW ›**

TERMS & CONDITIONS | MARKETING PARTNERS | PRIVACY POLICY | GETTING YOUR GUIDE | CONTACT US | CALIFORNIA PRIVACY R. REQUEST | CALIFORNIA OPT-OUT

Copyright© 2020 My Section 8 Housing, All Rights Reserved.

This site is privately owned and is not affiliated with any government agency. Learn more **here**.

MY SECTION 8 HOUSING
a non-government site

HOW TO APPLY | REQUIREMENTS | STATES | ABOUT US | **FAQS** | POSTS | CONTACT US

## FAQs

Here at My-Section-8-Housing.org, we want to give everything you *need* so that you can apply for the benefits you *deserve*. We aren't the government, and our company is private. We find out what you need to know, we give you the facts, and we give them to you for free.

If you're trying to get help to pay for your home, we want to give you information so that you can:

- Understand the requirements for you to get benefits.
- Fill out an application that has the right information.
- Get the most out of your benefits.

**Table of Contents**

1. Want to learn about us?
2. Where do we get our information?
3. Are we the government?
4. Is my information protected?
5. Can I apply for Section 8 if I get other government assistance?
6. Can I apply to any housing authority I want?
7. What happens if my PHA's Section 8 waiting list is closed?
8. How long does it take to get my benefits?
9. What are the special rules for Section 8 waiting lists?
10. How can I check the status of my Section 8 application?
11. Where can I use my Section 8 housing benefits?
12. How do I find low-income housing options?
13. How much of my rent will the housing authority pay?

14. What do I have to do to keep my Section 8 benefits?

15. What does a Section 8 landlord have to do?

16. If I move, can I keep my Section 8 housing benefits?

17. Can I use my benefits to buy a home?

18. What happens if I get a Section 8 denial?

19. What other benefits does HUD have to help pay for a home?

## 1.    Want to learn about us?

We aren't the government, and our company is private.  We find out what you need to know, we give you the facts, and we give them to you for free.  Our goal is to give the details you need – in a clear and simple way – so that you can meet your goals.

## 2.    Where do we get our information?

Our team of writers has done a lot of research on the things you need. We've looked at the most important information online.  We called local offices to ask the questions that you want answers to. We keep looking online and calling local offices, even if we already looked or called a few months ago.  We do our best to give you information that isn't old, because we want to give you information that helps you.

Then we take the important things you need to know and give them to you in a way that's clear and easy to understand.

## 3.    Are we the government?

No, we are not the government, and our company is private.  We find information that's already online, but we put it together in one place to make things easier for you. We want to look at all the good places to get information and give you the best help that we can.

## 4.    Is my information protected?

We think it's important to keep your data safe.  If you decide to give us your data, we will do our best to keep it safe.  To learn more about how we protect your information, check out our Privacy Policy and Terms & Conditions.

## 5.    Can I apply for Section 8 if I get other government assistance?

If you don't make more money than the Section 8 income limits, you might be allowed to get Section 8 benefits even if you get other

2e74447e19bb400d

government benefits. When the PHA looks at your information, it looks at a lot of things to see how much money you make. Some of the things the PHA looks at are:

- Your work checks and tips.

- If you get money from unemployment.

- If someone pays you child support.

- If you get money from the Temporary Assistance for Needy Families (TANF) program.

If you and your family that lives with you make more money than your PHA's income limit, you can't get Section 8 benefits.

### 6.    Can I apply to any housing authority I want?

If you do not already get Section 8 benefits, you can apply to any PHA that still has benefits to give out. It doesn't matter where you live when you apply. There are different PHAs that are in different places. Your state might have a lot of PHAs where you can apply.

Every PHA has its own rules. So every PHA might have different income limits. And every PHA might have different rules for you to apply. Make sure you know the rules for a PHA before you apply.

### 7.    What happens if my PHA's Section 8 waiting list is closed?

If your PHA is not letting people apply right now, you have to wait until they start taking applications. Or, you can apply at a different PHA. PHAs have to tell people if they stop letting people apply. They also have to tell people when they are allowed to apply again. If the PHA isn't letting people apply right now, you can apply for Section 8 at a different PHA. You can even apply at more than one PHA at a time.

### 8.    How long does it take to get my benefits?

Usually, every PHA has a waiting list for people who want to apply. This is because a lot of people want benefits, but there isn't enough money to give benefits to everyone. There might be a lot of other people who are ahead of you in line when you apply for benefits. Sometimes, you might wait months or even years to get Section 8 benefits.

When a PHA has a waiting list for people to apply, sometimes it doesn't pick people just by looking at when they applied. So, you might not get Section 8 benefits because of your place in line. But sometimes you can get Section 8 benefits because of your place in line, if your PHA has a rule that lets you get benefits faster.

### 9.    What are the special rules for Section 8 waiting lists?

PHAs decide whether you get benefits by looking at how much money you make. Sometimes, a PHA has special rules that might move you up in line to get Section 8 benefits. These help people move up in line if they need help as soon as they can get it.

If a person meets one of the special rules, he or she can move ahead in the line for Section 8 benefits. A lot of PHAs have special rules so that people can move up in line if they are:

- Homeless.
- About to be kicked out of their home.
- Spending more than 50 percent of household income on rent.
- Living in insufficient housing.

## 10.   How can I check the status of my Section 8 application?

Once you get on the waiting list, you need to keep an eye on your application and make sure you give any information that they ask for. This will help get you ready for your interview when the PHA has Section 8 benefits ready for you.

Some PHAs have an online portal where you can check on your application. If you had given your forms to the PHA in person, you may need to talk to the PHA for more information about your status.

No matter what, the PHA will send you a formal notice when it is time to schedule your meeting to get your benefits. Make sure you go to this meeting, or the PHA may deny your application.

## 11.   Where can I use my Section 8 housing benefits?

Once you have your Section 8 voucher, you can use it on any home in your PHA's area, as long as it is the right size for your family. You can use it on apartments, townhouses and single-family homes, based on the size and needs of your family.

But you have to make sure that the landlord of the home you want will let you pay your rent with a housing voucher. The PHA has to inspect the home before you can move in to make sure it is:

- Safe
- Clean
- Low-Cost.

## 12.   How do I find low-income housing options?

Your PHA can tell you where you can look for a home. Or, you can use a Section 8 housing list to help you find a home to rent.

Section 8 housing lists usually show you homes that will let you pay your rent with a housing voucher. Even if you don't use a housing list, you can look for a home on any apartment list website and ask the landlord if he or she is willing to let you pay your rent with a housing voucher.

### 13. How much of my rent will the housing authority pay?

Before you get your housing voucher, the PHA will see how much it will pay. How much the PHA will pay depends on: (1) the cost of living in your area, and (2) how much money you make (this means the money your family makes if they live with you, too). These two things will tell the PHA how much of your rent your housing voucher will pay.

Usually, you can figure out how much the housing voucher will pay by finding out two things, and seeing which one is less money. The housing voucher will usually pay whichever one is less: (1) the payment standard that the PHA comes up with, OR (2) the rent cost, but subtract 30 percent of your family's income every month. No matter what, you always have to subtract the 30 percent to determine how much the housing voucher will pay.

You can pick a rental home that costs the same as the payment standard. Or you can pick a home that costs more than the payment standard. If you choose a home that costs more than the payment standard, you will have to pay everything that isn't covered.

### 14. What do I have to do to keep my Section 8 benefits?

When you get a housing voucher, you have to follow the rules. You have to follow the rules in your lease, and you have to follow the rules for Section 8 benefits. If you don't, you might lose your benefits. Here are some things you have to do:

- Pay the security deposit, if there is one.
- Make your rent payments on time to cover your part of your rent.
- Take care of your home.
- Tell the PHA if the family living with you changes, or if any of you start making more or less money.

### 15. What does a Section 8 landlord have to do?

If a landlord lets people pay for rent with a housing voucher, the landlord has to follow the rules. Here are some of the rules the landlord has to follow:

- Keep the home safe and clean.

- Let the PHA come look at the home when they need to.

- Follow the rules in the lease.

## 16.   If I move, can I keep my Section 8 housing benefits?

Yes. You can take your benefits with you when you move. But you have to follow the rules.

For example, you have to tell your PHA before you move.  You also have to end your lease for the home you live in now.  Your new home has to be safe, clean, and low-cost.  Also, you may need to meet additional requirements that are specific to the PHA of your new area.

Keep in mind that each PHA has its own guidelines for inspections and income limits based on the area. Contact the PHA in your new area before you move to learn about any specific requirements that you will need to meet.

## 17.   Can I use my benefits to buy a home?

Yes.  Instead of a housing voucher, you might be able to get a homeownership voucher.  A homeownership voucher will pay some of the costs if you buy a home.  But some PHAs don't give homeownership vouchers.

To get a homeownership voucher, you still have to apply just like with a housing choice voucher. You have to do other things too.  You have to:

- Be a first-time homeowner.

- Go to a housing counseling program.

- Meet certain job and income rules.

## 18.   What happens if I get a Section 8 denial?

If you do not meet Section 8 requirements, the PHA will send you a notice of denial from the program. The PHA can stop your benefits if you don't follow the rules.  There are other reasons the PHA might stop your benefits, too.

If the PHA denies your benefits and you think the PHA was wrong, you can file an appeal. When you file an appeal, you ask for a hearing.  In the hearing, the PHA will look again to see if you can have Section 8 benefits.

Your denial notice will tell you how to file an appeal. Your denial notice will tell you the last day you can file an appeal, too.  If you want to file an appeal, make sure you file it before the deadline.

**19.   What other benefits does HUD have to pay for a home?**

HUD has more benefits than just Section 8. For example, sometimes a PHA will be the landlord, and HUD lets some people rent a home from the PHA.

HUD also helps low-income families buy a home. HUD helps first-time homebuyers, law enforcement officers, teachers, and other public servants.

| | | | |
|---|---|---|---|
| ✔ Alabama | ✔ Indiana | ✔ Nebraska | ✔ South Carolina |
| ✔ Alaska | ✔ Iowa | ✔ Nevada | ✔ South Dakota |
| ✔ Arizona | ✔ Kansas | ✔ New Hampshire | ✔ Tennessee |
| ✔ Arkansas | ✔ Kentucky | ✔ New Jersey | ✔ Texas |
| ✔ California | ✔ Louisiana | ✔ New Mexico | ✔ Utah |
| ✔ Colorado | ✔ Maine | ✔ New York | ✔ Vermont |
| ✔ Connecticut | ✔ Maryland | ✔ North Carolina | ✔ Virginia |
| ✔ Delaware | ✔ Massachusetts | ✔ North Dakota | ✔ Washington |
| ✔ Florida | ✔ Michigan | ✔ Ohio | ✔ Washington DC |
| ✔ Georgia | ✔ Minnesota | ✔ Oklahoma | ✔ West Virginia |
| ✔ Hawaii | ✔ Mississippi | ✔ Oregon | ✔ Wisconsin |
| ✔ Idaho | ✔ Missouri | ✔ Pennsylvania | ✔ Wyoming |
| ✔ Illinois | ✔ Montana | ✔ Rhode Island | |

**NEED HELP?**
Let us help you find everything you need to know with our guide

**GET IT NOW ›**

TERMS & CONDITIONS | MARKETING PARTNERS | PRIVACY POLICY | GETTING YOUR GUIDE | CONTACT US | CALIFORNIA PRIVACY R. REQUEST | CALIFORNIA OPT-OUT

Copyright© 2020 My Section 8 Housing, All Rights Reserved.

This site is privately owned and is not affiliated with any government agency. Learn more **here**.

**MY SECTION 8 HOUSING**
a non-government site

HOW TO APPLY | REQUIREMENTS | STATES | ABOUT US | FAQS | **POSTS** | CONTACT US

## Posts



### Learn About Senior Federal Housing Programs

Senior federal housing programs are available to qualified renters and homeowners. Learn more about housing benefits for seniors…. Continue Reading



### Learn About HUD-VASH Benefits for Veterans

Veterans may qualify for their own housing assistance benefits through HUD-VASH. Learn about requirements and more here…. Continue Reading



### How to Apply for an FHA Loan

Looking to buy your first home? Learn how to apply for an FHA loan for first-time homebuyers, including the requirements you'll need to meet…. Continue Reading



### How to Buy a Foreclosed Home From the HUD

Wish you didn't have to pay full price to buy a home? HUD sells homes that have been foreclosed on for lower rates. Learn more…. Continue Reading



### Learn About Section 8 Housing Authority Waiting Lists

After submitting your application for Section 8, you do not always get a voucher right away. Instead, you may be… Continue Reading

1 2 »

Copyright© 2020 My Section 8 Housing, All Rights Reserved.

This site is privately owned and is not affiliated with any government agency. Learn more **here**.

**MY SECTION 8 HOUSING**
a non-government site

HOW TO APPLY   REQUIREMENTS   STATES   ABOUT US   FAQS   **POSTS**   CONTACT US

## Posts



### Information for Landlords Participating in the Section 8 Housing Program

Section 8 housing is a federal program designed to provide rental assistance to low income families, including applicants with disabilities… Continue Reading



### Learn Statistics From the Section 8 Housing Fact Sheet

The Housing Choice Voucher Program, or Section 8, contributes funds toward rent expenses for low-income families. This federally funded program… Continue Reading



### Learn About Section 8 Housing Disqualifications

If you apply for the Housing Choice Voucher (HCV) program in any state, it is important to know that you… Continue Reading



### Learn About Government Programs for U.S. Citizens in Need

If you are a low-income U.S. citizen looking for financial help, the U.S. government has implemented a variety of programs… Continue Reading

«12

TERMS & CONDITIONS | MARKETING PARTNERS | PRIVACY POLICY | GETTING YOUR GUIDE | CONTACT US | CALIFORNIA PRIVACY R. REQUEST | CALIFORNIA OPT-OUT

Copyright© 2020 My Section 8 Housing, All Rights Reserved.

This site is privately owned and is not affiliated with any government agency. Learn more **here**.

 **MY SECTION 8 HOUSING**
a non-government site

HOW TO APPLY | REQUIREMENTS | STATES | ABOUT US | FAQS | POSTS | **CONTACT US**

## Contact Us

Here at My-Section-8-Housing.org, we want to give you all the information that you need so that you can apply for the benefits you deserve.

Have questions that HUD or your PHA hasn't answered? Don't hesitate to reach out to us.

Please remember that your questions aren't sent to any government agency. We are a private company that gives free help and information.

Just fill out this simple form and we'll get back to you as soon as we can.

**Name** *

Name

**Email** *

Email

**Message** *

Message

Submit

Copyright© 2020 My Section 8 Housing, All Rights Reserved.





Done!  Survey  Confirmation

### Your Guide Is On Its Way!

Survey

### Please Answer The Questions Below

## Enter Your Address

**Street Address:**
123 main st

**City:**
Yonkers

**State:**
New York

**Continue ›**

? F.A.Q

If you want to learn more about the usage of your information please visit our Privacy Policy.

Want to learn about who we are? Please visit our About. You will receive your free guide as soon as you provide your email address. You are not required to participate in our survey, answer questions and no purchase is needed in order to get your free guide. We aren't owned, operated or endorsed by any government agency.

TERMS & CONDITIONS | MARKETING PARTNERS | DATA PRIVACY NOTICE | GETTING YOUR GUIDE | CONTACT US | CALIFORNIA PRIVACY R. REQUEST | CALIFORNIA OPT-OUT

POP UP THAT SHOWS WHEN YOU CLICK FAQ ON THE PATH










Survey Consent
## Please Answer The Question Below

## What is your mobile phone number?

Mobile Number:

3053053005

**1st Step**

☐ By providing the telephone number(s) listed above and clicking the "AGREE AND CONTINUE" button below, I state that I am the user of the telephone number(s), and I agree to receive marketing calls and/or text messages from my-section-8-housing.org, our Marketing Partner Medigap Life, and our other Marketing Partners, a list of which can be found by clicking [here]. I understand that these calls or texts may be sent by an automated telephone dialing system or an automated texting system and may contain an artificial or prerecorded voice, and I agree to receive them. I understand that these calls or texts may include advertising containing offers for goods or services including Medicare Advantage products. I understand that my mobile telephone provider will charge me according to the type of plan I carry. I agree to the terms and conditions of use of this website, which can be found here. **I understand I am NOT required to provide my telephone number in order to receive the free guide.**

**Agree & Continue ›**

or

**Skip**

**?  F.A.Q**

If you want to learn more about the usage of your information please visit our Privacy Policy.

Want to learn about who we are? Please visit our About. You will receive your free guide as soon as you provide your email address. You are not required to participate in our survey, answer questions and no purchase is needed in order to get your free guide. We aren't owned, operated or endorsed by any government agency.

TERMS & CONDITIONS  |  MARKETING PARTNERS  |  DATA PRIVACY NOTICE  |  GETTING YOUR GUIDE  |  CONTACT US  |  CALIFORNIA PRIVACY R. REQUEST  |  CALIFORNIA OPT-OUT

 

Survey

## Please Answer The Questions Below

## Select your date of birth and gender

*Date of birth:

| June ▲▼ | 9 ▲▼ | 1966 ▲▼ |

* Gender:

| Male ▲▼ |

**Continue ›**

? F.A.Q

If you want to learn more about the usage of your information please visit our Privacy Policy.

Want to learn about who we are? Please visit our About. You will receive your free guide as soon as you provide your email address. You are not required to participate in our survey, answer questions and no purchase is needed in order to get your free guide. We aren't owned, operated or endorsed by any government agency.

TERMS & CONDITIONS | MARKETING PARTNERS | DATA PRIVACY NOTICE | GETTING YOUR GUIDE | CONTACT US | CALIFORNIA PRIVACY R. REQUEST | CALIFORNIA OPT-OUT






Survey

## Please Answer The Question Below

### Are You a Homeowner?

**Yes**     No

? F.A.Q

Want to learn about who we are? Please visit our About. You will receive your free guide as soon as you provide your email address. You are not required to participate in our survey, answer questions and no purchase is needed in order to get your free guide. We aren't owned, operated or endorsed by any government agency.

TERMS & CONDITIONS | MARKETING PARTNERS | DATA PRIVACY NOTICE | GETTING YOUR GUIDE | CONTACT US | CALIFORNIA PRIVACY R. REQUEST | CALIFORNIA OPT-OUT

 

Survey
## Please Answer The Question Below

**If you've been out of work and not receiving social security, you may qualify for up to $2,600 per month in disability benefits. If you are unemployed, you may be eligible for additional benefits. Confirm your employment status below to receive information.**

- ○ **On Disability**
- ○ **Full Time**
- ○ **Part Time**
- ○ **Unemployed**
- ○ **Student**

❓ F.A.Q

Want to learn about who we are? Please visit our About. You will receive your free guide as soon as you provide your email address. You are not required to participate in our survey, answer questions and no purchase is needed in order to get your free guide. We aren't owned, operated or endorsed by any government agency.

TERMS & CONDITIONS | MARKETING PARTNERS | DATA PRIVACY NOTICE | GETTING YOUR GUIDE | CONTACT US | CALIFORNIA PRIVACY R. REQUEST | CALIFORNIA OPT-OUT





Done!          Survey          Confirmation

Survey

## Please Answer The Question Below

**Choosing the right health insurance plan may save you $100's per year! To receive information, please confirm your current health insurance status.**

○          **No Insurance**

○          **Private Insurance**

○          **Medicare (Parts A or B)**

○          **Medicaid**

○          **Insurance Through Work**

❓ F.A.Q

Want to learn about who we are? Please visit our About. You will receive your free guide as soon as you provide your email address. You are not required to participate in our survey, answer questions and no purchase is needed in order to get your free guide. We aren't owned, operated or endorsed by any government agency.

TERMS & CONDITIONS | MARKETING PARTNERS | DATA PRIVACY NOTICE | GETTING YOUR GUIDE | CONTACT US | CALIFORNIA PRIVACY R. REQUEST | CALIFORNIA OPT-OUT





Survey

## Please Answer The Question Below

**Do you or a loved one suffer from any of the ailments below? If yes, do you want to receive information on clinical trials, the latest treatments and the newest products & supplies? Check all the apply.**

| ☐ | Diabetes |
| --- | --- |

| ☐ | Back Pain |
| --- | --- |

| ☐ | Sleep Apnea |
| --- | --- |

| ☐ | No, I Don't |
| --- | --- |

**Continue ›**

🕐 F.A.Q

Want to learn about who we are? Please visit our About. You will receive your free guide as soon as you provide your email address. You are not required to participate in our survey, answer questions and no purchase is needed in order to get your free guide. We aren't owned, operated or endorsed by any government agency.

TERMS & CONDITIONS | MARKETING PARTNERS | DATA PRIVACY NOTICE | GETTING YOUR GUIDE | CONTACT US | CALIFORNIA PRIVACY R. REQUEST | CALIFORNIA OPT-OUT







Want to learn about who we are? Please visit our About. You will receive your free guide as soon as you provide your email address. You are not required to participate in our survey, answer questions and no purchase is needed in order to get your free guide. We aren't owned, operated or endorsed by any government agency.

TERMS & CONDITIONS | MARKETING PARTNERS | DATA PRIVACY NOTICE | GETTING YOUR GUIDE | CONTACT US | CALIFORNIA PRIVACY R. REQUEST | CALIFORNIA OPT-OUT




✓ Done!   2 Survey   3 Confirmation

Survey

## Please Answer The Question Below

**If you or a loved one had any of the following, you may be able to seek compensation through a class action lawsuit. Check all that apply.**

☐ Hernia Mesh Implant

☐ Non-Hodgkins Lymphoma after using RoundUp

☐ Ovarian Cancer after Talcum Powder use

☐ Diagnosed with cancer after taking Zantac

☐ Hearing Damage from wearing 3M Combat Ear Plugs.

☐ None of the Above

**Continue ›**

❓ F.A.Q

Want to learn about who we are? Please visit our About. You will receive your free guide as soon as you provide your email address. You are not required to participate in our survey, answer questions and no purchase is needed in order to get your free guide. We aren't owned, operated or endorsed by any government agency.

TERMS & CONDITIONS | MARKETING PARTNERS | DATA PRIVACY NOTICE | GETTING YOUR GUIDE | CONTACT US | CALIFORNIA PRIVACY R. REQUEST | CALIFORNIA OPT-OUT





Done!     Survey     Confirmation

Survey
## Please Answer The Question Below

### Do you have an active checking account?



**Yes**     No

? F.A.Q

Want to learn about who we are? Please visit our About. You will receive your free guide as soon as you provide your email address. You are not required to participate in our survey, answer questions and no purchase is needed in order to get your free guide. We aren't owned, operated or endorsed by any government agency.

TERMS & CONDITIONS | MARKETING PARTNERS | DATA PRIVACY NOTICE | GETTING YOUR GUIDE | CONTACT US | CALIFORNIA PRIVACY R. REQUEST | CALIFORNIA OPT-OUT





Done!                    Survey                    Confirmation

Survey

## Please Answer The Question Below

**Want a Fresh Start from your Debt? If you owe more than $10,000 on your credit cards, learn how you can pay off or reduce your debt with a no-obligation consultation. Please indicate your current debt status if you would you like a call back for more information.**

○  **Less than $10,000**

○  **$10,000 to $20,000**

○  **$20,000 or more**

○  **My credit cards are paid off**

○  **I do not have a credit card**

**❓ F.A.Q**

Want to learn about who we are? Please visit our About. You will receive your free guide as soon as you provide your email address. You are not required to participate in our survey, answer questions and no purchase is needed in order to get your free guide. We aren't owned, operated or endorsed by any government agency.

TERMS & CONDITIONS  |  MARKETING PARTNERS  |  DATA PRIVACY NOTICE  |  GETTING YOUR GUIDE  |  CONTACT US  |  CALIFORNIA PRIVACY R. REQUEST  |  CALIFORNIA OPT-OUT



MY SECTION 8 HOUSING
a non-government site

✓ Done!     2 Survey     3 Confirmation

Survey
**Please Answer The Question Below**

**Are you interested in improving your credit score?**

Yes     No

? F.A.Q

Want to learn about who we are? Please visit our About. You will receive your free guide as soon as you provide your email address. You are not required to participate in our survey, answer questions and no purchase is needed in order to get your free guide. We aren't owned, operated or endorsed by any government agency.

TERMS & CONDITIONS | MARKETING PARTNERS | DATA PRIVACY NOTICE | GETTING YOUR GUIDE | CONTACT US | CALIFORNIA PRIVACY R. REQUEST | CALIFORNIA OPT-OUT





Done!     Survey     Confirmation



Survey
**Please Answer The Question Below**

**Are you interested in covering your funeral expenses so your family does not have to?**

Yes          No

? F.A.Q

Want to learn about who we are? Please visit our About. You will receive your free guide as soon as you provide your email address. You are not required to participate in our survey, answer questions and no purchase is needed in order to get your free guide. We aren't owned, operated or endorsed by any government agency.

TERMS & CONDITIONS  |  MARKETING PARTNERS  |  DATA PRIVACY NOTICE  |  GETTING YOUR GUIDE  |  CONTACT US  |  CALIFORNIA PRIVACY R. REQUEST  |  CALIFORNIA OPT-OUT





Done!   Survey   Confirmation

Survey
## Please Answer The Question Below

### Are you a Veteran?



Yes        No

? F.A.Q

Want to learn about who we are? Please visit our About. You will receive your free guide as soon as you provide your email address. You are not required to participate in our survey, answer questions and no purchase is needed in order to get your free guide. We aren't owned, operated or endorsed by any government agency.

TERMS & CONDITIONS  |  MARKETING PARTNERS  |  DATA PRIVACY NOTICE  |  GETTING YOUR GUIDE  |  CONTACT US  |  CALIFORNIA PRIVACY R. REQUEST  |  CALIFORNIA OPT-OUT







Want to learn about who we are? Please visit our About. You will receive your free guide as soon as you provide your email address. You are not required to participate in our survey, answer questions and no purchase is needed in order to get your free guide. We aren't owned, operated or endorsed by any government agency.

TERMS & CONDITIONS | MARKETING PARTNERS | DATA PRIVACY NOTICE | GETTING YOUR GUIDE | CONTACT US | CALIFORNIA PRIVACY R. REQUEST | CALIFORNIA OPT-OUT





Done!   Survey   Confirmation

Survey
## Please Answer The Question Below

**Are you interested in saving money on your car insurance?**

Yes    No



? F.A.Q

Want to learn about who we are? Please visit our About. You will receive your free guide as soon as you provide your email address. You are not required to participate in our survey, answer questions and no purchase is needed in order to get your free guide. We aren't owned, operated or endorsed by any government agency.

TERMS & CONDITIONS | MARKETING PARTNERS | DATA PRIVACY NOTICE | GETTING YOUR GUIDE | CONTACT US | CALIFORNIA PRIVACY R. REQUEST | CALIFORNIA OPT-OUT

This site is privately owned and is not affiliated with any government agency. Learn more **here**.





Survey
## Please Answer The Question Below

### Job Alerts

test, If you are actively looking for work, please enter the job type you are looking for (Example: Electrician). Select Yes to receive daily job updates in your area from Zip Recruiter. You may be asked your employment status when submitting applications.

Job Type

| Yes | No |
|-----|-----|

? F.A.Q

Want to learn about who we are? Please visit our About. You will receive your free guide as soon as you provide your email address. You are not required to participate in our survey, answer questions and no purchase is needed in order to get your free guide. We aren't owned, operated or endorsed by any government agency.

TERMS & CONDITIONS | MARKETING PARTNERS | DATA PRIVACY NOTICE | GETTING YOUR GUIDE | CONTACT US | CALIFORNIA PRIVACY R. REQUEST | CALIFORNIA OPT-OUT

Copyright© 2020 My Section 8 Housing, All Rights Reserved.

This site is privately owned and is not affiliated with any government agency. Learn more **here**.

 



Survey
## Please Answer The Question Below

### Do You Make Less than $57,500?

Find Health Insurance that meets your income and your family's
needs. Click "YES" to learn more.

**Yes**          No

? F.A.Q

Want to learn about who we are? Please visit our About. You will receive your free guide as soon as you provide your email address. You are not required to participate in our survey, answer questions and no purchase is needed in order to get your free guide. We aren't owned, operated or endorsed by any government agency.

TERMS & CONDITIONS | MARKETING PARTNERS | DATA PRIVACY NOTICE | GETTING YOUR GUIDE | CONTACT US | CALIFORNIA PRIVACY R. REQUEST | CALIFORNIA OPT-OUT

Copyright© 2020 My Section 8 Housing, All Rights Reserved.

 This site is privately owned and is not affiliated with any government agency. Learn more *here*.



Survey

## Please Answer The Question Below

### Learn How to Apply For Housing Grants

Low income Americans may be eligible for housing assistance.
Would you like free information regarding housing assistance?



Want to learn about who we are? Please visit our About. You will receive your free guide as soon as you provide your email address. You are not required to participate in our survey, answer questions and no purchase is needed in order to get your free guide. We aren't owned, operated or endorsed by any government agency.

TERMS & CONDITIONS | MARKETING PARTNERS | DATA PRIVACY NOTICE | GETTING YOUR GUIDE | CONTACT US | CALIFORNIA PRIVACY R. REQUEST | CALIFORNIA OPT-OUT

Copyright© 2020 My Section 8 Housing, All Rights Reserved.

This site is privately owned and is not affiliated with any government agency. Learn more **here**.





Survey

**Please Answer The Question Below**

**If you pay rent, you could own a house!**

Search local Rent-To-Own Properties and get approved with bad or no credit.



Want to learn about who we are? Please visit our <u>About</u>. You will receive your free guide as soon as you provide your email address. You are not required to participate in our survey, answer questions and no purchase is needed in order to get your free guide. We aren't owned, operated or endorsed by any government agency.

TERMS & CONDITIONS | MARKETING PARTNERS | DATA PRIVACY NOTICE | GETTING YOUR GUIDE | CONTACT US | CALIFORNIA PRIVACY R. REQUEST | CALIFORNIA OPT-OUT

Copyright© 2020 My Section 8 Housing, All Rights Reserved.

This site is privately owned and is not affiliated with any government agency. Learn more **here**.

 

MY SECTION 8 HOUSING
a non-government site

✓ Done!   2 Survey   3 Confirmation

Survey

## Please Answer The Question Below

### Get paid to take part in clinical trials.

If you are interested in clinical trials concerning any of the below, check those that apply or skip.

☐ Alzheimer's Disease

☐ Cold Sore

☐ Crohn's Disease

☐ Dementia

☐ Diabetes (Type II)

☐ Endometriosis

**Continue**

Skip >>

Want to learn about who we are? Please visit our About. You will receive your free guide as soon as you provide your email address. You are not required to participate in our survey, answer questions and no purchase is needed in order to get your free guide. We aren't owned, operated or endorsed by any government agency.

Copyright© 2020 My Section 8 Housing, All Rights Reserved.



This site is privately owned and is not affiliated with any government agency. Learn more **here**.

HOW TO APPLY | REQUIREMENTS | STATES | ABOUT US | FAQS | POSTS | CONTACT US

✓ Your guide has been sent. Please check your INBOX/SPAM or Promotions Tab, as sometimes our emails get sent to there by mistake.

# Here Are Some More Things That Could Be Helpful For You!





SPONSORED SEARCHES

| section 8 apartments | 🔍 | applying for housing grants | 🔍 |
| low income apartments for rent | 🔍 | low income housing | 🔍 |

If you are struggling financially, there are many ways for you to get help. From housing grants to health insurance, there are federally funded and private options for you to look at.

You can apply for a grant program such as Section 8 housing or welfare (TANF). But even if you do not qualify for free government grants, do not make the mistake of thinking that you cannot get help.

Recently Searched Topics

**ADDITIONAL PROGRAMS**
- ▶ Section 8 Assistance
- ▶ Unemployment Benefit Assistance
- ▶ Housing and Rent Assistance
- ▶ Senior Housing

**ADDITIONAL ASSISTANCE**
- ▶ Utility Bill Assistance
- ▶ Rent to Own Homes
- ▶ Food Stamps Assistance
- ▶ TANF Cash Assistance Program

If you know where to look, you might be able to get low income health insurance plans or programs that can help you pay your bills or pay off your debts. Find out more about the grants and financial help that you might be able to get today.

## Learn About Government Grants for Housing Assistance

If you need help paying for housing, apply for **Section 8** benefits. Section 8 is a national

## RESOURCES

- ✓ **Requirements**
- ✓ **How to Apply**
- ✓ **What is Section 8?**
- ✓ **HUD**
- ✓ **Learn About Section 8 Housing Lists**
- ✓ **FAQs**

## ADITIONAL RESOURCES

- ✓ **Programs for U.S. Citizens in Need**
- ✓ **Disqualifications**
- ✓ **Fact Sheet**
- ✓ **Information for Landlords**
- ✓ **Housing Authority Waiting Lists**

program that helps low-income families pay their rent in safe and clean apartments, townhouses and more. Through the Section 8 housing program, a public housing agency (PHA) will work directly with your landlord to pay a part of your rent.

To apply for Section 8, you just need to contact your local PHA. Usually, you can apply online directly by taking these steps:



1. Go to your state's online website.

2. Give personal and income information for you and the family members who live with you.

3. Submit your Section 8 application form.

Once your application is accepted, you'll be put on a waiting list. While you are on the waiting list, you can look for PHA-approved housing lists so that you're ready by the time your family's name is at the top of the list.

**Temporary Assistance for Needy Families** is another free government grant that doesn't have to be paid back. With this program, you get general cash to help cover all your family's needs. Section 8's free funds need to be put toward housing, but TANF can be put toward whatever bills you want.



But let's say that you don't qualify for free government housing assistance.

There are still ways to make housing costs easier to afford. Taking out the *right housing loan* can help you keep a low monthly cost and get a low interest rate that you can afford. These are some of the best and cheapest options:

- **FHA loans** – The Federal Housing Administration offers loans to first time homeowners and people with low credit scores (even below 580). These loans are good because they have **low interest rates** and **low down payments**.

- **USDA home loans** – The United States Department of Agriculture offers home loans to help rural areas develop. These loans usually offer benefits like **no down payments** and **low interest rates**.

- **VA home loans** – Loans offered by the Department of Veterans Affairs are also good because they have **low interest rates** and **no down payments**. These loans are only for men and women who have served in the military.

## Learn About Low Income Health Insurance



Getting low income insurance is another way you can boost your finances. Health insurance is an important part of your healthcare plan, but many Americans don't know about all the cheap and free options they might have. The three main medical assistance programs you can apply for are:

- **Medicaid** – Low-cost or free care for pregnant women, the disabled and other groups of Americans based on how much money they make.

- **Medicare** – Free healthcare for seniors 65 and older based on their payment of Medicare taxes.

- **Children's Health Insurance Program (CHIP)** – Low-cost or free healthcare for children of families who meet the income requirement.

Apply for Medicaid online so they can get your application faster. If you do not qualify for Medicaid and can't afford private insurance, you can apply for CHIP online as well to get insurance for your child. Similarly, if you are 65 years of age or older, you can enroll in Medicare online.

If you don't qualify for government medical help, don't worry. There are a lot of affordable solutions you can get that aren't from the government. One benefit of getting insured here is that you won't have to meet the same strict eligibility requirements that the government has.

The **trick to finding affordable health insurance** for low income budgets on the private market is to learn about the most affordable options before you start looking. In general, there are three specific types of plans that you can buy for less:

- **Short term health insurance plans** – These plans only cover you for short periods of time such as a few months. So the cost is low.

- **Supplemental health insurance plans** – Supplemental policies help bridge any coverage gap you may experience. It's usually cheaper to buy supplemental insurance for medical expenses not covered by Medicare and other policies than to pay for the expenses yourself.

- **Catastrophic health insurance plans** – Catastrophic policies are made to cover medical emergencies. They're for individuals younger than 30, and they come with low monthly payments and high deductibles.



## Learn About Social Security Disability Benefits

Social Security Disability benefits help people who can't work long term because they have a disability. These benefits are monthly payments that last for as long as the person is disabled and can't work.

These payments could be very useful for low-income people who can't work because of a recent injury.

To apply for Social Security Disability benefits, follow these steps:

1. Review the list of documents you will need to have to complete the form.

2. Gather the contact information of the hospitals and caseworkers, medical records, test results and the personal information of the applicant.

3. Fill out the Social Security Disability Application online.

4. Fill out and submit a medical release.

Note that the applicant must have worked at a job that is covered by Social Security to qualify.



## Learn About Personal Loan Help

A personal loan can provide a solution to your financial troubles. Personal loans are loans that come from banks or other financial institutions. Unlike loans for houses or cars, personal loans can be used for whatever you choose.



Personal loans are good because they are usually fast to get and can make your credit better by creating another open line on your report. You can start the request process online by:

1. Checking what terms you can get.

2. Comparing offers.

3. Submitting your application online.

To apply for a personal loan, you will need to get pre-approved from a bank, online lender or credit union. Note that credit unions are known for giving good terms to low-income families and people in debt.

## Learn About Credit Card Consolidation Loans

You might want to think about a loan to consolidate credit card debt. If you have different debts from credit cards, this is one way to get your payments into one place. With a debt consolidation program, you can put all of your debts into one account and pay it off with single monthly payments.

SPONSORED SEARCHES ①

| applying for housing grants 🔍 | section 8 apartments 🔍 |
| low income apartments for rent 🔍 | section 8 for single person 🔍 |

The best thing about credit card consolidation loans is that they can help you save money even when you are making payments. That's because these debt relief loans usually have lower interest rates than credit cards do.

To get started online, you can take these steps:

1. See what kind of loan you're prequalified to get.

2. Check out the terms of different offers you get.

3. Pick the debt consolidation loan that works for you.

4. Get approved, and finalize the terms with your lender.

TERMS & CONDITIONS | MARKETING PARTNERS | DATA PRIVACY NOTICE | GETTING YOUR GUIDE | CONTACT US | CALIFORNIA PRIVACY R. REQUEST | CALIFORNIA OPT-OUT

Copyright© 2020 My Section 8 Housing, All Rights Reserved.