

# Section 8 Housing Guide
## Housing Voucher Program

Section-8-Housing.com

**EXHIBIT B**

# Content

Introduction to the Section 8 Housing Guide — 3

Background of the Section 8 Housing Voucher Program — 5

Eligibility Criteria for the Section 8 Housing Voucher Program — 6

How Housing Vouchers Work — 8

Waiting List for the Housing Voucher Program — 9

Section 8 Homeownership Vouchers — 11

Section 8 Housing Vouchers State Websites — 13

Section-8-Housing.org is privately-owned, and is neither operated by, nor affiliated with, any government agency. Section-8-Housing.org is not a law firm, nor can the Section-8-Housing.org site provide any kind of legal or professional advice. The information provided and contained in this Guide is not guaranteed to be correct, complete or up-to-date. This Guide is not endorsed or affiliated with any government entity, including any federal, state, county, city department, bureau, division or agency. The laws may be different from jurisdiction to jurisdiction, and may be subject to interpretation by different courts. The laws are a personal matter, and no general information like the kind Section-8-Housing.org provides can fit every circumstance.



# Introduction to the Section 8 Housing Guide

Nowadays, finding a suitable place to live in is a hard task, especially for families with financial challenges. There are many things to bear in mind when looking for a place that you and your family can call home. Plus, many low-income families in the U.S. are facing difficulties when it comes to paying high rent, choosing their preferred neighborhood, finding a residential house or apartment with proper sanitary conditions and more.

Many families pay more than half of their monthly income to landlords in order to save their family from becoming homeless, all while living in sub-par conditions, outdated apartments or dangerous parts of town because they are simply not in a position to afford better. To help these low-income families find a home, the federal government has created a housing choice voucher program specifically designed with very low-income families in mind, along with the challenges they are facing in terms of finding appropriate housing. This type of financial help is available not only for low-income families, but also for disabled persons and elderly citizens.

By receiving a housing choice voucher, families are given the opportunity to look for a home in the form of a smaller house, a townhouse or an apartment that will suit their needs best. There are, however, certain eligibility requirements that families must meet in order to be able to apply for government rental assistance.

This Section 8 Housing Guide was created to narrow down all the available information about the housing voucher program and to help you find specific details on whichever part of the program you need. In addition, this Guide will also explain the different parts of the program in more detail and thus help you understand the requirements, terms, conditions and other aspects of the program better.



# Background of the Section 8 Housing Voucher Program

The Section 8 Program (also commonly referred to as merely "Section 8") has been available for more than 40 years, created in 1974. Section 8 was based on the U.S. Housing Act of 1937 when the federal government provided financial assistance to build public housing units for low-income families and individuals with management power given to public housing authorities. Over the years, the Housing Act underwent many changes and amendments.

For instance, the Housing Act was renamed Section 23 Leased Housing Program in 1961 and its main goal was to enable low-income families and individuals to rent a unit from local housing authorities, with the tenants paying a part of the rent and the housing authorities paying whatever was left from the owner's market value for the property. Maintenance and management of the property was also under the responsibility of the housing authorities.

Finally, in 1974 the program was amended again and named Section 8, as it is known today. The new outline was slightly different from its previous versions in that it consisted of two parts: a project-based allowance with which funds were linked to a specific property, and tenant-based allowance for which funds were mobile and were linked to the tenant, rather than the property.

That brings us to today's version of the Section 8 Program, which has also gone through many changes and probably will be amended as needed in the future. All in all, however, it enables low-income families to find a rental unit of their choice after receiving a voucher that pays an estimated 70 percent of the rent value and utility bills, while the remaining 30 percent of the rent is paid by the tenant. Eligibility criteria such as family size and income apply, and there is often a long waiting list.



# Eligibility Criteria for the Section 8 Housing Voucher Program

The housing voucher program serves low-income families, elderly citizens who are unable to afford a safe, decent home and disabled persons who are unable to work. However, not all who apply for the voucher will receive one, as there are certain eligibility criteria to meet, especially ones regarding total annual gross income and family size. Your eligibility will be determined by the Public Housing Authority in your area, as different areas and counties in different states have varying median income levels. The main factors that the PHA will consider are:

- Your citizenship - You must be a U.S. citizen or an immigrant with documents proving legal immigration status.
- Your total family income - It must not be higher than 50 percent of the county or area median income in which you chose to reside.
- The number of family members that will reside in the rental unit.

> *Note: Up to 75 percent of the total number of housing vouchers must be given to families or individuals whose total family income is not higher than 30 percent of the median income in the area or county in which they choose to live. The total median income for counties and communities is different throughout the U.S., also differing from one county to the next. In order to determine whether you are eligible for your area, you must look at your state's or city's specific numbers, search their websites or visit a PHA office in person to ask for more information.*

Every change in family income must be immediately reported to the PHA as not doing so may result in losing the voucher. After receiving the voucher, your lease will list all household members, which will be determined through an agreement with your landlord. You are not allowed to include additional family members unless they are naturally considered family through birth, foster care of adoption.

Listed below are ranges of certain states' median income and very low-income limit (50 percent) for a four-member family for to give you a rough estimate of the income requirements:

| | Median Income | Very Low Income Limit (50%) |
|---|---|---|
| Alabama | $55,500 | $27,750 |
| California | $69,700 | $34,850 |
| Delaware | $74,400 | $37,200 |
| Florida | $57,700 | $28,850 |
| Idaho | $57,300 | $28,650 |
| Kentucky | $55,800 | $27,900 |
| Louisiana | $56,900 | $28,450 |
| Massachusetts | $87,300 | $43,750 |
| New Jersey | $88,900 | $44,450 |
| New York | $72,000 | $36,000 |
| Ohio | $63,200 | $31,600 |
| Pennsylvania | $68,500 | $34,250 |
| Wyoming | $72,400 | $36,200 |



# How Housing Choice Vouchers Work

Housing choice vouchers are known as such because the applicants are given the opportunity to browse through rental units and select the one that suits their needs and preferences the most. In addition, choosing a new home with the Section 8 Program does not have to be limited to run-down neighborhoods or worn-out residential areas. Any rental unit that falls under the Section 8 Program rules and requirements is perfectly eligible as long as the family finds it suitable. What is convenient about housing voucher is that you can take it wherever you go. For example, even if you would like to move to a different state, you could still use your voucher at your new location.

Before you start searching for a rental unit, you will be briefed on the size of the unit in regards to how many members you have in your household. The rental unit you choose must be a decent place to live in and meet all safety and health standards. To ensure it does, once you have selected the place you like and arranged it with the landlord, the PHA will then inspect the unit.

You should also bear in mind that the PHA will have a payment standard, which is an average of what a rental unit would usually cost. This payment standard will also be used to estimate the amount of financial help a family can receive. It is not, however, a set limit on the amount of rent and should only be regarded as a guideline. Families who have received a voucher and have found a unit that suits their needs can go a little above or below this standard under certain conditions:

- The family must pay 30 percent of their monthly gross income for rent to the landlord.
- If the rent is above the payment standard, whatever difference is left above the 30 percent, the family must pay it as well.
- If the family moves to a home where rent is much higher than the payment standard, the family must pay 40 percent of their monthly gross income for rent.

# Waiting List for the Housing Voucher Program

If you complete all documentation for a housing voucher application as instructed, you will be put on a waiting list. However, because financial assistance for the housing choice voucher is in great demand, applicants should expect to wait a long time. State federal resources for the housing voucher are limited, and no matter how hard the PHA tries to help every applicant, there must be a list where individuals and families will wait for their turn. In addition, there are families who need financial assistance much more and much faster than others, and many times the PHA decides to put them on the top of the list in order to help them as soon as possible. Such examples are:

- Families who live in a home with substandard living conditions.
- Families who are on the verge of becoming homeless or already are homeless.
- Families who were involuntarily displaced for various reasons.
- Low-income families who pay more than half of their income for rent.

- Families living in public housing that are victims of violence or crime.
- Families where members are victims of domestic violence.
- Families with a disabled family member.

If your family belongs to one of the above-mentioned categories, you will be moved to the top of the list and be given local preference. Every community in the U.S. has its own terms and conditions as to giving local preferences, so it is best to check with the PHA to see if you qualify. Preference eligibility is listed on the application and the family is then put on a waiting list. When the time comes, the PHA will look into the preference eligibility and verify it. If the PHA determines that a family is no longer eligible for local preference, they will not be given one.

Waiting lists in different states and different communities have their own operating policies. Some PHAs keep their waiting lists open at all times, allowing for applications to roll in constantly; some keep it open briefly and only accept applications at specific hours in the day, and others, once they reach full capacity, close their waiting list for an indefinite amount of time only to reopen it when they see fit. However, the PHA must not allow for any waiting list to grow uncontrollably.



# Section 8 Homeownership Vouchers

The Section 8 Housing Choice Program is primarily dedicated to helping low-income families pay rent, but that is not its only purpose. Some families would like to buy the home they have lived in and instead of paying rent, they would rather pay mortgage for it and make it their own. This is where Section 8 Homeownership Vouchers come in handy. It is actually an extension of the housing choice voucher, so you must be eligible for that first and then forward the voucher money to mortgage payments. To be eligible for a homeownership voucher, you must meet the following requirements:

- You must be a first-time homeowner (this requirement entails each of your household family members).
- You must meet the minimum requirements for income which must not be below the minimum hourly wage, times 2,000 hours.
- One (or more) family member(s) must be regularly employed (and to have been employed for a year before the homeownership is allowed).
- You must meet PHA eligibility requirements.
- You must attend the PHA's homeownership counseling program.

You must also be aware of the expenses you will have as a prospective homeowner, such as:

- Mortgage insurance.
- Mortgage interest and principal.
- Taxes for the property.

- Homeowner insurance.
- PHA's utilities allowance.
- PHA's maintenance cost allowance.
- PHA's repairs and replacements allowance.
- If there is need for major repairs or adjustments in the home, you must have interest and principal on debt to get the financial means.

The maximum amount of time for a family to receive homeownership assistance is 15 years. For elderly families or disabled families, the PHA does not impose time limits.



# Section 8 Housing Vouchers State Websites

As previously stated, every state in the U.S. has their own eligibility requirements in terms of family income limits, area median income, local preferences, waiting lists being kept open or closed and more. In addition, if you would like to apply for a housing assistance in a different area than the one in which you are currently residing, bear in mind that the local government of that community will always give preference to local applicants rather than to non-residents. To learn more about the Section 8 Housing Program, you can visit your state's official HUD website or find contact information on all main PHA offices in your state.

| State | Website |
|---|---|
| Alabama | http://portal.hud.gov/hudportal/HUD?src=/states/alabama |
|  | http://portal.hud.gov/hudportal/HUD?src=/states/alabama/offices |
| Alaska | http://portal.hud.gov/hudportal/HUD/states/alaska |
|  | http://portal.hud.gov/hudportal/HUD?src=/states/alaska/offices |
| Arizona | http://portal.hud.gov/hudportal/HUD/states/arizona |
|  | http://portal.hud.gov/hudportal/HUD?src=/states/arizona/offices |

| | |
|---|---|
| Arkansas | http://portal.hud.gov/hudportal/HUD/states/arkansas |
| | http://portal.hud.gov/hudportal/HUD?src=/states/arkansas/offices |
| California | http://portal.hud.gov/hudportal/HUD/states/california |
| | http://portal.hud.gov/hudportal/HUD?src=/states/california/offices |
| Colorado | http://portal.hud.gov/hudportal/HUD/states/colorado |
| | http://portal.hud.gov/hudportal/HUD?src=/states/colorado/offices |
| Connecticut | http://portal.hud.gov/hudportal/HUD/states/connecticut |
| | http://portal.hud.gov/hudportal/HUD?src=/states/connecticut/offices |
| Delaware | http://portal.hud.gov/hudportal/HUD/states/delaware |
| | http://portal.hud.gov/hudportal/HUD?src=/states/delaware/offices |
| District of Columbia | http://portal.hud.gov/hudportal/HUD/states/district_of_columbia |
| | http://portal.hud.gov/hudportal/HUD?src=/states/district_of_columbia/offices |
| Florida | http://portal.hud.gov/hudportal/HUD/states/florida |
| | http://portal.hud.gov/hudportal/HUD?src=/states/florida/offices |
| Georgia | http://portal.hud.gov/hudportal/HUD/states/georgia |
| | http://portal.hud.gov/hudportal/HUD?src=/states/georgia/offices |
| Hawaii | http://portal.hud.gov/hudportal/HUD/states/hawaii |
| | http://portal.hud.gov/hudportal/HUD?src=/states/hawaii/offices |
| Idaho | http://portal.hud.gov/hudportal/HUD/states/idaho |
| | http://portal.hud.gov/hudportal/HUD?src=/states/idaho/offices |
| Illinois | http://portal.hud.gov/hudportal/HUD/states/illinois |
| | http://portal.hud.gov/hudportal/HUD?src=/states/illinois/offices |
| Indiana | http://portal.hud.gov/hudportal/HUD/states/indiana |
| | http://portal.hud.gov/hudportal/HUD?src=/states/indiana/offices |
| Iowa | http://portal.hud.gov/hudportal/HUD/states/iowa |
| | http://portal.hud.gov/hudportal/HUD?src=/states/iowa/offices |
| Kansas | http://portal.hud.gov/hudportal/HUD/states/kansas |
| | http://portal.hud.gov/hudportal/HUD?src=/states/kansas/offices |
| Kentucky | http://portal.hud.gov/hudportal/HUD/states/kentucky |
| | http://portal.hud.gov/hudportal/HUD?src=/states/kentucky/offices |
| Louisiana | http://portal.hud.gov/hudportal/HUD/states/louisiana |
| | http://portal.hud.gov/hudportal/HUD?src=/states/louisiana/offices |
| Maine | http://portal.hud.gov/hudportal/HUD/states/maine |
| | http://portal.hud.gov/hudportal/HUD?src=/states/maine/offices |

| | |
|---|---|
| Maryland | http://portal.hud.gov/hudportal/HUD/states/maryland |
| | http://portal.hud.gov/hudportal/HUD?src=/states/maryland/offices |
| Massachusetts | http://portal.hud.gov/hudportal/HUD/states/massachusetts |
| | http://portal.hud.gov/hudportal/HUD?src=/states/massachusetts/offices |
| Michigan | http://portal.hud.gov/hudportal/HUD/states/michigan |
| | http://portal.hud.gov/hudportal/HUD?src=/states/michigan/offices |
| Minnesota | http://portal.hud.gov/hudportal/HUD/states/minnesota |
| | http://portal.hud.gov/hudportal/HUD?src=/states/minnesota/offices |
| Mississippi | http://portal.hud.gov/hudportal/HUD/states/mississippi |
| | http://portal.hud.gov/hudportal/HUD?src=/states/mississippi/offices |
| Missouri | http://portal.hud.gov/hudportal/HUD?src=/states/missouri |
| | http://portal.hud.gov/hudportal/HUD?src=/states/missouri/offices |
| Montana | http://portal.hud.gov/hudportal/HUD?src=/states/montana |
| | http://portal.hud.gov/hudportal/HUD?src=/states/montana/offices |
| Nebraska | http://portal.hud.gov/hudportal/HUD?src=/states/nebraska |
| | http://portal.hud.gov/hudportal/HUD?src=/states/nebraska/offices |
| Nevada | http://portal.hud.gov/hudportal/HUD?src=/states/nevada |
| | http://portal.hud.gov/hudportal/HUD?src=/states/nevada/offices |
| New Hampshire | http://portal.hud.gov/hudportal/HUD?src=/states/new_hampshire |
| | http://portal.hud.gov/hudportal/HUD?src=/states/new_hampshire/offices |
| New Jersey | http://portal.hud.gov/hudportal/HUD?src=/states/new_jersey |
| | http://portal.hud.gov/hudportal/HUD?src=/states/new_jersey/offices |
| New Mexico | http://portal.hud.gov/hudportal/HUD?src=/states/new_mexico |
| | http://portal.hud.gov/hudportal/HUD?src=/states/new_mexico/offices |
| New York | http://portal.hud.gov/hudportal/HUD?src=/states/new_york |
| | http://portal.hud.gov/hudportal/HUD?src=/states/new_york/offices |
| North Carolina | http://portal.hud.gov/hudportal/HUD?src=/states/north_carolina |
| | http://portal.hud.gov/hudportal/HUD?src=/states/north_carolina/offices |
| North Dakota | http://portal.hud.gov/hudportal/HUD?src=/states/north_dakota |
| | http://portal.hud.gov/hudportal/HUD?src=/states/north_dakota/offices |
| Ohio | http://portal.hud.gov/hudportal/HUD?src=/states/ohio |
| | http://portal.hud.gov/hudportal/HUD?src=/states/ohio/offices |
| Oklahoma | http://portal.hud.gov/hudportal/HUD?src=/states/oklahoma |
| | http://portal.hud.gov/hudportal/HUD?src=/states/oklahoma/offices |

| | |
|---|---|
| Oregon | http://portal.hud.gov/hudportal/HUD?src=/states/oregon |
| | http://portal.hud.gov/hudportal/HUD?src=/states/oregon/offices |
| Pennsylvania | http://portal.hud.gov/hudportal/HUD?src=/states/pennsylvania |
| | http://portal.hud.gov/hudportal/HUD?src=/states/pennsylvania/offices |
| Puerto Rico & U.S. Virgin Islands | http://portal.hud.gov/hudportal/HUD?src=/states/puerto_rico_virgin_islands |
| | http://portal.hud.gov/hudportal/HUD?src=/states/puerto_rico_virgin_islands/offices |
| Rhode Island | http://portal.hud.gov/hudportal/HUD?src=/states/rhode_island |
| | http://portal.hud.gov/hudportal/HUD?src=/states/rhode_island/offices |
| South Carolina | http://portal.hud.gov/hudportal/HUD?src=/states/south_carolina |
| | http://portal.hud.gov/hudportal/HUD?src=/states/south_carolina/offices |
| South Dakota | http://portal.hud.gov/hudportal/HUD?src=/states/south_dakota |
| | http://portal.hud.gov/hudportal/HUD?src=/states/south_dakota/offices |
| Tennessee | http://portal.hud.gov/hudportal/HUD?src=/states/tennessee |
| | http://portal.hud.gov/hudportal/HUD?src=/states/tennessee/offices |
| Texas | http://portal.hud.gov/hudportal/HUD?src=/states/texas |
| | http://portal.hud.gov/hudportal/HUD?src=/states/texas/offices |
| Utah | http://portal.hud.gov/hudportal/HUD?src=/states/utah |
| | http://portal.hud.gov/hudportal/HUD?src=/states/utah/offices |
| Vermont | http://portal.hud.gov/hudportal/HUD?src=/states/vermont |
| | http://portal.hud.gov/hudportal/HUD?src=/states/vermont/offices |
| Virginia | http://portal.hud.gov/hudportal/HUD?src=/states/virginia |
| | http://portal.hud.gov/hudportal/HUD?src=/states/virginia/offices |
| Washington | http://portal.hud.gov/hudportal/HUD?src=/states/washington |
| | http://portal.hud.gov/hudportal/HUD?src=/states/washington/offices |
| West Virginia | http://portal.hud.gov/hudportal/HUD?src=/states/west_virginia |
| | http://portal.hud.gov/hudportal/HUD?src=/states/west_virginia/offices |
| Wisconsin | http://portal.hud.gov/hudportal/HUD?src=/states/wisconsin |
| | http://portal.hud.gov/hudportal/HUD?src=/states/wisconsin/offices |
| Wyoming | http://portal.hud.gov/hudportal/HUD?src=/states/wyoming |
| | http://portal.hud.gov/hudportal/HUD?src=/states/wyoming/offices |