💚 health-benefits.org

HOME   ABOUT US   CONTACT US   FAQS

# A Free Guide to a Healthier Lifestyle

## What You Get:



**Free Guide**
We provide the details you need in one place, free of charge.



**Easy Answers**
Get clear and simple information on how to meet your health goals.



**Personalized Offers**
We ask survey questions to connect you with tailored offers. Our survey is optional and not required to get your free guide.

**GET STARTED**

### Where do we get our information? ⌄

Our team of writers has done a lot of research on the things you need. We find important information that's already online and we call local offices to ask the questions that you want answers to. Then we put the information in one place and in a clear way to make things easier for you.

### How does your website make money? ⌃

### What does the guide provide? ⌃

### How can your service help me? ⌃

Learn more about us >>

## Easy access to the answers you need

Everyone loves to try and learn about their health online.

But the truth is, learning how to do things online can be overwhelming. You might not know where to look for the right information or even where to start.

That's why we do what we do.

Here at Health-Benefits.org, our goal is to help you meet your health goals by providing the details you need.

### Free Access to Our Guide

We know it can be hard to figure out how to meet your health goals. That's why, as an independent and private company, we try to make it easier to understand the process. Our free guide gives you information that can help you accomplish your tasks.



**EXHIBIT C**

How much does our guide cost? $0

Our team of writers has done a lot of research on the things you need. To give you our guide for free, we finance our website through ads and advertising partners. Many of our users allow us to share some of their information with our marketing partners, so that our marketing partners can send them helpful offers.

**LEARN ABOUT US**



## Learn About Health Conditions & Treatment Options

Get information about the symptoms of different conditions and learn how to treat and even prevent some ailments. Find out more in our free guide.

**GET STARTED NOW**

## Learn How to Improve Your Health

Find Valuable Insights In Our Free Guide

### Select the area you need help with:

| Arthritis | Back Pain | Cholesterol |
|-----------|-----------|-------------|

**Diabetes**

**Glaucoma**

**Health Insurance**

VIEW ALL PROGRAMS

CONTACT US | MARKETING PARTNERS | PRIVACY POLICY | TERMS AND CONDITIONS | CALIFORNIA OPT-OUT | CALIFORNIA PRIVACY R. REQUEST

 

Copyright© 2020 Health Benefits, All Rights Reserved.

health-benefits.org

HOME   ABOUT US   CONTACT US   FAQS   POSTS

# Posts



## Tips for Handling Difficulties With Severe Allergies

Anaphylaxis is scary and a real threat for those with severe allergies. Common triggers of anaphylaxis are foods such as…

**KEEP READING**



## Tips for Handling Difficulties With Respiratory Illness, Asthma or COPD

During difficult or emergency situations for respiratory illnesses, caregivers should practice the following: Change sleeping positions. Because of your loved…

**KEEP READING**



## Tips for Handling Difficulties With Epilepsy

Taking care of a person who has epilepsy can bring its hardships. There are many challenges that come with being…

**KEEP READING**



## Learn About First Aid for Minor Burns

Minor burns, while potentially quite uncomfortable, can be treated from the comfort of your



Minor burns, while potentially quite uncomfortable, can be treated from the comfort of your home. That is, if you have…

KEEP READING



## Learn About First-Aid for Bruises

A bruise can be a result of a minor injury or an indication of a serious health problem. In either…

KEEP READING



## Learn About First-Aid for Minor Cuts and Scrapes

Minor cuts and scrapes can quickly become a messy problem if you are not well prepared for the eventuality. From…

KEEP READING



## Tips for Handling Difficulties With Eating Disorders

Caring for a person with an eating disorder may bring on frightening obstacles, but remember to follow these strategies should…

KEEP READING

## Tips for Handling Difficulties With Diabetes

People living with diabetes face certain health struggles that may require immediate response or a level of understanding. As a…



**KEEP READING**

## Tips for Handling Difficulties With Clinical Depression

Depression can bring on its fair share of struggles for both the afflicted individual and the caregiver. When going through…



**KEEP READING**

## Learn About First-Aid for Splinters and Glass in Skin

Splinters can be relatively easy to identify and remove on your own. However, sometimes getting a splinter in the skin…

**KEEP READING**

CONTACT US | MARKETING PARTNERS | PRIVACY POLICY | TERMS AND CONDITIONS | CALIFORNIA OPT-OUT | CALIFORNIA PRIVACY R. REQUEST




Copyright© 2020 Health Benefits, All Rights Reserved.

health-benefits.org

HOME   ABOUT US   CONTACT US   FAQS

# Learn How to Improve Your Health

Find Valuable Insights In Our Free Guide

---

## Select the area you need help with:

| | | |
|---|---|---|
| **Arthritis** | **Back Pain** | **Cholesterol** |
| **Depression** | **Diabetes** | **Glaucoma** |
| **Health Insurance** | **Hearing Loss** | **Heart Disease** |
| **Hypertension** | **Skin** | **Sleeping** |
| **Symptom Checker** | **Weightloss** | |

 

Copyright© 2020 Health Benefits, All Rights Reserved.

health-benefits.org

HOME    ABOUT US    CONTACT US    FAQS

# Learn How to Take Control of Your Back Pain with our Free Guide

Find out how to alleviate your back pain today with our free guide!

✓ Learn About Back Pain With Our Free Guide

✓ Find Useful Tips & Great Advice On Back Pain and More!

✓ Get Immediate Access To Free Newsletters With New Tips & Information

✓ Take Our Optional Survey To Receive Personalized Offers From Our Partners!

## Get Your Health & Wellness Guide

**First Name***
test

**Last Name***
test

**Email***
canssssssdice.neste@gmail.com

**Zip***
33131

By clicking "Continue", I represent that I am 18+ years of age; I understand that this site is privately owned and is not affiliated with, nor endorsed by any government agency, I agree that the personal information I provide you with may be shared with third parties for other marketing purposes, and agree to the Privacy Policy, California Privacy Policy and Terms and Conditions; and agree to receive email marketing from Health Benefits, Fortfynance, MyHousingSolution and its Marketing Partners, as well as understanding that this site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

**CONTINUE**

## We Are Here to Help

We provide a FREE service that gives the information you need so that you can meet your health goals. Learn more about us here.







**Clear & Simple Information**          **Free Guide**          **Personalized Offers**



## Find Out How to Prevent Back Pain With Exercise

Did you know that one of the main causes of back pain is muscle strain? Learn how to prevent muscles in your back from straining by reading our guide.

**GET STARTED NOW**

CONTACT US | MARKETING PARTNERS | PRIVACY POLICY | TERMS AND CONDITIONS | CALIFORNIA OPT-OUT | CALIFORNIA PRIVACY R. REQUEST




Copyright© 2020 Health Benefits, All Rights Reserved.

health-benefits.org

HOME    ABOUT US    CONTACT US    FAQS

# Learn How to Help Lower Your Cholesterol With Our Guide

**Our free guide can help with high cholesterol!**

✓ Learn About High Cholesterol With Our Free Guide

✓ Find Useful Tips & Great Advice On Managing Cholesterol and More!

✓ Get Immediate Access To Free Newsletters With New Tips & Information

✓ Take Our Optional Survey to Receive Personalized Offers From Our Partners!

## Get Your Health & Wellness Guide

**First Name***
test

**Last Name***
test

**Email***
canssssssdice.neste@gmail.com

**Zip***
33131

By clicking "Continue", I represent that I am 18+ years of age; I understand that this site is privately owned and is not affiliated with, nor endorsed by any government agency, I agree that the personal information I provide you with may be shared with third parties for other marketing purposes, and agree to the Privacy Policy, California Privacy Policy and Terms and Conditions; and agree to receive email marketing from Health Benefits, Fortfynance, MyHousingSolution and its Marketing Partners, as well as understanding that this site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

**CONTINUE**

## We Are Here to Help

We provide a FREE service that gives the information you need so that you can meet your health goals. Learn more about us here.





Clear & Simple Information                Free Guide                Personalized Offers



# Find Out How to Banish Bad Cholesterol With Ease

Keeping your cholesterol levels in check can be as simple as finding a healthy diet and getting regular exercise. Find out what you can do to banish bad cholesterol with our free guide.

**GET STARTED NOW**

CONTACT US | MARKETING PARTNERS | PRIVACY POLICY | TERMS AND CONDITIONS | CALIFORNIA OPT-OUT | CALIFORNIA PRIVACY R. REQUEST

  

Copyright© 2020 Health Benefits, All Rights Reserved.

health-benefits.org

HOME   ABOUT US   CONTACT US   FAQS

# A Free Guide to Learning How to Live a Better Life With Glaucoma

**Learn about treatment options with our free guide!**

✓ Learn About Glaucoma With Our Free Guide

✓ Find Useful Tips & Great Advice On Managing Glaucoma and More!

✓ Get Immediate Access To Free Newsletters With New Tips & Information

✓ Take Our Optional Survey To Receive Personalized Offers From Our Partners!

## Get Your Health & Wellness Guide

**First Name***
test

**Last Name***
test

**Email***
canssssssdice.neste@gmail.com

**Zip***
33131

By clicking "Continue", I represent that I am 18+ years of age; I understand that this site is privately owned and is not affiliated with, nor endorsed by any government agency, I agree that the personal information I provide you with may be shared with third parties for other marketing purposes, and agree to the Privacy Policy, California Privacy Policy and Terms and Conditions; and agree to receive email marketing from Health Benefits, Fortfynance, MyHousingSolution and its Marketing Partners, as well as understanding that this site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

**CONTINUE**

## We Are Here to Help

We provide a FREE service that gives the information you need so that you can meet your health goals. Learn more about us here.







**Clear & Simple Information**   **Free Guide**   **Personalized Offers**



# Learn How to Make Living With Glaucoma Easier

If you think you can't manage your glaucoma properly, read our free guide. Find easy explanations for treatment options and what you can do to protect your sight.

**GET STARTED NOW**

CONTACT US | MARKETING PARTNERS | PRIVACY POLICY | TERMS AND CONDITIONS | CALIFORNIA OPT-OUT | CALIFORNIA PRIVACY R. REQUEST




Copyright© 2020 Health Benefits, All Rights Reserved.

health-benefits.org

HOME   ABOUT US   CONTACT US   FAQS

# Learn About Tools You Can Use to Identify Possible Conditions with our Free Guide

Learn how to identify possible conditions with our free guide!

✓ Learn About Symptom Checkers With Our Free Guide

✓ Find Useful Tips & Great Advice On Checking Your Symptoms and More!

✓ Get Immediate Access To Free Newsletters With New Tips & Information

✓ Take Our Optional Survey to Receive Personalized Offers From Our Partners!

## Get Your Health & Wellness Guide

**First Name***
test

**Last Name***
test

**Email***
canssssssdice.neste@gmail.com

**Zip***
33131

By clicking "Continue", I represent that I am 18+ years of age; I understand that this site is privately owned and is not affiliated with, nor endorsed by any government agency, I agree that the personal information I provide you with may be shared with third parties for other marketing purposes, and agree to the Privacy Policy, California Privacy Policy and Terms and Conditions; and agree to receive email marketing from Health Benefits, Fortfynance, MyHousingSolution and its Marketing Partners, as well as understanding that this site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

**CONTINUE**

## We Are Here to Help

We provide a FREE service that gives the information you need so that you can meet your health goals. Learn more about us here.







Clear & Simple Information    Free Guide    Personalized Offers



## Learn About the Best Symptom Checkers

Find out about various conditions and their symptoms in our easy guide. Then learn about the best online symptom checkers.

GET STARTED NOW

CONTACT US | MARKETING PARTNERS | PRIVACY POLICY | TERMS AND CONDITIONS | CALIFORNIA OPT-OUT | CALIFORNIA PRIVACY R. REQUEST

 

Copyright© 2020 Health Benefits, All Rights Reserved.

health-benefits.org

HOME   ABOUT US   CONTACT US   FAQS

# Learn How to Manage Diabetes With Our Free Guide

**Our free guide provides information on treatment and prevention steps you can take!**

✓ Learn About Diabetes With Our Free Guide

✓ Find Useful Tips & Great Advice On Managing Diabetes and More!

✓ Get Immediate Access To Free Newsletters With New Tips & Information

✓ Take Our Optional Survey to Receive Personalized Offers From Our Partners!

## Get Your Health & Wellness Guide

**First Name***
test

**Last Name***
test

**Email***
canssssssdice.neste@gmail.com

**Zip***
33131

By clicking "Continue", I represent that I am 18+ years of age; I understand that this site is privately owned and is not affiliated with, nor endorsed by any government agency, I agree that the personal information I provide you with may be shared with third parties for other marketing purposes, and agree to the Privacy Policy, California Privacy Policy and Terms and Conditions; and agree to receive email marketing from Health Benefits, Fortfynance, MyHousingSolution and its Marketing Partners, as well as understanding that this site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

**CONTINUE**

## We Are Here to Help

We provide a FREE service that gives the information you need so that you can meet your health goals. Learn more about us here.







Clear & Simple Information    Free Guide    Personalized Offers



## Learn How to Make Living With Diabetes Easier

Find out how to manage your diabetes with the help of our free guide.

GET STARTED NOW

CONTACT US | MARKETING PARTNERS | PRIVACY POLICY | TERMS AND CONDITIONS | CALIFORNIA OPT-OUT | CALIFORNIA PRIVACY R. REQUEST

 

Copyright© 2020 Health Benefits, All Rights Reserved.

health-benefits.org

HOME   ABOUT US   CONTACT US   FAQS

# Learn How to Manage Symptoms With Our Free Guide

**Our guide gives information about treatment options and more!**

✓ Learn About Depression With Our Free Guide

✓ Find Useful Tips & Great Advice On Managing Depression and More!

✓ Get Immediate Access To Free Newsletters With New Tips & Information

✓ Take Our Optional Survey to Receive Personalized Offers From Our Partners!

## Get Your Health & Wellness Guide

**First Name***
test

**Last Name***
test

**Email***
cansssssdice.neste@gmail.com

**Zip***
33131

By clicking "Continue", I represent that I am 18+ years of age; I understand that this site is privately owned and is not affiliated with, nor endorsed by any government agency, I agree that the personal information I provide you with may be shared with third parties for other marketing purposes, and agree to the Privacy Policy, California Privacy Policy and Terms and Conditions; and agree to receive email marketing from Health Benefits, Fortfynance, MyHousingSolution and its Marketing Partners, as well as understanding that this site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

**CONTINUE**

## We Are Here to Help

We provide a FREE service that gives the information you need so that you can meet your health goals. Learn more about us here.







Clear & Simple Information    Free Guide    Personalized Offers



## Get our guide to learn how to manage depression

Start tackling your symptoms
Learn how to manage your depression
Feel like your self again

CONTACT US | MARKETING PARTNERS | PRIVACY POLICY | TERMS AND CONDITIONS | CALIFORNIA OPT-OUT | CALIFORNIA PRIVACY R. REQUEST

  

Copyright© 2020 Health Benefits, All Rights Reserved.

health-benefits.org

HOME   ABOUT US   CONTACT US   FAQS

# Learn About Health Insurance With Our Free Guide!

Learn about cheap health insurance options that may be available to you.

✓ Learn About Health Insurance With Our Free Guide

✓ Find Useful Tips & Great Advice On Health Insurance Coverage and More!

✓ Get Immediate Access To Free Newsletters With New Tips & Information

✓ Take Our Optional Survey to Receive Personalized Offers From Our Partners!

## Get Your Health & Wellness Guide

**First Name***
test

**Last Name***
test

**Email***
canssssssdice.neste@gmail.com

**Zip***
33131

By clicking "Continue", I represent that I am 18+ years of age; I understand that this site is privately owned and is not affiliated with, nor endorsed by any government agency, I agree that the personal information I provide you with may be shared with third parties for other marketing purposes, and agree to the Privacy Policy, California Privacy Policy and Terms and Conditions; and agree to receive email marketing from Health Benefits, Forthfinance, MyHousingSolution and its Marketing Partners, as well as understanding that this site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

**CONTINUE**

## We Are Here to Help

We provide a FREE service that gives the information you need so that you can meet your health goals. Learn more about us here.







Clear & Simple Information     Free Guide     Personalized Offers



# Learn How to Find Affordable Healthcare Easily

If you can't afford a private insurance plan, you may qualify for government-sponsored healthcare options. Learn about the coverage plans available with our free guide.

**GET STARTED NOW**

CONTACT US | MARKETING PARTNERS | PRIVACY POLICY | TERMS AND CONDITIONS | CALIFORNIA OPT-OUT | CALIFORNIA PRIVACY R. REQUEST




Copyright© 2020 Health Benefits, All Rights Reserved.

health-benefits.org

HOME   ABOUT US   CONTACT US   FAQS

# Learn Steps You Can Take to Lower your High Blood Pressure

**Learn About Managing Hypertension with our Free Guide**

✓ Learn About Hypertension With Our Free Guide

✓ Find Useful Tips & Great Advice On Managing High Blood Pressure and More!

✓ Get Immediate Access To Free Newsletters With New Tips & Information

✓ Take Our Optional Survey to Receive Personalized Offers From Our Partners!

## Get Your Health & Wellness Guide

**First Name***
test

**Last Name***
test

**Email***
canssssdice.neste@gmail.com

**Zip***
33131

By clicking "Continue", I represent that I am 18+ years of age; I understand that this site is privately owned and is not affiliated with, nor endorsed by any government agency, I agree that the personal information I provide you with may be shared with third parties for other marketing purposes, and agree to the Privacy Policy, California Privacy Policy and Terms and Conditions; and agree to receive email marketing from Health Benefits, Fortfynance, MyHousingSolution and its Marketing Partners, as well as understanding that this site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

**CONTINUE**

## We Are Here to Help

We provide a FREE service that gives the information you need so that you can meet your health goals. Learn more about us here.





Clear & Simple Information    Free Guide    Personalized Offers



# Get Tips for Managing Hypertension

High blood pressure is caused by many factors, but some are within your control. Learn tips for managing your blood pressure with our free guide.

GET STARTED NOW

CONTACT US | MARKETING PARTNERS | PRIVACY POLICY | TERMS AND CONDITIONS | CALIFORNIA OPT-OUT | CALIFORNIA PRIVACY R. REQUEST

 

Copyright© 2020 Health Benefits, All Rights Reserved.

health-benefits.org

HOME   ABOUT US   CONTACT US   FAQS

# Find Out How You Could Lose Weight With Our Guide

Learn how to kick-start your weight loss journey today with our free guide!

- ✓ Learn About Weight Loss With Our Free Guide
- ✓ Find Useful Tips & Great Advice On Weight Loss and More!
- ✓ Get Immediate Access To Free Newsletters With New Tips & Information
- ✓ Take Our Optional Survey to Receive Personalized Offers From Our Partners!

## Get Your Health & Wellness Guide

**First Name***
test

**Last Name***
test

**Email***
canssssdice.neste@gmail.com

**Zip***
33131

By clicking "Continue", I represent that I am 18+ years of age; I understand that this site is privately owned and is not affiliated with, nor endorsed by any government agency, I agree that the personal information I provide you with may be shared with third parties for other marketing purposes, and agree to the Privacy Policy, California Privacy Policy and Terms and Conditions; and agree to receive email marketing from Health Benefits, Fortfynance, MyHousingSolution and its Marketing Partners, as well as understanding that this site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

**CONTINUE**

## We Are Here to Help

We provide a FREE service that gives the information you need so that you can meet your health goals. Learn more about us here.







Clear & Simple Information    Free Guide    Personalized Offers



# Learn How to Lose Weight

Discover simple changes you can incorporate into your daily routine that may have you dropping a pant size in no time! Download our free guide.

GET STARTED NOW

CONTACT US | MARKETING PARTNERS | PRIVACY POLICY | TERMS AND CONDITIONS | CALIFORNIA OPT-OUT | CALIFORNIA PRIVACY R. REQUEST

 

Copyright© 2020 Health Benefits, All Rights Reserved.

health-benefits.org

HOME   ABOUT US   CONTACT US   FAQS

# Get Skincare With Our Free Guide

**Find out how you can manage skin conditions with our free guide!**

✓ Learn About Skincare With Our Free Guide

✓ Find Useful Tips & Great Advice On Skincare and More!

✓ Get Immediate Access To Free Newsletters With New Tips & Information

✓ Take Our Optional Survey to Receive Personalized Offers From Our Partners!

## Get Your Health & Wellness Guide

First Name*
test

Last Name*
test

Email*
canssssdice.neste@gmail.com

Zip*
33131

By clicking "Continue", I represent that I am 18+ years of age; I understand that this site is privately owned and is not affiliated with, nor endorsed by any government agency, I agree that the personal information I provide you with may be shared with third parties for other marketing purposes, and agree to the Privacy Policy, California Privacy Policy and Terms and Conditions; and agree to receive email marketing from Health Benefits, Fortfynance, MyHousingSolution and its Marketing Partners, as well as understanding that this site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

**CONTINUE**

## We Are Here to Help

We provide a FREE service that gives the information you need so that you can meet your health goals. Learn more about us here.







Clear & Simple Information        Free Guide        Personalized Offers



## Find Out How to Simplify Skin Care

If you think skin care is too complicated for you, read our free easy guide! Learn about skin care routines and how to manage various conditions in one place.

GET STARTED NOW

CONTACT US | MARKETING PARTNERS | PRIVACY POLICY | TERMS AND CONDITIONS | CALIFORNIA OPT-OUT | CALIFORNIA PRIVACY R. REQUEST

 

Copyright© 2020 Health Benefits, All Rights Reserved.

**health-benefits.org**

HOME   ABOUT US   CONTACT US   FAQS

# Learn How to Prevent Hearing Loss With Our Free Guide!

Find out about hearing loss treatment options and devices by reading our guide.

✓ Learn About Hearing Loss With Our Free Guide

✓ Find Useful Tips & Great Advice On Preventing Hearing Loss and More!

✓ Get Immediate Access To Free Newsletters With New Tips & Information

✓ Take Our Optional Survey to Receive Personalized Offers From Our Partners!

## Get Your Health & Wellness Guide

**First Name***
test

**Last Name***
test

**Email***
canssssssdice.neste@gmail.com

**Zip***
33131

By clicking "Continue", I represent that I am 18+ years of age; I understand that this site is privately owned and is not affiliated with, nor endorsed by any government agency, I agree that the personal information I provide you with may be shared with third parties for other marketing purposes, and agree to the Privacy Policy, California Privacy Policy and Terms and Conditions; and agree to receive email marketing from Health Benefits, Fortfynance, MyHousingSolution and its Marketing Partners, as well as understanding that this site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

**CONTINUE**

## We Are Here to Help

We provide a FREE service that gives the information you need so that you can meet your health goals. Learn more about us here.







Clear & Simple Information          Free Guide          Personalized Offers



# Learn How to Prevent Hearing Loss With Our Free Guide

Exposure to certain environments may put your hearing in danger. Find out what steps you can take to protect your hearing with our guide.

GET STARTED NOW

CONTACT US | MARKETING PARTNERS | PRIVACY POLICY | TERMS AND CONDITIONS | CALIFORNIA OPT-OUT | CALIFORNIA PRIVACY R. REQUEST

  

Copyright© 2020 Health Benefits, All Rights Reserved.

health-benefits.org

HOME   ABOUT US   CONTACT US   FAQS

# Learn How to Identify & Manage Heart Disease With Our Free Guide

Get information about cardiovascular disease treatment and prevention.

- ✓ Learn About Heart Disease With Our Free Guide
- ✓ Find Useful Tips & Great Advice On Heart Disease and More!
- ✓ Get Immediate Access To Free Newsletters With New Tips & Information
- ✓ Take Our Optional Survey to Receive Personalized Offers From Our Partners!

## Get Your Health & Wellness Guide

**First Name***
test

**Last Name***
test

**Email***
cansssssdice.neste@gmail.com

**Zip***
33131

By clicking "Continue", I represent that I am 18+ years of age; I understand that this site is privately owned and is not affiliated with, nor endorsed by any government agency, I agree that the personal information I provide you with may be shared with third parties for other marketing purposes, and agree to the Privacy Policy, California Privacy Policy and Terms and Conditions; and agree to receive email marketing from Health Benefits, Fortfynance, MyHousingSolution and its Marketing Partners, as well as understanding that this site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

**CONTINUE**

## We Are Here to Help

We provide a FREE service that gives the information you need so that you can meet your health goals. Learn more about us here.





**Clear & Simple Information**          **Free Guide**                    **Personalized Offers**



## Learn About the Importance of Identifying Heart Disease Early

Millions of Americans experience strokes and heart attacks every year due to poor cardiovascular health. Get tips for keeping your heart in shape in our free guide.

**GET STARTED NOW**

CONTACT US | MARKETING PARTNERS | PRIVACY POLICY | TERMS AND CONDITIONS | CALIFORNIA OPT-OUT | CALIFORNIA PRIVACY R. REQUEST

 

Copyright© 2020 Health Benefits, All Rights Reserved.

health-benefits.org

HOME   ABOUT US   CONTACT US   FAQS

# Get Our Free Guide and Learn How You could Sleep a Full 8 Hours!

**Get tips on how to manage your sleep now with our free guide!**

✓ Learn About Sleep With Our Free Guide

✓ Find Useful Tips & Great Advice on How to Sleep Better and More!

✓ Get Immediate Access To Free Newsletters With New Tips & Information

✓ Take Our Optional Survey to Receive Personalized Offers From Our Partners!

## Get Your Health & Wellness Guide

**First Name***
test

**Last Name***
test

**Email***
canssssssdice.neste@gmail.com

**Zip***
33131

By clicking "Continue", I represent that I am 18+ years of age; I understand that this site is privately owned and is not affiliated with, nor endorsed by any government agency, I agree that the personal information I provide you with may be shared with third parties for other marketing purposes, and agree to the Privacy Policy, California Privacy Policy and Terms and Conditions; and agree to receive email marketing from Health Benefits, Fortfynance, MyHousingSolution and its Marketing Partners, as well as understanding that this site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

**CONTINUE**

## We Are Here to Help

We provide a FREE service that gives the information you need so that you can meet your health goals. Learn more about us here.







Clear & Simple Information          Free Guide          Personalized Offers



## Our Guide Can Help You Learn Tips for Finally Getting a Good Night's Sleep

If you're having trouble getting enough rest, there is a solution. Our free guide talks about common reasons for bad sleep and ways to get better rest.

GET STARTED NOW

CONTACT US | MARKETING PARTNERS | PRIVACY POLICY | TERMS AND CONDITIONS | CALIFORNIA OPT-OUT | CALIFORNIA PRIVACY R. REQUEST

 

Copyright© 2020 Health Benefits, All Rights Reserved.

health-benefits.org

HOME   ABOUT US   CONTACT US   FAQS

# Learn How to Manage Your Arthritis Pain With Our Free Guide

**Get tips on how to manage and alleviate your arthritis symptoms with our free guide!**

✓ Learn About Arthritis With Our Free Guide

✓ Find Useful Tips & Great Advice On Arthritis and More!

✓ Get Immediate Access To Free Newsletters With New Tips & Information

✓ Take Our Optional Survey to Receive Personalized Offers From Our Partners!

## Get Your Health & Wellness Guide

**First Name***
First Name

**Last Name***
Last Name

**Email***
canssssssdice.neste@gmail.com

**Zip***
Zip

By clicking "Continue", I represent that I am 18+ years of age; I understand that this site is privately owned and is not affiliated with, nor endorsed by any government agency, I agree that the personal information I provide you with may be shared with third parties for other marketing purposes, and agree to the Privacy Policy, California Privacy Policy and Terms and Conditions; and agree to receive email marketing from Health Benefits, Fortfynance, MyHousingSolution and its Marketing Partners, as well as understanding that this site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

**CONTINUE**

## We Are Here to Help

We provide a FREE service that gives the information you need so that you can meet your health goals. Learn more about us here.







Clear & Simple Information          Free Guide          Personalized Offers



## Don't Let Joint Pain Control Your Life - Get Our Free Guide

There may be no cure for arthritis, but there is plenty you can do to prevent or slow its development. Learn more in our guide.

GET STARTED NOW

CONTACT US | MARKETING PARTNERS | PRIVACY POLICY | TERMS AND CONDITIONS | CALIFORNIA OPT-OUT | CALIFORNIA PRIVACY R. REQUEST

 

Copyright© 2020 Health Benefits, All Rights Reserved.



health-benefits.org

Done! — Survey — Confirmation 3



**Your Guide Is On Its Way!**

Survey

**Please Answer The Questions Below**

## Enter Your Address

**Street Address:**

Street Address

**City:**

Miami

**State:**

Florida ▼

**CONTINUE**

❓ F.A.Q

If you want to learn more about the usage of your information please visit our Privacy Policy.

Want to learn about who we are? Please visit our About. You will receive your free guide as soon as you provide your email address. You are not required to participate in our survey, answer questions and no purchase is needed in order to get your free guide. We aren't owned, operated or endorsed by any government agency.

CONTACT US | MARKETING PARTNERS | PRIVACY POLICY | TERMS AND CONDITIONS | CALIFORNIA OPT-OUT | CALIFORNIA PRIVACY R. REQUEST




Copyright© 2020 Health Benefits, All Rights Reserved.

health-benefits.org

✓ Done!  ② Survey  ③ Confirmation



Survey Consent
**Please Answer The Question Below**

## What is your mobile phone number?

**Mobile Number:**

Mobile Number

**1st Step** ▶ ☐ By providing the telephone number(s) listed above and clicking the "AGREE AND CONTINUE" button below, I state that I am the user of the telephone number(s), and I agree to receive marketing calls and/or text messages from health-benefits.org, our Marketing Partner Medigap Life, and our other Marketing Partners, a list of which can be found by clicking [here]. I understand that these calls or texts may be sent by an automated telephone dialing system or an automated texting system and may contain an artificial or prerecorded voice, and I agree to receive them. I understand that these calls or texts may include advertising containing offers for goods or services including Medicare Advantage products. I understand that my mobile telephone provider will charge me according to the type of plan I carry. I agree to the terms and conditions of use of this website, which can be found here. I understand I am NOT required to provide my telephone number in order to receive the free guide.

**AGREE & CONTINUE**

or

**Skip**

❓ F.A.Q

If you want to learn more about the usage of your information please visit our Privacy Policy.

Want to learn about who we are? Please visit our About. You will receive your free guide as soon as you provide your email address. You are not required to participate in our survey, answer questions and no purchase is needed in order to get your free guide. We aren't owned, operated or endorsed by any government agency.

CONTACT US | MARKETING PARTNERS | PRIVACY POLICY | TERMS AND CONDITIONS | CALIFORNIA OPT-OUT | CALIFORNIA PRIVACY R. REQUEST



SSL SECURE    VERIFIED & SECURED

Copyright© 2020 Health Benefits, All Rights Reserved.

 health-benefits.org

✓ Done!  ◯ Survey  ③ Confirmation



Survey

**Please Answer The Questions Below**

### Select your date of birth and gender

*Date of birth:

| MM | DD | 2000 |

* Gender:

-- Gender --

**CONTINUE**

❓ F.A.Q

If you want to learn more about the usage of your information please visit our Privacy Policy.

Want to learn about who we are? Please visit our About. You will receive your free guide as soon as you provide your email address. You are not required to participate in our survey, answer questions and no purchase is needed in order to get your free guide. We aren't owned, operated or endorsed by any government agency.

CONTACT US | MARKETING PARTNERS | PRIVACY POLICY | TERMS AND CONDITIONS | CALIFORNIA OPT-OUT | CALIFORNIA PRIVACY R. REQUEST

 

Copyright© 2020 Health Benefits, All Rights Reserved.



Want to learn about who we are? Please visit our About. You will receive your free guide as soon as you provide your email address. You are not required to participate in our survey, answer questions and no purchase is needed in order to get your free guide. We aren't owned, operated or endorsed by any government agency.

CONTACT US | MARKETING PARTNERS | PRIVACY POLICY | TERMS AND CONDITIONS | CALIFORNIA OPT-OUT | CALIFORNIA PRIVACY R. REQUEST




Copyright© 2020 Health Benefits, All Rights Reserved.

health-benefits.org

Done!   Survey   3 Confirmation

Survey

## Please Answer The Question Below

**If you've been out of work and not receiving social security, you may qualify for up to $2,600 per month in disability benefits. If you are unemployed, you may be eligible for additional benefits. Confirm your employment status below to receive information.**

○ **On Disability**

○ **Full Time**

○ **Part Time**

○ **Unemployed**

○ **Student**

❓ F.A.Q

Want to learn about who we are? Please visit our About. You will receive your free guide as soon as you provide your email address. You are not required to participate in our survey, answer questions and no purchase is needed in order to get your free guide. We aren't owned, operated or endorsed by any government agency.

CONTACT US | MARKETING PARTNERS | PRIVACY POLICY | TERMS AND CONDITIONS | CALIFORNIA OPT-OUT | CALIFORNIA PRIVACY R. REQUEST

 

Copyright© 2020 Health Benefits, All Rights Reserved.

health-benefits.org

✓ Done!    Survey    3 Confirmation

Survey
### Please Answer The Question Below

**If you've been out of work and not receiving social security, you may qualify for up to $2,600 per month in disability benefits. If you are unemployed, you may be eligible for additional benefits. Confirm your employment status below to receive information.**

○ **On Disability**

○ **Full Time**

○ **Part Time**

○ **Unemployed**

○ **Student**

❓ F.A.Q

Want to learn about who we are? Please visit our About. You will receive your free guide as soon as you provide your email address. You are not required to participate in our survey, answer questions and no purchase is needed in order to get your free guide. We aren't owned, operated or endorsed by any government agency.

CONTACT US | MARKETING PARTNERS | PRIVACY POLICY | TERMS AND CONDITIONS | CALIFORNIA OPT-OUT | CALIFORNIA PRIVACY R. REQUEST

 

Copyright© 2020 Health Benefits, All Rights Reserved.

health-benefits.org

Done!  Survey  ③ Confirmation



Survey
## Please Answer The Question Below

**Choosing the right health insurance plan may save you $100's per year! To receive information, please confirm your current health insurance status.**

○ **No Insurance**

○ **Private Insurance**

○ **Medicare (Parts A or B)**

○ **Medicaid**

○ **Insurance Through Work**

❓ F.A.Q

Want to learn about who we are? Please visit our About. You will receive your free guide as soon as you provide your email address. You are not required to participate in our survey, answer questions and no purchase is needed in order to get your free guide. We aren't owned, operated or endorsed by any government agency.

CONTACT US | MARKETING PARTNERS | PRIVACY POLICY | TERMS AND CONDITIONS | CALIFORNIA OPT-OUT | CALIFORNIA PRIVACY R. REQUEST

 

Copyright© 2020 Health Benefits, All Rights Reserved.

health-benefits.org

✓ Done!    ──── Survey    ③ Confirmation



Survey

## Please Answer The Question Below

**Do you or a loved one suffer from any of the ailments below? If yes, do you want to receive information on clinical trials, the latest treatments and the newest products & supplies? Check all the apply.**

☐ **Diabetes**

☐ **Back Pain**

☐ **Sleep Apnea**

☐ No, I Don't

**CONTINUE**

❓ F.A.Q

Want to learn about who we are? Please visit our About. You will receive your free guide as soon as you provide your email address. You are not required to participate in our survey, answer questions and no purchase is needed in order to get your free guide. We aren't owned, operated or endorsed by any government agency.

CONTACT US | MARKETING PARTNERS | PRIVACY POLICY | TERMS AND CONDITIONS | CALIFORNIA OPT-OUT | CALIFORNIA PRIVACY R. REQUEST

 

Copyright© 2020 Health Benefits, All Rights Reserved.



Want to learn about who we are? Please visit our About. You will receive your free guide as soon as you provide your email address. You are not required to participate in our survey, answer questions and no purchase is needed in order to get your free guide. We aren't owned, operated or endorsed by any government agency.

CONTACT US | MARKETING PARTNERS | PRIVACY POLICY | TERMS AND CONDITIONS | CALIFORNIA OPT-OUT | CALIFORNIA PRIVACY R. REQUEST

 

Copyright© 2020 Health Benefits, All Rights Reserved.



Want to learn about who we are? Please visit our About. You will receive your free guide as soon as you provide your email address. You are not required to participate in our survey, answer questions and no purchase is needed in order to get your free guide. We aren't owned, operated or endorsed by any government agency.

CONTACT US | MARKETING PARTNERS | PRIVACY POLICY | TERMS AND CONDITIONS | CALIFORNIA OPT-OUT | CALIFORNIA PRIVACY R. REQUEST




Copyright© 2020 Health Benefits, All Rights Reserved.



Want to learn about who we are? Please visit our About. You will receive your free guide as soon as you provide your email address. You are not required to participate in our survey, answer questions and no purchase is needed in order to get your free guide. We aren't owned, operated or endorsed by any government agency.

CONTACT US | MARKETING PARTNERS | PRIVACY POLICY | TERMS AND CONDITIONS | CALIFORNIA OPT-OUT | CALIFORNIA PRIVACY R. REQUEST




Copyright© 2020 Health Benefits, All Rights Reserved.



Survey

**Please Answer The Question Below**

**Do you have an active checking account?**

YES     No

❓ F.A.Q

Want to learn about who we are? Please visit our About. You will receive your free guide as soon as you provide your email address. You are not required to participate in our survey, answer questions and no purchase is needed in order to get your free guide. We aren't owned, operated or endorsed by any government agency.

CONTACT US | MARKETING PARTNERS | PRIVACY POLICY | TERMS AND CONDITIONS | CALIFORNIA OPT-OUT | CALIFORNIA PRIVACY R. REQUEST

 

Copyright© 2020 Health Benefits, All Rights Reserved.

health-benefits.org

✓ Done!  •  Survey  •  3 Confirmation

Survey

## Please Answer The Question Below

**Want a Fresh Start from your Debt? If you owe more than $10,000 on your credit cards, learn how you can pay off or reduce your debt with a no-obligation consultation. Please indicate your current debt status if you would you like a call back for more information.**

○ Less than $10,000

○ $10,000 to $20,000

○ $20,000 or more

○ My credit cards are paid off

○ I do not have a credit card

❓ F.A.Q

Want to learn about who we are? Please visit our About. You will receive your free guide as soon as you provide your email address. You are not required to participate in our survey, answer questions and no purchase is needed in order to get your free guide. We aren't owned, operated or endorsed by any government agency.

CONTACT US | MARKETING PARTNERS | PRIVACY POLICY | TERMS AND CONDITIONS | CALIFORNIA OPT-OUT | CALIFORNIA PRIVACY R. REQUEST

 

Copyright© 2020 Health Benefits, All Rights Reserved.



Want to learn about who we are? Please visit our About. You will receive your free guide as soon as you provide your email address. You are not required to participate in our survey, answer questions and no purchase is needed in order to get your free guide. We aren't owned, operated or endorsed by any government agency.

CONTACT US | MARKETING PARTNERS | PRIVACY POLICY | TERMS AND CONDITIONS | CALIFORNIA OPT-OUT | CALIFORNIA PRIVACY R. REQUEST




Copyright© 2020 Health Benefits, All Rights Reserved.



Want to learn about who we are? Please visit our About. You will receive your free guide as soon as you provide your email address. You are not required to participate in our survey, answer questions and no purchase is needed in order to get your free guide. We aren't owned, operated or endorsed by any government agency.

CONTACT US | MARKETING PARTNERS | PRIVACY POLICY | TERMS AND CONDITIONS | CALIFORNIA OPT-OUT | CALIFORNIA PRIVACY R. REQUEST

 

Copyright© 2020 Health Benefits, All Rights Reserved.



Want to learn about who we are? Please visit our About. You will receive your free guide as soon as you provide your email address. You are not required to participate in our survey, answer questions and no purchase is needed in order to get your free guide. We aren't owned, operated or endorsed by any government agency.

CONTACT US | MARKETING PARTNERS | PRIVACY POLICY | TERMS AND CONDITIONS | CALIFORNIA OPT-OUT | CALIFORNIA PRIVACY R. REQUEST




Copyright© 2020 Health Benefits, All Rights Reserved.



Survey

## Please Answer The Question Below

### Do you own a car and have a valid driver's license?

| YES | No |
|-----|-----|

❓ F.A.Q

Want to learn about who we are? Please visit our About. You will receive your free guide as soon as you provide your email address. You are not required to participate in our survey, answer questions and no purchase is needed in order to get your free guide. We aren't owned, operated or endorsed by any government agency.

CONTACT US | MARKETING PARTNERS | PRIVACY POLICY | TERMS AND CONDITIONS | CALIFORNIA OPT-OUT | CALIFORNIA PRIVACY R. REQUEST

 

Copyright© 2020 Health Benefits, All Rights Reserved.



Want to learn about who we are? Please visit our About. You will receive your free guide as soon as you provide your email address. You are not required to participate in our survey, answer questions and no purchase is needed in order to get your free guide. We aren't owned, operated or endorsed by any government agency.

CONTACT US | MARKETING PARTNERS | PRIVACY POLICY | TERMS AND CONDITIONS | CALIFORNIA OPT-OUT | CALIFORNIA PRIVACY R. REQUEST

 

Copyright© 2020 Health Benefits, All Rights Reserved.

health-benefits.org

✓ Done!  ● Survey  ③ Confirmation



Survey

### Please Answer The Question Below

**Get paid to take part in clinical trials.**

If you are interested in clinical trials concerning any of the below, check those that apply or skip.

☐ Alzheimer's Disease

☐ Asthma

☐ Bipolar Disorder

☐ Clostridium difficile (C. diff)

☐ Cold Sore

☐ Colitis

**CONTINUE**

Skip >>

Want to learn about who we are? Please visit our About. You will receive your free guide as soon as you provide your email address. You are not required to participate in our survey, answer questions and no purchase is needed in order to get your free guide. We aren't owned, operated or endorsed by any government agency.

CONTACT US | MARKETING PARTNERS | PRIVACY POLICY | TERMS AND CONDITIONS | CALIFORNIA OPT-OUT | CALIFORNIA PRIVACY R. REQUEST




Copyright© 2020 Health Benefits, All Rights Reserved.



Survey

**Please Answer The Question Below**

### Do You Make Less than $57,500?

Find Health Insurance that meets your income and your family's needs. Click "YES" to learn more.

**YES**     **No**

❓ F.A.Q

Want to learn about who we are? Please visit our _About_. You will receive your free guide as soon as you provide your email address. You are not required to participate in our survey, answer questions and no purchase is needed in order to get your free guide. We aren't owned, operated or endorsed by any government agency.

CONTACT US | MARKETING PARTNERS | PRIVACY POLICY | TERMS AND CONDITIONS | CALIFORNIA OPT-OUT | CALIFORNIA PRIVACY R. REQUEST




Copyright© 2020 Health Benefits, All Rights Reserved.





Want to learn about who we are? Please visit our About. You will receive your free guide as soon as you provide your email address. You are not required to participate in our survey, answer questions and no purchase is needed in order to get your free guide. We aren't owned, operated or endorsed by any government agency.

CONTACT US | MARKETING PARTNERS | PRIVACY POLICY | TERMS AND CONDITIONS | CALIFORNIA OPT-OUT | CALIFORNIA PRIVACY R. REQUEST





Copyright© 2020 Health Benefits, All Rights Reserved.



Want to learn about who we are? Please visit our About. You will receive your free guide as soon as you provide your email address. You are not required to participate in our survey, answer questions and no purchase is needed in order to get your free guide. We aren't owned, operated or endorsed by any government agency.

CONTACT US | MARKETING PARTNERS | PRIVACY POLICY | TERMS AND CONDITIONS | CALIFORNIA OPT-OUT | CALIFORNIA PRIVACY R. REQUEST




Copyright© 2020 Health Benefits, All Rights Reserved.



## Thank You!

**FINISH**

Want to learn about who we are? Please visit our About. You will receive your free guide as soon as you provide your email address. You are not required to participate in our survey, answer questions and no purchase is needed in order to get your free guide. We aren't owned, operated or endorsed by any government agency.

CONTACT US | MARKETING PARTNERS | PRIVACY POLICY | TERMS AND CONDITIONS | CALIFORNIA OPT-OUT | CALIFORNIA PRIVACY R. REQUEST




Copyright© 2020 Health Benefits, All Rights Reserved.

health-benefits.org

HOME   ABOUT US   CONTACT US   FAQS

✓ **Thank you, your guide has been sent to your Email. Please check your inbox.**

Improving your personal health is achievable by making healthy lifestyle choices, like following weight loss tips or following a healthy diet. Managing medical conditions that you may have to prevent your condition from worsening or increasing your risk for other chronic conditions are also smart personal help tips you should follow. For example, reducing excess weight with weight loss tips can improve the symptoms of some conditions, as well as act as a preventative measure towards the development of certain chronic conditions. Practicing everyday health care and making good choices about your health can have a significant impact on your health and reduce your likelihood of developing a number of medical conditions.



Recently Searched Topics

**ADDITIONAL PROGRAMS**
▶ Section 8 Assistance
▶ Unemployment Benefit Assistance
▶ Housing and Rent Assistance
▶ Senior Housing

**ADDITIONAL ASSISTANCE**
▶ Utility Bill Assistance
▶ Rent to Own Homes
▶ Food Stamps Assistance
▶ TANF Cash Assistance Program

## Learn about Weight Loss

Weight loss is one health measure than can help many people. It is estimated that more than a third of adults in America are considered obese, weighing at least 20 percent over the ideal weight of a person of their height. The rise in obesity could contribute to the rise in a number of chronic medical conditions, including high blood pressure, heart disease and diabetes.

If you are currently overweight or obese, there are a number of ways that you can lose weight, including by making lifestyle changes and practicing new, healthier habits every day. Eating a well-balanced diet is one of the most effective ways to achieve weight loss goal and maintain a healthy weight. If you do need to lose weight, strive to lose between one to two pounds of weight each week. There are a number of diets that have been proven effective for weight loss through numerous studies, including the paleo diet, vegan diet, low-carb diets and intermittent fasting. However, not every diet is the right choice for every person. Different diets have pros and cons for each, and some may be more effective for certain dieters, depending on other medical conditions and gender.

In addition to weight loss tips that can help you to get down to a healthy weight, it is important to create a plan for yourself once you reach your ideal weight in order to prevent weight regain. For many dieters, this may mean learning about better portion control, better snacking options or calorie counting. Furthermore, if you find you cannot lose weight regardless of the work you put into a diet, it is worth taking the time to rule out certain medications and medical conditions that can lead to weight gain, including hypothyroidism and polycystic ovarian syndrome (PCOS). In cases where a large amount of weight must be lost, surgical and medication options may be available.

Recently Searched Topics

**ADDITIONAL PROGRAMS**

› Section 8 Assistance

› Unemployment Benefit Assistance

› Housing and Rent Assistance

› Senior Housing

**ADDITIONAL ASSISTANCE**

› Utility Bill Assistance

› Rent to Own Homes

› Food Stamps Assistance

› TANF Cash Assistance Program

Regardless of whether or not you want to lose weight, experts strongly recommend that everyone be engaged in some sort of exercise routine. Not only can exercise help you to lose weight, but exercise provides numerous health benefits that can significantly impact overall health. Through routine exercise, a person can often decrease the risk of developing certain chronic condition, strengthen muscles, increase flexibility and reduce the risk of injuries. Experts recommend at least 200 minutes of aerobic (cardio) exercise per week and at least two sessions of strength training exercises per week.

## Find out about Skin Care

Following skin care tips can help you keep your skin healthy and reduce your risk of common skin conditions, including acne, eczema and skin cancer, including an aggressive form of cancer called melanoma. If you already have conditions such as eczema, psoriasis or rosacea, having a healthy skincare routine can help reduce the symptoms of these often chronic conditions as well as prevent further breakouts.

When developing your daily skin care routine, include a face watch twice daily using mild soap and following up with a toner and moisturizer. This can help clean prevent oil secretions from your skin clogging your pores, therefore preventing outbreaks of acne. Moisturizing after each wash can reduce dry skin, which can commonly worsen the symptoms of chronic conditions such as eczema. If you are sensitive to dry air, consider using an air humidifier.

Perhaps the most important skin care tips that you can follow are those that affect your likelihood of developing

skin cancer. Skin cancer is the most common type of cancer today. You can reduce your likelihood of developing skin cancer and take better care of your skin by limiting your exposure to the sun, especially during the hours of 10 a.m. and 2 p.m. It is crucial that you wear a broad-spectrum sunscreen that contains a sun protection factor (SPF) of at least 30.

As part of an ongoing skin care routine, avoid sunlamps and tanning beds because these items significantly increase your risk of developing cancer. Make sure to pay attention to your skin and check any changes to patches of skin or moles that you have at least once a week. Report any changes that you discover to your doctor.

## Learn about Sleep and Health

Most Americans are not getting enough sleep at some point in their lifetime. Not getting enough sleep on a regular basis can lead to several chronic conditions, including heart disease, obesity and depression. While some are affected by medical conditions that prevent quality sleep without treatment, such as insomnia, narcolepsy, restless leg syndrome and sleep apnea, most Americans who fail to get enough sleep on a regular basis may simply need to make some lifestyle changes in order to gain a better and more consistent sleep.

Tips for better sleep include, but are not limited to:

- Caffeine avoidance a few hours before bed.

- Nicotine avoidance a few hours before bed.

- Alcohol avoidance a few hours before bed.

- Avoiding heavy meals before bedtime.

- Minimizing the light and noise within your bedroom.

- Getting a better mattress, if the current is too uncomfortable. Back pain from a mattress can certainly impact your sleep, as well as your daily quality of life.

Getting enough sleep each night, reduce your risk for chronic conditions and improve your quality of life. If you are struggling to fall asleep or stay asleep, even when incorporating sleeping tips, then you should talk to your doctor to rule out any sleep related conditions that may be affecting you.

Recently Searched Topics

**ADDITIONAL PROGRAMS**

▶ Section 8 Assistance

▶ Unemployment Benefit Assistance

▶ Housing and Rent Assistance

**ADDITIONAL ASSISTANCE**

▶ Utility Bill Assistance

▶ Rent to Own Homes

▶ Food Stamps Assistance

▶ Senior Housing

▶ TANF Cash Assistance Program

CONTACT US | MARKETING PARTNERS | PRIVACY POLICY | TERMS AND CONDITIONS | CALIFORNIA OPT-OUT | CALIFORNIA PRIVACY R. REQUEST

 

Copyright© 2020 Health Benefits, All Rights Reserved.

# Contact Us

We want to give you the information you need so that you can meet your goals.

Have questions that you want answered? Don't hesitate to reach out to us.

We're a private company that gives free help and information.

Just fill out this simple form and we'll get back to you as soon as we can.

**Name** *

**Email** *

**Message**

**Submit**

If you need further assistance please contact us at info@health-benefits.org

SSL SECURE   VERIFIED & SECURED

Copyright© 2020 Health Benefits, All Rights Reserved.

health-benefits.org

HOME  ABOUT US  CONTACT US  FAQS

# About Us

Everyone loves to try and learn things online.

But the truth is, learning how to do things online can be overwhelming. You might not know where to look for the right information or even where to start.

That's where we come in.

## Our #1 Goal

We're an independent private company with 0 bias and 1 goal – to help you accomplish your tasks by providing the details you need.

This whole company started when one of our founders wished they had gotten better help online.

Now we're here to help YOU achieve your goals with free up-to-date information.

### How does it work?

1. **We Research**
   Our team of writers has done in-depth research on the things you need. We've looked at the most important information online. We've called local offices to ask the questions that you want answers to.

2. **We Make It Easy**
   Then we take important details and present them in a way that's clear and easy to understand so that you can take action immediately.

We keep looking online and calling local offices, even if we already looked or called a few months ago. We go through these steps on a regular basis to give you as much helpful up-to-date information as we can.

# The Information You Need – Clear & Simple

We know it can be hard to figure out how to get the assistance you need. That's why we make it our priority to give you the information you need in a way that's easy and quick to understand.

## Our Guide Is Free

You won't have to pay money for any information that we give you on our website. You won't even have to pay money for our guide that talks about tips and important steps to take.

Our website costs $0 for you to use because you're entitled to all of this free information!

The way our website is financed is through ads and affiliate marketing. Many of our users let us share some of their information with our marketing partners, so they can send them offers related to their interests.

You can rest assured that all the details on our site are researched to provide you with up-to-date information.

## Protecting Your Privacy

We believe in the importance of keeping your data safe. If you decide to give us your data while using our website, we use many different protections to help keep it safe. To learn more about how we protect your information, check out our Privacy Policy and Terms & Conditions.

## We're Here to Help

We want you to get the assistance you deserve.

Let us help you bridge the gap,

THE HEALTH-BENEFITS TEAM.

 

Copyright© 2020 Health Benefits, All Rights Reserved.

health-benefits.org                                            HOME   ABOUT US   CONTACT US   FAQS

# FAQs

We want to give you the information you need so that you can meet your goals.

We're a private company that finds out what you need to know, gives you the facts and gives them to you for free.

**Table of Contents:**

1. Want to learn about us?
2. Where do we get our information?
3. Is my information protected?
4. What can I do to get a good night's sleep?
5. What are common causes of back pain?
6. What are the symptoms of type 2 diabetes?
7. Who is most at risk for diabetes?
8. What is glaucoma?
9. What are the symptoms of arthritis?
10. What can I do to prevent high cholesterol?
11. What is hypertension?
12. What can I do to prevent depression?

# 1.    Want to learn about us?

We're a private company that finds out what you need to know, gives you the facts and gives them to you for free. Our goal is to give all the details you need – in a clear and simple way – so that you can meet your goals.

# 2.    Where do we get our information?

Our team of writers has done a lot of research on the things you need. We find information that's already online, but we put it all in one place to make things easier for you. We've looked at the most important information online. We called local offices to ask the questions that you want answers to. We keep looking online and calling local offices, even if we already looked or called a few months ago. We do our best to give you information that is up to date and helpful.

## 3.    Is my information protected?

We believe in the importance of keeping your data safe. If you decide to give us your data while using our website, we use many different protections to help keep it safe. To learn more about how we protect your information, check out our Privacy Policy and Terms & Conditions.

## 4.    What can I do to get a good night's sleep?

There are a few tips that you can follow to improve your night's sleep. These include avoiding caffeine before bed, as early as six hours before you go to sleep. Additionally, by not eating a heavy meal or drinking alcohol before bed, you can improve your sleep.

## 5.    What are common causes of back pain?

Back pain can be traced back to a number of different causes, such as having bad posture, weighing more than you should based on your age, not exercising and more. One common cause of back pain that isn't as well known is smoking.

## 6.    What are the symptoms of type 2 diabetes?

Typically, the symptoms for type 2 diabetes are similar to those seen with type 1. You may experience increased hunger or thirst, frequent urination, fatigue, unexplained weight loss and more. You may also experience some symptoms that are specific to type 2 diabetes, like itchiness or slow-healing cuts and scrapes.

## 7.    Who is most at risk for diabetes?

While you may be at risk for type 1 diabetes if you have a family history of the condition, type 2 is mostly seen in adults with obesity, an insulin or glucose resistance, sedentary lifestyles, previous gestational diabetes or polycystic ovarian syndrome.

## 8.    What is glaucoma?

Glaucoma is a vision condition that progressively damages the person's optic nerve in the eye. This condition can lead to a loss of vision or even blindness in some cases.

## 9.   What are the symptoms of arthritis?

This condition can be accompanied by symptoms like pain, stiffness, joint swelling and/or redness and a lack of mobile ability.

## 10.   What can I do to prevent high cholesterol?

Some steps you can take include but are not limited to eating more fruits, vegetables and whole grains, eating less salt, eating fewer animal fats, losing weight if you are overweight, reducing stress and doing daily exercise.

## 11.   What is hypertension?

Hypertension is the technical term for having high blood pressure. This condition may put you at risk for other heart conditions like stroke and heart attack. Hypertension has also been linked to dementia.

## 12.   What can I do to prevent depression?

Some steps that you can take include but are not limited to reducing stress, having open lines of communication with friends and family, and getting treatment immediately whenever symptoms present themselves.

 

Copyright© 2020 Health Benefits, All Rights Reserved.