## REPORT REGARDING PROPOSED MODIFIED WEBSITES AND PRACTICES

### I.   Executive Summary

This section provides a summary of the relevant changes made under the direction of the Receiver to OnPoint Global's ("OnPoint") consumer-facing websites and other actions taken to protect consumers.

OnPoint has re-evaluated the language and presentation of its "freemium" sites, which provide the user with a free guide on a relevant topic.   After the free guide is emailed to the user, the site requests that the user answer survey questions to receive offers from OnPoint's marketing partners. The revisions to the freemium sites **(1)** make clear that the user is not required to answer survey questions or receive advertisements in order to receive the free guide; and **(2)** move the placement of this information so that it is proximately displayed, easy to understand, and unavoidable. OnPoint has also made extensive changes to improve the readability of certain sites for users who read below a high school graduate reading level.

OnPoint has also reexamined the language and presentation of its e-Commerce sites, which provide concierge assistance to a user for a fee.   In general, OnPoint has revised its e-Commerce sites to meet the following goals: **(1)** clearly identify for the user the steps involved in each process; **(2)** identify any fees charged by OnPoint at the beginning of the process, and explain when those fees are in addition to other fees charged by separate entities; **(3)** make clear that OnPoint is not part of or affiliated with any government entity; and **(4)** explain to the user that if the user does not wish to pay OnPoint's third-party fee, the user may complete the service on the official government website.

OnPoint also revised its Telephone Consumer Protection Act ("TCPA") disclosure language to **(1)** provide clear disclosures to users regarding the consent they are giving to be contacted and by whom the user may be contacted; **(2)** obtain the express written consent of the user required by the TCPA; **(3)** provide the user a clear option to skip, so that the user is not required to provide telephone information or consent to phone marketing; and **(4)** comply with the FTC Do Not Call Registry.

Finally, this report highlights the good privacy practices already in place at OnPoint.  OnPoint has implemented several good privacy practices to help safeguard the privacy of consumer information in its care, some of which are critical to OnPoint's ongoing ability to comply with privacy regulations and continue to safeguard consumers' personal information.  OnPoint also has plans for continued growth of its privacy maturity, practices, and procedures, and enhancement of its privacy protection culture.

### II.   Consumer-Facing Websites

OnPoint's business involves two separate consumer-facing websites: **(1)** "freemium" sites, which provide the user with a free guide on a relevant topic and ask the user to provide his or her information to receive custom offers from OnPoint's marketing partners, and **(2)** e-Commerce sites, which offer concierge service assistance to consumers for a fee.  Significant changes have

**EXHIBIT J**

been made to both types of consumer-facing websites.  These changes not only sought to remedy any inaccurate or deceptive information provided on the websites and make changes to ensure legal compliance, but also addressed readability and clarity to make clear the value that is provided to users on each of the sites and a clear and upfront statement of the fee charged, if any.

Our primary objective to date has been to understand the data flow and functionality of OnPoint's freemium sites and e-Commerce sites so that OnPoint can clearly disclose relevant information to the user that allows the user to understand **(1)** what information the user must provide in order to receive OnPoint's free guides, and **(2)** that the survey questions are optional and are for the purpose of sending the user offers from OnPoint or its marketing partners.

### A.  "Freemium" Sites

OnPoint's freemium sites provide the user with a free guide on a relevant topic (e.g., my-section-8-housing.org provides the user with a guide to navigate applying for Section 8 housing benefits).  After the guide is emailed to the user, the site asks the user to take a survey to receive offers from OnPoint's marketing partners based on the user's answers.  The user's answers to survey questions determine which offers the user will receive, based on responses that match certain criteria.  For example, a user who answers "yes" to both "Are you a homeowner?" and "Do you have an active checking account?" may receive or be directed to an offer for a home security system.  The offers that a user receives are determined by their responses to specific survey questions, and the questions asked and offers available are the same across all freemium sites.  If the user's responses to one or more survey questions indicate the user meets the criteria to receive a particular offer from a specific OnPoint marketing partner, the user's contact information is pushed to the marketing partner in real time so the marketing partner can provide its offer to the user, or the user is prompted to visit the marketing partner's website to learn more about the offer (depending on the information provided by the user and whether the user expressly consents to receiving marketing information via a telephone and/or text message).

OnPoint partners with 75 total marketing partners, and has mapped which marketing partners will receive which pieces, if any, of a user's information depending on the user's responses to survey questions.  In this way, OnPoint is able to track which marketing partners receive a particular user's information, and will be able to notify those marketing partners of a user's request regarding his or her personal information.  Currently, if it receives such a request, OnPoint can notify its marketing partners on an ad hoc basis until formal procedures are put in place.

### (1) Summary of Changes Made

At a high level, OnPoint has made changes to its freemium website template to explain to the user who OnPoint is (not the government – a private company), what OnPoint provides for them (e.g., informational guides for Section 8 housing), how much the guide costs ($0), and why it can cost $0 (because OnPoint partners with businesses who have services that are relevant to Section 8, so they might be interesting to the user.  The user is not required to provide any information or consent to marketing, but providing a user's information to the partner with the user's consent is how OnPoint keeps the free guide free).

2

On the landing page of my-section-8-housing.org, the information displayed immediately to the user has been changed to accomplish the following goals: (1) make clear that in order to receive the free guide, there is no requirement that the user (a) provide personal information beyond an email address, (b) answer survey questions, or (c) receive advertisements; and (2) move the placement of that information so that it is the first thing that the user sees, prominently displayed, unavoidable, and easy to understand in terms of its readability.  The placement of the information is formatted as a drop-down menu to make it easy for a user to identify the topic of information provided and determine whether they want to learn more about the topic.

One issue that OnPoint has addressed is changing the appearance and language to create a dividing line between a user providing the information needed to receive the free guide (first and last name, email, and zip code, which are needed because Section 8 housing guides are locale-specific), as opposed to providing additional information and answering optional survey questions (which is not required to receive the Section 8 housing guide).  OnPoint's revisions make clear that providing additional information (such as a telephone number) and continuing to the survey is not required in order to receive the free guide.  The request for information needed to provide the free guide is now separated from the survey questions, the titles of the survey questions have been changed to clearly identify them as survey questions. Further, on the page containing the first survey question, there is clear language notifying the user that the free guide has already been sent before the user proceeds to answer the optional survey questions.  An overview of key changes is provided below.

OnPoint has also made significant changes to the "Requirements," "FAQs," and "About Us" pages of my-section-8-housing.org.  These changes not only provide clarity on the issues discussed throughout this report, but also improve readability for users at or below a 12th grade reading level. The new "Requirements," "FAQs," and "About Us" pages of the site are attached as **Exhibit 1**.

(2) <strong>Examples of Changes Made</strong>

OnPoint has made numerous changes to its freemium sites to make the following key points clear to the user:

1.  OnPoint is not the government.  It is a private entity.





2. OnPoint will provide a free guide to a user on a relevant topic, but users are not required to answer survey questions, provide additional information (such as a telephone number) to marketing partners, or receive marketing materials in order to receive one of OnPoint's free guides.



4



3. The information needed to receive the free guide is separate from the survey questions.



4. OnPoint makes money when a user answers survey questions and agrees to be contacted by or redirected to an offer from one of OnPoint's marketing partners.



In addition, certain language in the survey questions was changed to make it more clear, or removed altogether for privacy purposes.

### (3) Changes Made to Financial Services Assistance Information Freemium Sites

OnPoint carefully considered the FTC's guidance and evaluated all the text that was provided on the financial services assistance information site itself, as compared to the information provided in the free financial services assistance information guide.  In particular, OnPoint focused on

generally describing the benefit of the information that its financial services assistance information free guide contains in an effort to ensure the description is accurate and not deceptive.

### (4) Readability Changes

In addition to the numerous changes made to show the user that he or she has a choice whether to answer survey questions, allow direct marketing from OnPoint and its marketing partners, and allow OnPoint's marketing partners to call, text message, or email them, OnPoint has endeavored to make my-section-8-housing.org as easy as possible for the user to understand.  Specifically, OnPoint has made extensive changes to improve readability of the site for users who read at or below a 12th grade reading level.  Examples of changes made are provided at **Exhibit 2**.

### B.  E-Commerce Sites

OnPoint's e-Commerce sites offer concierge service assistance to consumers for a fee.  There are four types of services that OnPoint offers on its e-Commerce websites, each described in detail below.  The revisions made to the e-Commerce sites are designed to provide the user with a prominent, clear, complete, and accurate description of who OnPoint is, the services provided, and the fee charged for such services.

### (1) Passport Services [usa-po.com]

OnPoint's USA Passports Online concierge service provides assistance with expediting passport applications and renewals for a fee.  The fee that OnPoint charges a user for the service depends on the processing time that the user selects.  The passport concierge services are comprised of four steps.  **First**, the user visits the website and fills out the forms needed for the passport service for which they are requesting assistance and selects their desired product level.  There are options for USA Passports Online to process the passport information on an expedited basis, with the duration ranging from 1-10 business days.   Once the user fills out the forms, the website provides instructions for the user to complete the request process.  **Second**, the user prints the completed forms and mails or otherwise delivers the forms, other required documents, and the government fee of $170 to the appropriate USA Passports Online office.  The user pays for this shipping or delivery and chooses the speed.  **Third**, USA Passports Online hand delivers the materials to the nearest passport office and obtains the user's requested passport.  The time it will take from the point USA Passports Online receives the user's documents and government fee and the time it mails back or otherwise delivers the requested passport to the user will depend on which level of service the user has selected, and ranges from 1-10 business days.  **Fourth**, USA Passports Online mails or otherwise delivers the user's requested passport and any related documents to the user according to the service level the user requested.  The shipping speed used to send the passport and related materials back to the user is selected and paid for by the user.

OnPoint's passport concierge assistance service is one of the most popular services that it offers to users and provides users a valuable benefit (i.e., assistance in obtaining a passport on an expedited basis).  Rather than changing the service provided (which is not in itself problematic), OnPoint revamped the language on the USA Passports Online website to more accurately and completely describe the service provided in clear and understandable language for the user, including: **(1)** the

steps involved in the process and how to determine how much time each step will take; **(2)** the difference in the service provided based on the different fees charged and allocation of such fees, including **(a)** the fee that the user pays to USA Passports Online, **(b)** the $170 fee paid directly to the U.S. Department of State, and **(c)** the fees the user pays to mail or otherwise deliver his or her documents and the government fee to USA Passports Online and for USA Passports Online to mail or otherwise deliver to the user the requested passport and related materials; and **(3)** the time that it will take from the time the user transmits the required documents and government fee to USA Passports Online and to the user's receipt of the requested passport and related documents depends on the speed the user chooses for shipping and the level of service the user selects.  The USA Passports Online website also makes clear, through a prominent and understandable disclosure, that if the user does not wish to pay the fee to USA Passports Online, the user is not required to do so, and the site provides the user with a link to the government passport agency.  The new language prepared for USA Passports Online is attached to this report as **Exhibit 3**.

### (2) Address Change Services [postaladdresschangeservices.org]

OnPoint's address change concierge service provided at https://postaladdresschangeservices.org ("Address Change Services") assists users with changing their address, for a fee.  Address Change Services also provide a guide to help the user identify all the other actions necessary to complete the moving process, form letters for the user to send to others (e.g., bills, subscriptions, and others) to ensure that the user's address is changed directly in relevant business records, return address labels with the user's new address, and a $25 dining gift card for the user that is redeemable at several nationwide restaurant chains.  The user pays Address Change Services a fee of $44.50, which includes the items discussed above and the USPS identity verification fee of $1.05.

OnPoint made numerous changes to the language of its Address Change Services website and the format in which information is presented to and requested from the user.  OnPoint's changes were designed to meet the following goals: **(1)** the information provided to the user is prominent to the user and written in plain English; **(2)** make clear to the user that the Address Change Services are not affiliated with USPS, and that the user can visit the USPS website to complete the address change without paying a fee to OnPoint; and **(3)** accurately and completely describe to the user at the outset the benefits of the Address Change Services and the fee OnPoint charges to provide them.  The new language proposed for OnPoint's Address Change Services site is attached to this report as **Exhibit 4**.

### (3) Driver's License Renewal Assistance Services [driverslicenserenewal.org]

 OnPoint provides users assistance with driver's license renewal at driverslicenserenewal.org ("Driver's License Renewal Assistance Site").  The Driver's License Renewal Assistance Site assists users with renewing their state driver's license by identifying the correct form the user needs to submit, pre-filling the form based on the information provided by the user, and providing instructions on how to complete the driver's license renewal either by mailing in the form and required government fee or by dropping off the form and fee directly at the DMV.

The Driver's License Renewal Assistance Site is also extremely popular with users because it helps users avoid the confusion of determining which DMV forms the user needs to complete, ensures

52363639;1

the form(s) are completed correctly, and saves the user the time and frustration of repeatedly waiting in line at the DMV.  For example, the California DMV's website has over 30 driver's license and ID card forms to choose from, reports only 172 DMV field offices to serve over 39 million California residents, and reports that in 2019, average wait times for non-appointment DMV customers ranged from 53 minutes to 97 minutes.

OnPoint's Driver's License Renewal Assistance site is popular with users and provides a valuable service to its users as described above.  Thus, OnPoint's revisions to its Driver's License Renewal Assistance Site focused on providing a complete, accurate, prominent, and easily understandable description of the services it provides, the fees to be charged, and the allocation of such fees (i.e., a clear disclosure of OnPoint's fee as opposed to fees to be paid to the DMV).  Specifically, the revisions made by OnPoint to the Driver's License Renewal Assistance Site focused primarily on three clarifications: **(1)** making clear at the outset the fee that will be charged by OnPoint for the services; **(2)** disclosing the required fee at the beginning of the process prior to the time the user provides information; and **(3)** clarifying for the user that OnPoint is neither the DMV nor affiliated with the DMV, but instead a private company that provides assistance to the user so the user can submit the correct forms, information, and fees to the DMV.  The new language proposed for OnPoint's Driver's License Renewal Assistance Site is attached to this report as **Exhibit 5**.

### (4)  Vehicle Registration Services [e.g., texascarregistration.org]

OnPoint's Vehicle Registration Services sites assist users with renewing their vehicle registration online.  OnPoint collects the required information from the user and submits the user's registration to the DMV on the user's behalf.  The Vehicle Registration Services site saves users the time of finding the correct form and filling it out correctly and typically offers added benefits such as roadside assistance, which benefits will be offered again as soon as funding is approved.

OnPoint's changes to the Vehicle Registration Services site focused on clarifying the following through accurate, complete, and prominent disclosures: **(1)** OnPoint is not the DMV or associated with the DMV, but instead is a third party that submits the user's vehicle registration request to the DMV on the user's behalf; **(2)** the fee charged by OnPoint is separate from the DMV's registration renewal fee and clear disclosure of the allocation of such fees; and **(3)** immediately notifying the user on the landing page what OnPoint's fee is, and that if the user does not wish to pay OnPoint's third-party fee, the user can visit the official DMV website.  The purpose of this language is to ensure the user is provided a clear, non-deceptive disclosure of who OnPoint is, the services OnPoint provides, and the fee charged for such services. The new language proposed for OnPoint's Vehicle Registration Services site is attached to this report as **Exhibit 6**.

### III.    Telephone Consumer Protection Act and Do Not Call Registry

This section details the revisions made by OnPoint to ensure compliance with the Telephone Consumer Protection Act ("TCPA") and the Do Not Call ("DNC") Registry.  The purpose of the revisions is to ensure that **(1)** the user provides express written consent to receive marketing telephone calls and/or text in compliance with the TCPA; **(2)** the user understands to whom it is providing consent to be contacted (i.e., the specific identity of OnPoint's marketing partners); **(3)** the consent provided by the user is clear and understandable; **(4)** the user understands, through a

prominent and clear disclosure, that the user is not required to provide a telephone number or consent to be contacted to receive the free guide or proceed to the survey; **(5)** the user is provided a prominent and easily identifiable "SKIP" button if the user does not wish to provide a telephone number or consent to being contacted; and **(6)** that OnPoint complies with the FTC's Do Not Call Registry and to ensure numbers listed on the DNC registry are not being contacted.

### A.  Telephone Consumer Protection Act

The revisions to the TCPA consent section ("TCPA Section") of the websites are intended to ensure that OnPoint receives proper express written consent from the user to be contacted by OnPoint or its specifically identified marketing partners as required under the TCPA, and that the user understands what that consent means.  Specifically, OnPoint has modified the TCPA Section to give a clear disclosure to the users that, by giving consent, they are agreeing to receive marketing calls and/or text messages from OnPoint and its Marketing Partners.  OnPoint has also furnished a link to a list of its Marketing Partners so that the user can easily identify and see the businesses from whom they are consenting to receive calls or texts:

> By providing the telephone number(s) listed above and clicking the "AGREE AND CONTINUE" button below, I state that I am the user of the telephone number(s), and I agree to receive marketing calls and/or text messages from my-section-8-housing.org, our Marketing Partner Medigap Life, and our other Marketing Partners, a list of which can be found by clicking **[here]**."

Another point of emphasis in the revision of the TCPA Section is making clear to the user that consent to receive marketing calls or texts is ***not*** required in order for the user to receive the free guide offered by the site.  This information is provided in bold print, with the word "NOT" in capital letters immediately above the user's choices: **I understand I am NOT required to provide my telephone number in order to receive the free guide.**  The "SKIP" button, which was previously found in smaller, non-bolded, and non-descript font at the bottom of the page, was added directly below the "AGREE AND CONTINUE" button.  Further, the "SKIP AND CONTINUE" button is the same size, with its text in the same size and font, as the "AGREE AND CONTINUE" button.  These changes are intended to ensure that the user can easily understand that they have a choice not to provide a telephone number, that consent to receive marketing calls or texts is not required in order to receive the free guide, and to provide the user with a clear and readily identifiable "SKIP" button if the user does not wish to provide a telephone number or consent to be contacted.

### B.  Do Not Call Registry

While OnPoint obtains express written consent from the user to receive marketing calls and texts, in order to ensure complete compliance with the national Do Not Call ("DNC") registry operated by the FTC, as well as the various state DNC lists, OnPoint has retained a third-party vendor to scrub telephone numbers received by OnPoint from users against the national and state DNC registries.  Immediately upon OnPoint's receipt of a telephone number from a user, the number will be scrubbed against the DNC registries to ensure that the user has not registered the number on a DNC list.  If the user's telephone number is on a DNC registry, OnPoint will not use that

telephone number for any purpose.  This additional DNC compliance is designed to ensure that users do not receive marketing calls or texts unless the user provides express written consent ***and*** has not registered with a DNC registry.  This will ensure that only users who consent and wish to receive marketing texts and calls will receive such communications.

### C.  Monitoring Customer Issues with Sites

The Receiver has also created an email to monitor any issues that consumers may have with the websites.  On the "Contact Us" page of the sites, any consumer inquiries are being automatically forwarded to the Receiver, and so the Receiver receives a copy of any consumer complaint from any OnPoint site.  With this mechanism, the Receiver will be able to track any consumer complaints from inception through resolution.

## IV.    Privacy Practices

In evaluating OnPoint's freemium and e-Commerce sites, we learned that OnPoint under the direction of the Receiver strives to implement a culture of protecting privacy and implementing good practices to protect the personal information entrusted to it.  Notably, many of OnPoint's good privacy practices pre-dated the Court's Order Granting Motion for Temporary Injunction (Dkt. No. 126).  This section highlights generally the measures that OnPoint is taking to protect the personal information in its care, including key practices that support its ability to honor consumer requests.

### A.  Current Privacy Practices

OnPoint's current good privacy practices help it safeguard the privacy of users' personal information and support continuing good practices on a forward-looking basis.  Notable good privacy practices followed by OnPoint include, but are not limited to:

(1)    OnPoint uses conditional logic, which means that what happens to a certain piece of a user's personal information depends on whether a specific condition is met.  This means that a user's information is only shared if the user's responses to survey questions indicate the user has not only consented to being contacted by a marketing partner, but also that the marketing partner's offer is relevant to the user.  This makes sure that if a user's information is collected by an e-Commerce site, it is never shared with marketing partners.  We can be confident this is true because a user providing information through an e-Commerce site is never asked to consent to marketing, and OnPoint's systems will not send a user's information to a marketing partner unless the system sees that the user clicked yes to consent to marketing.  To illustrate, OnPoint's systems will only send a user's information to a marketing partner if the user meets requirements A, B, C, and D.  Requirement A is that the user consents to marketing, and that box is checked only when a user is asked to consent to marketing and clicks "yes" to consent to marketing.  But for the e-Commerce sites, the user is never asked to consent to marketing.  Because the user is never asked to consent to marketing, the user can never click "yes" to consent.  Accordingly, the system's rules will never allow a user's information to be provided to a marketing partner if the information is collected on an e-Commerce site.

11

52363639;1

(2)  OnPoint uses a third-party program to monitor the information that it provides to marketing partners.  The goal is to monitor the information for potential misuse.

(3)  OnPoint maintains a record of all marketing partners that receive any user's information.  This allows OnPoint to identify every recipient of a user's information so that it can provide notice to the recipient if the user makes a request – for example, a request for erasure.

(4)  OnPoint is aware of the California Consumer Privacy Act of 2018 ("CCPA") and made significant efforts to comply leading up to the CCPA's January 1, 2020 effective date.  Because it had not finished implementing its CCPA compliance measures before it became the subject of the current action, OnPoint has temporarily ceased marketing to California consumers until it can confirm that it is acting consistently with the requirements of the CCPA.

(5)  OnPoint uses the Center for Internet Security Top 20 Critical Controls ("CIS Controls") as its guiding privacy framework.  This framework is commonly regarded as a good metric by which to measure an organization's data security practices.  Indeed, during her time as California Attorney General, Kamala Harris published a report stating that the CIS Controls constitute "a consensus list of the best defensive controls to detect, prevent, respond to, and mitigate damage from cyber attacks".  *See* Harris, Kamala, *California Data Breach Report* (Feb. 2016), at 41.

(6)  OnPoint maintains corporate policies on the measures it takes to safeguard consumer data privacy and data security.

(7)  OnPoint implements technical measures to protect the personal information entrusted to it, including, but not limited to, access restrictions, encryption, firewalls, tokenization, multi-factor authentication, and role-based access.

(8)  OnPoint requires its employees to complete data privacy training at onboarding and at least annually thereafter.

(9)  OnPoint performs diligence on any of its vendors to evaluate the privacy and security practices of all vendors who may have access to consumers' personal information entrusted to OnPoint.  The Receiver has maintained and supplemented such diligence.

(10)  OnPoint maintains a data classification policy showing the rules that apply to different types of information.  For example, certain types of information are more sensitive than others, so OnPoint's policy requires that more sensitive information receives additional protection.

(11)  In the regular course of OnPoint's business, OnPoint's marketing partners do not have the ability to access OnPoint's systems.  A specific user's personal information, if the logic allows (under the conditional logic discussed above), is shared real time with the marketing partner.  The marketing partner does not access the information using a portal; instead they simply receive the information from OnPoint when OnPoint shares it.  Thus, even if an employee of a marketing partner had their credentials compromised, that would not pose a risk to OnPoint's systems or the safety of the personal information entrusted to OnPoint.

(12)  Akerman has, on the request of the Receiver, begun the process of developing standard language for the marketing partner agreements to ensure such data security measures are fully incorporated.

(13)  OnPoint maintains and is able to create records based on a number of factors, including, but not limited to, the date the data was collected.  Therefore, OnPoint can be confident

that it is not using data collected previously or transmitting that data to any marketing partner for any reason.

(14)   OnPoint maintains formal incident response plans to respond to an actual or potential unauthorized access to, use of, dissemination of, or any potential compromise of personal information.

(15)   An email address has been created for consumers to ask questions regarding OnPoint's privacy practices, and that email address has been posted to OnPoint's websites in its Privacy Notice.

## B.  Key Privacy Capabilities

Certain of OnPoint's current privacy capabilities are important to note not only because they are generally accepted as good privacy practices, but also because they provide a level of comfort that OnPoint currently does and will continue to have the capability to honor data subject requests to exercise their rights regarding their personal data and to not put the safety or security of users' personal information at unnecessary risk, whether intentional or accidental.  Essentially, the following privacy capabilities will support OnPoint's privacy culture and its ongoing commitment to data privacy and security.

(1)   OnPoint currently handles unsubscribe and opt-out requests with a third-party tool, so when a user makes a request, the user can rest assured that there is a process in place for the request to be honored.

(2)   OnPoint has the ability to identify what information is collected and stored about a user and to whom the information was provided.  These capabilities are key to being able to respond to requests from data subjects for OnPoint to take certain actions with the user's information, including a request that OnPoint erase the user's information or that OnPoint no longer monetize the user's information.  In addition, OnPoint's capabilities allow it to identify and notify any recipients that the user has made a request.  These capabilities will support OnPoint's compliance with data subject requests under the CCPA.

(3)   OnPoint has already implemented a web form for California consumers to submit requests to exercise their rights under the CCPA.

(4)   OnPoint also already has a web form for California consumers to opt out of sale of their personal information, even though it currently is not monetizing the personal information of California consumers.  This web form functions in a way that when a user submits a request, the opt-out is processed immediately.

## C.  Future Privacy Plans

Even with the many important good practices that OnPoint has already implemented for data privacy and security, under the direction of the Receiver, it has plans for continued growth of its privacy maturity and practices and enhancement of its privacy protection culture.  These future plans include, but are not limited to:

(1)   Developing a formal process to respond to consumer requests – Even though OnPoint has the capability to comply with data subject requests currently, it intends to utilize resources in the future to develop formal policies, procedures, and processes.

(2)   Developing uniform contract terms with its marketing partners separately addressing what a marketing partner must do when OnPoint notifies the marketing partner of a user's request relating to the user's information.  While OnPoint is able to notify all relevant marketing partners if a user makes a request, it intends to ask its marketing partners to honor a user's lawful, verified request.   This will provide additional protections for consumers above and beyond the laws that already apply to OnPoint and its marketing partners.

(3)   Developing uniform contract terms with its marketing partners containing clear restrictions on the marketing partner's use and sale of users' information.

(4)   Developing uniform contract terms with its marketing partners requiring its marketing partners to implement procedures and practices to safeguard users' personal information.

(5)   Implementing new archiving and data retention and deletion solutions to address the changing privacy landscape and make sure that it does not collect or retain more user information than it needs.

(6)   Finalizing formal policies and procedures that reflect its current good practices, and continue regular testing and revision of those procedures to ensure that new information and technology are taken into account.

## V.      Conclusion

Under the direction of the Receiver, OnPoint has made significant revisions to the language in its freemium and e-Commerce consumer facing websites to address the FTC's stated concerns, to ensure the websites contain clear, complete, and prominent disclosures, and to ensure the services offered and fees charged are described in a complete, accurate, and understandable manner.  It has also made changes to its websites to improve readability for consumers with lower reading levels – evidence of its commitment to provide clear, accurate, and understandable information to consumers.  Under the direction of the Receiver, OnPoint has revisited and revised its disclosures and practices to address the requirements of the TCPA and the DNC registry, and already has several measures in place to comply with the CCPA.  Importantly, OnPoint's current good privacy practices and future plans to enhance its privacy practices demonstrate a commitment by the Receiver and OnPoint to operate lawfully.

52363639;1

/s/ Ryan Williams          Date: 3/13/2020
_____
Ryan Williams
Akerman LLP
71 South Wacker Drive, 46th Floor
Chicago, IL 60606


/s/ Eric Gribbin          Date: 3/13/2020
_____
Eric Gribbin
Akerman LLP
71 South Wacker Drive, 46th Floor
Chicago, IL 60606


/s/ Christy S. Hawkins          Date: 3/13/2020
_____
Christy S. Hawkins
Akerman LLP
2001 Ross Ave., Ste. 3600
Dallas, TX 75201

52363639;1

# Exhibit 1



This site is privately owned and is not affiliated with any government agency. Learn more here.

HOW TO APPLY    **REQUIREMENTS**    STATES    ABOUT US    FAQS    POSTS    CONTACT US

## Learn How To Qualify For Section 8 With Our Help

As an independent and private company, we are proud to help our users to learn about their benefits!

- ✓ Get Free Assistance with our Guide
- ✓ Take our optional survey to receive, based on your answers, related offers from our partners!
- ✓ Keep Updated With Our Free Newsletters

### Get Your Section 8 Application Requirements Guide

First Name*

test

Last Name*

test

Email*

test@gmail.com

Zip*

10701

By clicking "Continue", I represent that I am 18+ years of age; I understand that this site is privately owned and is not affiliated with, nor endorsed by any government agency. I agree that the personal information I provide you with may be shared with third parties for other marketing purposes, and agree to the Privacy Policy, California Privacy Policy and Terms and Conditions, and agree to receive email marketing from My Section 8 Housing, Fortfrmance, MyHousingSolution and its Marketing Partners, as well as understanding that this site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

**Continue ›**

## We Are Here to Help

We provide a **FREE** service that gives the information you need so that you can apply for the benefits you deserve. Learn more here.







**Clear & Simple Instructions**          **Free Easy Guide**          **Personalized Offers**

LEARN MORE ABOUT -



## Learn About Section 8 Requirements

The Section 8 program is the biggest housing assistance program in the United States.  If a person qualifies for the Section 8 program, they may get help to pay for their housing.  This help is called a "housing voucher." The Department of Housing and Urban Development (HUD) is in charge of the program, but local public housing agencies (PHAs) run the program. Not everyone can get a housing voucher. You can only get a housing voucher if you meet your PHA's Section 8 requirements. Some of the requirements look at your income, because you have to make less than a set amount of money per year. That is called an income limit. Other requirements look at how many people in your family live with you and whether you and your family are United States citizens.



SPONSORED SEARCHES

| | | | |
|---|---|---|---|
| sign up for section 8 housing | Q | how can i get section 8 immediately | Q |
| do i qualify for section 8 | Q | low income apartments for rent | Q |

The rules for Section 8 are not the same everywhere.  The place you want to live may have special rules for Section 8. For example, the income limit depends on what the middle range of household income is where you want to live. So when one place has a higher middle range or "median" household income, the Section 8 income limit might be higher. A lot of the housing vouchers are saved for people with the lowest income. If you want to use a housing voucher, you can only use it on a home that follows the Section 8 rules. It is important for you to learn everything you can about the rules so you can make sure you follow them.

### What are the main requirements for Section 8?

As the biggest housing assistance program in the country, Section 8 helps thousands of low-income families each year who can't afford homes. People who meet Section 8's requirements can get housing vouchers, which help pay for a lot of their home rental costs.

If you want to apply for the Section 8 program, you have to meet all the requirements. Different PHAs have some different rules, but some rules are standard no matter where you apply:

**RESOURCES**

✓ **Requirements**

✓ **How to Apply**

✓ **What is Section 8?**

✓ **HUD**

✓ **Learn About Section 8 Housing Lists**

✓ **FAQs**

**ADITIONAL RESOURCES**

✓ **Programs for U.S. Citizens in Need**

✓ **Disqualifications**

✓ **Fact Sheet**

✓ **Information for Landlords**

✓ **Housing Authority Waiting Lists**

- **Citizenship and legal status**. You can only apply if you are a U.S. citizen or a qualified non-citizen.

- **Rental history.** Some PHAs may look into your rental history to see if you've ever been evicted or if you've gotten housing assistance before.

- **Income and assets.** Section 8 income limits are one of the most important things if you want to apply for Section 8. Your PHA will tell you that you can only apply for Section 8 if you make less than the income limit. If your yearly gross household income (before taxes) is more than the limit, you cannot get benefits from Section 8.

- **Family members.** When you apply, you have to give information about all of your family members that live with you in your home.  You have to give their names, ages and disability statuses. The number of people who live with you can change what your income limit might be.

**Note:** Some PHAs have their own rules that can move some applications to the front of the line. If someone is homeless or about to be homeless, the rules might let them move to the front of the line for a housing voucher. Also, if someone is about to be forced out of their home, they might move to the front of the line.

## Find Out About Documents for Section 8

When you are ready to apply for the Section 8 program, you have to fill out the application and give all of the documents that the application asks for. Your documents will tell the PHA whether you can get Section 8 benefits. You will need all of these documents:

- Proof of U.S. citizenship or qualified immigration status

- Proof of income

- Proof of financial assets

- Social Security Numbers (SSNs)

You need all of those documents for every person who lives with you, too. After you give the PHA your documents, the PHA might want to talk to you. If the PHA wants to talk to you, they might ask you for more documents.

Some other things the PHA might ask you for are medical documents that show you have a disability. The PHA might ask you for the name and phone number of your landlords. The PHA might ask you for proof of how much you spend on things like childcare costs, too. The PHA will also run a criminal background check to see if you can get Section 8 benefits.

## Section 8 Income Limits



Different PHAs have different income limits. Your income limit is one thing that decides whether you can get Section 8 benefits. You need to know what your PHA says your income limit is. If you make more than your PHA's income limit, you won't qualify for Section 8 benefits.

Usually, you can find out what the income limit is if you know your area's median income. You can find out what your area's median income is by asking your PHA. If you want to qualify for Section 8 benefits, your income has to be less than half of your area's median income. So, you take your area's median income and divide it by 2.

But PHAs have to make sure that they give at least 75% of their Section 8 money to people with even lower incomes. People who make less than 30% of the median income are first in line for Section 8 benefits. To find out if you make less than 30% of the median income, you take your area's median income and divide it by about 3. If you make less than that, you make less than 30% of the median income.

For every person that lives with you who is an adult, the PHA needs to look at how much money they make. To find out how much money a person makes, you have to add tips, child support, and Supplemental Security Income (SSI). You have to look at things you own, too. This means that you have to add the money you have in your bank accounts to find out how much you make.

## What are the housing requirements for Section 8?

After you see if you can get Section 8 benefits, you have to find a place to live. You can pick a home that is best for your family. You can pick an apartment or a house.

But your home has to have 3 things. All 3 things are important. If your home doesn't have all 3 things, your Section 8 benefits won't pay for it. These are the requirements your home has to meet:

- **Safe and Clean.** Some from the PHA has to look at the home before you move in. They look to see if the home has anything dangerous, like electrical problems. They also look to make sure that things like the air and the bathrooms are clean and safe for you to use.

- **Low Cost.** Your PHA will say how much it will pay you for your rent every month. The PHA looks at how much other people pay for rent where you live and that helps decide what the cost should be. If you pick a home that costs more than what the PHA will pay, that is okay. But, if your monthly rent costs more than what the PHA will pay, you have to pay for the extra amount.

- **You Can Pay With Housing Vouchers.** If you pick a home that doesn't already let you pay your rent with a housing voucher, you can only use your housing voucher to pay rent if your landlord agrees to the Section 8 requirements and lets you pay your rent with your housing voucher.

## What happens if I don't meet the Section 8 requirements?

If you don't meet the Section 8 requirements, your PHA will deny your application and will not give you Section 8 benefits. There are a lot of reasons your PHA might deny your application. Some of these reasons are:



SPONSORED SEARCHES

| sign up for section 8 housing | how to get section 8 immediately |
| do i qualify for section 8 | find section 8 housing near me |

- You or a family member cannot show citizenship or immigration documents.

- Your family makes more than the Section 8 income limits.

- You or a family member have a drug-related conviction while you had housing benefits.

- You committed fraud on your Section 8 application.

After you get Section 8 benefits, you always have to meet all the requirements.  So, if you make more money or less money, you have to tell your PHA.  If one of your family members stops living with you, or if another family member comes to live with you, you have to tell your PHA. The PHA can stop giving you Section 8 benefits if:

- You (or your family that lives with you) make more money than the income limit.

- You or a family member are evicted from your home.

- You break the rules of the Section 8 program.

If the PHA does not give you Section 8 benefits or stops giving you Section 8 benefits, you are allowed to ask them about it.  If the PHA denies your application for Section 8 benefits, it will give you a notice.  The notice will tell you how to ask the PHA to look again, to see if they will give you Section 8 benefits.

✓ Alabama          ✓ Indiana          ✓ Nebraska          ✓ South Carolina

✓ Alaska           ✓ Iowa             ✓ Nevada            ✓ South Dakota

✓ Arizona          ✓ Kansas           ✓ New Hampshire     ✓ Tennessee

✓ Arkansas         ✓ Kentucky         ✓ New Jersey        ✓ Texas

✓ California       ✓ Louisiana        ✓ New Mexico        ✓ Utah

✓ Colorado         ✓ Maine            ✓ New York          ✓ Vermont

✓ Connecticut      ✓ Maryland         ✓ North Carolina    ✓ Virginia

✓ Delaware         ✓ Massachusetts    ✓ North Dakota      ✓ Washington

✓ Florida          ✓ Michigan         ✓ Ohio              ✓ Washington DC

✓ Georgia          ✓ Minnesota        ✓ Oklahoma          ✓ West Virginia

✓ Hawaii           ✓ Mississippi      ✓ Oregon            ✓ Wisconsin

✓ Idaho            ✓ Missouri         ✓ Pennsylvania      ✓ Wyoming

✓ Illinois         ✓ Montana          ✓ Rhode Island

**NEED HELP?**

Let us help you find everything you need to know with our guide

**GET IT NOW ›**

TERMS & CONDITIONS  |  MARKETING PARTNERS  |  DATA PRIVACY NOTICE  |  GETTING YOUR GUIDE  |  CONTACT US  |  CALIFORNIA PRIVACY & REQUEST  |  CALIFORNIA OPT-OUT

Copyright© 2020 My Section 8 Housing. All Rights Reserved.

This site is privately owned and is not affiliated with any government agency. Learn more here.

**MY SECTION 8 HOUSING**
a non-government site

HOW TO APPLY | REQUIREMENTS | STATES | **ABOUT US** | FAQS | POSTS | CONTACT US

## About Us

Have you ever tried to submit an application to the government?

The process can seem complicated. It can involve lots of different forms, documents, steps to complete and even different ways to submit your request.

So if you're asking yourself, "Can I get some help?" you're not alone.

That's where we come in.

### We are not the government.

We're an independent private company with 0 bias and 1 goal – to help you get access to the benefits you deserve by providing the details you need.

This whole company started when one of our founders wished they had gotten some help while trying to submit an application to the government.

Now we're here to help YOU achieve your goals with free up-to-date information.

### Our #1 Goal

So many Americans across the country miss out on benefits they're entitled to, either because they didn't know about the benefits or because they didn't know where to start.

That's why we do what we do.

Here at My-Section-8-Housing.org, our goal is to be your **bridge to benefits**.

We help people who want to apply for housing benefits by giving them the information to:

- Understand the requirements of the program.

- Fill out an application that has all the right information.

- Get the most out of their benefits.

We give you the information you need so that you can apply for the benefits you deserve.

### *How does it work?*

#### 1. We Research
Our team of writers has done a lot of research into the Section 8 program in each state. We've tried to look at all the information available online. We've also called local offices to ask the questions that you want answers to.

#### 2. We Make It Easy
Then we take important details and present them in a way that's clear and easy to understand so that you can take action immediately.

We keep looking online and calling local offices, even if we already looked or called a few months ago. We go through these steps on a regular basis, at least every 6 months, to give you as much helpful up-to-date information as we can.

## The Information You Need – Clear & Simple

We know it can be hard to figure out how to apply for benefits. That's why we make it our priority to give you the information you need in a way that's easy and quick to understand.

## Our Guide Is 100% Free

You won't have to pay money for any information that we give on our website. You won't even have to pay money for our guide that tells you all about the rules, how to apply and more.

My-Section-8-Housing.org costs $0 for you to use because you're entitled to all of this free information!

The way our website is financed is through website ads and affiliate marketing. Many of our users let us share some of their information with our marketing partners, so they can send them offers related to their interests.

You can rest assured that all the details on our site are researched to provide you with up-to-date information.

## Protecting Your Privacy

We believe in the importance of keeping your data safe. If you decide to provide your data to us using our website, we use many different protections to help keep it safe. To learn more about how we protect your information, check out our Privacy Policy and Terms & Conditions.

## We're Here to Help

We want you to get the assistance you deserve.

Learning about requirements and how to apply may be the only step in your way of receiving life-changing financial assistance.

Let us help you bridge the gap,

THE MY SECTION 8 HOUSING TEAM.

**NEED HELP?**
Let us help you find everything you need to know with our guide

**GET IT NOW ›**

TERMS & CONDITIONS  |  MARKETING PARTNERS  |  PRIVACY POLICY  |  GETTING YOUR GUIDE  |  CONTACT US  |  CALIFORNIA PRIVACY R. REQUEST  |  CALIFORNIA OPT-OUT

Copyright© 2020 My Section 8 Housing, All Rights Reserved.

MY SECTION 8 HOUSING

HOW TO APPLY     REQUIREMENTS     STATES     ABOUT US     **FAQS**     POSTS     CONTACT US

## FAQs

Here at My-Section-8-Housing.org, we want to give everything you *need* so that you can apply for the benefits you *deserve*. We aren't the government, and our company is private.  We find out what you need to know, we give you the facts, and we give them to you for free.

If you're trying to get help to pay for your home, we want to give you information so that you can:

- Understand the requirements for you to get benefits.
- Fill out an application that has the right information.
- Get the most out of your benefits.

**Table of Contents**

1. Want to learn about us?

2. Where do we get our information?

3. Are we the government?

4. Is my information protected?

5. Can I apply for Section 8 if I get other government assistance?

6. Can I apply to any housing authority I want?

7. What happens if my PHA's Section 8 waiting list is closed?

8. How long does it take to get my benefits?

9. What are the special rules for Section 8 waiting lists?

10. How can I check the status of my Section 8 application?

11. Where can I use my Section 8 housing benefits?

12. How do I find low-income housing options?

13. How much of my rent will the housing authority pay?

14. What do i have to do to keep my Section 8 benefits?

15. What does a Section 8 landlord have to do?

16. If I move, can I keep my Section 8 housing benefits?

17. Can I use my benefits to buy a home?

18. What happens if I get a Section 8 denial?

19. What other benefits does HUD have to help pay for a home?

## 1.  Want to learn about us?

We aren't the government, and our company is private.  We find out what you need to know, we give you the facts, and we give them to you for free.  Our goal is to give the details you need – in a clear and simple way – so that you can meet your goals.

## 2.  Where do we get our information?

Our team of writers has done a lot of research on the things you need. We've looked at the most important information online.  We called local offices to ask the questions that you want answers to. We keep looking online and calling local offices, even if we already looked or called a few months ago.  We do our best to give you information that isn't old, because we want to give you information that helps you.

Then we take the important things you need to know and give them to you in a way that's clear and easy to understand.

## 3.  Are we the government?

No, we are not the government, and our company is private.  We find information that's already online, but we put it together in one place to make things easier for you. We want to look at all the good places to get information and give you the best help that we can.

## 4.  Is my information protected?

We think it's important to keep your data safe.  If you decide to give us your data, we will do our best to keep it safe.  To learn more about how we protect your information, check out our Privacy Policy and Terms & Conditions

## 5.  Can I apply for Section 8 if I get other government assistance?

If you don't make more money than the Section 8 income limits, you might be allowed to get Section 8 benefits even if you get other

government benefits. When the PHA looks at your information, it looks at a lot of things to see how much money you make. Some of the things the PHA looks at are:

- Your work checks and tips.
- If you get money from unemployment.
- If someone pays you child support.
- If you get money from the Temporary Assistance for Needy Families (TANF) program.

If you and your family that lives with you make more money than your PHA's income limit, you can't get Section 8 benefits.

## 6.  Can I apply to any housing authority I want?

If you do not already get Section 8 benefits, you can apply to any PHA that still has benefits to give out. It doesn't matter where you live when you apply. There are different PHAs that are in different places. Your state might have a lot of PHAs where you can apply.

Every PHA has its own rules. So every PHA might have different income limits. And every PHA might have different rules for you to apply. Make sure you know the rules for a PHA before you apply.

## 7.  What happens if my PHA's Section 8 waiting list is closed?

If your PHA is not letting people apply right now, you have to wait until they start taking applications. Or, you can apply at a different PHA. PHAs have to tell people if they stop letting people apply. They also have to tell people when they are allowed to apply again. If the PHA isn't letting people apply right now, you can apply for Section 8 at a different PHA. You can even apply at more than one PHA at a time.

## 8.  How long does it take to get my benefits?

Usually, every PHA has a waiting list for people who want to apply. This is because a lot of people want benefits, but there isn't enough money to give benefits to everyone. There might be a lot of other people who are ahead of you in line when you apply for benefits. Sometimes, you might wait months or even years to get Section 8 benefits.

When a PHA has a waiting list for people to apply, sometimes it doesn't pick people just by looking at when they applied. So, you might not get Section 8 benefits because of your place in line. But sometimes you can get Section 8 benefits because of your place in line, if your PHA has a rule that lets you get benefits faster.

## 9.  What are the special rules for Section 8 waiting lists?

PHAs decide whether you get benefits by looking at how much money you make. Sometimes, a PHA has special rules that might move you up in line to get Section 8 benefits. These help people move up in line if they need help as soon as they can get it.

If a person meets one of the special rules, he or she can move ahead in the line for Section 8 benefits. A lot of PHAs have special rules so that people can move up in line if they are:

- Homeless.
- About to be kicked out of their home.
- Spending more than 50 percent of household income on rent.
- Living in insufficient housing.

### 10. How can I check the status of my Section 8 application?

Once you get on the waiting list, you need to keep an eye on your application and make sure you give any information that they ask for. This will help get you ready for your interview when the PHA has Section 8 benefits ready for you.

Some PHAs have an online portal where you can check on your application. If you had given your forms to the PHA in person, you may need to talk to the PHA for more information about your status.

No matter what, the PHA will send you a formal notice when it is time to schedule your meeting to get your benefits. Make sure you go to this meeting, or the PHA may deny your application.

### 11. Where can I use my Section 8 housing benefits?

Once you have your Section 8 voucher, you can use it on any home in your PHA's area, as long as it is the right size for your family. You can use it on apartments, townhouses and single-family homes, based on the size and needs of your family.

But you have to make sure that the landlord of the home you want will let you pay your rent with a housing voucher. The PHA has to inspect the home before you can move in to make sure it is:

- Safe
- Clean
- Low-Cost

### 12. How do I find low-income housing options?

Your PHA can tell you where you can look for a home. Or, you can use a Section 8 housing list to help you find a home to rent.

Section 8 housing lists usually show you homes that will let you pay your rent with a housing voucher. Even if you don't use a housing list, you can look for a home on any apartment list website and ask the landlord if he or she is willing to let you pay your rent with a housing voucher.

## 13.    How much of my rent will the housing authority pay?

Before you get your housing voucher, the PHA will see how much it will pay. How much the PHA will pay depends on: (1) the cost of living in your area, and (2) how much money you make (this means the money your family makes if they live with you, too). These two things will tell the PHA how much of your rent your housing voucher will pay.

Usually, you can figure out how much the housing voucher will pay by finding out two things, and seeing which one is less money. The housing voucher will usually pay whichever one is less: (1) the payment standard that the PHA comes up with, OR (2) the rent cost, but subtract 30 percent of your family's income every month. No matter what, you always have to subtract the 30 percent to determine how much the housing voucher will pay.

You can pick a rental home that costs the same as the payment standard. Or you can pick a home that costs more than the payment standard. If you choose a home that costs more than the payment standard, you will have to pay everything that isn't covered.

## 14.    What do I have to do to keep my Section 8 benefits?

When you get a housing voucher, you have to follow the rules. You have to follow the rules in your lease, and you have to follow the rules for Section 8 benefits. If you don't, you might lose your benefits. Here are some things you have to do:

- Pay the security deposit, if there is one.

- Make your rent payments on time to cover your part of your rent.

- Take care of your home.

- Tell the PHA if the family living with you changes, or if any of you start making more or less money.

## 15.    What does a Section 8 landlord have to do?

If a landlord lets people pay for rent with a housing voucher, the landlord has to follow the rules. Here are some of the rules the landlord has to follow:

- Keep the home safe and clean.

- Let the PHA come look at the home when they need to.
- Follow the rules in the lease.

## 16.   If I move, can I keep my Section 8 housing benefits?

Yes. You can take your benefits with you when you move. But you have to follow the rules.

For example, you have to tell your PHA before you move. You also have to end your lease for the home you live in now. Your new home has to be safe, clean, and low-cost. Also, you may need to meet additional requirements that are specific to the PHA of your new area.

Keep in mind that each PHA has its own guidelines for inspections and income limits based on the area. Contact the PHA in your new area before you move to learn about any specific requirements that you will need to meet.

## 17.   Can I use my benefits to buy a home?

Yes. Instead of a housing voucher, you might be able to get a homeownership voucher. A homeownership voucher will pay some of the costs if you buy a home. But some PHAs don't give homeownership vouchers.

To get a homeownership voucher, you still have to apply just like with a housing choice voucher. You have to do other things too. You have to:

- Be a first-time homeowner.
- Go to a housing counseling program.
- Meet certain job and income rules.

## 18.   What happens if I get a Section 8 denial?

If you do not meet Section 8 requirements, the PHA will send you a notice of denial from the program. The PHA can stop your benefits if you don't follow the rules. There are other reasons the PHA might stop your benefits, too.

If the PHA denies your benefits and you think the PHA was wrong, you can file an appeal. When you file an appeal, you ask for a hearing. In the hearing, the PHA will look again to see if you can have Section 8 benefits.

Your denial notice will tell you how to file an appeal. Your denial notice will tell you the last day you can file an appeal, too. If you want to file an appeal, make sure you file it before the deadline.

**19.   What other benefits does HUD have to pay for a home?**

HUD has more benefits than just Section 8.  For example, sometimes a PHA will be the landlord, and HUD lets some people rent a home from the PHA.

HUD also helps low-income families buy a home.  HUD helps first-time homebuyers, law enforcement officers, teachers, and other public servants.

| | | | |
|---|---|---|---|
| ✓ Alabama | ✓ Indiana | ✓ Nebraska | ✓ South Carolina |
| ✓ Alaska | ✓ Iowa | ✓ Nevada | ✓ South Dakota |
| ✓ Arizona | ✓ Kansas | ✓ New Hampshire | ✓ Tennessee |
| ✓ Arkansas | ✓ Kentucky | ✓ New Jersey | ✓ Texas |
| ✓ California | ✓ Louisiana | ✓ New Mexico | ✓ Utah |
| ✓ Colorado | ✓ Maine | ✓ New York | ✓ Vermont |
| ✓ Connecticut | ✓ Maryland | ✓ North Carolina | ✓ Virginia |
| ✓ Delaware | ✓ Massachusetts | ✓ North Dakota | ✓ Washington |
| ✓ Florida | ✓ Michigan | ✓ Ohio | ✓ Washington DC |
| ✓ Georgia | ✓ Minnesota | ✓ Oklahoma | ✓ West Virginia |
| ✓ Hawaii | ✓ Mississippi | ✓ Oregon | ✓ Wisconsin |
| ✓ Idaho | ✓ Missouri | ✓ Pennsylvania | ✓ Wyoming |
| ✓ Illinois | ✓ Montana | ✓ Rhode Island | |

**NEED HELP?**

Let us help you find everything you need to know with our guide

**GET IT NOW ›**

TERMS & CONDITIONS  |  MARKETING PARTNERS  |  PRIVACY POLICY  |  GETTING YOUR DATA  |  CONTACT US  |  CALIFORNIA PRIVACY R. REQUEST  |  CALIFORNIA OPT-OUT

copyright© 2020 My Server 8 Hosting. All rights reserved.

# Exhibit 2



This site is privately owned and is not affiliated with any government agency. Learn more here.

HOW TO APPLY    REQUIREMENTS    STATES    ABOUT US    FAQS    POSTS    CONTACT US



## Learn How To Apply For Section 8 With Our Help

As an independent and private company, we are proud to help our users to learn about their benefits!

- Get Free Assistance with our Guide
- Take our optional survey to receive, based on your answers, related offers from our partners!
- Keep Updated With Our Free Newsletters

### Get Your Section 8 Application Requirements Guide

**First Name***
test

**Last Name***
test

**Email***
test@gmail.com

**Zip***
10701

By clicking "Continue", I represent that I am 18+ years of age; I understand that this site is privately owned and is not affiliated with, nor endorsed by any government agency, I agree that the personal information I provide you with may be shared with third parties for other marketing purposes, and agree to the Privacy Policy, California Privacy Policy and Terms and Conditions; and agree to receive email marketing from My Section 8 Housing, Fortfynance, MyHousingSolution and its Marketing Partners, as well as understanding that this site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

**Continue ›**

## We Are Here to Help

We provide a **FREE** service that gives the information you need so that you can apply for the benefits you deserve. Learn more here.







**Clear & Simple Instructions**          **Free Easy Guide**          **Personalized Offers**

## Learn How to Apply for Section 8 Housing

Low-income families throughout the United States can apply for Section 8 to ask for help
with housing costs. Once a person is in the program, they get housing choice vouchers to
help pay their rent every month. The federal government pays for this program, but local
public housing agencies (PHAs) across each state are the ones that process applications
and give out vouchers.



SPONSORED SEARCHES

| | | | |
|---|---|---|---|
| section 8 housing applications | 🔍 | low income housing with no waiting list | 🔍 |
| low income apartments for rent | 🔍 | how can i get section 8 immediately | 🔍 |

To apply for Section 8, you have to fill out the application and turn it in to your PHA. The
rules for Section 8 are not the same everywhere. The place you want to live has special
rules for Section 8. Different places have different rules because not every place is the
same. Some PHAs only let you apply online, but others will let you apply in person or by
mail. Learning how to apply for Section 8 before you apply can help you get your application
ready faster and help you get it right. Find out more about applying for this program and get
helpful tips below.

### When can I submit a Section 8 application?

The right time to submit a Section 8 housing application depends on the PHA you want to
apply to. Some PHAs will take applications all year and give you benefits faster than others,
especially in places where not as many people live.

But a lot of PHAs can only take new applicants during different windows of time because a
lot of people need help. This usually happens in places where a lot of people live, like in big
cities.

When a lot of people have applied for help, PHAs might close their waiting lists until
everyone on the list has gotten help. In some places, there are people that have been
waiting for a long time, so the PHA might not know how long it will be until it accepts
applications again.



LEARN MORE ABOUT

Section 8 Housing Benefits

Affordable Apartments

Rent to Own Houses

Section 8 Vouchers

## RESOURCES

✓ **Requirements**

✓ **How to Apply**

✓ **What is Section 8?**

✓ **HUD**

✓ **Learn About Section 8 Housing Lists**

✓ **FAQs**

## ADITIONAL RESOURCES

✓ **Programs for U.S. Citizens in Need**

✓ **Disqualifications**

✓ **Fact Sheet**

✓ **Information for Landlords**

✓ **Housing Authority Waiting Lists**

When you are ready to apply for Section 8 housing, you need to make sure that the PHA where you want to live is letting people apply. PHAs have to post a notice to tell you when their waiting lists are open or closed.

## What documents do I need to apply for Section 8?

No matter which PHA you want to use, there is certain information you have to give them. You have to give them documents to show you are allowed to apply for the program.

Whether you can get Section 8 benefits depends on different things like citizenship status, family size, and how much money you and your family that lives with you make. Make sure you have these documents and information ready when you apply for Section 8 benefits:

- Name

- Date of birth

- Social Security Number (SSN)

- U.S. citizenship or immigration documents

- Proof of income and assets

- Disability status, if you are disabled

You have to have this information for each member of your family that lives with you when you apply for Section 8 benefits. A PHA representative might ask for other documents and information in an interview depending on what you already gave them.

## Tips for Applying for Section 8 Housing



SPONSORED SEARCHES

low income housing with no waiting list

low income housing for seniors

sign up for section 8 housing

how to get section 8 immediately

When you sign up for Section 8, there are a few things you need to remember. This list can help you fill out your application and apply for benefits:

- **Call or visit the PHA to learn about any local rules.** Some PHAs will let people move up on the waiting list if the people are about to be kicked out of their home, are homeless, or something else where they need help very fast.

- **Give as much information as you can with your Section 8 application form.** If you are missing information or your application isn't filled out all the way, it can take longer for

missing information or your application isn't filled out all the way, it can take longer for you to apply for benefits.

- **Be ready to attend your eligibility interview when it is scheduled.** If you miss the interview, they might deny your application.

- **Make sure you are eligible the whole time you are on the waiting list.** It can take months or even years to get your housing voucher, so you have to stay eligible the whole time.

- **Find out if your PHA ever throws out the waiting list.** If it does, you might have to apply again later if you still need help paying for your housing.

## How to Apply for Section 8

There are a lot of ways to apply for Section 8 benefits, but your PHA picks which ways you can apply. The rules might be different at different PHAs. A lot of PHAs will let you apply online, and they keep track of applications online, too. But other PHAs only let you apply in person or by mail.

Make sure follow your PHA's rules and apply the right way, or your PHA might not take your application. If your forms aren't right or if you apply while the waiting list is closed, the PHA will probably deny your application.

## How to Apply for Section 8 Housing in Person

Some PHAs only let you apply for a housing voucher in person. If you want to apply in person, you have to have the right form. You might be able to find the right form at the PHA office, or on the PHA's website so you can print it. After you have all your documents and fill out your application, you turn in the documents and application form at the PHA office.

## How to Apply for Section 8 Online

You might only be allowed to apply for Section 8 online through your PHA's online portal. If you can only apply online, you need to make an account on the portal and fill out the online application form.

You might need to upload your supporting documents here, too. After you finish, you can usually come back to the portal to make changes and see your application status.

## How to Apply for Section 8 Housing by Mail

Some PHAs will let you turn in your application by mail, especially if you are currently living in another city or state. To apply by mail, you have to ask the PHA for an application, or get one on the website if you can.

After you finish your application, you have to mail the form and supporting documents to the address the PHA tells you. Make sure the envelope has the right address to make sure the PHA gets your application.

## What happens after I apply for Section 8?

After your PHA gets your Section 8 application and looks at it, the PHA will send you a notice telling you whether or not you can get benefits. If you are denied because you are not eligible or for another reason, you are allowed to appeal the decision.



SPONSORED SEARCHES

| section 8 housing applications | low income housing with no waiting list |
| low income housing for seniors | how to get section 8 immediately |

If you are approved, you will probably get a randomly assigned spot on the waiting list. If the PHA has enough vouchers to give out, or if you get to move ahead on the waiting list, you may get benefits more quickly.

Remember that when you sign up for Section 8, initial approval does not mean you definitely get a housing voucher. You have to keep meeting all the eligibility requirements until you get to the top of the waiting list, and you have to pass an eligibility interview to get your benefits.

| | | | |
|---|---|---|---|
| ✓ Alabama | ✓ Indiana | ✓ Nebraska | ✓ South Carolina |
| ✓ Alaska | ✓ Iowa | ✓ Nevada | ✓ South Dakota |
| ✓ Arizona | ✓ Kansas | ✓ New Hampshire | ✓ Tennessee |
| ✓ Arkansas | ✓ Kentucky | ✓ New Jersey | ✓ Texas |
| ✓ California | ✓ Louisiana | ✓ New Mexico | ✓ Utah |
| ✓ Colorado | ✓ Maine | ✓ New York | ✓ Vermont |
| ✓ Connecticut | ✓ Maryland | ✓ North Carolina | ✓ Virginia |
| ✓ Delaware | ✓ Massachusetts | ✓ North Dakota | ✓ Washington |
| ✓ Florida | ✓ Michigan | ✓ Ohio | ✓ Washington DC |



- ✔ Georgia
- ✔ Hawaii
- ✔ Idaho
- ✔ Illinois

- ✔ Minnesota
- ✔ Mississippi
- ✔ Missouri
- ✔ Montana

- ✔ Oklahoma
- ✔ Oregon
- ✔ Pennsylvania
- ✔ Rhode Island

- ✔ Washington DC
- ✔ West Virginia
- ✔ Wisconsin
- ✔ Wyoming

**NEED HELP?**
Let us help you find everything you need to know with our guide

**GET IT NOW ›**

TERMS & CONDITIONS | MARKETING PARTNERS | DATA PRIVACY NOTICE | GETTING YOUR GUIDE | CONTACT US | CALIFORNIA PRIVACY R. REQUEST | CALIFORNIA OPT-OUT

Copyright© 2020 My Section 8 Housing. All Rights Reserved.

# Exhibit 3

https://usa-po.com/

03-10-2020





















**USA Passports** | Online
a non-government site

Services ▾     Passport Forms     FAQ     📞 855-681-0890

✓

# Thank You, Keith Randolph!

You've saved up to 41 days using our expedited service when compared to the Post Office!

One of our agents will contact you within 24 hours of your order to review all of the requirements.

Your order number is #501791

**PRINT & REVIEW CHECKLIST**

## Next Steps

### 1. Gather Your Documents



Form DS-11 ⓘ          Passport photo ⓘ          Government check ⓘ          Travel itinerary ⓘ

Proof of identification ⓘ                              Proof of citizenship ⓘ

### 2. Call Us

After you have gathered all your documents, call us to let us know. We'll send you a letter of authorization.



### 3. Visit a Passport Acceptance Agent

Click here to find a passport acceptance facility near you, and remember to bring your documents.



### 4. Send Out Your Documents

We'll keep you updated on the application process and let us know when to expect your passport

If you have any questions about your order or the process, let us know.



Contact Us:   855-681-0890   |   cpatterson@usa-po.com

**USA Passports** | Online
a non-government site

About Us    Contact Us    Terms    Privacy Policy    Cancellation Po    💬 Chat    📞 855-681-0890





Services ▾    Passport Forms    FAQ    📞 855-681-0890

# Frequently Asked Questions

**Don't delay – expedite your passport online now!**

Are we the Government?    +

Is the government fee included in the fees for your services?    +

What are the requirements for a Passport Renewal?    +

What are the requirements for a New Passport?    +

What are the requirements for a Child Passport?    +

What are the requirements to replace a Lost, Stolen or Damaged Passport?    +

What are the requirements for a Passport Name Change?    +

If I order Same Day - 24 hour processing, will I get my passport today?    +

Why should I use your service instead of going directly to the government or Post Office?    +

Will you help me fill out the forms and ensure I have all the correct documents?    +

How much do you charge?    +

Who will be my case manager?    +

Will I receive a tracking number once the passport is sent?    +

Why should I use FedEx if I can go to the USPS or another cheaper carrier?    +

Can I apply for this service without a departure date?    +

| Passport Renewal |
| New Passport |
| Lost Passport |
| Damaged Passport |
| Stolen Passport |
| Child Passport |
| Name Change |



Copyright © USA-PO.com 2020 All Rights Reserved

About Us   Contact Us   Terms   Privacy Policy   Cancellation Policy   FAQ


💬 Chat



## Cancellation Policy
USA Passports Online

If you would like to cancel once your passport application has been received by one of our agents, you will be charged for the full amount of your expediting fee. In such an instance, the packaged documents will be shipped back to you at your shipping expense. All government checks and documentation will be returned.

Cancelled orders may take up to 15 business days to refund back to the card used. Refunds will only be paid to the original card the order was placed on, not in the form of cash, check, etc.

**Don't delay – expedite your passport online now!**

| Passport Renewal |
| New Passport |
| Lost Passport |
| Damaged Passport |
| Stolen Passport |
| Child Passport |
| Name Change |



Copyright © USA-PO.com 2020 All Rights Reserved

About Us   Contact Us   Terms   Privacy Policy   Cancellation Policy   FAQ

Chat



**USA Passports** Online
a non-government site

Services ▾     Passport Forms     FAQ     📞 855-681-0890

Home > Contact Us

# Contact Us

Do you have questions about your U.S. passport, the application process or our services? Get in touch with our customer service representatives. Fill out the form below and one of our passport case managers will contact you within one business day.

### Submit Your Request

Name

Phone

Email Address

Message:

Type your message

Type the characters from the box below

6 9 q e     Reload

**SUBMIT**

**Don't delay – expedite your passport online now!**

| Passport Renewal |
| New Passport |
| Lost Passport |
| Damaged Passport |
| Stolen Passport |
| Child Passport |
| Name Change |

**Mailing Address**

Houston Office:
6145 Gehring St. Houston, TX 77021

**USA Passports** Online
a non-government site

Copyright © USA-PO.com 2020 All Rights Reserved

About Us     Contact Us     Terms     Privacy Policy     Cancellation Policy     FAQ

 Chat

**USA Passports** Online
a non-government site

Services ▾     Passport Forms     FAQ



USA Passports Online is a registered hand-carry courier service.
We are not the government, if you do not want to use our expedited
courier services, you can go directly to your nearest passport
agency.

We help U.S. citizens secure their passports
without going through long lines and standard
procedures.
As a full-service company, we can address all
your passport needs and get things done fast.

**Some of our main services include:**

✓ Passport Renewal
✓ New Passport
✓ Lost Passport
✓ Damaged Passport
✓ Stolen Passport
✓ Child Passport
✓ Name Change

Our experience in the business guarantees fast and efficient service. USA Passports Online ensures all passport
applications requested through our site are hand-delivered for expedition, and that they fully comply with current
passport requirements.

**Personalized Service**

The USA Passports Online team starts working on your application as soon as you place your order. We provide all of
our customers with the required documentation and help insure that all forms are filled out accurately before they are
sent to the U.S. Department of State. You will also have access to a personal case manager, available on the phone or
online, to guide you through the process.

**Fast Results**

Passport applications with USA Passports Online are processed anywhere between two weeks to 24 hours plus
shipping time (depending on the service selected). We also take the guesswork out of the process as we know what the
rules are at any given time and always provide clear instructions so that you receive your passport on time. Our prompt
and timely communication keeps you informed and updated on status of your application at all times. If a problem
comes up, you and your case manager are immediately informed. Our case managers are trained on a regular basis so
that they are aware of any changes in the application process or any new Department of State regulations, so that
problems are resolved in no time.

**How does it work?**

① Complete our simple online form.

② Submit the necessary documents.

③ Receive your passport fast.

**Full Security**

USA Passports Online uses state-of-the-art encryption and security measures to protect its clients' personal data. We
are also a registered hand-carry courier service that makes sure your documents are safely submitted and returned to
you on schedule.

**Don't delay – expedite your
passport online now!**

| Passport Renewal |
| New Passport |
| Lost Passport |
| Damaged Passport |
| Stolen Passport |
| Child Passport |
| Name Change |



**USA Passports** Online
a non-government site

Copyright © USA-PO.com 2020 All Rights Reserved

About Us     Contact Us     Terms     Privacy Policy     Cancellation Policy     FAQ

💬 Chat

# Exhibit 4

postaladdresschangeservices.org
03-10-2020





postaladdresschangeservices.org is a privately-owned website that is not affiliated with any government agencies.


**PostalAddressChangeServices.org**
a non-government site

FAST, EASY AND SECURE **ADDRESS CHANGE ON YOUR BEHALF**
WITH THE USPS™



## Billing Information

test@gmail.com

Name

Card number

Expire Month          Expire Year

Zipcode          CVC

**SUBMIT ADDRESS CHANGE**

VISA   MasterCard   American Express   Discover

Terms          Privacy

### Order Summary

| | |
|---|---|
| Processing Fee: | $4.99 |
| Address Service: | $39.51 |
| Total: | $44.50 |

* The charge of $44.50 includes the USPS identity verification fee of $1.05

### Address Change Details

| | |
|---|---|
| Move Duration: | Permanent |
| Move Type: | Individual |
| Mail Start Forwarding Date: | 03/26/2020 |
| First Name: | Test |
| Middle Name: | Test |
| Last Name: | Test |
| Email: | test@gmail.com |
| Home Phone: | 3024720148 |
| Old Address: | test, Suite #test test, AK 12345 |
| New Address: | test 2, Suite #2 test, MD 12345 |
| Resident Type: | Own |

Change of Address applications may be processed by an official United States Post Office (USPS) location/website. **We offer change of address assistance and other services through this site for an additional fee as an alternative to the official governmental site.**

postaladdresschangeservices.org is a third party agent that simplifies and facilitates USPS change of address requests for its customers for an additional fee, striving to making moving easier, faster, and more streamlined. When performing an address change, postaladdresschangeservices.org acts as an authorized agent for customers who wish to file their address change request with the USPS. Users submitting their address change request will also receive unlimited address change filing services for 90 days with the USPS.

The official address change request with the USPS is performed upon submittal of the information electronically with the USPS and may take 72 hours or more to appear in the USPS system. The accuracy of any and all information submitted to postaladdresschangeservices.org is the responsibility of the customer and use of this website is subject to our Terms & Conditions and Privacy Policy.

The United States Postal Service, USPS, Postal Service, Post Office and ZIP Code are all trademarks of the United States Postal Service and are only used on this site to refer to the goods and services offered by the USPS. postaladdresschangeservices.org is independently owned and operated and is not affiliated with the USPS or any government agency. If you have any further questions, please visit our Contact Us page to find out how to reach us.

TERMS & CONDITIONS     PRIVACY     MONEY BACK GUARANTEE     ABOUT US     WHY USE OUR SITE?

postaladdresschangeservices.org is a private company that acts as an agent on behalf of its customers when fulfilling change of address requests with the USPS™. If you do not want to use our services, you can go directly to the USPS official site. postaladdresschangeservices.org is unaffiliated with the USPS™. Our service costs $44.50, which reflects the $1.05 charge required by the USPS™ to file any official address change in the United States. Benefits to filing a change of address request withpostaladdresschangeservices.orginclude a comprehensive Change My Address Ebook, up to $500 in savings for moving services and a $25 gift card to Dining Dollars from our trusted partners. Please note that it is the user's responsibility to file the proper personal data with postaladdresschangeservices.org in order for our agents to properly facilitate any change of address with the USPS™. All users are subject to our website's Terms and Conditions and Privacy Policy. All references to and trademarks of the USPS™ used on this site are the exclusive property of the United States Postal Service. postaladdresschangeservices.org does not claim ownership of any products or services belonging to the USPS™.

Copyright ©2019 postaladdresschangeservices.org

postaladdresschangeservices.org is a privately-owned website that is not affiliated with any government agencies.



Contact Us   |   Premium Benefits

**Thank You Test Test!**
## Your USPS address change has been processed.

---

### Transaction ID: 50740868
### Mail Start Forwarding Date: 03/26/2020

---

 **OLD ADDRESS**
test test AK, 12345

 **NEW ADDRESS**
test 2 test MD, 12345

Mail should arrive at the new address in 7-10 business days after your move-effective date or your file date, whichever is later.

Mail forwarded from your old address will be affixed with a yellow or white label with your new address. Please contact and update your address with anyone whose correspondance you receive with a yellow or white label

Notify mailers directly of your new address. Many companies (financial, health insurnace, etc.) will not change your address unless you contact them directly. Failure to notify these companies directly may result in a loss of important services.

---

We are pleased to partner with major national brands (eg. Restaurant.com, ADT, Dish Network, etc.) to provide you with value added services at discounted prices in your local area. You will recieve these benefits in a separate email.

 **DOWNLOAD** Change
My Address Ebook.

 **ACCESS** to Address Change
Notification Letters

 **REDEEM** to Dining
Dollars Gift Card

 **FREE** custom Return
Address Label

---

TERMS & CONDITIONS   PRIVACY   MONEY BACK GUARANTEE   ABOUT US   WHY USE OUR SITE?

Change of address applications must be processed by an official United States Post Office (USPS) location/website. postaladdresschangeservices.org is a private company that acts as an agent on behalf of its customers when fulfilling change of address requests through the USPS™. postaladdresschangeservices.org is not affiliated with the USPS™ or the government in any way. If you do not want to use our services, you can go directly to the USPS official site. With our convenient change of address service, you will be entitled to change your address for just $44.50 (our fee includes the $1.05 processing fee charged by the USPS™). Our address change package also includes a helpful Change My Address eBook, up to $500 in savings for moving services, a $25 gift card to Dining Dollars from our trusted partners, mover's guide, bundle of pre-filled moving notification letters so you can notify companies of your address change and our premium phone and email support.

Copyright © 2020 postaladdresschangeservices.org

 Chat

postaladdresschangeservices.org is a privately-owned website that is not affiliated with any government agencies.



Contact Us   |   Premium Benefits

### Benefits

✔ Fast & Secure USPS Address Change

✔ Comprehensive Address Change Ebook

✔ Pre-Authored Notification Letters

✔ Complimentary Return Address Labels

✔ FREE $25 Dining Dollars Gift Card

## Premium Benefits



### Simplify Your Moving Process Today!

postaladdresschangeservices.org is a privately-owned-and-operated moving and change of address assistance service. If you do not want to use our services, you can go directly to the USPS official site. We're here to help you with all the ins and outs associated with the moving process, and eliminate some of the stress accompanying your moving checklist. Trust in postaladdresschangeservices.org to handle the legwork behind changing your mailing address. Our service costs $44.50, which reflects the $1.05 charge required by the USPS™ to file your official address change in the United States. In addition to the filing of your official address change, you will receive a slew of premium benefits, including:

**Efficient USPS Change of Address Processing:** Your new address change request will be processed within one business day, so your mail forwarding can begin as quickly as possible.

**Address Change eBook:** Our inclusive Address Change eBook contains invaluable information to assist with your move, including a helpful checklist.

**Bundle of Notification Letters:** After you change your address, a number of important institutions and agencies should be notified. Our pre-authored letters list exactly who to inform, and how to do it.

**Free Return Address Labels:** Our custom mailing labels will make it easier to send your first correspondence while getting settled.

**$25 Dining Dollars Gift Certificate:** Enjoy the first meal in your neighborhood on us! Get to know the eatery options in your new town.

**Customer Support:** Customer satisfaction is a top priority, which is why we have a team of service agents to handle your inquiries via both phone and email. Call 855-215-2053 to contact us by phone from 9am-9pm EST Monday through Friday, or by email at: admin@postaladdresschangeservices.org. Outside of normal business hours, we offer email support only.

**PCI Level I Compliance:** Trust in our secure application process for 100 percent credit card safety.

---

TERMS & CONDITIONS     PRIVACY     MONEY BACK GUARANTEE     ABOUT US     WHY USE OUR SITE?

Change of address applications must be processed by an official United States Post Office (USPS) location/website. postaladdresschangeservices.org is a private company that acts as an agent on behalf of its customers when fulfilling change of address requests through the USPS™. postaladdresschangeservices.org is not affiliated with the USPS™ or the government in any way. If you do not want to use our services, you can go directly to the USPS official site. With our convenient change of address service, you will be entitled to change your address for just $44.50 (our fee includes the $1.05 processing fee charged by the USPS™). Our address change package also includes a helpful Change My Address eBook, up to $500 in savings for moving services, a $25 gift card to Dining Dollars from our trusted partners, mover's guide, bundle of pre-filled moving notification letters so you can notify companies of your address change and our premium phone and email support.

Copyright © 2020 postaladdresschangeservices.org



postaladdresschangeservices.org is a privately-owned website that is not affiliated with any government agencies.

**PostalAddressChangeServices.org**
a non-government site

Contact Us  |  Premium Benefits

## Benefits

✓ Fast & Secure USPS Address Change

✓ Comprehensive Address Change Ebook

✓ Pre-Authored Notification Letters

✓ Complimentary Return Address Labels

✓ FREE $25 Dining Dollars Gift Card

## Contact Us

**GET STARTED NOW**

postaladdresschangeservices.org is a private company that simplifies and facilitates change of address requests for its users. postaladdresschangeservices.org is not affiliated with United States Postal Service (USPS™). We serve as an authorized agent for our users who wish to submit a change of address request to USPS™. If you'd like to contact our team regarding any of the content you've read on our Web site, or if you have any questions about our address changing service, please feel free to reach us via e-mail at admin@postaladdresschangeservices.org or by phone at 855-215-2053.

If you'd like to speak to a member of our support team, you can reach us by phone or email from 9am-9pm EST Monday through Friday. Outside of normal business hours, we offer email support only.

### Contact Us By Form Below

We take pride in providing superior change of address service. Please contact us with any questions, concerns or feedback about your Postal Service Address Change so that we may better serve you.

**Name \***

Test

**Last Name \***

Test

**Email \***

test@gmail.com

**Phone Number \***

3024720148

**Message \***

**SEND MESSAGE**

TERMS & CONDITIONS     PRIVACY     MONEY BACK GUARANTEE     ABOUT US     WHY USE OUR SITE?

Change of address applications must be processed by an official United States Post Office (USPS) location/website. postaladdresschangeservices.org is a private company that acts as an agent on behalf of its customers when fulfilling change of address requests through the USPS™. postaladdresschangeservices.org is not affiliated with the USPS™ or the government in any way. If you do not want to use our services, you can go directly to the USPS official site. With our convenient change of address service, you will be entitled to change your address for just $44.50 (our fee includes the $1.05 processing fee charged by the USPS™). Our address change package also includes a helpful Change My Address eBook, up to $500 in savings for moving services, a $25 gift card to Dining Dollars from our trusted partners, mover's guide, bundle of pre-filled moving notification letters so you can notify companies of your address change and our premium phone and email support.

Copyright © 2020 postaladdresschangeservices.org

postaladdresschangeservices.org is a privately-owned website that is not affiliated with any government agencies.

 PostalAddressChangeServices.org
a non-government site

Contact Us   |   Premium Benefits

## TOP 7 REASONS WHY YOU SHOULD USE POSTALADDRESSCHANGESERVICES.ORG

 GET STARTED NOW

We are not the government, relocating can be a stressful experience, and changing your address is another task to add to your to-do list. Instead of taking on added responsibility, let postaladdresschangeservices.org assist you with everything that needs to be done surrounding your change of address. Here are seven reasons why you should entrust our services when preparing for your move.

1. postaladdresschangeservices.org is available to take your mail holding requests 24 hours a day, 7 days a week, 365 days a year. US post offices are only open during regular business hours daily, and are closed on Sundays and National holidays. We are here to provide customer support during your address change process when the USPS is not.
2. At postaladdresschangeservices.org, our customer service center is available via both phone and email from 9am-9pm EST Monday through Friday. The United States Postal Service can only promise to get back to you within 72 hours of your request.
3. The only address change service provider that can submit your change of address application in real time, postaladdresschangeservices.org uses proprietary fulfillment software that other change of address companies cannot access.
4. As an added benefit, postaladdresschangeservices.org will send you a complimentary $25 Dining Dollars Gift Card just for filing your change of address with us.
5. After submitting your change of address request, you will receive a 30-page Change My Address Ebook to help guide you through your move. Our ebook will list the parties you need to notify about your move, services you will need in your new home, ways to lower your electric bill and more.
6. For your added convenience, we will send you a bundle of notification letters to save you time when getting the word out to offices and institutions about your move.
7. If you are unhappy with our service for any reason, postaladdresschangeservices.org customer support offers a money-back guarantee for your purchase.

TERMS & CONDITIONS    PRIVACY    MONEY BACK GUARANTEE    ABOUT US    WHY USE OUR SITE?

Change of address applications must be processed by an official United States Post Office (USPS) location/website. postaladdresschangeservices.org is a private company that acts as an agent on behalf of its customers when fulfilling change of address requests through the USPS™. postaladdresschangeservices.org is not affiliated with the USPS™ or the government in any way. If you do not want to use our services, you can go directly to the USPS official site. With our convenient change of address service, you will be entitled to change your address for just $44.50 (our fee includes the $1.05 processing fee charged by the USPS™). Our address change package also includes a helpful Change My Address eBook, up to $500 in savings for moving services, a $25 gift card to Dining Dollars from our trusted partners, mover's guide, bundle of pre-filled moving notification letters so you can notify companies of your address change and our premium phone and email support.

Copyright © 2020 postaladdresschangeservices.org

postaladdresschangeservices.org is a privately-owned website that is not affiliated with any government agencies.

 **PostalAddressChangeServices.org**
a non-government site

Contact Us  |  Premium Benefits

**Benefits**

✔ Fast & Secure USPS Address Change

✔ Comprehensive Address Change Ebook

✔ Pre-Authored Notification Letters

✔ Complimentary Return Address Labels

✔ FREE $25 Dining Dollars Gift Card

**GET STARTED NOW**

## About Us

We are not the government. postaladdresschangeservices.org is composed of experienced industry professionals that specialize in communications and operations that are both Internet- and technology-based. Our eCommerce system, coupled with our proprietary fulfillment software ensures a seamless customer experience when processing a change of address request. Our logistical techniques, paired with our dedication to customer service guarantee address change fulfillments will be completed online in a timely manner. By entrusting postaladdresschangeservices.org with your change of address request, we can assure you will:

- Save valuable time processing an address change online, rather than visiting a post office location.
- Experience a hassle-free change of address process from start to finish.
- Have access to added benefits, including a complimentary gift card from our partners at Dining Dollars.
- Obtain a comprehensive Change My Address Ebook to assist with your change of address, as well as your move.

At postaladdresschangeservices.org, your address change is our top priority. We offer a money-back guarantee if you are not satisfied with our change of address fulfillment process. Contact our Customer Care Center for further information or assistance, day or night.

**TERMS & CONDITIONS     PRIVACY     MONEY BACK GUARANTEE     ABOUT US     WHY USE OUR SITE?**

Change of address applications must be processed by an official United States Post Office (USPS) location/website. postaladdresschangeservices.org is a private company that acts as an agent on behalf of its customers when fulfilling change of address requests through the USPS™. postaladdresschangeservices.org is not affiliated with the USPS™ or the government in any way. If you do not want to use our services, you can go directly to the USPS official site. With our convenient change of address service, you will be entitled to change your address for just $44.50 (our fee includes the $1.05 processing fee charged by the USPS™). Our address change package also includes a helpful Change My Address eBook, up to $500 in savings for moving services, a $25 gift card to Dining Dollars from our trusted partners, mover's guide, bundle of pre-filled moving notification letters so you can notify companies of your address change and our premium phone and email support.

Copyright © 2020 postaladdresschangeservices.org



postaladdresschangeservices.org is a privately-owned website that is not affiliated with any government agencies.

Contact Us   |   Premium Benefits

### Benefits

✓ Fast & Secure USPS Address Change

✓ Comprehensive Address Change Ebook

✓ Pre-Authored Notification Letters

✓ Complimentary Return Address Labels

✓ FREE $25 Dining Dollars Gift Card

**GET STARTED NOW**

## Money Back Guarantee

postaladdresschangeservices.orghas a strong dedication to customer satisfaction. If you are unsatisfied with the services please contact us by calling 855-215-2053 or emailing admin@postaladdresschangeservices.org. You can request a refund, less the $4.00 processing fee, which includes the fees required for us to change your address via the USPS™ on your behalf.

The money back guarantee is your exclusive remedy and only applies to postaladdresschangeservices.org products and materials. It does not apply to duties, taxes, processing fees or other charges, including ancillary service fees.

TERMS & CONDITIONS    PRIVACY    MONEY BACK GUARANTEE    ABOUT US    WHY USE OUR SITE?

Change of address applications must be processed by an official United States Post Office (USPS) location/website. postaladdresschangeservices.org is a private company that acts as an agent on behalf of its customers when fulfilling change of address requests through the USPS™. postaladdresschangeservices.org is not affiliated with the USPS™ or the government in any way. If you do not want to use our services, you can go directly to the USPS official site. With our convenient change of address service, you will be entitled to change your address for just $44.50 (our fee includes the $1.05 processing fee charged by the USPS™). Our address change package also includes a helpful Change My Address eBook, up to $500 in savings for moving services, a $25 gift card to Dining Dollars from our trusted partners, mover's guide, bundle of pre-filled moving notification letters so you can notify companies of your address change and our premium phone and email support.

Copyright © 2020 postaladdresschangeservices.org

# Exhibit 5

https://driverslicenserenewal.org/

03-12-2020





## Get a Pre-Filled Driver's License Application Today

Many people across the country have a hard time navigating the driver's license renewal process. It involves locating and filling out specific application forms, submitting documentation to prove your eligibility and paying various different fees, to name only a few steps.

At DriversLicenseRenewal.org, we help to simplify this process. We provide the forms you need and step-by-step instructions on how to complete them easily and accurately.

With our service, you can receive a pre-filled application for:

✓ Driver's license renewal.

✓ Driver's license replacement.

✓ Address change.

✓ Real ID.

## The Benefits of DriversLicenseRenewal.org

With our guidance, you can skip the hassle of identifying the right forms and not knowing exactly how to fill them out.

Our pre-filled application makes your trip to the DMV that much easier.

After filling out our simple form, all you will need to do is send in your completed application with your state's renewal fee by mail or in person along with the applicable DMV fees, depending on the service you selected and your state.

Then you'll be able to pick up your license at the local DMV or get it delivered via mail.

For help with the application process, get started by filling out the form above and receiving your pre-filled application today.



Contact Us     Refunds     Privacy Policy     Terms & Conditions

Copyright © 2020 driverslicenserenewal.org All Rights Reserved.

driverslicenserenewal.org is a privately owned website that is not affiliated with any government agencies.

driverslicenserenewal.org is a privately owned website that is not affiliated with any government agencies.

**DRIVERSLICENSE ═ RENEWAL**
a non-government site

Eligibility    Fees

## Complete the process **in 3 Easy Steps!**

- ✓ Fill out the correct form using our concierge service for a fee.

- ✓ Mail in or drop off your application to the DMV with your state's fees.

- ✓ Receive your document or pick up at local DMV.

- ✓ Get our concierge assistance benefits for only $26.98 + state fees.

### Complete your Driver License Renewal Application And Form

Choose Your Service

Driver's License Renewal

Address Change

California ✓

## Get a Pre-Filled Driver's License Application Today

Many people across the country have a hard time navigating the driver's license renewal process. It involves locating and filling out specific application forms, submitting documentation to prove your eligibility and paying various different fees, to name only a few steps.

At DriversLicenseRenewal.org, we help to simplify this process. We provide the forms you need and step-by-step instructions on how to complete them easily and accurately.

With our service, you can receive a pre-filled application for:

✓ Driver's license renewal.

✓ Driver's license replacement.

✓ Address change.

✓ Real ID.

## The Benefits of DriversLicenseRenewal.org

With our guidance, you can skip the hassle of identifying the right forms and not knowing exactly how to fill them out.

Our pre-filled application makes your trip to the DMV that much easier.

After filling out our simple form, all you will need to do is send in your completed application with your state's renewal fee by mail or in person along with the applicable DMV fees, depending on the service you selected and your state.

Then you'll be able to pick up your license at the local DMV or get it delivered via mail.

For help with the application process, get started by filling out the form above and receiving your pre-filled application today.

**DRIVERSLICENSE ═ RENEWAL**
a non-government site

Contact Us    Refunds    Privacy Policy    Terms & Conditions

Copyright © 2020 driverslicenserenewal.org All Rights Reserved.

driverslicenserenewal.org is a privately owned website that is not affiliated with any government agencies.

driverslicenserenewal.org is a privately owned website that is not affiliated with any government agencies.

**DRIVERSLICENSE ⇋ RENEWAL**
a non-government site

Eligibility     Fees

Renew Your Driver's License **in 3 Easy Steps!**

- ✓ Fill out the correct form using our concierge service for a fee.

- ✓ Mail in your application with your state's fees or visit your local DMV office.

- ✓ Receive your license by mail or pick it up at a local DMV.

- ✓ Get our concierge assistance benefits for only $26.98 + state fees.

**Complete your Drivers License Renewal Application And Form**

Fill out the form to begin

FIRST NAME

14-character limit

MIDDLE NAME                                        Optional

9-character limit

LAST NAME

24-character limit

EMAIL

ZIP CODE                        STATE
                                California ✓
5-character limit

By clicking "CONTINUE", I represent that I am 18+ years of age; and agree to the Privacy Policy and Terms and Conditions

**CONTINUE**

## About California Driver's License Renewal

California licenses expire every five years on the driver's birthday. California drivers can renew their licenses online, by mail or in person depending on the circumstances. Driving with an expired California license can result in penalties and misdemeanor charges. Drivers can avoid the hassle of fines and court by renewing their driver's license ahead of time.

## Benefits of Our Concierge Service

**We offer application assistance through this site for an additional fee as an alternative to the official governmental site or completing the process entirely in person at the DMV. You may go to your local DMV and obtain your application and handle your services directly with the government and not receive our services or be subject to our concierge fees.**

driverslicenserenewal.org can help you fill out and submit your application to renew your driver's license before it expires. We make the process easy by finding the right form and completing the application for you using our online wizard. All you have to do is print out the completed form and submit it to the DMV, mail it or drop it off.

✓   Keep your application error-free.

✓   Get the completed form right away.

✓   Avoid penalties for an expired license.

Don't get caught on the road with an expired California driver's license. Our service can help walk you through the renewal process today.



**DRIVERSLICENSE ⇋ RENEWAL**
a non-government site

Contact Us        Refunds        Privacy Policy        Terms & Conditions

Copyright © 2020 driverslicenserenewal.org All Rights Reserved.

driverslicenserenewal.org is a privately owned website that is not affiliated with any government agencies.



driverslicenserenewal.org is a privately owned website that is not affiliated with any government agencies.

**DRIVERSLICENSE ≡ RENEWAL**
a non-government site

Eligibility    Fees

Would you like to update your voting address?

| Yes | No |
|-----|-----|

Have you had any medical conditions in the last three years affecting your ability to drive?

| Yes | No |
|-----|-----|

Do you wish to be an organ or tissue donor?

| Yes | No |
|-----|-----|

☐ I have served in the military and would like to receive benefits for which I may be eligible from the Department of Veterans Affairs.

**CONTINUE**

### Are you eligible to renew your license?

In order to be eligible for a driver's license renewal in California, you may need to meet the following requirements:

✓ You currently have a driver's license in your possession.

✓ You can successfully pass a vision exam.

**DRIVERSLICENSE ≡ RENEWAL**
a non-government site

Contact Us    Refunds    Privacy Policy    Terms & Conditions

Copyright © 2020 driverslicenserenewal.org All Rights Reserved.

driverslicenserenewal.org is a privately owned website that is not affiliated with any government agencies.

driverslicenserenewal.org is a privately owned website that is not affiliated with any government agencies.

**DRIVERSLICENSE ⚡ RENEWAL**
a non-government site

Eligibility          Fees

## NOTICE

Driver's License Renewal applications must be processed by an official State location/website. However, independent third-party concierge assistance is available through this site as an alternative to the official governmental services. **We do not issue or provide you with a driver's license.** Our agency services simplify the process by providing a personalized application assistance experience, related benefits, and live support for an additional fee. You just need to print/Submit. I understand that by continuing, I am not submitting my forms online, and that I must submit my forms by mailing or dropping off in person to the DMV. By clicking "CONTINUE" you acknowledge that this site is privately owned and is not endorsed by or affiliated with any government agency.

**CONTINUE**

**DRIVERSLICENSE ⚡ RENEWAL**
a non-government site

Contact Us          Refunds          Privacy Policy          Terms & Conditions

Copyright © 2020 driverslicenserenewal.org All Rights Reserved.

driverslicenserenewal.org is a privately owned website that is not affiliated with any government agencies.





driverslicenserenewal.org is a privately owned website that is not affiliated with any government agencies.

**DRIVERSLICENSE ⚊ RENEWAL**
a non-government site

Eligibility    Fees

## Eligibility

DriversLicenseRenewal.org provides a pre-filled application for driver's license services including renewal, replacement, change of address and Real ID.

We provide the forms you need and step-by-step instructions on how to complete them easily and accurately.

In order to use our application assistance service, you must be able to satisfy the eligibility requirements established by your state of residence for the service that you select.

For more information about the eligibility requirements for different services in your state, review the links below.

**California DMV requirements for:**

✓   Driver's license renewal

✓   Driver's license replacement

✓   Change of address

**Massachusetts RMV requirements for:**

✓   Driver's license renewal

✓   Driver's license replacement

✓   Change of address

**Pennsylvania DOT requirements for:**

✓   Driver's license renewal

✓   Driver's license replacement

✓   Change of address

✓   Real ID

**South Carolina DMV requirements for:**

✓   Driver's license renewal

✓   Change of address

**Texas DPS requirements for:**

✓   Driver's license renewal

✓   Driver's license replacement

✓   Change of address

✓   Real ID

**Virginia DMV requirements for:**

✓   Driver's license renewal

✓   Driver's license replacement

✓   Change of address

✓   Real ID

**DRIVERSLICENSE ⚊ RENEWAL**
a non-government site

Contact Us    Refunds    Privacy Policy    Terms & Conditions

Copyright © 2020 driverslicenserenewal.org All Rights Reserved.

driverslicenserenewal.org is a privately owned website that is not affiliated with any government agencies.

driverslicenserenewal.org is a privately owned website that is not affiliated with any government agencies.

**DRIVERSLICENSE ⇄ RENEWAL**
a non-government site

Eligibility   Fees

## Fees

Driver's license renewal fees vary from state to state and depend on the type of license you need to renew. Fees that you can expect to be charged when renewing your driver's license may include:

✓   The standard driver license renewal fee.

✓   The provisional driver license renewal fee (if applicable).

✓   The motorcycle endorsement additional fee (if applicable).

✓   County DMV fees and taxes (if applicable).

✓   Address change fees (if applicable).

### Our Third-Party Agency Fee

DriversLicenseRenewal.org charges an agency fee of $26.98 to provide you with a pre-filled application that you can submit to your local DMV either in person or by mail with your state's fee depending on the service you selected and your state. The agency fee does not include the state's fee. **This agency fee is not required and will not be assessed if you choose to order your driver's license through the official state department.** However, our fee includes added-value benefits, including Road-Side Assistance, a dedicated highly trained case manager & friendly and helpful customer service (available 5 days a week from 8 a.m. to 7 p.m. EST) via phone support, email support and live chat agents.

It is our goal to provide each and every client with convenience through our pre-filled applications. If you have any questions or concerns, please don't hesitate to contact us at admin@driverslicenserenewal.org.

**DRIVERSLICENSE ⇄ RENEWAL**
a non-government site

Contact Us      Refunds      Privacy Policy      Terms & Conditions

Copyright © 2020 driverslicenserenewal.org All Rights Reserved.

driverslicenserenewal.org is a privately owned website that is not affiliated with any government agencies.

driverslicenserenewal.org is a privately owned website that is not affiliated with any government agencies.

**DRIVERSLICENSE ≡ RENEWAL**
a non-government site

Eligibility        Fees

## Contact Us

If you have any questions regarding our products or services, please contact us at admin@driverslicenserenewal.org.

**DRIVERSLICENSE ≡ RENEWAL**
a non-government site

Contact Us        Refunds        Privacy Policy        Terms & Conditions

Copyright © 2020 driverslicenserenewal.org All Rights Reserved.

driverslicenserenewal.org is a privately owned website that is not affiliated with any government agencies.

driverslicenserenewal.org is a privately owned website that is not affiliated with any government agencies.



Eligibility          Fees

## Satisfaction Policy

At Driver's License Renewal, customer satisfaction is our top priority, which is why we offer a full money-back guarantee for purchases made of our products and services.

All transactions processed through Driver's License Renewal will be eligible for a refund. Please notify us by phone or email about why you are dissatisfied with our products. Note that requests for refunds must be made within 30 days of your purchase from Driver's License Renewal.

A. Limitations. The following limitations apply:

✓   Credits for charges will be applied to the payer's account only, and refunds will be made payable to the payer only.

B. Exceptions. Driver's License Renewal will not be obligated to refund or credit your charges if:

✓   The service failure resulted, in whole or in part, from any of the circumstances described under the limitation of liabilities section of the Terms and Conditions or failure to submit the required information as stated herein.

✓   The payer's account number was not in good credit standing, or payment instructions were invalid, and delivery was delayed until payment arrangements were secured.

C. Refund or Credit Requests. To qualify for a refund or credit due to our services or our service failure, you must notify us of your refund/credit request or the service failure and request a refund or credit in compliance with the conditions listed below. If you do not comply with these conditions, you are not entitled to receive a refund or credit and cannot recover compensation for our services or failure to provide services in any lawsuit.

✓   You may request a refund or credit by emailing your request to  admin@driverslicenserenewal.org

✓   Your notification of a service failure must include your full name, contact information and the date of the order.

✓   All requests a refund or credit of charges must be received within 30 calendar days of the order and payment date.

Consider this money-back guarantee solely to Driver's License Renewal's services or products. It does not apply to any taxes, processing fees, duties or other charges, as well as ancillary service fees.

**DRIVERSLICENSE RENEWAL**
a non-government site

Copyright © 2020 driverslicenserenewal.org All Rights Reserved.

Contact Us          Refunds          Privacy Policy          Terms & Conditions

driverslicenserenewal.org is a privately owned website that is not affiliated with any government agencies.

# Exhibit 6

https://texascarregistration.org/

03-09-2020



## About Texas Vehicle Registration Renewal

Texas law requires you to renew your vehicle registration before it expires. Failing to renew your registration on time can result in fines and late fees. Additionally, if a police officer pulls you over you could be subject to further penalties, including tickets and court visits. Texas allows you to renew your vehicle registration online, by mail or in person depending on your circumstances.

**Did You Know?** You can renew your vehicle registration online up to six months after it expires. Additionally, you can drive up to five days past your expiration date without penalty.



Copyright © 2020 texascarregistration.org All Rights Reserved.

Contact Us     Refunds     Fees     Privacy Policy     Terms & Conditions

texascarregistration.org is a privately owned website that is not affiliated with any government agencies.

texascarregistration.org is a privately owned website that is not affiliated with any government agencies.



## Benefits of using our concierge assistance to renew your vehicle registration

✓ Don't waste time waiting in line at the DMV

✓ Avoid finding and printing forms

✓ Skip the fines for expired registrations

✓ No need for you to hassle with the official government website, all for only $39.99 + registration renewal fee



**STEP 1**

### Determine Your Eligibility

License Plate Number

Last 4 of VIN

County
Select

**Is your vehicle out of state?**

Yes | No

By clicking "I Understand and Continue", I represent that I am 18+ years of age, and agree to the Privacy Policy and Terms and Conditions.

**I UNDERSTAND AND CONTINUE**

## About Texas Vehicle Registration Renewal

Texas law requires you to renew your vehicle registration before it expires. Failing to renew your registration on time can result in fines and late fees. Additionally, if a police officer pulls you over you could be subject to further penalties, including tickets and court visits. Texas allows you to renew your vehicle registration online, by mail or in person depending on your circumstances.

**Did You Know?** You can renew your vehicle registration online up to six months after it expires. Additionally, you can drive up to five days past your expiration date without penalty.



Copyright © 2020 texascarregistration.org All Rights Reserved.

Contact Us    Refunds    Fees    Privacy Policy    Terms & Conditions

**texascarregistration.org is a privately owned website that is not affiliated with any government agencies.**

texascarregistration.org is a privately owned website that is not affiliated with any government agencies.

**TEXASCARREGISTRATION.ORG**
a non-government site

| Eligibility | Contact Info | Billing |
|---|---|---|

ⓘ Before renewing your registration, **have your auto insurance card and provider information on hand.**

## Contact Information

FIRST NAME

MIDDLE NAME                                    Optional

LAST NAME

EMAIL ADDRESS

PHONE NUMBER

## Residential Address

ADDRESS

APT/SUITE

CITY

STATE

ZIP CODE

## Insurance Information

Insurance Company

Policy Number

Insurance Phone Number                                    ⓘ

Policy Start Date
MM   DD   YYYY

Policy End Date
MM   DD   YYYY

☐ I affirm that the policy above complies with the minimum amounts of motor vehicle liability insurance coverage required by law. (Texas Transportation Code 601.072)

## Declaration of Eligibility

☐ I am aware under penalty of perjury, that I am eligible to renew my vehicle registration online. I understand that perjury can result in a fine not to exceed $4,000 and/or confinement up to 1 year in jail.

## Terms of Agreement

☐ By filling out the form above, checking this box and electronically signing your name below, you acknowledge that you have read and agree to our Terms & Conditions and Privacy Policy. You affirm that you are the record holder for this vehicle and that all information you have provided is true and accurate. By checking this box, you also acknowledge that this website is privately owned and independently operated, having no affiliation with any state or federal agency. You hereby appoint this site as your agent and expressly authorize its personnel to access and contact the TxDMV's online vehicle services portal and process your registration on your behalf for a fee that includes features and benefits exclusive to this site. You also authorize this website to retain your information for future renewals.

ELECTRONIC SIGNATURE

**CONTINUE**

### Important Note

In some instances, you may not be able to renew your vehicle registration online and must take alternative steps. Such situations include:

✓ If your registration is more than six months past its expiration date.

✓ If your vehicle cannot pass a required inspection.

**Car registration applications must be processed by an official DMV website. However, independent third-party concierge assistance is available through this site for an additional fee as an alternative to the official governmental services.**

**TEXASCARREGISTRATION.ORG**
a non-government site
Copyright © 2020 texascarregistration.org All Rights Reserved.

Contact Us    Refunds    Fees    Privacy Policy    Terms & Conditions

texascarregistration.org is a privately owned website that is not affiliated with any government agencies.



texascarregistration.org is a privately owned website that is not affiliated with any government agencies.





## Thank Your For Your Purchase, Test

Your car registration order has been received.

It will be processed within 24 hours of submission.

After processing, we will mail your registration documents to the address currently on file with the DMV.

Services ordered online typically take 7 to 10 business days to receive.

## Need Help

If you have questions about the status of your order, we're happy to assist. Just send us an email at **admin@texascarregistration.org** or call us **+855-280-3312** and we'll get back to you promptly.

   Contact Us   Refunds   Fees   Privacy Policy   Terms & Conditions

Copyright © 2020 texascarregistration.org All Rights Reserved.

texascarregistration.org is a privately owned website that is not affiliated with any government agencies.

texascarregistration.org is a privately owned website that is not affiliated with any government agencies.



## Contact Us

### Questions

If you have any questions regarding our products or services, please contact us at admin@texascarregistration.org

### Reach us

OnPoint Processing LLC

350 NE 60th St

Miami, FL 33137

855-280-3312

   Contact Us   Refunds   Fees   Privacy Policy   Terms & Conditions

Copyright © 2020 texascarregistration.org All Rights Reserved.

texascarregistration.org is a privately owned website that is not affiliated with any government agencies.

texascarregistration.org is a privately owned website that is not affiliated with any government agencies.


**TEXASCARREGISTRATION.ORG**
a non-government site

## Satisfaction Policy

At Texas Car Registration, customer satisfaction is our top priority, which is why we offer a full money-back guarantee for purchases made of our products and services.

All transactions processed through Texas Car Registration will be eligible for a refund, pending your request. Please notify us by phone or email about why you are dissatisfied with our products. Note that requests for refunds must be made within 30 days of your purchase from Texas Car Registration.

A. Limitations. The following limitations apply:

1. Credits for charges will be applied to the payer's account only, and refunds will be made payable to the payer only.

B. Exceptions. Texas Car Registration will not be obligated to refund or credit your charges if:

1. The service failure resulted, in whole or in part, from any of the circumstances described under the limitation of liabilities section of the Terms and Conditions or failure to submit the required information as stated herein.
2. The payer's account number was not in good credit standing, or payment instructions were invalid, and delivery was delayed until payment arrangements were secured.

C. Refund or Credit Requests. To qualify for a refund or credit due to our services or our service failure, you must notify us of your refund/credit request or the service failure and request a refund or credit in compliance with the conditions listed below. If you do not comply with these conditions, you are not entitled to receive a refund or credit and cannot recover compensation for our services or failure to provide services in any lawsuit.

1. You may request a refund or credit by emailing your request to info@texascarregistration.org
2. Your notification of a service failure must include your full name, contact information and the date of the order.
3. All requests a refund or credit of charges must be received within 30 calendar days of the order and payment date.

Consider this money-back guarantee solely to Texas Car Registration's services or products. It does not apply to any taxes, processing fees, duties or other charges, as well as ancillary service fees.


**TEXASCARREGISTRATION.ORG**
a non-government site

Contact Us    Refunds    Fees    Privacy Policy    Terms & Conditions

Copyright © 2020 texascarregistration.org All Rights Reserved.

texascarregistration.org is a privately owned website that is not affiliated with any government agencies.

texascarregistration.org is a privately owned website that is not affiliated with any government agencies.



## Registration Renewal Fees in Texas

Renewing your registration will require you to pay a few types of fees: 1- your vehicle registration fee, 2- inspection fee, 3- Local and County Fees, 4- State Processing Fee and, if you choose to renew through our site, 5- our agency fee. The fees are broken down as follows:

**1- Vehicle Registration Fee:**

✓ To register a passenger vehicle or truck, you will pay a windshield sticker fee that is typically $50.75 or $54 depending on county and vehicle type, but can be higher ($110 or more) for certain vehicle or plate types.

✓ Trailers and Travel Trailers have a registration fee of $45 and motorcycles are $30.

**2- Inspection Fee:**

✓ At the time of inspection, you will pay the station a fee of $7 to $40. This fee varies depending on your county, type of inspection required and the make, model and year of your vehicle.

✓ At the time of online renewal, you will also pay a state inspection fee of between $2.75 and $22. This fee is also determined by your county, make, model and year of your vehicle.

**3- Local and County Fees:**

✓ You may also incur local and county fees at the time of your registration. These fees are determined solely based on your county of residence and range from $0 to $31.50.

**4- State Processing Fee:**

✓ Beginning with registrations due after January 1, 2017, the state of Texas charges a processing fee of $4.75 when you renew your registration online.

**5- Third Party Agency Fee:**

✓ This site charges an agency fee of $39.99 to process your online transaction with the state on your behalf. This fee is **not** required and will not be assessed if you choose to renew your vehicle through the official state portal. There are valuable benefits associated with this fee, including bonus coupons, accessible email support, error-free processing, and much more. We also guarantee your satisfaction, so if you have any questions or concerns, please don't hesitate to contact us.

**Summary:**

✓ On the checkout page for your renewal, you will see the above listed fees (registration, inspection, local and county fees, processing and the agency fee) detailed according to your county and vehicle specifications. The total cost you will be clearly itemized for you prior to payment.

✓ Please note that the fees that you will see associated with your vehicle on this website are an estimate based upon the information you have provided to us (plate number, car type, vehicle location, etc.) and the final amount charged to your card may vary slightly when we process your transaction with the state.



Copyright © 2020 texascarregistration.org All Rights Reserved.

Contact Us    Refunds    Fees    Privacy Policy    Terms & Conditions

texascarregistration.org is a privately owned website that is not affiliated with any government agencies.