### Record # 1 / 117931991 / Consumer Sentinel Network Complaint

| | | | |
|---|---|---|---|
| **Reference Number:** | 117931991 | **Originator Reference Number:** | |
| **Language:** | English | **Contact Type:** | Complaint |
| **Source:** | Consumer | **DNC?:** | No |
| **Comments:** | We have been receiving several responses as a result of 1. Misinformation- flyer [ attached]and2. Suspect Website-Possible ploy to collect PII. [Below]We don't suspect that the incidents are related, but we don't know.1. There has been a flyer with misinformation disseminated throughout the region DC,MD.VA,NY (as far as we know, could have hit other states across the country) guiding people to the agency's online website to apply for assistance claiming there is "no income eligibility test". No matter how much you make you can recieve SNAP( food stamps) benefits. We have worked with the administering agency and facilitated measures to handle the flood of applicants in addition to the rush of actual vulnerable Marylanders as a result of the COVID-19 pandemic. Is there an agency that can track the source of the misinformation? or Just an agency who accepts this type of reported information/ referral?2. There has been the dissemination of a link (below) that admits to not being part of a government agency, but claims to assist with government assistance if PII is shared. Even has the following disclaimer which is alarming to say the least.By clicking "Continue", I represent that I am 18+ years of age; I understand that this site is privately owned and is not affiliated with, nor endorsed by any government agency, I agree that the personal information I provide you with may be shared with third parties for other marketing purposes, and agree to the Privacy Policy, California Privacy Policy and Terms and Conditions; and agree to receive email marketing from foodstampsassistance.org, Fortfynance, MyHousingSolution, My Housing Pro and its Marketing Partners, as well as understanding that this site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply. We checked with our federal partners and they are not familiar with the suspect organization. I had one of my investigators dig a little and resulted in [attached FSA.doc] assessment.TOPIC:COVID-19 | | |
| **Complaint disposition provided?:** | | | |
| **Complaint Disposition:** | | | |
| **Data Reference:** | | **Load Date:** | 04/23/2020 11:40:34 AM |
| **Created By:** | FTCCIS-FTCUSER | **Created Date:** | 04/23/2020 11:40:34 AM |
| **Updated By:** | | **Updated Date:** | |
| **Complaint Source:** | FTC Online Complaint Assistant (CIS) | **Product Service Description:** | Other (Note in Comments) |
| **Amount Requested:** | | **Amount Paid:** | |
| **Payment Method:** | | **Agency Contact:** | Internet |
| **Complaint Date:** | 04/23/2020 | **Transaction Date:** | 04/08/2020 |
| **Initial Contact:** | Internet/E-mail | **Initial Response:** | Other |
| **Statute/Rule:** | | **Law Violation:** | |
| **Topic:** | Coronavirus (COVID-19) Related | **Dispute with Credit Bureau?:** | |

| | | | | |
|---|---|---|---|---|
| Dispute with Credit Bureau - Responded?: | | Dispute with Credit Bureau - Resolved to Satisfaction?: | | |
| Member of armed forces or dependent?: | No | Cross Border Complaint?: | No | |
| **Consumer Information** | | | | |
| **Consumer** | | | | |
| Consumer Small Business or Organization: | DEPARTMENT OF HUMAN SERVICES-STATE OF MARYLAND | | | |
| First Name: | DHS | Last Name: | | |
| Address 1: | | Address 2: | | |
| City: | | State: | Maryland | |
| Zip: | | Country: | UNITED STATES | |
| Home Number: | | Cell Number: | | |
| Work Number: | | Ext: | | |
| Fax Number: | | Email: | | |
| Age Range: | | Military Service Branch: | | |
| Soldier Status: | | Soldier Station: | | |
| **Reported By** | | | | |
| Consumer Small Business or Organization: | | | | |
| First Name: | TERRY | Last Name: | SCATES | |
| Address 1: | 1525 N Calvert, 7th Floor | Address 2: | | |
| City: | Baltimore | State: | Maryland | |
| Zip: | *(Cleansed: 21201)* | Country: | UNITED STATES | |
| Home Number: | | Cell Number: | | |
| Work Number: | | Ext: | | |
| Fax Number: | | Email: | terry.scates@maryland.gov | |
| Age Range: | | Military Service Branch: | | |
| Soldier Status: | | Soldier Station: | | |
| **Subject** | | | | |
| Subject: | Foodstampassistance.org | Normalized Name: | Foodstampassistance.org | |
| Address 1: | | Address 2: | | |
| City: | | State/Prov: | | |
| ZIP: | | Country: | UNITED STATES | |
| Email: | foodstampassistance.org@domainsbyproxy.com | URL: | foodstampassistance.org | |

| Phone Number: | 480-6242599 | Ext: | |
| --- | --- | --- | --- |
| Subject ID Type: | | Subject ID Issuer State: | |
| Subject ID Issuer Country: | | | |