**The information included in this report must be based on suspicious activity and in no way be used for profiling a specific population.**

# SUSPICIOUS ACTIVITY REPORT

**Wisconsin Department of Transportation**

| Case Number | Reporting Agent/Station | Activity Date |
|---|---|---|
| 20SAR533 | WI DMV CAFU | 03/06/2020 |
| Attachments? | Number of Pages (Including this cover page)? | |
| Yes | 40 | |

## Summary:

On 04/02/2020 the DMV Administrator received a complaint from Linda DeGraef. In the complaint Linda DeGraef indicated that she Wisconsin Car Registration (WICR) scammed her. She said that she entered wisconsindmv.gov/RENEW (The address registration renewal statements.). She is certain that she was on the official DMV website at the start of the transaction. She believes that WICR rerouted her to their website without any notification. In the confirmation email from WICR. WICR notified her that they placed a hold on her credit card for $189.99.

She contacted her credit card company immediately. She reported that WICR fraudulent obtained her credit card information. The credit card company told her that they cannot cancel a payment that is being held.

Linda DeGraef then contacted the DMV. The agent told Linda DeGraef that the DMV is aware of this issue. The DMV agent did not realize that Linda DeGraef WICR hijacked the transaction. The DMV agent thought that Linda DeGraef did not select the link for the official DMV website.

On 04/17/2020 the Vehicle Registration Unit (VRU) received a complaint from Michael P Ashworth. He reported that he thought he was on the official DMV website when he renewed his registration. After the transaction he found a hold on his credit card for $189.99. He checked his browser history and realized that he was on the wrong website. He contacted WICR and they refunded the service fee.

**This report should be submitted via secure fax or e-mail to the Compliance, Audit and Fraud Unit along with any supporting documents.**
**Fax (608)223-7720**
**Email DOT DMV Fraud Unit@dot.wi.gov**

**Send any original documents through Inter-D mail or regular postal mail.**

# SUSPICIOUS ACTIVITY REPORT

## Investigation:

## Victim 1: Linda Sue DeGraef



Linda DeGraef told the Department that she uses her iPhone to pay bills over the internet. On 03/01/2020 she entered the web address (wisconsindmv.gov/renew) into the Safari browser on her iPhone. She was directed to the Departments website, where she selected the "Renew Now" icon. She thought she entered her Discover card information on the official WI DMV website.

The official DMV website for registration renewals. (Attachment #1 included on page 19)



**SUSPICIOUS ACTIVITY REPORT**

She believes that WICR rerouted her to their website without any notification. In the confirmation email from WICR. WICR notified her that they placed a hold on her credit card for $189.99.

On Sun, Mar 1, 2020 at 3:52 PM wisconsincarregistration.org <info@wisconsincarregistration.org> wrote:

☒ Right-click or tap and hold here to download
pictures. To help protect your privacy. Out...

## Order Confirmation

Hello Linda,

Thank you for your purchase and for choosing Wisconsincarregistration.org. We have received your order for your wisconsin Vehicle Registration Renewal, and it will be processed within 24 hours of submission. After processing, we will be sending your new registration documents directly to you by mail.

**Note:** The current charge reflects our pending Authorization Hold on your card. Once your order is processed we will send you a second email with the final cost and any excess amount from the Authorization Hold will be released.

**Order Number:** 31824495
**Product:** Car Registration Renewal
**Amount Paid:**

| | |
|---|---|
| Authorization Hold | $189.99 |
| **Total \*** | **$189.99** |

*[MP-\*WISCONSINCARREG] will appear on your credit card statement with separate charges for CR renewal and MADD donation (if selected).*
Please contact us if you have any questions at admin@wisconsincarregistration.org or call 855-610-3200.

Copyright © 2019 Wisconsin Car Registration. All Rights Reserved.

# SUSPICIOUS ACTIVITY REPORT

**Wisconsin Department of Transportation**

Page 4 of 18

On 03/01/2020 at 4:29 PM, Linda DeGraef immediately responded to WICR asking to cannel the transaction. To our knowledge WICR did not act on this request.



From: **Linda DeGraef** <█████████████>
Date: Sun, Mar 1, 2020 at 4:29 PM
Subject: Cancel charge
To: <admin@wisconsincarregistration.org>

This charge is made in error, cancel immediately.

On 04/02/2020 the DMV Administrator received a complaint from Linda DeGraef. In the complaint Linda DeGraef indicated that she WICR scammed her. CAFU believes that WICR hijacked the Linda DeGraef from the official WI DMV website.

First Name: Linda
Last Name: DeGraef
Street Address: ████████████
Street Address 2:
City: Superior
State: WI
Zip Code: 54880
Country: United States
Daytime Phone: ████████████
Email Address: ████████████
Type Your Message:
I renewed my Wi license plate on the official WI DMV site (exact address that was provided on my renewal notice). After submitting my charge card information I was sent an email from Wisconsincarregistration.org stating they had placed an authorization hold on my Discover card for $189.99. I immediately contacted Discover to report this fraudulent activity and was told there was nothing I could do and the money was paid out. I contacted the DMV and was informed I was on the official DMV site initially until my information was submitted, I was told this has happened to many others "you are not the only one" and the DMV IT Department was aware and working to resolve this issue. They apologized but could not take any responsibility for my loss. I also informed that I still owed $85 for my license renewal tabs. I did contact the site that charged my account to refund my money without success. I believe I am not the only one that has been scammed by Wisconsincarregistration.org. I am shocked at the fact the the WI DMV does not have a secured site to protect residents private financial information.
Attention to this matter is greatly appreciated.
Thank you,
Linda DeGraef

**SUSPICIOUS ACTIVITY REPORT**

Two days after she landed on WICR's website, WICR sent her the payment confirmation number. It appears that WICR used the official DMV website to complete the transaction. The Department emailed the confirmation number to lindadegraef0878@comcaf.net. This email address does not belong to Linda DeGraef. CAFU believes that email addresses that end @comcaf.net belong to WICR. The transaction originated from an IP address located in Portland Oregon.



Larger view of the text above.

Email from WICR



The confirmation number listed is the same confirmation number that was issued by the Department on 03/03/2020.



# SUSPICIOUS ACTIVITY REPORT

According to the Departments records the plate was renewed online at 10:47 AM.



Linda DeGraef was not on the official DMV website on 03/03/2020. CAFU believes that WICR renewed her registration using the official DMV website.

The transaction originated from an IP address (54.188.230.136) in Portland Oregon.

Lindadegraef0878@comcaf.net is not Linda DeGraef's email address. CAFU believes that email addresses that end @comcaf.net belong to WICR.

(Attachment #2 included on page 23)





**SUSPICIOUS ACTIVITY REPORT**

IP address 54.188.230.136 originated in Portland Oregon; however, the victim lives in Superior WI.



The Department did not collect payment from Linda DeGraef. WICR collected the fee. It appears WICR adds a surcharge when Linda DeGraef landed on the WICR website. Her credit card company removed the charges that WICR billed her. (Attachment #3 included on page 28)



Her registration is currently renewed. This could change if WICR's credit card reverses the charges (Attachment #4 included on page 30)



# SUSPICIOUS ACTIVITY REPORT

**Victim 2:  Michael P Ashworth**

| Customer Details | | | |
|---|---|---|---|
| **Identifiers** | NSD ID: ■■■■ <br> Customer: 69310820321 | | SSN: ■■■■ <br> LPC: U.S. CITIZEN |
| **Name** | First: MICHAEL   Middle: P   Last: ASHWORTH | | |
| **Primary Address** | GREEN BAY, WI 54301 2744 | Updated On: 01-20-2009 <br> County: BROWN | Copy |
| **Card Name** | ASHWORTH MICHAEL P (RGLR) | | |
| **Details** | DOB: ■■■■   Age | Gender: ■■■ | Opt Out: ■ |
| **Descriptors** | ■■■■■■■■■■■■■■■■■■ | | |
| **eNotify** | | | |

Michael Ashworth reported that he renewed his registration using the Safari app on his iPhone. He entered Wisconsin DMV and selected the first site without paying attention to it. When he opened the site, he received a pop-up message that he closed without reading. He checked his debt card account to verify the payment went through and noticed that there was a hold of $189.99. He then checked his browser history on his iPhone and realized that he was not on the Departments site. WICR told him that they are not affiliated with the Wisconsin DMV. WICR explained that they place a hold of $189.99. They release the hold once they determine the amount owed.

Michael Ashworth did not use the official DMV website to renew his registration on 04/13/2020. CAFU believes that WICR renewed his registration using the official DMV website.

**SUSPICIOUS ACTIVITY REPORT**

The transaction originated from an IP address (54.200.8.102) in Boardman Oregon. Michaelashworth8080@comcaf.net is not Michael Ashworth's email address. CAFU believes that email addresses that end @comcaf.net belong to WICR.

(Attachment #5 included on page 32)




IP address 54.200.8.102 originated from Boardman Oregon; however, the victim lives in Green Bay WI.



**SUSPICIOUS ACTIVITY REPORT**

The Department did not collect payment from Michael Ashworth. WICR collected Then they charge the credit card for both their fee and the DMV fee. registration fee. WICR collected $64.45 from Michael Ashworth's debit card. Then WICR issued a refund for $39.99. This is the amount of the service charge that they assessed for the transaction. (Attachment #6 included on page 37)



On 04/13/2020 WICR renewed license plate 162DZ using the Departments online service. (Attachment #7 included on page 39)



**SUSPICIOUS ACTIVITY REPORT**

**About Wisconsin Car Registration.ORG**

According to Dianne Parish the MVPS with DAS, WICR is not affiliated with the Department and the Department does not regulate them.  Because the Department does not regulate them, we can't limit the service fee they wish to charge.



WICR Service fee $39.99



**SUSPICIOUS ACTIVITY REPORT**

CAFU will file a complaint with the Federal Trade Commission (FTC).

https://www.ftc.gov/news-events/press-releases/2020/02/court-stops-sprawling-scheme-operated-hundreds-websites-deceived?utm_source=govdelivery

This is a small sampling of what is on the link listed above.



The Department notifies users that they will be forwarded to U.S. Bank to collect your payment information.



U.S. Bank reported that 7,615 transactions contained an email address ending in comcaf.net. These transactions occurred between January 1, 2020 through April 17, 2020. These transactions originated from 179 different IP addresses. These IP address originated in Oregon, USA and other countries such as Canada, and Russia.

**SUSPICIOUS ACTIVITY REPORT**

**Activity Log:**

04/02/2020
- DOTCHM assigned case to me.
- Left message asking her to contact us.
- Sent Susan initial findings. I will need to talk to the customer to continue investigating this case.

04/08/2020
- Spoke to victim. She used her iPhone to renew her plate. She selected the Safari App and entered Wisconsindmv.gov/renew. She was brought to our site where she selected the "renew now" button. She noticed that the site asked for her last name and did not remember that part when she renewed online last time. After she entered her information she received an email from WICR about her $189.99 payment. She immediately contacted her credit card company, but they were unable to reverse the charges.
- She will look for the email and forward it to me.
- She put something on Facebook about her encounter with our site and a friend indicated that the same thing happened to her and she thought 189.99 was the fee to renew her plates.

04/14/2020
- Linda found the emails and will send them to me.
- Linda indicated that her credit card company reversed the charges.
- Sent request for IP address.
  - Received IP address, it is in Portland Oregon
- Sent request to Dianne Parish to see if the Department can regulate the website.
  - Per Dianne Parish the Department cannot regulate these sites.
  - The FTC has filed a complaint against this company amongst others.
- Advised Linda that we recommend filing a complaint with the FTC.

04/15/2020
- Linda said that she did not make a second payment for her registration. She indicated that she paid the 1 fee and they used that to pay for her registration on our website.
- Linda said that she used a Discover Card, not Master Card.
- Susan is in contact with the FTC about this case. Info from Susan:
  - The FTC has an open litigation case with On Point Global LLC and after speaking to an agent this morning and describing our example, they feel like this may be a morphed version of their case. The difference is, the transactions in their case were not completed by the company (a charge was made to the customer's credit card and nothing was provided that wasn't otherwise available for FREE) and the customer's record was not updated.  Additionally, in their case there was proof the customer went to the non- government business site and was deceived into believing they were on the government site.
  - The FTC is interested in this specific case and the business involved in it. I'll be sending it to them later today. They have the means to conduct a forensic study of the IP address for this company. When we know more, we'll share.
- Carolyn Hunt with the Bureau of Information Technology Services (BITS) indicated that:
  - These companies use the information the constituent enters into their application to access RegRenewal (via screen scrapping) and programmatically process the transaction through WisDOT so the renewal is completed successfully, but the process also allows them to charge

**SUSPICIOUS ACTIVITY REPORT**

the extra fees which they retain. To circumvent "bad actors" from accessing RegRenewal, BITS could place "ReCaptcha" on the first page of the application, providing a security layer that forces "a real person" validation prior to accessing the RegRenewal application. At some point in time, they may determine a ReCaptcha workaround, at which time we would need to do a deeper dive into application security protocols but adding ReCaptcha should stop them for now.

- Kristian Boardman, the DMV Administrator agreed to begin a process to add an extra layer of security (ReCaptcha) to the public website.
- Susan spoke to Sarah Waldrop with the Bureau of Consumer Protection at the Federal Trade Commission (FTC).
  - Contact information 202-326-3444: swaldrop@ftc.gov

04/16/2020
- Received all transactions that originated from the same IP address (54.188.230.136) as the victims between 01/01/2020 through 04/15/2020.
  - 63 additional victims
    - The email addresses are similar. They are the customers first and last name followed by @comcaf.net
  - First transaction from IP address was on 02/28/2020
  - Last transaction from IP address was on 03/20/2020
- Met with Susan about next steps in this case.
  - Created survey.
  - Find out if US Bank can run a report with all transactions with an email address that ends with @comcaf.net.
- Carolyn Hunt with BITS reported:
  - While the eNOTIFY link to access RegRenewal comes from a secure source within DOT, the developers believe that once the "bad actors" become aware they can no longer access RegRenewal due to ReCaptcha on the initial page, they will look for another entry point. If they can obtain a copy of an eNOTIFY email which includes the DOT link to RegRenewal, it would provide an opportunity to create a new entry point via re-engineering of the information contained within that link. The proposed solution provides the security layer of ReCaptcha on the two approved access points into the RegRenewal application along with validation throughout the transaction that it was started from a secure DOT entry point.
- Plan of action from Carolyn Hunt with BITS: (Waiting for approval to move forward with this plan)
  - Add ReCaptcha to page one of RegRenewal
  - Add ReCaptcha to page two of RegRenewal (for constituents who receive a link to renew via eNOTIFY from DOT)
  - Bypass ReCaptcha in eNOTIFY if the request to sign-up comes from RegRenewal
  - Validate throughout the transaction that the request originated from a page with a valid ReCaptcha flag
  - No changes to the Kiosk version of RegRenewal
- Time Frame and other information from Carolyn Hunt:
- The development estimate to complete is between 40-60 hours. BITS would like DMV to assign a BAE to right away to assist as needed to ensure the solution works as expected with no adverse impact to existing processes.
- To decrease BITS-related paperwork and start working on the solution as soon as it is approved, this

**SUSPICIOUS ACTIVITY REPORT**

task will be integrated into active project DMV Web App Remediation Phase I (3923).  It will be treated as a separate release within that project to be scheduled for deployment upon completion.
- Susan asked Sarah to review the plan.
- Sent survey to Susan for review.
- Susan sent them an update and survey to senior management for review.
  - CAFU requested a report to see how many transactions were processed from the IP address of the non-government company. From 2/28/2020 through 3/20/2020 63 transactions were processed for customers with the IP address identified.
  - Request to survey 63 customers. The survey results can be shared with the FTC to show the number of customers involved. Also, it is possible they have changed their IP address to continue the pattern.

04/17/2020
- Sent Susan my review of the plan.
  - It looks like a solid plan.
- Sent Revenue Accounting (RA) if it is possible to receive a report with all transactions between 01/01/2020 through 04/17/2020 that have an email address that ends @comcaf.net.
  - RA sent to US Bank.
  - I replied to add that we will need the IP address if they can create this report.
- VRU forward an email from Michael Ashworth. In the email Mr. Ashworth reported that he was charged $64.43 by WICR.
- CAFU spoke to Michael Ashworth. Michael stated that he used his iPhone to renew his registration. He entered Wisconsin DMV into the Safari search engine and clicked on the first link. When the site opened he received a pop-up message that he closed without reading. He proceeded to enter all the required information and debit card information. He checked his debt card account to verify the payment went through and noticed that there was a hold of $189.99. He then checked his browser history on his iPhone and realized that he was not on the Departments site. He called WICR and was informed that WICR is not affiliated with the Wisconsin DMV. WICR explained that the $189.99 was on hold until the they determined how much they needed to collect for the registration and for their service fee. In the end, WICR collected $64.43 from his debit card; however, WICR also issued a refund for $39.99, the amount of the service charge that they assessed for the transaction.

04/21/2020
- US Bank sent a list of all transactions that has an email address ending in @comcaf.net from 01/01/2020 through 04/17/2020,
  - 7,615 registration renewal transactions between 01/01/2020 through 04/17/2020.
  - The 7,615 transactions originated from 1 of 176 different IP addresses.
    - 178.162.198.118 originated from Quebec Canada
    - 186.32.223.179 originated from Costa Rica
    - 193.34.232.23 originated from Russia
    - 34.215.137.251 originated from Boardman, Oregon
    - 35.162.10.123 originated from Boardman, Oregon
    - 5.181.233.166 originated from Quebec Canada
    - 52.42.174.171 originated from Boardman, Oregon
  - DMV received payments from WICR in the amount of $697.352.75.

**SUSPICIOUS ACTIVITY REPORT**

- ○ WICR places $189.99 on hold on the consumers credit card. $189.99 times 7,615 transactions equal $1,446,773.85 that was held for each transaction.
- ○ WICR charges $39.99 plus the registration fee. $39.99 times 7,615 transactions equal $304,523.85.

04/22/2020

      Sent case (20CAR533 FTC) to Sarah Waldrop with the FTC.

- FTC requested a report with the victim's information, this would be public; therefore, we would need to redact PII.
- FTC requested contact information for the victim's, this information would not be public.
- Michael Ashworth told CAFU that he gives permission for us to share his information.
  - ○ Michael clarified that of the $189.99 that WICR held they collected $64.43; however, they refunded all but the $23.46 that was used to pay for the registration.

04/23/2020

- Linda DeGraef told CAFU that he gives permission for us to share her information.

**<u>Conclusion:</u>**

On 04/02/2020 the DMV Administrator received a complaint from Linda DeGraef. In the complaint Linda DeGraef indicated that she WICR scammed her. CAFU believes that WICR hijacked the Linda DeGraef from the official WI DMV website.

She said that she entered wisconsindmv.gov/RENEW (The address registration renewal statements.) into Safari on her iPhone. She is certain that she was on the official DMV website on 03/01/2020 at the start of the transaction. She thought she entered her Discover card information on the official WI DMV website. After the transaction was complete, WICR sent a confirmation email.

She believes that WICR rerouted her to their website without any notification. In the confirmation email from WICR. WICR notified her that they placed a hold on her credit card for $189.99. She immediately responded to WICR asking to cannel the transaction. To our knowledge WICR did not act on this request.

Two days after she landed on WICR's website, WICR sent her the payment confirmation number. It appears that WICR used the official DMV website to complete the transaction. The Department emailed the confirmation number to lindadegraef0878@comcaf.net. This email address does not belong to Linda DeGraef.

**SUSPICIOUS ACTIVITY REPORT**

CAFU believes that email addresses that end @comcaf.net belong to WICR. The transaction originated from an IP address located in Portland Oregon.

The Department did not collect payment from Linda DeGraef. WICR collected the fee. It appears WICR adds a surcharge when Linda DeGraef landed on the WICR website. Her credit card company removed the charges that WICR billed her. Her registration is currently renewed. This could change if WICR's credit card reverses the charges.

Dianne Parish the Motor Vehicle Program Specialist (MVPS) with the Dealer and Agent Section (DAS) told CAFU that WICR is not affiliated with the Department and the Department does not regulate them.  Because the Department does not regulate them, we can't limit the service fee they wish to charge.

Carolyn Hunt with the Bureau of Information Technology Services (BITS) said that these companies use the customer information collected to access the access the Departments public website, RegRenewal (via screen scrapping). The Department will begin a process to add an extra layer of security called "ReCaptcha" to force "a real person" to confirm before accessing RegRenewal on the Departments public website

On 04/17/2020 Michael Ashworth told CAFU that WICR charged him $63.45 for his registration renewal. In his report, he indicated that he used his iPhone to renew his registration. Using the Safari on his iPhone he entered Wisconsin DMV. He selected the first link assuming it was the official DMV website.

Then he checked his debt card account to verify the payment went through. He noticed WICR placed a hold for $189.99. Next, he checked his browser history on his iPhone. He realized that he was not on the Departments site. He called WICR. WICR told him that they are not affiliated with the Wisconsin DMV. WICR explained that they place the funds on hold. WICR removes the hold once they determine how much to collect. Then WICR collects the renewal fee billed by the DMV and their service fee.
WICR collected $64.43 from his debit card. They agreed to a one-time refund of the service fee.

**SUSPICIOUS ACTIVITY REPORT**

Wisconsin Department of Transportation

In the end, WICR did not collect any service fees from these two victims. Linda DeGraef contacted her credit card company. Her credit card company removed the entire charge from her credit card. Michael Ashworth contacted WICR and they issued a one-time refund for $39.99, the cost of the service fee. It appears that the charges are only taken off if the consumer disputes the charges. It is unknown if WICR charged the other 7,613 consumers this inflated fee.

*Compliance, Audit & Fraud Unit*

**(Investigator's Signature)**

# Attachment #1

Case 1:19-cv-25046-RNS   Document 211-2   Entered on FLSD Docket 04/27/2020   Page 20 of 40



State of Wisconsin
Department of Transportation

# Online license plate renewal

Online services

Vehicles

Titles

Plate guide

Special plates

Motor carriers

DMV customer service
centers

Forms

Drivers

DMV in-person services are now limited to the following by appointment
only (no in-person vehicle services):

- Commercial Driver Licenses (CDLs)
- Voters needing identification and using the Voter ID Petition Process -
  View ID card petition process
- New Wisconsin residents who need a driver license or ID to vote

To make an appointment, call (608) 264-7447. Due to high call volumes,
callers may expect longer waiting periods.

Vehicle related services can be done online .

Information about

Case 1:19-cv-25046-RNS   Document 211-2   Entered on FLSD Docket 04/27/2020   Page 21 of 40

Need to change your address? **Please <u>update your address</u> before you renew online.**

**If you need to update or verify where your vehicle is kept go to <u>Vehicle kept in information</u>.**

This service may not be available on Sundays from 6 a.m.–9 a.m. due to regular system maintenance.



<u>Renew your license plate now</u>

You will be forwarded to U.S. Bank for the collection of your credit/debit card or checking/saving account data so that your payment can be processed. This data is classified as private and U.S. Bank will only use this data for the purpose of renewing your license plates. The online renewal is **not** complete until you receive a confirmation number at the end of the transaction.

## Go paperless New Postcards

If you are eligible to renew your license plates online, you may also be eligible to receive renewal notices by email instead of receiving paper notices. <u>See eNotify</u> for more information.

## New Postcards

Watch for the redesigned registration renewal postcard. It has information on additional fees included in your registration. Learn more about going paperless, renewing online and signing up for eNotify to receive electronic renewal reminders.



Case 1:19-cv-25046-RNS   Document 211-2   Entered on FLSD Docket 04/27/2020   Page 22 of 40



View instructions to renew by mail

**Questions?**

Email Wisconsin DMV email service

Phone

# Attachment #2



powered by
**us bank.**

<span style="color:#b5651d">**Administrative Website**</span>
Your last visit was Thu, 04/02/2020, 10:30 AM CDT

**[WIS DOT-DMV]**          **Main Menu**   **Help**   **Exit**

BILLER GROUP: **WIS**

BILLER: **TVR**

## HISTORY PAYMENT DETAIL INFORMATION

**Confirmation ID: WISTVR027424563**

### Your Payment Detail

Payment Amount: **$85.00**

Convenience Fee: **$1.70**

Total Amount: **$86.70**

Payment Effective Date: **Mar-03-2020**

Amount Due: **$85.00**

Status: **PROCESSED**

Plate Number: ▮▮▮▮

### Your Account Detail

Card Number: ▮▮▮▮▮▮

Expiration Date: **Mar-2021**

Card Type: **Master Card**

Authorization Number: ▮▮▮▮

Email Address: **lindadegraef0878@comcaf.net**

Payment Channel: **WEB**

Payment Initiation Date: **Mar-03-2020 10:47:13 CST**

Last Update Date: **Mar-03-2020 10:47:13 CST**

Last Update User: **Linda DeGraef**

| VIEW PAYER DETAILS | REFINE SEARCH |

**CALL NOTES**

### Call Notes Entry

### Call Notes History

Search for Payer or Payment

Browser Requirements

*powered by*

**us bank.**

**Administrative Website**
Your last visit was Thu, 04/02/2020, 10:30 AM CDT

**[WIS DOT-DMV]**                    **Main Menu**   **Help**   **Exit**

BILLER GROUP: **WIS**

BILLER: **TVR**

**REGISTERED PAYER PROFILE INFORMATION**

User Id:

First Name: **Linda**

Last Name: **DeGraef**

Company Name:

Street Address 1: ███████████

Street Address 2:

City: **Superior**

State: **WI**

Zip Code **54880 -**

Email Address: **lindadegraef0878@comcaf.net**

Phone Number: ███████████

| VIEW ACCOUNTS | REFINE SEARCH |

**Scheduled Payments**

| Confirmation # | Amount | Business Date | Effective Date | Method | Account # | Product Description |
|---|---|---|---|---|---|---|

**Recurring Payments**

| Reference # | Amount | Frequency | Product Description | Status |
|---|---|---|---|---|

## Payment History

| Confirmation # | Amount | Business Date | Effective Date | Method | Account # | Product Description | Status |
|---|---|---|---|---|---|---|---|
| WISTVR027424563 | $86.70 | | Mar-03-2020 | CC | ▮ | Vehicle Registration Renewal | PROCESSED |

Payment history greater than two years old is not available at this site. This information will be made available upon request.

## Note History

| Note ID | Date/Time (ET) | Admin User | Note Text |
|---|---|---|---|

## CALL NOTES

### Call Notes Entry

SAVE NOTES    RESOLVE CALL

### Call Notes History

Search for Payer or PaymentPayment Detail

Browser Requirements

# Attachment #3



State of Wisconsin
**Department of Transportation**



## Inquiry System - Financial Report

Search criteria:  NSD ID:D2615375655003; Customer Number:11695801363; 04-02-2020 11:50:AM, DOTSRY

### Customer Details

| Identifiers | NSD ID: ███████ Customer: **11695801363** | |
|---|---|---|
| Name | First: LINDA  Middle: SUE  Last: DEGRAEF | |
| Primary Address | ███████ SUPERIOR, WI 54880 3714 | Updated On: 11-27-2017 Updated By: DMV County: DOUGLAS |
| Details | DOB: 0██████ | |
| eNotify | | |

### Former Names

| Date | Last | First | Middle | Suffix | Gender | DOB | NSD# |
|---|---|---|---|---|---|---|---|
| 02-05-2020 | DE GRAEF | LINDA | SUE | | F | ███ | ███ |
| 02-05-2020 | DE GRAEF | LINDA | S | | F | | |
| | ███ | LINDA | S | | F | | |

### Events

Date Descending ⌄   Sort

**Payment**

Date: 03-03-2020

Reference Type: IMAG

Reference#: C200630041666

Station: CC01 - CHARGE CARD STATION

Payment#: 62724520063

Status: C

Processor: DOT1RNWP

– **Fees and Payments**

Fees

| Code | Description | Standard Amount | Amount Paid | Amount Due |
|---|---|---|---|---|
| 300 | REGISTRATION FEE - BONDED | $ 85.00 | $ 85.00 | $ 85.00 |
| 332 | CONVENIENCE FEE | $ 1.70 | $ 1.70 | $ 1.70 |
| | Total | $ 86.70 | $ 86.70 | $ 86.70 |

Payments

| Type | Amount |
|---|---|
| CC | $ 86.70 |
| Total | $ 86.70 |

**Payment**

Date: 02-05-2020

Payment#: 73652520036



# Attachment #4





**Inquiry System - Vehicle Abstract Report**

Search criteria: First Name:LINDA; Last Name:DEGRAEF; Customer Number:11695801363;

**Vehicle Information:**



# Attachment #5

*powered by*

**us bank.**

**Administrative Website**
Your last visit was Tue, 04/14/2020, 09:07 AM CDT

**[WIS DOT-DMV]**                              **Main Menu   Help   Exit**

**BILLER GROUP:** WIS

**BILLER:** TVR

## HISTORY PAYMENT DETAIL INFORMATION

**Confirmation ID: WISTVR028103343**

### Your Payment Detail

Payment Amount: **$23.00**

Convenience Fee: **$0.46**

Total Amount: **$23.46**

Payment Effective Date: **Apr-13-2020**

Amount Due: **$23.00**

Status: **PROCESSED**

Plate Number: █████

### Your Account Detail

Card Number: ████████████

Expiration Date: **Apr-2021**

Card Type: **Master Card**

Authorization Number: **029479**

Email Address: **michaelashworth8080@comcaf.net**

DOTSRY                                                                           4/17/2020

Payment Channel: **WEB**

Payment Initiation Date: **Apr-13-2020 17:31:03 CDT**

Last Update Date: **Apr-13-2020 17:31:03 CDT**

Last Update User: **Michael Ashworth**

[VIEW PAYER DETAILS]   [REFINE SEARCH]

## CALL NOTES

### Call Notes Entry

[                                                                    ]

[SAVE NOTES]   [RESOLVE CALL]

### Call Notes History

Search for Payer or Payment

Browser Requirements

powered by
**us bank**

**Administrative Website**
Your last visit was Tue, 04/14/2020, 09:07 AM CDT

**[WIS DOT-DMV]**                    **Main Menu**   **Help**   **Exit**

BILLER GROUP: **WIS**

BILLER: **TVR**

## REGISTERED PAYER PROFILE INFORMATION

User Id:

First Name: **Michael**

Last Name: **Ashworth**

Company Name:

Street Address 1: ████████████

Street Address 2:

City: **Green Bay**

State: **WI**

Zip Code **54301 –**

Email Address: **michaelashworth8080@comcaf.net**

Phone Number: ████████████

[ VIEW ACCOUNTS ]   [ REFINE SEARCH ]

## Scheduled Payments

| Confirmation # | Amount | Business Date | Effective Date | Method | Account # | Product Description |
|---|---|---|---|---|---|---|

## Recurring Payments

| Reference # | Amount | Frequency | Product Description | Status |
|---|---|---|---|---|

## Payment History

| Confirmation # | Amount | Business Date | Effective Date | Method | Account # | Product Description | Status |
|---|---|---|---|---|---|---|---|
| WISTVR028103343 | $23.46 | | Apr-13-2020 | CC | ▬ | Vehicle Registration Renewal | PROCESSED |

Payment history greater than two years old is not available at this site. This information will be made available upon request.

## Note History

| Note ID | Date/Time (ET) | Admin User | Note Text |
|---|---|---|---|

## CALL NOTES

### Call Notes Entry

[ SAVE NOTES ]   [ RESOLVE CALL ]

### Call Notes History

Search for Payer or PaymentPayment Detail

Browser Requirements

# Attachment #6





## Inquiry System - Financial Report

Search criteria:  NSD ID ████████; Customer Number:69310820321; 04-17-2020 11:45:AM, DOTSRY

### Customer Details

| Identifiers | NSD ID: ████████ Customer: **69310820321** | |
|---|---|---|
| Name | First: MICHAEL   Middle: P   Last: ASHWORTH | |
| Primary Address | ████████ GREEN BAY, WI 54301 2744 | Updated On: 01-20-2009 County: BROWN |
| Details | DOB: ████████ | |
| eNotify | | |

### Events

Date Descending ▾  Sort

| | | |
|---|---|---|
| **Payment** | Date: 04-13-2020 | Payment#: 60542420104 |
| | Reference Type: IMAG | Status: C |
| | Reference#: C201040086797 | |
| | Station: CC01 - CHARGE CARD STATION | Processor: DOT1RNWP |

□ Fees and Payments

Fees

| Code | Description | Standard Amount | Amount Paid | Amount Due |
|---|---|---|---|---|
| 300 | REGISTRATION FEE - BONDED | $ 23.00 | $ 23.00 | $ 23.00 |
| 332 | CONVENIENCE FEE | $ 0.46 | $ 0.46 | $ 0.46 |
| | Total | $ 23.46 | $ 23.46 | $ 23.46 |

Payments

| Type | Amount |
|---|---|
| CC | $ 23.46 |
| Total | $ 23.46 |

| | | |
|---|---|---|
| **Payment** | Date: 01-31-2020 | Payment#: 10395420031 |
| | Reference ████████ | |

# Attachment #7

 

**Inquiry System - Vehicle Abstract Report**

Search criteria: Vin: ▮▮▮▮▮▮▮▮▮▮▮ ;

**Vehicle Information:**