## CONSUMER SENTINEL NETWORK

### Fraud Complaints

### Record 1 of 9

| | |
|---|---|
| Reference Number | 116097902 |
| Created Date | 02/12/2020 |
| Created By | FTCCIS-FTCUSER |
| Load Date | 02/12/2020 |
| Updated By | |
| Updated Date | |
| Complaint Source | FTC Mobile Complaint Assistant |
| Originator Reference Number | |
| Language | English |
| Contact Type | Complaint |
| Data Source | Consumer |
| DNC? | N |
| Agency Contact | Mobile |
| Complaint Date | 02/12/2020 |
| Transaction Date | 02/12/2020 |
| Member of armed forces or dependant? | N |
| Consumer Address, City | Laguna niguel |
| Consumer Address, State Code | CA |
| Consumer Address, State Name | California |
| Consumer Address, Country Name | UNITED STATES |
| Consumer Address, ZIP Code | 92677 |
| Company Type | Primary Company |
| Company Name | Drivers license renewal.org |
| Company Normalized Name | Drivers license renewal.org |
| Company Address, Line 1 | |
| Company Address, Line 2 | |
| Company Address, Line 3 | |
| Company Address, City | |
| Company Address, City Cleansed | |

| | |
|---|---|
| **Company Address, State Code** | |
| **Company Address, State Code Cleansed** | |
| **Company Address, State Name** | |
| **Company Address, Country Code** | USA |
| **Company Address, Country Code Cleansed** | USA |
| **Company Address, Country Name** | UNITED STATES |
| **Company Address, ZIP Code** | |
| **Company Address, ZIP Code Cleansed** | |
| **Company Address, ZIP Code Extension** | |
| **Company Phone, Country Code** | |
| **Company Phone, Area Code** | |
| **Company Phone, Number** | |
| **Company Phone, Extension** | |
| **Company Email** | |
| **Company Website** | |
| **Company Subject ID Type Code** | |
| **Company Subject ID Type Name** | |
| **Company Subject ID Issuing State Code** | |
| **Company Subject ID Issuing State Name** | |
| **Company Subject ID Issuing Country Code** | |
| **Company Subject ID Issuing Country Name** | |
| **Company Rep First Name** | |
| **Company Rep Middle Name** | |
| **Company Rep Last Name** | |
| **Company Rep Salutation** | |
| **Company Rep Comments** | |

| | |
|---|---|
| **Complaint Info Initial Contact Method** | I Initiated Contact |
| **Complaint Info Initial Contact Date** | 02/12/2020 |
| **Complaint Info Initial Response Method** | Internet/E-mail |
| **Complaint Info Initial Response Date** | |
| **Complaint Info Amount Requested Method** | |
| **Complaint Info Amount Requested Value** | |
| **Complaint Info Amount Paid Method** | Credit Card |
| **Complaint Info Amount Requested Value Cleansed** | |
| **Complaint Info Amount Paid Value** | $26.98 |
| **Complaint Info Product Service Code** | 9000 |
| **Complaint Info Amount Paid Value Cleansed** | $26.98 |
| **Complaint Info Product Service Description** | Other (Note in Comments) |
| **Complaint Info Law Violation Code** | GP5 |
| **Complaint Info Law Violation Description** | Other privacy violation |
| **Complaint Info Statute Code** | GP |
| **Complaint Info Statute Description** | General Privacy |
| **Complaint Info Topic Code** | 619 |
| **Complaint Info Topic Description** | General Privacy – CA |
| **Complaint Info Comments** | mislead into thinking i was renewing drivers license and also requested fee; site appeared to resemble government web sitr |
| **Complaint Info CRA Dispute Flag** | |
| **Complaint Info CRA Dispute Responded** | |
| **Complaint Info CRA Dispute Resolved** | |
| **Complaint Info Complaint disposition provided?** | |

| | |
|---|---|
| **Complaint Info Complaint Disposition** | |
| **Complaint Info Cross Border Complaint?** | No |
| **Record 2 of 9** | |
| **Reference Number** | 116742488 |
| **Created Date** | 03/03/2020 |
| **Created By** | BBBWEFL-USER |
| **Load Date** | 03/04/2020 |
| **Updated By** | |
| **Updated Date** | |
| **Complaint Source** | BBB FL West Palm Beach |
| **Originator Reference Number** | 06330090538715 |
| **Language** | English |
| **Contact Type** | Complaint |
| **Data Source** | Organization |
| **DNC?** | N |
| **Agency Contact** | External Agency |
| **Complaint Date** | 03/03/2020 |
| **Transaction Date** | |
| **Member of armed forces or dependant?** | |
| **Consumer Address, City** | BOULDER |
| **Consumer Address, State Code** | CO |
| **Consumer Address, State Name** | Colorado |
| **Consumer Address, Country Name** | UNITED STATES |
| **Consumer Address, ZIP Code** | 80302 |
| **Company Type** | Primary Company |
| **Company Name** | On Point Global LLC |
| **Company Normalized Name** | On Point Global LLC |
| **Company Address, Line 1** | 350 NE 60th St |
| **Company Address, Line 2** | |
| **Company Address, Line 3** | |
| **Company Address, City** | MIAMI |
| **Company Address, City Cleansed** | Miami |
| **Company Address, State** | |

| | |
|---|---|
| **Company Address, State Code** | FL |
| **Company Address, State Code Cleansed** | FL |
| **Company Address, State Name** | Florida |
| **Company Address, Country Code** | USA |
| **Company Address, Country Code Cleansed** | USA |
| **Company Address, Country Name** | UNITED STATES |
| **Company Address, ZIP Code** | |
| **Company Address, ZIP Code Cleansed** | 33143 |
| **Company Address, ZIP Code Extension** | |
| **Company Phone, Country Code** | |
| **Company Phone, Area Code** | 855 |
| **Company Phone, Number** | 6810905 |
| **Company Phone, Extension** | |
| **Company Email** | admin@coloradocarregistration.com |
| **Company Website** | coloradocarregistration.com |
| **Company Subject ID Type Code** | |
| **Company Subject ID Type Name** | |
| **Company Subject ID Issuing State Code** | |
| **Company Subject ID Issuing State Name** | |
| **Company Subject ID Issuing Country Code** | |
| **Company Subject ID Issuing Country Name** | |
| **Company Rep First Name** | Burton |
| **Company Rep Middle Name** | |
| **Company Rep Last Name** | Katz |
| **Company Rep Salutation** | |
| **Company Rep Comments** | Officer |
| **Complaint Info Initial** | |

| | |
|---|---|
| **Contact Method** | |
| **Complaint Info Initial Contact Date** | |
| **Complaint Info Initial Response Method** | |
| **Complaint Info Initial Response Date** | |
| **Complaint Info Amount Requested Method** | |
| **Complaint Info Amount Requested Value** | |
| **Complaint Info Amount Paid Method** | |
| **Complaint Info Amount Requested Value Cleansed** | |
| **Complaint Info Amount Paid Value** | |
| **Complaint Info Product Service Code** | 9000 |
| **Complaint Info Amount Paid Value Cleansed** | |
| **Complaint Info Product Service Description** | Other (Note in Comments) |
| **Complaint Info Law Violation Code** | |
| **Complaint Info Law Violation Description** | |
| **Complaint Info Statute Code** | |
| **Complaint Info Statute Description** | |
| **Complaint Info Topic Code** | |
| **Complaint Info Topic Description** | |
| **Complaint Info Comments** | I got a car registration renewal notice in the mail from the Colorado DMV. Instead of going directly to the Colorado DMV gov site, I googled Colorado DMV registration renewal and clicked on the first link at the top of the search - https://coloradocarregistration.com/.<br />I didn't realize this was not the real DMV site....so I went through their website to pay for the registration $409. For whatever reason they charged my Credit Card $249.99 (they also took $5 for Mothers Against Drunk driving). The next day I got a phone text from a strange number saying my registration was rejected. I called the number back, and someone really sketchy picked up the phone and told me that Colorado DMV does not allow online registration renewal -- this is a TOTAL lie! <br />My wife and I called our Credit Card company, had them reverse the charges, and now we are waiting in the mail for new cards. I also reported on the Colorado Attorney General website and they responded this morning that they now have it on file. <br />I ended up going on the real Colorado DMV site and renewing my registration online..<br /><br />I'm so angry that |

| | I got scammed.Product_Or_Service: Car Registration RenewalOrder_Number: 31815537 --- Additional Comments: DesiredSettlementID: Other (requires explanation)I hope BBB can investigate this company, and find out what scam they are running - I don't want anyone else to go through what I did. Very angry about this... |
|---|---|
| **Complaint Info CRA Dispute Flag** | |
| **Complaint Info CRA Dispute Responded** | |
| **Complaint Info CRA Dispute Resolved** | |
| **Complaint Info Complaint disposition provided?** | Yes |
| **Complaint Info Complaint Disposition** | BEYOND BBB PURVIEW. This complaint is outside the general BBB purview. |
| **Complaint Info Cross Border Complaint?** | No |
| **Record 3 of 9** | |
| **Reference Number** | 117356804 |
| **Created Date** | 03/26/2020 |
| **Created By** | BBBWEFL-USER |
| **Load Date** | 03/28/2020 |
| **Updated By** | |
| **Updated Date** | |
| **Complaint Source** | BBB FL West Palm Beach |
| **Originator Reference Number** | 06330090542691 |
| **Language** | English |
| **Contact Type** | Complaint |
| **Data Source** | Organization |
| **DNC?** | N |
| **Agency Contact** | External Agency |
| **Complaint Date** | 03/26/2020 |
| **Transaction Date** | |
| **Member of armed forces or dependant?** | |
| **Consumer Address, City** | AUSTIN |
| **Consumer Address, State Code** | TX |
| **Consumer Address, State Name** | Texas |
| **Consumer Address, Country Name** | UNITED STATES |
| **Consumer Address, ZIP** | 78724 |

| | |
|---|---|
| Code | 78724 |
| Company Type | Primary Company |
| Company Name | On Point Processing LLC |
| Company Normalized Name | On Point Processing LLC |
| Company Address, Line 1 | 350 NE 60th St |
| Company Address, Line 2 | |
| Company Address, Line 3 | |
| Company Address, City | MIAMI |
| Company Address, City Cleansed | Miami |
| Company Address, State Code | FL |
| Company Address, State Code Cleansed | FL |
| Company Address, State Name | Florida |
| Company Address, Country Code | USA |
| Company Address, Country Code Cleansed | USA |
| Company Address, Country Name | UNITED STATES |
| Company Address, ZIP Code | |
| Company Address, ZIP Code Cleansed | 33134 |
| Company Address, ZIP Code Extension | |
| Company Phone, Country Code | |
| Company Phone, Area Code | 855 |
| Company Phone, Number | 2803312 |
| Company Phone, Extension | |
| Company Email | admin@texascarregistration.org |
| Company Website | www.texascarregistration.org |
| Company Subject ID Type Code | |
| Company Subject ID Type Name | |
| Company Subject ID Issuing State Code | |
| Company Subject ID | |

| | |
|---|---|
| **Issuing State Name** | |
| **Company Subject ID Issuing Country Code** | |
| **Company Subject ID Issuing Country Name** | |
| **Company Rep First Name** | Customer |
| **Company Rep Middle Name** | |
| **Company Rep Last Name** | Service |
| **Company Rep Salutation** | |
| **Company Rep Comments** | Manager |
| **Complaint Info Initial Contact Method** | |
| **Complaint Info Initial Contact Date** | |
| **Complaint Info Initial Response Method** | |
| **Complaint Info Initial Response Date** | |
| **Complaint Info Amount Requested Method** | |
| **Complaint Info Amount Requested Value** | |
| **Complaint Info Amount Paid Method** | |
| **Complaint Info Amount Requested Value Cleansed** | |
| **Complaint Info Amount Paid Value** | |
| **Complaint Info Product Service Code** | 9000 |
| **Complaint Info Amount Paid Value Cleansed** | |
| **Complaint Info Product Service Description** | Other (Note in Comments) |
| **Complaint Info Law Violation Code** | |
| **Complaint Info Law Violation Description** | |
| **Complaint Info Statute Code** | |
| **Complaint Info Statute Description** | |
| **Complaint Info Topic Code** | |
| **Complaint Info Topic** | |

| Description | |
|---|---|
| Complaint Info Comments | Thought website was the legit Travis county website to renew car registration. Turn out to be a private company that charges twice the price.On March 25 2020 at 3:20pm we went to Texascarregistration.org thinking it was the Travis County registration website. The ad on Google was miss leading. When checking out the site did not say how much the registration would be which was a red flag but we still processed not think anything was wrong. When we received the receipt for the transaction it was 129.99 which is double the price. Call them immediately they refused to issue out refund, only after legal action threatened was refund given. By law it's illegal to sell registration for another state in another state. --- Additional Comments: I thinking the business should be shut down and Mark as scam |
| Complaint Info CRA Dispute Flag | |
| Complaint Info CRA Dispute Responded | |
| Complaint Info CRA Dispute Resolved | |
| Complaint Info Complaint disposition provided? | Yes |
| Complaint Info Complaint Disposition | BEYOND BBB PURVIEW. This complaint is outside the general BBB purview. |
| Complaint Info Cross Border Complaint? | No |
| **Record 4 of 9** | |
| Reference Number | 117540627 |
| Created Date | 03/16/2020 |
| Created By | WICP-USER |
| Load Date | 04/06/2020 |
| Updated By | |
| Updated Date | |
| Complaint Source | Wisconsin, Department of Agriculture, Trade, and Consumer Protection |
| Originator Reference Number | 103511 |
| Language | English |
| Contact Type | Complaint |
| Data Source | Organization |
| DNC? | N |
| Agency Contact | External Agency |
| Complaint Date | 03/16/2020 |
| Transaction Date | |
| Member of armed forces or dependant? | |
| Consumer Address, City | EAU CLAIRE |
| Consumer Address, State Code | WI |

| | |
|---|---|
| **Consumer Address, State Name** | Wisconsin |
| **Consumer Address, Country Name** | UNITED STATES |
| **Consumer Address, ZIP Code** | 54703 |
| **Company Type** | Primary Company |
| **Company Name** | OnPoint Processing LLC |
| **Company Normalized Name** | OnPoint Processing LLC |
| **Company Address, Line 1** | 350 NE 60th St |
| **Company Address, Line 2** | |
| **Company Address, Line 3** | |
| **Company Address, City** | MIAMI |
| **Company Address, City Cleansed** | Miami |
| **Company Address, State Code** | FL |
| **Company Address, State Code Cleansed** | FL |
| **Company Address, State Name** | Florida |
| **Company Address, Country Code** | USA |
| **Company Address, Country Code Cleansed** | USA |
| **Company Address, Country Name** | UNITED STATES |
| **Company Address, ZIP Code** | 33137 |
| **Company Address, ZIP Code Cleansed** | 33137 |
| **Company Address, ZIP Code Extension** | 2125 |
| **Company Phone, Country Code** | |
| **Company Phone, Area Code** | 855 |
| **Company Phone, Number** | 6103200 |
| **Company Phone, Extension** | |
| **Company Email** | admin@wisconsincarregistration.org |
| **Company Website** | http://wisconsincarregistration.org |
| **Company Subject ID Type Code** | |

| | |
|---|---|
| **Company Subject ID Type Name** | |
| **Company Subject ID Issuing State Code** | |
| **Company Subject ID Issuing State Name** | |
| **Company Subject ID Issuing Country Code** | |
| **Company Subject ID Issuing Country Name** | |
| **Company Rep First Name** | |
| **Company Rep Middle Name** | |
| **Company Rep Last Name** | |
| **Company Rep Salutation** | |
| **Company Rep Comments** | |
| **Complaint Info Initial Contact Method** | Internet Web Site |
| **Complaint Info Initial Contact Date** | |
| **Complaint Info Initial Response Method** | |
| **Complaint Info Initial Response Date** | |
| **Complaint Info Amount Requested Method** | |
| **Complaint Info Amount Requested Value** | |
| **Complaint Info Amount Paid Method** | Credit Card |
| **Complaint Info Amount Requested Value Cleansed** | |
| **Complaint Info Amount Paid Value** | $40.00 |
| **Complaint Info Product Service Code** | 9000 |
| **Complaint Info Amount Paid Value Cleansed** | $40.00 |
| **Complaint Info Product Service Description** | Other (Note in Comments) |
| **Complaint Info Law Violation Code** | |
| **Complaint Info Law Violation Description** | |
| **Complaint Info Statute** | |

| | |
|---|---|
| **Code** | |
| **Complaint Info Statute Description** | |
| **Complaint Info Topic Code** | |
| **Complaint Info Topic Description** | |
| **Complaint Info Comments** | didn't realize I was not on the state website. I typed in the Wisconsindmv.gov into google and it brought me to the above website. Went to renew my registration and when I went to pay it did not list a price. When they processed my payment it was originally for $189 and then $40 for a fee to renew my 23 moped registration. Very deceptive business that does not clearly disclose the fees they charged and they are also listed first even though I typed the address into google to get to the website --- Consumer Desired Resolution: they should clearly label the fees charged and the fees should be listed when paying by credit card. --- Nature of Complaint: Untrue/Deceptive/Misleading |
| **Complaint Info CRA Dispute Flag** | |
| **Complaint Info CRA Dispute Responded** | |
| **Complaint Info CRA Dispute Resolved** | |
| **Complaint Info Complaint disposition provided?** | |
| **Complaint Info Complaint Disposition** | |
| **Complaint Info Cross Border Complaint?** | No |
| **Record 5 of 9** | |
| **Reference Number** | 117540656 |
| **Created Date** | 03/17/2020 |
| **Created By** | WICP-USER |
| **Load Date** | 04/06/2020 |
| **Updated By** | |
| **Updated Date** | |
| **Complaint Source** | Wisconsin, Department of Agriculture, Trade, and Consumer Protection |
| **Originator Reference Number** | 103562 |
| **Language** | English |
| **Contact Type** | Complaint |
| **Data Source** | Organization |
| **DNC?** | N |
| **Agency Contact** | External Agency |
| **Complaint Date** | 03/17/2020 |
| **Transaction Date** | |
| **Member of armed forces** | |

| | |
|---|---|
| or dependant? | |
| Consumer Address, City | MENOMONEE FLS |
| Consumer Address, State Code | WI |
| Consumer Address, State Name | Wisconsin |
| Consumer Address, Country Name | UNITED STATES |
| Consumer Address, ZIP Code | 53051 |
| Company Type | Primary Company |
| Company Name | OnPoint Processing LLC |
| Company Normalized Name | OnPoint Processing LLC |
| Company Address, Line 1 | 350 NE 60th St |
| Company Address, Line 2 | |
| Company Address, Line 3 | |
| Company Address, City | MIAMI |
| Company Address, City Cleansed | Miami |
| Company Address, State Code | FL |
| Company Address, State Code Cleansed | FL |
| Company Address, State Name | Florida |
| Company Address, Country Code | USA |
| Company Address, Country Code Cleansed | USA |
| Company Address, Country Name | UNITED STATES |
| Company Address, ZIP Code | 33137 |
| Company Address, ZIP Code Cleansed | 33137 |
| Company Address, ZIP Code Extension | 2125 |
| Company Phone, Country Code | |
| Company Phone, Area Code | 855 |
| Company Phone, Number | 6103200 |
| Company Phone, Extension | |

| | |
|---|---|
| **Company Email** | admin@wisconsincarregistration.org |
| **Company Website** | http://wisconsincarregistration.org |
| **Company Subject ID Type Code** | |
| **Company Subject ID Type Name** | |
| **Company Subject ID Issuing State Code** | |
| **Company Subject ID Issuing State Name** | |
| **Company Subject ID Issuing Country Code** | |
| **Company Subject ID Issuing Country Name** | |
| **Company Rep First Name** | |
| **Company Rep Middle Name** | |
| **Company Rep Last Name** | |
| **Company Rep Salutation** | |
| **Company Rep Comments** | |
| **Complaint Info Initial Contact Method** | Internet Web Site |
| **Complaint Info Initial Contact Date** | |
| **Complaint Info Initial Response Method** | |
| **Complaint Info Initial Response Date** | |
| **Complaint Info Amount Requested Method** | |
| **Complaint Info Amount Requested Value** | |
| **Complaint Info Amount Paid Method** | |
| **Complaint Info Amount Requested Value Cleansed** | |
| **Complaint Info Amount Paid Value** | |
| **Complaint Info Product Service Code** | 9000 |
| **Complaint Info Amount Paid Value Cleansed** | |
| **Complaint Info Product Service Description** | Other (Note in Comments) |

| | |
|---|---|
| **Complaint Info Law Violation Code** | |
| **Complaint Info Law Violation Description** | |
| **Complaint Info Statute Code** | |
| **Complaint Info Statute Description** | |
| **Complaint Info Topic Code** | |
| **Complaint Info Topic Description** | |
| **Complaint Info Comments** | I went online to pay my vehicle registration late in the day on March 13th & picked the first website that came up when I typed in wisconsindmv.gov & because it was very late on the 13th (my registration deadline) I did not notice that I had chosen a FRAUD website that calls itself 'FOR profit' as it relates to MY vehicle registration. I thought this to be legitimate because they gave me the OPTION to enter the license plate number OR the RRN number so WHY would I NOT believe this is a Wisconsin DMV legitimate website?? I received a confirmation number once this was processed and it also told me that the amount pending might be different than the amount I would be charged once it cleared. I watched this ALL weekend and it did not clear my bank until early this morning, 3/17/2020. During my lunch break, today, I called the DMV at 608-264-7447 & spoke to Sandra who sounded very sorry that this happened to me. She also was not surprised by my telling her this scenario. When I questioned WHY the State of WI allows this company to do this all she could tell me is that all they could do is to FORCE them to make sure they mention that they are a FOR PROFIT organization and that is all they could do to make consumers aware. I am skeptical about this because HOW does this organization get a hold of driver's license plate numbers issued by the state of WISCONSIN and furthermore HOW does this organization get a hold of the RNN numbers that are included on the License Plate Renewal Notices that we are sent BY WISCONSIN DMV via the US Postal Service to our address of ownership? How is this allowed to happen? Is the WI DMV selling this to them so they might take a piece of this extra money that people end up paying unknowingly/mistakenly? I do not believe that this happens by CHANCE! WHY WOULD I PAY $126.69 TO RENEW MY PLATES WHICH IS $41.90 MORE THAN IT WOULD COST ME TO PAY THE DMV ONLINE DIRECTLY? THIS MAKES NO LOGICAL SENSE!!! This is a FRAUD and a SCAM and MUST BE STOPPED. I am ready, willing, and very able to discuss this with anyone at your agency who might choose to call me about this. Please handle this with urgency before so many other Wisconsinites get RIPPED OFF. --- Consumer Desired Resolution: I would like to see this company SHUT DOWN and the website blocked from the worldwide web! --- Nature of Complaint: Untrue/Deceptive/Misleading |
| **Complaint Info CRA Dispute Flag** | |
| **Complaint Info CRA Dispute Responded** | |
| **Complaint Info CRA Dispute Resolved** | |
| **Complaint Info Complaint disposition provided?** | |
| **Complaint Info Complaint Disposition** | |
| **Complaint Info Cross** | |

| | |
|---|---|
| Complaint Info Cross Border Complaint? | No |

| Record 6 of 9 | |
|---|---|
| Reference Number | 117598406 |
| Created Date | 04/09/2020 |
| Created By | FTCCIS-FTCUSER |
| Load Date | 04/09/2020 |
| Updated By | |
| Updated Date | |
| Complaint Source | FTC Online Complaint Assistant (CIS) |
| Originator Reference Number | |
| Language | English |
| Contact Type | Complaint |
| Data Source | Consumer |
| DNC? | N |
| Agency Contact | Internet |
| Complaint Date | 04/09/2020 |
| Transaction Date | 04/09/2020 |
| Member of armed forces or dependant? | N |
| Consumer Address, City | amarillo |
| Consumer Address, State Code | TX |
| Consumer Address, State Name | Texas |
| Consumer Address, Country Name | UNITED STATES |
| Consumer Address, ZIP Code | 79118 |
| Company Type | Primary Company |
| Company Name | driver License renewal |
| Company Normalized Name | driver License renewal |
| Company Address, Line 1 | |
| Company Address, Line 2 | |
| Company Address, Line 3 | |
| Company Address, City | |
| Company Address, City Cleansed | |
| Company Address, State Code | |
| Company Address, State | |

| | |
|---|---|
| **Code Cleansed** | |
| **Company Address, State Name** | |
| **Company Address, Country Code** | USA |
| **Company Address, Country Code Cleansed** | USA |
| **Company Address, Country Name** | UNITED STATES |
| **Company Address, ZIP Code** | |
| **Company Address, ZIP Code Cleansed** | |
| **Company Address, ZIP Code Extension** | |
| **Company Phone, Country Code** | |
| **Company Phone, Area Code** | 855 |
| **Company Phone, Number** | 3393716 |
| **Company Phone, Extension** | |
| **Company Email** | admin@driverslicenserenewal.org |
| **Company Website** | driverlicenserenewal.org |
| **Company Subject ID Type Code** | |
| **Company Subject ID Type Name** | |
| **Company Subject ID Issuing State Code** | |
| **Company Subject ID Issuing State Name** | |
| **Company Subject ID Issuing Country Code** | |
| **Company Subject ID Issuing Country Name** | |
| **Company Rep First Name** | |
| **Company Rep Middle Name** | |
| **Company Rep Last Name** | |
| **Company Rep Salutation** | |
| **Company Rep Comments** | |
| **Complaint Info Initial Contact Method** | I Initiated Contact |
| **Complaint Info Initial** | 04/09/2020 |

| | |
|---|---|
| **Contact Date** | 04/03/2020 |
| **Complaint Info Initial Response Method** | Internet/E-mail |
| **Complaint Info Initial Response Date** | |
| **Complaint Info Amount Requested Method** | |
| **Complaint Info Amount Requested Value** | |
| **Complaint Info Amount Paid Method** | Credit Card |
| **Complaint Info Amount Requested Value Cleansed** | |
| **Complaint Info Amount Paid Value** | $26.98 |
| **Complaint Info Product Service Code** | 3912 |
| **Complaint Info Amount Paid Value Cleansed** | $26.98 |
| **Complaint Info Product Service Description** | Internet Information Services |
| **Complaint Info Law Violation Code** | DDM |
| **Complaint Info Law Violation Description** | Deception/Misrepresentation |
| **Complaint Info Statute Code** | P |
| **Complaint Info Statute Description** | FTC Act Sec 5 (BCP) |
| **Complaint Info Topic Code** | |
| **Complaint Info Topic Description** | |
| **Complaint Info Comments** | I was needing to renew my driver license i was in a hurray, the web site looked like txdot, it was not i had put all my information in and hit ok before I relized what I had done. How can this website be up and running. My mistake however these types of fraud and it is fraud should not be allowed to be. I gave all my info and......Please help. |
| **Complaint Info CRA Dispute Flag** | |
| **Complaint Info CRA Dispute Responded** | |
| **Complaint Info CRA Dispute Resolved** | |
| **Complaint Info Complaint disposition provided?** | |
| **Complaint Info Complaint** | |

| | |
|---|---|
| **Disposition** | |
| **Complaint Info Cross Border Complaint?** | No |
| **Record 7 of 9** | |
| **Reference Number** | 117753420 |
| **Created Date** | 04/08/2020 |
| **Created By** | BBBWEFL-USER |
| **Load Date** | 04/15/2020 |
| **Updated By** | |
| **Updated Date** | |
| **Complaint Source** | BBB FL West Palm Beach |
| **Originator Reference Number** | 06330090544601 |
| **Language** | English |
| **Contact Type** | Complaint |
| **Data Source** | Organization |
| **DNC?** | N |
| **Agency Contact** | External Agency |
| **Complaint Date** | 04/08/2020 |
| **Transaction Date** | |
| **Member of armed forces or dependant?** | |
| **Consumer Address, City** | MILWAUKEE |
| **Consumer Address, State Code** | WI |
| **Consumer Address, State Name** | Wisconsin |
| **Consumer Address, Country Name** | UNITED STATES |
| **Consumer Address, ZIP Code** | 53219 |
| **Company Type** | Primary Company |
| **Company Name** | Wisconsincarregistration.org |
| **Company Normalized Name** | Wisconsincarregistration.org |
| **Company Address, Line 1** | 350 NE 60th St |
| **Company Address, Line 2** | |
| **Company Address, Line 3** | |
| **Company Address, City** | MIAMI |
| **Company Address, City Cleansed** | Miami |
| **Company Address, State** | FL |

| | |
|---|---|
| Code | FL |
| Company Address, State Code Cleansed | FL |
| Company Address, State Name | Florida |
| Company Address, Country Code | USA |
| Company Address, Country Code Cleansed | USA |
| Company Address, Country Name | UNITED STATES |
| Company Address, ZIP Code | |
| Company Address, ZIP Code Cleansed | 33101 |
| Company Address, ZIP Code Extension | |
| Company Phone, Country Code | |
| Company Phone, Area Code | 855 |
| Company Phone, Number | 6103200 |
| Company Phone, Extension | |
| Company Email | admin@wisconsincarregistration.org |
| Company Website | Wisconsincarregisteration.org |
| Company Subject ID Type Code | |
| Company Subject ID Type Name | |
| Company Subject ID Issuing State Code | |
| Company Subject ID Issuing State Name | |
| Company Subject ID Issuing Country Code | |
| Company Subject ID Issuing Country Name | |
| Company Rep First Name | |
| Company Rep Middle Name | |
| Company Rep Last Name | |
| Company Rep Salutation | |
| Company Rep Comments | |
| Complaint Info Initial | |

| | |
|---|---|
| **Contact Method** | |
| **Complaint Info Initial Contact Date** | |
| **Complaint Info Initial Response Method** | |
| **Complaint Info Initial Response Date** | |
| **Complaint Info Amount Requested Method** | |
| **Complaint Info Amount Requested Value** | |
| **Complaint Info Amount Paid Method** | |
| **Complaint Info Amount Requested Value Cleansed** | |
| **Complaint Info Amount Paid Value** | $64.00 |
| **Complaint Info Product Service Code** | 9000 |
| **Complaint Info Amount Paid Value Cleansed** | $64.00 |
| **Complaint Info Product Service Description** | Other (Note in Comments) |
| **Complaint Info Law Violation Code** | |
| **Complaint Info Law Violation Description** | |
| **Complaint Info Statute Code** | |
| **Complaint Info Statute Description** | |
| **Complaint Info Topic Code** | |
| **Complaint Info Topic Description** | |
| **Complaint Info Comments** | I went to the website on the Wisconsin DMV renewal card and selected the option for plate renewal. This company website pops up and I enter the number on the card. My motorcycles info popped up, I believed I was on the DMV page. Not realizing it I provided my husband bank account info to this company and they took out twice as much as the renewal amount. I sent a message asking they not process this request as soon as I noticed and they replied no. I know nothing about this company.Order_Number: WISTVR027938632 --- Additional Comments: DesiredSettlementID: Other (requires explanation)Not Entered |
| **Complaint Info CRA Dispute Flag** | |
| **Complaint Info CRA Dispute Responded** | |

| | |
|---|---|
| **Complaint Info CRA Dispute Resolved** | |
| **Complaint Info Complaint disposition provided?** | Yes |
| **Complaint Info Complaint Disposition** | RESOLVED. The complainant verified the issue was resolved to his/her satisfaction. |
| **Complaint Info Cross Border Complaint?** | No |
| **Record 8 of 9** | |
| **Reference Number** | 117785875 |
| **Created Date** | 03/05/2020 |
| **Created By** | BBBWEFL-USER |
| **Load Date** | 04/16/2020 |
| **Updated By** | |
| **Updated Date** | |
| **Complaint Source** | BBB FL West Palm Beach |
| **Originator Reference Number** | 06330090539454 |
| **Language** | English |
| **Contact Type** | Complaint |
| **Data Source** | Organization |
| **DNC?** | N |
| **Agency Contact** | External Agency |
| **Complaint Date** | 03/05/2020 |
| **Transaction Date** | |
| **Member of armed forces or dependant?** | |
| **Consumer Address, City** | PHOENIX |
| **Consumer Address, State Code** | AZ |
| **Consumer Address, State Name** | Arizona |
| **Consumer Address, Country Name** | UNITED STATES |
| **Consumer Address, ZIP Code** | 85029 |
| **Company Type** | Primary Company |
| **Company Name** | On Point Global LLC |
| **Company Normalized Name** | On Point Global LLC |
| **Company Address, Line 1** | 350 NE 60th St |
| **Company Address, Line 2** | |
| **Company Address, Line 3** | |

| | |
|---|---|
| **Company Address, City** | MIAMI |
| **Company Address, City Cleansed** | Miami |
| **Company Address, State Code** | FL |
| **Company Address, State Code Cleansed** | FL |
| **Company Address, State Name** | Florida |
| **Company Address, Country Code** | USA |
| **Company Address, Country Code Cleansed** | USA |
| **Company Address, Country Name** | UNITED STATES |
| **Company Address, ZIP Code** | |
| **Company Address, ZIP Code Cleansed** | 33101 |
| **Company Address, ZIP Code Extension** | |
| **Company Phone, Country Code** | |
| **Company Phone, Area Code** | 855 |
| **Company Phone, Number** | 6810905 |
| **Company Phone, Extension** | |
| **Company Email** | admin@coloradocarregistration.com |
| **Company Website** | coloradocarregistration.com |
| **Company Subject ID Type Code** | |
| **Company Subject ID Type Name** | |
| **Company Subject ID Issuing State Code** | |
| **Company Subject ID Issuing State Name** | |
| **Company Subject ID Issuing Country Code** | |
| **Company Subject ID Issuing Country Name** | |
| **Company Rep First Name** | Burton |
| **Company Rep Middle Name** | |

| | |
|---|---|
| **Company Rep Last Name** | Katz |
| **Company Rep Salutation** | |
| **Company Rep Comments** | Officer |
| **Complaint Info Initial Contact Method** | |
| **Complaint Info Initial Contact Date** | |
| **Complaint Info Initial Response Method** | |
| **Complaint Info Initial Response Date** | |
| **Complaint Info Amount Requested Method** | |
| **Complaint Info Amount Requested Value** | |
| **Complaint Info Amount Paid Method** | |
| **Complaint Info Amount Requested Value Cleansed** | |
| **Complaint Info Amount Paid Value** | |
| **Complaint Info Product Service Code** | 9000 |
| **Complaint Info Amount Paid Value Cleansed** | |
| **Complaint Info Product Service Description** | Other (Note in Comments) |
| **Complaint Info Law Violation Code** | |
| **Complaint Info Law Violation Description** | |
| **Complaint Info Statute Code** | |
| **Complaint Info Statute Description** | |
| **Complaint Info Topic Code** | |
| **Complaint Info Topic Description** | |
| **Complaint Info Comments** | To renew your car registration online in Arizona you go to servicearizona.com him when you do this this person's information pops up saying servicearizona.com plus they have another website right under it that pops up and they're actually a third-party I'm for a registration mine was $99.17 they charged me $239.99 I called my bank right away to stop the payment when I reached out to the business they told me they could not stop the payment because it was pending until tomorrow morning and when I asked why it was so much they said that's just what they do and then they refund the difference once it goes through.the complaint I have is when you type in |

|  | servicearizona.com it should take you to our a. Page and it takes you to der page you have to actually go through to others to get to servicearizona.com and it does say in the name servicearizona.com and that is not them. --- Additional Comments: DesiredSettlementID: Other (requires explanation)DesiredSettlementID: RefundI just want my money back so I can register my car with my DMV. |
| --- | --- |
| **Complaint Info CRA Dispute Flag** | |
| **Complaint Info CRA Dispute Responded** | |
| **Complaint Info CRA Dispute Resolved** | |
| **Complaint Info Complaint disposition provided?** | Yes |
| **Complaint Info Complaint Disposition** | UNANSWERED. The business failed to respond to the dispute. |
| **Complaint Info Cross Border Complaint?** | No |
| **Record 9 of 9** | |
| **Reference Number** | 117893251 |
| **Created Date** | 04/22/2020 |
| **Created By** | FTCCIS-FTCUSER |
| **Load Date** | 04/22/2020 |
| **Updated By** | |
| **Updated Date** | |
| **Complaint Source** | FTC Online Complaint Assistant (CIS) |
| **Originator Reference Number** | |
| **Language** | English |
| **Contact Type** | Complaint |
| **Data Source** | Consumer |
| **DNC?** | N |
| **Agency Contact** | Internet |
| **Complaint Date** | 04/22/2020 |
| **Transaction Date** | 04/22/2020 |
| **Member of armed forces or dependant?** | N |
| **Consumer Address, City** | Rowlett |
| **Consumer Address, State Code** | TX |
| **Consumer Address, State Name** | Texas |
| **Consumer Address, Country Name** | UNITED STATES |
| **Consumer Address, ZIP** | 75088 |

| | |
|---|---|
| **Code** | 75068 |
| **Company Type** | Primary Company |
| **Company Name** | Drivers license renewal |
| **Company Normalized Name** | Drivers license renewal |
| **Company Address, Line 1** | 350NE 60 th st |
| **Company Address, Line 2** | |
| **Company Address, Line 3** | |
| **Company Address, City** | |
| **Company Address, City Cleansed** | |
| **Company Address, State Code** | |
| **Company Address, State Code Cleansed** | |
| **Company Address, State Name** | |
| **Company Address, Country Code** | USA |
| **Company Address, Country Code Cleansed** | USA |
| **Company Address, Country Name** | UNITED STATES |
| **Company Address, ZIP Code** | |
| **Company Address, ZIP Code Cleansed** | |
| **Company Address, ZIP Code Extension** | |
| **Company Phone, Country Code** | |
| **Company Phone, Area Code** | 855 |
| **Company Phone, Number** | 3393716 |
| **Company Phone, Extension** | |
| **Company Email** | admin@driverslicenserenewal.org |
| **Company Website** | www.Driverslicenserenewal.org |
| **Company Subject ID Type Code** | |
| **Company Subject ID Type Name** | |
| **Company Subject ID Issuing State Code** | |
| **Company Subject ID** | |

| | |
|---|---|
| **Issuing State Name** | |
| **Company Subject ID Issuing Country Code** | |
| **Company Subject ID Issuing Country Name** | |
| **Company Rep First Name** | |
| **Company Rep Middle Name** | |
| **Company Rep Last Name** | |
| **Company Rep Salutation** | |
| **Company Rep Comments** | |
| **Complaint Info Initial Contact Method** | Internet Web Site |
| **Complaint Info Initial Contact Date** | 04/22/2020 |
| **Complaint Info Initial Response Method** | Internet/E-mail |
| **Complaint Info Initial Response Date** | |
| **Complaint Info Amount Requested Method** | |
| **Complaint Info Amount Requested Value** | |
| **Complaint Info Amount Paid Method** | |
| **Complaint Info Amount Requested Value Cleansed** | |
| **Complaint Info Amount Paid Value** | |
| **Complaint Info Product Service Code** | 9000 |
| **Complaint Info Amount Paid Value Cleansed** | |
| **Complaint Info Product Service Description** | Other (Note in Comments) |
| **Complaint Info Law Violation Code** | Z |
| **Complaint Info Law Violation Description** | Other (Note the Violation in the Comment Field) |
| **Complaint Info Statute Code** | Z |
| **Complaint Info Statute Description** | Rule\Other |
| **Complaint Info Topic Code** | |
| **Complaint Info Topic** | |

| Description | |
|---|---|
| **Complaint Info Comments** | I want to renewal my driver license but by accidents i click on the website www.driverslicenserenewal.org. I filled out all my information, (the drivers license number, my name, my brithday, my address, my email, my phone number, my SSN,my father last name,my mother miden name and some question) I had to request to the email to do erase all my information. But I am worry about that they can used my personal information. Please help me. Please contact me by email. Thank you so much for your help. |
| **Complaint Info CRA Dispute Flag** | |
| **Complaint Info CRA Dispute Responded** | |
| **Complaint Info CRA Dispute Resolved** | |
| **Complaint Info Complaint disposition provided?** | |
| **Complaint Info Complaint Disposition** | |
| **Complaint Info Cross Border Complaint?** | No |

As a Consumer Sentinel Network member, you must properly protect any information printed, downloaded, or otherwise removed from the Network as stated in OMB Memo M-06-16. Please delete or destroy this information within 90 days unless its use is still required for law enforcement purposes. When destroying the information you should burn, pulverize, or shred the information saved in paper format and destroy or erase information that has been saved electronically so that it cannot practicably be read or reconstructed. Proper erasure of electronic information must include the overwriting or "wiping" of the information from the electronic media on which it is stored.

**CONSUMER SENTINEL NETWORK**