## DECLARATION OF MATTHEW WERNZ

I, Matthew Wernz, have personal knowledge of the facts set forth below.  If called as a witness, I could and would testify as follows:

1. I am an attorney in the Midwest Regional Office at the Federal Trade Commission in Chicago, Illinois.

2. On April 8, 2020, I received an unsolicited email at my personal email address from "KM9H5O4U.KM9H5O4U@8uf38i41.us" with the subject line, "Hi [username] ,Can__you__pay__for___the__groceries_you_need during the COVID19 outbreak?"  The sender's name appeared as "Food_Stamps."  The text of the email discussed obtaining food stamps to buy groceries during the coronavirus pandemic and included links to the website "FoodStampsAssistance.org."  I printed the email to PDF and sent it to my colleague, Sarah Waldrop.  A true and correct copy of the April 8 email as printed to PDF is attached hereto as Attachment A, with my personal email address and username redacted.

3. On April 19, 2020, I received another unsolicited email from "Food_Stamps" (this time, from the email address "72G18813.72G18813@14f80l3k.us") with the same subject line as the April 8 email.  The April 19 email similarly discussed obtaining food stamps during the coronavirus pandemic and included links to the website "FoodStampsAssistance.org."  I printed the email to PDF and sent it to my colleague, Sarah Waldrop.  A true and correct copy of the April 19 email as printed to PDF is attached hereto as Attachment B, with my personal email address and username redacted.

4. On April 23, 2020, I received a third unsolicited email from "Food_Stamps" (this time, from the email address "B8QF693Z.B8QF693Z@q5me434r.us") with the same subject line as the first two emails.  The April 23 email similarly discussed obtaining food stamps during the

coronavirus pandemic and included links to the website "FoodStampsAssistance.org."  I printed the email to PDF and sent it to my colleague, Sarah Waldrop.  A true and correct copy of the April 23 email as printed to PDF is attached hereto as Attachment C, with my personal email address and username redacted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 24, 2020

_____
Matthew Wernz



## Hi ███████,Can__you__pay__for___the__groceries_you_need during the COVID19 outbreak?

**Food_Stamps** <KM9H5O4U.KM9H5O4U@8uf38i41.us>  Wed, Apr 8, 2020 at 11:15 AM
To: ███████


FoodStampsAssistance.org
a non-government site

### Worried about paying for the groceries you need during the **Coronavirus Outbreak?**

**Find out how you can apply for Food Stamps and get help.**



COVID19 has made getting groceries harder than ever. But Food Stamps can give you the money you need to provide for your family.

- Find out about requirements.
- Learn the steps to apply.

Our guide has the information you need to get the benefits you deserve during this difficult time.

**GET STARTED**

You're receiving this email because you signed up for it. You can unsubscribe from this email *here* or write to: 8190 Barker Cypress Rd. Ste 1900-514 Cypress, TX 77433

The advertiser does not manage your subscription.
If you prefer not to receive further communication please unsubscribe here
Or write to: 3157 Gentilly Blvd ,Suite # 2040, New Orleans, LA, 70122

Wernz Attachment A



Hi ███████, Can__you__pay__for___the__groceries_you_need during the COVID19 outbreak?

Food_Stamps <72G18813.72G18813@14f80l3k.us>  Sun, Apr 19, 2020 at 3:39 AM
To: ███████

# Worried about paying for the groceries you need during the Coronavirus Outbreak?
## Find out how you can apply for Food Stamps and get help.


Get tips here



You're receiving this email because you signed up for it.
You can unsubscr be from this email *here* or write to: 8190 Barker Cypress Rd. Ste 1900-514 Cypress, TX 77433

Wernz Attachment B

The advertiser does not manage your subscription.
If you prefer not to receive further communication please unsubscribe here
Or write to: 3157 Gentilly Blvd ,Suite # 2040, New Orleans, LA, 70122

Wernz Attachment B



Hi ███████ ,Can__you__pay__for___the__groceries_you_need during the COVID19 outbreak?
1 message

| | |
|---|---|
| **Food_Stamps** <B8QF693Z.B8QF693Z@q5me434r.us> | Thu, Apr 23, 2020 at 11:43 PM |
| To: ███████ | |







Wernz Attachment C

You can unsubscribe from this email *here* or write to: 8190 Barker Cypress Rd. Ste 1900-514 Cypress, TX 77433

The advertiser does not manage your subscription.
If you prefer not to receive further communication please unsubscribe here
Or write to: 3157 Gentilly Blvd ,Suite # 2040, New Orleans, LA, 70122

Wernz Attachment C