United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Federal Trade Commission,<br>Plaintiff,<br><br>v.<br><br>On Point Global LLC and others,<br>Defendants. | )<br>)<br>)<br>)  Civil Action No. 19-25046-Civ-Scola<br>)<br>)<br>) |

**<u>Order Granting Unopposed Motion For Limited Relief From Asset Freeze</u>**

Now before the Court is the Defendant Elisha Rothman's Unopposed Motion for Limited Relief from the Asset Freeze. Having considered the Motion and all other relevant factors, the Court **grants** the Defendant's unopposed motion (**ECF No. 260**) and **modifies** the asset freeze as follows:

1. Permit the Defendant to sell his 3% interest in Plainfield Kensignton E9 LLC for $50,000.

2. Require the Defendant to deposit the $50,000 sale proceeds to his JPMorgan Chase Bank, N.A. account ending in 9920.

This asset freeze modification is without prejudice to Mr. Rothman's ability to request additional modifications to the asset freeze.

**Done and ordered** at Miami, Florida on July 8, 2020.

Robert N. Scola, Jr.
United States District Judge