**EXHIBIT A**

**Cash Receipts & Disbursements**
**Q4 2020**

**Cash Receipts**

| | |
|---|---:|
| Memberplanet Deposits | 1,711,439 |
| Advertising Customer Deposits, General | 8,415,544 |
| Google Adsense | 4,773,676 |
| Notify AI | 1,129,035 |
| Zeta | 818,355 |
| All Inbox | 159,601 |
| H2H | 1,200,097 |
| Jet Marketing | 766,866 |
| Quantum | 402,836 |
| Avenue I Customer Deposits | 11,875,642 |
| Insurance Proceeds | 500,000 |
| **Total Cash Receipts** | **31,753,091** |

**Cash Disbursements**

| | |
|---|---:|
| Payroll, East Coast | (2,469,940) |
| Independent Content Writers | (15,290) |
| Payroll, Carganet Contractor | (140,000) |
| Costa Rica Payroll & Operating Expenses | (528,231) |
| Uruguay Payroll & Operating Expenses | (585,342) |
| Google Marketing - Yeah | (1,573,641) |
| Google Marketing - Anycase | (691,809) |
| Google Marketing - Avenue I | (854,837) |
| Google Marketing - Credit Line Pay-down | (345,030) |
| Credit Card Marketing - Carganet | (132,117) |
| Affiliate Payments | (4,741,538) |
| Merchant Fees | (26,279) |
| Gateway Fees | (12,483) |
| Memberplanet Alerts | (27,825) |
| Trumpia & Slooce SMS | (325,566) |
| Journaya (TCPA Protection) - Compliance | (17,750) |
| AMEX Corporate - 21000 | (3,594,351) |
| Junction Methods (Channels) | (167,100) |
| Cake (Media Software) | (27,347) |
| Juno Scientific (Channels) | (44,153) |
| Insurance | (108,374) |
| Other Fixed Costs | (5,945) |
| Rent - Miami | (10,650) |
| Rent - Boca | (4,239) |
| Debt Payment, CCH Domain Loan | (701,142) |
| Avenue I Publishers | (3,670,698) |
| Avenue I Google Marketing | (1,432,570) |
| Avenue I Credit Cards (Marketing) | (1,748,169) |
| Avenue I Payroll & Contractors | (910,723) |
| Avenue I Operating Expenses | (136,423) |
| Avenue I Acquisition Debt Payment | (800,000) |
| Receivership Expenses | (241,064) |
| **Total Cash Disbursements** | **(26,090,626)** |

| | |
|---|---:|
| **Net Cash Receipts (Disbursements)** | **5,662,465** |

| | |
|---|---:|
| **Beginning Cash Balance 9/30/2020** | **5,530,680** |
| **Ending Cash Balance 12/31/2020** | **11,193,145** |