EXHIBIT B

Onpoint Global
Parent Company (Consolidated)
On Point Global LLC Consolidated Income Statement
From Jan 2020 to Dec 2020

| Financial Row | Jan 2020 Amount | Feb 2020 Amount | Mar 2020 Amount | Apr 2020 Amount | May 2020 Amount | Jun 2020 Amount | Jul 2020 Amount | Aug 2020 Amount | Sep 2020 Amount | Oct 2020 Amount | Nov 2020 Amount | Dec 2020 Amount | Total Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Gross Revenue** | | | | | | | | | | | | | |
| Gross Revenue - eCommerce | $218,595 | $594,753 | $872,611 | $963,060 | $1,092,866 | $956,143 | $721,114 | $801,647 | $840,548 | $882,043 | $658,010 | $700,213 | $9,301,603 |
| Gross Revenue - Advertising | $5,254,370 | $5,028,545 | $6,101,543 | $6,384,087 | $6,545,647 | $7,010,349 | $8,786,816 | $9,344,438 | $10,058,974 | $10,479,482 | $10,218,308 | $11,433,220 | $96,645,776 |
| Gross Revenue Other | $6,475 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $6,476 |
| **Gross Revenue** | $5,479,440 | $5,623,298 | $6,974,154 | $7,347,147 | $7,638,513 | $7,966,492 | $9,507,929 | $10,146,084 | $10,899,522 | $11,361,524 | $10,876,318 | $12,133,433 | $105,953,855 |
| Refunds | $12,055 | ($41,255) | ($64,602) | ($54,401) | ($79,220) | ($83,422) | ($82,305) | ($84,206) | ($80,715) | ($90,014) | ($79,803) | ($65,982) | ($793,869) |
| Chargebacks | ($6,427) | ($25,617) | ($27,719) | ($13,623) | ($17,615) | ($14,883) | ($15,688) | ($16,997) | ($15,189) | ($17,418) | ($16,249) | ($15,365) | ($202,789) |
| **Net Revenue** | $5,485,069 | $5,556,427 | $6,881,832 | $7,279,123 | $7,541,678 | $7,868,187 | $9,409,937 | $10,044,882 | $10,803,618 | $11,254,092 | $10,780,266 | $12,052,086 | $104,957,197 |
| **Cost of Goods Sold** | | | | | | | | | | | | | |
| **COGS - eCommerce** | | | | | | | | | | | | | |
| Merchant Fees | ($28,867) | ($71,618) | ($99,363) | ($131,233) | ($149,261) | ($122,874) | ($101,535) | ($114,769) | ($121,750) | ($135,157) | ($107,584) | ($113,196) | ($1,297,206) |
| Chargeback Fees | ($8,877) | ($10,772) | ($9,026) | ($5,876) | ($4,502) | ($5,589) | ($5,449) | ($6,370) | ($5,557) | ($4,735) | ($3,643) | ($4,778) | ($75,172) |
| Fraud Alerts | ($21,151) | ($19,623) | ($19,256) | ($16,136) | ($20,239) | ($23,014) | ($19,594) | ($19,533) | ($22,616) | ($21,441) | ($17,530) | ($8,989) | ($229,122) |
| Other COGS | $0 | ($1,400) | ($1,383) | $0 | ($700) | ($700) | $0 | $0 | $0 | $0 | ($55) | ($62) | ($4,299) |
| **COGS - eCommerce** | ($58,895) | ($103,413) | ($129,027) | ($153,244) | ($174,701) | ($152,177) | ($126,578) | ($140,673) | ($149,923) | ($161,333) | ($128,811) | ($127,025) | ($1,605,798) |
| **COGS - Advertising** | | | | | | | | | | | | | |
| Channel Delivery Expense | ($232,243) | ($200,898) | ($215,779) | ($173,311) | ($193,475) | ($228,681) | ($204,714) | ($233,064) | ($215,850) | ($202,286) | ($238,363) | ($250,044) | ($2,588,709) |
| TCPA Capture Protection | ($5,000) | ($5,000) | ($5,000) | ($5,000) | ($5,000) | ($5,000) | ($5,000) | ($5,000) | ($5,000) | ($5,000) | ($5,000) | ($5,000) | ($60,000) |
| Other COGS | ($845,650) | ($1,007,524) | ($1,055,234) | ($1,196,694) | ($1,242,561) | ($1,216,421) | ($1,282,588) | ($1,234,993) | ($1,502,407) | ($1,224,442) | ($1,434,075) | ($2,235,576) | ($15,478,166) |
| **COGS - Advertising** | ($1,082,893) | ($1,213,422) | ($1,276,013) | ($1,375,004) | ($1,441,036) | ($1,450,102) | ($1,492,303) | ($1,473,058) | ($1,723,257) | ($1,431,728) | ($1,677,439) | ($2,490,620) | ($18,126,875) |
| **Cost of Goods Sold** | ($1,141,788) | ($1,316,835) | ($1,405,040) | ($1,528,249) | ($1,615,737) | ($1,602,279) | ($1,618,881) | ($1,613,730) | ($1,873,180) | ($1,593,061) | ($1,806,249) | ($2,617,645) | ($19,732,674) |
| **Marketing Expense** | | | | | | | | | | | | | |
| Customer Acquisition | ($2,827,444) | ($2,484,010) | ($3,227,145) | ($2,920,370) | ($3,268,370) | ($3,566,397) | ($4,357,717) | ($4,429,906) | ($4,590,942) | ($4,958,117) | ($4,649,634) | ($4,948,528) | ($46,228,579) |
| Promotion Expenses | $0 | $0 | ($2,500) | ($2,500) | ($2,500) | ($4,000) | ($4,000) | ($4,500) | ($2,500) | ($2,500) | ($2,500) | ($2,500) | ($30,000) |
| **Marketing Expense** | ($2,827,444) | ($2,484,010) | ($3,229,645) | ($2,922,870) | ($3,270,870) | ($3,570,397) | ($4,361,717) | ($4,434,406) | ($4,593,442) | ($4,960,617) | ($4,652,134) | ($4,951,028) | ($46,258,579) |
| **Gross Profit** | $1,515,837 | $1,755,582 | $2,247,148 | $2,828,004 | $2,655,071 | $2,695,510 | $3,429,339 | $3,996,746 | $4,336,996 | $4,700,414 | $4,321,883 | $4,483,414 | $38,965,944 |
| **Fixed Expenses** | | | | | | | | | | | | | |
| **Personnel** | | | | | | | | | | | | | |
| Employee Compensation | ($1,170,625) | ($938,119) | ($1,022,260) | ($1,035,339) | ($1,101,154) | ($1,087,097) | ($1,137,980) | ($1,212,986) | ($1,216,810) | ($1,227,439) | ($1,207,596) | ($1,266,718) | ($13,624,124) |
| Independent Contractors | ($109,453) | ($125,070) | ($130,276) | ($138,583) | ($215,001) | ($231,532) | ($239,105) | ($227,619) | ($224,512) | ($223,588) | ($223,461) | ($196,479) | ($2,284,678) |
| **Personnel** | ($1,280,078) | ($1,063,189) | ($1,152,536) | ($1,173,922) | ($1,316,155) | ($1,318,629) | ($1,377,085) | ($1,440,605) | ($1,441,322) | ($1,451,027) | ($1,431,057) | ($1,463,197) | ($15,908,802) |
| **Support Services** | | | | | | | | | | | | | |
| Support Services Compensation | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($0) | $0 | $0 | $0 | ($0) |
| **Support Services** | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($0) | $0 | $0 | $0 | ($0) |
| **Other Fixed Expenses** | | | | | | | | | | | | | |
| Hosting | ($87,467) | ($92,242) | ($69,645) | ($89,757) | ($96,496) | ($102,345) | ($116,557) | ($102,133) | ($106,336) | ($109,788) | ($127,893) | ($150,428) | ($1,251,087) |
| Domain Leasing | ($15,929) | ($18,708) | ($18,795) | ($19,221) | ($18,467) | ($18,165) | ($18,620) | ($19,369) | ($18,899) | ($15,645) | ($15,117) | $24,986 | ($171,948) |
| **Technology & Software** | | | | | | | | | | | | | |
| 564090 - Five 9 Telephone | ($10,413) | ($9,553) | ($9,727) | ($9,748) | ($7,348) | ($9,951) | ($10,744) | ($10,189) | ($7,742) | ($9,239) | ($8,386) | ($8,384) | ($111,422) |
| Total - Five9 License | ($10,413) | ($9,553) | ($9,727) | ($9,748) | ($7,348) | ($9,951) | ($10,744) | ($10,189) | ($7,742) | ($9,239) | ($8,386) | ($8,384) | ($111,422) |
| Software Licenses | ($42,473) | ($41,382) | ($34,046) | ($45,164) | ($34,995) | ($39,285) | ($36,061) | ($42,911) | ($40,423) | ($66,941) | ($72,873) | ($54,327) | ($550,882) |
| IT Security | ($494) | ($494) | ($494) | ($494) | ($494) | ($543) | ($543) | ($543) | ($543) | ($543) | ($543) | $0 | ($5,726) |
| Communications | ($8,501) | ($5,568) | ($4,193) | ($3,348) | ($3,821) | ($4,044) | ($4,345) | ($4,495) | ($4,573) | ($4,597) | ($4,718) | ($4,791) | ($56,996) |
| **Technology & Software** | ($61,881) | ($56,997) | ($48,460) | ($58,754) | ($46,658) | ($53,823) | ($51,693) | ($58,138) | ($53,281) | ($81,320) | ($86,520) | ($67,503) | ($725,026) |
| Hardware & Computer Purchases | ($1,074) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($1,059) | $0 | $0 | ($2,020) | ($4,153) |
| Travel, Meals & Entertainment | ($7,643) | ($2,290) | ($2,647) | ($97) | ($315) | ($53) | ($114) | ($229) | ($119) | ($30) | $0 | ($597) | ($14,133) |
| Recruiting Expense | ($8,154) | ($615) | ($615) | ($966) | ($615) | ($949) | ($949) | ($949) | ($949) | ($580) | ($334) | ($334) | ($16,009) |
| Rent | ($40,735) | ($34,541) | ($35,630) | ($36,842) | ($36,096) | ($46,821) | ($39,281) | ($39,386) | ($39,456) | ($39,498) | ($39,206) | ($39,724) | ($467,216) |
| Insurance | ($24,063) | ($21,441) | ($22,788) | ($16,028) | ($19,332) | ($17,531) | ($15,060) | ($15,843) | ($14,138) | ($7,160) | ($12,610) | ($12,983) | ($198,977) |
| Utilities, Repairs & Maintenance | ($3,957) | ($3,193) | ($2,544) | ($990) | ($1,281) | ($967) | ($132) | ($689) | ($1,076) | $931 | ($665) | ($655) | ($15,219) |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Telephone & Internet | ($9,319) | ($6,716) | ($8,293) | ($5,392) | ($3,009) | ($4,937) | ($4,078) | ($1,977) | ($2,225) | ($7,075) | ($2,183) | ($2,139) | ($57,341) |
| Auto | ($63) | ($35) | ($78) | ($35) | ($61) | ($51) | ($29) | ($50) | ($36) | ($52) | ($22) | ($68) | ($581) |
| Office Expenses | ($13,098) | ($18,474) | ($16,115) | ($8,910) | ($7,255) | ($8,494) | ($15,387) | ($9,294) | ($7,255) | ($12,915) | ($14,066) | ($7,590) | ($138,853) |
| Dues & Subscriptions | ($1,731) | ($715) | ($1,735) | ($256) | ($14,438) | ($15,554) | ($725) | ($750) | ($1,741) | ($714) | ($719) | ($758) | ($39,836) |
| Licenses & Permits | $0 | $0 | ($50) | $0 | ($588) | ($455) | ($110) | $0 | ($72) | $0 | $0 | ($911) | ($2,186) |
| Legal Fees | ($1,260) | ($2,040) | ($1,040) | ($1,859) | ($40) | ($8,814) | ($8,483) | ($3,722) | ($796) | ($40) | ($40) | ($1,332) | ($29,466) |
| Financing Expenses | | | | | | | | | | | | | |
| 567508 - Bank Charges | ($5,832) | ($1,794) | ($3,579) | ($5,103) | ($2,558) | ($2,579) | ($3,486) | ($2,455) | ($2,999) | ($7,057) | ($866) | ($2,508) | ($40,815) |
| 567510 - Credit Card Discount | $0 | $0 | $3,984 | $6,976 | $9,668 | $9,484 | $13,151 | $9,675 | $13,592 | $12,501 | $7,878 | $9,403 | $96,312 |
| 567509 - Credit Card Usage Fee | ($4,394) | ($1,084) | $0 | ($540) | $0 | ($10) | ($9) | ($2) | ($360) | ($80) | $0 | $0 | ($6,479) |
| Professional Services | ($7,488) | ($4,295) | ($9,755) | ($5,677) | ($5,882) | ($8,447) | ($3,886) | ($4,651) | ($51,686) | ($4,286) | ($5,411) | ($3,362) | ($114,828) |
| Other Expense | ($0) | $0 | ($0) | $0 | ($2) | $0 | ($20) | $0 | ($45) | $168 | $0 | ($274) | ($172) |
| Other Fixed Expenses | ($294,089) | ($265,179) | ($237,783) | ($243,450) | ($243,425) | ($280,510) | ($265,470) | ($249,961) | ($288,939) | ($272,639) | ($297,774) | ($258,795) | ($3,198,013) |
| Other Income (Loss) | ($2,059) | $1,821 | $13,192 | ($362,569) | ($187,246) | $1,369,142 | $137,661 | ($1,864) | ($1,992) | $4,202 | ($470) | $58,341 | $1,028,158 |
| 600000 - Receivership Expenses | ($245,463) | ($179,228) | ($278,943) | ($214,746) | ($83,472) | ($84,235) | ($83,177) | ($55,858) | ($60,692) | ($100,716) | ($100,099) | ($100,088) | ($1,586,718) |
| 570000 - Bad Debt Expense | $0 | $0 | ($73,930) | ($81,005) | ($77,328) | ($83,917) | ($208,125) | ($175,586) | ($186,732) | ($205,875) | ($190,433) | ($819,323) | ($2,102,256) |
| EBITDA | ($305,852) | $249,806 | $517,148 | $752,312 | $747,444 | $2,297,361 | $1,633,143 | $2,072,871 | $2,357,319 | $2,674,359 | $2,302,050 | $1,900,352 | $17,198,314 |
| Interest & Taxes | ($64,553) | ($66,818) | ($70,441) | ($45,375) | ($38,636) | ($57,625) | ($56,060) | ($56,117) | ($54,122) | ($48,912) | ($47,500) | ($76,544) | ($682,703) |
| Depreciation | ($22,696) | ($22,612) | ($22,592) | ($22,592) | ($7,671) | ($6,279) | ($6,279) | ($6,279) | ($6,279) | ($6,279) | ($6,279) | ($6,279) | ($142,117) |
| Amortization | ($35,154) | ($35,154) | ($35,154) | ($35,154) | ($39,003) | ($35,924) | ($35,924) | ($35,924) | ($35,924) | ($35,924) | ($35,924) | ($35,924) | ($431,084) |
| Net Income | ($428,255) | $125,223 | $388,961 | $649,192 | $662,135 | $2,197,534 | $1,534,880 | $1,974,551 | $2,260,994 | $2,583,244 | $2,212,346 | $1,781,605 | $15,942,411 |