**Onpoint Global**
**Parent Company (Consolidated)**
**A/R Aging Summary**
**As of December 31, 2020**

| Customer | Subsidiary: Name | Description | Current Open Balance | 30 days Open Balance | 60 days Open Balance | 90 days Open Balance | >90 days Open Balance | Total Open Balance |
|---|---|---|---:|---:|---:|---:|---:|---:|
| Google Adsense | Direct Market LLC | Advertising Affiliate | $ 191,702 | $ - | $ 412,670 | $ 207,056 | $ 1,340,940 | $ 2,152,368 |
| OB Media | Direct Market LLC | Advertising Affiliate | $ - | $ 1,239,651 | $ 408 | $ - | $ - | $ 1,240,059 |
| Amobee | Direct Market LLC | Advertising Affiliate | $ 431,983 | $ 416,847 | $ - | $ - | $ - | $ 848,829 |
| Zeta Interactive | Direct Market LLC | Advertising Affiliate | $ 689,522 | $ - | $ - | $ - | $ - | $ 689,522 |
| H2H | Direct Market LLC | Advertising Affiliate | $ 376,172 | $ 250,449 | $ - | $ - | $ - | $ 626,622 |
| Jet Marketing | Direct Market LLC | Advertising Affiliate | $ 490,024 | $ - | $ - | $ - | $ - | $ 490,024 |
| Inside Venture | Direct Market LLC | Advertising Affiliate | $ 403,283 | $ - | $ - | $ - | $ - | $ 403,283 |
| ROTD | Direct Market LLC | Advertising Affiliate | $ 326,624 | $ 39,267 | $ - | $ - | $ - | $ 365,891 |
| notify_ai | Direct Market LLC | Advertising Affiliate | $ 338,164 | $ 19,091 | $ - | $ - | $ 13 | $ 357,268 |
| Quantum 3 Media, LLC | Direct Market LLC | Advertising Affiliate | $ 321,004 | $ - | $ - | $ - | $ - | $ 321,004 |
| Direct Agents | Direct Market LLC | Advertising Affiliate | $ 238,839 | $ - | $ - | $ - | $ - | $ 238,839 |
| B2direct | Direct Market LLC | Advertising Affiliate | $ 238,437 | $ - | $ - | $ - | $ - | $ 238,437 |
| Jobcase | Direct Market LLC | Advertising Affiliate | $ 126,887 | $ 104,083 | $ - | $ - | $ - | $ 230,970 |
| Salt Media Group | Direct Market LLC | Advertising Affiliate | $ 91,768 | $ 113,264 | $ - | $ - | $ - | $ 205,032 |
| W-4, LLC | Direct Market LLC | Advertising Affiliate | $ 98,490 | $ 92,785 | $ 324 | $ - | $ - | $ 191,599 |
| All-Inbox | Direct Market LLC | Advertising Affiliate | $ 172,190 | $ - | $ - | $ - | $ - | $ 172,190 |
| Direct Response | Direct Market LLC | Advertising Affiliate | $ 161,355 | $ - | $ - | $ - | $ - | $ 161,355 |
| Fluent | Direct Market LLC | Advertising Affiliate | $ 154,701 | $ - | $ - | $ - | $ - | $ 154,701 |
| Assurance | Direct Market LLC | Advertising Affiliate | $ 138,285 | $ - | $ - | $ - | $ - | $ 138,285 |
| Monetize More | Direct Market LLC | Advertising Affiliate | $ 113,097 | $ - | $ - | $ - | $ - | $ 113,097 |
| Admediary LLC | Direct Market LLC | Advertising Affiliate | $ - | $ - | $ - | $ - | $ 98,915 | $ 98,915 |
| OpenJar Concepts, Inc | Direct Market LLC | Advertising Affiliate | $ 96,559 | $ - | $ - | $ - | $ - | $ 96,559 |
| JVJ Insurance Marketing | Direct Market LLC | Advertising Affiliate | $ 88,656 | $ - | $ - | $ - | $ - | $ 88,656 |
| Forte Media Solutions | Direct Market LLC | Advertising Affiliate | $ 33,872 | $ 51,343 | $ - | $ - | $ - | $ 85,215 |
| Datalot | Direct Market LLC | Advertising Affiliate | $ 31,867 | $ 42,700 | $ - | $ - | $ - | $ 74,567 |
| Netspend.com | Direct Market LLC | Advertising Affiliate | $ 68,197 | $ - | $ - | $ - | $ - | $ 68,197 |
| Leading Edge Media | Direct Market LLC | Advertising Affiliate | $ 67,334 | $ - | $ - | $ - | $ - | $ 67,334 |
| Shift44 | Direct Market LLC | Advertising Affiliate | $ 62,200 | $ - | $ - | $ - | $ - | $ 62,200 |
| Leadgen Data LC | Direct Market LLC | Advertising Affiliate | $ 31,203 | $ 23,379 | $ - | $ - | $ - | $ 54,582 |
| Taboola | Direct Market LLC | Advertising Affiliate | $ 53,676 | $ - | $ - | $ - | $ - | $ 53,676 |
| Madrivo | Direct Market LLC | Advertising Affiliate | $ 47,250 | $ - | $ - | $ - | $ - | $ 47,250 |
| Skyrocket | Direct Market LLC | Advertising Affiliate | $ 19,413 | $ 23,799 | $ - | $ - | $ - | $ 43,212 |
| SiteMath | Direct Market LLC | Advertising Affiliate | $ - | $ 42,425 | $ - | $ - | $ - | $ 42,425 |
| eData | Direct Market LLC | Advertising Affiliate | $ 16,775 | $ 25,419 | $ - | $ 1 | $ - | $ 42,195 |
| ProLegal Services | Direct Market LLC | Advertising Affiliate | $ 40,655 | $ - | $ - | $ - | $ - | $ 40,655 |
| Cege | Direct Market LLC | Advertising Affiliate | $ 36,129 | $ - | $ - | $ - | $ - | $ 36,129 |
| Zapptastic | Direct Market LLC | Advertising Affiliate | $ 30,892 | $ - | $ - | $ - | $ - | $ 30,892 |
| Sedo | Direct Market LLC | Advertising Affiliate | $ - | $ 27,237 | $ - | $ - | $ - | $ 27,237 |
| Flex Marketing - Customer | Direct Market LLC | Advertising Affiliate | $ 10,828 | $ 12,842 | $ - | $ - | $ - | $ 23,670 |
| Digital Thrive | Direct Market LLC | Advertising Affiliate | $ 19,831 | $ - | $ - | $ - | $ - | $ 19,831 |
| 3 West Media | Direct Market LLC | Advertising Affiliate | $ 17,599 | $ - | $ - | $ - | $ - | $ 17,599 |
| SubjectWell | Direct Market LLC | Advertising Affiliate | $ 16,968 | $ - | $ - | $ - | $ - | $ 16,968 |
| Madera Digital | Direct Market LLC | Advertising Affiliate | $ 15,952 | $ - | $ - | $ - | $ - | $ 15,952 |
| Banner Edge | Direct Market LLC | Advertising Affiliate | $ 15,117 | $ - | $ - | $ - | $ - | $ 15,117 |
| Lead Creations | Direct Market LLC | Advertising Affiliate | $ 14,911 | $ - | $ - | $ - | $ - | $ 14,911 |
| Global Wide Media - customer | Direct Market LLC | Advertising Affiliate | $ 14,560 | $ - | $ - | $ - | $ - | $ 14,560 |
| Zeel Media | Direct Market LLC | Advertising Affiliate | $ 14,495 | $ - | $ - | $ - | $ - | $ 14,495 |
| Rex Direct | Direct Market LLC | Advertising Affiliate | $ 13,903 | $ - | $ - | $ - | $ - | $ 13,903 |
| Andrew Wharton's Inc. | Direct Market LLC | Advertising Affiliate | $ 12,190 | $ - | $ - | $ - | $ - | $ 12,190 |
| ITS Limited | Direct Market LLC | Advertising Affiliate | $ 11,048 | $ - | $ - | $ - | $ - | $ 11,048 |
| Walla Media | Direct Market LLC | Advertising Affiliate | $ 5,215 | $ 4,417 | $ - | $ 410 | $ - | $ 10,042 |
| Bliss Media | Direct Market LLC | Advertising Affiliate | $ 10,000 | $ - | $ - | $ - | $ - | $ 10,000 |
| Credit Associates | Direct Market LLC | Advertising Affiliate | $ 9,390 | $ - | $ - | $ - | $ - | $ 9,390 |
| Avenue Link | Direct Market LLC | Advertising Affiliate | $ 9,160 | $ - | $ - | $ - | $ - | $ 9,160 |
| Related Party - customer | Direct Market LLC | Advertising Affiliate | $ - | $ - | $ - | $ - | $ 8,492 | $ 8,492 |
| Core Digital Media | Direct Market LLC | Advertising Affiliate | $ 912 | $ 4,840 | $ - | $ - | $ - | $ 5,752 |

| Customer/Project | Entity | Category | Col1 | Col2 | Col3 | Col4 | Col5 | Total |
|---|---|---|---:|---:|---:|---:|---:|---:|
| Blue Modo Media | Direct Market LLC | Advertising Affiliate | $ 5,473 | $ - | $ - | $ - | $ - | $ 5,473 |
| Infinix Media | Direct Market LLC | Advertising Affiliate | $ 5,101 | $ - | $ - | $ - | $ - | $ 5,101 |
| Ignitist | Direct Market LLC | Advertising Affiliate | $ 1,002 | $ 2,350 | $ - | $ - | $ - | $ 3,352 |
| Inuvo | Direct Market LLC | Advertising Affiliate | $ 2,701 | $ - | $ - | $ - | $ - | $ 2,701 |
| - No Customer/Project - | Direct Market LLC | Advertising Affiliate | $ - | $ - | $ - | $ - | $ 2,503 | $ 2,503 |
| Kirk's Consulting | Direct Market LLC | Advertising Affiliate | $ 283 | $ 101 | $ 2,068 | $ - | $ - | $ 2,452 |
| Lending Tree | Direct Market LLC | Advertising Affiliate | $ 1,989 | $ - | $ - | $ - | $ - | $ 1,989 |
| Spark Revenue | Direct Market LLC | Advertising Affiliate | $ 1,673 | $ - | $ - | $ - | $ - | $ 1,673 |
| RXMG | Direct Market LLC | Advertising Affiliate | $ 1,326 | $ - | $ - | $ - | $ - | $ 1,326 |
| Visiqua | Direct Market LLC | Advertising Affiliate | $ 117 | $ 871 | $ - | $ - | $ - | $ 988 |
| Diablo Media - Customer | Direct Market LLC | Advertising Affiliate | $ 704 | $ - | $ - | $ - | $ - | $ 704 |
| Provide Media | Direct Market LLC | Advertising Affiliate | $ - | $ 595 | $ - | $ - | $ - | $ 595 |
| Progrexion | Direct Market LLC | Advertising Affiliate | $ 18 | $ - | $ 118 | $ - | $ - | $ 136 |
| IT Media | Direct Market LLC | Advertising Affiliate | $ - | $ - | $ - | $ - | $ 51 | $ 51 |
| ClickToConvert | Direct Market LLC | Advertising Affiliate | $ 22 | $ - | $ - | $ 1 | $ 21 | $ 44 |
| Rate Special | Direct Market LLC | Advertising Affiliate | $ - | $ 33 | $ - | $ - | $ - | $ 33 |
| OB Media | Avenue I Media | Avenue I Customer | $ 5,073,648 | $ 19,678 | $ - | $ - | $ - | $ 5,093,326 |
| AM Production | Avenue I Media | Avenue I Customer | $ 187,233 | $ 307,759 | $ - | $ - | $ - | $ 494,992 |
| SiteMath | Avenue I Media | Avenue I Customer | $ 266,277 | $ - | $ - | $ - | $ - | $ 266,277 |
| Google Adsense | Avenue I Media | Avenue I Customer | $ 56,890 | $ 8 | $ - | $ - | $ - | $ 56,898 |
| BK Offers | Avenue I Media | Avenue I Customer | $ 2,430 | $ 22,706 | $ - | $ - | $ 5,187 | $ 30,323 |
| notify_ai | Avenue I Media | Avenue I Customer | $ 16,000 | $ - | $ - | $ - | $ - | $ 16,000 |
| AdVizz | Avenue I Media | Avenue I Customer | $ - | $ - | $ - | $ - | $ 4,632 | $ 4,632 |
| Yahoo Ash | Avenue I Media | Avenue I Customer | $ - | $ - | $ - | $ - | $ 4,407 | $ 4,407 |
| Rehab Recovery Network | Avenue I Media | Avenue I Customer | $ - | $ - | $ - | $ - | $ 3,150 | $ 3,150 |
| Domain Development Corp | Avenue I Media | Avenue I Customer | $ 2,901 | $ - | $ - | $ - | $ - | $ 2,901 |
| Dragon Global | Issue Based Media LLC | Related Party | $ - | $ - | $ - | $ - | $ 66,783 | $ 66,783 |
| Merchant - Member Planet | DG DMV LLC | E-Commerce Payment Processor | $ - | $ 493,717 | $ - | $ - | $ - | $ 493,717 |
| Verifi, Inc. (customer) | Cambridge Media Series LLC | E-Commerce Payment Processor | $ - | $ - | $ - | $ - | $ 3,125 | $ 3,125 |
| Merchant - Member Planet | Panther Media LLC | E-Commerce Payment Processor | $ - | $ 2,022 | $ - | $ - | $ - | $ 2,022 |
| Galileo (Shared Revenue) | Cambridge Media Series LLC | E-Commerce Payment Processor | $ - | $ 1,712 | $ - | $ - | $ - | $ 1,712 |
| Related Party | Issue Based Media LLC | Related Party | $ - | $ - | $ - | $ - | $ 113,796 | $ 113,796 |
| DG DMV, LLC | Bella Vista Media SRL (USD) | Corporate entity | $ - | $ 101,699 | $ - | $ - | $ - | $ 101,699 |
| Direct Market LLC | Bella Vista Media SRL (USD) | Corporate entity | $ - | $ 97,037 | $ - | $ - | $ - | $ 97,037 |
| Carganet S.A. | Cambridge Media Series LLC | Corporate entity | $ - | $ - | $ - | $ - | $ 22,773 | $ 22,773 |
| Panther Media LLC | Bella Vista Media SRL (USD) | Related Party | $ - | $ 7,779 | $ - | $ - | $ - | $ 7,779 |
| **Total** | | | **$ 11,665,070** | **$ 3,591,904** | **$ 415,588** | **$ 207,468** | **$ 1,674,788** | **$ 17,554,817** |

| Category | Col1 | Col2 | Col3 | Col4 | Col5 | Total |
|---|---:|---:|---:|---:|---:|---:|
| Advertising Affiliate | $ 6,059,691 | $ 2,537,787 | $ 415,588 | $ 207,468 | $ 1,450,936 | **$ 10,671,469** |
| Avenue I Customer | $ 5,605,379 | $ 350,151 | $ - | $ - | $ 17,375 | **$ 5,972,906** |
| E-Commerce Payment Processor | $ - | $ 497,451 | $ - | $ - | $ 3,125 | **$ 500,576** |
| Related Party | $ - | $ 7,779 | $ - | $ - | $ 180,579 | **$ 188,358** |
| Corporate entity | $ - | $ 198,735 | $ - | $ - | $ 22,773 | **$ 221,508** |
| **Total** | **$ 11,665,070** | **$ 3,591,904** | **$ 415,588** | **$ 207,468** | **$ 1,674,788** | **$ 17,554,817** |