# Onpoint Global
## Parent Company (Consolidated)
## On Point Global Consolidated Balance Sheet MoMoY
## End of Dec 2020

| Financial Row | Dec-20 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| Cash & Cash Equivalents | $11,193,145 |
| Accounts Receivable | $15,546,415 |
| Prepaid Expenses | $714,359 |
| Reserve Receivable | $952,035 |
| **Total Current Assets** | $28,405,954 |
| **Noncurrent Assets** | |
| Fixed Assets | $198,125 |
| Investments | $235,121 |
| Loans Receivable | $50,260 |
| Intangible Assets | $19,375,660 |
| Other Noncurrent Assets | $200,198 |
| **Total Noncurrent Assets** | $20,059,364 |
| **Total ASSETS** | $48,465,318 |
| **LIABILITIES & EQUITY** | |
| **Current Liabilities** | |
| Accounts Payable | $9,437,946 |
| Credit Cards Payable | $26,410 |
| Accrued Expenses | $3,760,833 |
| Deferred Revenue | $0 |
| Short-term Loans | $3,534,025 |
| **Total Current Liabilities** | $16,759,213 |
| **Long Term Liabilities** | $15,780,376 |
| **Equity** | |
| Partner Equity | $12,523,786 |
| Other Equity | ($214,140) |
| Retained Earnings | ($12,212,899) |
| Net Income | $15,920,007 |
| Cumulative Translation Adjustment | ($91,026) |
| **Total Equity** | $15,925,728 |
| **Total LIABILITIES & EQUITY** | $48,465,318 |