UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 19-25046-CV-SCOLA/TORRES**

FEDERAL TRADE COMMISSION,

         Plaintiff,

vs.

ON POINT GLOBAL LLC, et al,


         Defendants.      /

## NOTICE SCHEDULING SETTLEMENT CONFERENCE

Pursuant to an Order of Referral for Settlement Conference entered by United States District Judge Robert N. Scola (D.E. #310), a settlement conference in this matter is scheduled before United States Magistrate Judge Edwin G. Torres at the James Lawrence King Federal Justice Building, 99 NE 4th Street, 10th Floor – Courtroom 5, Miami, FL  33132 on **Wednesday, June 9, 2021 at 10:00 a.m.**[1]

The settlement conference shall be attended by all parties and their counsel of record.  Each side shall have a party representative present with full authority to negotiate and finalize any settlement agreement reached.

DONE in Miami, Florida this 18th  day of May, 2021.

        ANGELA E. NOBLE
        CLERK OF COURT

        Maedon Clark, Deputy Clerk

---

[1] The settlement conference will be conducted via ZOOM.  The parties will receive the ZOOM information by email.