## <u>DECLARATION OF ELIZABETH ANNE MILES</u>

(Pursuant to 28 U.S.C. § 1746)

I, Elizabeth Anne Miles, hereby state that I have personal knowledge of the facts set forth below and am competent to testify as follows:

1.    I am a United States citizen and am over 18 years of age.  I am employed by the Federal Trade Commission ("FTC" or "the Commission") as a Data Analyst in the Division of Consumer Response and Operations, Bureau of Consumer Protection.  My office address is 600 Pennsylvania Ave., NW, CC-9232, Washington, D.C. 20580.

2.    I am assigned to work on the matters captioned *FTC v. On Point Global LLC, et al*., and *FTC v. Acquinity Interactive, Inc*.  In connection with that assignment, I performed the following duties.

<u>**Transactions**</u>

3.    I retrieved from the FTC secure servers, a MySQL database backup titled "db.sql" from a directory named "BK-Console-IT03-BillingDB," produced to the FTC by the Court-appointed receiver in this matter.  I restored the database to MySQL and used the MySQL Workbench program to analyze this data.  The entries in the database reflected individual transactions with associated information for each transaction.

4.    I limited the universe of transactions to transactions with the status "APPROVED," eliminating those categorized as "FAILED," "PENDING," or any other category.  FTC Counsel instructed me to eliminate transactions from seven of the 104 source URLs, leaving a relevant universe of transactions with the status "APPROVED" from 97 source URLs.  The source URLs eliminated were dmvdrivingrecords.org, dni-online.com,

driving-licence.in, rg-online.org, sp-cnh.com, txcarreg.com, and www.identificacion-oficial.com.mx.

5.    Each transaction is associated with a dollar amount.  The 9,634,386 records in the relevant universe reflect a total amount of $99,829,391.97.  These transactions are associated with 5,443,395 unique customer ids.

6.    Some transactions are also associated with a refund dollar amount.  The "refund_amount" category for the transactions in the relevant universe reflects a total amount of $12,877,182.15.

7.    FTC Counsel provided me with a Microsoft Excel file titled "OPG000028.XLSX" ("OPG28") that was produced to the FTC by the Court-appointed receiver in this matter. The records in this file show amounts of revenue, refunds, and chargebacks associated with source URLs and processing entities, among other information.

8.    Seventeen of the URLs in the relevant universe do not appear in OPG28.  For the remaining eighty URLs in the relevant universe, OPG28 reflects a total amount of chargebacks as $1,481,729.22.

9.    I calculated the net total (transaction amounts minus refund amounts minus chargebacks (where available)) for the relevant universe for a total of $85,470,480.60.

10.   A chart of the 97 relevant URLs associated with "APPROVED" transactions, showing earliest and latest associated time and date stamp, the total of approved transactions, the total of "refund_amount," the total chargebacks, and net amount for each URL, is attached hereto as Attachment A.

11.     FTC Counsel provided me with a list of processing entities and asked me to calculate their total "Revenue" in OPG28 for the eighty relevant URLs.  Table 1 reflects this information.

**Table 1**

| Processing Entity | Revenue |
|---|---|
| Bring Back the Magic (or BBM) | $3,833,105.77 |
| Chametz | $1,863,623.05 |
| Chelsea | $4,766,591.21 |
| Eagle | $16,879,005.15 |
| GNR | $7,568,781.11 |
| Island | $11,686.12 |
| Orange Grove (or OG) | $7,891,330.09 |
| Pirate | $3,591,145.35 |
| PJ Groove 1/1/2017-3/31/2019 | $5,571,505.02 |
| PJ Groove 4/1/2019-12/31/2019 | $1,815,358.55 |
| Very Busy | $4,187,262.86 |
| Wasabi | $3,461,496.20 |
| Yamazaki | $7,889,785.63 |
| **TOTAL** | **$69,330,676.11** |

## Search Engine Ads and Keywords

12.     Google produced to the FTC reports about ads and search keywords the defendants purchased from Google Ads.   I understand from FTC Counsel that OnPoint Global's Google account identifiers include 546-886-2749 ("2749") and 569-388-7679 ("7679"). Information including ad description, cost, click count, impressions, and conversions for the top ten ads, based on highest cost, for accounts 2749 and 7679 are attached hereto as Attachments B and C.  Information including keywords, cost, click count, impressions, and conversions for the top twenty search keywords, based on highest cost, for accounts 2749 and 7679 are attached hereto as Attachments D and E.

13.     Microsoft produced to the FTC reports about search keywords the defendants purchased from Microsoft Advertising under the account names "OnPoint - Car Reg States" and "OnPoint - License Sites."  I aggregated impressions, clicks, cost (called "Spend"), and conversions by keyword, match type, campaign name, ad group, and final URL, which are columns in the Microsoft data.  I calculated the conversion rate by dividing conversions by clicks.  This information for the top twenty search keywords, based on highest cost, for the "Car Reg States" and "License Sites" accounts are attached hereto as Attachments F and G.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 7th day of June, 2021.

_____
  Elizabeth Anne Miles

**Attachment A - Transaction Amounts**

| URL | Earliest Transaction | Latest Transaction | Total | Refunds | Chargebacks | Net Amount |
|---|---|---|---|---|---|---|
| airportprecheck.org | 10/1/19 20:07 | 12/16/19 12:52 | $284.76 | $64.96 | $4,225.03 | -$4,005.23 |
| alldriverslicense.com | 3/5/18 18:12 | 4/15/19 9:42 | $671,161.97 | $98,147.22 | $11,298.16 | $561,716.59 |
| car-reg.org | 4/2/18 15:56 | 5/26/19 22:40 | $598,351.12 | $111,639.71 | $13,124.01 | $473,587.40 |
| car-registration.org | 12/29/16 22:11 | 6/3/19 15:47 | $4,787,287.52 | $674,327.29 | $45,998.48 | $4,066,961.75 |
| car-title.org | 12/29/16 23:48 | 12/18/19 13:37 | $1,010,411.36 | $98,436.49 | $11,606.69 | $900,368.18 |
| carregistration.org | 3/5/18 18:14 | 6/2/19 12:57 | $1,374,428.10 | $229,350.07 | $29,247.31 | $1,115,830.72 |
| carregistrationadvisors.org | 1/26/17 10:19 | 5/17/19 11:30 | $1,135,559.30 | $191,946.44 | $32,401.35 | $911,211.51 |
| carregistrationassistance.org | 3/5/18 18:42 | 4/8/19 16:56 | $837,076.23 | $138,303.12 | $20,611.38 | $678,161.73 |
| carregistrationsimplified.org | 3/30/18 17:03 | 5/17/19 13:44 | $968,292.41 | $188,029.51 | $25,935.06 | $754,327.84 |
| carregistrationsonline.com | 12/29/16 23:28 | 5/17/19 9:26 | $2,254,156.42 | $328,362.57 | $84,659.92 | $1,841,133.93 |
| cartitles.org | 1/14/19 15:45 | 6/4/19 18:09 | $48.92 | $20.95 | N/A | $27.97 |
| cdldriverslicenses.org | 12/29/16 22:03 | 12/17/19 20:02 | $45,156.64 | $3,655.06 | N/A | $41,501.58 |
| commercial-drivers-license.org | 2/2/17 15:46 | 12/18/19 11:27 | $11,059.00 | $979.93 | $176.77 | $9,902.30 |
| discoverdrivinginfo.com | 2/26/19 10:06 | 9/16/19 10:21 | $117,593.81 | $16,049.34 | $564.59 | $100,979.88 |
| discoverdrivinginfo.org | 2/27/19 17:03 | 11/19/19 11:08 | $797,831.49 | $92,984.42 | N/A | $704,847.07 |
| driver-guides.org | 2/26/19 17:22 | 12/17/19 14:48 | $709,599.15 | $81,443.36 | $8,211.38 | $619,944.41 |
| driverlicenseonline.org | 10/16/17 12:04 | 6/11/19 10:46 | $1,711,649.31 | $207,467.97 | $26,964.64 | $1,477,216.70 |
| driverlicenseservice.org | 3/30/18 15:51 | 6/8/19 18:46 | $472,672.35 | $85,667.43 | $473.60 | $386,531.32 |
| driverlicensonline.org | 11/3/17 16:43 | 5/31/19 20:46 | $1,511,330.75 | $184,296.08 | $35,485.05 | $1,291,549.62 |
| drivers-license-assistance.org | 12/30/16 12:03 | 5/15/19 13:17 | $1,982,457.57 | $234,938.58 | $33,494.30 | $1,714,024.69 |
| drivers-license-services.org | 12/30/16 12:14 | 5/16/19 0:14 | $2,197,733.66 | $266,551.73 | $29,158.96 | $1,902,022.97 |
| drivers-licenses-online.org | 4/2/18 15:59 | 5/30/19 17:26 | $808,879.63 | $131,724.72 | $13,464.73 | $663,690.18 |
| drivers-licenses.org | 12/29/16 22:03 | 6/11/19 13:49 | $3,710,691.26 | $509,113.91 | $57,816.94 | $3,143,760.41 |
| drivers-services.org | 12/30/16 12:09 | 5/31/19 9:07 | $2,157,741.29 | $267,069.67 | $32,345.39 | $1,858,326.23 |
| drivers-tips.com | 2/26/19 17:52 | 12/16/19 19:21 | $510,168.55 | $66,922.94 | $200.87 | $443,044.74 |

| URL | Earliest Transaction | Latest Transaction | Total | Refunds | Chargebacks | Net Amount |
|---|---|---|---|---|---|---|
| driversinfo.org | 2/26/19 19:35 | 12/16/19 16:18 | $460,824.47 | $55,680.53 | $2,449.25 | $402,694.69 |
| driverslicenseadvisors.org | 1/17/17 13:39 | 5/29/19 11:49 | $3,285,847.30 | $430,998.16 | $66,788.18 | $2,788,060.96 |
| driverslicenseassistance.org | 3/13/17 15:33 | 6/2/19 23:23 | $1,656,809.13 | $221,140.31 | $20,936.50 | $1,414,732.32 |
| driverslicenseinfo.org | 2/4/19 17:48 | 12/16/19 11:49 | $631,693.53 | $65,124.49 | $3,457.85 | $563,111.19 |
| driverslicenseonline.org | 12/30/16 12:18 | 5/31/19 12:06 | $1,045,208.79 | $120,557.74 | $19,759.99 | $904,891.06 |
| driverslicenses.org | 3/15/18 13:06 | 5/5/19 10:45 | $615,987.66 | $75,094.87 | $11,471.78 | $529,421.01 |
| driverslicenseservices.org | 1/3/17 22:56 | 6/1/19 23:11 | $1,548,266.77 | $201,000.18 | $19,993.28 | $1,327,273.31 |
| driverslicensesonline.org | 3/30/18 16:00 | 6/9/19 16:08 | $1,070,282.79 | $153,546.92 | $19,184.11 | $897,551.76 |
| driversservices.org | 1/1/17 8:16 | 6/3/19 17:40 | $2,476,892.27 | $322,592.26 | $24,644.21 | $2,129,655.80 |
| driverstips.org | 2/27/19 16:38 | 4/24/19 18:01 | $7.98 | $7.98 | N/A | $0.00 |
| drivingeducationinfo.com | 2/27/19 18:07 | 12/17/19 20:54 | $356,681.21 | $42,869.96 | N/A | $313,811.25 |
| drivingeducationinfo.org | 2/27/19 18:29 | 11/19/19 22:23 | $642,340.80 | $80,207.05 | $9,879.31 | $552,254.44 |
| fishandgamelicenses.org | 6/14/17 18:31 | 7/10/19 16:15 | $4,175.48 | $756.18 | $18,072.03 | -$14,652.73 |
| fishinglicense.org | 1/1/17 0:04 | 7/17/19 3:52 | $11,115,954.51 | $1,259,814.22 | $111,976.79 | $9,744,163.50 |
| fishingresources.org | 5/21/18 14:21 | 6/28/19 22:06 | $651.36 | $366.63 | $12,761.28 | -$12,476.55 |
| florida-fishinglicense.org | 5/16/19 13:14 | 5/23/19 12:38 | $5.00 | $0.00 | N/A | $5.00 |
| floridafishinglicenses.org | 5/10/17 14:49 | 7/10/19 15:59 | $52,280.13 | $4,707.09 | $19,911.27 | $27,661.77 |
| getautolicense.com | 10/18/19 11:54 | 12/17/19 16:26 | $750,676.73 | $46,805.24 | $834.52 | $703,036.97 |
| getcarlicense.com | 10/18/19 14:44 | 12/17/19 15:08 | $351,572.36 | $27,525.25 | $437.77 | $323,609.34 |
| getcarregistration.org | 11/3/17 16:46 | 4/30/19 22:28 | $883,692.42 | $155,910.46 | $19,750.95 | $708,031.01 |
| getdrivers-license.org | 10/17/17 12:17 | 6/10/19 17:38 | $1,470,912.73 | $212,868.76 | $39,649.93 | $1,218,394.04 |
| getdriverslicense.org | 12/30/16 12:02 | 4/24/19 12:57 | $1,423,786.22 | $189,009.07 | $19,530.02 | $1,215,247.13 |
| getdriverslicenses.org | 11/3/17 17:05 | 6/3/19 11:27 | $749,354.53 | $102,434.80 | $20,029.88 | $626,889.85 |
| getvehicleregistration.org | 2/9/17 10:00 | 5/16/19 18:18 | $1,280,254.40 | $179,551.67 | $47,036.19 | $1,053,666.54 |
| globalentryservices.org | 10/3/19 1:11 | 12/15/19 19:25 | $279.77 | $24.98 | $6,284.87 | -$6,030.08 |
| hunting-license.com | 11/7/19 14:14 | 12/18/19 10:45 | $32,584.15 | $2,164.33 | N/A | $30,419.82 |
| hunting-license.org | 1/1/17 0:00 | 12/18/19 7:56 | $1,472,855.49 | $164,349.61 | $14,277.42 | $1,294,228.46 |
| license-driver.com | 2/26/19 20:02 | 12/18/19 15:03 | $768,008.04 | $85,845.80 | $11,478.28 | $670,683.96 |

| URL | Earliest Transaction | Latest Transaction | Total | Refunds | Chargebacks | Net Amount |
|---|---|---|---|---|---|---|
| license-driver.org | 2/27/19 10:25 | 7/17/19 14:25 | $208,713.17 | $25,148.26 | N/A | $183,564.91 |
| license-guides.org | 2/26/19 18:59 | 12/18/19 3:05 | $775,847.25 | $89,301.20 | $6,731.80 | $679,814.25 |
| licenseguides.org | 2/26/19 18:46 | 12/3/19 6:41 | $492,535.64 | $65,213.33 | $2,459.12 | $424,863.19 |
| licenseguidesinfo.org | 2/26/19 19:26 | 10/12/19 12:33 | $356,796.07 | $39,417.65 | $987.25 | $316,391.17 |
| licenseinfoguides.com | 2/26/19 20:10 | 12/18/19 7:05 | $781,902.67 | $96,788.40 | $1,554.98 | $683,559.29 |
| licensesinfo.com | 2/27/19 9:50 | 10/8/19 10:16 | $739,943.02 | $92,829.04 | $4,277.28 | $642,836.70 |
| motorcycle-licenses.com | 2/2/17 15:31 | 12/16/19 11:36 | $40,731.53 | $2,146.92 | $276.79 | $38,307.82 |
| my-drivers-license.org | 3/6/18 15:34 | 5/3/19 20:13 | $614,964.09 | $76,403.89 | $11,354.89 | $527,205.31 |
| mycar-reg.org | 12/30/16 12:00 | 5/1/19 13:11 | $2,827,584.95 | $432,277.13 | $33,075.97 | $2,362,231.85 |
| mycarreg.org | 1/1/17 8:04 | 6/1/19 8:45 | $473,424.02 | $90,619.44 | $9,682.09 | $373,122.49 |
| mycartitles.com | 2/2/17 15:08 | 12/18/19 14:45 | $96,436.69 | $10,738.43 | $423.74 | $85,274.52 |
| mydriver-licenses.org | 12/30/16 12:08 | 5/5/19 19:28 | $3,760,828.73 | $446,483.68 | $57,180.13 | $3,257,164.92 |
| mydriverlicense.org | 12/29/16 22:25 | 6/3/19 16:33 | $4,305,980.91 | $545,546.21 | $68,578.29 | $3,691,856.41 |
| mydriverlicenses.org | 1/1/17 0:28 | 6/3/19 16:45 | $1,341,502.55 | $163,828.62 | $19,506.18 | $1,158,167.75 |
| mydriverservices.org | 3/15/18 12:47 | 6/3/19 13:32 | $685,255.41 | $80,566.71 | $9,561.55 | $595,127.15 |
| obtainlicense.com | 10/18/19 17:10 | 12/17/19 16:53 | $631,721.34 | $51,020.22 | $496.72 | $580,204.40 |
| online-drivers-licenses.org | 12/30/16 12:15 | 12/17/19 22:56 | $2,758,247.48 | $309,398.34 | $37,859.72 | $2,410,989.42 |
| onlinecarregistration.org | 2/1/19 12:39 | 6/3/19 15:52 | $532,324.70 | $90,024.08 | $6,085.89 | $436,214.73 |
| onlinedriverslicenses.org | 1/1/17 0:36 | 5/23/19 14:16 | $3,081,170.71 | $389,172.80 | $62,023.56 | $2,629,974.35 |
| quickdriversinfo.com | 2/26/19 19:45 | 11/3/19 12:27 | $541,633.89 | $62,034.13 | $5,594.22 | $474,005.54 |
| registermyvehicle.org | 2/27/19 16:34 | 6/3/19 15:48 | $481,522.17 | $77,001.75 | N/A | $404,520.42 |
| registrationtags.com | 2/27/19 16:42 | 6/3/19 16:00 | $213,983.61 | $31,171.41 | $3,916.97 | $178,895.23 |
| registrationtags.org | 2/27/19 16:50 | 5/21/19 22:58 | $314,426.42 | $43,466.69 | N/A | $270,959.73 |
| renewregistrations.org | 2/27/19 15:04 | 6/3/19 14:50 | $440,152.69 | $74,737.71 | $2,675.85 | $362,739.13 |
| texas-fishinglicense.org | 5/21/19 12:11 | 5/28/19 13:50 | $5.00 | $0.00 | N/A | $5.00 |
| thedriversinfo.com | 2/27/19 13:23 | 12/18/19 15:26 | $555,938.65 | $63,691.97 | $9,188.92 | $483,057.76 |
| thedriverslicense.com | 2/26/19 18:09 | 5/16/19 17:16 | $62,743.45 | $8,000.66 | N/A | $54,742.79 |
| thedriversseat.org | 2/26/19 19:25 | 11/14/19 19:27 | $1,151,530.44 | $148,763.58 | $4,925.97 | $997,840.89 |

| URL | Earliest Transaction | Latest Transaction | Total | Refunds | Chargebacks | Net Amount |
|---|---|---|---|---|---|---|
| thefishingtips.com | 8/23/19 1:55 | 12/16/19 22:26 | $92,392.30 | $5,517.31 | $86.94 | $86,788.05 |
| thelicensedriver.com | 2/27/19 13:39 | 11/29/19 9:51 | $686,941.69 | $78,745.64 | N/A | $608,196.05 |
| thelicensedriver.org | 2/27/19 16:01 | 12/18/19 14:59 | $764,822.29 | $84,568.47 | $12,018.79 | $668,235.03 |
| timetodrive.org | 2/27/19 16:36 | 12/17/19 14:42 | $830,868.78 | $104,861.28 | $8,768.88 | $717,238.62 |
| travelprecheck.com | 12/11/19 15:08 | 12/16/19 16:46 | $24.95 | $24.95 | N/A | $0.00 |
| travelprecheck.org | 10/1/19 0:02 | 12/18/19 13:45 | $265,102.13 | $17,291.86 | $13,597.13 | $234,213.14 |
| us-passportservices.org | 10/1/19 0:38 | 12/18/19 13:56 | $61,599.79 | $4,314.77 | $1,383.87 | $55,901.15 |
| vehicle-registrations.org | 2/27/19 10:57 | 5/16/19 14:07 | $438,855.32 | $53,607.05 | N/A | $385,248.27 |
| vehicleregistrationauthority.com | 2/27/19 14:51 | 5/16/19 17:14 | $415,769.36 | $56,312.81 | N/A | $359,456.55 |
| vehicleregistrationauthority.org | 2/27/19 10:04 | 8/1/19 15:34 | $366,504.47 | $60,824.71 | N/A | $305,679.76 |
| vehicleregistrationonline.org | 2/27/19 10:42 | 6/3/19 15:48 | $642,844.72 | $84,628.90 | $9,185.09 | $549,030.73 |
| vehicleregistrationsonline.com | 2/27/19 11:13 | 5/25/19 10:43 | $364,541.27 | $46,615.23 | $19.99 | $317,906.05 |
| vehicleregistrationsonline.org | 2/27/19 12:10 | 6/2/19 12:55 | $295,806.44 | $34,011.84 | $0.00 | $261,794.60 |
| yourdriverstips.com | 2/26/19 18:26 | 12/18/19 8:36 | $714,629.95 | $87,699.55 | $9,327.69 | $617,602.71 |
| yourdrivinginfo.com | 2/27/19 17:19 | 11/3/19 15:12 | $411,211.51 | $51,910.89 | $3,357.89 | $355,942.73 |
| yourdrivinginfo.org | 2/27/19 17:48 | 11/21/19 12:05 | $680,121.16 | $92,006.63 | $7,504.80 | $580,609.73 |
| **TOTAL** | **12/29/16 22:03** | **12/18/19 15:26** | **$99,829,391.97** | **$12,877,182.15** | **$1,481,729.22** | **$85,470,480.60** |

**Attachment B - Top 10 Google Ads by Cost (account 2749)**

| | Ad information | Clicks | Impressions | Cost | Conversions | Conv. rate |
|---|---|---|---|---|---|---|
| 1 | Headline 1: Apply for Food Stamps Benefits<br>Headline 2: Check Your Eligibility Online<br>Description: Find Out if You & Your Family Qualifies for Food Assistance in Texas.<br>Ad final URL: https://texas-benefits.org/Snap/Snap-Eligibility/ | 226,163 | 869,104 | $ 69,344.33 | 88,062.02 | 38.94% |
| 2 | Headline 1: Texas SNAP Benefits<br>Headline 2: Food Stamps Eligibility<br>Description: Check Your Eligibility with a Few Simple Steps & Learn How to Apply for SNAP.<br>Ad final URL: https://texas-benefits.org/Snap/Snap-Eligibility/ | 83,550 | 402,918 | $ 25,937.98 | 22,219.25 | 26.59% |
| 3 | Headline 1: Apply for Section 8 in TX<br>Headline 2: Residential Assistance<br>Description: Find Out if You Qualify for Section 8 and Learn How to Apply with Our Guide.<br>Ad final URL: https://texas-benefits.org/Section-8-Housing/Section8-How-to-Apply/ | 89,343 | 350,974 | $ 24,495.51 | 32,266.97 | 36.12% |
| 4 | Headline 1: Texas Section 8<br>Headline 2: HUD Housing Program<br>Description: Looking for Affordable Housing? You May Be Eligible to Apply for Section 8.<br>Ad final URL: https://texas-benefits.org/Section-8-Housing/Section8-How-to-Apply/ | 66,960 | 391,247 | $ 18,885.19 | 19,027.91 | 28.42% |
| 5 | Headline 1: Apply for Medicaid<br>Headline 2: Check if You're Eligible<br>Description: You May Qualify for Free or Low Cost Care through Medicaid.<br>Ad final URL: https://texas-benefits.org/Medicaid/Medicaid-How-to-apply/ | 71,617 | 506,364 | $ 18,715.43 | 19,907.55 | 27.80% |

| | Ad information | Clicks | Impressions | Cost | Conversions | Conv. rate |
|---|---|---|---|---|---|---|
| 6 | Headline 1: Section 8 Housing<br>Headline 2: For Low Income Families<br>Description: Find Out if Section 8 is Right for You and Apply for Low Income Housing Now.<br>Ad final URL: https://texas-benefits.org/Section-8-Housing/Section8-How-to-Apply/ | 63,159 | 616,890 | $ 17,932.48 | 14,843.51 | 23.50% |
| 7 | Headline 1: Apply for Low Income Housing<br>Headline 2: Residential Assistance<br>Description: Find Out if You Qualify for Section 8 and Learn How to Apply with Our Guide.<br>Ad final URL: https://texas-benefits.org/Section-8-Housing/Section8-How-to-Apply/ | 40,720 | 218,496 | $ 12,558.89 | 14,881.20 | 36.55% |
| 8 | Headline 1: Texas Section 8 Housing<br>Headline 2: Check Your Eligibility<br>Description: Get Our Guide to Find Out if You Qualify for Texas Section 8 Housing Today.<br>Ad final URL: https://texas-benefits.org/Section-8-Housing/Section8-How-to-Apply/ | 38,716 | 248,087 | $ 11,106.77 | 10,952.66 | 28.29% |
| 9 | Headline 1: Unemployment Benefits in Texas<br>Headline 2: File a Claim<br>Description: Learn How to Apply for Unemployment Benefits in Texas. Get Started Now.<br>Ad final URL: https://texas-benefits.org/unemployment/unemployment-how-to-apply/ | 43,767 | 321,940 | $ 10,970.35 | 9,094.93 | 20.78% |
| 10 | Headline 1: TX Food Stamps Application<br>Headline 2: Eligibility Information<br>Description: Applying for Texas SNAP Benefits? Let Us Help You Determine Your Eligibility.<br>Ad final URL: https://texas-benefits.org/Snap/Snap-Eligibility/ | 35,148 | 160,297 | $ 10,481.71 | 9,715.36 | 27.64% |

**Attachment C - Top 10 Google Ads by Cost (account 7679)**

| | Ad information | Clicks | Impressions | Cost | Conversions | Conv. rate |
|---|---|---|---|---|---|---|
| 1 | Headline 1 or Short headline:  --<br>Headline 2 or Long headline:  --<br>Description:  --<br>Ad final URL:  https://section-8-housing.org/ | 1,136,614 | 84,811,325 | $ 349,851.58 | 279,093.00 | 24.55% |
| 2 | Headline 1 or Short headline:  Get Section 8 Housing<br>Headline 2 or Long headline:  Download Your Free Low Income Housing Resource Guide and Learn How to Apply for Section 8.<br>Description:  Check Your Eligibility for Section 8 Housing and Get Started on Your Application.<br>Ad final URL:  https://section-8-housing.org/index.html | 566,167 | 34,223,310 | $ 290,823.30 | 255,387.00 | 45.11% |
| 3 | Headline 1 or Short headline:  Get Section 8 Housing<br>Headline 2 or Long headline:  Download Your Free Low Income Housing Resource Guide and Learn How to Apply for Section 8.<br>Description:  Check Your Eligibility for Section 8 Housing and Get Started on Your Application.<br>Ad final URL:  https://section-8-housing.org/index.html | 400,158 | 30,175,080 | $ 162,599.36 | 175,818.00 | 43.94% |
| 4 | Headline 1 or Short headline:  --<br>Headline 2 or Long headline:  --<br>Description:  --<br>Ad final URL:  https://my-section-8-housing.org/apply/ | 356,928 | 40,313,308 | $ 107,652.62 | 84,184.00 | 23.59% |
| 5 | Headline 1 or Short headline:  Section 8 Housing<br>Headline 2 or Long headline:  Get Your Free Low Income Housing Resource Guide and Learn How to Apply for Section 8.<br>Description:  Check Your Eligibility for Section 8 Housing and Get Started on Your Application.<br>Ad final URL:  http://section-8-housing.org/?utm_source=google&utm_medium=cpc&utm_term=adcopy&utm_campaign=housingdisplay | 266,542 | 16,181,137 | $  94,444.82 | 61,478.00 | 23.07% |

| | Ad information | Clicks | Impressions | Cost | Conversions | Conv. rate |
|---|---|---|---|---|---|---|
| 6 | Headline 1 or Short headline:  Get Section 8 Housing<br>Headline 2 or Long headline:  Download Your Free Low Income Housing Resource Guide and Learn How to Apply for Section 8.<br>Description:  Check Your Eligibility for Section 8 Housing and Get Started on Your Application.<br>Ad final URL:  https://section-8-housing.org/index.html | 211,636 | 23,372,644 | $  90,791.34 | 80,210.00 | 37.90% |
| 7 | Headline 1 or Short headline:  Get Section 8 Housing<br>Headline 2 or Long headline:  Download Your Free Low Income Housing Resource Guide and Learn How to Apply for Section 8.<br>Description:  Check Your Eligibility for Section 8 Housing and Get Started on Your Application.<br>Ad final URL:  https://section-8-housing.org/index.html | 249,700 | 32,579,005 | $  86,016.74 | 83,778.00 | 33.55% |
| 8 | Headline 1 or Short headline:  Get Section 8 Housing<br>Headline 2 or Long headline:  Download Your Free Low Income Housing Resource Guide and Learn How to Apply for Section 8.<br>Description:  Check Your Eligibility for Section 8 Housing and Get Started on Your Application.<br>Ad final URL:  https://section-8-housing.org/index.html | 190,857 | 24,057,651 | $  84,794.17 | 69,239.00 | 36.28% |
| 9 | Headline 1 or Short headline:  Section 8 Housing<br>Headline 2 or Long headline:  Learn How to Enroll<br>Description:  Learn About Section 8 Housing and Waiting Lists Today.<br>Ad final URL:  https://my-section-8-housing.org/apply/ | 369,151 | 46,199,455 | $  83,705.57 | 79,184.00 | 21.45% |
| 10 | Headline 1 or Short headline:  --<br>Headline 2 or Long headline:  --<br>Description:  Learn How To Apply & Check Your Eligibility for Section 8 Housing Near You.<br>Ad final URL:  -- | 235,441 | 1,052,360 | $  81,869.89 | 70,348.63 | 29.88% |

**Attachment D - Top 20 Google Search Keywords by Cost (account 2749)**

| | Search keyword information | Clicks | Impressions | Cost | Impr. (Abs. Top) % | Impr. (Top) % | Conversions | Conv. rate |
|---|---|---|---|---|---|---|---|---|
| 1 | Search keyword:  +section +8<br>Search keyword match type:  Broad<br>Campaign:  TX_Benefits_Section8_ST<br>Ad group:  Section 8 | 172,610 | 1,284,508 | $ 49,448.74 | 31.02% | 52.51% | 50,228.26 | 29.10% |
| 2 | Search keyword:  +food +stamps<br>Search keyword match type:  Broad<br>Campaign:  TX_Benefits_Snap_ST<br>Ad group:  Food_Stamps | 80,895 | 439,566 | $ 26,680.37 | 26.67% | 50.64% | 28,761.56 | 35.55% |
| 3 | Search keyword:  +food +stamp<br>Search keyword match type:  Broad<br>Campaign:  TX_Benefits_Snap_ST<br>Ad group:  Food_Stamps | 93,978 | 482,246 | $ 25,045.03 | 20.46% | 44.29% | 32,562.50 | 34.65% |
| 4 | Search keyword:  food stamps<br>Search keyword match type:  Exact<br>Campaign:  TX_Benefits_Snap_ST<br>Ad group:  Food_Stamps | 78,198 | 208,990 | $ 21,185.07 | 59.17% | 91.30% | 27,396.55 | 35.03% |
| 5 | Search keyword:  +hud<br>Search keyword match type:  Broad<br>Campaign:  TX_Benefits_Section8_ST<br>Ad group:  HUD | 67,567 | 430,681 | $ 19,431.52 | 24.11% | 37.90% | 18,209.31 | 26.95% |
| 6 | Search keyword:  +foodstamps<br>Search keyword match type:  Broad<br>Campaign:  TX_Benefits_Snap_ST<br>Ad group:  Food_Stamps | 57,647 | 254,779 | $ 19,334.23 | 18.78% | 53.86% | 19,981.47 | 34.66% |

| | Search keyword information | Clicks | Impressions | Cost | Impr. (Abs. Top) % | Impr. (Top) % | Conversions | Conv. rate |
|---|---|---|---|---|---|---|---|---|
| 7 | Search keyword: medicaid<br>Search keyword match type: Exact<br>Campaign: TX_Benefits_Medicaid_ST<br>Ad group: Medicaid | 68,426 | 404,665 | $ 18,298.08 | 15.65% | 56.94% | 19,297.68 | 28.20% |
| 8 | Search keyword: +unemployment<br>Search keyword match type: Broad<br>Campaign: TX_Benefits_Unemployment_ST<br>Ad group: Unemployment | 60,100 | 451,300 | $ 15,044.70 | 2.09% | 17.95% | 14,239.66 | 23.69% |
| 9 | Search keyword: food stamps<br>Search keyword match type: Exact<br>Campaign: TX_Benefits_Snap_ST<br>Ad group: Food Stamps - EX | 52,219 | 173,188 | $ 12,613.81 | 0.00% | 0.00% | 16,746.05 | 32.07% |
| 10 | Search keyword: +low +income +housing<br>Search keyword match type: Broad<br>Campaign: TX_Benefits_Section8_ST<br>Ad group: Low Income | 35,666 | 214,186 | $ 11,051.81 | 19.81% | 39.78% | 12,203.99 | 34.22% |
| 11 | Search keyword: +texas +unemployment<br>Search keyword match type: Broad<br>Campaign: TX_Benefits_Unemployment_US<br>Ad group: Unemployment | 34,830 | 171,555 | $ 10,426.75 | 23.08% | 52.84% | 6,928.36 | 19.89% |
| 12 | Search keyword: unemployment<br>Search keyword match type: Exact<br>Campaign: TX_Benefits_Unemployment_ST<br>Ad group: Unemployment - EX | 19,726 | 83,959 | $  7,207.06 | 0.00% | 0.00% | 4,381.84 | 22.21% |

| | Search keyword information | Clicks | Impressions | Cost | Impr. (Abs. Top) % | Impr. (Top) % | Conversions | Conv. rate |
|---|---|---|---|---|---|---|---|---|
| 13 | Search keyword: section 8<br>Search keyword match type: Exact<br>Campaign: TX_Benefits_Section8_ST<br>Ad group: Section 8 | 26,587 | 103,645 | $ 6,952.61 | 64.87% | 94.86% | 9,072.00 | 34.12% |
| 14 | Search keyword: section 8 housing<br>Search keyword match type: Exact<br>Campaign: TX_Benefits_Section8_ST<br>Ad group: Housing | 24,954 | 113,738 | $ 6,847.36 | 48.14% | 91.39% | 8,195.45 | 32.84% |
| 15 | Search keyword: +medicaid<br>Search keyword match type: Broad<br>Campaign: TX_Benefits_Medicaid_ST<br>Ad group: Medicaid - BM | 24,780 | 226,667 | $ 6,513.17 | 0.00% | 0.00% | 6,819.06 | 27.52% |
| 16 | Search keyword: +medicaid<br>Search keyword match type: Broad<br>Campaign: TX_Benefits_Medicaid_ST<br>Ad group: Medicaid | 24,868 | 263,437 | $ 6,481.41 | 4.95% | 23.84% | 6,839.88 | 27.50% |
| 17 | Search keyword: medicaid application<br>Search keyword match type: Exact<br>Campaign: TX_Benefits_Medicaid_ST<br>Ad group: Application | 24,289 | 84,960 | $ 6,195.59 | 21.82% | 82.39% | 7,878.20 | 32.44% |
| 18 | Search keyword: +pregnancy +medicaid<br>Search keyword match type: Broad<br>Campaign: TX_Benefits_Medicaid_ST<br>Ad group: Pregnant | 25,796 | 130,211 | $ 6,163.73 | 12.36% | 38.49% | 5,863.74 | 22.73% |
| 19 | Search keyword: +foodstamp<br>Search keyword match type: Broad<br>Campaign: TX_Benefits_Snap_ST<br>Ad group: Food_Stamps | 15,417 | 91,447 | $ 5,723.62 | 14.36% | 40.27% | 4,662.77 | 30.24% |

| | Search keyword information | Clicks | Impressions | Cost | Impr. (Abs. Top) % | Impr. (Top) % | Conversions | Conv. rate |
|---|---|---|---|---|---|---|---|---|
| 20 | <u>Search keyword</u>:  texas food stamps <br> <u>Search keyword match type</u>:  Exact <br> <u>Campaign</u>:  TX_Benefits_Snap_US <br> <u>Ad group</u>:  Food_Stamps | 26,971 | 81,888 | $  5,615.59 | 54.23% | 78.70% | 7,511.76 | 27.85% |

**Attachment E - Top 20 Google Search Keywords by Cost (account 7679)**

| | Search keyword information | Clicks | Impressions | Cost | Impr. (Abs. Top) % | Impr. (Top) % | Conversions | Conv. rate |
|---|---|---|---|---|---|---|---|---|
| 1 | Search keyword: cheap housing<br>Search keyword match type: Broad<br>Campaign: Search_NM_Section-8_US_OLD<br>Ad group: Housing | 83,855 | 420,330 | $ 57,448.74 | 9.77% | 22.70% | 47,409.09 | 56.54% |
| 2 | Search keyword: +section +8<br>Search keyword match type: Broad<br>Campaign: Search_CA_Section-8_ST_OLD<br>Ad group: Section 8 - BM | 178,331 | 1,432,231 | $ 40,407.47 | 0.00% | 0.00% | 23,561.80 | 13.21% |
| 3 | Search keyword: section 8<br>Search keyword match type: Exact<br>Campaign: Search_CA_Section-8_ST_OLD<br>Ad group: Section_8 | 192,309 | 626,562 | $ 36,181.53 | 80.00% | 96.53% | 39,742.28 | 20.67% |
| 4 | Search keyword: +section +8<br>Search keyword match type: Broad<br>Campaign: Search_FL_Section-8_ST_OLD<br>Ad group: Section 8 - BM | 113,183 | 823,149 | $ 22,408.31 | 0.00% | 0.00% | 14,204.49 | 12.55% |
| 5 | Search keyword: section 8<br>Search keyword match type: Exact<br>Campaign: Search_FL_Section-8_ST_OLD<br>Ad group: Section_8 | 94,634 | 296,032 | $ 18,544.91 | 92.30% | 97.32% | 20,136.24 | 21.28% |
| 6 | Search keyword: housing apartment application<br>Search keyword match type: Broad<br>Campaign: Search_AL_Section-8_US_OLD<br>Ad group: HUD | 29,192 | 158,434 | $ 17,068.45 | 30.56% | 44.32% | 14,858.15 | 50.90% |

| | Search keyword information | Clicks | Impressions | Cost | Impr. (Abs. Top) % | Impr. (Top) % | Conversions | Conv. rate |
|---|---|---|---|---|---|---|---|---|
| 7 | Search keyword:  +section +8<br>Search keyword match type:  Broad<br>Campaign:  Search_FL_Section-8_ST_OLD<br>Ad group:  Section_8 | 45,619 | 284,535 | $ 15,208.03 | 38.48% | 47.32% | 8,573.90 | 18.79% |
| 8 | Search keyword:  +housing<br>Search keyword match type:  Broad<br>Campaign:  Search_CA_Section-8_ST_OLD<br>Ad group:  Housing | 40,105 | 419,484 | $ 14,602.32 | 21.38% | 34.24% | 11,831.50 | 29.50% |
| 9 | Search keyword:  section 8<br>Search keyword match type:  Exact<br>Campaign:  Search_NY_Section-8_ST_OLD<br>Ad group:  Section_8 | 73,645 | 275,830 | $ 14,543.55 | 65.83% | 95.12% | 14,248.67 | 19.35% |
| 10 | Search keyword:  +housing<br>Search keyword match type:  Broad<br>Campaign:  Search_FL_Section-8_ST_OLD<br>Ad group:  Housing | 36,606 | 322,411 | $ 14,530.91 | 26.83% | 39.99% | 10,634.52 | 29.05% |
| 11 | Search keyword:  +housing<br>Search keyword match type:  Broad<br>Campaign:  Search_IL_Section-8_ST_OLD<br>Ad group:  Housing | 29,955 | 287,686 | $ 14,143.48 | 30.02% | 40.61% | 10,028.74 | 33.48% |
| 12 | Search keyword:  section 8 housing<br>Search keyword match type:  Exact<br>Campaign:  Search_CA_Section-8_ST_OLD<br>Ad group:  Housing | 74,886 | 276,695 | $ 13,914.63 | 71.68% | 92.64% | 12,201.76 | 16.29% |
| 13 | Search keyword:  +housing<br>Search keyword match type:  Broad<br>Campaign:  Search_PA_Section-8_ST_OLD<br>Ad group:  Housing | 30,129 | 241,736 | $ 13,533.10 | 36.74% | 47.82% | 9,001.12 | 29.88% |

| | Search keyword information | Clicks | Impressions | Cost | Impr. (Abs. Top) % | Impr. (Top) % | Conversions | Conv. rate |
|---|---|---|---|---|---|---|---|---|
| 14 | Search keyword:  +section +8<br>Search keyword match type:  Broad<br>Campaign:  Search_CA_Section-8_ST_OLD<br>Ad group:  Section_8 | 40,893 | 309,249 | $ 13,402.50 | 32.90% | 43.28% | 8,643.53 | 21.14% |
| 15 | Search keyword:  section 8<br>Search keyword match type:  Broad<br>Campaign:  Search_US_New<br>Ad group:  Apply | 30,960 | 204,539 | $ 13,369.24 | 34.07% | 77.10% | 10,472.97 | 33.83% |
| 16 | Search keyword:  +section +8<br>Search keyword match type:  Broad<br>Campaign:  Search_PA_Section-8_ST_OLD<br>Ad group:  Section_8 | 31,348 | 193,317 | $ 12,664.50 | 48.61% | 56.38% | 6,648.57 | 21.21% |
| 17 | Search keyword:  +housing<br>Search keyword match type:  Broad<br>Campaign:  Search_TX_Section-8_ST_OLD<br>Ad group:  Housing | 40,885 | 372,040 | $ 12,278.55 | 21.67% | 37.66% | 13,611.16 | 33.29% |
| 18 | Search keyword:  +section +8<br>Search keyword match type:  Broad<br>Campaign:  Search_SC_Section-8_ST_OLD<br>Ad group:  Section_8 | 50,123 | 314,544 | $ 11,070.25 | 41.68% | 53.19% | 9,638.24 | 19.23% |
| 19 | Search keyword:  section 8<br>Search keyword match type:  Exact<br>Campaign:  Search_IL_Section-8_ST_OLD<br>Ad group:  Section_8 | 50,127 | 170,188 | $ 10,109.20 | 94.46% | 98.13% | 12,104.83 | 24.15% |
| 20 | Search keyword:  +section +8<br>Search keyword match type:  Broad<br>Campaign:  Search_IL_Section-8_ST_OLD<br>Ad group:  Section_8 | 25,444 | 202,888 | $  9,901.73 | 46.73% | 55.93% | 5,945.95 | 23.37% |

**Attachment F - Top 20 Microsoft Search Keywords by Spend ("Car Reg States" account)**

| | Search keyword information | Impressions | Clicks | Spend | Conversions | Conversion rate (Conv./Clicks) |
|---|---|---|---|---|---|---|
| 1 | Keyword:  www.dmv.pa.gov. <br> Bid match type:  Exact <br> Campaign name:  PA_Car_Registration_ST <br> Ad group:  CR - DMV <br> Final URL: <br> http://pennsylvaniadriverslicenses.org/registration/new-registration.html | 81,413 | 29,370 | $ 40,006.95 | 6,528 | 22% |
| 2 | Keyword:  www.dmv.pa.gov last registration <br> Bid match type:  Broad <br> Campaign name:  PA_Car_Registration_ST <br> Ad group:  CR - DMV <br> Final URL: <br> http://pennsylvaniadriverslicenses.org/registration/new-registration.html | 110,312 | 17,429 | $ 18,784.36 | 1,098 | 6% |
| 3 | Keyword:  www.dmv;pa.gov <br> Bid match type:  Exact <br> Campaign name:  PA_Car_Registration_ST <br> Ad group:  CR - DMV <br> Final URL: <br> http://pennsylvaniadriverslicenses.org/registration/new-registration.html | 40,294 | 13,263 | $ 17,648.03 | 2,911 | 22% |
| 4 | Keyword:  state registration <br> Bid match type:  Broad <br> Campaign name:  PA_Car_Registration_ST <br> Ad group:  CR - DMV <br> Final URL: <br> http://pennsylvaniadriverslicenses.org/registration/new-registration.html | 116,343 | 12,832 | $ 12,993.99 | 397 | 3% |

| | Search keyword information | Impressions | Clicks | Spend | Conversions | Conversion rate (Conv./Clicks) |
|---|---|---|---|---|---|---|
| 5 | Keyword:  www...texas.gov<br>Bid match type:  Exact<br>Campaign name:  TX_Car_Registration_ST<br>Ad group:  CR - Renew<br>Final URL:  http://texasdriverslicenses.org/registration/renew-registration.html | 27,785 | 6,844 | $ 12,400.66 | 1,241 | 18% |
| 6 | Keyword:  car registration pa dmv<br>Bid match type:  Broad<br>Campaign name:  PA_Car_Registration_ST<br>Ad group:  CR - DMV<br>Final URL:<br>http://pennsylvaniadriverslicenses.org/registration/new-registration.html | 75,951 | 10,604 | $ 10,611.27 | 458 | 4% |
| 7 | Keyword:  car registration renewal in Pennsylvania<br>Bid match type:  Broad<br>Campaign name:  PA_Car_Registration_US<br>Ad group:  CR - Renew<br>Final URL:<br>http://pennsylvaniadriverslicenses.org/registration/renew-registration.html | 284,063 | 12,007 | $  8,100.42 | 562 | 5% |
| 8 | Keyword:  www.ncdot.gov/dmv/online<br>Bid match type:  Broad<br>Campaign name:  NC_Car_Registration_US<br>Ad group:  CR - DMV - DOT<br>Final URL:<br>http://northcarolinadriverslicense.org/registration/new-registration.html | 271,545 | 6,391 | $  7,088.53 | 341 | 5% |

| | Search keyword information | Impressions | Clicks | Spend | Conversions | Conversion rate (Conv./Clicks) |
|---|---|---|---|---|---|---|
| 9 | Keyword: www.njmvc.gov<br>Bid match type: Exact<br>Campaign name: NJ_Car_Registration_ST<br>Ad group: CR - DMV<br>Final URL:<br>http://newjerseydriverslicense.org/registration/new-registration.html | 61,617 | 11,804 | $ 6,581.54 | 1,533 | 13% |
| 10 | Keyword: www.texas.gov<br>Bid match type: Exact<br>Campaign name: TX_Car_Registration_ST<br>Ad group: CR - Renew<br>Final URL: http://texasdriverslicenses.org/registration/renew-registration.html | 162,751 | 8,755 | $ 6,455.63 | 1,146 | 13% |
| 11 | Keyword: dol.wa.gov<br>Bid match type: Exact<br>Campaign name: WA_Car_Registration_ST<br>Ad group: CR - DMV - DOL<br>Final URL:<br>http://washingtondriverslicense.org/registration/new-registration.html | 91,365 | 7,971 | $ 6,402.53 | 1,084 | 14% |
| 12 | Keyword: www.dmv.pa.gov license renewal  photo centers<br>Bid match type: Exact<br>Campaign name: PA_Car_Registration_ST<br>Ad group: CR - DMV<br>Final URL:<br>http://pennsylvaniadriverslicenses.org/registration/new-registration.html | 17,412 | 7,270 | $ 6,367.69 | 1,648 | 23% |

| | Search keyword information | Impressions | Clicks | Spend | Conversions | Conversion rate (Conv./Clicks) |
|---|---|---|---|---|---|---|
| 13 | Keyword:  www.dmv.pa.gov registration renewal<br>Bid match type:  Exact<br>Campaign name:  PA_Car_Registration_ST<br>Ad group:  CR - Renew<br>Final URL:<br>http://pennsylvaniadriverslicenses.org/registration/renew-registration.html | 21,215 | 9,130 | $  6,171.68 | 2,120 | 23% |
| 14 | Keyword:  www.ncdot.gov dmv online<br>Bid match type:  Exact<br>Campaign name:  NC_Car_Registration_ST<br>Ad group:  CR - Renew<br>Final URL:<br>http://northcarolinadriverslicense.org/registration/renew-registration.html | 16,448 | 8,809 | $  5,958.53 | 1,831 | 21% |
| 15 | Keyword:  registration renewal texas<br>Bid match type:  Broad<br>Campaign name:  TX_Car_Registration_ST<br>Ad group:  CR - Renew<br>Final URL:  http://texasdriverslicenses.org/registration/renew-registration.html | 127,377 | 9,455 | $  5,633.77 | 245 | 3% |
| 16 | Keyword:  mydmv.arkansas.gov<br>Bid match type:  Exact<br>Campaign name:  AR_Car_Registration_ST<br>Ad group:  CR - DMV<br>Final URL:  http://arkansasdriverslicense.org/registration/new-registration.html | 11,056 | 4,778 | $  5,431.61 | 1,025 | 21% |

| | Search keyword information | Impressions | Clicks | Spend | Conversions | Conversion rate (Conv./Clicks) |
|---|---|---|---|---|---|---|
| 17 | Keyword: .dmv.pa.gov<br>Bid match type: Exact<br>Campaign name: PA_Car_Registration_ST<br>Ad group: CR - DMV<br>Final URL:<br>http://pennsylvaniadriverslicenses.org/registration/new-registration.html | 19,595 | 5,464 | $ 5,264.28 | 1,042 | 19% |
| 18 | Keyword: dmv virginia<br>Bid match type: Exact<br>Campaign name: VA_Car_Registration_ST<br>Ad group: CR - DMV<br>Final URL: http://virginiadriverslicense.org/registration/new-registration.html | 19,525 | 6,584 | $ 4,658.68 | 732 | 11% |
| 19 | Keyword: penndot registration renewal<br>Bid match type: Exact<br>Campaign name: PA_Car_Registration_ST<br>Ad group: CR - Renew<br>Final URL:<br>http://pennsylvaniadriverslicenses.org/registration/renew-registration.html | 35,674 | 8,764 | $ 4,598.61 | 685 | 8% |
| 20 | Keyword: pa registration renewal<br>Bid match type: Exact<br>Campaign name: PA_Car_Registration_ST<br>Ad group: CR - Renew<br>Final URL:<br>http://pennsylvaniadriverslicenses.org/registration/renew-registration.html | 16,764 | 5,986 | $ 3,692.27 | 561 | 9% |

**Attachment G - Top 20 Microsoft Search Keywords by Spend ("License Site" account)**

| | Search keyword information | Impressions | Clicks | Spend | Conversions | Conversion rate (Conv./Clicks) |
|---|---|---|---|---|---|---|
| 1 | Keyword:  www.dmv.ca.gov<br>Bid match type:  Exact<br>Campaign name:  CA_Driver_License_ST<br>Ad group:  DMV<br>Final URL:  http://californiadrivers.org/dmv-services.html | 623,039 | 240,902 | $ 136,525.74 | 23,742 | 10% |
| 2 | Keyword:  dmv.<br>Bid match type:  Exact<br>Campaign name:  CA_Driver_License_ST<br>Ad group:  DMV<br>Final URL:  http://californiadrivers.org/dmv-services.html | 609,563 | 138,081 | $  63,202.23 | 7,214 | 5% |
| 3 | Keyword:  dmv california<br>Bid match type:  Exact<br>Campaign name:  CA_Driver_License_ST<br>Ad group:  DMV<br>Final URL:  http://californiadrivers.org/dmv-services.html | 525,284 | 134,002 | $  61,001.40 | 5,404 | 4% |
| 4 | Keyword:  dmv<br>Bid match type:  Exact<br>Campaign name:  CA_Driver_License_ST<br>Ad group:  DMV<br>Final URL:  http://californiadrivers.org/dmv-services.html | 633,597 | 143,927 | $  57,894.78 | 4,611 | 3% |
| 5 | Keyword:  renew driver license<br>Bid match type:  Broad<br>Campaign name:  TX_Driver_License_ST<br>Ad group:  Renew<br>Final URL:  http://texasdriverslicenses.org/licenses/renew-drivers-license.html | 536,347 | 60,952 | $  57,861.51 | 1,911 | 3% |

| | Search keyword information | Impressions | Clicks | Spend | Conversions | Conversion rate (Conv./Clicks) |
|---|---|---|---|---|---|---|
| 6 | Keyword: driver license<br>Bid match type: Broad<br>Campaign name: FL_Driver_License_ST<br>Ad group: Drivers License<br>Final URL: http://floridadriverslicenses.org/licenses/main.html | 388,171 | 55,332 | $ 39,436.75 | 2,152 | 4% |
| 7 | Keyword: nc dmv<br>Bid match type: Exact<br>Campaign name: NC_Driver_License_ST<br>Ad group: DMV<br>Final URL: http://northcarolinadriverslicense.org/dmv-services.html | 269,765 | 90,757 | $ 38,460.12 | 7,619 | 8% |
| 8 | Keyword: florida dmv<br>Bid match type: Exact<br>Campaign name: FL_Driver_License_ST<br>Ad group: DMV<br>Final URL: http://floridadriverslicenses.org/dmv-services.html | 171,535 | 68,439 | $ 31,473.37 | 3,126 | 5% |
| 9 | Keyword: dmv<br>Bid match type: Broad<br>Campaign name: CA_Driver_License_ST<br>Ad group: DMV<br>Final URL: http://californiadrivers.org/dmv-services.html | 619,469 | 59,441 | $ 29,761.57 | 717 | 1% |
| 10 | Keyword: california dmv<br>Bid match type: Exact<br>Campaign name: CA_Driver_License_ST<br>Ad group: DMV<br>Final URL: http://californiadrivers.org/dmv-services.html | 316,237 | 73,063 | $ 28,787.51 | 2,771 | 4% |

| | Search keyword information | Impressions | Clicks | Spend | Conversions | Conversion rate (Conv./Clicks) |
|---|---|---|---|---|---|---|
| 11 | Keyword: dmv<br>Bid match type: Broad<br>Campaign name: NC_Driver_License_ST<br>Ad group: DMV<br>Final URL: http://northcarolinadriverslicense.org/dmv-services.html | 286,946 | 49,304 | $ 25,188.54 | 2,418 | 5% |
| 12 | Keyword: penndot<br>Bid match type: Exact<br>Campaign name: PA_Driver_License_ST<br>Ad group: DMV<br>Final URL: http://pennsylvaniadriverslicenses.org/dmv-services.html | 316,392 | 69,182 | $ 20,473.44 | 3,442 | 5% |
| 13 | Keyword: ca dmv<br>Bid match type: Exact<br>Campaign name: CA_Driver_License_ST<br>Ad group: DMV<br>Final URL: http://californiadrivers.org/dmv-services.html | 235,034 | 42,529 | $ 20,125.39 | 1,164 | 3% |
| 14 | Keyword: +dmv<br>Bid match type: Broad<br>Campaign name: CA_Driver_License_ST<br>Ad group: DMV<br>Final URL: http://californiadrivers.org/dmv-services.html | 269,682 | 33,790 | $ 19,438.68 | 1,180 | 3% |
| 15 | Keyword: dmv renewal<br>Bid match type: Exact<br>Campaign name: CA_Driver_License_ST<br>Ad group: Renew<br>Final URL: http://californiadrivers.org/licenses/renew-drivers-license.html | 125,021 | 35,179 | $ 19,141.25 | 2,103 | 6% |

| | Search keyword information | Impressions | Clicks | Spend | Conversions | Conversion rate (Conv./Clicks) |
|---|---|---|---|---|---|---|
| 16 | <u>Keyword</u>:  mass rmv<br><u>Bid match type</u>:  Exact<br><u>Campaign name</u>:  MA_Driver_License_ST<br><u>Ad group</u>:  DMV<br><u>Final URL</u>:  http://massachusettsdriverslicense.org/dmv-services.html | 105,584 | 36,739 | $  19,095.35 | 1,373 | 4% |
| 17 | <u>Keyword</u>:  dmv florida<br><u>Bid match type</u>:  Exact<br><u>Campaign name</u>:  FL_Driver_License_ST<br><u>Ad group</u>:  DMV<br><u>Final URL</u>:  http://floridadriverslicenses.org/dmv-services.html | 95,812 | 43,010 | $  18,968.56 | 1,941 | 5% |
| 18 | <u>Keyword</u>:  gorenew.com<br><u>Bid match type</u>:  Exact<br><u>Campaign name</u>:  FL_Driver_License_ST<br><u>Ad group</u>:  Renew<br><u>Final URL</u>:<br>http://floridadriverslicenses.org/licenses/renew-drivers-license.html | 49,605 | 31,050 | $  18,295.10 | 8,064 | 26% |
| 19 | <u>Keyword</u>:  www.dmv.pa.gov<br><u>Bid match type</u>:  Exact<br><u>Campaign name</u>:  PA_Driver_License_US<br><u>Ad group</u>:  DMV<br><u>Final URL</u>:  http://pennsylvaniadriverslicenses.org/dmv-services.html | 128,701 | 32,543 | $  17,081.78 | 2,716 | 8% |

| | Search keyword information | Impressions | Clicks | Spend | Conversions | Conversion rate (Conv./Clicks) |
|---|---|---|---|---|---|---|
| 20 | <u>Keyword</u>:  texas dept public safety driver's license<br><u>Bid match type</u>:  Broad<br><u>Campaign name</u>:  TX_Driver_License_ST<br><u>Ad group</u>:  Drivers License<br><u>Final URL</u>:  http://texasdriverslicenses.org/licenses/new-drivers-license.html | 152,578 | 24,354 | $  16,768.52 | 686 | 3% |