**UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

**CORRECTION**
July 14, 2021

For rules and forms visit
www.ca11.uscourts.gov

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number:  20-10790-W
Case Style:  Federal Trade Commission v. Burton Katz, et al
District Court Docket No:  1:19-cv-25046-RNS

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

**This notice does not apply to Appellants, Robert Zangrillo, Dragon Global Management LLC, Dragon Global Holdings LLC, Dragon Global LLC and On Point Captial Partners LLC.  Oral argument will remain to be held on July 22 for these appellants.**

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Valerie L Geddis
Phone #: (404) 335-6143

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-10790-W

_____

FEDERAL TRADE COMMISSION,

                                                      Plaintiff - Appellee,

versus

ON POINT GLOBAL LLC,
a limited liability company
d.b.a. On Point,
ON POINT EMPLOYMENT LLC,
a limited liability company, et al.,

                                                      Defendants - Appellants.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

Before: JORDAN, JILL PRYOR, and TJOFLAT, Circuit Judges.

BY THE COURT:

      Unopposed Joint Motion of Appellants for Voluntary Dismissal of Appeal is GRANTED, with the parties bearing their own costs.