**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 19-CV-25046-Scola**

FEDERAL TRADE COMMISSION,

     Plaintiff,

     v.

ON POINT GLOBAL LLC, *et al.*,

     Defendants.

**EXHIBIT B:  PLAINTIFF'S WITNESS LIST**

     The FTC expects to call or may call the following non-expert witnesses at the trial scheduled in the above-captioned matter and the contemporaneously-scheduled show cause hearing in *FTC v. Acquinity Interactive, LLC*, Case No. 14-cv-60166 (S.D. Fla.) ("*Acquinity*"):

| | **Witness Name and Address** | **Will call or may call** |
|---|---|---|
| 1. | Lashanda Freeman, Federal Trade Investigator<br>c/o Federal Trade Commission<br>Attn: Sarah Waldrop<br>600 Pennsylvania Ave. NW<br>Mailstop CC-9528<br>Washington, DC 20580 | Will call |
| 2. | E. Anne Miles, Federal Trade Commission Data Analyst<br>c/o Federal Trade Commission<br>Attn: Sarah Waldrop<br>600 Pennsylvania Ave. NW<br>Mailstop CC-9528<br>Washington, DC 20580 | Will call |

| | Witness Name and Address | Will call or may call |
|---|---|---|
| 3. | Adam Rottner, Federal Trade Investigator<br>c/o Federal Trade Commission<br>Attn: Sarah Waldrop<br>600 Pennsylvania Ave. NW<br>Mailstop CC-9528<br>Washington, DC 20580 | May call |
| 4. | Christopher Hundycz, Federal Trade Commission Visual Information Specialist<br>c/o Federal Trade Commission<br>Attn: Sarah Waldrop<br>600 Pennsylvania Ave. NW<br>Mailstop CC-9528<br>Washington, DC 20580 | May call |
| 5. | Daniel Gillenwater, Federal Trade Digital Investigative Analyst<br>c/o Federal Trade Commission<br>Attn: Sarah Waldrop<br>600 Pennsylvania Ave. NW<br>Mailstop CC-9528<br>Washington, DC 20580 | May call |
| 6. | Richard Kaplan, Federal Trade Commission Technical Computer Forensic Examiner<br>c/o Federal Trade Commission<br>Attn: Sarah Waldrop<br>600 Pennsylvania Ave. NW<br>Mailstop CC-9528<br>Washington, DC 20580 | May call |
| 7. | Roberto Menjivar, Federal Trade Investigator<br>c/o Federal Trade Commission<br>Attn: Sarah Waldrop<br>600 Pennsylvania Ave. NW<br>Mailstop CC-9528<br>Washington, DC 20580 | May call |

|     | Witness Name and Address | Will call or may call |
| --- | --- | --- |
| 8.  | Thomas Van Wazer, Federal Trade Commission Forensic Accountant<br>c/o Federal Trade Commission<br>Attn: Sarah Waldrop<br>600 Pennsylvania Ave. NW<br>Mailstop CC-9528<br>Washington, DC 20580 | May call |
| 9.  | Melanie Damien, Receiver<br>c/o Damian & Valori LLP<br>Attn: Kenneth Murena, Esq.<br>1000 Brickell Ave, Ste. 1020<br>Miami, FL 33131<br>305-371-3960 | Will call |
| 10. | Martin Elliot, Global Head of Franchise Risk Management<br>c/o Visa, Inc.<br>Attn:  Jo-Ann Quintana, Counsel, or David Bitar, Paralegal<br>900 Metro Center Blvd<br>Foster City, CA 94404 | May call |
| 11. | Burton Katz (live and by deposition)<br>c/o BakerHostetler<br>Attn: Thomas Donaho<br>45 Rockefeller Plaza<br>New York, NY 10111 | Will call |
| 12. | Robert Zangrillo (live and by deposition)<br>c/o Boies Schiller Flexner LLP<br>Attn: Matthew Schwartz<br>4 55 Hudson Yards<br>New York, NY 10001 | Will call |
| 13. | Brent Levison (live and by deposition)<br>c/o BakerHostetler<br>Attn: Thomas Donaho<br>45 Rockefeller Plaza<br>New York, NY 10111 | Will call |

|  | Witness Name and Address | Will call or may call |
|---|---|---|
| 14. | Elisha Rothman (live and by deposition)<br>c/o BakerHostetler<br>Attn: Thomas Donaho<br>45 Rockefeller Plaza<br>New York, NY 10111 | Will call |
| 15. | Christopher Sherman (live and by deposition)<br>c/o BakerHostetler<br>Attn: Thomas Donaho<br>45 Rockefeller Plaza<br>New York, NY 10111 | Will call |
| 16. | Arlene Mahon (live and by deposition)<br>c/o McArdle, Perez & Franco P.L.<br>Attn:  Xavier A. Franco<br>255 Alhambra Circle, STE 925<br>Coral Gables, FL 33134 | May call |
| 17. | Charles Ohana<br>c/o Melanie Damian, Receiver<br>Damian & Valori LLP<br>1000 Brickell Ave, Ste. 1020<br>Miami, FL 33131<br>305-371-3960 | May call |
| 18. | Alicia Nuche<br>c/o Melanie Damian, Receiver<br>Damian & Valori LLP<br>1000 Brickell Ave, Ste. 1020<br>Miami, FL 33131<br>305-371-3960 | May call |
| 19. | Charlie Eissa<br>c/o Melanie Damian, Receiver<br>Damian & Valori LLP<br>1000 Brickell Ave, Ste. 1020<br>Miami, FL 33131<br>305-371-3960 | May call |

|     | Witness Name and Address | Will call or may call |
|-----|--------------------------|-----------------------|
| 20. | Christopher Jalil<br>c/o Melanie Damian, Receiver<br>Damian & Valori LLP<br>1000 Brickell Ave, Ste. 1020<br>Miami, FL 33131<br>305-371-3960 | May call |
| 21. | Danielle Ciolfi<br>c/o Melanie Damian, Receiver<br>Damian & Valori LLP<br>1000 Brickell Ave, Ste. 1020<br>Miami, FL 33131<br>305-371-3960 | May call |
| 22. | Gabriel Penaloza<br>c/o Melanie Damian, Receiver<br>Damian & Valori LLP<br>1000 Brickell Ave, Ste. 1020<br>Miami, FL 33131<br>305-371-3960 | May call |
| 23. | Gerardo Bautista<br>c/o Melanie Damian, Receiver<br>Damian & Valori LLP<br>1000 Brickell Ave, Ste. 1020<br>Miami, FL 33131<br>305-371-3960 | May call |
| 24. | Juan Ignacio Lussich<br>c/o Melanie Damian, Receiver<br>Damian & Valori LLP<br>1000 Brickell Ave, Ste. 1020<br>Miami, FL 33131<br>305-371-3960 | May call |
| 25. | Karla Jinesta<br>c/o Melanie Damian, Receiver<br>Damian & Valori LLP<br>1000 Brickell Ave, Ste. 1020<br>Miami, FL 33131<br>305-371-3960 | May call |

| | Witness Name and Address | Will call or may call |
|---|---|---|
| 26. | Neal Sainani<br>c/o Melanie Damian, Receiver<br>Damian & Valori LLP<br>1000 Brickell Ave, Ste. 1020<br>Miami, FL 33131<br>305-371-3960 | May call |
| 27. | Paola Zuluaga<br>c/o Melanie Damian, Receiver<br>Damian & Valori LLP<br>1000 Brickell Ave, Ste. 1020<br>Miami, FL 33131<br>305-371-3960 | May call |
| 28. | Ramiro Baluga<br>c/o Melanie Damian, Receiver<br>Damian & Valori LLP<br>1000 Brickell Ave, Ste. 1020<br>Miami, FL 33131<br>305-371-3960 | May call |
| 29. | Robert Bellack<br>c/o Melanie Damian, Receiver<br>Damian & Valori LLP<br>1000 Brickell Ave, Ste. 1020<br>Miami, FL 33131<br>305-371-3960 | May call |
| 30. | Sara Catanzano<br>c/o Melanie Damian, Receiver<br>Damian & Valori LLP<br>1000 Brickell Ave, Ste. 1020<br>Miami, FL 33131<br>305-371-3960 | May call |
| 31. | Sarah Dunn<br>c/o Melanie Damian, Receiver<br>Damian & Valori LLP<br>1000 Brickell Ave, Ste. 1020<br>Miami, FL 33131<br>305-371-3960 | May call |

|  | Witness Name and Address | Will call or may call |
|---|---|---|
| 32. | Sarai Jaimes<br>c/o Melanie Damian, Receiver<br>Damian & Valori LLP<br>1000 Brickell Ave, Ste. 1020<br>Miami, FL 33131<br>305-371-3960 | May call |
| 33. | Steven Alonzo Hussey<br>c/o Melanie Damian, Receiver<br>Damian & Valori LLP<br>1000 Brickell Ave, Ste. 1020<br>Miami, FL 33131<br>305-371-3960 | May call |
| 34. | Taylor Corson<br>c/o Melanie Damian, Receiver<br>Damian & Valori LLP<br>1000 Brickell Ave, Ste. 1020<br>Miami, FL 33131<br>305-371-3960 | May call |
| 35. | Tehilla Drori<br>c/o Melanie Damian, Receiver<br>Damian & Valori LLP<br>1000 Brickell Ave, Ste. 1020<br>Miami, FL 33131<br>305-371-3960 | May call |
| 36. | Victoria Lorido<br>c/o Melanie Damian, Receiver<br>Damian & Valori LLP<br>1000 Brickell Ave, Ste. 1020<br>Miami, FL 33131<br>305-371-3960 | May call |
| 37. | Diana (Dede) Loftus<br>c/o Boies Schiller Flexner LLP<br>Attn: Matthew Schwartz<br>4 55 Hudson Yards<br>New York, NY 10001 | May call |

|     | Witness Name and Address | Will call or may call |
| --- | --- | --- |
| 38. | Megan Black<br>c/o Boies Schiller Flexner LLP<br>Attn: Matthew Schwartz<br>4 55 Hudson Yards<br>New York, NY 10001 | May call |
| 39. | Bryce Johnson<br>c/o Boies Schiller Flexner LLP<br>Attn: Matthew Schwartz<br>4 55 Hudson Yards<br>New York, NY 10001 | May call |
| 40. | Michael McCracken<br>c/o Boies Schiller Flexner LLP<br>Attn: Matthew Schwartz<br>4 55 Hudson Yards<br>New York, NY 10001 | May call |
| 41. | Bruce Weil<br>c/o Boies Schiller Flexner LLP<br>Attn: Matthew Schwartz<br>4 55 Hudson Yards<br>New York, NY 10001 | May call |
| 42. | Alexa Zangrillo<br>c/o Boies Schiller Flexner LLP<br>Attn: Matthew Schwartz<br>4 55 Hudson Yards<br>New York, NY 10001 | May call |
| 43. | Amber Zangrillo<br>c/o Boies Schiller Flexner LLP<br>Attn: Matthew Schwartz<br>4 55 Hudson Yards<br>New York, NY 10001 | May call |
| 44. | Emily Paulshock<br>Unknown | May call |
| 45. | Molly O'Shea<br>Unknown | May call |

|     | Witness Name and Address | Will call or may call |
| --- | --- | --- |
| 46. | Alex Soltani<br>c/o Skyview Capital, LLC<br>8th Floor North Tower, 2000 Avenue of the Stars<br>Los Angeles, CA 90067 | May call |
| 47. | Robert Hoff<br>c/o Crosspoint Venture Partners<br>670 Woodside Road<br>Redwood City, CA 94061 | May call |
| 48. | Ken Rudin<br>Unknown | May call |
| 49. | Todd Gitlin<br>c/o Safire Partners<br>9696 Culver Blvd Suite 308<br>Culver City, CA 90232 | May call |
| 50. | Todd Zangrillo<br>c/o True Search<br>135 W. 41st St<br>New York, NY 10036 | May call |
| 51. | Linda Goldstein<br>c/o BakerHostetler<br>Attn: Thomas Donaho<br>45 Rockefeller Plaza<br>New York, NY 10111 | May call |
| 52. | Holly Melton<br>c/o Crowell & Moring LLP<br>590 Madison Ave, 20th Floor<br>New York, NY  10022-2544 | May call |

| | Witness Name and Address | Will call or may call |
|---|---|---|
| 53. | All personnel, including lawyers and staff, who Defendants assert provided them with legal services, as set forth in the Receiver's September 21, 2021 declaration filed in the *Acquinity* matter (ECF 203-1)[1] | May call |
| 54. | Records custodian, Manatt, Phelps, & Phillips LLP Attn:  Rebecca Kimmel 7 Times Square New York, NY 10036 | May call |

In addition, the FTC expects to call the following expert witness:

| | Expert Witness Name and Address | Will call or may call |
|---|---|---|
| 55. | Dr. Michelle Mazurek, Director and Associate Professor at University of Maryland c/o Federal Trade Commission Attn: Sarah Waldrop 600 Pennsylvania Ave. NW Mailstop CC-9528 Washington, DC 20580 | Will call |

---

[1] The FTC is not identifying such persons by name and address because the FTC does not presently have this information.  The Defendants and the Receiver are, however, in possession of this information.  *See* FTC's Mot. to Strike and Exclude Contempt Defs.' Advice of Counsel Defense (*Acquinity* ECF 209).

Dated:  September 27, 2021                    Respectfully submitted,

*/s/ Sarah Waldrop*
Sarah Waldrop, Special Bar No. A5502583
(202) 326-3444; swaldrop@ftc.gov
Sana Chaudhry, Special Bar No. A5502350
(202) 326-2679; schaudhry@ftc.gov
Christopher Erickson, Special Bar No. A5502434
(202) 326-3671; cerickson@ftc.gov
Federal Trade Commission
600 Pennsylvania Ave. NW, CC 9528
Washington, DC 20580
Facsimile: (202) 326-3197
Attorneys for Plaintiff, Federal Trade Commission