# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> ON POINT GLOBAL, LLC, *et al.*, <br><br> Defendants. | **Case No. 19-cv-25046-Scola** |

## ON POINT CORPORATE DEFENDANTS' EXHIBT LIST AND
## NOTICE OF ADOPTION OF INDIVIDUAL DEFENDANTS' EXHIBIT LISTS

Pursuant to this Court's First Amended Scheduling Order [ECF No. 324], Defendants, 714 Media LTD., Bal Family LP, Bella Vista Media LTD, Blackbird Media LLC, Bluebird Media LLC, Borat Media LLC, Bring Back The Magic Media LLC, Bronco Family Holdings LP, CEG Media LLC, Cambridge Media Series LLC, Cardozo Holdings LLC, Carganet S.A., Chametz Media LLC, Chelsa Media LLC, Coinstar Media LLC, DG DMV LLC, Direct Market LLC, Domain Development Studios LLC, Domain Dividends Media LLC, Eagle Media LLC, Falcon Media LLC, Final Draft Media LLC, GNR Media LLC, Island Media LLC, Issue Based Media LLC, Leatherback Media Group LLC, License America Holdings LLC, License America Management LLC, MAC Media LTD., MACAU Media LLC, MBL Media LTD. Inc., On Point Domains LLC, On Point Employment LLC, On Point Global LLC, On Point Guides LLC, Orange Grove Media LLC, Orange and Blue Media LLC, PJ Groove Media LLC, Panther Media LLC, Pirate Media LLC, Pivot Media Group LLC, Sandman Media Group LLC, Shadow Media LLC, Skylar Media LLC, Slayer Billing LLC, Spartacus Media LLC, Very Busy Media LLC, Wasabi Media LLC, and Yamazaki Media LLC (collectively, the "Corporate Defendants") in the above-

styled action respectfully submit this Exhibit List and provide notice of their adoption of the list of trial exhibits submitted by Individual Defendants in this action.

The Corporate Defendants reserve the right to offer additional exhibits that are not included in this list or the Individual Defendants' Exhibit List as may be appropriate for rebuttal, impeachment purposes, or for use as demonstratives, as well as any admissible exhibit identified on Plaintiff's corresponding trial exhibit list. Further, this list does not include demonstrative exhibits. Additionally, the Corporate Defendants reserve the right to offer additional exhibits relevant to the FTC's pending Motion to Strike and Exclude Contempt Defendants' Advice of Counsel Defense (ECF No. 209) in *FTC v. Acquinity*, Case No. 14-CV-60166-SCOLA.

By including a document on this list and adopting the Individual Defendants' Exhibit List, the Corporate Defendants do not agree that any document on either list would be admissible for any purpose if offered by any other party.

The FTC notes that exhibits may or may not be objectionable as hearsay or as lacking foundation, depending on the purpose for which the exhibit is offered, the party offering the exhibit, and the party against whom the exhibit is offered. The FTC therefore reserves until trial any objections that an exhibit as offered lacks foundation or constitutes hearsay that does not fall under any exception.

**On Point Corporate Defendants' Trial Exhibit List**

| CDX | Att. | Date | Description | On Point ECF No. | Offer | Object | Marked | Date Admit |
|---|---|---|---|---|---|---|---|---|
| 1 | A | 1/9/20 | Initial Status Report filed by Court-Appointed Receiver, Melanie E. Damian | 108 | | | | |
| 1 | B | 1/9/20 | Exhibit A titled "Receipts and Disbursements" to Initial Status Report filed | 108-1 | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | by Court-Appointed Receiver, Melanie E. Damian | | | | | |
| 1 | C | 1/9/20 | Exhibit B titled "Bank Account Summary by Bank" to Initial Status Report filed by Court-Appointed Receiver, Melanie E. Damian | 108-2 | | | | |
| 1 | D | 1/9/20 | Exhibit C to Initial Status Report filed by Court-Appointed Receiver, Melanie E. Damian | 108-3 | | | | |
| 1 | E | 1/9/20 | Exhibit D titled "Consolidated Income Statement" to Initial Status Report filed by Court-Appointed Receiver, Melanie E. Damian | 108-4 | | | | |
| 1 | F | 1/9/20 | Exhibit E titled "Net Guide and Services Revenue" to Initial Status Report filed by Court-Appointed Receiver, Melanie E. Damian | 108-5 | | | | |
| 1 | G | 1/9/20 | Exhibit F to Initial Status Report filed by Court-Appointed Receiver, Melanie E. Damian | 108-6 | | | | |
| 1 | H | 1/9/20 | Exhibit G titled "2019 Data Revenue" to Initial Status Report filed by Court-Appointed Receiver, Melanie E. Damian | 108-7 | | | | |
| 1 | I | 1/9/20 | Exhibit H titled "On Point Domain Portfolio Appraisal" to Initial Status Report filed by Court-Appointed Receiver, Melanie E. Damian | 108-8 | | | | |
| 1 | J | 1/9/20 | Exhibit I titled "Summary of Avenue I Media, LLC Gross and Net Revenue" | 108-9 | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | to Initial Status Report filed by Court-Appointed Receiver, Melanie E. Damian | | | | | |
| 1 | K | 1/9/20 | Exhibit J titled "Profit & Loss" to Initial Status Report filed by Court-Appointed Receiver, Melanie E. Damian | 108-10 | | | | |
| 1 | L | 1/9/20 | Exhibit K titled "Profit & Loss" to Initial Status Report filed by Court-Appointed Receiver, Melanie E. Damian | 108-11 | | | | |
| 1 | M | 1/9/20 | Exhibit L titled "On Point Global Shareholder Loan Payout" to Initial Status Report filed by Court-Appointed Receiver, Melanie E. Damian | 108-12 | | | | |
| 1 | N | 1/9/20 | Exhibit M titled "Cash Flow Budget" to Initial Status Report filed by Court-Appointed Receiver, Melanie E. Damian | 108-13 | | | | |
| 1 | O | 1/9/20 | Exhibit N to Initial Status Report filed by Court-Appointed Receiver, Melanie E. Damian | 108-14 | | | | |
| 1 | P | 1/9/20 | Exhibit O titled "List of Entities with Bank Accounts" to Initial Status Report filed by Court-Appointed Receiver, Melanie E. Damian | 108-15 | | | | |
| 2 | A | 4/24/20 | Second Status Report filed by Court-Appointed Receiver, Melanie E. Damian | 210 | | | | |
| 2 | B | 4/24/20 | Exhibit A titled "Standardized Fund Accounting Report" to Second Status Report filed | 210-1 | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | by Court-Appointed Receiver, Melanie E. Damian | | | | | |
| 2 | C | 4/24/20 | Exhibit B to Second Status Report filed by Court-Appointed Receiver, Melanie E. Damian | 210-2 | | | | |
| 3 | A | 7/27/20 | Third Status Report filed by Court-Appointed Receiver, Melanie E. Damian | 271 | | | | |
| 3 | B | 7/27/20 | Exhibit A titled "Standardized Fund Accounting Report" to Third Status Report filed by Court-Appointed Receiver, Melanie E. Damian | 271-1 | | | | |
| 3 | C | 7/27/20 | Exhibit B titled "Consolidated Income Statement" to Third Status Report filed by Court-Appointed Receiver, Melanie E. Damian | 271-2 | | | | |
| 3 | D | 7/27/20 | Exhibit C titled "A/R Aging Summary" to Third Status Report filed by Court-Appointed Receiver, Melanie E. Damian | 271-3 | | | | |
| 3 | E | 7/27/20 | Exhibit D titled "Consolidated Balance Sheet" to Third Status Report filed by Court-Appointed Receiver, Melanie E. Damian | 271-4 | | | | |
| 4 | A | 10/20/20 | Fourth Status Report filed by Court-Appointed Receiver, Melanie E. Damian | 307 | | | | |
| 4 | B | 10/20/20 | Exhibit A titled "Cash Receipts and Disbursements" to Fourth Status Report filed by | 307-1 | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Court-Appointed Receiver, Melanie E. Damian | | | | | |
| 4 | C | 10/20/20 | Exhibit B titled "Consolidated Income Statement" to Fourth Status Report filed by Court-Appointed Receiver, Melanie E. Damian | 307-2 | | | | |
| 4 | D | 10/20/20 | Exhibit C titled "A/R Aging Summary" to Fourth Status Report filed by Court-Appointed Receiver, Melanie E. Damian | 307-3 | | | | |
| 4 | E | 10/20/20 | Exhibit D titled "Consolidated Balance Sheet" to Fourth Status Report filed by Court-Appointed Receiver, Melanie E. Damian | 307-4 | | | | |
| 5 | A | 1/27/21 | Fifth Status Report filed by Court-Appointed Receiver, Melanie E. Damian | 343 | | | | |
| 5 | B | 1/27/21 | Exhibit A titled "Cash Receipts and Disbursements" to Fifth Status Report filed by Court-Appointed Receiver, Melanie E. Damian | 343-1 | | | | |
| 5 | C | 1/27/21 | Exhibit B titled "Consolidated Income Statement" to Fifth Status Report filed by Court-Appointed Receiver, Melanie E. Damian | 343-2 | | | | |
| 5 | D | 1/27/21 | Exhibit C titled "A/R Aging Summary" to Fifth Status Report filed by Court-Appointed Receiver, Melanie E. Damian | 343-3 | | | | |

On Point Corporate Defendants' Trial Exhibit List
Case No. 19-cv-25046
Page **6** of 7

| 5 | E | 1/27/21 | Exhibit D titled "Consolidated Balance Sheet" to Fifth Status Report filed by Court-Appointed Receiver, Melanie E. Damian | 343-4 | | | | |
|---|---|---------|---|-------|--|--|--|--|
| 6 | A | 4/27/21 | Sixth Status Report filed by Court-Appointed Receiver, Melanie E. Damian | 371 | | | | |
| 6 | B | 4/27/21 | Exhibit A titled "Cash Receipts and Disbursements" to Sixth Status Report filed by Court-Appointed Receiver, Melanie E. Damian | 371-1 | | | | |
| 6 | C | 4/27/21 | Exhibit B titled "Consolidated Income Statement" to Sixth Status Report filed by Court-Appointed Receiver, Melanie E. Damian | 371-2 | | | | |
| 7 | A | 7/30/21 | Seventh Status Report filed by Court-Appointed Receiver, Melanie E. Damian | 476 | | | | |
| 7 | B | 7/30/21 | Exhibit A titled "Cash Receipts and Disbursements" to Seventh Status Report filed by Court-Appointed Receiver, Melanie E. Damian | 476-1 | | | | |
| 7 | C | 7/30/21 | Exhibit B titled "Consolidated Balance Sheet" to Seventh Status Report filed by Court-Appointed Receiver, Melanie E. Damian | 476-2 | | | | |