UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> ON POINT GLOBAL, LLC, *et al.*, <br><br> Defendants. | **Case No. 19-cv-25046-Scola** |

## ON POINT CORPORATE DEFENDANTS' WITNESS LIST

Pursuant to this Court's First Amended Scheduling Order [ECF No. 324] and Local Rule 16.1(e), Defendants, 714 Media LTD., Bal Family LP, Bella Vista Media LTD, Blackbird Media LLC, Bluebird Media LLC, Borat Media LLC, Bring Back The Magic Media LLC, Bronco Family Holdings LP, CEG Media LLC, Cambridge Media Series LLC, Cardozo Holdings LLC, Carganet S.A., Chametz Media LLC, Chelsa Media LLC, Coinstar Media LLC, DG DMV LLC, Direct Market LLC, Domain Development Studios LLC, Domain Dividends Media LLC, Eagle Media LLC, Falcon Media LLC, Final Draft Media LLC, GNR Media LLC, Island Media LLC, Issue Based Media LLC, Leatherback Media Group LLC, License America Holdings LLC, License America Management LLC, MAC Media LTD., MACAU Media LLC, MBL Media LTD. Inc., On Point Domains LLC, On Point Employment LLC, On Point Global LLC, On Point Guides LLC, Orange Grove Media LLC, Orange and Blue Media LLC, PJ Groove Media LLC, Panther Media LLC, Pirate Media LLC, Pivot Media Group LLC, Sandman Media Group LLC, Shadow Media LLC, Skylar Media LLC, Slayer Billing LLC, Spartacus Media LLC, Very Busy Media

LLC, Wasabi Media LLC, and Yamazaki Media LLC (collectively, the "Corporate Defendants") in the above-styled action respectfully submit this Witness List.

The Corporate Defendants reserve the right to amend or supplement this Witness List with additional witnesses as may be discovered or disclosed, or as may become available or apparent during further proceedings (or discovery) in this action. Additionally, the Corporate Defendants reserve the right to amend or supplement this Witness List to include individuals who may provide testimony relevant to the FTC's pending Motion to Strike and Exclude Contempt Defendants' Advice of Counsel Defense (ECF No. 209) in *FTC v. Acquinity*, Case No. 14-CV-60166-SCOLA.

## Will Call

1. Burton Katz
   c/o Baker & Hostetler LLP
   William Oxley
   woxley@bakerlaw.com
   11601 Wilshire Boulevard, Suite 1400
   Los Angeles, CA 90025

2. Brent Levison
   c/o Baker & Hostetler LLP
   William Oxley woxley@bakerlaw.com
   11601 Wilshire Boulevard, Suite 1400
   Los Angeles, CA 90025

3. Elisha Rothman
   c/o Baker & Hostetler LLP
   William Oxley
   woxley@bakerlaw.com
   11601 Wilshire Boulevard, Suite 1400
   Los Angeles, CA 90025

4. Chris Sherman
   c/o Baker & Hostetler LLP
   William Oxley
   woxley@bakerlaw.com
   11601 Wilshire Boulevard, Suite 1400
   Los Angeles, CA 90025

5.     Melanie Damian, as Receiver
       c/o Damian & Valori LLP
       Kenneth Dante Murena, Esq.
       kmurena@dvllp.com
       1000 Brickell Avenue, Suite 1020
       Miami, Florida 33131

6.     Ramiro Baluga
       c/o Damian & Valori LLP
       Kenneth Dante Murena, Esq.
       kmurena@dvllp.com
       1000 Brickell Avenue, Suite 1020
       Miami, Florida 33131

7.     Alicia Nuche
       c/o Damian & Valori LLP
       Kenneth Dante Murena, Esq.
       kmurena@dvllp.com
       1000 Brickell Avenue, Suite 1020
       Miami, Florida 33131

## May Call

1.     Christopher Jalil
       c/o Damian & Valori LLP
       Kenneth Dante Murena, Esq.
       kmurena@dvllp.com
       1000 Brickell Avenue, Suite 1020
       Miami, Florida 33131

2.     Karla Jinesta
       c/o Damian & Valori LLP
       Kenneth Dante Murena, Esq.
       kmurena@dvllp.com
       1000 Brickell Avenue, Suite 1020
       Miami, Florida 33131

3.     Juan Lussich
       c/o Damian & Valori LLP
       Kenneth Dante Murena, Esq.
       kmurena@dvllp.com
       1000 Brickell Avenue, Suite 1020
       Miami, Florida 33131

4. Jeff Compton (expert)
   c/o Baker & Hostetler LLP
   William Oxley
   woxley@bakerlaw.com
   11601 Wilshire Boulevard, Suite 1400
   Los Angeles, CA 90025

5. Justin Anderson (expert)
   c/o Baker & Hostetler LLP
   William Oxley
   woxley@bakerlaw.com
   11601 Wilshire Boulevard, Suite 1400
   Los Angeles, CA 90025

6. Paola Zuluaga
   c/o Damian & Valori LLP
   Kenneth Dante Murena, Esq.
   kmurena@dvllp.com
   1000 Brickell Avenue, Suite 1020
   Miami, Florida 33131

7. Sara Catazano
   Sara.cat506@gmail.com
   (774)-994-1610

8. Gabriel Penaloza
   c/o Damian & Valori LLP
   Kenneth Dante Murena, Esq.
   kmurena@dvllp.com
   1000 Brickell Avenue, Suite 1020
   Miami, Florida 33131

9. Roy Emmons
   c/o Damian & Valori LLP
   Kenneth Dante Murena, Esq.
   kmurena@dvllp.com
   1000 Brickell Avenue, Suite 1020
   Miami, Florida 33131

10. Shirley Schlatka
    Shirley@agilesynthesis.com
    (718) 325-2572
    12 Stedman Road
    Lexington, MA 02421

11.     Douglas Wolfe (by Deposition)
       c/o Federal Trade Commission
       Sarah Waldrop
       swaldrop@ftc.gov
       600 Pennsylvania Ave. NW, CC 9528
       Washington, DC 20580

12.     Melissa Davis
       c/o Damian & Valori LLP
       Kenneth Dante Murena, Esq.
       kmurena@dvllp.com
       1000 Brickell Avenue, Suite 1020
       Miami, Florida 33131

13.     Adam Rioux
       c/o Damian & Valori LLP
       Kenneth Dante Murena, Esq.
       kmurena@dvllp.com
       1000 Brickell Avenue, Suite 1020
       Miami, Florida 33131

14.     Witnesses Identified by Other Parties


Dated: September 27, 2021