## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

FEDERAL TRADE COMMISSION,

Plaintiff,

v.

ON POINT GLOBAL, LLC, *et al.*,

Defendants.

**Case No. 19-cv-25046-Scola**

## <u>INDIVIDUAL DEFENDANTS' EXHIBT LIST</u>

Defendants Burton Katz, Brent Levison, Elisha Rothman, and Christopher Sherman (collectively "Individual Defendants") hereby submit the following preliminary list of exhibits.[1] Individual Defendants reserve the right to offer additional exhibits that are not included in this list as may be appropriate for rebuttal, impeachment purposes, or for use as demonstratives, as well as any admissible exhibit identified on Plaintiff's corresponding trial exhibit list. Further, this list does not include demonstrative exhibits.

Additionally, Individual Defendants reserve the right to offer additional exhibits relevant to defenses and arguments made subject of the FTC's pending Motion to Strike and Exclude Contempt Defendants' Advice of Counsel Defense in FTC v. *Acquinity,* Case No. 14-CV-60166-Scola (ECF No. 209), or in the event the Court grants the Individual Defendants' Motion to Wind Up the Receivership in this action (ECF 464).

By including a document on this list, Individual Defendants do not agree that it would be admissible (for any purpose) if offered by any other party.  The Individual Defendants reserve the right to object to the admissibility of any document listed below on any grounds.

---

[1] Individual Defendants expect to offer each of the exhibits referenced herein and further state that they *may* rely on exhibits identified on other parties' exhibit lists.

The FTC Notes that exhibits may or may not be objectionable as hearsay or as lacking foundation, depending on the purpose for which the exhibit is offered, the party offering the exhibit, and the party against whom the exhibit is offered.  The FTC therefore reserves until trial any objections that an exhibit as offered lacks foundation or constitutes hearsay that does not fall under any exception.

### INDIVIDUAL DEFENDANTS' EXHIBIT LIST

| NO | DESCRIPTION | OFFER | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADMIT |
| INDX-001[2] | Pacmarc GL 2018.CSV [OPG000001] | | | | |
| INDX-002 | Cambridge TB 2018.CSV [OPG000002] | | | | |
| INDX-003 | Cambridge GL 2019.CSV [OPG000003] | | | | |
| INDX-004 | Pivot TB 2018.CSV [OPG000004] | | | | |
| INDX-005 | Yeah GL 2018.CSV [[OPG000005] | | | | |
| INDX-006 | Issue Based TB 2019 April.CSV [OPG000006] | | | | |
| INDX-007 | Cambridge GL 2018.CSV [OPG000007] | | | | |
| INDX-008 | OP Safety TB 2019 April.CSV [OPG000008] | | | | |
| INDX-009 | Direct Market GL 2019 April.CSV [OPG000009] | | | | |
| INDX-010 | Blackbird TB 2017.CSV [OPG000010] | | | | |
| INDX-011 | Orange Blue TB 2018.CSV [OPG000011] | | | | |
| INDX-012 | Anycase GL 2017.CSV [OPG000012] | | | | |

[2] Due to the quantity of exhibits, and for the convenience of the Court, Defendants have adopted the exhibit prefix "INDX--###" rather than an alphabetical designation (e.g. INDX-AAAAAA)

| NO | DESCRIPTION | OFFER | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADMIT |
| INDX-013 | OP Domains TB 2018.CSV [OPG000013] | | | | |
| INDX-014 | Chinuch TB 2017.CSV [OPG000014] | | | | |
| INDX-015 | LAH GL 2017.CSV [OPG000015] | | | | |
| INDX-016 | Miami- Company Culture Survey Results.pdf [OPG000016] | | | | |
| INDX-017 | Pivot GL 2019 April.CSV [OPG000017] | | | | |
| INDX-018 | Cambridge TB 2019 April.CSV [OPG000018] | | | | |
| INDX-019 | OPG TB 2018.CSV [OPG000019] | | | | |
| INDX-020 | Cambridge GL 2017.CSV [OPG000020] | | | | |
| INDX-021 | LAH GL 2018.CSV [OPG000021] | | | | |
| INDX-022 | BVM TB 2018.CSV [OPG000022] | | | | |
| INDX-023 | Direct Market TB 2019 April.CSV [OPG000023] | | | | |
| INDX-024 | Blackbird GL 2018.CSV [OPG000024] | | | | |
| INDX-025 | DGDMV GL 2018.CSV[OPG000025] | | | | |
| INDX-026 | Pivot TB 2019.CSV [OPG000026] | | | | |
| INDX-027 | Cambridge TB 2017.CSV [OPG000027] | | | | |
| INDX-028 | Jaco Beach TB 2019 April.CSV [OPG000029] | | | | |
| INDX-029 | License America TB 2019 April.CSV [OPG000030] | | | | |

| NO | DESCRIPTION | OFFER | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADMIT |
| INDX-030 | Jaco Beach TB 2017.CSV [OPG000031] | | | | |
| INDX-031 | OPG GL 2018.CSV [OPG000032] | | | | |
| INDX-032 | DDS GL 2017.CSV [OPG000033] | | | | |
| INDX-033 | Pelron TB 2018.CSV [OPG000034] | | | | |
| INDX-034 | Employee Survey Results 04.2019.pdf [OPG000035] | | | | |
| INDX-035 | Netsuite General Ledger 2019.xlsx [OPG000036] | | | | |
| INDX-036 | Pelron TB 2019 April.CSV [OPG000037] | | | | |
| INDX-037 | Pelron GL 2018.CSV [OPG000038] | | | | |
| INDX-038 | LAH GL 2019.CSV [OPG000039] | | | | |
| INDX-039 | IBM GL 2019 April.CSV [OPG000040] | | | | |
| INDX-040 | Issue Based TB 2017.CSV [OPG000041] | | | | |
| INDX-041 | Rogue GL 2017.CSV [OPG000042] | | | | |
| INDX-042 | License Global GL 2019 April.CSV [OPG000043] | | | | |
| INDX-043 | Anycase TB 2017.CSV [OPG000044] | | | | |
| INDX-044 | PBJ TB 2019 April.CSV [OPG000045] | | | | |
| INDX-045 | DMV Web TB 2019 April.CSV [OPG000046] | | | | |
| INDX-046 | DMV Web GL 2018.CSV [OPG000047] | | | | |

| NO | DESCRIPTION | OFFER | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADMIT |
| INDX-047 | Pacmarc TB 2019 April.CSV [OPG000049] | | | | |
| INDX-048 | Panther GL 2017.CSV [OPG000050] | | | | |
| INDX-050 | Orange Blue GL 2019 April.CSV [OPG000052] | | | | |
| INDX-051 | Boca- Company Culture Survey Results.pdf [OPG000053] | | | | |
| INDX-052 | DMV Web TB 2018.CSV [OPG000054] | | | | |
| INDX-053 | Yeah TB 2019.CSV [OPG000055] | | | | |
| INDX-054 | Rogue TB 2017.CSV [OPG000056] | | | | |
| INDX-055 | OP Domains TB 2019.CSV [OPG000057] | | | | |
| INDX-056 | DGDMV GL 2019 April.CSV [OPG000058] | | | | |
| INDX-057 | Chinuch TB 2019 April.CSV [OPG000059] | | | | |
| INDX-058 | DDS TB 2018.CSV [OPG000060] | | | | |
| INDX-059 | License Global TB 2017.CSV [OPG000061] | | | | |
| INDX-060 | Direct Market TB 2018.CSV [OPG000062] | | | | |
| INDX-061 | Claro GL 2019 April.CSV [OPG000063] | | | | |
| INDX-062 | Anycase TB 2019 April.CSV [OPG000064] | | | | |
| INDX-063 | Yeah TB 2018.CSV [OPG000065] | | | | |
| INDX-064 | LA- Company Culture Survey Results.pdf [OPG000066] | | | | |

| NO | DESCRIPTION | OFFER | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADMIT |
| INDX-065 | DMV Web TB 2017.CSV [OPG000067] | | | | |
| INDX-066 | Rogue GL 2019 April.CSV [OPG000068] | | | | |
| INDX-067 | Anycase TB 2018.CSV [OPG000069] | | | | |
| INDX-068 | DMV Web GL 2019 April.CSV [OPG000070] | | | | |
| INDX-069 | Jaco Beach TB 2018.CSV [OPG000071] | | | | |
| INDX-070 | PBJ TB 2017.CSV [OPG000072] | | | | |
| INDX-071 | Rogue TB 2018.CSV [OPG000073] | | | | |
| INDX-072 | Freemium Site Groupings 2017, 2018.xlsx [OPG000074] | | | | |
| INDX-073 | Jaco Beach GL 2018.CSV[OPG000075] | | | | |
| INDX-074 | Chinuch GL 2017.CSV [OPG00076] | | | | |
| INDX-075 | SURVEY QUESTIONS FOR COMPANY CULTURE 03.2019.docx [OPG000077] | | | | |
| INDX-076 | DGDMV GL 2017.CSV [OPG000078] | | | | |
| INDX-077 | Jaco Beach GL 2019 April.CSV [OPG000079] | | | | |
| INDX-078 | UY- Company Culture Survey Results.pdf [OPG000080] | | | | |
| INDX-079 | Netsuite TB By Subsidiary 2019.xlsx [OPG000081] | | | | |

| NO | DESCRIPTION | OFFER | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADMIT |
| INDX-080 | ENTITY DEFS 00002753-ENTITY DEFS 0003655.pdf [OPG000082] | | | | |
| INDX-081 | Claro TB 2017.CSV [OPG000083] | | | | |
| INDX-082 | License America TB 2017.CSV [OPG000084] | | | | |
| INDX-083 | ULC TB 2017.CSV [OPG000085] | | | | |
| INDX-084 | License Global GL 2017.CSV [OPG000086] | | | | |
| INDX-085 | Blackbird TB 2019 April.CSV [OPG000087] | | | | |
| INDX-086 | Orange Blue GL 2018.CSV [OPG000088] | | | | |
| INDX-087 | OP Safety GL 2018.CSV [OPG000090] | | | | |
| INDX-088 | Claro GL 2018.CSV [OPG000091] | | | | |
| INDX-089 | IBM GL 2018.CSV [OPG000092] | | | | |
| INDX-090 | Chinuch GL 2018.CSV [OPG000093] | | | | |
| INDX-091 | PBJ GL 2017.CSV [OPG000094] | | | | |
| INDX-092 | Blackbird TB 2018.CSV [OPG000095] | | | | |
| INDX-093 | CR- Company Culture Survey Results.pdf [OPG000096] | | | | |
| INDX-094 | License Global TB 2019 April.CSV [OPG000097] | | | | |
| INDX-095 | License Global TB 2018.CSV[OPG000098] | | | | |

| NO | DESCRIPTION | OFFER | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADMIT |
| INDX-096 | Pivot GL 2018.CSV [OPG000099] | | | | |
| INDX-097 | Chinuch GL 2019 April.CSV [OPG000100] | | | | |
| INDX-098 | PBJ GL 2019 April.CSV [OPG000101] | | | | |
| INDX-099 | Blackbird GL 2017.CSV [OPG000102] | | | | |
| INDX-100 | Anycase GL 2018.CSV [OPG000103] | | | | |
| INDX-101 | Direct Market TB 2017.CSV [OPG000104] | | | | |
| INDX-102 | Direct Market GL 2017.CSV [OPG000105] | | | | |
| INDX-103 | Orange Blue TB 2017.CSV [OPG000106] | | | | |
| INDX-104 | ULC TB 2018.CSV [OPG000107] | | | | |
| INDX-105 | Panther TB 2018.CSV [OPG000108] | | | | |
| INDX-106 | Orange Blue GL 2017.CSV [OPG000109] | | | | |
| INDX-107 | OPG GL 2019 April.CSV [OPG000110] | | | | |
| INDX-108 | Orange Blue TB 2019 April.CSV [OPG000111] | | | | |
| INDX-109 | Pacmarc TB 2018.CSV [OPG000112] | | | | |
| INDX-110 | Anycase GL 2019 April.CSV [OPG000113] | | | | |
| INDX-111 | Pelron GL 2019 April.CSV [OPG000114] | | | | |
| INDX-112 | OP Domains GL 2018.CSV [OPG000115] | | | | |
| INDX-113 | Issue Based TB 2018.CSV [OPG000116] | | | | |

| NO | DESCRIPTION | OFFER | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADMIT |
| INDX-114 | Chinuch TB 2018.CSV [OPG000117] | | | | |
| INDX-115 | Direct Market GL 2018.CSV [OPG000118] | | | | |
| INDX-116 | PBJ GL 2018.CSV [OPG000119] | | | | |
| INDX-117 | Panther GL 2018.CSV [OPG000120] | | | | |
| INDX-118 | DGDMV TB 2019 April.CSV [OPG000121] | | | | |
| INDX-119 | Jaco Beach GL 2017.CSV [OPG000122] | | | | |
| INDX-120 | Panther TB 2019 April.CSV [OPG000123] | | | | |
| INDX-121 | DMV Web GL 2017.CSV[OPG000124] | | | | |
| INDX-122 | Rogue TB 2019 April.CSV [OPG000125] | | | | |
| INDX-123 | OPG TB 2019 April.CSV [OPG000126] | | | | |
| INDX-124 | Claro TB 2018.CSV [OPG000127] | | | | |
| INDX-125 | OP Safety GL 2019 April.CSV [OPG000128] | | | | |
| INDX-126 | BVM TB 2019.CSV [OPG000129] | | | | |
| INDX-127 | License Global GL 2018.CSV [OPG000130] | | | | |
| INDX-128 | Panther GL 2019 April.CSV [OPG000131] | | | | |
| INDX-129 | PBJ TB 2018.CSV [OPG000132] | | | | |
| INDX-130 | License America TB 2018.CSV [OPG000133] | | | | |

| NO | DESCRIPTION | OFFER | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADMIT |
| INDX-131 | Pacmarc GL 2019 April.CSV [OPG000134] | | | | |
| INDX-132 | DDS TB 2017.CSV [OPG000135] | | | | |
| INDX-133 | DGDMV TB 2017.CSV [OPG000136] | | | | |
| INDX-134 | Freemium 2019.xlsx [OPG000137] | | | | |
| INDX-135 | Panther TB 2017.CSV [OPG000138] | | | | |
| INDX-136 | ULC TB 2019 April.CSV [OPG000139] | | | | |
| INDX-137 | Rogue GL 2018.CSV [OPG000140] | | | | |
| INDX-138 | OP Safety TB 2018.CSV [OPG000141] | | | | |
| INDX-139 | OP Domains GL 2019.CSV [OPG000142] | | | | |
| INDX-140 | Claro GL 2017.CSV [OPG000143] | | | | |
| INDX-141 | IBM GL 2017.CSV [OPG000144] | | | | |
| INDX-142 | Yeah GL 2019 April.CSV [OPG000145] | | | | |
| INDX-143 | DGDMV TB 2018.CSV [OPG000146] | | | | |
| INDX-144 | Ecomm Marketing Expense by Site.xlsx [OPG000147] | | | | |
| INDX-145 | BVM TB 2017.CSV [OPG000148] | | | | |
| INDX-146 | Claro TB 2019 April.CSV [OPG000149] | | | | |

| NO | DESCRIPTION | OFFER | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADMIT |
| INDX-147 | ENTITY DEFS 000020766-ENTITY DEFS 000021068.pdf [OPG000150] | | | | |
| INDX-148 | Content Comp Summary.xlsx [OPG000151] | | | | |
| INDX-149 | OnPoint Global Audiobooks.pdf [OPG000152] | | | | |
| INDX-150 | Lesson 11 Strategies for Brainstorming When You Need to Provide a Valuable.docx [OPG000154] | | | | |
| INDX-151 | For future use - How to Incorporate Keywords Into Subheaders.docx [OPG000156] | | | | |
| INDX-152 | Lesson 24 Knowing When to Use State Names.pptx [OPG000159] | | | | |
| INDX-153 | Lesson 10 How to Find Determine Reliable Resources.docx [OPG000160] | | | | |
| INDX-154 | Lesson 12 Navigation Title.docx [OPG000162] | | | | |
| INDX-155 | Lesson 19 Formatting Content.docx [OPG000163] | | | | |
| INDX-156 | Lesson 19 Formatting Content pres.pptx [OPG000164] | | | | |
| INDX-157 | Lesson 27 How to Write a Call to Action.docx [OPG000165] | | | | |
| INDX-158 | Lesson 14 Meta Descriptions - Final.docx [OPG000166] | | | | |

| NO | DESCRIPTION | OFFER | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADMIT |
| INDX-159 | Lesson 10 How to Find & Determine Reliable Resources pres.pptx [OPG000167] | | | | |
| INDX-160 | Lesson 7 Strategies for Meeting Word Count pres.pptx [OPG000168] | | | | |
| INDX-161 | Lesson 21 Keyword Rules.docx [OPG000169] | | | | |
| INDX-162 | Lesson 23 How to Write Intro Paragraphs.docx [OPG000170] | | | | |
| INDX-163 | Lesson 9 Plagiarism.docx [OPG000171] | | | | |
| INDX-164 | Lesson 1 Writing With Confidence & Authority pres.pptx [OPG000172] | | | | |
| INDX-165 | Lesson 22 How to Construct the Perfect First Sentence.docx[OPG000173] | | | | |
| INDX-166 | Lesson 17 Dangers of Absolute Phrases.docx [OPG000174] | | | | |
| INDX-167 | Lesson 13 Meta Title.docx [OPG000175] | | | | |
| INDX-168 | Lesson 9 Plagiarism pres.pptx [OPG000177] | | | | |
| INDX-169 | Lesson 6 Bulleted Lists.docx [OPG000181] | | | | |
| INDX-170 | Lesson 1 Writing with Confidence & Authority.docx [OPG000182] | | | | |
| INDX-171 | Lesson 28 How to Write a Guide.docx [OPG000183] | | | | |

| NO | DESCRIPTION | OFFER | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADMIT |
| INDX-172 | Lesson 20 How to Read a List of Keywords.docx [OPG000184] | | | | |
| INDX-173 | OnPoint Global Guides 2017-2019.pdf [OPG000189] | | | | |
| INDX-174 | Writing Style Guide 2019.pdf [OPG000190] | | | | |
| INDX-175 | AP-style-at-a-glance-capitalization.doc [OPG000195] | | | | |
| INDX-176 | Onpoint Junior Content Writer Training Manual & Assignments.pdf [OPG000213] | | | | |
| INDX-177 | Writer Training Outline & Schedule.pdf [OPG000214] | | | | |
| INDX-178 | Checklist for Writers.docx [OPG000216] | | | | |
| INDX-179 | Lesson 16 Metas and Navigation Titles.docx [OPG000219] | | | | |
| INDX-180 | Writing Style Guide 2019.docx [OPG000224] | | | | |
| INDX-181 | Content Team Organizational Chart 2019.pdf [OPG000225] | | | | |
| INDX-182 | Consumer Benefits Detail 2017-2019.xlsx [OPG000226] | | | | |
| INDX-183 | Cambridge Media Service - Premiums and Incentives Invoice-06132017.doc [OPG000227] | | | | |

| NO | DESCRIPTION | OFFER | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADMIT |
| INDX-184 | Cambridge Media Service - Premiums and Incentives Invoice-12282018.doc [OPG000228] | | | | |
| INDX-185 | Cambridge Media Invoice for PINs - 06.19.doc [OPG000228] | | | | |
| INDX-186 | SlayerBilling_1250_$25RDC_08162017.pdf [OPG000230] | | | | |
| INDX-187 | Cambridge Media Service - Premiums and Incentives Invoice-09012017.doc [OPG000231] | | | | |
| INDX-188 | Cambridge Media Invoice for PINs - 09.19.doc [OPG000232] | | | | |
| INDX-189 | Invoice 1078 for PINs - 10.19 (1).doc [OPG000233] | | | | |
| INDX-190 | Invoice 1092 for PINs - 11.19 (1).doc [OPG000234] | | | | |
| INDX-191 | Onpoint Global LLC_The Complete Fisherman_Initial Order Invoice_05112018_Updated (1).doc [OPG000235] | | | | |
| INDX-192 | Cambridge Media Service - Premiums and Incentives Invoice-05052017.doc [OPG000236] | | | | |
| INDX-193 | Cambridge Media Service - Premiums and Incentives Invoice-10112018 (1).doc [OPG000237] | | | | |

| NO | DESCRIPTION | OFFER | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADMIT |
| INDX-194 | Cambridge Media Service - Premiums and Incentives Invoice- 07132017.doc [OPG000238] | | | | |
| INDX-195 | Cambridge Media - 02.2019 Invoice for PINs.doc [OPG000239] | | | | |
| INDX-196 | Loyalty Incentives Skylar Media Dining Dollar PINs 07 12 2018.pdf [OPG000240] | | | | |
| INDX-197 | Cambridge Media Service - Premiums and Incentives Invoice - 02132017.doc [OPG000241] | | | | |
| INDX-198 | Inv Skylar - 10232019 Loyalty Incentives Skylar Media Choose Your Reward PINs 10 23 2019 (2).pdf [OPG000242] | | | | |
| INDX-199 | Cambridge Media Service - Premiums and Incentives Invoice- 03122019.doc [OPG000243] | | | | |
| INDX-200 | Cambridge Media Service - Premiums and Incentives Invoice- 07192019.doc [OPG000244] | | | | |
| INDX-201 | Cambridge Media - 03.19 and 04.19 Invoice for PINs (1).doc [OPG000245] | | | | |
| INDX-202 | Cambridge Media Service - Premiums and Incentives Invoice- 02272018 (1).doc [OPG000246] | | | | |

| NO | DESCRIPTION | OFFER | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADMIT |
| INDX-203 | Cambridge Media Invoice for PINs - 12.19.doc [OPG000247] | | | | |
| INDX-204 | Cambridge Media Service - Premiums and Incentives Invoice- 03312017.doc [OPG000248] | | | | |
| INDX-205 | Cambridge Media Service - Premiums and Incentives Invoice- 04262017.doc [OPG000249] | | | | |
| INDX-206 | Loyalty Incentives Skylar Media Dining Dollar PINs 04 06 2018.pdf [OPG000250] | | | | |
| INDX-207 | Cambridge Media Service - Premiums and Incentives Invoice- 11172017.doc [OPG000251] | | | | |
| INDX-208 | Cambridge Media Invoice for PINs - 08.19.doc [OPG000252] | | | | |
| INDX-209 | Cambridge Media Invoice for PINs - 05.19.doc [OPG000253] | | | | |
| INDX-210 | Cambridge Media Invoice for PINs - 07.19.doc [OPG000254] | | | | |
| INDX-211 | Cambridge Media Service - Premiums and Incentives Invoice- 0892017.doc [OPG000255] | | | | |
| INDX-212 | Loyalty Incentives CYR Invoice - Cambridge Media 05 22 2017.pdf [OPG000256] | | | | |

| NO | DESCRIPTION | OFFER | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADMIT |
| INDX-213 | Loyalty Incentives Skylar Media Choose Your Reward PINs 07 13 2018.pdf [OPG000257] | | | | |
| INDX-214 | SkylarMedia_1250_$25RDC_ 08162017.pdf [OPG000258] | | | | |
| INDX-215 | Cambridge Media Service - Premiums and Incentives Invoice-07262018.doc [OPG000259] | | | | |
| INDX-216 | Loyalty Incentives Skylar Media Choose Your Reward PINs 12 04 2018.pdf [OPG000261] | | | | |
| INDX-217 | Cambridge_MyDriverLicenses Postcard_1up.pdf [OPG000262] | | | | |
| INDX-218 | Licenses Dashboard February 2nd to March 3rd 2019.xlsm [OPG000266] | | | | |
| INDX-219 | Canned email responses 3-26-19.docx [OPG000337] | | | | |
| INDX-220 | Canned Responses.docx - December 28, 2018.docx [OPG000338] | | | | |
| INDX-221 | Canned Responses 2017.docx [OPG000339] | | | | |
| INDX-222 | Call Center Expenses.xlsx [OPG000341] | | | | |
| INDX-223 | MADD Donations.xlsx [OPG000342] | | | | |
| INDX-224 | MADD Invoice - Consumer Donations - Q2 2019.pdf [OPG000343] | | | | |

| NO | DESCRIPTION | OFFER | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADMIT |
| INDX-225 | MADD Invoice - Consumer Donations - Q2 2018.pdf [OPG000344] | | | | |
| INDX-226 | MADD Invoice - Consumer Donations - Q1 2019.pdf [OPG000345] | | | | |
| INDX-227 | MADD Invoice - Consumer Donations - Q4 2018.pdf [OPG000346] | | | | |
| INDX-228 | MADD Invoice - Consumer Donations - Q3 2018.pdf[OPG000347] | | | | |
| INDX-229 | OPG Detailed P&L (NPA 11.12.2020).xlsx [OPG000348] | | | | |
| INDX-230 | Merchant Services - Capacity Increase request.docx [OPG000349] | | | | |
| INDX-231 | OPG Processing Dec2019.pptx [OPG000352] | | | | |
| INDX-232 | Representments Tracker.xlsx [OPG000353] | | | | |
| INDX-233 | Yamazaki 2019 P&L.xlsx [OPG000357] | | | | |
| INDX-234 | Borat 2019 P&L.xlsx [OPG000358] | | | | |
| INDX-235 | Shadow 2019 P&L.xlsx [OPG000359] | | | | |
| INDX-236 | Skylar 2019 P&L.xlsx [OPG000360] | | | | |
| INDX-237 | Wasabi 2019 P&L.xlsx [OPG000361] | | | | |
| INDX-238 | Slayer Billing 2019 P&L.xlsx [OPG000362] | | | | |
| INDX-239 | Lady Boss 2019 P&L.xlsx [OPG000363] | | | | |

| NO | DESCRIPTION | OFFER | OBJ | DATE | |
| --- | --- | --- | --- | --- | --- |
| | | | | ADMIT | N/ADMIT |
| INDX-240 | Pirate 2019 P&L.xlsx [OPG000364] | | | | |
| INDX-241 | Your Passport Now 2019 P&L.xlsx [OPG000365] | | | | |
| INDX-242 | Chelsea 2019 P&L.xlsx [OPG000366] | | | | |
| INDX-243 | PJ Groove 2019 P&L.xlsx [OPG000367] | | | | |
| INDX-244 | Bring Back the Magic 2019 P&L.xlsx [OPG000368] | | | | |
| INDX-245 | GNR 2019 P&L.xlsx [OPG000369] | | | | |
| INDX-246 | Orange Grove 2019 P&L.xlsx [OPG000370] | | | | |
| INDX-247 | MBL 2019 P&L.xlsx [OPG000371] | | | | |
| INDX-248 | Eagle 2019 P&L.xlsx [OPG000372] | | | | |
| INDX-249 | Island 2019 P&L.xlsx [OPG000373] | | | | |
| INDX-250 | Very Busy 2019 P&L.xlsx [OPG000374] | | | | |
| INDX-251 | Chametz 2019 P&L.xlsx [OPG000375] | | | | |
| INDX-252 | Cons. Financials OPG 2018.xlsx[OPG000376] | | | | |
| INDX-253 | Island P&L.pdf [OPG000377] | | | | |
| INDX-254 | Slayer Billing P&L.pdf [OPG000378] | | | | |
| INDX-255 | Yamazaki P&L.CSV [OPG000379] | | | | |
| INDX-256 | Eagle P&L.CSV [OPG000380] | | | | |

| NO | DESCRIPTION | OFFER | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADMIT |
| INDX-257 | Island P&L.CSV [OPG000381] | | | | |
| INDX-258 | Pirate P&L.pdf [OPG000382] | | | | |
| INDX-259 | Eagle P&L.pdf [OPG000383] | | | | |
| INDX-260 | PJ Groove P&L.CSV [OPG000384] | | | | |
| INDX-261 | MBL P&L.pdf [OPG000385] | | | | |
| INDX-262 | Very Busy P&L.CSV [OPG000386] | | | | |
| INDX-263 | Your Passport Now P&L.pdf [OPG000387] | | | | |
| INDX-264 | Slayer Billing P&L.CSV [OPG000388] | | | | |
| INDX-265 | Pirate P&L.CSV [OPG000389] | | | | |
| INDX-266 | Wasabi P&L.pdf [OPG000390] | | | | |
| INDX-267 | PJ Groove P&L.pdf [OPG000391] | | | | |
| INDX-268 | Wasabi P&L.CSV [OPG000392] | | | | |
| INDX-269 | Yamazaki P&L.pdf [OPG000393] | | | | |
| INDX-270 | Skylar P&L.CSV [OPG000394] | | | | |
| INDX-271 | Lady Boss P&L.pdf [OPG000395] | | | | |
| INDX-272 | MBL P&L.CSV [OPG000396] | | | | |
| INDX-273 | Chametz P&L.CSV [OPG000397] | | | | |
| INDX-274 | Chametz P&L.pdf [OPG000398] | | | | |

| NO | DESCRIPTION | OFFER | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADMIT |
| INDX-275 | Orange Grove P&L.CSV [OPG000399] | | | | |
| INDX-276 | Bring Back the Magic P&L.pdf [OPG000400] | | | | |
| INDX-277 | Skylar P&L.pdf [OPG000401] | | | | |
| INDX-278 | Chelsea P&L.CSV [OPG000402] | | | | |
| INDX-279 | Your Passport Now P&L.CSV [OPG000403] | | | | |
| INDX-280 | Very Busy P&L.pdf [OPG000404] | | | | |
| INDX-281 | Borat P&L.CSV [OPG000405] | | | | |
| INDX-282 | Orange Grove P&L.pdf [OPG000406] | | | | |
| INDX-283 | GNR P&L.pdf [OPG000407] | | | | |
| INDX-284 | Chelsea P&L.pdf [OPG000408] | | | | |
| INDX-285 | GNR P&L.CSV [OPG000409] | | | | |
| INDX-286 | Lady Boss P&L.CSV [OPG000410] | | | | |
| INDX-287 | Borat P&L.pdf [OPG000411] | | | | |
| INDX-288 | Bring Back the Magic P&L.CSV [OPG000412] | | | | |
| INDX-289 | On Point Employment.xlsx [OPG000413] | | | | |
| INDX-290 | License America Holdings LLC.xlsx [OPG000414] | | | | |
| INDX-291 | OnPoint Guides LLC.xlsx [OPG000415] | | | | |

21

| NO | DESCRIPTION | OFFER | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADMIT |
| INDX-292 | OnPoint Platforms LLC (NEW).xlsx [OPG000416] | | | | |
| INDX-293 | Macau Media LLC.xlsx [OPG000417] | | | | |
| INDX-294 | On Point Domains LLC.xlsx [OPG000418] | | | | |
| INDX-295 | License Global LTD.xlsx [OPG000419] | | | | |
| INDX-296 | Pacific Avenue Media LLC.xlsx [OPG000420] | | | | |
| INDX-297 | Elimination -- DG DMV.xlsx [OPG000421] | | | | |
| INDX-298 | Pelron SA (USD).xlsx [OPG000422] | | | | |
| INDX-299 | Spartacus Media LLC.xlsx [OPG000423] | | | | |
| INDX-300 | Elimination -- Direct Market.xlsx [OPG000424] | | | | |
| INDX-301 | Pivot Media Group LLC.xlsx [OPG000425] | | | | |
| INDX-302 | DMV Web Management, Inc. (USD).xlsx [OPG000426] | | | | |
| INDX-303 | Elimination- Bella Vista Media (NEW).xlsx [OPG000427] | | | | |
| INDX-304 | Elimination -- On Point Global.xlsx [OPG000428] | | | | |
| INDX-305 | Yeah SA (USD).xlsx [OPG000429] | | | | |
| INDX-306 | On Point Global LLC.xlsx [OPG000430] | | | | |
| INDX-307 | Anycase SA (USD).xlsx [OPG000431] | | | | |

| NO | DESCRIPTION | OFFER | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADMIT |
| INDX-308 | Bluebird Media LLC.xlsx [OPG000432] | | | | |
| INDX-309 | Direct Market LLC.xlsx [OPG000433] | | | | |
| INDX-310 | 1036670 B.C. Unlimited Liability Company.xlsx [OPG000434] | | | | |
| INDX-311 | Issue Based Media LLC.xlsx [OPG000435] | | | | |
| INDX-312 | DG DMV LLC.xlsx [OPG000436] | | | | |
| INDX-313 | Coinstar Media LLC.xlsx [OPG000437] | | | | |
| INDX-314 | Cambridge Media Series LLC.xlsx [OPG000438] | | | | |
| INDX-315 | Claro Market LLC.xlsx [OPG000439] | | | | |
| INDX-316 | Panther Media LLC.xlsx [OPG000440] | | | | |
| INDX-317 | Next Steps Social LLC.xlsx [OPG000441] | | | | |
| INDX-318 | Avenue I Media.xlsx [OPG000442] | | | | |
| INDX-319 | PBJ Media LLC.xlsx [OPG000443] | | | | |
| INDX-320 | Leatherback Media Group, LLC.xlsx [OPG000445] | | | | |
| INDX-321 | OnPoint Digital LLC.xlsx [OPG000445] | | | | |
| INDX-322 | Elimination- Latam Companies.xlsx [OPG000446] | | | | |
| INDX-323 | Sandman Media Group LLC.xlsx [OPG000447] | | | | |

| NO | DESCRIPTION | OFFER | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADMIT |
| INDX-324 | Orange Blue Media LTD.xlsx [OPG000448] | | | | |
| INDX-325 | Pacmarc SA (USD).xlsx [OPG000449] | | | | |
| INDX-326 | Jaco Beach Media LTD.xlsx [OPG000450] | | | | |
| INDX-327 | Rogue P&L.pdf [OPG000451] | | | | |
| INDX-328 | Pacmarc P&L.CSV [OPG000452] | | | | |
| INDX-329 | Coinstar P&L.pdf [OPG000453] | | | | |
| INDX-330 | Pelron P&L.CSV [OPG000454] | | | | |
| INDX-331 | Direct Market P&L.pdf [OPG000455] | | | | |
| INDX-332 | 1036670 BC ULC P&L.CSV [OPG000456] | | | | |
| INDX-333 | Bluebird P&L.pdf [OPG000457] | | | | |
| INDX-334 | DMV Web Mgmt P&L.pdf [OPG000458] | | | | |
| INDX-335 | 1036670 BC ULC P&L.pdf [OPG000459] | | | | |
| INDX-336 | DGDMV P&L.pdf [OPG000460] | | | | |
| INDX-337 | Cambridge P&L.pdf [OPG000461] | | | | |
| INDX-338 | Leatherback P&L.CSV [OPG000462] | | | | |
| INDX-339 | Leatherback P&L.pdf [OPG000463] | | | | |
| INDX-340 | Jaco Beach P&L.CSV [OPG000464] | | | | |
| INDX-341 | Pacmarc P&L.pdf [OPG000465] | | | | |

| NO | DESCRIPTION | OFFER | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADMIT |
| INDX-342 | Sandman P&L.pdf [OPG000466] | | | | |
| INDX-343 | Panther P&L.pdf [OPG000467] | | | | |
| INDX-344 | Orange Blue P&L.pdf [OPG000468] | | | | |
| INDX-345 | Bluebird P&L.CSV [OPG000469] | | | | |
| INDX-346 | Bella Vista P&L Local Currency.pdf [OPG000470] | | | | |
| INDX-347 | Claro P&L.CSV [OPG000471] | | | | |
| INDX-348 | Onpoint Domains P&L.pdf [OPG000472] | | | | |
| INDX-349 | PBJ P&L.CSV [OPG000473] | | | | |
| INDX-350 | Coinstar P&L.CSV [OPG000474] | | | | |
| INDX-351 | Onpoint Global.pdf [OPG000475] | | | | |
| INDX-352 | License Global P&L.CSV[OPG000476] | | | | |
| INDX-353 | Pivot P&L.pdf [OPG000477] | | | | |
| INDX-354 | Jaco Beach P&L.pdf [OPG000478] | | | | |
| INDX-355 | DMV Web Mgmt P&L.CSV [OPG000479] | | | | |
| INDX-356 | Spartacus P&L.pdf [OPG000480] | | | | |
| INDX-357 | Claro P&L.pdf [OPG000481] | | | | |
| INDX-358 | Onpoint Domains P&L.CSV [OPG000482] | | | | |

| NO | DESCRIPTION | OFFER | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADMIT |
| INDX-359 | Cambridge P&L.CSV [OPG000483] | | | | |
| INDX-360 | Chinuch P&L.pdf [OPG000484] | | | | |
| INDX-361 | Spartacus P&L.CSV [OPG000485] | | | | |
| INDX-362 | Blackbird.pdf [OPG000486] | | | | |
| INDX-363 | Panther P&L.CSV [OPG000487] | | | | |
| INDX-364 | PBJ P&L.pdf [OPG000488] | | | | |
| INDX-365 | Rogue P&L.CSV [OPG000489] | | | | |
| INDX-366 | Macau P&L.pdf [OPG000490] | | | | |
| INDX-367 | License Global P&L.pdf [OPG000491] | | | | |
| INDX-368 | Anycase P&L.CSV [OPG000492] | | | | |
| INDX-369 | Onpoint Safety Services P&L.pdf [OPG000493] | | | | |
| INDX-370 | Bella Vista P&L Local Currency.CSV [OPG000494] | | | | |
| INDX-371 | Onpoint Global P&L.CSV [OPG000495] | | | | |
| INDX-372 | Pelron P&L.pdf [OPG000496] | | | | |
| INDX-373 | Issue Based Media P&L.CSV [OPG000497] | | | | |
| INDX-374 | Yeah P&L.pdf [OPG000498] | | | | |
| INDX-375 | Pivot P&L.CSV [OPG000499] | | | | |

| NO | DESCRIPTION | OFFER | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADMIT |
| INDX-376 | Direct Market P&L.CSV [OPG000500] | | | | |
| INDX-377 | Sandman P&L.CSV [OPG000501] | | | | |
| INDX-378 | DGDMV P&L.CSV [OPG000502] | | | | |
| INDX-379 | Blackbird P&L.CSV [OPG000503] | | | | |
| INDX-380 | Macau P&L.CSV [OPG000504] | | | | |
| INDX-381 | Orange Blue P&L.CSV [OPG000505] | | | | |
| INDX-382 | Issue Based Media P&L.pdf [OPG000506] | | | | |
| INDX-383 | Yeah P&L.CSV [OPG000507] | | | | |
| INDX-384 | Anycase P&L.pdf [OPG000508] | | | | |
| INDX-385 | Chinuch P&L.CSV [OPG000509] | | | | |
| INDX-386 | Onpoint Safety Services P&L.CSV [OPG000510] | | | | |
| INDX-387 | Cons. Financials OPG 2019.xlsx [OPG000511] | | | | |
| INDX-388 | Cambridge_DriversLicenseServices Postcard_1up.pdf [OPG000512] | | | | |
| INDX-389 | Cambridge_MyDriverLicenses Postcard_1up.pdf [OPG000514] | | | | |
| INDX-390 | Cambridge_DriversServices Postcard_1up.pdf [OPG000515] | | | | |
| INDX-391 | Cambridge_MyCarReg Postcard_1up.pdf [OPG000516] | | | | |

| NO | DESCRIPTION | OFFER | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADMIT |
| INDX-392 | Cambridge_CDLDriversLicenses Postcard_1up.pdf [OPG000517] | | | | |
| INDX-393 | Cambridge_OnlineDriversLicenses Postcard_1up.pdf [OPG000518] | | | | |
| INDX-394 | Cambridge_Car Title Postcard_1up.pdf [OPG000519] | | | | |
| INDX-395 | Fishing Postcard_PROOF.pdf [OPG000520] | | | | |
| INDX-396 | Pelron P&L 2018-Apr 2019.CSV [OPG000521] | | | | |
| INDX-397 | DDS P&L 2017-2019.CSV [OPG000524] | | | | |
| INDX-398 | LAH P&L 2017-2019.CSV [OPG000525] | | | | |
| INDX-399 | Pacmarc P&L 2018.CSV [OPG000526] | | | | |
| INDX-400 | 1036670 B.C. P&L 2019 Netsuite.xlsx [OPG000527] | | | | |
| INDX-401 | Pacmarc monthly activity 12.2017 values.xlsx [OPG000528] | | | | |
| INDX-402 | Yeah monthly activity 12.2017 values.xlsx [OPG000529] | | | | |
| INDX-403 | Bella Vista P&L 2019 Netsuite.xlsx [OPG000530] | | | | |
| INDX-404 | Anycase P&L 2017-Apr 2019.CSV [OPG000531] | | | | |
| INDX-405 | Bella Vista P&L 2017-2019 QB.CSV [OPG000533] | | | | |

| NO | DESCRIPTION | OFFER | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADMIT |
| INDX-406 | Pelron monthly activity 12.2017 values.xlsx [OPG000534] | | | | |
| INDX-407 | Yeah P&L 2018-Apr 2019.CSV [OPG000537] | | | | |
| INDX-408 | 15184054 - DG DMV LLC - 2017 FORM 1065 (1).pdf [OPG000538] | | | | |
| INDX-409 | Skylar Media LLC - General Ledger (BL) 01.01.19-12.31.19.xlsx [OPG000539] | | | | |
| INDX-410 | Very Busy Media - General Ledger.xlsx [OPG000540] | | | | |
| INDX-411 | Orange Grove Media LLC - General Ledger (ER).xlsx [OPG000541] | | | | |
| INDX-412 | Ocotillo - General Ledger (CS).xlsx [OPG000542] | | | | |
| INDX-413 | Eagle Media LLC - General Ledger (BL).xlsx [OPG000543] | | | | |
| INDX-414 | MBL Media LLC - General Ledger (BL).xlsx [OPG000544] | | | | |
| INDX-415 | GNR Media LLC - General Ledger (CS).xlsx [OPG000545] | | | | |
| INDX-416 | Yamazaki - General Ledger.xlsx [OPG000546] | | | | |
| INDX-417 | Wasabi - General Ledger.xlsx [OPG000547] | | | | |
| INDX-418 | Borat Media LLC - General Ledger (CO).xlsx [OPG000548] | | | | |

| NO | DESCRIPTION | OFFER | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADMIT |
| INDX-419 | Ladyboss Media LLC - General Ledger (ER) 04.01.19-12.31.19.xlsx [OPG000549] | | | | |
| INDX-420 | Slayer Billing LLC - General Ledger (ER) 01.01.19-12.31.19.xlsx [OPG000550] | | | | |
| INDX-421 | Shadow Media LLC - General Ledger (BL) 10.01.19-12.31.19.xlsx [OPG000551] | | | | |
| INDX-422 | PJ Groove Media LLC - General Ledger (ER) 04.01.19-12.31.19.xlsx [OPG000552] | | | | |
| INDX-423 | Chametz Media LLC - General Ledger (BL).xlsx [OPG000553] | | | | |
| INDX-424 | Island Media LLC - General Ledger (BL).xlsx [OPG000554] | | | | |
| INDX-425 | Chelsea Media LLC - General Ledger (BL) 05.01.2019-12.31.2019.xlsx [OPG000555] | | | | |
| INDX-426 | Bring Back the Magic - General Ledger.xlsx [OPG000556] | | | | |
| INDX-427 | Your Passpor Now - General Ledger.xlsx [OPG000557] | | | | |
| INDX-428 | Pirate Media LLC - General Ledger (CS) 01.01.19-12.31.19.xlsx [OPG000558] | | | | |

| NO | DESCRIPTION | OFFER | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADMIT |
| INDX-429 | GL - MBL Media.CSV [OPG000559] | | | | |
| INDX-430 | GL - Lady Boss.CSV [OPG000560] | | | | |
| INDX-431 | GL - Wasabi.CSV [OPG000561] | | | | |
| INDX-432 | GL - Borat.CSV [OPG000562] | | | | |
| INDX-433 | GL - Chametz.CSV [OPG000563] | | | | |
| INDX-434 | GL - GNR Media.CSV [OPG000564] | | | | |
| INDX-435 | GL - Orange Grove.CSV [OPG000565] | | | | |
| INDX-436 | GL - Yamazaki.CSV [OPG000566] | | | | |
| INDX-437 | GL - Pirate.CSV [OPG000567] | | | | |
| INDX-438 | GL - Chelsea.CSV [OPG000568] | | | | |
| INDX-439 | GL - Your Passport Now.CSV [OPG000569] | | | | |
| INDX-440 | GL - Very Busy.CSV [OPG000570] | | | | |
| INDX-441 | GL - Slayer Billing.CSV [OPG000571] | | | | |
| INDX-442 | GL - Island.CSV [OPG000572] | | | | |
| INDX-443 | GL - Bring Back the Magic.CSV [OPG000573] | | | | |
| INDX-444 | GL - Eagle Media.CSV [OPG000574] | | | | |
| INDX-445 | GL - PJ Groove.CSV [OPG000575] | | | | |
| INDX-446 | GL - Skylar.CSV [OPG000576] | | | | |

| NO | DESCRIPTION | OFFER | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADMIT |
| INDX-447 | FTC's Consolidated Responses and Objections to Katz Defendants' First Set of Interrogatories [NO BATES / WOLFE DEPO EX 13] | | | | |
| INDX-448 | Screen Captures, License-driver.com [NO BATES / FREEMAN DEPO EX 5] | | | | |
| INDX-449 | Web Pages of Section 8 Housing.org [NO BATES / FREEMAN DEPO EX 8] | | | | |
| INDX-450 | Section 8 Housing Guide - Housing Voucher Program [NO BATES / FREEMAN DEPO EX 9] | | | | |
| INDX-451 | hunting-license.org DKT 127-2 EX 1 [NO BATES /  12 PAGES] | | | | |
| INDX-452 | floridadriverslicenses.org DKT 127-2 EX 2 [NO BATES /  15 PAGES] | | | | |
| INDX-453 | Florida DL through DMV.com DKT 127-2 EX 3 [NO BATES /  15 PAGES] | | | | |
| INDX-454 | fishandgamelicenses.org DKT 127-2 EX 4 [NO BATES /  10 PAGES] | | | | |
| INDX-455 | fishinglicense.org - WisconsinDKT 127-2 EX 5[NO BATES /  11 PAGES] | | | | |
| INDX-456 | National Food Stamps Guide DKT 127-3 EX A [NO BATES /  96 PAGES] | | | | |

| NO | DESCRIPTION | OFFER | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADMIT |
| INDX-457 | Your Comprehensive Guide to Unemployment Benefits<br>DKT 127-3 EX B<br>[NO BATES /  91 PAGES] | | | | |
| INDX-458 | Step-by-Step Guide: How to Renew Your Driver's License in Florida<br>DKT 127-3 EX C<br>[NO BATES /  9 PAGES] | | | | |
| INDX-459 | Visa Summaries<br>DKT 127-5<br>[NO BATES /  2 PAGES] | | H | | |
| INDX-460 | Email from Christopher Jalil to Tracy Block re reputation management blogs<br>DKT 440-38 / PX 49<br>[NO BATES / 4 PAGES] | | | | |
| INDX-461 | Email from Richard Granda to Britt McKay, et al re Employees by Squad 12.3.2019<br>DKT 440-26 / PX 33<br>[NO BATES / 5 PAGES] | | | | |
| INDX-462 | Car-Registration.org webpages<br>DKT 440-65 / EX B<br>[NO BATES / 71 PAGES] | | | | |
| INDX-463 | Corporate Defendants' Answers to Defendant Burton Katz's First Set of Interrogatories<br>[NO BATES] | | | | |
| INDX-464 | EXHIBIT A- OPG Detailed P&L.xlsx<br>[NO BATES] | | | | |
| INDX-465 | EXHIBIT B- Ecomm Revenue Activity by Site 2017-2019.xlsx<br>[NO BATES] | | | | |

| NO | DESCRIPTION | OFFER | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADMIT |
| INDX-466 | EXHIBIT C- Freemium 2019.xlsx [NO BATES] | | | | |
| INDX-467 | NUMBER SKIPPED | | | | |
| INDX-468 | EXHIBIT C- Freemium Site Groupings 2017, 2018.xlsx [NO BATES] | | | | |
| INDX-469 | EXHIBIT D- Domains 2015-2017.xlsx [NO BATES] | | | | |
| INDX-470 | Jornaya Lead IP Documents [OPG000821-848] | | | | |
| INDX-471 | floridadriverslicense.org website [OPG000869, 867, 879-880, 897, 878, 902, 886, 864, 872, 874] | | | | |
| INDX-472 | driverlicenseonline.org website [OPG000873, 870, 887, 899, 868, 888, 884, 900, 863, 865, 871, 898, 901, 905, 875, 866, 906, 904, 885, 903, 881-883, 877, 889-896, 876 | | | | |
| INDX-473 | car-registration.org website OPG000849-862 | | | | |
| INDX-474 | NUMBER SKIPPED | | | | |
| INDX-475 | wisconsin.mp3 [OPG000771] | | | | |
| INDX-476 | texas.mp3 [OPG000772] | | | | |
| INDX-477 | hawaii.mp3 [OPG000773] | | | | |
| INDX-478 | south-dakota.mp3 [OPG000774] | | | | |
| INDX-479 | new-mexico.mp3 [OPG000775] | | | | |

| NO | DESCRIPTION | OFFER | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADMIT |
| INDX-480 | nebraska.mp3<br>[OPG000776] | | | | |
| INDX-481 | vermont.mp3<br>[OPG000777] | | | | |
| INDX-482 | alabama.mp3<br>[OPG000778] | | | | |
| INDX-483 | idaho.mp3<br>[OPG000779] | | | | |
| INDX-484 | california.mp3<br>[OPG000780] | | | | |
| INDX-485 | oregon.mp3<br>[OPG000781] | | | | |
| INDX-486 | wyoming.mp3<br>[OPG000782] | | | | |
| INDX-487 | florida.mp3<br>[OPG000783] | | | | |
| INDX-488 | arkansas.mp3<br>[OPG000784] | | | | |
| INDX-489 | new-hampshire.mp3<br>[OPG000785] | | | | |
| INDX-490 | north-carolina.mp3<br>[OPG000786] | | | | |
| INDX-491 | georgia.mp3<br>[OPG000787] | | | | |
| INDX-492 | oklahoma.mp3<br>[OPG000788] | | | | |
| INDX-493 | missouri.mp3<br>[OPG000789] | | | | |
| INDX-494 | arizona.mp3<br>[OPG000790] | | | | |
| INDX-495 | washington.mp3<br>[OPG000791] | | | | |
| INDX-496 | north-dakota.mp3<br>[OPG000792] | | | | |
| INDX-497 | illinois.mp3<br>[OPG000793] | | | | |

| NO | DESCRIPTION | OFFER | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADMIT |
| INDX-498 | rhode-island.mp3 [OPG000794] | | | | |
| INDX-499 | pennsylvania.mp3 [OPG000795] | | | | |
| INDX-500 | nevada.mp3 [OPG000796] | | | | |
| INDX-501 | west-virginia.mp3 [OPG000797] | | | | |
| INDX-502 | connecticut.mp3 [OPG000798] | | | | |
| INDX-503 | ohio.mp3 [OPG000799] | | | | |
| INDX-504 | tennessee.mp3 [OPG000800] | | | | |
| INDX-505 | south-carolina.mp3 [OPG000801] | | | | |
| INDX-506 | massachusetts.mp3 [OPG000802] | | | | |
| INDX-507 | montana.mp3 [OPG000803] | | | | |
| INDX-508 | delaware.mp3 [OPG000804] | | | | |
| INDX-509 | colorado.mp3 [OPG000805] | | | | |
| INDX-510 | district-of-columbia.mp3 [OPG000806] | | | | |
| INDX-511 | new-york.mp3 [OPG000807] | | | | |
| INDX-512 | virginia.mp3 [OPG000808] | | | | |
| INDX-513 | indiana.mp3 [OPG000809] | | | | |
| INDX-514 | alaska.mp3 [OPG000810] | | | | |
| INDX-515 | utah.mp3 [OPG000811] | | | | |

| NO | DESCRIPTION | OFFER | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADMIT |
| INDX-516 | minnesota.mp3 [OPG000812] | | | | |
| INDX-517 | Guides Thank You Page.MHT [OPG000577] | | | | |
| INDX-518 | themedata.thmx [OPG000578-579] | | | | |
| INDX-519 | Drivers License Online webpage [OPG000580] | | | | |
| INDX-520 | Terms & Conditions / terms.html [OPG000581-598] | | | | |
| INDX-521 | Jul 2019 Florida - Online Car Registration.pdf [OPG000599-625] | | | | |
| INDX-522 | FMTC Invoices.pdf [OPG000626-652] | | | | |
| INDX-523 | OnPoint Global, LLC Mail - Walk like MADD.pdf [OPG000655-656] | | | | |
| INDX-524 | OnPoint Global, LLC Mail - Toy Drive for Christmas on 15th Ave.pdf [OPG000657] | | | | |
| INDX-525 | Ad report Section 8.xlsx [OPG000658] | | | | |
| INDX-526 | My-Drivers-License.org - Florida.pdf [OPG000659-687] | | | | |
| INDX-527 | Nov 2018 Section-8_Guide_Section-8-Apartments.pdf [OPG000688-768] | | | | |
| INDX-528 | Ads Copy structure.xlsx [OPG000769] | | | | |
| INDX-529 | Content Payments.xlsx [OPG000770] | | | | |
| INDX-530 | moneyback.html [OPG000653-654] | | | | |

| NO | DESCRIPTION | OFFER | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADMIT |
| INDX-531 | OnPoint Global, LLC Mail - School Drive.pdf [OPG000819] | | | | |
| INDX-532 | OnPoint Global, LLC Mail - Amigos Near Foundation.pdf [OPG000820] | | | | |
| INDX-533 | privacy.html [OPG000813-818] | | | | |
| INDX-534 | Code underlying OPG websites [OPG000907] | | | | |

Date: September 27, 2021