UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> ON POINT GLOBAL, LLC, *et al.*, <br><br> Defendants. | **Case No. 19-cv-25046-Scola** |

## INDIVIDUAL DEFENDANTS' WITNESS LIST

Defendants Burton Katz, Brent Levison, Elisha Rothman, and Christopher Sherman (collectively "Individual Defendants") hereby submit the following Witness List pursuant to the Court's First Amended Scheduling Order (ECF No. 324) and Local Rule 16.1(e).

Individual Defendants reserve the right to amend or supplement this Witness List with additional witnesses as may be discovered, disclosed, or as may become available or apparent during discovery or other proceedings in this action. Additionally, Individual Defendants reserve the right to amend or supplement this Witness List to include individuals who may provide testimony relevant to the defenses and arguments made subject of the FTC's pending Motion to Strike and Exclude Contempt Defendants' Advice of Counsel Defense in FTC v. *Acquinity,* Case No. 14-CV-60166-Scola (ECF No. 209).

**Will Call**

1. Burton Katz

c/o Baker & Hostetler LLP
William Oxley
woxley@bakerlaw.com
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025

2. Brent Levison

c/o Baker & Hostetler LLP
William Oxley
woxley@bakerlaw.com
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025

3. Elisha Rothman

c/o Baker & Hostetler LLP
William Oxley
woxley@bakerlaw.com
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025

4. Chris Sherman

c/o Baker & Hostetler LLP
William Oxley
woxley@bakerlaw.com
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025

5. Melanie Damian

c/o Damian & Valori LLP
Kenneth Dante Murena, Esq.
kmurena@dvllp.com
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131

6. Ramiro Baluga

c/o Damian & Valori LLP
Kenneth Dante Murena, Esq.
kmurena@dvllp.com
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131

7. Alicia Nuche

c/o Damian & Valori LLP
Kenneth Dante Murena, Esq.
kmurena@dvllp.com
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131

**May Call**

1. Christopher Jalil

c/o Damian & Valori LLP
Kenneth Dante Murena, Esq.
kmurena@dvllp.com
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131

2. Karla Jinesta

c/o Damian & Valori LLP
Kenneth Dante Murena, Esq.
kmurena@dvllp.com
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131

3. Juan Lussich

c/o Damian & Valori LLP
Kenneth Dante Murena, Esq.
kmurena@dvllp.com
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131

4. Jeff Compton (expert)

c/o Baker & Hostetler LLP
William Oxley
woxley@bakerlaw.com
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025

5. Justin Anderson (expert)

c/o Baker & Hostetler LLP
William Oxley
woxley@bakerlaw.com
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025

6. Paola Zuluaga

c/o Damian & Valori LLP
Kenneth Dante Murena, Esq.
kmurena@dvllp.com
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131

7. Sara Catazano

Sara.cat506@gmail.com
(774)-994-1610

8. Gabriel Penaloza

c/o Damian & Valori LLP
Kenneth Dante Murena, Esq.
kmurena@dvllp.com
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131

9. Roy Emmons

c/o Damian & Valori LLP
Kenneth Dante Murena, Esq.
kmurena@dvllp.com
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131

10. Shirley Schlatka

12 Stedman Road
Lexington, MA 02421
Shirley@agilesynthesis.com
(718) 325-2572

11. Douglas Wolfe (by Deposition)

c/o Federal Trade Commission
Sarah Waldrop
swaldrop@ftc.gov
600 Pennsylvania Ave. NW, CC 9528
Washington, DC 20580

12. Witnesses Identified by Other Parties

Dated: September 27, 2021