UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19 Civ. 25046-Scola

FEDERAL TRADE COMMISSION,

    Plaintiff,

    v.

ON POINT GLOBAL LLC, et al.,

    Defendants.

## THE DRAGON DEFENDANTS' EXHIBIT LIST

The Dragon Defendants (Robert Zangrillo, Dragon Global LLC, Dragon Global Management LLC, Dragon Global Holdings LLC, and On Point Capital Partners LLC) hereby submit their exhibit list for the trial of the above-captioned matter and, with respect to certain of the Dragon Defendants who have been ordered to show cause in *FTC v. Acquinity Interactive*, No. 14-CV-60166-Scola, in the consolidated show cause hearing.

This list does not include documents offered for impeachment. Further, this list does not include summary exhibits or demonstrative exhibits. The Dragon Defendants reserve the right to introduce at trial any exhibit on any other party's exhibit list regardless of whether such party actually seeks to admit it, and respectfully incorporate any such exhibit by reference. By including a document on this list, the Dragon Defendants do not agree that it would be admissible (for any purpose) if offered by any other party. The Dragon Defendants further reserve the right to supplement this list depending upon the evidence and arguments adduced at trial.

The Dragon Defendants reserve the right to object to the admissibility of any document listed below on any grounds.

Plaintiff has the burden of proof on all claims to be tried. The Dragon Defendants may offer the following exhibits if the need arises at trial.

| DG-[1] | Bates | Date | Description | FTC Objection[2] |
|---|---|---|---|---|
| DG-1 | DG_FTC0000001 | 1/1/2016 | Amended and Restated Limited Liability Company Agreement of Dragon Global Holdings LLC | |
| DG-2 | DG_FTC0000047 | 6/9/2015 | DG DMV, LLC's Amended and Restated Limited Liability Company Agreement | |
| DG-3 | DG_FTC0000087 | 6/9/2015 | Management Agreement between Burton Katz and DG DMV LLC | |
| DG-4 | DG_FTC0000100 | 10/22/2014 | DG DMV, LLC's Limited Liability Company Agreement | |
| DG-5 | DG_FTC0001505 | 1/1/2016 | On Point Capital Partners LLC's Amended and Restated LLC Agreement | |
| DG-6 | DG_FTC0001515 | 9/8/2018 | On Point Capital Partners LLC's Second Amended and Restated Limited Liability Company Operating Agreement | |
| DG-7 | DG_FTC0000358 | 1/1/2018 | Consulting Agreement between Robert Zangrillo and On Point Global | |
| DG-8 | DG_FTC0000388 | 2/15/2018 | Consent to Sublease by Mani Brothers | |
| DG-9 | DG_FTC0001084 | 1/26/2012 | Lease Between Dragon Global Management LLC and Mani Brothers 9200 Sunset (DE) LLC | |
| DG-10 | DG_FTC0004620 | 11/27/2018 | On Point Global LLC Ownership Summary | |

---

[1]  The Dragon Defendants note that the Court's Scheduling Order (ECF No. 324) requires defense exhibits to be marked alphabetically. Due to the volume of exhibits, however, the Dragon Defendants have marked their exhibits numerically for ease of reference during trial.

[2]  Exhibits may or may not be objectionable as hearsay or as lacking foundation, depending on the purpose for which the exhibit is offered, the party offering the exhibit, and the party against whom the exhibit is offered. The FTC therefore reserves until trial any objections that an exhibit as offered lacks foundation or constitutes hearsay that does not fall under any exception.

| DG-[1] | Bates | Date | Description | FTC Objection[2] |
|---|---|---|---|---|
| DG-11 | DG_FTC0001606; DG_FTC0001607 | 4/24/2018 | Email from R. Zangrillo to B. Hoff (and attachments) re: OnPoint Investor Package | Fed. R. Evid. 106[3] |
| DG-12 | DG_FTC0002775; DG_FTC0002777; DG_FTC0002787; DG_FTC0002791; DG_FTC0002792; DG_FTC0002819; DG_FTC0002830; DG_FTC0002834 | 6/29/2018 | Email from M. Black to J. Clarke (and attachments) re: OnPoint Advisory Agreement & Investor Docs | Fed. R. Evid. 106 |
| DG-13 | DG_FTC0012941; DG_FTC0012943; DG_FTC0012960 | 3/30/2018 | Email from R. Zangrillo to D. Loftus (and attachments) re: FW: Org Chart | Fed. R. Evid. 106 |
| DG-14 | DG_FTC0013040; DG_FTC0013043 | 4/12/2018 | Email from R. Macpherson to D. Loftus re: FW: DGDMV Onpoint Investments updated by BK on 6.25.17 (1) (004).xlsx | |
| DG-15 | DG_FTC0014977; DG_FTC0014978; DG_FTC0014995; DG_FTC0015005; DG_FTC0015009; DG_FTC0015036; DG_FTC0015047; DG_FTC0015051 | 6/29/2018 | Email from M. Black to J. Clarke (and attachments) re: corrupted file | |
| DG-16 | DG_FTC0016205; DG_FTC0016206 | 11/30/2018 | Email from R. Zangrillo to B. Hoff (and attachments) re: DG On Point, LLC Investor Memo | |
| DG-17 | DG_FTC0016636 | 7/24/2018 | Advisor Agreement between Alex Soltani and On Point Global LLC | |
| DG-18 | DG_FTC0016835; DG_FTC0016838; DG_FTC0016840 | 7/17/2019 | Email from R. Zangrillo to D. Loftus et al. (and attachments) re: Loan Balances | |
| DG-19 | DG_FTC0017553; DG_FTC0017554 | 11/4/2019 | Email from R. Zangrillo to B. Hoff (and attachments) re: OnPoint Global Update and Letter from the CEO | Fed. R. Evid. 106 |
| DG-20 | DG_FTC0017633; DG_FTC0017634; DG_FTC0017669 | 11/4/2019 | Email from R. Zangrillo to J. Clarke (and attachments) re: OnPoint Global Update and Letter from the CEO | |

---

[3]     The FTC objects on the basis of Fed. R. Evid. 106 for lack of completeness where defendants have not included the full family for an email, i.e., parent emails or attachments, or have otherwise designated only a portion of a full document.

| DG-[1] | Bates | Date | Description | FTC Objection[2] |
|---|---|---|---|---|
| DG-21 | DG_FTC0017875; DG_FTC0017876; DG_FTC0017911 | 11/4/2019 | Email from R. Zangrillo to P. Sarofim and A. Soltani (and attachments) re: OnPoint Global Update and Letter from the CEO | Fed. R. Evid. 106 |
| DG-22 | DG_FTC0022936; DG_FTC0022938 | 4/9/2018 | Email from R. Zangrillo to S. Mani (and attachment) re: Dragon Global Unicorn Fund - Member Update re_ Uber Technologies, Inc_ dated 4_8_18.pdf | |
| DG-23 | DG_FTC0023783 | 6/6/2018 | Email from R. Zangrillo to S. Mani re: OnPoint Global | |
| DG-24 | DG_FTC0025587 | 1/1/2019 | Written Consent of the Board of Managers of On Point Global LLC | |
| DG-25 | DG_FTC0027427 | 1/1/2018 | Loan Agreement between On Point Global LLC and OCP and Bronco LLC | |
| DG-26 | DG_FTC0027806 | 3/14/2018 | Operating Partner Agreement Between Robert Bellack and Dragon Global Management LLC | |
| DG-27 | DG_FTC0027813 | 3/18/2018 | Offer of Employment Between Robert Bellack and On Point Global LLC | |
| DG-28 | DG_FTC0035916 | 10/30/2017 | Email from B. Katz to R. Zangrillo re: Charlie contact info | |
| DG-29 | DG_FTC0036155 | 12/17/2017 | Email from B. Katz to R. Zangrillo re: Final On Point Global LLC comments | |
| DG-30 | DG_FTC0037089; DG_FTC0037092 | 4/23/2018 | Email from M. Black to R. Zangrillo (and attachment) re: Data Room | |
| DG-31 | DG_FTC0038979; DG_FTC0038981; DG_FTC0039034; DG_FTC0039036; DG_FTC0039038 | 5/17/2019 | Email from B. Bellack to R. Zangrillo (and attachments) re: Re: 2017-2018 OnPoint Global plus Q1 2019 Q over Q | Fed. R. Evid. 106 |
| DG-32 | DG_FTC0039302 | 9/6/2019 | Letter from B. Bellack to On Point Global LLC Board | |
| DG-33 | DG_FTC0039305 | 8/29/2019 | On Point Global LLC Board Meeting Minutes | |
| DG-34 | DG_FTC0039310 | 9/9/2019 | Email from B. Katz to R. Zangrillo and A. Soltani re: Board Call Follow up | |
| DG-35 | DG_FTC0040900 | 6/29/2018 | Email from R. Zangrillo to J. Hall re: OnPoint Avenue I acquisition | |
| DG-36 | DG_FTC0043999; DG_FTC0044000 | 8/29/2019 | Email from M. Black to A. Soltani (and attachment) re: OnPoint Board Deck for 2pm Call | Fed. R. Evid. 106 |

| DG-[1] | Bates | Date | Description | FTC Objection[2] |
|---|---|---|---|---|
| DG-37 | DG_FTC0044155; DG_FTC0044156 | 8/29/2019 | Email from M. Black to A. Soltani (and attachments) re: OnPoint Board Deck for 2pm Call | |
| DG-38 | DG_FTC0044497 | 3/2/2018 | Loan Agreement between OCP and Bronco LLC and On Point Global LLC | |
| DG-39 | DG_FTC0044499 | 3/2/2018 | Promissory Note from On Point Global to OCP and Bronco | |
| DG-40 | DG_FTC0058742 | 11/7/2018 | On Point Management Aggregator LLC Incentive Unit Grant Agreement with Alex Soltani | |
| DG-41 | DG_FTC0058754 | 8/4/2018 | On Point Management Aggregator LLC Incentive Unit Grant Agreement with Alex Soltani | |
| DG-42 | DG_FTC0058786 | 5/1/2018 | On Point Management Aggregator LLC Incentive Unit Grant Agreement with Bob Bellack | |
| DG-43 | DG_FTC0059250 | 7/5/2019 | On Point Management Aggregator LLC Incentive Unit Grant Agreement with Alex Soltani | |
| DG-44 | FTC-OPGDOCS-0065804 | 9/9/2019 | Email from B. Katz to R. Zangrillo and A. Soltani re: Board Cal Follow up | |
| DG-45 | FTC-OPGDOCS-0134235; FTC-OPGDOCS-0134236; FTC-OPGDOCS-0134237; FTC-OPGDOCS-0134238; FTC-OPGDOCS-0134239 | 12/18/2017 | Email from R. Zangrillo to B. Katz re: Final On Point Global LLC comments | Possible Fed. R. Evid. 106[4] |
| DG-46 | FTC-OPGDOCS-0697845 | 6/30/2018 | Advisory Agreement between Jeff Clarke and On Point Global | |
| DG-47 | FTC-OPGDOCS-1252276; FTC-OPGDOCS-1252277 | 7/12/2019 | Email from Tehilla Drori to Burton Katz (and attachment) re: meeting schedule excel summary | |
| DG-48 | FTC-PROD-0008489 | 8/29/2019 | SunTrust Bank Records | |
| DG-49 | FTC-PROD-0012494 | 12/21/2018 | Wells Fargo Wire Record | |

---

[4] The FTC uses the objection "Possible Fed. R. Evid. 106" as to exhibits where it appears the document was part of an email correspondence and is missing additional family members, *i.e.*, parent emails or attachments, but the FTC cannot confirm that because any such family members are sequestered from the FTC's review pursuant to the Court-ordered privilege filter protocol. *See* Order (O*n Point* ECF 269).

| DG-[1] | Bates | Date | Description | FTC Objection[2] |
|---|---|---|---|---|
| DG-50 | FTC-PROD-0012572 | 8/29/2018 | Wells Fargo Wire Record | |
| DG-51 | FTC-PROD-0012574 | 8/24/2018 | Wells Fargo Wire Record | |
| DG-52 | FTC-PROD-0012575 | 6/7/2018 | Wells Fargo Wire Record | |
| DG-53 | FTC-PROD-0012593 | 2/4/2019 | Fedwire Record | |
| DG-54 | FTC-PROD-0012595 | 2/4/2019 | SunTrust Bank Records | |
| DG-55 | FTC-PROD-0012754 | 7/5/2019 | Amendment No. 1 to Advisor Agreement Between Skyview Capital LLC and On Point Global LLC | |
| DG-56 | FTC-PROD-0012927 | 10/18/2019 | JP Morgan Wire Record | |
| DG-57 | OPG-IND0002157; OPG-IND0002159; OPG-IND0002160 | 6/19/2016 | Email from A. Mahon to B. Katz, et al. (and attachment) re: Fwd: Org Charts | Fed. R. Evid. 106 |
| DG-58 | OPG-IND0002161 | 7/22/2016 | Email from S. Jaimes to B. Katz, et al. (and attachments) re: Org Charts | |
| DG-59 | OPG-IND0002193 | 9/21/2018 | Email from S. Jaimes to B. Katz et al. (and attachment) re: Organizational Charts | |
| DG-60 | OPG-IND0002246 | 8/13/2019 | Email from S. Jaimes to B. Levison (and attachment) re: Re: Updated BV Media Org Chart | |
| DG-61 | OPG-IND0002267 | 7/27/2018 | Email from Sarai Jaimes to Burton Katz et al. (and attachment) re: OKRs and Impact Roles | |
| DG-62 | OPG-IND0002475; OPG-IND0002476 | 10/23/2017 | Email from S. Jaimes to B. Levison (and attachment) re: Re Updated org chart | |
| DG-63 | OPG-IND0002596 | 9/17/2019 | Email from S. Jaimes to B. Levison (and attachment) re: Your Org Chart | |
| DG-64 | OPG-IND0002706 | 9/11/2019 | Email from S. Jaimes to B. Katz (and attachment) re: Organizational Charts | |
| DG-65 | OPG-IND0002723; OPG-IND0002724 | 8/13/2019 | Email from S. Jaimes to B. Katz (and attachment) re: Re: High Level Org Charts | |
| DG-66 | OPG-IND0002796; OPG-IND0002797 | 8/24/2018 | Email from S. Jaimes to B. Katz (and attachment) re: Latest Org Chart | |
| DG-67 | OPG-IND0002857; OPG-IND0002858 | 6/19/2018 | Email from S. Jaimes to B. Katz (and attachment) re: Updated Org Chart | |
| DG-68 | OPG-IND0002876; OPG-IND0002877 | 3/20/2018 | Email from S. Jaimes to B. Katz (and attachment) re: New Org Chart | |

| DG-[1] | Bates | Date | Description | FTC Objection[2] |
|---|---|---|---|---|
| DG-69 | DG_FTC0000025 | 11/6/2015 | Advisor Agreement between John Caine and Dragon Global Management LLC | |
| DG-70 | DG_FTC0001078 | 9/29/2016 | Amendment to Lease Between Dragon Global Management LLC and Mani Brothers 9200 Sunset (DE) LLC | |
| DG-71 | DG_FTC0001253 | 4/11/2016 | Sublease between Dragon Global Management LLC and Fair Financial Corp. | |
| DG-72 | DG_FTC0001431 | 1/1/2018 | Promissory Note from On Point Global LLC to OCP and Bronco LLC | |
| DG-73 | DG_FTC0001473 | 1/1/2008 | Loan Agreement Between OCP and Bronco LLC and On Point Global LLC | |
| DG-74 | DG_FTC0001739 | 4/9/2018 | Limited Liability Operating Agreement of DG On Point, LLC | |
| DG-75 | DG_FTC0001911; DG_FTC0001943 | 5/30/2018 | Email from D. Loftus to R. Zangrillo (and attachment) re: FW: DG On Point Investment Fully Executed Subscription Agreement | Fed. R. Evid. 106 |
| DG-76 | DG_FTC0002478; DG_FTC0002479; DG_FTC0002496; DG_FTC0002500; DG_FTC0002527; DG_FTC0002538; DG_FTC0002542 | 6/25/2018 | Email from R. Zangrillo to E. Michael (and attachments) re: On Point Global Investment | |
| DG-77 | DG_FTC0004693 | 5/23/2019 | DG On Point LLC Investor Spreadsheet | |
| DG-78 | DG_FTC0004695 | 11/8/2018 | On Point Global LLC Ownership Summary | |
| DG-79 | DG_FTC0004705 | 11/6/2015 | Advisor Agreement between Ken Rudin and Dragon Global Management LLC | |
| DG-80 | DG_FTC0004744 | 7/31/2018 | Invoice from Dragon Global Management LLC to LiveXLive | |
| DG-81 | DG_FTC0004745 | 6/31/18 | Invoice from Dragon Global Management LLC to LiveXLive | |

| DG-[1] | Bates | Date | Description | FTC Objection[2] |
|---|---|---|---|---|
| DG-82 | DG_FTC0004746 | 10/1/2018 | Invoice from Dragon Global Management LLC to LiveXLive | |
| DG-83 | DG_FTC0004747 | 9/10/2018 | Invoice from Dragon Global Management LLC to LiveXLive | |
| DG-84 | DG_FTC0004748 | 7/16/2018 | Invoice from Dragon Global Management LLC to LiveXLive | |
| DG-85 | DG_FTC0004752 | 11/1/2018 | Invoice from Dragon Global Management LLC to LiveXLive | |
| DG-86 | DG_FTC0004757 | 3/27/2018 | Invoice from Dragon Global Management LLC to LiveXLive | |
| DG-87 | DG_FTC0004763 | 2/14/2018 | Invoice from Dragon Global Management LLC to LiveXLive | |
| DG-88 | DG_FTC0004766 | 1/18/2018 | Invoice from Dragon Global Management LLC to LiveXLive | |
| DG-89 | DG_FTC0004768 | 6/29/2018 | Invoice from Dragon Global Management LLC to LiveXLive | |
| DG-90 | DG_FTC0004771 | 6/3/2018 | Invoice from Dragon Global Management LLC to LiveXLive | |
| DG-91 | DG_FTC0004773 | 3/7/2018 | Invoice from Dragon Global Management LLC to LiveXLive | |
| DG-92 | DG_FTC0004775 | 4/30/2018 | Invoice from Dragon Global Management LLC to LiveXLive | |
| DG-93 | DG_FTC0004780 | 12/6/2018 | Invoice from Dragon Global Management LLC to LiveXLive | |
| DG-94 | DG_FTC0004782 | 10/1/2018 | Invoice from Dragon Global Management LLC to LiveXLive | |
| DG-95 | DG_FTC0004859 | 12/11/2013 | Megan Black Employment Offer Letter | |
| DG-96 | DG_FTC0004870 | 11/10/2014 | Dede Loftus Employment Offer Letter | |
| DG-97 | DG_FTC0005036 | 5/1/2018 | Amended and Restated LLC Operating Agreement of DG DMV LLC | |
| DG-98 | DG_FTC0005100 | 5/23/2019 | DG On Point LLC Investor Spreadsheet | |
| DG-99 | DG_FTC0005134 | 2/27/2017 | Email from B. Katz to D. Loftus re: wire info | |

| DG-[1] | Bates | Date | Description | FTC Objection[2] |
|---|---|---|---|---|
| DG-100 | DG_FTC0005178 | 12/1/2018 | Invoice from Dragon Global Management LLC to LiveXLive | |
| DG-101 | DG_FTC0005298 | 1/1/2018 | OCP and Bronco LLC Contribution and Exchange Agreement | |
| DG-102 | DG_FTC0005325 | 4/24/2018 | On Point Global LLC Amended and Restated LLC Agreement | |
| DG-103 | DG_FTC0005561 | 7/5/2019 | On Point Global LLC First Amended and Restated LLC Agreement | |
| DG-104 | DG_FTC0012155 | 9/4/2018 | Limited Liability Operating Agreement of DG On Point II, LLC | |
| DG-105 | DG_FTC0012647; DG_FTC0012648 | 11/21/2017 | Email from R. Zangrillo to D. Loftus (and attachments) re: FW: DGDMV Wire and Detail | |
| DG-106 | DG_FTC0012659; DG_FTC0012660 | 12/21/2017 | Email from A. Nuche to D. Loftus (and attachment) re: IBM Wire Instructions | |
| DG-107 | DG_FTC0012781; DG_FTC0012785 | 2/28/2018 | Email from R. Zangrillo to D. Loftus (and attachment) re: Fwd: Treasury report | |
| DG-108 | DG_FTC0015428 | 6/7/2018 | On Point Global LLC Ownership Summary | Fed. R. Evid. 106 |
| DG-109 | DG_FTC0015767; DG_FTC0015769 | 11/7/2018 | Email from R. Zangrillo to A. Soltani (and attachments) re: DG On Point, LLC | |
| DG-110 | DG_FTC0015770; DG_FTC0015771; DG_FTC0015782; DG_FTC0015859 | 11/7/2018 | Email from R. Zangrillo to A. Soltani (and attachments) re: OnPoint Global, LLC | |
| DG-111 | DG_FTC0016154; DG_FTC0016155; DG_FTC0016158; DG_FTC0016161 | 11/27/2018 | Email from R. Zangrillo to A. Soltani (and attachments) re: FW: Final DG On Point LLC documents | |
| DG-112 | DG_FTC0016270 | 11/27/2018 | On Point Global LLC Ownership Summary | Fed. R. Evid. 106 |

| DG-[1] | Bates | Date | Description | FTC Objection[2] |
|---|---|---|---|---|
| DG-113 | DG_FTC0016849; DG_FTC0016850 | 7/25/2019 | Email from M. Black to D. Loftus (and attachment) re: OP Org Chart as of today | |
| DG-114 | DG_FTC0017205; DG_FTC0017206 DG_FTC0017208; DG_FTC0017219; DG_FTC0017249; DG_FTC0017252; DG_FTC0017255 | 10/18/2019 | Email from R. Zangrillo to B. Hoff (and attachments) re: FW: On Point Investment - Final docs for Bob Hoff | |
| DG-115 | DG_FTC0017283; DG_FTC0017286; DG_FTC0017289; DG_FTC0017291; DG_FTC0017294 | 10/24/2019 | Email from S. McLaughlin to R. Zangrillo (and attachments) re: RE: On Point Investment - Final docs for Bob Hoff- | |
| DG-116 | DG_FTC0017673; DG_FTC0017674; DG_FTC0017709 | 11/4/2019 | Email from R. Zangrillo to E. Michael (and attachments) re: OnPoint Global Update and Letter from the CEO | |
| DG-117 | DG_FTC0017793 | 11/4/2019 | Email from J. Clarke to R. Zangrillo Re: OnPoint Global Update and Letter from the CEO | |
| DG-118 | DG_FTC0018183 | Jun-15 | Bank Statement of On Point Capital Partners LLC | Fed. R. Evid. 106 |
| DG-119 | DG_FTC0018385; DG_FTC0018386 | 1/18/2018 | Email from D. Loftus to R. Macpherson (and attachment) re: Living Healthy ABC docs | |
| DG-120 | DG_FTC0018766; DG_FTC0018768 | 6/14/2018 | Email from D. Loftus to R. Macpherson (and attachment) re: DG On Point LLC investor detail as of 6.12.18 | |
| DG-121 | DG_FTC0019116 | 7/18/2018 | DG On Point LLC Subscription Agreement with E. Michael | Fed. R. Evid. 106 |
| DG-122 | DG_FTC0019164 | 7/18/2018 | DG On Point LLC Operating Agreement with E. Michael | Fed. R. Evid. 106 |

| DG-[1] | Bates | Date | Description | FTC Objection[2] |
|---|---|---|---|---|
| DG-123 | DG_FTC0020796; DG_FTC0020797; DG_FTC0020800; DG_FTC0020802; DG_FTC0020805 | 10/25/2019 | Email from D. Loftus to S. McLaughlin (and attachments) re: Fully Executed agreements | |
| DG-124 | DG_FTC0023746 | 6/5/2018 | Email from R. Zangrillo to J. Clarke re: OnPoint | |
| DG-125 | DG_FTC0023747 | 6/5/2018 | Email from J. Clarke to R. Zangrillo re: Fw: Fwd: OnPoint | |
| DG-126 | DG_FTC0023766 | 6/5/2018 | Email from R. Zangrillo to J. Clarke Re: OnPoint | |
| DG-127 | DG_FTC0023769 | 6/5/2018 | Email from J. Clarke to R. Zangrillo Re: OnPoint | |
| DG-128 | DG_FTC0023772 | 6/5/2018 | Email from R. Zangrillo to J. Clarke Re: OnPoint | |
| DG-129 | DG_FTC0024029; DG_FTC0024030; DG_FTC0024083; DG_FTC0024094; DG_FTC0024095; DG_FTC0024096 | 6/28/2018 | Email from B. Bellack to N. Fairman (and attachments) re: Fwd: Neil Fairman OnPoint Data Room Request | Fed. R. Evid. 106 |
| DG-130 | DG_FTC0024201; DG_FTC0024202 | 7/6/2018 | Email from R. Zangrillo to J. Hall (and attachment) re: FW: cap table discussion | |
| DG-131 | DG_FTC0024957 | 10/17/2018 | Email from A. Soltani to R. Zangrillo re: OnPoint Incremental Investment | |
| DG-132 | DG_FTC0025717 | 5/17/2018 | On Point Global LLC Ownership Summary | Fed. R. Evid. 106 |
| DG-133 | DG_FTC0025738 | 6/28/2019 | On Point Global LLC Ownership Summary | Fed. R. Evid. 106 |
| DG-134 | DG_FTC0026319 | 11/24/2019 | On Point Global LLC Ownership Summary | Fed. R. Evid. 106 |
| DG-135 | DG_FTC0026796; DG_FTC0026797 | 11/22/2017 | Email from M. Black to B. Katz (and attachments) Re: prezo update | Fed. R. Evid. 106 |
| DG-136 | DG_FTC0027681 | 3/12/2018 | Advisor Agreement between John Caine and On Point Global | |

| DG-[1] | Bates | Date | Description | FTC Objection[2] |
|---|---|---|---|---|
| DG-137 | DG_FTC0027779 | 3/16/2018 | Advisor Agreement between Ken Rudin and On Point Global LLC | |
| DG-138 | DG_FTC0029735; DG_FTC0029736 | 6/5/2018 | Email from M. Black to J. Clarke (and attachment) Re: OnPoint | |
| DG-139 | DG_FTC0031867; DG_FTC0031868; DG_FTC0031979 | 6/27/2018 | Email from M. Black to A. Soltani (and attachments) re: On Point Advisory Agreement & Investor Docs | Fed. R. Evid. 106 |
| DG-140 | DG_FTC0032397; DG_FTC0032399 | 7/6/2018 | Email from M. Black to J. Hall (and attachments) re: cap table discussion | Fed. R. Evid. 106 |
| DG-141 | DG_FTC0032832; DG_FTC0032834; DG_FTC0032861 | 7/19/2018 | Email from M. Black to J. Hall (and attachments) re: DG On Point, LLC | |
| DG-142 | DG_FTC0033268 | 9/1/2018 | M8 Enterprises Incentive Unit Grant Agreement with On Point Global LLC | |
| DG-143 | DG_FTC0034092 | 10/24/2018 | Letter Agreement Between DG On Point LLC and On Point Global LLC | |
| DG-144 | DG_FTC0035554 | 6/26/2019 | On Point Global LLC Ownership Summary | Fed. R. Evid. 106 |
| DG-145 | DG_FTC0036081; DG_FTC0036082; DG_FTC0036083 | 11/30/2017 | Email from A. Nuche to R. Zangrillo (and attachments) re: Working Capital and Partner Loan Schedule | |
| DG-146 | DG_FTC0036244; DG_FTC0036246 | 1/10/2018 | Email from R. Macpherson to R. Zangrillo (and attachment) re: Zangrillo Org Chart DGH Only (01.04.pdf) | |
| DG-147 | DG_FTC0036247 | | Dragon Global Organizational Chart | Fed. R. Evid. 106 |
| DG-148 | DG_FTC0036248; DG_FTC0036249 | 1/11/2018 | Email from A. Mahon to R. Zangrillo and R. Macpherson (and attachment) re: Loan Schedule | |
| DG-149 | DG_FTC0036290; DG_FTC0036292 | 1/17/2018 | Email from A. Mahon to R. Macpherson (and attachment) Re: DgDMV Amended and Restated Operating Agreement | |
| DG-150 | DG_FTC0036766; DG_FTC0036767 | 3/5/2018 | Email from B. Katz to R. Zangrillo (and attachments) | Fed. R. Evid. 106 |

| DG-[1] | Bates | Date | Description | FTC Objection[2] |
|---|---|---|---|---|
| DG-151 | DG_FTC0037085; DG_FTC0037088 | 4/23/2018 | Email from M. Black to R. Zangrillo (and attachment) Re: Data Room | Fed. R. Evid. 106 |
| DG-152 | DG_FTC0037091 | 11/14/2019 | Dragon Global Management LLC Invoice to On Point Global LLC | Fed. R. Evid. 106 |
| DG-153 | DG_FTC0037343 | 5/29/2018 | Email from B. Hoff to R. Zangrillo Re: OnPoint Closing | |
| DG-154 | DG_FTC0037946; DG_FTC0037947 | 8/27/2018 | Email from A. Mahon to R. Zangrillo, et al. (and attachment) re: Shareholder Loan Payout and subsequent Share Purchase | |
| DG-155 | DG_FTC0038267 | 10/29/2018 | On Point Global LLC Ownership Summary | Fed. R. Evid. 106 |
| DG-156 | DG_FTC0038277; DG_FTC0038278 | 11/6/2018 | Email from A. Mahon to R. Zangrillo and R. Macpherson (and attachment) re: Partner Loan Schedule | |
| DG-157 | DG_FTC0038416; DG_FTC0038418 | 11/28/2018 | Email from J. Hall to R. Zangrillo (and attachments) re: FW: Final DG On Point LLC documents | Fed. R. Evid. 106 |
| DG-158 | DG_FTC0038421; DG_FTC0038422 | 11/28/2018 | Email from James Hall to Robert Zangrillo (and attachment) re: RE: Final DG On Point LLC documents | Fed. R. Evid. 106 |
| DG-159 | DG_FTC0038471 | 1/9/2019 | Email from B. Levison to R. Zangrillo re: Re: November Snapshot | |
| DG-160 | DG_FTC0038766; DG_FTC0038767; DG_FTC0038768 | 5/1/2019 | Email from A. Mahon to R. Zangrillo (and attachments) re: Cap table as of 5.1.2019 | Fed. R. Evid. 106 |
| DG-161 | DG_FTC0039038 | 5/17/2018 | On Point Global LLC Ownership Summary | Fed. R. Evid. 106 |
| DG-162 | DG_FTC0039062 | 5/29/2019 | On Point Global LLC Ownership Summary | Fed. R. Evid. 106 |
| DG-163 | DG_FTC0039075 | 6/26/2019 | On Point Global LLC Ownership Summary | Fed. R. Evid. 106 |
| DG-164 | DG_FTC0039077 | 6/26/2019 | On Point Global LLC Ownership Summary | Fed. R. Evid. 106 |
| DG-165 | DG_FTC0039079 | 6/26/2019 | On Point Global LLC Ownership Summary | Fed. R. Evid. 106 |

| DG-[1] | Bates | Date | Description | FTC Objection[2] |
|---|---|---|---|---|
| DG-166 | DG_FTC0039106 | 6/28/2019 | On Point Global LLC Ownership Summary | Fed. R. Evid. 106 |
| DG-167 | DG_FTC0039171; DG_FTC0039173; DG_FTC0039179 | 8/7/2019 | Email from B. Bellack to R. Zangrillo (and attachments) re: Fwd: Draft transmittal email - Use this version | Fed. R. Evid. 106 |
| DG-168 | DG_FTC0039315 | 9/6/2019 | On Point Global LLC Ownership Summary | Fed. R. Evid. 106 |
| DG-169 | DG_FTC0039580 | 10/24/2019 | On Point Global LLC Ownership Summary | Fed. R. Evid. 106 |
| DG-170 | DG_FTC0041080; DG_FTC0041081; DG_FTC0041082; DG_FTC0041083 | 10/25/2019 | Email from R. Zangrillo to A. Soltani (and attachments) re: OnPoint Global | |
| DG-171 | DG_FTC0044424; DG_FTC0044425; DG_FTC0044426 | 8/1/2018 | On Point Global LLC Incentive Unit Grant Agreement with Jeff Clarke | |
| DG-172 | DG_FTC0044483 | 8/2/2018 | Letter of Intent to Acquire Assets of Living Healthy | |
| DG-173 | DG_FTC0044536 | 1/1/2018 | OCP and Bronco, LLC's Limited Liability Company Agreement | |
| DG-174 | DG_FTC0044573 | 6/15/2015 | Domain Name Purchase Agreement | |
| DG-175 | DG_FTC0044837 | 9/4/2018 | Subscription Agreement Between DG On Point II LLC and Bob Hoff | |
| DG-176 | DG_FTC0045043 | 11/14/2019 | Invoice from Dragon Global Management to On Point Global LLC | |
| DG-177 | DG_FTC0045863; DG_FTC0045864; DG_FTC0045885; DG_FTC0045912; DG_FTC0045923; DG_FTC0045927 | 6/12/2018 | Email from M. Black to E. Michael (and attachments) Re: Investment | |
| DG-178 | DG_FTC0049491; DG_FTC0049492; DG_FTC0049496; DG_FTC0049500; DG_FTC0049527; | 6/22/2018 | Email from D. Loftus to B. Hoff (and attachments) re: DG On Point, LLC & Robert A. Hoff Living Trust Fully Executed Agreements | |

| DG-[1] | Bates | Date | Description | FTC Objection[2] |
|---|---|---|---|---|
| DG-179 | DG_FTC0050062; DG_FTC0050064 | 6/29/2017 | Email from B. Katz to R. Zangrillo (and attachments) re: Fwd: On Point Funding Agreement (June 2017) | Fed. R. Evid. 106 |
| DG-180 | DG_FTC0050183 | 12/17/2017 | Email from Burton Katz to Robert Zangrillo re: Re: Final On Point Global LLC comments | |
| DG-181 | DG_FTC0058765 | 5/1/2018 | On Point Management Aggregator LLC Incentive Unit Grant Agreement with John Caine | |
| DG-182 | DG_FTC0058775 | 5/1/2018 | On Point Management Aggregator LLC Incentive Unit Grant Agreement with Ken Rudin | |
| DG-183 | DG_FTC0058802 | 2017 | Robert Zangrillo 2017 Bank Statements | |
| DG-184 | DG_FTC0058900 | 2018 | Robert Zangrillo 2018 Bank Statements | |
| DG-185 | DG_FTC0058982 | 2019 | Robert Zangrillo 2019 Bank Statements | |
| DG-186 | DG_FTC0059062 | 2018 | DG On Point LLC 2018 Bank Statements | |
| DG-187 | DG_FTC0059098 | 2018 | Dragon Global Management LLC Bank Statements | |
| DG-188 | DG_FTC0059220 | 1/1/2018 | Promissory Note from On Point Global LLC to OCP and Bronco LLC | |
| DG-189 | DG_FTC0059236 | 1/1/2018 | Security Agreement Between OCP and Bronco LLC and On Point Global LLC | |
| DG-190 | DG_FTC0059262 | 2018 | On Point Global LLC 2018 Financial Results | Fed. R. Evid. 106 |
| DG-191 | DG_FTC0059514 | | On Point Global LLC Balance Sheet | Fed. R. Evid. 106 |
| DG-192 | DG_FTC0059515 | 12/2019 | On Point Global LLC Balance Sheet | Fed. R. Evid. 106 |
| DG-193 | DG_FTC0059749 | | On Point Global LLC Investor Update | Fed. R. Evid. 106 |
| DG-194 | DG_FTC0059824 | | On Point Global LLC D&O Insurance Costs | Fed. R. Evid. 106 |
| DG-195 | DG_FTC0060271 | 10/15/2020 | On Point Global LLC Financial Performance Q3 2020 | Fed. R. Evid. 106 |
| DG-196 | DG_FTC0060462 | 3/31/2021 | On Point Global LLC Balance Sheet | Fed. R. Evid. 106 |

| DG-[1] | Bates | Date | Description | FTC Objection[2] |
|---|---|---|---|---|
| DG-197 | DG_FTC0060463 | 2/19/2018 | On Point Global LLC Financial Due Diligence Report | |
| DG-198 | *On Point* ECF No. 129-10 | 2018 | Megan Black 2018 Bank Statement | |
| DG-199 | *On Point* ECF No. 129-8 | 2018 | Megan Black 2018 Bank Statement | |
| DG-200 | ENTITY DEFS 0000168 | N/A | On Point Global LLC ADP Records | Fed. R. Evid. 106 |
| DG-201 | ENTITY DEFS 0000225 | 9/30/2020 | On Point Employment LLC Payroll Register | Fed. R. Evid. 106 |
| DG-202 | FTC-OPGDOCS-0065806 | 10/24/2019 | On Point Global LLC Ownership Summary | Possible Fed. R. Evid. 106 |
| DG-203 | FTC-OPGDOCS-0125360; FTC-OPGDOCS-0125362 | 12/6/2017 | Email from S. Jaimes to B. Levison (and attachment) re: did you send around a list of everyones email addresses and titles? | Possible Fed. R. Evid. 106 |
| DG-204 | FTC-OPGDOCS-0132438 | 12/15/2017 | Email from A. Mahon to B. Katz and B. Levison re: Fwd: DG DMV | |
| DG-205 | FTC-OPGDOCS-0132483 | 12/15/2017 | Email from B. Katz to R. Zangrillo re: Fwd: DG DMV | |
| DG-206 | FTC-OPGDOCS-0133047 | 12/15/2017 | Email from F. Levenson to J. Friedman re: RE: On Point – Consulting Agreement (Bob Zangrillo) | Selective waiver of attorney-client privilege |
| DG-207 | FTC-OPGDOCS-0133341 | 12/15/2017 | On Point Global Company Loans | Fed. R. Evid. 106 |
| DG-208 | FTC-OPGDOCS-0134062 | 12/17/2017 | Email from B. Katz to R. Zangrillo re: Re: files | |
| DG-209 | FTC-OPGDOCS-0134284 | 12/17/2017 | Email from B. Katz to R. Zangrillo re: Re: Final On Point Global LLC comments | |
| DG-210 | FTC-OPGDOCS-0136395 | 12/19/2017 | On Point Global Company Loans | Possible Fed. R. Evid. 106 |

| DG-[1] | Bates | Date | Description | FTC Objection[2] |
|---|---|---|---|---|
| DG-211 | FTC-OPGDOCS-0137063; FTC-OPGDOCS-0137064; FTC-OPGDOCS-0137065; FTC-OPGDOCS-0137066 | 12/20/2017 | Email from Alicia Nuche to Burton Katz et al. (and attachments) re: Construction Costs and Partner Loans | |
| DG-212 | FTC-OPGDOCS-0141543 | 12/26/2017 | Email from A. Mahon to J. Rodriguez re: RE: EY – Engagement Agreement and Statement of Work | |
| DG-213 | FTC-OPGDOCS-0143735; FTC-OPGDOCS-0143736; FTC-OPGDOCS-0143737 | 12/29/2017 | Email from A. Mahon to B. Katz (and attachments) re: Fwd: Copy of Partner Loans Total 12.22.17.xlsx | |
| DG-214 | FTC-OPGDOCS-0146863 | 1/3/2018 | Email from T. Drori to B. Katz re: Senior Management KPI rollout meeting - ATTENDANTS | |
| DG-215 | FTC-OPGDOCS-0150859; FTC-OPGDOCS-0150860 | 1/6/2018 | Email from A. Nuche to B. Katz et al. re: Updated Loan Schedule – 1.6.18 | |
| DG-216 | FTC-OPGDOCS-0172852 | 1/24/2018 | Email from B. Katz to B. Levison re: Re On Point – Revised Documents | |
| DG-217 | FTC-OPGDOCS-0198520; FTC-OPGDOCS-0198521 | 2/14/2018 | Email from A. Nuche to B. Levison (and attachment) re: Updated Partner Loan Schedule – 2.14.18 | |
| DG-218 | FTC-OPGDOCS-0268526 | 4/16/2018 | Email from S. Jaimes to A. Mahon re: Benefits Class Code for Managers | |
| DG-219 | FTC-OPGDOCS-0470739 | 8/24/2018 | Email from A. Mahon to R. Zangrillo re: Re: Bridge Loan Payback | |
| DG-220 | FTC-OPGDOCS-0643316 | 6/7/2018 | On Point Global LLC Ownership Summary | Possible Fed. R. Evid. 106 |
| DG-221 | FTC-OPGDOCS-0858414 | 7/23/2018 | M8 Enterprises Advisory Agreement | |

17

| DG-[1] | Bates | Date | Description | FTC Objection[2] |
|---|---|---|---|---|
| DG-222 | FTC-OPGDOCS-0895881 | 11/26/2019 | Email from T. Fagella to S. Dunn re: RE: Break up with Sun Trust | |
| DG-223 | FTC-OPGDOCS-0954890 | 10/21/2019 | On Point Global Debt Schedule | Fed. R. Evid. 106 |
| DG-224 | FTC-OPGDOCS-0981374 | 3/31/2019 | On Point Global LLC Debt | Possible Fed. R. Evid. 106 |
| DG-225 | FTC-OPGDOCS-1212632; FTC-OPGDOCS-1212634 | 10/25/2019 | Email from B. Bellack to R. Zangrillo (and attachments) re: Ventures-Onpoint Capital Contribution | Fed. R. Evid. 106 |
| DG-226 | FTC-OPGDOCS-1212683; FTC-OPGDOCS-1212684 | 10/24/2019 | Email from B. Bellack to R. Zangrillo (and attachments) re: Skyview Prorata Investment | Fed. R. Evid. 106 |
| DG-227 | FTC-OPGDOCS-1223984; FTC-OPGDOCS-1223985 | 11/29/2019 | Email from B. Bellack to B.Katz (and attachment) re: Fwd: Due from Dragon | |
| DG-228 | FTC-OPGDOCS-1224690 | 4/30/2018 | On Point Global LLC Debt Schedule | Possible Fed. R. Evid. 106 |
| DG-229 | FTC-OPGDOCS-1226720; FTC-OPGDOCS-1226721 | 11/28/2018 | Email from A. Mahon to B. Bellack and B. Katz (and attachment) re: Fwd: Ownership Summary | |
| DG-230 | FTC-OPGDOCS-1231914; FTC-OPGDOCS-1231915 | 7/8/2019 | Email from A. Mahon to B. Bellack and B. Levison (and attachment) re: Re: summary of company debt document | |
| DG-231 | FTC-OPGDOCS-1243617 | 1/18/2019 | Written Consent of the Board of Managers of On Point Global LLC | |
| DG-232 | FTC-OPGDOCS-1252202; FTC-OPGDOCS-1252203; FTC-OPGDOCS-1252204 | 7/17/2019 | Email from A. Mahon to R. Zangrillo (and attachments) | |
| DG-233 | FTC-OPGDOCS-1254890 | 8/31/2018 | On Point Global Debt Schedule | Possible Fed. R. Evid. 106 |
| DG-234 | FTC-OPGDOCS-1263242 | 7/31/2018 | On Point Global Debt Schedule | Possible Fed. R. Evid. 106 |

| DG-[1] | Bates | Date | Description | FTC Objection[2] |
|---|---|---|---|---|
| DG-235 | FTC-OPGDOCS-1313158; FTC-OPGDOCS-1313159 | 12/7/2018 | Asset Purchase Agreement Between Issue Based Media and Creditors of Living Healthy | Possible Fed. R. Evid. 106 |
| DG-236 | FTC-OPGDOCS-1665019 | 10/31/2019 | On Point Global Debt Schedule | Fed. R. Evid. 106 |
| DG-237 | FTC-OPGDOCS-1672038 | 6/30/2019 | On Point Global Debt Schedule | Fed. R. Evid. 106 |
| DG-238 | FTC-PROD-0018069 | 8/31/2019 | On Point Global LLC Ownership Summary | |
| DG-239 | FTC-PROD-0021160 | 8/31/2019 | On Point Global LLC Ownership Summary | |
| DG-240 | OPG-IND0001805 | | On Point Global LLC Organizational Chart | |
| DG-241 | OPG-IND0001897 | 1/1/2018 | Written Consent of the Board of Managers of On Point Global LLC | |
| DG-242 | OPG-IND0001935 | 6/28/2019 | On Point Global LLC Ownership Summary | |
| DG-243 | OPG-IND0001936 | | On Point Global LLC Organizational Chart | |
| DG-244 | OPG-IND0001945 | | On Point Global LLC Organizational Chart | |
| DG-245 | OPG-IND0001946 | | On Point Global LLC Organizational Chart | |
| DG-246 | | 3/19/2021 | FTC's First Amended Consolidated Responses and Objections to Zangrillo Defendants' First Set of Interrogatories | |
| DG-247 | | 5/3/2021 | FTC's Responses to Zangrillo Defendants' First Set of Requests for Admission | |
| DG-248 | *Acquinity* ECF No. 221-6 | 9/1/2021 | Declaration of Bryce Johnson | H |
| DG-249 | *On Point* ECF No. 161 | 1/10/2020 | Transcript of Day One of Preliminary Injunction Hearing | |
| DG-250 | *On Point* ECF No. 162 | 1/13/2020 | Transcript of Day Two of Preliminary Injunction Hearing | |