## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 19 Civ. 25046-Scola

FEDERAL TRADE COMMISSION,

     Plaintiff,

     v.

ON POINT GLOBAL LLC, et al.,

     Defendants.

## THE DRAGON DEFNDANTS' WITNESS LIST

The Dragon Defendants (Robert Zangrillo, Dragon Global LLC, Dragon Global Management LLC, Dragon Global Holdings LLC, and On Point Capital Partners LLC) hereby submit their witness list for the trial of the above-captioned matter and, with respect to certain of the Dragon Defendants who have been ordered to show cause in *FTC v. Acquinity Interactive*, No. 14-CV-60166-Scola, in the consolidated show cause hearing.

This list does not include impeachment witnesses.  The Dragon Defendants reserve the right to call any witness on any other party's witness list, and respectfully incorporate by reference all witnesses identified by any other party.  The Dragon Defendants further reserve the right to supplement this list depending upon the evidence and arguments adduced at trial.

Plaintiff FTC has the burden of proof on all claims to be tried.  The Dragon Defendants may call the following witnesses at trial if the need arises.

1. Ramiro Baluga
c/o Melanie Damian
Damian & Valori LLP
1000 Brickell Ave., Ste. 1020
Miami, Florida 33131

1

2.  Robert Bellack
    2900 NE 7th Ave.
    Miami, Florida 33137

3.  Megan Black
    1800 Sunset Harbour Drive
    Miami, Florida 33139

4.  Jeff Clarke
    3855 Washington Street
    San Francisco, California 94118

5.  Taylor Corson
    Beverly Hills, California 90211
    corson.taylor@gmail.com

6.  Melanie Damian
    Damian & Valori LLP
    1000 Brickell Ave., Ste. 1020
    Miami, Florida 33131

7.  Sarah Dunn
    c/o Melanie Damian
    Damian & Valori LLP
    1000 Brickell Ave., Ste. 1020
    Miami, Florida 33131

8.  Norman J. Harrison (Expert Witness)
    Kroll, LLC
    555 12th Street NW, Suite 600
    Washington, DC 20004 USA

9.  Robert Hoff
    4521 Brighton Road
    Corona Del Mar, CA 92625

10. Christopher Jalil
    c/o Melanie Damian
    Damian & Valori LLP
    1000 Brickell Ave., Ste. 1020
    Miami, Florida 33131

11. Bryce Johnson
    Aspen, Colorado
    reachbryce@gmail.com

12. Juancho Julich
    c/o Melanie Damian
    Damian & Valori LLP
    1000 Brickell Ave., Ste. 1020
    Miami, Florida 33131

13. Burton Katz
    c/o Thomas Donaho
    Baker & Hostetler LLP
    811 Main Street
    Suite 1100
    Houston, Texas 77002

14. Marc Lehmann
    Riverloft Capital Management
    300 W 41st St.
    Miami Beach, Florida 33140

15. Brent Levison
    c/o Thomas Donaho
    Baker & Hostetler LLP
    811 Main Street
    Suite 1100
    Houston, Texas 77002

16. Diana Loftus
    645 California Way
    Emerald Hills, California 94062

17. Victoria Lorido
    c/o Melanie Damian
    Damian & Valori LLP
    1000 Brickell Ave., Ste. 1020
    Miami, Florida 33131

18. G. Randall Macpherson
    Andersen Tax LLC
    One North Clematis St., Suite 110
    West Palm Beach, FL 33401-5551

19. Arlene Mahon
    c/o Justin Kaplan
    DiFalco Fernandez Kaplan
    777 Brickell Ave., Suite 630
    Miami, Florida 33131

20. Emil Michael
    5959 Collins Ave.
    Miami, Florida 3314

21. Alicia Nuche
    c/o Melanie Damian
    Damian & Valori LLP
    1000 Brickell Ave., Ste. 1020
    Miami, Florida 33131

22. Molly O'Shea
    Upfront Ventures
    1314 7th St.
    Santa Monica, California 90401

23. Elisha Rothman
    c/o Thomas Donaho
    Baker & Hostetler LLP
    811 Main Street
    Suite 1100
    Houston, Texas 77002

24. Alex Soltani
    Skyview Capital
    8th Floor North Tower
    2000 Avenue of the Stars
    Los Angeles, California 90067

25. John A. Taylor (Expert Witness)
    Houlihan Lokey
    10250 Constellation Blvd.
    5th Fl.
    Los Angeles, California 90067

26. Douglas Wolfe (by Deposition)
    c/o Federal Trade Commission
    Sarah Waldrop
    swaldrop@ftc.gov
    600 Pennsylvania Ave. NW, CC 9528
    Washington, DC 20580

27. Robert Zangrillo
    c/o Matthew L. Schwartz
    Boies Schiller Flexner LLP
    55 Hudson Yards

4

New York, New York 10001

28. Paola Zuluaga
    c/o Melanie Damian
    Damian & Valori LLP
    1000 Brickell Ave., Ste. 1020
    Miami, Florida 33131