## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 19 Civ. 25046-Scola

FEDERAL TRADE COMMISSION,

     Plaintiff,

     v.

ON POINT GLOBAL LLC, et al.,

     Defendants.

### <u>ROBERT ZANGRILLO'S SECOND UPDATED EXHIBIT LIST</u>

Robert Zangrillo hereby submits this exhibit list for the trial of the above-captioned matter, which has been updated pursuant to this Court's order dated October 21, 2021. (ECF No. 551).

This list does not include documents offered for impeachment.  Further, this list does not include summary exhibits or demonstrative exhibits.  Mr. Zangrillo reserves the right to introduce at trial any exhibit on any other party's exhibit list regardless of whether such party actually seeks to admit it, and respectfully incorporates any such exhibit by reference.  By including a document on this list, Mr. Zangrillo does not agree that it would be admissible (for any purpose) if offered by any other party.  Mr. Zangrillo reserves the right to object to the admissibility of any document listed below on any grounds.  Mr. Zangrillo further reserves the right to supplement this list depending upon the evidence and arguments adduced at trial.

Plaintiff has the burden of proof on all claims to be tried.  Mr. Zangrillo may offer the following exhibits if the need arises at trial.

| PLF. NO. | DEF. NO.[1] | DATE OFFERED | MARKED | ADMITTED | DECRIPTION OF EXHIBITS | FTC OBJECTION[2] |
|---|---|---|---|---|---|---|
| | DG-1 | | | | 1/1/2016 Amended and Restated Limited Liability Company Agreement of Dragon Global Holdings LLC | |
| | DG-2 | | | | 6/9/2015 DG DMV, LLC Amended and Restated Limited Liability Company Agreement | |
| | DG-3 | | | | 6/9/2015 Management Agreement between Burton Katz and DG DMV LLC | |
| | DG-4 | | | | 10/22/2014 DG DMV, LLC's Limited Liability Company Agreement | |
| | DG-5 | | | | 1/1/2016 On Point Capital Partners LLC's Amended and Restated LLC Agreement | |
| | DG-6 | | | | 9/8/2018 On Point Capital Partners LLC's Second Amended and Restated Limited Liability Company Operating Agreement | |
| | DG-7 | | | | 1/1/2018 Consulting Agreement between Robert Zangrillo and On Point Global | |
| | DG-8 | | | | 2/15/2018 Consent to Sublease by Mani Brothers | |
| | DG-9 | | | | 1/26/2012 Lease Between Dragon Global Management | |

---

[1]     Mr. Zangrillo notes that the Court's Scheduling Order (ECF No. 324) requires defense exhibits to be marked alphabetically.  Due to the volume of exhibits, however, Mr. Zangrillo has marked his exhibits numerically for ease of reference during trial.

[2]     The objections set forth in this column were provided by the FTC in response to the original exhibit list submitted by Mr. Zangrillo, Dragon Global Management LLC, Dragon Global Holdings LLC, Dragon Global LLC, and On Point Capital Partners LLC.  According to the FTC, exhibits may or may not be objectionable as hearsay or as lacking foundation, depending on the purpose for which the exhibit is offered, the party offering the exhibit, and the party against whom the exhibit is offered.  The FTC therefore reserves until trial any objections that an exhibit as offered lacks foundation or constitutes hearsay that does not fall under any exception.  Mr. Zangrillo believes that the FTC should be required to identify any hearsay or foundation objection that can reasonably be made at this time.

| PLF. NO. | DEF. NO.[1] | DATE OFFERED | MARKED | ADMITTED | DECRIPTION OF EXHIBITS | FTC OBJECTION[2] |
|---|---|---|---|---|---|---|
| | | | | | LLC and Mani Brothers 9200 Sunset (DE) LLC | |
| | DG-10 | | | | 11/27/2018 On Point Global LLC Ownership Summary | |
| | DG-11 | | | | 4/24/2018 Email from R. Zangrillo to B. Hoff (and attachments) re: OnPoint Investor Package | Fed. R. Evid. 106[3] |
| | DG-12 | | | | 6/29/2018 Email from M. Black to J. Clarke (and attachments) re: OnPoint Advisory Agreement & Investor Docs | Fed. R. Evid. 106 |
| | DG-13 | | | | 3/30/2018 Email from R. Zangrillo to D. Loftus (and attachments) re: FW: Org Chart | Fed. R. Evid. 106 |
| | DG-14 | | | | 4/12/2018 Email from R. Macpherson to D. Loftus re: FW: DGDMV Onpoint Investments updated by BK on 6.25.17 (1) (004).xlsx | |
| | DG-15 | | | | 6/29/2018 Email from M. Black to J. Clarke (and attachments) re: corrupted file | |
| | DG-16 | | | | 11/30/2018 Email from R. Zangrillo to B. Hoff (and attachments) re: DG On Point, LLC Investor Memo | |
| | DG-17 | | | | 7/24/2018 Advisor Agreement between Alex Soltani and On Point Global LLC | |
| | DG-18 | | | | 7/17/2019 Email from R. Zangrillo to D. Loftus et al. (and attachments) re: Loan Balances | |
| | DG-19 | | | | 11/4/2019 Email from R. Zangrillo to B. Hoff (and attachments) re: OnPoint Global Update and Letter from the CEO | Fed. R. Evid. 106 |

---

[3]     The FTC objects on the basis of Fed. R. Evid. 106 for lack of completeness where defendants have not included the full family for an email, i.e., parent emails or attachments, or have otherwise designated only a portion of a full document.

| PLF. NO. | DEF. NO.[1] | DATE OFFERED | MARKED | ADMITTED | DECRIPTION OF EXHIBITS | FTC OBJECTION[2] |
|---|---|---|---|---|---|---|
| | DG-20 | | | | 11/4/2019 Email from R. Zangrillo to J. Clarke (and attachments) re: OnPoint Global Update and Letter from the CEO | |
| | DG-21 | | | | 11/4/2019 Email from R. Zangrillo to P. Sarofim and A. Soltani (and attachments) re: OnPoint Global Update and Letter from the CEO | Fed. R. Evid. 106 |
| | DG-22 | | | | 4/9/2018 Email from R. Zangrillo to S. Mani (and attachment) re: Dragon Global Unicorn Fund - Member Update re_ Uber Technologies, Inc_ dated 4_8_18.pdf | |
| | DG-23 | | | | 6/6/2018 Email from R. Zangrillo to S. Mani re: OnPoint Global | |
| | DG-24 | | | | 1/1/2019 Written Consent of the Board of Managers of On Point Global LLC | |
| | DG-25 | | | | 1/1/2018 Loan Agreement between On Point Global LLC and OCP and Bronco LLC | |
| | DG-26 | | | | 3/14/2018 Operating Partner Agreement Between Robert Bellack and Dragon Global Management LLC | |
| | DG-27 | | | | 3/18/2018 Offer of Employment Between Robert Bellack and On Point Global LLC | |
| | DG-28 | | | | 10/30/2017 Email from B. Katz to R. Zangrillo re: Charlie contact info | |
| | DG-29 | | | | 12/17/2017 Email from B. Katz to R. Zangrillo re: Final On Point Global LLC comments | |
| | DG-30 | | | | 4/23/2018 Email from M. Black to R. Zangrillo (and attachment) re: Data Room | |

| PLF. NO. | DEF. NO.[1] | DATE OFFERED | MARKED | ADMITTED | DECRIPTION OF EXHIBITS | FTC OBJECTION[2] |
|---|---|---|---|---|---|---|
| | DG-31 | | | | 5/17/2019 Email from B. Bellack to R. Zangrillo (and attachments) re: Re: 2017-2018 OnPoint Global plus Q1 2019 Q over Q | Fed. R. Evid. 106 |
| | DG-32 | | | | 9/6/2019 Letter from B. Bellack to On Point Global LLC Board | |
| | DG-33 | | | | 8/29/2019 On Point Global LLC Board Meeting Minutes | |
| | DG-34 | | | | 9/9/2019 Email from B. Katz to R. Zangrillo and A. Soltani re: Board Call Follow up | |
| | DG-35 | | | | 6/29/2018 Email from R. Zangrillo to J. Hall re: OnPoint Avenue I acquisition | |
| | DG-36 | | | | 8/29/2019 Email from M. Black to A. Soltani (and attachment) re: OnPoint Board Deck for 2pm Call | Fed. R. Evid. 106 |
| | DG-37 | | | | 8/29/2019 Email from M. Black to A. Soltani (and attachments) re: OnPoint Board Deck for 2pm Call | |
| | DG-38 | | | | 3/2/2018 Loan Agreement between OCP and Bronco LLC and On Point Global LLC | |
| | DG-39 | | | | 3/2/2018 Promissory Note from On Point Global to OCP and Bronco | |
| | DG-40 | | | | 11/7/2018 On Point Management Aggregator LLC Incentive Unit Grant Agreement with Alex Soltani | |
| | DG-41 | | | | 8/4/2018 On Point Management Aggregator LLC Incentive Unit Grant Agreement with Alex Soltani | |
| | DG-42 | | | | 5/1/2018 On Point Management Aggregator LLC Incentive Unit Grant Agreement with Bob Bellack | |
| | DG-43 | | | | 7/5/2019 On Point Management Aggregator LLC Incentive Unit Grant Agreement with Alex Soltani | |

| PLF. NO. | DEF. NO.[1] | DATE OFFERED | MARKED | ADMITTED | DECRIPTION OF EXHIBITS | FTC OBJECTION[2] |
|---|---|---|---|---|---|---|
| | DG-44 | | | | 9/9/2019 Email from B. Katz to R. Zangrillo and A. Soltani re: Board Cal Follow up | |
| | DG-45 | | | | 12/18/2017 Email from R. Zangrillo to B. Katz re: Final On Point Global LLC comments | Possible Fed. R. Evid. 106[4] |
| | DG-46 | | | | 6/30/2018 Advisory Agreement between Jeff Clarke and On Point Global | |
| | DG-47 | | | | 7/12/2019 Email from Tehilla Drori to Burton Katz (and attachment) re: meeting schedule excel summary | |
| | DG-48 | | | | 8/29/2019 SunTrust Bank Records | |
| | DG-49 | | | | 12/21/2018 Wells Fargo Wire Record | |
| | DG-50 | | | | 8/29/2018 Wells Fargo Wire Record | |
| | DG-51 | | | | 8/24/2018 Wells Fargo Wire Record | |
| | DG-52 | | | | 6/7/2018 Wells Fargo Wire Record | |
| | DG-53 | | | | 2/4/2019 Fedwire Record | |
| | DG-54 | | | | 2/4/2019 SunTrust Bank Records | |
| | DG-55 | | | | 7/5/2019 Amendment No. 1 to Advisor Agreement Between Skyview Capital LLC and On Point Global LLC | |
| | DG-56 | | | | 10/18/2019 JP Morgan Wire Record | |

---

[4]     The FTC uses the objection "Possible Fed. R. Evid. 106" as to exhibits where it appears the document was part of an email correspondence and is missing additional family members, *i.e.*, parent emails or attachments, but the FTC cannot confirm that because any such family members are sequestered from the FTC's review pursuant to the Court-ordered privilege filter protocol.  *See* Order (*On Point* ECF 269).

| PLF. NO. | DEF. NO.[1] | DATE OFFERED | MARKED | ADMITTED | DECRIPTION OF EXHIBITS | FTC OBJECTION[2] |
|---|---|---|---|---|---|---|
| | DG-57 | | | | 6/19/2016 Email from A. Mahon to B. Katz, et al. (and attachment) re: Fwd: Org Charts | Fed. R. Evid. 106 |
| | DG-58 | | | | 7/22/2016 Email from S. Jaimes to B. Katz, et al. (and attachments) re: Org Charts | |
| | DG-59 | | | | 9/21/2018 Email from S. Jaimes to B. Katz et al. (and attachment) re: Organizational Charts | |
| | DG-60 | | | | 8/13/2019 Email from S. Jaimes to B. Levison (and attachment) re: Re: Updated BV Media Org Chart | |
| | DG-61 | | | | 7/27/2018 Email from Sarai Jaimes to Burton Katz et al. (and attachment) re: OKRs and Impact Roles | |
| | DG-62 | | | | 10/23/2017 Email from S. Jaimes to B. Levison (and attachment) re: Re Updated org chart | |
| | DG-63 | | | | 9/17/2019 Email from S. Jaimes to B. Levison (and attachment) re: Your Org Chart | |
| | DG-64 | | | | 9/11/2019 Email from S. Jaimes to B. Katz (and attachment) re: Organizational Charts | |
| | DG-65 | | | | 8/13/2019 Email from S. Jaimes to B. Katz (and attachment) re: Re: High Level Org Charts | |
| | DG-66 | | | | 8/24/2018 Email from S. Jaimes to B. Katz (and attachment) re: Latest Org Chart | |
| | DG-67 | | | | 6/19/2018 Email from S. Jaimes to B. Katz (and attachment) re: Updated Org Chart | |
| | DG-68 | | | | 3/20/2018 Email from S. Jaimes to B. Katz (and attachment) re: New Org Chart | |

| PLF. NO. | DEF. NO.[1] | DATE OFFERED | MARKED | ADMITTED | DECRIPTION OF EXHIBITS | FTC OBJECTION[2] |
|---|---|---|---|---|---|---|
| | DG-69 | | | | 11/6/2015 Advisor Agreement between John Caine and Dragon Global Management LLC | |
| | DG-70 | | | | 9/29/2016 Amendment to Lease Between Dragon Global Management LLC and Mani Brothers 9200 Sunset (DE) LLC | |
| | DG-71 | | | | 4/11/2016 Sublease between Dragon Global Management LLC and Fair Financial Corp. | |
| | DG-72 | | | | 1/1/2018 Promissory Note from On Point Global LLC to OCP and Bronco LLC | |
| | DG-73 | | | | 1/1/2008 Loan Agreement Between OCP and Bronco LLC and On Point Global LLC | |
| | DG-74 | | | | 4/9/2018 Limited Liability Operating Agreement of DG On Point, LLC | |
| | DG-75 | | | | 5/30/2018 Email from D. Loftus to R. Zangrillo (and attachment) re: FW: DG On Point Investment Fully Executed Subscription Agreement | Fed. R. Evid. 106 |
| | DG-76 | | | | 6/25/2018 Email from R. Zangrillo to E. Michael (and attachments) re: On Point Global Investment | |
| | DG-77 | | | | 5/23/2019 DG On Point LLC Investor Spreadsheet | |
| | DG-78 | | | | 11/8/2018 On Point Global LLC Ownership Summary | |
| | DG-79 | | | | 11/6/2015 Advisor Agreement between Ken | |

| PLF. NO. | DEF. NO.[1] | DATE OFFERED | MARKED | ADMITTED | DECRIPTION OF EXHIBITS | FTC OBJECTION[2] |
|---|---|---|---|---|---|---|
| | | | | | Rudin and Dragon Global Management LLC | |
| | DG-80 | | | | 7/31/2018 Invoice from Dragon Global Management LLC to LiveXLive | |
| | DG-81 | | | | 6/31/18 Invoice from Dragon Global Management LLC to LiveXLive | |
| | DG-82 | | | | 10/1/2018 Invoice from Dragon Global Management LLC to LiveXLive | |
| | DG-83 | | | | 9/10/2018 Invoice from Dragon Global Management LLC to LiveXLive | |
| | DG-84 | | | | 7/16/2018 Invoice from Dragon Global Management LLC to LiveXLive | |
| | DG-85 | | | | 11/1/2018 Invoice from Dragon Global Management LLC to LiveXLive | |
| | DG-86 | | | | 3/27/2018 Invoice from Dragon Global Management LLC to LiveXLive | |
| | DG-87 | | | | 2/14/2018 Invoice from Dragon Global Management LLC to LiveXLive | |
| | DG-88 | | | | 1/18/2018 Invoice from Dragon Global Management LLC to LiveXLive | |
| | DG-89 | | | | 6/29/2018 Invoice from Dragon Global Management LLC to LiveXLive | |
| | DG-90 | | | | 6/3/2018 Invoice from Dragon Global Management LLC to LiveXLive | |

| PLF. NO. | DEF. NO.[1] | DATE OFFERED | MARKED | ADMITTED | DECRIPTION OF EXHIBITS | FTC OBJECTION[2] |
|---|---|---|---|---|---|---|
| | DG-91 | | | | 3/7/2018 Invoice from Dragon Global Management LLC to LiveXLive | |
| | DG-92 | | | | 4/30/2018 Invoice from Dragon Global Management LLC to LiveXLive | |
| | DG-93 | | | | 12/6/2018 Invoice from Dragon Global Management LLC to LiveXLive | |
| | DG-94 | | | | 10/1/2018 Invoice from Dragon Global Management LLC to LiveXLive | |
| | DG-95 | | | | 12/11/2013 Megan Black Employment Offer Letter | |
| | DG-96 | | | | 11/10/2014 Dede Loftus Employment Offer Letter | |
| | DG-97 | | | | 5/1/2018 Amended and Restated LLC Operating Agreement of DG DMV LLC | |
| | DG-98 | | | | 5/23/2019 DG On Point LLC Investor Spreadsheet | |
| | DG-99 | | | | 2/27/2017 Email from B. Katz to D. Loftus re: wire info | |
| | DG-100 | | | | 12/1/2018 Invoice from Dragon Global Management LLC to LiveXLive | |
| | DG-101 | | | | 1/1/2018 OCP and Bronco LLC Contribution and Exchange Agreement | |
| | DG-102 | | | | 4/24/2018 On Point Global LLC Amended and Restated LLC Agreement | |
| | DG-103 | | | | 7/5/2019 On Point Global LLC First Amended and Restated LLC Agreement | |

| PLF. NO. | DEF. NO.[1] | DATE OFFERED | MARKED | ADMITTED | DECRIPTION OF EXHIBITS | FTC OBJECTION[2] |
|---|---|---|---|---|---|---|
| | DG-104 | | | | 9/4/2018 Limited Liability Operating Agreement of DG On Point II, LLC | |
| | DG-105 | | | | 11/21/2017 Email from R. Zangrillo to D. Loftus (and attachments) re: FW: DGDMV Wire and Detail | |
| | DG-106 | | | | 12/21/2017 Email from A. Nuche to D. Loftus (and attachment) re: IBM Wire Instructions | |
| | DG-107 | | | | 2/28/2018 Email from R. Zangrillo to D. Loftus (and attachment) re: Fwd: Treasury report | |
| | DG-108 | | | | 6/7/2018 On Point Global LLC Ownership Summary | Fed. R. Evid. 106 |
| | DG-109 | | | | 11/7/2018 Email from R. Zangrillo to A. Soltani (and attachments) re: DG On Point, LLC | |
| | DG-110 | | | | 11/7/2018 Email from R. Zangrillo to A. Soltani (and attachments) re: OnPoint Global, LLC | |
| | DG-111 | | | | 11/27/2018 Email from R. Zangrillo to A. Soltani (and attachments) re: FW: Final DG On Point LLC documents | |
| | DG-112 | | | | 11/27/2018 On Point Global LLC Ownership Summary | Fed. R. Evid. 106 |
| | DG-113 | | | | 7/25/2019 Email from M. Black to D. Loftus (and attachment) re: OP Org Chart as of today | |

11

| PLF.<br>NO. | DEF.<br>NO.[1] | DATE<br>OFFERED | MARKED | ADMITTED | DECRIPTION OF<br>EXHIBITS | FTC<br>OBJECTION[2] |
|---|---|---|---|---|---|---|
| | DG-114 | | | | 10/18/2019 Email from R. Zangrillo to B. Hoff (and attachments) re: FW: On Point Investment - Final docs for Bob Hoff | |
| | DG-115 | | | | 10/24/2019 Email from S. McLaughlin to R. Zangrillo (and attachments) re: RE: On Point Investment - Final docs for Bob Hoff- | |
| | DG-116 | | | | 11/4/2019 Email from R. Zangrillo to E. Michael (and attachments) re: OnPoint Global Update and Letter from the CEO | |
| | DG-117 | | | | 11/4/2019 Email from J. Clarke to R. Zangrillo Re: OnPoint Global Update and Letter from the CEO | |
| | DG-118 | | | | June 2015 Bank Statement of On Point Capital Partners LLC | Fed. R. Evid. 106 |
| | DG-119 | | | | 1/18/2018 Email from D. Loftus to R. Macpherson (and attachment) re: Living Healthy ABC docs | |
| | DG-120 | | | | 6/14/2018 Email from D. Loftus to R. Macpherson (and attachment) re: DG On Point LLC investor detail as of 6.12.18 | |
| | DG-121 | | | | 7/18/2018 DG On Point LLC Subscription Agreement with E. Michael | Fed. R. Evid. 106 |

| PLF. NO. | DEF. NO.[1] | DATE OFFERED | MARKED | ADMITTED | DECRIPTION OF EXHIBITS | FTC OBJECTION[2] |
|---|---|---|---|---|---|---|
| | DG-122 | | | | 7/18/2018 DG On Point LLC Operating Agreement with E. Michael | Fed. R. Evid. 106 |
| | DG-123 | | | | 10/25/2019 Email from D. Loftus to S. McLaughlin (and attachments) re: Fully Executed agreements | |
| | DG-124 | | | | 6/5/2018 Email from R. Zangrillo to J. Clarke re: OnPoint | |
| | DG-125 | | | | 6/5/2018 Email from J. Clarke to R. Zangrillo re: Fw: Fwd: OnPoint | |
| | DG-126 | | | | 6/5/2018 Email from R. Zangrillo to J. Clarke Re: OnPoint | |
| | DG-127 | | | | 6/5/2018 Email from J. Clarke to R. Zangrillo Re: OnPoint | |
| | DG-128 | | | | 6/5/2018 Email from R. Zangrillo to J. Clarke Re: OnPoint | |
| | DG-129 | | | | 6/28/2018 Email from B. Bellack to N. Fairman (and attachments) re: Fwd: Neil Fairman OnPoint Data Room Request | Fed. R. Evid. 106 |
| | DG-130 | | | | 7/6/2018 Email from R. Zangrillo to J. Hall (and attachment) re: FW: cap table discussion | |
| | DG-131 | | | | 10/17/2018 Email from A. Soltani to R. Zangrillo re: OnPoint Incremental Investment | |

| PLF. NO. | DEF. NO.[1] | DATE OFFERED | MARKED | ADMITTED | DECRIPTION OF EXHIBITS | FTC OBJECTION[2] |
|---|---|---|---|---|---|---|
| | DG-132 | | | | 5/17/2018 On Point Global LLC Ownership Summary | Fed. R. Evid. 106 |
| | DG-133 | | | | 6/28/2019 On Point Global LLC Ownership Summary | Fed. R. Evid. 106 |
| | DG-134 | | | | 11/24/2019 On Point Global LLC Ownership Summary | Fed. R. Evid. 106 |
| | DG-135 | | | | 11/22/2017 Email from M. Black to B. Katz (and attachments) Re: prezo update | Fed. R. Evid. 106 |
| | DG-136 | | | | 3/12/2018 Advisor Agreement between John Caine and On Point Global | |
| | DG-137 | | | | 3/16/2018 Advisor Agreement between Ken Rudin and On Point Global LLC | |
| | DG-138 | | | | 6/5/2018 Email from M. Black to J. Clarke (and attachment) Re: OnPoint | |
| | DG-139 | | | | 6/27/2018 Email from M. Black to A. Soltani (and attachments) re: On Point Advisory Agreement & Investor Docs | Fed. R. Evid. 106 |
| | DG-140 | | | | 7/6/2018 Email from M. Black to J. Hall (and attachments) re: cap table discussion | Fed. R. Evid. 106 |
| | DG-141 | | | | 7/19/2018 Email from M. Black to J. Hall (and attachments) re: DG On Point, LLC | |
| | DG-142 | | | | 9/1/2018 M8 Enterprises Incentive Unit Grant Agreement with On Point Global LLC | |

| PLF. NO. | DEF. NO.[1] | DATE OFFERED | MARKED | ADMITTED | DECRIPTION OF EXHIBITS | FTC OBJECTION[2] |
|---|---|---|---|---|---|---|
| | DG-143 | | | | 10/24/2018 Letter Agreement Between DG On Point LLC and On Point Global LLC | |
| | DG-144 | | | | 6/26/2019 On Point Global LLC Ownership Summary | Fed. R. Evid. 106 |
| | DG-145 | | | | 11/30/2017 Email from A. Nuche to R. Zangrillo (and attachments) re: Working Capital and Partner Loan Schedule | |
| | DG-146 | | | | 1/10/2018 Email from R. Macpherson to R. Zangrillo (and attachment) re: Zangrillo Org Chart DGH Only (01.04.pdf) | |
| | DG-147 | | | | Dragon Global Organizational Chart | Fed. R. Evid. 106 |
| | DG-148 | | | | 1/11/2018 Email from A. Mahon to R. Zangrillo and R. Macpherson (and attachment) re: Loan Schedule | |
| | DG-149 | | | | 1/17/2018 Email from A. Mahon to R. Macpherson (and attachment) Re: DgDMV Amended and Restated Operating Agreement | |
| | DG-150 | | | | 3/5/2018 Email from B. Katz to R. Zangrillo (and attachments) | Fed. R. Evid. 106 |
| | DG-151 | | | | 4/23/2018 Email from M. Black to R. Zangrillo (and attachment) Re: Data Room | Fed. R. Evid. 106 |
| | DG-152 | | | | 11/14/2019 Dragon Global Management LLC Invoice to On Point Global LLC | Fed. R. Evid. 106 |

| PLF. NO. | DEF. NO.[1] | DATE OFFERED | MARKED | ADMITTED | DECRIPTION OF EXHIBITS | FTC OBJECTION[2] |
|---|---|---|---|---|---|---|
| | DG-153 | | | | 5/29/2018 Email from B. Hoff to R. Zangrillo Re: OnPoint Closing | |
| | DG-154 | | | | 8/27/2018 Email from A. Mahon to R. Zangrillo, et al. (and attachment) re: Shareholder Loan Payout and subsequent Share Purchase | |
| | DG-155 | | | | 10/29/2018 On Point Global LLC Ownership Summary | Fed. R. Evid. 106 |
| | DG-156 | | | | 11/6/2018 Email from A. Mahon to R. Zangrillo and R. Macpherson (and attachment) re: Partner Loan Schedule | |
| | DG-157 | | | | 11/28/2018 Email from J. Hall to R. Zangrillo (and attachments) re: FW: Final DG On Point LLC documents | Fed. R. Evid. 106 |
| | DG-158 | | | | 11/28/2018 Email from James Hall to Robert Zangrillo (and attachment) re: RE: Final DG On Point LLC documents | Fed. R. Evid. 106 |
| | DG-159 | | | | 1/9/2019 Email from B. Levison to R. Zangrillo re: Re: November Snapshot | |
| | DG-160 | | | | 5/1/2019 Email from A. Mahon to R. Zangrillo (and attachments) re: Cap table as of 5.1.2019 | Fed. R. Evid. 106 |
| | DG-161 | | | | 5/17/2018 On Point Global LLC Ownership Summary | Fed. R. Evid. 106 |
| | DG-162 | | | | 5/29/2019 On Point Global LLC Ownership Summary | Fed. R. Evid. 106 |
| | DG-163 | | | | 6/26/2019 On Point Global LLC Ownership Summary | Fed. R. Evid. 106 |
| | DG-164 | | | | 6/26/2019 On Point Global LLC Ownership Summary | Fed. R. Evid. 106 |

| PLF. NO. | DEF. NO.[1] | DATE OFFERED | MARKED | ADMITTED | DECRIPTION OF EXHIBITS | FTC OBJECTION[2] |
|---|---|---|---|---|---|---|
| | DG-165 | | | | 6/26/2019 On Point Global LLC Ownership Summary | Fed. R. Evid. 106 |
| | DG-166 | | | | 6/28/2019 On Point Global LLC Ownership Summary | Fed. R. Evid. 106 |
| | DG-167 | | | | 8/7/2019 Email from B. Bellack to R. Zangrillo (and attachments) re: Fwd: Draft transmittal email - Use this version | Fed. R. Evid. 106 |
| | DG-168 | | | | 9/6/2019 On Point Global LLC Ownership Summary | Fed. R. Evid. 106 |
| | DG-169 | | | | 10/24/2019 On Point Global LLC Ownership Summary | Fed. R. Evid. 106 |
| | DG-170 | | | | 10/25/2019 Email from R. Zangrillo to A. Soltani (and attachments) re: OnPoint Global | |
| | DG-171 | | | | 8/1/2018 On Point Global LLC Incentive Unit Grant Agreement with Jeff Clarke | |
| | DG-172 | | | | 8/2/2018 Letter of Intent to Acquire Assets of Living Healthy | |
| | DG-173 | | | | 1/1/2018 OCP and Bronco, LLC's Limited Liability Company Agreement | |
| | DG-174 | | | | 6/15/2015 Domain Name Purchase Agreement | |
| | DG-175 | | | | 9/4/2018 Subscription Agreement Between DG On Point II LLC and Bob Hoff | |
| | DG-176 | | | | 11/14/2019 Invoice from Dragon Global Management to On Point Global LLC | |

| PLF. NO. | DEF. NO.[1] | DATE OFFERED | MARKED | ADMITTED | DECRIPTION OF EXHIBITS | FTC OBJECTION[2] |
|---|---|---|---|---|---|---|
| | DG-177 | | | | 6/12/2018 Email from M. Black to E. Michael (and attachments) Re: Investment | |
| | DG-178 | | | | 6/22/2018 Email from D. Loftus to B. Hoff (and attachments) re: DG On Point, LLC & Robert A. Hoff Living Trust Fully Executed Agreements | |
| | DG-179 | | | | 6/29/2017 Email from B. Katz to R. Zangrillo (and attachments) re: Fwd: On Point Funding Agreement (June 2017) | Fed. R. Evid. 106 |
| | DG-180 | | | | 12/17/2017 Email from Burton Katz to Robert Zangrillo re: Re: Final On Point Global LLC comments | |
| | DG-181 | | | | 5/1/2018 On Point Management Aggregator LLC Incentive Unit Grant Agreement with John Caine | |
| | DG-182 | | | | 5/1/2018 On Point Management Aggregator LLC Incentive Unit Grant Agreement with Ken Rudin | |
| | DG-183 | | | | Robert Zangrillo 2017 Bank Statements | |
| | DG-184 | | | | Robert Zangrillo 2018 Bank Statements | |
| | DG-185 | | | | Robert Zangrillo 2019 Bank Statements | |
| | DG-186 | | | | DG On Point LLC 2018 Bank Statements | |

| PLF. NO. | DEF. NO.[1] | DATE OFFERED | MARKED | ADMITTED | DECRIPTION OF EXHIBITS | FTC OBJECTION[2] |
|---|---|---|---|---|---|---|
| | DG-187 | | | | 2018 Dragon Global Management LLC Bank Statements | |
| | DG-188 | | | | 1/1/2018 Promissory Note from On Point Global LLC to OCP and Bronco LLC | |
| | DG-189 | | | | 1/1/2018 Security Agreement Between OCP and Bronco LLC and On Point Global LLC | |
| | DG-190 | | | | On Point Global LLC 2018 Financial Results | Fed. R. Evid. 106 |
| | DG-191 | | | | On Point Global LLC Balance Sheet | Fed. R. Evid. 106 |
| | DG-192 | | | | 12/2019 On Point Global LLC Balance Sheet | Fed. R. Evid. 106 |
| | DG-193 | | | | On Point Global LLC Investor Update | Fed. R. Evid. 106 |
| | DG-194 | | | | On Point Global LLC D&O Insurance Costs | Fed. R. Evid. 106 |
| | DG-195 | | | | 10/15/2020 On Point Global LLC Financial Performance Q3 2020 | Fed. R. Evid. 106 |
| | DG-196 | | | | 3/31/2021 On Point Global LLC Balance Sheet | Fed. R. Evid. 106 |
| | DG-197 | | | | 2/19/2018 On Point Global LLC Financial Due Diligence Report | |
| | DG-198 | | | | Megan Black 2018 Bank Statement | |
| | DG-199 | | | | Megan Black 2018 Bank Statement | |
| | DG-200 | | | | On Point Global LLC ADP Records | Fed. R. Evid. 106 |

| PLF. NO. | DEF. NO.[1] | DATE OFFERED | MARKED | ADMITTED | DECRIPTION OF EXHIBITS | FTC OBJECTION[2] |
|---|---|---|---|---|---|---|
| | DG-201 | | | | 9/30/2020 On Point Employment LLC Payroll Register | Fed. R. Evid. 106 |
| | DG-202 | | | | 10/24/2019 On Point Global LLC Ownership Summary | Possible Fed. R. Evid. 106 |
| | DG-203 | | | | 12/6/2017 Email from S. Jaimes to B. Levison (and attachment) re: did you send around a list of everyones email addresses and titles? | Possible Fed. R. Evid. 106 |
| | DG-204 | | | | 12/15/2017 Email from A. Mahon to B. Katz and B. Levison re: Fwd: DG DMV | |
| | DG-205 | | | | 12/15/2017 Email from B. Katz to R. Zangrillo re: Fwd: DG DMV | |
| | DG-206 | | | | 12/15/2017 Email from F. Levenson to J. Friedman re: RE: On Point – Consulting Agreement (Bob Zangrillo) | Selective waiver of attorney-client privilege |
| | DG-207 | | | | 12/15/2017 On Point Global Company Loans | Fed. R. Evid. 106 |
| | DG-208 | | | | 12/17/2017 Email from B. Katz to R. Zangrillo re: Re: files | |
| | DG-209 | | | | 12/17/2017 Email from B. Katz to R. Zangrillo re: Re: Final On Point Global LLC comments | |
| | DG-210 | | | | 12/19/2017 On Point Global Company Loans | Possible Fed. R. Evid. 106 |
| | DG-211 | | | | 12/20/2017 Email from Alicia Nuche to Burton Katz et al. (and attachments) re: Construction Costs and Partner Loans | |

| PLF. NO. | DEF. NO.[1] | DATE OFFERED | MARKED | ADMITTED | DECRIPTION OF EXHIBITS | FTC OBJECTION[2] |
|---|---|---|---|---|---|---|
| | DG-212 | | | | 12/26/2017 Email from A. Mahon to J. Rodriguez re: RE: EY – Engagement Agreement and Statement of Work | |
| | DG-213 | | | | 12/29/2017 Email from A. Mahon to B. Katz (and attachments) re: Fwd: Copy of Partner Loans Total 12.22.17.xlsx | |
| | DG-214 | | | | 1/3/2018 Email from T. Drori to B. Katz re: Senior Management KPI rollout meeting - ATTENDANTS | |
| | DG-215 | | | | 1/6/2018 Email from A. Nuche to B. Katz et al. re: Updated Loan Schedule – 1.6.18 | |
| | DG-216 | | | | 1/24/2018 Email from B. Katz to B. Levison re: Re On Point – Revised Documents | |
| | DG-217 | | | | 2/14/2018 Email from A. Nuche to B. Levison (and attachment) re: Updated Partner Loan Schedule – 2.14.18 | |
| | DG-218 | | | | 4/16/2018 Email from S. Jaimes to A. Mahon re: Benefits Class Code for Managers | |
| | DG-219 | | | | 8/24/2018 Email from A. Mahon to R. Zangrillo re: Re: Bridge Loan Payback | |
| | DG-220 | | | | 6/7/2018 On Point Global LLC Ownership Summary | Possible Fed. R. Evid. 106 |
| | DG-221 | | | | 7/23/2018 M8 Enterprises Advisory Agreement | |

| PLF. NO. | DEF. NO.[1] | DATE OFFERED | MARKED | ADMITTED | DECRIPTION OF EXHIBITS | FTC OBJECTION[2] |
|---|---|---|---|---|---|---|
| | DG-222 | | | | 11/26/2019 Email from T. Fagella to S. Dunn re: RE: Break up with Sun Trust | |
| | DG-223 | | | | 10/21/2019 On Point Global Debt Schedule | Fed. R. Evid. 106 |
| | DG-224 | | | | 3/31/2019 On Point Global LLC Debt | Possible Fed. R. Evid. 106 |
| | DG-225 | | | | 10/25/2019 Email from B. Bellack to R. Zangrillo (and attachments) re: Ventures-Onpoint Capital Contribution | Fed. R. Evid. 106 |
| | DG-226 | | | | 10/24/2019 Email from B. Bellack to R. Zangrillo (and attachments) re: Skyview Prorata Investment | Fed. R. Evid. 106 |
| | DG-227 | | | | 11/29/2019 Email from B. Bellack to B.Katz (and attachment) re: Fwd: Due from Dragon | |
| | DG-228 | | | | 4/30/2018 On Point Global LLC Debt Schedule | Possible Fed. R. Evid. 106 |
| | DG-229 | | | | 11/28/2018 Email from A. Mahon to B. Bellack and B. Katz (and attachment) re: Fwd: Ownership Summary | |
| | DG-230 | | | | 7/8/2019 Email from A. Mahon to B. Bellack and B. Levison (and attachment) re: Re: summary of company debt document | |
| | DG-231 | | | | 1/18/2019 Written Consent of the Board of Managers of On Point Global LLC | |
| | DG-232 | | | | 7/17/2019 Email from A. Mahon to R. Zangrillo (and attachments) | |

| PLF. NO. | DEF. NO.[1] | DATE OFFERED | MARKED | ADMITTED | DECRIPTION OF EXHIBITS | FTC OBJECTION[2] |
|---|---|---|---|---|---|---|
| | DG-233 | | | | 8/31/2018 On Point Global Debt Schedule | Possible Fed. R. Evid. 106 |
| | DG-234 | | | | 7/31/2018 On Point Global Debt Schedule | Possible Fed. R. Evid. 106 |
| | DG-235 | | | | 12/7/2018 Asset Purchase Agreement Between Issue Based Media and Creditors of Living Healthy | Possible Fed. R. Evid. 106 |
| | DG-236 | | | | 10/31/2019 On Point Global Debt Schedule | Fed. R. Evid. 106 |
| | DG-237 | | | | 6/30/2019 On Point Global Debt Schedule | Fed. R. Evid. 106 |
| | DG-238 | | | | 8/31/2019 On Point Global LLC Ownership Summary | |
| | DG-239 | | | | 8/31/2019 On Point Global LLC Ownership Summary | |
| | DG-240 | | | | On Point Global LLC Organizational Chart | |
| | DG-241 | | | | 1/1/2018 Written Consent of the Board of Managers of On Point Global LLC | |
| | DG-242 | | | | 6/28/2019 On Point Global LLC Ownership Summary | |
| | DG-243 | | | | On Point Global LLC Organizational Chart | |
| | DG-244 | | | | On Point Global LLC Organizational Chart | |
| | DG-245 | | | | On Point Global LLC Organizational Chart | |
| | DG-246 | | | | 3/19/2021 FTC's First Amended Consolidated Responses and Objections to Zangrillo Defendants' First Set of Interrogatories | |
| | DG-247 | | | | 5/3/2021 FTC's Responses to Zangrillo Defendants' First | |

| PLF. NO. | DEF. NO.[1] | DATE OFFERED | MARKED | ADMITTED | DECRIPTION OF EXHIBITS | FTC OBJECTION[2] |
|---|---|---|---|---|---|---|
| | | | | | Set of Requests for Admission | |
| | DG-248 | | | | 9/1/2021 Declaration of Bryce Johnson | H |
| | DG-249 | | | | 1/10/2020 Transcript of Day One of Preliminary Injunction Hearing | |
| | DG-250 | | | | 1/13/2020 Transcript of Day Two of Preliminary Injunction Hearing | |
| | DG-251 | | | | Exhibit L to Receiver's Initial Report (PX116) | |
| | DG-252 | | | | 8/14/19 Email from Arlene Mahon to Alicia Nuche, RE: Re: Due from Dragon Global (PX49GN) | |
| | DG-253 | | | | 10/20/19 Email from Bob Zangrillo to Burton Katz, RE: Re: deck and investment teaser (PX33BT) | |

Dated: October 26, 2021
      Miami, Florida

Respectfully,

 /s/ Marshall Dore Louis
Marshall Dore Louis
Fla. Bar No. 512680
BOIES SCHILLER FLEXNER LLP
100 SE Second Street, Suite 2800
Miami, Florida 33131
Tel.: (305) 357-8438
E-mail: mlouis@bsfllp.com

Matthew L. Schwartz (pro hac vice)
John T. Zach (pro hac vice)
Sabina Mariella (pro hac vice)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, New York
Tel.: (212) 446-2300
E-mail: mlschwartz@bsfllp.com
      jzach@bsfllp.com
      smariella@bsfllp.com

*Counsel for Robert Zangrillo*