United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Federal Trade Commission, Plaintiff ) <br> ) <br> v. ) <br> ) <br> Acquinity Interactive, LLC, and ) <br> others, Defendants ) <br> ) | Civil Action No. 14-60166-Civ-Scola |

| | |
|---|---|
| Federal Trade Commission, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> On Point Global LLC and others, ) <br> Defendants. ) | Civil Action No. 19-25046-Civ-Scola |

### ORDER

This matter is before the Court on the Dragon Global Defendants' request, following the entry of summary judgment in their favor, to clarify that the Dragon Global Defendants are not subject to any asset freeze or receivership in connection with the *On Point* matter or *Acquinity* contempt proceeding. It is **HEREBY ORDERED** that:

1. Dragon Global Management LLC, Dragon Global LLC, Dragon Global Holdings LLC, and On Point Capital Partners LLC are not subject to any receivership or asset freeze;

2. Robert Zangrillo is not subject to any asset freeze;

3. Any third party (including but not limited to the court-appointed receiver in the above-captioned cases, or any financial institution) in possession of any assets belonging to Robert Zangrillo, Dragon Global Management LLC, Dragon Global LLC, Dragon Global Holdings LLC, or On Point Capital Partners LLC is authorized to release such assets to them or at their direction.

**Done and Ordered** at Miami, Florida on November 9, 2021.

Robert N. Scola, Jr.
United States District Judge