**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 19-Civ-25046-SCOLA**

FEDERAL TRADE COMMISSION,

     Plaintiff,

     v.

ON POINT GLOBAL, LLC, *et al.*,

     Defendants.

**Case No. 14-CV-60166-SCOLA**

FEDERAL TRADE COMMISSION,

     Plaintiff,

     v.

ACQUINITY INTERACTIVE, LLC, *et al.*,

     Defendants.

**PLAINTIFF FEDERAL TRADE COMMISSION'S INDEX OF OFFERED EXHIBITS**

**Volume 1 of 3**

| PLF. NO. | Description of Exhibits | Date Offered | Date Admitted |
|---|---|---|---|
| PX1C1 | Screenshot of portal/feeder site californiadrivers.org | 3-Nov | 3-Nov |
| PX1C2 | Screenshot of portal/feeder site floridadriverslicenses.org | 3-Nov | 3-Nov |
| PX1E | OnPointGlobal.com website capture | 3-Nov | 3-Nov |

| PLF. NO. | Description of Exhibits | Date Offered | Date Admitted |
|---|---|---|---|
| PX1F | OnPointGuides.com website capture | 3-Nov | 3-Nov |
| PX1G | DragonGlobal.com website capture | 3-Nov | 3-Nov |
| PX1J | License-driver.com Purchase captures | 9-Nov | 9-Nov |
| PX1N | License-guides.org Purchase captures | 9-Nov | 9-Nov |
| PX1Q | DMV.com Mobile Purchase captures | 9-Nov | 9-Nov |
| PX1U | Section-8-Housing.org captures | 3-Nov | 3-Nov |
| PX1W | Section-8-Housing.org-Section 8 Housing Guide | 3-Nov | 3-Nov |
| PX1X1 | Email from Research Unlimited Group to FTC undercover profile, RE: We Found a Check In Your Name, dated May 8, 2019 | 3-Nov | 3-Nov |
| PX1X2 | Email from Research Unlimited Group to FTC undercover profile, RE: CITIBANK Card Cleared ($1,000!) Congrats, [REDACTED], dated July 5, 2019 | 3-Nov | 3-Nov |
| PX1Z | Fishinglicense.org Purchase captures | 9-Nov | 9-Nov |
| PX1AR | Direct-Market.com website capture | 3-Nov | 3-Nov |
| PX1AU10 | LinkedIn profile - Elisha (Eli) Rothman | 3-Nov | 3-Nov |
| PX1AU12 | LinkedIn profile - Christopher Sherman | 3-Nov | 3-Nov |
| PX1AU13 | LinkedIn profile - Bob Zangrillo | 3-Nov | 3-Nov |
| PX1AV1 | Instagram screenshot - @bobzangrillo 11/19/17 | 3-Nov | 3-Nov |
| PX1AV2 | Instagram screenshot - @bobzangrillo 1/26/18 | 3-Nov | 3-Nov |
| PX1AY | Domains by Proxy-Certificate of Business Records | 3-Nov | 3-Nov |
| PX1AZ | Domains by Proxy-summary chart | 3-Nov | 3-Nov |
| PX1BF1 | Emailed invoices from Domain Development Studios | 4-Nov | 4-Nov |
| PX9C | Documents Donaldson Services LLC d/b/a PostalAnnex of New Braunfels produced to the FTC | 4-Nov | 4-Nov |
| PX9E | Documents UPS Store #1666 produced to the FTC | 4-Nov | 4-Nov |
| PX9F | Documents Oregon Blue Skies LLC d/b/a PostalAnnex 195 produced to the FTC | 4-Nov | 4-Nov |
| PX9H | Documents PostNet (3827 Phelan Blvd, Beaumont, TX) produced to the FTC | 4-Nov | 4-Nov |
| PX9J | Documents PostNet (6725 Fairmont Pkwy, Pasadena, TX) produced to the FTC | 4-Nov | 4-Nov |
| PX9K | Documents Neighbor's Postal Plus produced to the FTC | 4-Nov | 4-Nov |
| PX9N | Documents Vish Enterprises Inc. d/b/a PostalAnnex #270 produced to the FTC | 4-Nov | 4-Nov |
| PX11A2 | EMS account, GNR Media | 4-Nov | 4-Nov |
| PX11A6 | EMS account, Yamazaki Media | 4-Nov | 4-Nov |
| PX11A10 | EMS account, GNR Media | 4-Nov | 4-Nov |
| PX11A11 | EMS account, GNR Media | 4-Nov | 4-Nov |

| PLF. NO. | Description of Exhibits | Date Offered | Date Admitted |
|---|---|---|---|
| PX11B1 | Esquire account, Pirate Media | 4-Nov | 4-Nov |
| PX11B3 | Esquire account, Yamazaki Media | 4-Nov | 4-Nov |
| PX11B4 | Esquire account, Pirate Media | 4-Nov | 4-Nov |
| PX11B12 | Esquire account, Yamazaki Media | 4-Nov | 4-Nov |
| PX11B14 | Esquire account, GNR Media | 4-Nov | 4-Nov |
| PX11B15 | Esquire account, Orange Grove Media | 4-Nov | 4-Nov |
| PX11B17 | Esquire account, GNR Media | 4-Nov | 4-Nov |
| PX11B20 | Esquire account, Orange Grove Media | 4-Nov | 4-Nov |
| PX11B22 | Esquire account, Pirate Media | 4-Nov | 4-Nov |
| PX11E2 | Merrick account, Yamazaki Media | 4-Nov | 4-Nov |
| PX11E3 | Merrick account, Yamazaki Media | 4-Nov | 4-Nov |
| PX12C1 | Bluebird Media LLC, International Finance Bank, 6844 | 4-Nov | 4-Nov |
| PX12C4 | Cambridge Media Series, LLC, International Finance Bank, 6860 | 4-Nov | 4-Nov |
| PX12C7 | Coinstar Media LLC, International Finance Bank, 6842 | 4-Nov | 4-Nov |
| PX12C8 | Direct Market, LLC, International Finance Bank, 6839 | 4-Nov | 4-Nov |
| PX12C9 | Domain Development Studios, LLC, International Finance Bank, 6858 | 4-Nov | 4-Nov |
| PX12C11 | GNR Media, LLC, International Finance Bank, 6866 | 4-Nov | 4-Nov |
| PX12C15 | Leatherback Media Group LLC, International Finance Bank, 6841 | 4-Nov | 4-Nov |
| PX12C16 | Macau Media LLC, International Finance Bank, 6843 | 4-Nov | 4-Nov |
| PX12C18 | On Point Global LLC, International Finance Bank, 7593 | 4-Nov | 4-Nov |
| PX12C19 | Orange Grove Media, LLC, International Finance Bank, 6872 | 4-Nov | 4-Nov |
| PX12C24 | Sandman Media Group LLC, International Finance Bank, 6840 | 4-Nov | 4-Nov |
| PX12C25 | Spartacus Media LLC, International Finance Bank, 6845 | 4-Nov | 4-Nov |
| PX12C28 | Yamakazi Media LLC, International Finance Bank, 6869 | 4-Nov | 4-Nov |
| PX12D11 | Domain Development Studios LLC, Regions Bank, 4191 | 4-Nov | 4-Nov |
| PX12D22 | Orange Grove Media LLC, Regions Bank, 4345 | 4-Nov | 4-Nov |
| PX12D30 | Yamazaki Media LLC, Regions Bank, 4272 | 4-Nov | 4-Nov |
| PX12E1 | On Point Global LLC, SunTrust Bank, 8548 | 4-Nov | 4-Nov |
| PX12F2 | DG DMV, LLC, Wells Fargo, 735 | 4-Nov | 4-Nov |
| PX12F3 | Pirate Media, LLC, Wells Fargo, 1827 | 4-Nov | 4-Nov |
| PX12F6 | Cambridge Media LLC, Wells Fargo, 2249 | 4-Nov | 4-Nov |

| PLF. NO. | Description of Exhibits | Date Offered | Date Admitted |
|---|---|---|---|
| PX12F9 | GNR Media LLC, Wells Fargo, 2695 | 4-Nov | 4-Nov |
| PX12F10 | Pirate Media LLC, Wells Fargo, 2711 | 4-Nov | 4-Nov |
| PX12F15 | PJ Groove Media LLC, Wells Fargo, 5738 | 4-Nov | 4-Nov |
| PX12F18 | GNR Media LLC, Wells Fargo, 6285 | 4-Nov | 4-Nov |
| PX12F22 | Orange Grove Media LLC, Wells Fargo, 6376 | 4-Nov | 4-Nov |
| PX12F23 | PJ Groove Media LLC, Wells Fargo, 6586 | 4-Nov | 4-Nov |
| PX12F28 | Orange Grove Media LLC, Wells Fargo, 7236 | 4-Nov | 4-Nov |
| PX13 | October 15, 2015 Compliance Report of Burton Katz | 9-Nov | 9-Nov |
| PX18A1 | Documents copied from Defendants' business premises (Invoices re: salary and rent) | 4-Nov | 4-Nov |
| PX18A5 | Documents copied from Defendants' business premises (Bob Zangrillo folder) | 3-Nov | 3-Nov |
| PX18A7 | Documents copied from Defendants' business premises (Notebook of resolutions) | 3-Nov | 3-Nov |
| PX18A8 | Documents copied from Defendants' business premises (On Point Letter) | 3-Nov | 3-Nov |
| PX23A1 | Documents copied from Defendants' business premises (LLC Agreement) | 3-Nov | 3-Nov |
| PX23C | List of email custodians the FTC obtained from Defendants | 4-Nov | 4-Nov |
| PX25A | Copy of floor plans associated with 350 NE 60th St, Miami, FL | 3-Nov | 3-Nov |
| PX25J | Copy of correspondence about complaints from the Ohio Attorney General, the Nebraska Attorney General, Missouri Attorney General, the Pennsylvania Attorney General, and BBBs serving Southern Ohio, Northern Kentucky, and Southeast Indiana the FTC obtained from Defendants' business premises at 350 NE 60th St, Miami, FL | 3-Nov | 3-Nov |
| PX25L | Copies of account termination letters from merchant processors the FTC obtained from Defendants' business premises at 350 NE 60th St, Miami, FL | 3-Nov | 3-Nov |
| PX25V | Email from Chris Sherman to Burton Katz, RE: Re: food stamp sites, dated January 8, 2018 | 5-Nov | 5-Nov |
| PX25Y | Email from Chris Sherman to Ramiro Baluga and Elisha Rothman, RE: Path Flow, dated January 14, 2018 | 3-Nov | 3-Nov |
| PX25AA4 | Email from Brent Levison to Bob Zangrillo, RE: Re: onpointguides.com URL, dated January 15, 2018 | 8-Nov | 8-Nov |

| PLF. NO. | Description of Exhibits | Date Offered | Date Admitted |
|---|---|---|---|
| PX25AA8 | Email from Chris Sherman to Burton Katz, RE: AdMarketplace Sample Flows, dated March 28, 2018 | 5-Nov | 5-Nov |
| PX25AA10 | Email from Chris Sherman to Burton Katz, RE: Fwd: Path Report, dated January 2, 2018 | 5-Nov | 5-Nov |
| PX25AA15 | Email from Bob Zangrillo to Ken Rudin, RE: OnPoint, dated March 28, 2018 | 5-Nov | 5-Nov |
| PX25AA16 | Email from Bob Zangrillo to John Caine, RE: OnPoint, dated March 28, 2018 | 5-Nov | 5-Nov |
| PX33A | Email from Burton Katz to Bob Zangrillo, RE: Re: Final On Point Global LLC comments, dated December 17, 2017 | 3-Nov | 3-Nov |
| PX33B | Email from Burton Katz to Bob Zangrillo, RE: Re: Website updates for OnPoint, Dragon Global and Magic CIty, dated December 18, 2017 | 8-Nov | 8-Nov |
| PX33F | Email from Sara Catanzano to Brent Levison, Burton Katz, and others, RE: Ending DEC CB Tracker, dated January 3, 2018 | 5-Nov | 5-Nov |
| PX33G | Email from Elisha Rothman to Burton Katz, Chris Sherman, and others, RE: food stamp sites, dated January 7, 2018 | 5-Nov | 5-Nov |
| PX33L | Email from Sara Catanzano to Burton Katz, Brent Levison, and others, RE: CB Tracker 1/15, dated January 17, 2018 | 5-Nov | 5-Nov |
| PX33N | Email from Alicia Nuche to Andrea Gallardo, RE: Re: New Account - Onpoint Global LLC, dated January 19, 2018 | 4-Nov | 4-Nov |
| PX33P | Email from Elisha Rothman to Chris Sherman, RE: rpu tracker, dated January 19, 2018 | 5-Nov | 5-Nov |
| PX33S | Email from Sara Catanzano to Burton Katz, Brent Levison, and others, RE: CB Tracker 1/22, dated January 24, 2018 | 5-Nov | 5-Nov |
| PX33V | Email from Sara Catanzano to Burton Katz, Brent Levison, and others, RE: CB Tracker 1/29, dated January 31, 2018 | 5-Nov | 5-Nov |
| PX33X | Email from Bob Zangrillo to Burton Katz, RE: Re: Leadership Development and Team Building, dated February 6, 2018 | 5-Nov | 5-Nov |
| PX33Z | Email from Megan Black to Nicole Goldberg, RE: Re: Bob Bellack, CFO candidate, dated February 10, 2018 | 8-Nov | 8-Nov |

| PLF. NO. | Description of Exhibits | Date Offered | Date Admitted |
|---|---|---|---|
| PX33AG | Email from Elisha Rothman to Arlene Mahon, Alicia Nuche, and others, RE: feb citi statement, dated February 27, 2018 | 9-Nov | 9-Nov |

Dated:  November 18, 2021                    Respectfully submitted,

                                            */s/ Sarah Waldrop*
                                            Sarah Waldrop, Special Bar No. A5502583
                                            (202) 326-3444; swaldrop@ftc.gov
                                            Sana Chaudhry, Special Bar No. A5502350
                                            (202) 326-2679; schaudhry@ftc.gov
                                            Christopher Erickson, Special Bar No. A5502434
                                            (202) 326-3671; cerickson@ftc.gov
                                            Federal Trade Commission
                                            600 Pennsylvania Ave. NW, CC 9528
                                            Washington, DC 20580
                                            Facsimile: (202) 326-3197
                                            Attorneys for Plaintiff, Federal Trade Commission

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2021, I served a true and correct copy of the foregoing and all related documents via this Court's CM/ECF filing system on all counsel of record.

                                            */s/ Sarah Waldrop*
                                            Sarah Waldrop