**From:** Chris Sherman <csherman@onpointglobal.com>
**Sent:** Wed, 28 Mar 2018 15:05:19 -0700
**Subject:** AdMarketplace Sample Flows
**To:** Burton Katz <bkatz@onpointglobal.com>

[Channels Explained.docx](#)
[Path Flow.pdf](#)

Are these good to send to admarketplace?

We have a deck for push that I had worked on and pulled real stats but the others are not built yet.

--

**Chris Sherman**
Director of Data Processing
**Phone:** 714-349-1986
**Email:** csherman@onpointglobal.com

**Email Channel Explained**

**Sample Domain** : Food-Stamps.org

**Vertical :** Banking / Direct Deposit

**Email Creative:**



**Landing Page:**

https://food-stamps.org/xlp/direct-deposit.html

**Sample Domain** : Food-Stamps.org

**Vertical :** Health Insurance

**Email Creative:**




**Landing Page:**

https://food-stamps.org/xlp/health-insurance.html

**What we are looking to do:**

a) For email we would like to either display ad listings on the site. Either pre-pop your search feed and display listings at the top.
b) Have static banners on site targeting specific keywords which link to your advertisers.
c) Link directly to your advertisers from the email creative.

<u>SMS Channel Explained</u>

**Sample Domain** : Food-Stamps.org

**Vertical :** Credit Cards

**SMS Sent to Consumer:**



**Landing Page:** (Please keep in mind these landing pages are being re-vamped to look exactly like the email landing pages)

https://section-8-housing.org/sec8smt23a

**What we are looking to do:**

a) For sms we would like to either display ad listings on the site or pre-pop your search feed and display listings at the top.
b) Have static banners on site targeting specific keywords which link to your advertisers.
c) Link directly to your advertisers from the sms creative.


**Push Channel Explained**


**Sample Domain** : Food-Stamps.org

**Vertical :** Credit Cards


**Sample push notifications sent to consumer: Currently all notifications are sent to CPA based offers.**



**What we are looking to do:**

    a) For push we would like to either display ad listings on the site or pre-pop your search feed and display listings at the top.
    b) Have static banners on site targeting specific keywords which link to your advertisers.
    c) Link directly to your advertisers from the push creative.




# Who we are?

OnPoint is a data-driven publisher and service based e-commerce company. We create and distribute easy-to-understand instructional content, assisting and empowering consumers to achieve and complete specific goals and tasks. OnPoint captures extensive first-party signal data through our owned and operated network of contextual domains.



| 8 MM+ | 1 MM+ | 15 MM+ | 150 K+ |
| --- | --- | --- | --- |
| Unique Visitors Monthly | Unique Registrations Monthly | Total Database Profiles | Ecommerce Transactions Monthly |
| 1 MM+ | 600 K+ | 200 K+ | 200 + |
| Digital Guides Delivered Monthly | Words of Content Created Monthly | Customer Contacts Monthly | Employees Across 4 Offices |



# Contextual domain - Site example



We drive traffic to a specific related section 8 housing website.

Our websites are original content based and curated by our internal editorial team, in order to provide the most valuable information to our users.

# Contextual domain - Data capture example

As part of our offers to our users, we offer a free guide with updated, curated and useful information. In order to get the guide, users will need to fill out their information so we can target and offer the most related services to their profile, that might be helpful to **achieve their goal** or **accomplish a task**.





# Contextual domain - Offer personalization example





# Contextual domain - Offer personalization example





\* This offer is a credit card submit NOT an email submit

# Contextual domain - Offer personalization example






# Contextual domain - Offer personalization example










