**Sent:** Sun, 7 Jan 2018 20:12:29 +0000 (UTC)
**From:** elisha rothman <erothman10@yahoo.com>
**To:** Burton Katz <bkatz@onpointglobal.com>, Chris Sherman <chris@direct-market.com>
**Subject:** food stamp sites

site differences.xlsx
RPU Tracker (1).xlsx

hey bk,

attached are 2 sheets.  the first is what we saw as differences between the different food stamp sites.

the second is the best and worst revenue numbers for the first 4 days of january.

will call in a few.

e

**food stamp states**

( comparing everything to Southcarolina bc of great cpa)

**SouthCarolinaFoodStamps.org**

| **Landing Page** | **TY PAGE** |
|---|---|
| desktop | **desktop** |

<span style="background-color:#8CC63F">best cpa</span>
1 click adsense
<span style="background-color:red">terrible onsite revenue ( .06)</span>
smaller logo than florida
less bold font
smaller right font
(WEIRD QUESTION MARKS THROUGHOUT TEXT)
https://southcarolinafoodstamps.org/after-applying-for-snap.html
form missing on faq page

**mobile**                                                          **mobile**

form is not above the fold on regular size phones
1 click ad below fold does not look like site navigation

**tennesseefoodstamps.org**

**desktop**

<span style="background-color:#8CC63F">best cpa</span>
form has bold text
name is bold
font size and spacing is bigger
color is different ( blue vs black)
1 click adsense
<span style="background-color:red">terrible onsite revenue ( .07)</span>
(weird question marks around site)
state resources are different - 6  choices  instead of 5.  different wording

**mobile**

form is not above the fold on regular size phones
large responsive google beneath form
(weird question marks are on mobile as well)
beneath form 1 click adsense responsive

**Pennsylvania-FoodStamps.org**

**desktop**

worst cpa
great onsite rev (.46)

state resources- font, spacing amount of choices all differnet
font is bolder
msc strage texts spread out in content
1 click right rail adsense ad
first link on faq page is way too long
top center title ('snap in pa') is smaller with dif font

**mobile**

form is not above the fold on regular size phones
top spacing is terrible-lot's of white space
1 click adsense beneath form

**florida-foodstamps.org**

**desktop**

worst cpa
2 click adsense right rail
very good onsite rev (.26)
logo much bigger
logo bold font
rigt rail font is bigger
state resources different size, choices

**mobile**

too much white space pushing form below fold
2 click adsense unit beneath form- ad looks like site navigation, but if u click you are gone

**california-foodstamps.org**

**desktop**

bold font
right rail resources differetn
right rail 2 click adsense
"snap in Ca" header is much smaller
additional topics are dif
second right rail 2 click adsense much clsser to the top

**mobile**

spacing brings button too low
2 click adsense beneath form

**Georgia-FoodStamps.org**

**desktop**

form font bolder
state resources right rail- dif choices , fewer choices,
right rail responsive 2 click.  On chris's coimputer they are huge ads

**mobile**

spacing brings button too low
1 click adsense beneath form

**indianafoodstamps.org**

**desktop**

font is bolder
right rail state resources- dif choices, bigger font
1 click adsense right rail
additional topics are differnet
title is different color
logo/name I s much bigger

**mobile**

spacing brings button too low
1 click adsense beneath form

**kentuckyfoodstamps.org- suspended 1/4/18 so forms off and beiong worke on**

**missourifoodstamps.org**

**desktop**

title font is bigger, color is different
state resources has fewer choices and different font
form font is bigger and bolder

**mobile**

spacing brings button too low
1 click adsense beneath form
question makrs spread out in text

**NewYork-FoodStamps.org**

**desktop**

right rail different topics, size, color font
title- differetn size and color

**mobile**
spacing brings button too low
1 click adsense beneath form



**texas-foodstamps.org**

**desktop**

totally different header links
right rail different choices ( state resources)
title color is blue not black

**mobile**
spacing brings button too low
1 click adsense beneath form

**food-stamps.org**

**desktop**

all menu options on left rail not right rail
2 click adsense

**mobile national page**

button way below the fold
2 click adsense

**mobile-state pages**

nutton below fold
2 click adsense

| DOMAIN | Total Emails | Spend | CPA | RPU Day 0 | Totals | Path | Path/Tot | SMS | SMS/TOT | TY | TY/TOT | Onsite | Onsite/TOT | Day 0 Email | Email/TOT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| california-foodstamps.org | 1163 | $1,240.15 | $1.07 | $0.69 | 653.59 | 233.1 | 0.20 | 1.44 | $0.001 | 184.9 | $0.16 | $185.67 | 0.28 | 48.48 | $0.04 |
| florida-foodstamps.org | 1792 | $3,673.36 | $2.05 | $0.95 | 1680.23 | 678.7 | $0.38 | 58.09 | 0.032 | 401.55 | 0.22 | $448.36 | 0.27 | 93.53 | $0.05 |
| Georgia-FoodStamps.org | 1723 | $1,973.79 | $1.15 | $0.56 | 901.54 | 346.9 | 0.20 | 26.01 | 0.015 | 407.32 | 0.24 | $62.12 | 0.07 | 59.19 | $0.03 |
| indianafoodstamps.org | 778 | $956.43 | $1.23 | $0.66 | 499.58 | 289.9 | $0.37 | 4.29 | 0.006 | 171.47 | 0.22 | $20.69 | 0.04 | 13.23 | $0.02 |
| kentuckyfoodstamps.org | 397 | $390.27 | $0.98 | $0.76 | 298.81 | 112.4 | 0.28 | 5.29 | 0.013 | 160.59 | $0.40 | $4.82 | $0.02 | 15.71 | $0.04 |
| missourifoodstamps.org | 807 | $683.41 | $0.85 | $0.57 | 443.92 | 168.8 | 0.21 | 37.63 | $0.047 | 183.73 | 0.23 | $15.45 | $0.03 | 38.31 | $0.05 |
| NewYork-FoodStamps.org | 1228 | $1,607.79 | $1.31 | $0.59 | 688.61 | 294.4 | 0.24 | 28.8 | 0.023 | 271.27 | 0.22 | $51.67 | 0.08 | 42.47 | $0.03 |
| Pennsylvania-FoodStamps.org | 936 | $1,183.68 | $1.26 | $0.88 | 723.4 | 161 | $0.17 | 0.89 | $0.001 | 198.05 | 0.21 | $334.29 | $0.46 | 29.17 | $0.03 |
| SouthCarolinaFoodStamps.org | 911 | $745.69 | $0.82 | $0.58 | 507.71 | 161.8 | 0.18 | 11.03 | 0.012 | 295.08 | $0.32 | $29.70 | 0.06 | 10.1 | $0.01 |
| tennesseefoodstamps.org | 1008 | $807.68 | $0.80 | $0.50 | 458.74 | 126.9 | $0.13 | 61.48 | $0.061 | 210.87 | 0.21 | $33.74 | 0.07 | 25.75 | $0.03 |
| texas-foodstamps.org | 1140 | $1,290.88 | $1.13 | $0.73 | 802.75 | 302.9 | 0.27 | 37.2 | 0.033 | 314.39 | 0.28 | $65.46 | 0.08 | 82.8 | $0.07 |
| Food-Stamps.com | 917 | $745.67 | $0.81 | $0.83 | 689.38 | 172.6 | 0.19 | 14.48 | 0.016 | 176.19 | $0.19 | $221.60 | 0.32 | 104.51 | $0.11 |
| food-stamps.org | 4619 | $5,229.45 | $1.13 | $1.15 | 5680.88 | 1774.6 | 0.38 | 46.39 | 0.010 | 1559.93 | 0.34 | $1,857.47 | 0.33 | 442.49 | $0.10 |
| | | | | | | | | | | | | | | | |
| californiaunemployment.org | 751 | $1,266.65 | $1.69 | $0.69 | 474.83 | 210.3 | 0.28 | 11.46 | 0.015 | 158.1 | 0.21 | $72.70 | 0.15 | 22.27 | $0.03 |
| floridaunemploymentclaims.org | 897 | $1,664.38 | $1.86 | $0.80 | 692.67 | 377.9 | 0.42 | 8.07 | 0.009 | 174.08 | $0.19 | $81.85 | 0.12 | 50.77 | $0.06 |
| illinois-unemployment.org | 208 | $735.16 | $3.53 | $1.72 | 380.83 | 123.6 | $0.59 | 10.55 | $0.051 | 169.68 | $0.82 | $51.46 | 0.14 | 25.54 | $0.12 |
| Maryland-Unemployment.org | 369 | $447.73 | $1.21 | $0.52 | 161.59 | 68.7 | $0.19 | 0 | $0.000 | 56.89 | $0.15 | $24.06 | 0.15 | 11.94 | $0.03 |
| Missouri-Unemployment.org | 809 | $787.00 | $0.97 | $0.85 | 638.85 | 155.2 | $0.19 | 37.63 | 0.047 | 189.15 | 0.23 | $184.82 | $0.29 | 72.05 | $0.09 |
| North-Carolina-Unemployment. | 266 | $281.30 | $1.06 | $0.98 | 256.75 | 112.9 | $0.42 | 1.98 | $0.007 | 43.69 | $0.16 | $98.18 | $0.38 | 0 | $0.00 |
| Pennsylvania-Unemployment.o | 1232 | $1,247.70 | $1.01 | $0.91 | 1071.72 | 311.9 | 0.25 | 102.6 | $0.083 | 271.77 | 0.22 | $334.29 | $0.31 | 51.16 | $0.04 |
| texas-unemployment.org | 355 | $1,092.72 | $3.08 | $0.66 | 221.8 | 86.7 | 0.24 | 1.4 | $0.004 | 91.02 | 0.26 | $22.63 | 0.10 | 20.05 | $0.06 |
| Washington-Unemployment.org | 910 | $1,147.88 | $1.26 | $0.70 | 613.15 | 258.9 | 0.28 | 25.33 | 0.028 | 225.74 | 0.25 | $54.21 | $0.09 | 48.97 | $0.05 |
| Wisconsin-Unemployment.org | 488 | $537.69 | $1.10 | $0.75 | 350.7 | 152 | 0.31 | 16.14 | 0.033 | 133.52 | 0.27 | 33.99 | 0.10 | 15.05 | $0.03 |
| unemploymentclaims.org | 22709 | $29,393.43 | $1.29 | $1.23 | 28388.71 | 11904 | $0.52 | 1397.3 | $0.062 | 9759.17 | $0.43 | $2,256.86 | $0.08 | 3071.38 | $0.14 |
| | | | | | | | | | | | | | | | |
| medicaid-guide.org | 2491 | $3,984.67 | $1.60 | $0.93 | 2282.59 | 1383.6 | 0.56 | 156.13 | 0.063 | 244.06 | 0.10 | $333.50 | 0.15 | 165.3 | $0.07 |
| medicaid-help.org | 10104 | $14,080.17 | $1.39 | $0.92 | 9257.39 | 3394.5 | 0.34 | 324.72 | 0.032 | 3316.63 | 0.33 | $859.06 | 0.09 | 1362.48 | $0.13 |
| | | | | | | | | | | | | | | | |
| section-8-apartments.org | 3524 | $3,867.92 | $1.10 | $0.68 | 2046.45 | 986.6 | 0.28 | 198.85 | 0.056 | 116.34 | 0.03 | $464.37 | 0.23 | 280.29 | $0.08 |
| Section-8-Housing.org | 22308 | $24,512.59 | $1.10 | $0.75 | 14063.46 | 4711.8 | 0.21 | 350.86 | 0.016 | 2736.35 | 0.12 | $4,635.35 | 0.33 | 1629.1 | $0.07 |
| | | | | | | | | | | | | | | | |
| texas-benefits.org | 6994 | $9,340.87 | $1.34 | $0.97 | 6685.61 | 3571.3 | $0.51 | 87.51 | $0.013 | 890.87 | 0.13 | $1,739.33 | $0.26 | 396.6 | $0.06 |
| florida-assistance.org | 3207 | $5,074.69 | $1.58 | $0.80 | 2407.3 | 1018.4 | 0.32 | 14.94 | 0.005 | 685.19 | $0.21 | $504.29 | 0.21 | 184.48 | $0.06 |
| California-Assistance.org | 721 | $1,504.89 | $2.09 | $0.53 | 290.82 | 135.5 | $0.19 | 1.44 | $0.002 | 65.03 | $0.09 | $61.36 | 0.21 | 27.49 | $0.04 |

Best TY PAge
kentuckyfoodstamps.org

2 column 2 click adsense
Tonic as linkout for wording

california-foodstamps.org
florida-foodstamps.org
Georgia-FoodStamps.org
indianafoodstamps.org

missourifoodstamps.org
NewYork-FoodStamps.org
Pennsylvania-FoodStamps.org
SouthCarolinaFoodStamps.org
tennesseefoodstamps.org
texas-foodstamps.org
Food-Stamps.com
food-stamps.org