**Sent:** Fri, 19 Jan 2018 15:46:01 -0500
**Subject:** rpu tracker
**From:** Elisha Rothman <erothman@onpointglobal.com>
**To:** Chris Sherman <csherman@onpointglobal.com>

[RPU Tracker (1) (1).xlsx]

**Eli Rothman**
Director of Data Processing
**Phone:** (917) 723-3028
**Email:** erothman@onpointglobal.com

| DOMAIN | Total Emails - Spend | CPA | RPU Day 0 | Totals | Path | Path/Tot | SMS | SMS/TOT | TY | TY/TOT | Onsite | Onsite/TOT | Day 0 Email | Email/TOT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| california-foodstamps.org | 1163 | $1,240.15 | $1.07 | $0.69 | 653.59 | 233.1 | $0.20 | 1.44 | $0.001 | 184.9 | $0.16 | $185.67 | $0.28 | 48.48 | $0.04 |
| florida-foodstamps.org | 1792 | $3,673.36 | $2.05 | $0.95 | 1680.23 | 678.7 | $0.38 | 58.09 | $0.032 | 401.55 | $0.22 | $448.36 | $0.27 | 93.53 | $0.05 |
| Georgia-FoodStamps.org | 1723 | $1,973.79 | $1.15 | $0.56 | 901.54 | 346.9 | $0.20 | 26.01 | $0.015 | 407.32 | $0.24 | $62.12 | $0.07 | 59.19 | $0.03 |
| indianafoodstamps.org | 778 | $956.43 | $1.23 | $0.66 | 499.58 | 289.9 | $0.37 | 4.29 | $0.006 | 171.47 | $0.22 | $20.69 | $0.04 | 13.23 | $0.02 |
| kentuckyfoodstamps.org | 397 | $390.27 | $0.98 | $0.76 | 298.81 | 112.4 | $0.28 | 5.29 | $0.013 | 160.59 | $0.40 | $4.82 | $0.02 | 15.71 | $0.04 |
| missourifoodstamps.org | 807 | $683.41 | $0.85 | $0.57 | 443.92 | 168.8 | $0.21 | 37.63 | $0.047 | 183.73 | $0.23 | $15.45 | $0.03 | 38.31 | $0.05 |
| NewYork-FoodStamps.org | 1228 | $1,607.79 | $1.31 | $0.59 | 688.61 | 294.4 | $0.24 | 28.8 | $0.023 | 271.27 | $0.22 | $51.67 | $0.08 | 42.47 | $0.03 |
| Pennsylvania-FoodStamps.org | 936 | $1,183.68 | $1.26 | $0.88 | 723.4 | 161 | $0.17 | 0.89 | $0.001 | 198.05 | $0.21 | $334.29 | $0.46 | 29.17 | $0.03 |
| SouthCarolinaFoodStamps.org | 911 | $745.69 | $0.82 | $0.58 | 507.71 | 161.8 | $0.18 | 11.03 | $0.012 | 295.08 | $0.32 | $29.70 | $0.06 | 10.1 | $0.01 |
| tennesseefoodstamps.org | 1008 | $807.68 | $0.80 | $0.50 | 458.74 | 126.9 | $0.13 | 61.48 | $0.061 | 210.87 | $0.21 | $33.74 | $0.07 | 25.75 | $0.03 |
| texas-foodstamps.org | 1140 | $1,290.88 | $1.13 | $0.73 | 802.75 | 302.9 | $0.27 | 37.2 | $0.033 | 314.39 | $0.28 | $65.46 | $0.08 | 82.8 | $0.07 |
| Food-Stamps.com | 917 | $745.67 | $0.81 | $0.83 | 689.38 | 172.6 | $0.19 | 14.48 | $0.016 | 176.19 | $0.19 | $221.60 | $0.32 | 104.51 | $0.11 |
| food-stamps.org | 4619 | $5,229.45 | $1.13 | $1.15 | 5680.88 | 1774.6 | $0.38 | 46.39 | $0.010 | 1559.93 | $0.34 | $1,857.47 | $0.33 | 442.49 | $0.10 |
| californiaunemployment.org | 751 | $1,266.65 | $1.69 | $0.69 | 474.83 | 210.3 | $0.28 | 11.46 | $0.015 | 158.1 | $0.21 | $72.70 | $0.15 | 22.27 | $0.03 |
| floridaunemploymentclaims.org | 897 | $1,664.38 | $1.86 | $0.80 | 692.67 | 377.9 | $0.42 | 8.07 | $0.009 | 174.08 | $0.19 | $81.85 | $0.12 | 50.77 | $0.06 |
| illinois-unemployment.org | 208 | $735.16 | $3.53 | $1.72 | 380.83 | 123.6 | $0.59 | 10.55 | $0.051 | 169.68 | $0.82 | $51.46 | $0.14 | 25.54 | $0.12 |
| Maryland-Unemployment.org | 369 | $447.73 | $1.21 | $0.52 | 161.59 | 68.7 | $0.19 | 0 | $0.000 | 56.89 | $0.15 | $24.06 | $0.15 | 11.94 | $0.03 |
| Missouri-Unemployment.org | 809 | $787.00 | $0.97 | $0.85 | 638.85 | 155.2 | $0.19 | 37.63 | $0.047 | 189.15 | $0.23 | $184.82 | $0.29 | 72.05 | $0.09 |
| North-Carolina-Unemployment.org | 266 | $281.30 | $1.06 | $0.98 | 256.75 | 112.9 | $0.42 | 1.98 | $0.007 | 43.69 | $0.16 | $98.18 | $0.38 | 0 | $0.00 |
| Pennsylvania-Unemployment.org | 1232 | $1,247.70 | $1.01 | $0.91 | 1071.72 | 311.9 | $0.25 | 102.6 | $0.083 | 271.77 | $0.22 | $334.29 | $0.31 | 51.16 | $0.04 |
| texas-unemployment.org | 355 | $1,092.72 | $3.08 | $0.66 | 221.8 | 86.7 | $0.24 | 1.4 | $0.004 | 91.02 | $0.26 | $22.63 | $0.10 | 20.05 | $0.06 |
| Washington-Unemployment.org | 910 | $1,147.88 | $1.26 | $0.70 | 613.15 | 258.9 | $0.28 | 25.33 | $0.028 | 225.74 | $0.25 | $54.21 | $0.09 | 48.97 | $0.05 |
| Wisconsin-Unemployment.org | 488 | $537.69 | $1.10 | $0.75 | 350.7 | 152 | $0.31 | 16.14 | $0.033 | 133.52 | $0.27 | $33.99 | $0.10 | 15.05 | $0.03 |
| unemploymentclaims.org | 22709 | $29,393.43 | $1.29 | $1.23 | 28388.71 | 11904 | $0.52 | 1397.3 | $0.062 | 9759.17 | $0.43 | $2,256.86 | $0.08 | 3071.38 | $0.14 |
| medicaid-guide.org | 2491 | $3,984.67 | $1.60 | $0.93 | 2282.59 | 1383.6 | $0.56 | 156.13 | $0.063 | 244.06 | $0.10 | $333.50 | $0.15 | 165.3 | $0.07 |
| medicaid-help.org | 10104 | $14,080.17 | $1.39 | $0.92 | 9257.39 | 3394.5 | $0.34 | 324.72 | $0.032 | 3316.63 | $0.33 | $859.06 | $0.09 | 1362.48 | $0.13 |
| section-8-apartments.org | 3524 | $3,867.92 | $1.10 | $0.68 | 2046.45 | 986.6 | $0.28 | 198.85 | $0.056 | 116.34 | $0.03 | $464.37 | $0.23 | 280.29 | $0.08 |
| Section-8-Housing.org | 22308 | $24,512.59 | $1.10 | $0.75 | 14063.46 | 4711.8 | $0.21 | 350.86 | $0.016 | 2736.35 | $0.12 | $4,635.35 | $0.33 | 1629.1 | $0.07 |
| texas-benefits.org | 6994 | $9,340.87 | $1.34 | $0.97 | 6685.61 | 3571.3 | $0.51 | 87.51 | $0.013 | 890.87 | $0.13 | $1,739.33 | $0.26 | 396.6 | $0.06 |
| florida-assistance.org | 3207 | $5,074.69 | $1.58 | $0.80 | 2407.3 | 1018.4 | $0.32 | 14.94 | $0.005 | 685.19 | $0.21 | $504.29 | $0.21 | 184.48 | $0.06 |
| California-Assistance.org | 721 | $1,504.89 | $2.09 | $0.53 | 290.82 | 135.5 | $0.19 | 1.44 | $0.002 | 65.03 | $0.09 | $61.36 | $0.21 | 27.49 | $0.04 |

| 1/18/2018 | Total Emails - Spend | CPA | RPU Day 0 | Totals | Path | Path/Tot | SMS | SMS/TOT | TY | TY/TOT | Onsite | Onsite/TOT | Day 0 Email | Email/TOT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| california-foodstamps.org | 224 | | $1.24 | 296.56 | 149.6 | $0.67 | 14.98 | $0.067 | 48.27 | $0.22 | 74.72 | $0.25 | 8.99 | $0.04 |
| florida-foodstamps.org | 192 | | $1.41 | 315.04 | 109.5 | $0.57 | 18.15 | $0.095 | 54.9 | $0.29 | 114.76 | $0.36 | 17.73 | $0.09 |
| Georgia-FoodStamps.org | 334 | | $1.03 | 349.5 | 109.4 | $0.33 | 2.64 | $0.008 | 78.18 | $0.23 | 142.33 | $0.41 | 16.95 | $0.05 |
| indianafoodstamps.org | 178 | | $1.06 | 195.06 | 56.6 | $0.32 | 12.61 | $0.071 | 50.25 | $0.28 | 69.87 | $0.36 | 5.73 | $0.03 |
| kentuckyfoodstamps.org | | | | | | | | | | | | | | |
| missourifoodstamps.org | 163 | | $1.06 | 190.14 | 13.2 | $0.08 | 4.46 | $0.027 | 49.37 | $0.30 | 116.77 | $0.61 | 6.34 | $0.04 |
| NewYork-FoodStamps.org | 309 | | $1.05 | 336.72 | 88.2 | $0.29 | 22.93 | $0.074 | 57.75 | $0.19 | 153.01 | $0.45 | 14.83 | $0.05 |
| Pennsylvania-FoodStamps.org | 158 | | $1.50 | 282.85 | 117.7 | $0.74 | 13.3 | $0.084 | 40.3 | $0.26 | 105.16 | $0.37 | 6.39 | $0.04 |
| SouthCarolinaFoodStamps.org | 265 | | $0.90 | 219.44 | 80.8 | $0.30 | 1.71 | $0.006 | 42.34 | $0.16 | 91.94 | $0.42 | 2.65 | $0.01 |
| tennesseefoodstamps.org | 237 | | $1.07 | 261.88 | 96.8 | $0.41 | 13.53 | $0.057 | 42.86 | $0.18 | 98.89 | $0.38 | 9.8 | $0.04 |
| texas-foodstamps.org | 278 | | $1.05 | 306.86 | 54.6 | $0.20 | 1.13 | $0.004 | 90.17 | $0.32 | 147.55 | $0.48 | 13.41 | $0.05 |
| Food-Stamps.com | 255 | $182.94 | $0.95 | 236.64 | 77.4 | $0.30 | 8.3 | $0.033 | 74.92 | $0.29 | 67.32 | $0.28 | 8.7 | $0.03 |
| food-stamps.org | 891 | $887.14 | $1.22 | 1191.89 | 340.6 | $0.30 | 7.19 | $0.008 | 352.17 | $0.40 | 407.41 | $0.34 | 84.52 | $0.09 |
| californiaunemployment.org | 133 | | $1.70 | 266.43 | 141.1 | $1.06 | 0 | $0.000 | 42.87 | $0.32 | 79.81 | $0.30 | 2.65 | $0.02 |
| floridaunemploymentclaims.org | 229 | | $1.61 | 421.23 | 177.6 | $0.78 | 28.47 | $0.124 | 70.31 | $0.31 | 116.77 | $0.28 | 28.08 | $0.12 |
| illinois-unemployment.org | 75 | | $1.52 | 132.13 | 66 | $0.88 | 1.05 | $0.014 | 19.22 | $0.26 | 41.76 | $0.32 | 4.1 | $0.05 |
| Maryland-Unemployment.org | 71 | | $1.53 | 123.38 | 61.7 | $0.87 | 0 | $0.000 | 23.25 | $0.33 | 34.63 | $0.28 | 3.8 | $0.05 |
| Missouri-Unemployment.org | 86 | | $1.71 | 216.21 | 89.6 | $1.04 | 0 | $0.000 | 0 | $0.00 | 115.4 | $0.53 | 11.21 | $0.13 |
| North-Carolina-Unemployment.org | 54 | | $1.50 | 87.12 | 52.4 | $0.97 | 0 | $0.000 | 19.06 | $0.35 | 15.66 | $0.18 | 0 | $0.00 |
| Pennsylvania-Unemployment.org | 192 | | $1.05 | 201.98 | 123.3 | $0.64 | 16.1 | $0.084 | 51.43 | $0.27 | 0.41 | $0.00 | 10.74 | $0.06 |
| texas-unemployment.org | 87 | | $1.22 | 112.15 | 58.7 | $0.67 | 3.06 | $0.035 | 22.27 | $0.26 | 25.08 | $0.22 | 3.04 | $0.03 |
| Washington-Unemployment.org | 137 | | $1.25 | 183.98 | 76.7 | $0.56 | 0 | $0.000 | 43.83 | $0.32 | 48.61 | $0.26 | 14.84 | $0.11 |
| Wisconsin-Unemployment.org | 61 | | $1.77 | 123.32 | 71 | $1.16 | 0 | $0.000 | 21.79 | $0.36 | 29.97 | $0.24 | 0.56 | $0.01 |
| unemploymentclaims.org | 4250 | $5,503.42 | $1.70 | 7423.51 | 3268.6 | $0.77 | 349.3 | $0.082 | 2643.9 | $0.62 | 489.08 | $0.07 | 672.63 | $0.16 |
| medicaid-guide.org | 574 | $1,167.20 | $0.91 | 511.91 | 311.25 | $0.54 | 0 | $0.000 | 84.12 | $0.15 | 71.25 | $0.14 | 45.29 | $0.08 |
| medicaid-help.org | 2855 | $4,734.49 | $1.00 | 2858.8 | 2086.05 | $0.73 | 4.09 | $0.001 | 62.48 | $0.02 | 495.78 | $0.17 | 210.4 | $0.07 |
| section-8-apartments.org | 823 | $1,003.34 | $0.79 | 601.11 | 315.5 | $0.38 | 31.07 | $0.038 | 37.89 | $0.05 | 132.87 | $0.22 | 83.78 | $0.10 |
| Section-8-Housing.org | 5217 | $4,868.24 | $0.82 | 4121.49 | 1750 | $0.34 | 323.77 | $0.062 | 871.43 | $0.17 | 624.23 | $0.15 | 552.06 | $0.11 |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| texas-benefits.org | 1615 | $1,740.54 | | $1.20 | 2007.86 | 1240.6 | $0.77 | 29.46 | $0.018 | 294.84 | $0.18 | 349.82 | $0.17 | 93.14 | $0.06 |
| florida-assistance.org | 902 | $1,488.56 | | $0.95 | 854.51 | 494.7 | $0.55 | 0.27 | $0.000 | 250.06 | $0.28 | 80.9 | $0.09 | 28.58 | $0.03 |
| California-Assistance.org | 538 | $1,107.09 | | $0.71 | 352.21 | 194 | $0.36 | 0 | $0.000 | 73 | $0.14 | 55.2 | $0.16 | 30.01 | $0.06 |

Best TY PAge
kentuckyfoodstamps.org

2 column 2 click adsense
Tonic as linkout for wording

california-foodstamps.org
florida-foodstamps.org
Georgia-FoodStamps.org
indianafoodstamps.org

missourifoodstamps.org
NewYork-FoodStamps.org
Pennsylvania-FoodStamps.org
SouthCarolinaFoodStamps.org
tennesseefoodstamps.org
texas-foodstamps.org
Food-Stamps.com
food-stamps.org