**From:** Sara Catanzano <sara.cat506@gmail.com>
**Sent:** Wed, 24 Jan 2018 19:13:06 -0500
**Subject:** CB Tracker 1/22
**To:** Burton Katz <bkatz@onpointglobal.com>, Brent Levison <blevison@onpointglobal.com>, Elisha Rothman <erothman@onpointglobal.com>, Gabriel Penaloza <gpenaloza@onpointglobal.com>, Nadia Peshev <npeshev@onpointglobal.com>, Victoria Lorido <vlorido@onpointglobal.com>, Baluga Ramiro <rbaluga@onpointglobal.com>, Lussich Juan Ignacio <jlussich@onpointglobal.com>, Candice Nestel <cnestel@onpointglobal.com>, Paola Gutierrez <pgutierrez@onpointglobal.com>
-CB Ratios (JAN 22 2018).xlsx

Hey all,

Attached is the cb tracker, the ratios are very high, as are some counts; all on the bing sites. I'm going to dig further into this to make sure Esteban's numbers are accurate, and then see which dates these sales originated to see if the problem is from December's transactions, or something ongoing.
There are three accounts that are already breached for the month, count and ratio, and I'll reach out tomorrow to banks to discuss. I plan on turning these sites OFF COMPLETELY for February to allow them to 'reset' and prevent us from going into the program.

**Qualpay: car-registration.org $82k volume-- 147 cbs: 100 visa 1.83%**
**Splash: carregistrationsonline.com $75k volume-- 258 cbs: 205 visa 4.00%**
**Vantiv: mydriverlicense.org $84k volume-- 187 cbs: 134 visa 2.46%**
Qual: mydriverlicense.org $67k volume-- 109 cbs: 74 visa 1.71%
Vantiv: drivers-licenses.org $78k volume-- 105 cbs: 74 visa 1.36%
Splash: driverslicenseadvisors.org $73k volume-- 96 cbs: 74 visa 1.61%
Qualpay: driverslicenseadvisor.org $97k volume-- 94 cbs: 66 visa 0.99%


Will update as soon as possible

Thanks,
Sara