**From:**    Sara Catanzano <sara.cat506@gmail.com>
**Sent:**    Wed, 31 Jan 2018 02:14:01 -0500
**Subject:**    CB Tracker 1/29
**To:**    Burton Katz <bkatz@onpointglobal.com>, Brent Levison <blevison@onpointglobal.com>, Elisha Rothman <erothman@onpointglobal.com>, Gabriel Penaloza <gpenaloza@onpointglobal.com>, Nadia Peshev <npeshev@onpointglobal.com>, Victoria Lorido <vlorido@onpointglobal.com>, Baluga Ramiro <rbaluga@onpointglobal.com>, Lussich Juan Ignacio <jlussich@onpointglobal.com>
-CB Ratios (JAN 29 2018).xlsx

Attached is the cb tracker, and as expected we are going to breach on the accounts listed below.

**EAGLE: Qual 10195- car-registration.org-- 180 total = 125 visa 2.00%**
**EAGLE: Splash 40536- carregistrationsonline.com-- 307 total = 239 visa 3.72%**
**EAGLE: Vantiv *****- mydriverlicense.org-- 220 total = 162 visa 2.98%**
EAGLE: Qual 10134- mydriverlicense.org-- 141 total = 98 visa 1.85%
YAMAZAKI: Splash *****- driverslicenseadvisors.org-- 129 total = 97 visa 1.78%
EAGLE: Vantiv *****- drivers-licenses.org--127 total = 86 visa 1.41%
YAMAZAKI: Qual 10725- driversservices.org--131 total = 89 visa 1.34%


We have already spoken with each of the affected ISOs, and are vetting multiple avenues including:
-dropping the price to $2.99 (6pm 1/30)
-blocking the same customer (email) from buying more than once in a 10 day period
-exploring the effect of utilizing 3D on the rebill
-disputing non-fraud-related chargebacks
We're looking into the zensed cb probabilities against assessed chargebacks to see if there is value there, and are also exploring an auth/capture approach on the rebill sale.

I've also included a sample of an analysis I'm running against different domains' cb risk that had the same volume, which I can dig further into upon request, as some of these are partial values.

BING: drivers-license.org (AUGUST 2017)
REV: AUG= $103k
CB: AUG= 68 (54 visa 1.08%) SEPT= 91 (48 visa 0.84%) OCT= 72 (43 visa 0.97%)

BING: car-registration.org (NOVEMBER 2017)
REV: NOV= $103k
CB: NOV= 76 (53 visa 0.83%) DEC= 73 (43 visa 0.60%)  JAN= 180 (125 visa 2.00%)

GOOGLE: driverslicenseassistance (AUGUST 2017)
REV: AUG= $107k
CB: AUG= 14 (9 visa 0.17%) SEPT= 83 (54 visa 0.83%) OCT= 58 (35 visa 0.69%)