| | |
|---|---|
| **From:** | Bob Zangrillo <bob@zangrillo.com> |
| **To:** | Burton Katz <bkatz@onpointglobal.com> |
| **Cc:** | Brent Levison <blevison@onpointglobal.com>, Elisha Rothman <erothman@onpointglobal.com>, Charlie Eissa <ceissa@onpointglobal.com>, Danielle Ciolfi <dciolfi@onpointglobal.com> |
| **Subject:** | Re: Leadership Development and Team Building |
| **Sent:** | Wed, 7 Feb 2018 03:06:08 +0000 |

Burt
I fully support this and think we will all benefit.

Bob


**DRAGON** | GLOBAL
**Robert Zangrillo**
*Chairman & CEO*

Mobile: 650 450 3812
Fax: 650 362 2102
Email: bob@dragonglobal.com

NOTICE TO RECIPIENT: This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation

On Feb 6, 2018, at 5:18 PM, Burton Katz <bkatz@onpointglobal.com> wrote:

> **Dear Team,**
> I believe success is a team effort. I am focused on strengthening our relationships, our culture and supporting our combined professional development. As a result, I have decided to use a unique leadership assessment and development product called Synthesis Leadership Intelligence. This is an excellent opportunity for growth and a chance to start a new type of conversation between us.
>
> Synthesis is a leadership assessment and development company supporting growth companies and their investors in reaching peak performance at the leadership level. Their unique assessment methodology uses psychological analysis developed for special forces and elite military units of the Israel Defense Forces. Synthesis complements the psychological analysis with machine learning algorithms and natural language processing technologies. The firm's development strategies are based on expertise in executive coaching and agile methodology. By synthesizing these four areas, we will be better suited to drive transformational change in our organization's leadership.
> For Synthesis Leadership Intelligence, you will each be asked to complete a short questionnaire about yourselves and the organization. I will, likewise, be completing the same questionnaire. We will all then receive a personal analysis explaining our drivers, levers for change and leadership potential. We will also receive an analysis of our team's dynamics and culture.
> On February 9th at 9:30am we will have a kick off meeting with Shirley Schlatka, that will be our Synthesis coach and facilitator, to kick off the Synthesis process. After the kick off meeting you will receive an email from Synthesis with further instructions. I ask that you be responsive and fill out the questionnaire in the allotted time span.
> The process is completely confidential. Any information you share with Synthesis or receive is for your eyes only and will not be made available to me or anyone else in the organization. I believe this is a great opportunity for each of us as individuals and, most importantly, as a team working on a rapid growth startup.
> I look forward to it and ask each of you to embrace the opportunity. Thanks in advance.
>
>
> --
> **Burton Katz**
> Founder & CEO

**Phone:** 786-877-8021
**Email:** bkatz@onpointglobal.com