**From:** Megan Black <Megan@dragonglobal.com>
**To:** Nicole Goldberg <nicole@safirepartners.com>
**Cc:** Todd Gitlin <tg@safirepartners.com>, "todd@truetalent.com" <todd@truetalent.com>, "bkatz@onpointglobal.com" <bkatz@onpointglobal.com>, Nicole Goldberg <niki@safirepartners.com>, Bob Zangrillo <bob@zangrillo.com>
**Subject:** Re: Bob Bellack, CFO candidate
**Sent:** Sat, 10 Feb 2018 16:01:13 +0000

image002.png

Perfect pls send me his confirmed flights when you have them.


**DRAGON | GLOBAL**
**Megan Black**
*Chief of Staff*

Mobile: 212-920-5761

Email: megan@dragonglobal.com

NOTICE TO RECIPIENT: This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation

On Feb 10, 2018, at 11:00 AM, Nicole Goldberg <nicole@safirepartners.com> wrote:

> Megan,
>
> Bob B. is confirmed on American, flying into Miami Wednesday at 3:44pm and leaving Friday morning.
>
> Can you please confirm location of where he will be staying and a schedule of who he will be meeting with Thursday? I let him know he and Bob Z would be doing dinner on Wednesday night as well.
>
> Thank you again for all your help!
>
> Best,
> Niki Goldberg
>
> On Fri, Feb 9, 2018 at 9:46 AM, Megan Black <Megan@dragonglobal.com> wrote:
>
>> Hi Nicole,
>>
>> Could you try and confirm to have him come in on Wednesday?
>>
>>
>> <image001.png>
>>
>> **Megan Black**
>>
>> *Chief of Staff*
>>
>>
>> Mobile: 212-920-5761
>>
>> Email: megan@dragonglobal.com

NOTICE TO RECIPIENT: This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation

**From:** Nicole Goldberg <nicole@safirepartners.com>
**Date:** Friday, February 9, 2018 at 12:44 PM
**To:** Megan Black <Megan@dragonglobal.com>
**Cc:** Todd Gitlin <tg@safirepartners.com>, "todd@truetalent.com" <todd@truetalent.com>, Burton Katz <bkatz@onpointglobal.com>, Nicole Goldberg <niki@safirepartners.com>, Bob Zangrillo <bob@zangrillo.com>
**Subject:** Re: Bob Bellack, CFO candidate

HI Megan,

Just heard back from Bob. He is able to make Wednesday-Friday next week work. Does that work on your end?

Please confirm and I will work with Bob to book flights.

Best,

Niki Goldberg

On Fri, Feb 9, 2018 at 9:03 AM, Megan Black <Megan@dragonglobal.com> wrote:

> Hi Todd,
>
> Let us know on dates, and yes if safire can pay upfront OnPoint will reimburse and please fly business.
>
> Thanks
>
> Megan

**DRAGON | GLOBAL**

**Megan Black**

*Chief of Staff*

Mobile: 212-920-5761

Email: megan@dragonglobal.com

NOTICE TO RECIPIENT: This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation

**From:** Todd Gitlin <tg@safirepartners.com>
**Date:** Friday, February 9, 2018 at 11:58 AM
**To:** Bob Zangrillo <bob@zangrillo.com>
**Cc:** "todd@truetalent.com" <todd@truetalent.com>, Burton Katz <bkatz@onpointglobal.com>, Nicole Goldberg <niki@safirepartners.com>, Megan Black <Megan@dragonglobal.com>
**Subject:** Re: Bob Bellack, CFO candidate

Working with Bob on schedules. Don't know yet if it works.

Your pref with him on travel? Business ticket or economy plus? Safire books & pays and On Point reimburses or On Point books?

~ Todd Gitlin

310-800-2402 / tg@safire.la

On Feb 8, 2018, at 8:00 PM, Bob Zangrillo <bob@zangrillo.com> wrote:

> Todd,
>
> I would like to bring him down to Miami next week. Let's get him an NDA and schedule a trip. Burt and I met today and we are both aligned.
>
> We are starting an engagement with Synthesis tomorrow. Todd Z will fill you in if you don't know them.
>
> Let's talk tomorrow.

Bob

**DRAGON** | GLOBAL

**Robert Zangrillo**

*Chairman & CEO*

Mobile: 650 450 3812

Fax: 650 362 2102

Email: bob@dragonglobal.com

NOTICE TO RECIPIENT: This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation

On Feb 8, 2018, at 10:54 PM, Todd Gitlin <tg@safirepartners.com> wrote:

> Team.
>
> I am submitting in a bit more casual manner with resume and notes, then through Thrive system to keep this moving along. I will make the notes more robust and collect back channel feedback and present as well.
>
> Bob, since the meeting went so well, and he is jazzed we just need to decide how fast / slow we want to move him along.
>
> Options to proceed...
>
> - Info on On Point, he can sign an NDA
> - Trip to Miami
> - Call / video with Burton
> - Refs into Insight (you know Deven Parekh)
>
> Regards,
>
> Todd
>
> _____
> Todd Gitlin
> Managing Partner & Founder
> Safire Partners
> Los Angeles | New York | Chicago
>
> www.safirepartners.com
>
> www.linkedin.com/in/safire

PX33Z
Page 4 of 5

&lt;Bob Bellack - candidate notes.docx&gt;

&lt;Bob Bellack Resume for OnPoint .pdf&gt;

--

Best,

Niki

═════════

Niki Goldberg

Principal

Safire Partners

10951 W Pico Blvd Suite 120, Los Angeles, CA 90064

www.safirepartners.com

Office: (310) 237-6313 ext. 702
Work: 323-825-9621
nicole@safirepartners.com

--

Best,
Niki

═════════
Niki Goldberg
Principal
Safire Partners
10951 W Pico Blvd Suite 120, Los Angeles, CA 90064
www.safirepartners.com
Office: (310) 237-6313 ext. 702
Work: 323-825-9621
nicole@safirepartners.com



(310) 800-2402
www.dragon-global.com