**Sent:** Tue, 27 Feb 2018 12:11:16 -0500
**Subject:** feb citi statement
**From:** Elisha Rothman <erothman@onpointglobal.com>
**To:** Arlene Mahon <amahon@onpointglobal.com>, Alicia Nuche <anuche@onpointglobal.com>, Carmen Pena <cpena@onpointglobal.com>

[February 06 (1) citi.PDF](February 06 (1) citi.PDF)

the total for feb is $51757.06 and the total card use is for business.
statement attached

ty,

eli

**Eli Rothman**
Director of Data Processing
**Phone:** (917) 723-3028
**Email:** erothman@onpointglobal.com

# CITI® / AADVANTAGE® PLATINUM SELECT® CARD

 

**ELISHA ROTHMAN**
Member Since 1999   Account number ending in: 7129
Billing Period: **01/05/18-02/06/18**

www.citicards.com
Customer Service 1-888-766-CITI(2484)
TTY-hearing-impaired services only 1-800-325-2865
BOX 6062 SIOUX FALLS, SD 57117

## FEBRUARY STATEMENT

| | |
|---|---:|
| **Minimum payment due:** | $776.00 |
| **New balance as of 02/06/18:** | $51,757.06 |
| **Payment due date:** | 03/02/18 |

Make a payment now! www.payonline.citicards.com

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $37 and your APRs may be increased up to the variable Penalty APR of 29.99%.

For information about credit counseling services, call 1-877-337-8187.
New York residents may contact the New York State Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-877-226-5697.

Your next AutoPay payment of $51,757.06 will be deducted from your bank account on 03/02/2018. Please note that the next AutoPay payment may be reduced if you have made additional payments or received any credits during the current billing cycle.

## Account Summary

| | |
|---|---:|
| Previous balance | $32,838.45 |
| Payments | -$32,838.45 |
| Credits | -$0.00 |
| Purchases | +$51,757.06 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$0.00 |
| **New balance** | **$51,757.06** |

## Credit Limit

| | |
|---|---:|
| Revolving Credit limit | $100,000 |
| Includes $30,500 cash advance limit | |
| Available Revolving credit | $48,242 |
| Includes $30,500 available for cash advances | |



**AMERICAN AIRLINES AADVANTAGE® MILES**

AAdvantage® Miles Reported to American Airlines:

**51,757**

» See page 2 for more information about your rewards



P.O. Box 6004
Sioux Falls, SD 57117-6004

Your Statement Is Inside

**Pay your bill from virtually anywhere with the Citi Mobile® App and Citi® Online**



To download:
Text **'App15'** to **MyCiti (692484)**
or go to your device's app store.
Or visit **www.citicards.com**

| | |
|---|---:|
| Minimum payment due | $776.00 |
| New balance | $51,757.06 |
| Payment due date | 03/02/18 |

**Amount enclosed: $**

Account number ending in 7129

ELISHA ROTHMAN

CITI CARDS
PO BOX 9001037
Louisville, KY 40290-1037

www.citicards.com

**ELISHA ROTHMAN**

Customer Service 1-888-766-CITI(2484)
TTY-hearing-impaired services only 1-800-325-2865

Page 2 of 3

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|
| **Payments, Credits and Adjustments** | | | |
| | 02/02 | AUTOPAY ████████6081RAUTOPAY AUTO-PMT | -$32,838.45 |
| **Standard Purchases** | | | |
| 01/04 | 01/05 | MICROSOFT *BING ADS 08006427676 NV | $500.00 |
| 01/04 | 01/05 | MICROSOFT *BING ADS 08006427676 NV | $1,000.00 |
| 01/05 | 01/05 | MICROSOFT *BING ADS 08006427676 NV | $500.00 |
| 01/06 | 01/06 | MICROSOFT *BING ADS 08006427676 NV | $500.00 |
| 01/07 | 01/07 | MICROSOFT *BING ADS 08006427676 NV | $1,000.00 |
| 01/08 | 01/08 | MICROSOFT *BING ADS 08006427676 NV | $500.00 |
| 01/09 | 01/09 | MICROSOFT *BING ADS 08006427676 NV | $500.00 |
| 01/09 | 01/09 | MICROSOFT *BING ADS 08006427676 NV | $500.00 |
| 01/09 | 01/09 | MICROSOFT *BING ADS 08006427676 NV | $1,000.00 |
| 01/10 | 01/10 | MICROSOFT *BING ADS 08006427676 NV | $500.00 |
| 01/10 | 01/10 | MICROSOFT *BING ADS 08006427676 NV | $2,535.75 |
| 01/11 | 01/11 | MICROSOFT *BING ADS 08006427676 NV | $500.00 |
| 01/11 | 01/11 | MICROSOFT *BING ADS 08006427676 NV | $1,000.00 |
| 01/12 | 01/12 | MICROSOFT *BING ADS 08006427676 NV | $500.00 |
| 01/12 | 01/12 | MICROSOFT *BING ADS 08006427676 NV | $1,960.93 |
| 01/14 | 01/14 | MICROSOFT *BING ADS 08006427676 NV | $500.00 |
| 01/14 | 01/14 | MICROSOFT *BING ADS 08006427676 NV | $1,000.00 |
| 01/15 | 01/15 | MICROSOFT *BING ADS 08006427676 NV | $500.00 |
| 01/16 | 01/16 | MICROSOFT *BING ADS 08006427676 NV | $500.00 |
| 01/16 | 01/16 | MICROSOFT *BING ADS 08006427676 NV | $1,000.00 |
| 01/17 | 01/17 | MICROSOFT *BING ADS 08006427676 NV | $500.00 |
| 01/17 | 01/17 | MICROSOFT *BING ADS 08006427676 NV | $2,503.51 |
| 01/18 | 01/18 | MICROSOFT *BING ADS 08006427676 NV | $500.00 |
| 01/19 | 01/19 | MICROSOFT *BING ADS 08006427676 NV | $500.00 |
| 01/19 | 01/19 | MICROSOFT *BING ADS 08006427676 NV | $1,000.00 |
| 01/20 | 01/20 | MICROSOFT *BING ADS 08006427676 NV | $500.00 |
| 01/22 | 01/22 | MICROSOFT *BING ADS 08006427676 NV | $500.00 |
| 01/22 | 01/22 | MICROSOFT *BING ADS 08006427676 NV | $500.00 |
| 01/22 | 01/22 | MICROSOFT *BING ADS 08006427676 NV | $1,000.00 |
| 01/23 | 01/23 | MICROSOFT *BING ADS 08006427676 NV | $500.00 |
| 01/24 | 01/24 | MICROSOFT *BING ADS 08006427676 NV | $500.00 |
| 01/24 | 01/24 | MICROSOFT *BING ADS 08006427676 NV | $1,000.00 |
| 01/24 | 01/24 | MICROSOFT *BING ADS 08006427676 NV | $2,503.04 |
| 01/25 | 01/25 | MICROSOFT *BING ADS 08006427676 NV | $500.00 |
| 01/25 | 01/25 | MICROSOFT *BING ADS 08006427676 NV | $1,000.00 |
| 01/26 | 01/26 | MICROSOFT *BING ADS 08006427676 NV | $500.00 |
| 01/26 | 01/26 | MICROSOFT *BING ADS 08006427676 NV | $1,000.00 |
| 01/27 | 01/27 | MICROSOFT *BING ADS 08006427676 NV | $1,000.00 |
| 01/28 | 01/28 | MICROSOFT *BING ADS 08006427676 NV | $500.00 |
| 01/28 | 01/28 | MICROSOFT *BING ADS 08006427676 NV | $1,000.00 |
| 01/28 | 01/28 | MICROSOFT *BING ADS 08006427676 NV | $2,505.16 |
| 01/29 | 01/29 | MICROSOFT *BING ADS 08006427676 NV | $500.00 |
| 01/29 | 01/29 | MICROSOFT *BING ADS 08006427676 NV | $1,000.00 |
| 01/29 | 01/29 | MICROSOFT *BING ADS 08006427676 NV | $1,000.00 |
| 01/30 | 01/30 | MICROSOFT *BING ADS 08006427676 NV | $500.00 |
| 01/30 | 01/30 | MICROSOFT *BING ADS 08006427676 NV | $1,000.00 |
| 01/31 | 01/31 | MICROSOFT *BING ADS 08006427676 NV | $500.00 |

**AMERICAN AIRLINES AADVANTAGE® MILES REPORTED:**

**51,757**

| | |
|---|---|
| Purchase | 51,757 |
| **Accumulated This Month** | **51,757** |

» Visit aa.com/aadvantage to redeem miles, book flights and much more

American Airlines reserves the right to change the AAdvantage® program and its terms and conditions at any time without notice, and to end the AAdvantage® program with six months' notice. Any such change may affect your ability to use the awards or mileage credits that you have accumulated. Unless specified, AAdvantage® miles earned through this promotion/offer do not count toward elite-status qualification or AAdvantage Million Miler℠ status. American Airlines is not responsible for products or services offered by other participating companies. For complete details about the AAdvantage® program,
visit www.aa.com/aadvantage
American Airlines, AAdvantage and AAdvantage Million Miler are trademarks of American Airlines, Inc.

www.citicards.com  Customer Service 1-888-766-CITI(2484)  Page 3 of 3
TTY-hearing-impairedservices only 1-800-325-2865

**ELISHA ROTHMAN**

**Standard Purchases, cont'd**

| Trans. date | Post date | Description | Amount |
|---|---|---|---|
| 01/31 | 01/31 | MICROSOFT *BING ADS 08006427676 NV | $1,000.00 |
| 02/01 | 02/01 | www.ovh.com    Montreal    FRA | $244.00 |
| 02/01 | 02/01 | MICROSOFT *BING ADS 08006427676 NV | $500.00 |
| 02/01 | 02/01 | MICROSOFT *BING ADS 08006427676 NV | $1,000.00 |
| 02/02 | 02/02 | MICROSOFT *BING ADS 08006427676 NV | $500.00 |
| 02/02 | 02/02 | MICROSOFT *BING ADS 08006427676 NV | $1,000.00 |
| 02/03 | 02/03 | MICROSOFT *BING ADS 08006427676 NV | $500.00 |
| 02/03 | 02/03 | MICROSOFT *BING ADS 08006427676 NV | $2,504.67 |
| 02/04 | 02/04 | MICROSOFT *BING ADS 08006427676 NV | $1,000.00 |
| 02/04 | 02/04 | MICROSOFT *BING ADS 08006427676 NV | $1,000.00 |
| 02/05 | 02/05 | MICROSOFT *BING ADS 08006427676 NV | $500.00 |
| 02/05 | 02/05 | MICROSOFT *BING ADS 08006427676 NV | $1,000.00 |

**Fees charged**

| | |
|---|---|
| **Total fees charged in this billing period** | **$0.00** |

**Interest charged**

| | |
|---|---|
| **Total interest charged in this billing period** | **$0.00** |

**2018 totals year-to-date**

| | |
|---|---|
| Total fees charged in 2018 | **$0.00** |
| Total interest charged in 2018 | **$0.00** |

**Interest charge calculation**  Days in billing cycle: **33**

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 16.49% (V) | $0.00 (D) | $0.00 |
| ADVANCES | | | |
| Standard Adv | 26.49% (V) | $0.00 (D) | $0.00 |

Your Annual PercentageRate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

**Account messages**

Remember, any charges above your revolving credit limit MUST BE PAID IN FULL by your statement's payment due date.

### About Interest Charges

**How We Calculate Interest.** We calculate it separately for each balance shown in the Interest Charge Calculation table. We use he **daily balance method (including current transactions)** if the Balance Subject to Interest Rate is followed by (D). We figure the interest charge by multiplying the daily balance by its daily periodic rate each day in the billing period. To get a daily balance, we take he balance at the end of the previous day, add he interest on the previous day's balance and new charges, subtract new credits or payments, and make adjustments. The Balance Subject to Interest Rate is the average of he daily balances. We use he **average daily balance method (including current transactions)** if he Balance Subject to Interest Rate is followed by (A). To get an average daily balance, we take the balance at the end of the previous day, add new charges, subtract new credits or payments, and make adjustments. We add all the daily balances and divide by the number of days in the billing period. We figure the interest charge by multiplying he average daily balance by he monthly periodic rate, or by he daily periodic rate and by the number of days in he billing period, as applicable.

**Minimum Interest Charge.** If we charge interest, it will be at least $0.50.

**How to Avoid Paying Interest on Purchases.** Your due date is at least 23 days after the close of each billing period. We will not charge you any interest on purchases if you pay your New Balance by the due date each month. This is called a grace period on purchases. If you do not pay the New Balance in full by the due date, you will not get a grace period on purchases until you pay the New Balance in full for two billing periods in a row. We will begin charging interest on cash advances and balance transfers on the transaction date.

### Your Rights

**What To Do If You Find A Mistake On Your Statement.** If you think there is an error on your statement, visit us online or write to the Customer Service address shown on the front.

In your letter, give us the following information:
- Account information: Your name and account number.
- Dollar amount: The dollar amount of he suspected error.
- Description of problem: If you think here is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not here has been an error, the following are true:
- We cannot try to collect the amount in ques ion, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for he remainder of your balance.
- We can apply any unpaid amount against your credit limit.

PDF-AA1016

### Your Rights if You Are Dissatisfied With Your Credit Card Purchases.

If you are dissatisfied with the goods or services that you have purchased wi h your credit card, and you have tried in good faith to correct he problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us online or *in writing* at the Customer Service address shown on front of statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investiga ion, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

**Notification of Disputed Item**

You can file a billing dispute or check the status of an existing dispute online. You can also check the status of an existing billing dispute by contacting he customer service number on he top of this page.

### Other Account and Payment Information

**When Your Payment Will Be Credited.** If we receive your payment in proper form at our processing facility by 5 p.m. local time there, it will be credited as of hat day. A payment received there in proper form after that time will be credited as of he next day. Allow 5 to 7 days for payments by regular mail to reach us. There may be a delay of up to 5 days in crediting a payment we receive that is not in proper form or not sent to the correct address. The correct address for regular mail is the address on the front of the payment coupon. The correct address for courier or express mail is the Express Payments Address shown below.

**Proper Form.** For a payment sent by mail or courier to be in proper form, you must:
- Enclose a valid check or money order. No cash or foreign currency please.
- Include your name and he last four digits of your account number.

**How to Report a Lost or Stolen Card.** Call the Customer Service number at the top of the page.

**Membership Fee.** Some accounts are charged a membership fee. To avoid paying his fee, notify us that you are closing your account within 30 days of he mailing or delivery date of the statement on which he fee is billed.

**Credit Reporting Disputes.** We may report information about your account to credit bureaus. If you think we've reported inaccurate information, please write to us at the Customer Service address on your statement.

---

**Payment Amount**

You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

©2016 Citibank, N.A. Citi and Citi with Arc Design are registered service marks of Citigroup Inc.

American Airlines, AAdvantage and AAdvantage Million Miler are trademarks of American Airlines, Inc.

---

### Payments other than by mail

**Online.** Visit **payonline.citicards.com** to enroll in Online Bill Pay and make a payment. When you enroll in Online Bill Pay you can schedule your payments up to ninety days in advance using the "Other" payment option. For security reasons, you may not be able to pay your entire new balance the first time you make a payment online.

**Phone.** Call **800-777-9999** to make a payment. There is no fee for his service.

**AutoPay.** Visit **autopay.citicards.com** to enroll in AutoPay and have your payment amount automatically deducted each month on your payment date from the payment account you choose.

**Express mail.** Send payment by express mail to:
   Citi Cards
   Attention: Bankcard Payments Department
   6716 Grade Lane
   Building 9, Suite 910
   Louisville, KY 40213

**Crediting Payments other than by Mail.** The payment cutoff time for Online Bill Payments, Phone Payments, and Express mail payments is midnight Eastern ime. This means that we will credit your account as of the calendar day, based on Eastern ime, that we receive your payment request.

**If you send an eligible check with this payment coupon, you authorize us to complete your payment by electronic debit. If we do, the checking account will be debited in the amount on the check. We may do this as soon as the day we receive the check. Also, the check will be destroyed.**