UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-Civ-25046-SCOLA

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

ON POINT GLOBAL, LLC, *et al.*,

    Defendants.

Case No. 14-CV-60166-SCOLA

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

ACQUINITY INTERACTIVE, LLC, *et al.*,

    Defendants.

**PLAINTIFF FEDERAL TRADE COMMISSION'S INDEX OF OFFERED EXHIBITS**

**Volume 2 of 3**

| PLF. NO. | Description of Exhibits | Date Offered | Date Admitted |
|---|---|---|---|
| PX33AL | Email from Bob Zangrillo to Molly O'Shea, RE: Re: AI Industry Report, dated April 27, 2018 | 8-Nov | 8-Nov |
| PX33AP | Email from Burton Katz to Bob Bellack, RE: Re: Investor Questions, dated June 25, 2018 | 8-Nov | 8-Nov |

1

| PLF. NO. | Description of Exhibits | Date Offered | Date Admitted |
|---|---|---|---|
| PX33AZ | Email from Sarai Jaimes to MIA Staff and LA Staff, RE: Welcome to the Team!, dated January 11, 2019 | Court lists as admitted | Court lists as admitted |
| PX33BJ | Email from Burton Katz to Bob Zangrillo, RE: Re: 6pm EST OnPoint Weekly Exec Team Call, dated July 18, 2019 | 8-Nov | 8-Nov |
| PX33BP | Email from Burton Katz to Bob Zangrillo, RE: Re: Board package comments, dated August 8, 2019 | 8-Nov | 8-Nov |
| PX33BQ | Email from Bob Zangrillo to Bob Bellack, RE: Re: Updated Treasury, dated October 8, 2019 | 8-Nov | 8-Nov |
| PX33BR | Email from Burton Katz to Elisha Rothman, RE: Re: Investor Plan Friday PM, dated October 13, 2019 | 5-Nov | 5-Nov |
| PX33BS | Email from Elisha Rothman to Alicia Nuche and Bob Bellack, RE: Fwd: Management Forecast, dated October 17, 2019 | 5-Nov | 5-Nov |
| PX33BT | Email from Bob Zangrillo to Burton Katz, RE: Re: deck and investment teaser, dated October 20, 2019 | 9-Nov | 9-Nov |
| PX33BU | Email from Charles Ohana to Sara Catanzano, RE: Re: AdSense: Parent Company Help, dated October 22, 2019 | 3-Nov | 3-Nov |
| PX33BV | Email from Elisha Rothman to Bob Zangrillo and Bob Zangrillo, RE: Important, dated November 12, 2019 | 5-Nov | 5-Nov |
| PX33BY | Email from Bob Zangrillo to Burton Katz, RE: Re: Executive Offsite Notes, dated December 2, 2019 | 8-Nov | 8-Nov |
| PX33BZ | Email from Richard Granda to Britt Mckay and Anthony Guzzo, RE:, dated December 3, 2019 | 4-Nov | 4-Nov |
| PX34C | Manager's Certificate DG DMV, LLC 06-15-15.pdf | 3-Nov | 3-Nov |
| PX34D | Chairman Consulting Agreement - Executed.pdf | 3-Nov | 3-Nov |
| PX34E | On Point Global LLC Agreement- Fully Executed.pdf | 3-Nov | 3-Nov |
| PX34F | Fully Executed- Amendment No. 1 to Consulting Agreement[1].pdf | 3-Nov | 3-Nov |
| PX34G | On Point Global 2nd Amended and Restated LLC Agreement - 10.1.19.pdf | 3-Nov | 3-Nov |
| PX34H | On Point Invoice 4.30.18.docx | 4-Nov | 4-Nov |
| PX34I | On Point Global LLC Contribution and Exchange Agreement - Fully Executed.pdf | 3-Nov | 3-Nov |

| PLF. NO. | Description of Exhibits | Date Offered | Date Admitted |
|---|---|---|---|
| PX34M | org_chart_finance.jpg | 4-Nov | 4-Nov |
| PX35B | Email from Robert Zangrillo to Burton Katz, RE: FW: OnPoint Disclosure, dated November 17, 2019 | 8-Nov | 8-Nov |
| PX35C | Email from Megan Black to Bob Zangrillo, RE: FW: introduction to manatt partner, dated April 17, 2015 | 5-Nov | 5-Nov |
| PX35E | Email from Burton Katz to Bob Zangrillo, RE: Accepted: 10am PST / 1pm EST Call w/ Linda Goldstein, Manatt Partne... @ Wed Apr 29, 2015 1pm - 1:30pm (burtonusc@gmail.com), dated April 28, 2015 | 5-Nov | 5-Nov |
| PX35I | Email from Megan Black to Arnaud Karsenti, RE: Re: Opportunity Zone Fund, dated June 26, 2018 | 8-Nov | 8-Nov |
| PX35J | Email from Kevin Hopkins to Dede Loftus and Greg McElhose, RE: Required Funding for DMV.com Close, dated June 4, 2015 | 8-Nov | 8-Nov |
| PX35K | Email from Dede Loftus to Bob Zangrillo, RE: Re: 2017 Priorities, dated December 17, 2017 | 8-Nov | 8-Nov |
| PX35L | Email from Dede Loftus to Robert Zangrillo, RE: DG DMV more docs, dated April 23, 2019 | 3-Nov | 3-Nov |
| PX35P | Email from Bob Zangrillo to Burton Katz, RE: Updated BZ Meeting notes, dated September 30, 2018 | 3-Nov | 3-Nov |
| PX35Q | Email from Megan Black to Burton Katz, RE: Re: prezo update, dated November 22, 2017 | 8-Nov | 8-Nov |
| PX35V | Email from Megan Black to Bob Zangrillo, RE: FW: Domain Portfolio, dated October 24, 2017 | 8-Nov | 8-Nov |
| PX35X | Email from Bob Zangrillo to Michael McCracken, RE: Re: DMV & Dragon Global LOI - December 4, 2014, dated December 5, 2014 | 8-Nov | 8-Nov |
| PX35Y | Email from to Dede Loftus, RE: Wires, dated June 11, 2015 | 3-Nov | 3-Nov |
| PX35Z | Email from Bob Zangrillo to Robert Sena and Brent Levinson, RE: Re: Connecting Onpoint, dated March 17, 2018 | 5-Nov | 5-Nov |
| PX35AA | Email from Bob Zangrillo to Ed Freedman, RE: Re: Bob coming to LA and OnPoint, dated May 1, 2019 | 5-Nov | 5-Nov |

| PLF. NO. | Description of Exhibits | Date Offered | Date Admitted |
|---|---|---|---|
| PX35AB | [Duplicate of PX197] | Duplicate of PX197, Admitted 11/5 | Duplicate of PX197, Admitted 11/5 |
| PX42 | Elisha Rothman's Answers to Federal Trade Commission's First Set of Interrogatories | 4-Nov | 4-Nov |
| PX45 | April 16, 2021 Compliance Report of Burton Katz | 9-Nov | 9-Nov |
| PX49AO | Email from Chris Sherman to Nadia Peshev, RE: section-8-apartments.org, dated March 1, 2018 | 5-Nov | 5-Nov |
| PX49AQ | Email from Chris Sherman to Sara Catanzano, RE: Re: unemploymentclaimsinfo.com, dated January 23, 2019 | 9-Nov | 9-Nov |
| PX49AR | Email from Chris Sherman to Charles Ohana, RE: Re: Domain ID Issue, dated January 29, 2019 | 9-Nov | 9-Nov |
| PX49AS | Email from Chris Sherman to Mauricio Rodriguez, RE: Re: Compliance Review, dated May 29, 2019 | 5-Nov | 5-Nov |
| PX49AT | Email from Chris Sherman to Jeremy Chrysler, RE: Re: Ad Testing / checking in, dated June 4, 2019 | 9-Nov | 9-Nov |
| PX49AV | Email from Chris Sherman to Victoria Lorido, RE: Fwd: Push Sub Domain Test for Dupes, dated November 4, 2019 | 9-Nov | 9-Nov |
| PX49AW | Email from Chris Sherman to Syeda Ameena Fathima, RE: Re: [#419276] Plivo US Short Code Application: New respondent (#55), dated November 25, 2019 | 9-Nov | 9-Nov |
| PX49AX | Email from Victoria Lorido to Candice Nestel, RE: FW: Quick landing page edits, dated December 10, 2019 | 5-Nov | 5-Nov |
| PX49BF | Email from Yasmin Abud to Lussich Juan Ignacio, RE: Re: Daily summary report, dated July 15, 2019 | 4-Nov | 4-Nov |
| PX49BG | Email from Matthew Meyer to Bob Bellack, Burton Katz, and others, RE: Processing Flash 07/12, dated July 12, 2019 | 4-Nov | 4-Nov |
| PX49BI | Email from Bob Bellack to Alicia Nuche and Arlene Mahon, RE: Fwd: Chargeback Timelines, dated June 6, 2019 | 5-Nov | 5-Nov |
| PX49BL | Email from Alicia Nuche to Elisha Rothman, RE: Billing Companies, dated August 14, 2019 | 5-Nov | 5-Nov |

| PLF. NO. | Description of Exhibits | Date Offered | Date Admitted |
|---|---|---|---|
| PX49BO | Email from Danielle Ciolfi to Chris Sherman, Elisha Rothman, and others, RE: Stopping Traffic to Food-Stamps.org, dated December 11, 2017 | 5-Nov | 5-Nov |
| PX49BQ | Email from Chris Sherman to Burton Katz, RE: Re: ue office 2, dated December 17, 2017 | Duplicate of PX246, Admitted 11/5 | Duplicate of PX246, Admitted 11/5 |
| PX49BS | Email from Danielle Ciolfi to Burton Katz, RE: Fwd: Media Performance Reports, dated December 18, 2017 | 4-Nov | 4-Nov |
| PX49BT | Email from Alicia Nuche to Carmen Pena and Arlene Mahon, RE: IBM Construction Account Payments, dated December 22, 2017 | 4-Nov | 4-Nov |
| PX49BU | Email from Elisha Rothman to Burton Katz, RE: ideas, dated December 24, 2017 | 9-Nov | 9-Nov |
| PX49BW | Email from Gabriel Penaloza to Meagan Black, Bob Zangrillo, and others, RE: Invest Deck - NO FINANCIALS, dated April 6, 2018 | 8-Nov | 8-Nov |
| PX49BZ | Email from Elisha Rothman to Gabriela Mendivil, RE: Re: Media Performance Reports, dated January 3, 2018 | 4-Nov | 4-Nov |
| PX49CC | Email from Sarai Jaimes to Danielle Ciolfi, Arlene Mahon, and others, RE: Burt's Birthday, dated January 8, 2018 | 5-Nov | 5-Nov |
| PX49CI | Email from rgreen@afternic.com to Chris Sherman, RE: RE: yourgovernmentbenefits.com, dated January 17, 2018 | 5-Nov | 5-Nov |
| PX49CK | Email from rgreen@afternic.com to Elisha Rothman, RE: RE: Change of Registrant request for unemployment-tips.com - (New Registrant), dated January 24, 2018 | 5-Nov | 5-Nov |
| PX49CM | Email from Chris Sherman to Gabriela Mendivil, RE: Re: Media Performance Reports, dated January 24, 2018 | 5-Nov | 5-Nov |
| PX49CS | Email from Chris Sherman to Burton Katz, Elisha Rothman, and others, RE: RPU Tracker, dated February 13, 2018 | 5-Nov | 5-Nov |

| PLF. NO. | Description of Exhibits | Date Offered | Date Admitted |
|---|---|---|---|
| PX49CT | Email from Arlene Mahon to Bob Zangrillo and Burton Katz, RE: January Financial Presentation Version 2, dated February 26, 2018 | 8-Nov | 8-Nov |
| PX49CU | Email from Todd Gitlin to bob@zangrillo.com, Todd Zangrillo, and others, RE: UPDATE: Bob Bellack (March 1st, post 2nd mtg w/ Bob.Burton), dated March 1, 2018 | 8-Nov | 8-Nov |
| PX49CV | Email from Elisha Rothman to Matthew Bren, RE: Re: Expanding, dated March 2, 2018 | 5-Nov | 5-Nov |
| PX49CX | Email from Burton Katz to Robert Zangrillo, RE:, dated March 5, 2018 | 9-Nov | 9-Nov |
| PX49CZ | Email from Bob Zangrillo to Bob Bellack, RE: Re: Follow-up Notes, dated March 8, 2018 | 8-Nov | 8-Nov |
| PX49DE | Email from Elisha Rothman to Burton Katz, RE: Re: synthesis, dated March 28, 2018 | 9-Nov | 9-Nov |
| PX49DF | Email from Chris Sherman to Burton Katz and Charlie Eissa, RE: SMS Templates, dated March 31, 2018 | 9-Nov | 9-Nov |
| PX49DL | Email from Ken Rudin to Burton Katz and Bob Zangrillo, RE: Fwd: Introduction: Google AdSense contact person, dated April 27, 2018 | 8-Nov | 8-Nov |
| PX49DP | Email from Arlene Mahon to Alicia Nuche, RE: Re: Companies for Adsense, dated May 8, 2018 | 4-Nov | 4-Nov |
| PX49DQ | Email from Burton Katz to Chris Jalil, RE: Re: Meeting, dated June 11, 2018 | 8-Nov | 8-Nov |
| PX49DR | Email from Todd Gitlin to Bob Zangrillo, Burton Katz, and others, RE: Neal Sainani - CPO, dated June 5, 2018 | 8-Nov | 8-Nov |
| PX49DT | Email from Megan Black to Leo Plaza, RE: Re: Neal Sainani Reference Check - Andy Ballard, dated June 15, 2018 | 8-Nov | 8-Nov |
| PX49DU | Email from Bob Zangrillo to Burton Katz, RE: Re: agenda, dated June 20, 2018 | 8-Nov | 8-Nov |
| PX49DW | Email from Burton Katz to Bob Bellack and Robert Zangrillo, RE: last set of questions, dated June 25, 2018 | 9-Nov | 9-Nov |
| PX49DY | Email from Eli Rothman to Alicia Nuche, Chris Sherman, and others, RE: Fwd: Google AdWords: | Duplicate of PX305, | Duplicate of PX305, |

| PLF. NO. | Description of Exhibits | Date Offered | Date Admitted |
|---|---|---|---|
|  | Payment was declined for 569-388-7679, dated June 30, 2018 | Admitted 11/5 | Admitted 11/5 |
| PX49EC | Email from Bob Zangrillo to Robert A. Flaxman, RE: Re: FAQ & Slide 5, dated July 6, 2018 | 3-Nov | 3-Nov |
| PX49ED | Email from Bob Bellack to Nadia Peshev, Charles Ohana, and others, RE: Fwd: Flash Report - 07.06, dated July 11, 2018 | 5-Nov | 5-Nov |
| PX49EF | Email from Burton Katz to Robert Zangrillo, RE: draft to discuss tonight to finalize for tomorrow meetings, dated August 1, 2018 | 8-Nov | 8-Nov |
| PX49EH | Email from rgreen@afternic.com to Elisha Rothman, Chris Sherman, RE: RE: ssofficelocations.org, dated August 28, 2018 | 5-Nov | 5-Nov |
| PX49EN | Email from Bob Zangrillo to Alex Soltani, RE: DMV.org, dated October 2, 2018 | 5-Nov | 5-Nov |
| PX49EV | Email from Arlene Mahon to Sarai Jaimes, RE: Re: Agenda for Today's Meeting, dated November 16, 2018 | 4-Nov | 4-Nov |
| PX49EW | Email from Bob Zangrillo to Burton Katz, RE: Final DRAFT to be sent to investor, dated November 26, 2018 | 8-Nov | 8-Nov |
| PX49FC | Email from Denice Aloi-McConnell to Elisha Rothman, RE: RE: OnPoint, dated December 12, 2018 | 5-Nov | 5-Nov |
| PX49FE | Email from Elisha Rothman to laura.soto@bvmedia.cr, Chris Sherman, Henry Rojas, RE: Henry Rojas, dated December 26, 2018 | 4-Nov | 4-Nov |
| PX49FR | Email from Emerson King to Baluga Ramiro, RE: Re: URGENT! - SUSPENDED ACCOUNTS, dated February 14, 2019 | 9-Nov | 9-Nov |
| PX49FS | Email from Andrew Suykry to Neal Sainani, Paola Zuluaga, and others, RE: Design Sprint Outline for Wed. February 26th, dated February 26, 2019 | 9-Nov | 9-Nov |
| PX49FU | Email from Chris Sherman to Charlie Eissa, Aldo Lanzas, and others, RE: Check List for New Site Launches, dated March 20, 2019 | 5-Nov | 5-Nov |
| PX49FX | Email from Bob Bellack to Bob Zangrillo, RE: Fwd: Forecast: Bing Loss Effect, dated April 19, 2019 | 3-Nov | 3-Nov |

| PLF. NO. | Description of Exhibits | Date Offered | Date Admitted |
|---|---|---|---|
| PX49GC | Email from Bob Bellack to Bob Zangrillo, RE: Fwd: FW: Dragon Global Opportunity - OnPOINT, dated May 12, 2019 | 8-Nov | 8-Nov |
| PX49GL | Email from Elisha Rothman to Arlene Mahon, RE: Re: Accounts, dated July 26, 2019 | 9-Nov | 9-Nov |
| PX49GM | Email from Elisha Rothman to Bob Zangrillo, RE: Re: Loan, dated July 29, 2019 | 5-Nov | 5-Nov |
| PX49GO | Email from Elisha Rothman to mgubin@optimumbank.com, Burton Katz, RE: OnPoint Financials, dated August 18, 2019 | 5-Nov | 5-Nov |
| PX49GP | Email from Sara Catanzano to Charlie Eissa, RE: Re: Email Recovery, dated August 29, 2019 | 3-Nov | 3-Nov |
| PX49GU | Email from Elisha Rothman to Gabriel Penaloza, RE: Re: Shadow Media Q319, dated October 18, 2019 | 4-Nov | 4-Nov |
| PX49GX | Email from Sarai Jaimes to Burton Katz, RE: Re: Global Salary & Bonus Review, dated November 6, 2019 | 4-Nov | 4-Nov |
| PX49HA | Email from Bob Bellack to Burt Katz, RE: Fwd: Due from Dragon, dated November 12, 2019 | 4-Nov | 4-Nov |
| PX49HN | Cloud Slack Messages-9_12_2019 7_01_48 PM.html | 4-Nov | 4-Nov |
| PX49HP | Zangrillo OnPoint Expenses Jan-Feb 2018.pdf | 4-Nov | 4-Nov |
| PX49HQ | Email from Alicia Nuche to Bob Zangrillo, Bob Bellack, and others, RE: Onpoint Financials Q1, dated April 18, 2018 | 9-Nov | 9-Nov |

Dated:  November 18, 2021       Respectfully submitted,

*/s/ Sarah Waldrop*
Sarah Waldrop, Special Bar No. A5502583
(202) 326-3444; swaldrop@ftc.gov
Sana Chaudhry, Special Bar No. A5502350
(202) 326-2679; schaudhry@ftc.gov
Christopher Erickson, Special Bar No. A5502434
(202) 326-3671; cerickson@ftc.gov
Federal Trade Commission
600 Pennsylvania Ave. NW, CC 9528
Washington, DC 20580
Facsimile: (202) 326-3197
Attorneys for Plaintiff, Federal Trade Commission

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2021, I served a true and correct copy of the foregoing and all related documents via this Court's CM/ECF filing system on all counsel of record.

/s/ Sarah Waldrop
Sarah Waldrop