UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-Civ-25046-SCOLA

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

ON POINT GLOBAL, LLC, *et al.*,

    Defendants.

Case No. 14-CV-60166-SCOLA

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

ACQUINITY INTERACTIVE, LLC, *et al.*,

    Defendants.

**PLAINTIFF FEDERAL TRADE COMMISSION'S INDEX OF OFFERED EXHIBITS**

**Volume 3 of 3**

| PLF. NO. | Description of Exhibits | Date Offered | Date Admitted |
|---|---|---|---|
| PX49HR | Email from Bob Zangrillo to Burton Katz, RE: OnPoint, dated August 6, 2018 | 3-Nov | 3-Nov |
| PX50B | Christopher Sherman Contribution and Exchange Agreement- Fully Executed.pdf | 5-Nov | 5-Nov |
| PX50D | OnPoint Global Corp Structure April 23.pdf | 4-Nov | 4-Nov |

1

| PLF. NO. | Description of Exhibits | Date Offered | Date Admitted |
|---|---|---|---|
| PX50H | Email from Burton Katz to Bob Zangrillo, RE: dmv.com, dated February 6, 2015 | 8-Nov | 8-Nov |
| PX50J | 569-388-7679_registration.pdf | 4-Nov | 4-Nov |
| PX50L | GoogleProd Admin 5658248 (Prod 2).pdf | 4-Nov | 4-Nov |
| PX50Q | Email from Daniela Quiroga to Brent Levison, RE: Onpoint Global & Burton Katz - Employment Agreement, dated May 10, 2018 | 5-Nov | 5-Nov |
| PX50R | Email from Brent Levison to Bob Bellack, RE: Re: Re: Re: [UCM000002208406] Outcome of the investigation: Cambridge Media Series, LLC_2592316, dated September 11, 2019 | 5-Nov | 5-Nov |
| PX50S | Foodstamps Help LLC Operating Agreement (SIGNED).pdf | 5-Nov | 5-Nov |
| PX50T | Section8 Information LLC Operating Agreement (SIGNED).pdf | 5-Nov | 5-Nov |
| PX50U | YULA Capital Operating Agreement (SIGNED).pdf | 5-Nov | 5-Nov |
| PX51B | Email from Burton Katz to Brent Levison and Robert Zangrillo, RE: Fwd: OnPoint Investor Package, dated April 25, 2018 | 8-Nov | 8-Nov |
| PX51L | [Duplicate of PX35P] | Duplicate of PX35P, Admitted 11/3 | Duplicate of PX35P, Admitted 11/3 |
| PX51N | Email from Bob Bellack to Burton Katz, ps@psventures.com, and others, RE: Onpoint Global Board Follow-up Call 9-6, dated September 6, 2019 | 4-Nov | 4-Nov |
| PX51P | Email from Megan Black to Brent Levison, RE: Onpoint Group Company Org Chart from Box, dated November 27, 2017 | 4-Nov | 4-Nov |
| PX51Z | Email from Bob Bellack to Burton Katz and Bob Zangrillo, RE: Fwd: 2019 Forecast Out, dated September 5, 2018 | 9-Nov | 9-Nov |
| PX51AD | Email from Robert Zangrillo to Anthony Burns, RE: FW: office items, dated December 17, 2017 | 5-Nov | 5-Nov |
| PX51AE | Email from Bob Zangrillo.com to Burton Katz, RE: Re: PRIORITIES, dated January 8, 2018 | 9-Nov | 9-Nov |
| PX51AG | Email from Burton Katz to Robert Zangrillo, RE: Fwd: 2018 Budget Revised, dated February 27, 2018 | 9-Nov | 9-Nov |
| PX51AJ | Email from Alicia Nuche to Bob Zangrillo, Bob Bellack, and others, RE: Onpoint Financials Q1, dated April 18, 2018 | 8-Nov | 8-Nov |

| PLF. NO. | Description of Exhibits | Date Offered | Date Admitted |
|---|---|---|---|
| PX51AM | Email from Arlene Mahon to Burton Katz, Bob Bellack, and others, RE: July Monthly Deck, dated August 29, 2018 | 8-Nov | 8-Nov |
| PX51AO | Email from Bob Bellack to Bob Zangrillo, RE: Fwd: March 2019 & Q1 2019 Financial Statements - Raw Consolidated File, dated April 17, 2019 | 9-Nov | 9-Nov |
| PX51AQ | Email from Bob Zangrillo, RE: 2018 Priorities, dated January 9, 2018 | 8-Nov | 8-Nov |
| PX59 | Robert Zangrillo's Responses and Objections to Plaintiff FTC's First Set of Interrogatories | 8-Nov | 8-Nov |
| PX60 | Christopher Sherman's Answers to Plaintiff FTC's First Set of Interrogatories | 5-Nov | 5-Nov |
| PX64A | Transaction amounts by URL, including refunds and chargebacks | 4-Nov | 4-Nov |
| PX64C | Top 10 Google Ads by Cost (account 7679) | 4-Nov | 4-Nov |
| PX64E | Top 10 Google Search Keywords by Cost (account 7679) | 4-Nov | 4-Nov |
| PX64XA | Summary of revenues for specified processing entities | 4-Nov | 4-Nov |
| PX71 | Corporate Defendants' Answers to Plaintiff FTC's Second Set of Interrogatories and Exhibit B to that response | 3-Nov | 3-Nov |
| PX72 | Affidavit of Duncan Hall from Archive.org under Fed. R. Evid. 902(11) | 3-Nov | 3-Nov |
| PX72A | Screenshots of the Internet Archive's records for the listed URLs (Exhibit A) | 3-Nov | 3-Nov |
| PX72B | Screenshots of the Internet Archive's records for the listed URLs (Exhibit B) | 3-Nov | 3-Nov |
| PX74G | Chargebacks and refunds of On Point defendants from 2017 to April 2019 (Exhibit G) | 4-Nov | 4-Nov |
| PX75E | Email from Molly O'Shea to Bob Zangrillo, RE: Chamber of Commerce Domains, dated February 23, 2018 | 8-Nov | 8-Nov |
| PX75G | Email from Taylor Corson to Dede Loftus, RE: Fwd: Scanned image from MX-6240N, dated February 4, 2019 | 4-Nov | 4-Nov |
| PX80E | Email from Chris Sherman to Burton Katz, RE: Re: Updated B2P Stats, dated December 5, 2019 | 5-Nov | 5-Nov |
| PX81 | Consumer complaints from Consumer Sentinel Network | Admitted before trial | Admitted before trial |
| PX82B | Email from Alicia Nuche to Brian Betancurth, RE: Re: External - RE: Issue Based Media LLC - Construction | 4-Nov | 4-Nov |

| PLF. NO. | Description of Exhibits | Date Offered | Date Admitted |
|---|---|---|---|
|  | Account - International Finance Bank, dated March 8, 2018 |  |  |
| PX98A | Burton Katz and Onpoint Capital Partners Note for 766,600 6.9.15_Executed.pdf | 3-Nov | 3-Nov |
| PX116 | Exhibit L to Receiver's Initial Report | 4-Nov | 4-Nov |
| PX167 | Exhibit 8 to Defendant Burton Katz's deposition taken on April 12, 2021 | 8-Nov | 8-Nov |
| PX173 | Exhibit 17 to Defendant Burton Katz's deposition taken on April 12, 2021 | 9-Nov | 9-Nov |
| PX186 | Exhibit 3 to Defendant Elisha Rothman's deposition taken on April 9, 2021 | 3-Nov | 3-Nov |
| PX194 | Exhibit 13 to Defendant Elisha Rothman's deposition taken on April 9, 2021 | 5-Nov | 5-Nov |
| PX195 | Exhibit 14 to Defendant Elisha Rothman's deposition taken on April 9, 2021 | 3-Nov | 3-Nov |
| PX197 | Exhibit 16 to Defendant Elisha Rothman's deposition taken on April 9, 2021 | 5-Nov | 5-Nov |
| PX199 | Exhibit 18 to Defendant Elisha Rothman's deposition taken on April 9, 2021 | 5-Nov | 5-Nov |
| PX218 | Exhibit 37 to Defendant Elisha Rothman's deposition taken on April 9, 2021 | 5-Nov | 5-Nov |
| PX219 | Exhibit 38 to Defendant Elisha Rothman's deposition taken on April 9, 2021 | 5-Nov | 5-Nov |
| PX220 | Exhibit 39 to Defendant Elisha Rothman's deposition taken on April 9, 2021 | 5-Nov | 5-Nov |
| PX221 | Exhibit 40 to Defendant Elisha Rothman's deposition taken on April 9, 2021 | 5-Nov | 5-Nov |
| PX222 | Exhibit 41 to Defendant Elisha Rothman's deposition taken on April 9, 2021 | 5-Nov | 5-Nov |
| PX224 | Exhibit 43 to Defendant Elisha Rothman's deposition taken on April 9, 2021 | 3-Nov | 3-Nov |
| PX225 | Exhibit 44 to Defendant Elisha Rothman's deposition taken on April 9, 2021 | 5-Nov | 5-Nov |
| PX231 | Exhibit 6 to Defendant Christopher Sherman's deposition taken on March 17, 2021 | 5-Nov | 5-Nov |
| PX232 | Exhibit 7 to Defendant Christopher Sherman's deposition taken on March 17, 2021 | 5-Nov | 5-Nov |
| PX242 | Exhibit 17 to Defendant Christopher Sherman's deposition taken on March 17, 2021 | 3-Nov | 3-Nov |
| PX246 | Exhibit 23 to Defendant Christopher Sherman's deposition taken on March 17, 2021 | 5-Nov | 5-Nov |
| PX248 | Exhibit 27 to Defendant Christopher Sherman's deposition taken on March 17, 2021 | 5-Nov | 5-Nov |

| PLF. NO. | Description of Exhibits | Date Offered | Date Admitted |
|---|---|---|---|
| PX250 | Exhibit 29 to Defendant Christopher Sherman's deposition taken on March 17, 2021 | 5-Nov | 5-Nov |
| PX251 | Exhibit 30 to Defendant Christopher Sherman's deposition taken on March 17, 2021 | 5-Nov | 5-Nov |
| PX252 | Exhibit 31 to Defendant Christopher Sherman's deposition taken on March 17, 2021 | 5-Nov | 5-Nov |
| PX253 | Exhibit 32 to Defendant Christopher Sherman's deposition taken on March 17, 2021 | 5-Nov | 5-Nov |
| PX254 | Exhibit 33 to Defendant Christopher Sherman's deposition taken on March 17, 2021 | 3-Nov | 3-Nov |
| PX257 | Exhibit 36 to Defendant Christopher Sherman's deposition taken on March 17, 2021 | 9-Nov | 9-Nov |
| PX258 | Exhibit 37 to Defendant Christopher Sherman's deposition taken on March 17, 2021 | 5-Nov | 5-Nov |
| PX267 | Exhibit 46 to Defendant Christopher Sherman's deposition taken on March 17, 2021 | 9-Nov | 9-Nov |
| PX269 | Exhibit 48 to Defendant Christopher Sherman's deposition taken on March 17, 2021 | 5-Nov | 9-Nov |
| PX270 | Exhibit 49 to Defendant Christopher Sherman's deposition taken on March 17, 2021 | 5-Nov | 5-Nov |
| PX271 | Exhibit 51 to Defendant Christopher Sherman's deposition taken on March 17, 2021 | 5-Nov | 5-Nov |
| PX278 | Exhibit 58 to Defendant Christopher Sherman's deposition taken on March 17, 2021 | 5-Nov | 5-Nov |
| PX302 | Data Dictionary to the Wadiya Database - Corp. Defs.' Interrog. Att. A | 3-Nov | 3-Nov |
| PX303 | Text of Emailed Question | 4-Nov | 4-Nov |
| PX304 | Email from Elisha Rothman to Danielle Ciolfi, RE: Fwd: Google AdWords: Payment was declined for 569-388-7679, dated Dec. 26, 2017 | 5-Nov | |
| PX305 | Email from Elisha Rothman to Alicia Nuche, RE: Fwd: Google AdWords: Payment was declined for 569-388-7679, dated June 30, 2018 | 5-Nov | 5-Nov |
| PX306 | Email from Elisha Rothman to Katia Canete, RE: Re: Food-stamps.org Launch Updates, dated Nov. 10, 2017 | 5-Nov | 5-Nov |
| PX307 | Email from Mauricio Rodriguez to Katia Canete, RE: Re: DM Updates: TennesseeFoodStamps.org and IndianaFoodStamps.org, dated Nov. 16, 2017 | 5-Nov | 5-Nov |
| PX308 | Email from The Synthesis Team to Robert Zangrillo, RE: Want to reflect on your answers to our questions?, dated Feb. 20, 2018 | 8-Nov | 8-Nov |

| PLF. NO. | Description of Exhibits | Date Offered | Date Admitted |
|---|---|---|---|
| PX309 | Email from Robert Zangrillo to Robert Zangrillo, RE: Fwd: Let's begin Synthesis Assessment, dated Feb. 14, 2018 | 8-Nov | 8-Nov |
| PX310 | Email from Robert Zangrillo to Sarai Jaimes, RE: Re: Welcome to the Team!, dated Jan. 11, 2019 | 8-Nov | 8-Nov |
| PX311 | Email from Frank Stone to Victoria Lorido, RE: Bank Questions, dated May 23, 2019 | 8-Nov | |
| PX312 | Email from Frank Stone to Victoria Lorido, RE: APPROVAL for Borat / LicenseInfoGuides.com, dated May 31, 2019 | 8-Nov | |
| PX313 | Email from Burton Katz to Robert Zangrillo, RE: some notes, dated Feb. 5, 2018 | 8-Nov | |
| PX314 | Email from Robert Zangrillo to Robert Flaxman, RE: FW: FAQ & Slide 5, dated July 5, 2018 | 9-Nov | 9-Nov |
| PX315 | Declaration of Burton Katz, signed September 9, 2021 | 9-Nov | 9-Nov |

Dated:  November 18, 2021        Respectfully submitted,

/s/ Sarah Waldrop
Sarah Waldrop, Special Bar No. A5502583
(202) 326-3444; swaldrop@ftc.gov
Sana Chaudhry, Special Bar No. A5502350
(202) 326-2679; schaudhry@ftc.gov
Christopher Erickson, Special Bar No. A5502434
(202) 326-3671; cerickson@ftc.gov
Federal Trade Commission
600 Pennsylvania Ave. NW, CC 9528
Washington, DC 20580
Facsimile: (202) 326-3197
Attorneys for Plaintiff, Federal Trade Commission

**CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2021, I served a true and correct copy of the foregoing and all related documents via this Court's CM/ECF filing system on all counsel of record.

/s/ Sarah Waldrop
Sarah Waldrop