**From:** Burton Katz <bkatz@onpointglobal.com>
**Sent:** Mon, 5 Feb 2018 15:31:20 -0500
**Subject:** some notes
**To:** Robert Zangrillo <bob@dragonglobal.com>

Bob - Shooting you quick note on timing of things. I have been in an out for 3 weeks so am a bit busy with team here.
1. Call with Paul Hastings today to turn around domain deal doc

2. Arlene finalizing the numbers for me as the confusion was the different eliminations E&Y worked on. Gabe got me great tool so I can simulate 2019 thru 2021.

3. Deck is in good shape. I will get the financial slides back today and Mina will have them turned in the morning. We will have a final deck by lunch time.

4. I will get you sublease comments back first thing in morn your time.

got a lot going on today so if we dont get a chance to speak wanted to give you heads up.


--
**Burton Katz**
Founder & CEO
**Phone:** 786-877-8021
**Email:** bkatz@onpointglobal.com