UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CV-25046-SCOLA

FEDERAL TRADE COMMISSION,

     Plaintiff,

v.

ON POINT GLOBAL LLC, *et al.,*

     Defendants.

_____/

### RECEIVER'S SUPPLEMENT TO CLAIMS PROCESS REPORT

The Court-appointed Receiver for On Point Global LLC *et al.* ("On Point"), Melanie E. Damian, Esq., submits a Supplement to her Claims Process Report [ECF No. 639] regarding allowed claims in anticipation of the upcoming hearing on this matter on December 1, 2022, as follows:

### ALLOWED CLAIMS UPDATE

Pursuant to the Claims Process, as of the Claims Bar Date, the Receiver collected 1,106,127 claims that were submitted through Stretto's online claims portals.  The claims portals were divided into two types of claim forms – one for paid-guide customers and one for freemium site users. Claim forms were further divided into "verified" (prefilled claim forms based on company data) and "unverified" (blank claim forms filled out by consumers who did not recall the e-mail used with On Point).

Verified paid guide and freemium claims were immediately deemed allowed upon submission because they were submitted using a pre-populated forms containing information already verified in On Point's business records.

As it relates to unverified claim forms, it came to the Receiver's attention during the audit and review phase in coordination with the FTC, that many claimants may have submitted claims on the wrong form (*i.e.*, submitting a paid-guide claim form when the claimant only had a

freemium claim) resulting in a disallowed claim. The Receiver determined that in order to maximize consumer redress, Stretto should conduct an addition review of all previously disallowed claims  disregarding whether the claimant submitted a paid-guide or freemium claim form.  This additional claims review allowed all claimants the opportunity to be matched against all of On Point's customer and user records so that no claimant would be disallowed a claim because they submitted the incorrect claim form. This cross-matching review resulted in an additional 45,002 allowed claims totaling $656,199.80 as set forth in the chart below:

| | Freemium | | Paid | | Total Counts | Total Amounts |
|---|---|---|---|---|---|---|
| **Type** | **Counts** | **Amounts** | **Counts** | **Amounts** | | |
| Email Match | 23,626 | $320,345.00 | 3,790 | $65,665.59 | 27,416 | $386,010.59 |
| Data Point Match | 10,007 | $148,270.00 | 2,005 | $33,904.89 | 12,012 | $182,174.89 |
| Phone Match | 4,199 | $62,985.00 | 1,375 | $25,029.32 | 5,574 | $88,014.32 |
| **Matches** | **37,832** | **$531,600.00** | **7,170** | **$124,599.80** | **45,002** | **$656,199.80** |

As a result, the current allowed claims total is $8,779,130.87 (as compared with $8,471,711.74 accounting for some duplicate claims).  This is <u>not</u> a final number as the audit and appeals process will continue through December 17, 2022.

Despite the additional allowed claims, and the on-going audit and appeal process, the Receiver still believes the balance in the Reserve Fund is sufficient to satisfy all claims.

Respectfully submitted this 30th day of November 2022.

Respectfully submitted,

*/s/Kenneth Dante Murena*
Kenneth Dante Murena, Esq.
Florida Bar No. 147486
DAMIAN & VALORI LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Tel: (305) 371-3960 | Fax: (305) 371-3965
Email: kmurena@dvllp.com
*Counsel for Melanie E. Damian,*
*Court-Appointed Receiver*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic transmission via this Court's CM/ECF filing system on November 30, 2022 on all counsel or parties who have appeared in the above-styled action.

*/s/Kenneth Dante Murena*
Kenneth Dante Murena,
*Counsel for Melanie E. Damian,*
*Court-Appointed Receiver*
